# Cooper & Kirk
Lawyers
A Professional Limited Liability Company

| | | |
|---|---|---|
| David H. Thompson | 1523 New Hampshire Avenue, N.W. | (202) 220-9600 |
| dthompson@cooperkirk.com | Washington, D.C. 20036 | Fax (202) 220-9601 |

September 20, 2024

**VIA CM/ECF**
Christopher M. Wolpert, Clerk
United States Court of Appeals
  for the Tenth Circuit
Byron White Court House
1823 Stout Street
Denver, CO 80257

      Re:    **Notice of Supplemental Authority in *We the Patriots v. Grisham*, Nos. 23-2166, 23-2167, 23-2185**

Dear Mr. Wolpert,

      In preparing for argument, counsel for Plaintiffs realized that Plaintiffs had neglected to correct two erroneous citations in their opening brief that Defendants identified in their brief. *See* Defendants-Appellees' Brief, Doc. 38 at 39 n.31 (March 5, 2024). Plaintiffs write pursuant to Rule 28(j) to correct that oversight. The proper citations are: 1 LAWS OF NEW YORK 534 (Websters & Skinner 2nd ed. 1807) (Twenty-Fourth Session, ch. CLXXIII. IV: "An ACT for the Support of Government," passed April 7, 1801) (providing for payment of the sergeant-at-arms and door keepers for the state senate and assembly); *Saturday, December 20, 1783*, JOURNAL OF THE HOUSE OF DELEGATES OF THE COMMONWEALTH OF VIRGINIA; BEGUN AND HELD IN THE TOWN OF RICHMOND, IN THE COUNTRY OF HENRICO, ON MONDAY, THE SEVENTH DAY OF MAY, IN THE YEAR OF OUR LORD ONE THOUSAND SEVEN HUNDRED AND EIGHTY-ONE 77 (Thomas W. Whyte 1828) (recording a resolution to pay sergeant-at-arms and door keepers for the Virginia House of Delegates and Senate). Copies of both sources are attached.

                                                        Sincerely,

                                                        s/ David H. Thompson

# Cooper & Kirk
Lawyers

David H. Thompson
COOPER & KIRK PLLC
1523 New Hampshire Ave., N.W.
Washington, DC 20036
dthompson@cooperkirk.com
Tel: (202) 220-9600
Fax: (202) 220-9601

*Attorney for Appellants*

cc: All counsel of record (via CM/ECF)

# ATTACHMENT

532      LAWS of NEW-YORK,

**On affirmance of judgment in error after verdict, defendant to recover double costs.**

XIV. *And be it further enacted,* That if any person shall prosecute any writ of error for reversal of any judgment given after verdict in any of the courts aforesaid and the judgment be affirmed, then such plaintiff in error shall pay to the defendant in error his double costs, to be assessed by the court where such writ of error shall be depending for the delaying of execution.

**On quashing writs of error defendant to have costs.**

XV. *And be it further enacted,* That upon quashing any writ of error for variance from the original record or other defect, the defendant in such writ shall recover against the plaintiff his costs as he would have done if the judgment had been affirmed, and to be recovered in like manner.

**In chancery plaintiff to pay full costs on dismission of his bill.**

XVI. *And be it further enacted,* That upon the plaintiff's dismissing his own bill in equity or the defendant dismissing the same for want of prosecution, the plaintiff shall pay to the defendant full costs to be taxed.

**Defendant to pay costs in suits for debts due to the state.**

XVII. *And be it further enacted,* That in all suits commenced upon any specialty made to the people of this state or to any person for their use, the people or other plaintiff shall recover the debt, damages and costs as any other person in the like cases.

**Defendant not to have costs in suits bro't for debts due to the state.**

XVIII. *And be it further enacted,* That where any action shall be prosecuted in the name of any person for any debt or sum of money due to the people of this state, and the plaintiff shall be nonsuited therein or if a verdict shall pass against the plaintiff, the defendant shall not recover any costs against such plaintiff.

**This act not to extend to certain actions.**

XIX. *And be it further enacted,* That nothing in this act contained shall extend to any popular action, nor to any action to be prosecuted by any person in behalf of himself and the people of this state upon any penal statute, nor to any indictment, presentment or inquisition.

---

CHAP. CLXXIII.

*An* ACT *for the Support of Government.*

Passed 7th April, 1801.

**Annual salaries allowed**

I. BE *it enacted by the People of the State of New-York, represented in Senate and Assembly,* That there shall be allowed to the several officers of government hereinafter mentioned, the following annual salaries: **To the governor;** To the person administering the government of this state the sum of three thousand seven hundred and fifty dollars; to the **Chancellor;** chancellor the sum of two thousand dollars; to the chief **Chief justice and judges of supreme court** justice the sum of two thousand dollars, and to each of the other four judges of the supreme court the sum of one thousand eight hundred and seventy-five dollars; but this provision shall not be construed to extend to any judges of the said court that may be appointed after their number shall

amount to five ; to the treasurer the sum of one thousand six hundred dollars, including clerk hire, office hire and stationary ; to the secretary of this state the sum of one thousand five hundred dollars ; to the attorney-general the sum of two thousand dollars ; to the private secretary of the person administering the government of this state the sum of three hundred and twelve dollars and fifty cents ; and the said annual sums shall be payable in equal quarterly payments at the treasury by the treasurer on the warrant of the comptroller, on the first days of April, July, October and January in every year, and shall be computed as becoming due to the said several officers in proportion to the times for which they shall hold their respective offices ; and the said annual sums to the treasurer may be retained by him in quarterly payments as aforesaid on the warrant of the comptroller, and the comptroller shall issue his warrant to the treasurer to pay the said annual sums in quarterly payments aforesaid, upon the receipt of a certificate signed by the person administering the government of this state and under the privy seal of the state, certifying that at the time when the last quarterly payment became due, the person or persons in whose favour the certificate may be given held the said office or offices for which such person or persons may demand a compensation ; and if any person shall cease to hold any of the said offices at any time between the times above prescribed for quarterly payments, such certificates shall specify the time when he ceased to hold such office, but no such certificate shall be necessary for the person administering the government of this state and the comptroller shall draw his warrant for such sums as shall become due to him as aforesaid without any certificate.

<span style="margin-left:1em">Treasurer; Secretary of state; Attorney-general; Governor's private secretary ; And payable in quarterly payments on the warrant of the comptroller. Such warrant founded on the governor's certificate.</span>

II. *And be it further enacted*, That it shall not be lawful for the chancellor or judges of the supreme court to demand or receive any fees or perquisites for any thing done by either of them in virtue of their offices.

<span>Chancellor & judges not to receive fees.</span>

III. *And be it further enacted*, That at every session of the legislature, the president of the senate and speaker of the assembly shall each be entitled to receive three dollars and seventy-five cents for every day he shall attend in his station ; and that each member of the senate and assembly shall be entitled to receive two dollars and fifty cents for every day he shall attend either of the said houses respectively, and the like compensation to the president of the senate, the speaker of the assembly and to the other members of the legislature, for every twenty miles of the distance from the place of his residence to the place of the meeting of the legislature, and such distance shall be estimated by the most usual road, and shall be computed both for the travelling to and returning from the place of their said meeting ; and if any member of the senate or assembly

<span>Compensation of the president of the senate and speaker of the assembly, And members of the legislature.</span>

<div style="margin-left:2em">

shall, after his arrival at the place of their said meeting, be prevented by sickness from attending either of the said houses respectively, he shall be entitled to the like daily allowance as aforesaid for every day he shall be so prevented, and the comptroller shall issue his warrant to the treasurer for the payment of such sum as may so become due to each member respectively upon the receipt of a certificate signed by the president of the senate or the speaker of the assembly, as the case may be, setting forth the number of days that the member in whose favour it shall be given may have attended either house respectively, and the estimated distance of his place of residence from the place of the meeting of the legislature.

</div>

*Payable on the warrant of the comptroller, Upon the receipt of a certificate.*

<div style="margin-left:2em">

IV. *And be it further enacted,* That there shall be allowed and paid to each of the clerks of the senate and assembly the sum of three dollars and seventy-five cents per day for their respective services during the session of the legislature, and also the amount of such sums for the contingent expenses of the two houses as may, from time to time, during the sessions of the legislature, be certified to be necessary by the president of the senate and speaker of the assembly respectively, and also for engrossing each sheet or folio of seventy-two words twelve and an half cents, and six and an half cents per folio of seventy-two words for copying the journals for the governor, resolutions to either house for concurrence and copies furnished the state printer, and for issuing notices of vacancies in the senate as directed by law fifty cents; and such accounts with the vouchers for the same shall be audited and allowed by the comptroller; and there shall also be allowed and paid to the serjeant at arms and the door keepers of the senate and assembly, each the sum of two dollars for every day they shall attend the legislature agreeable to such certificate thereof as they shall respectively produce, certified by the president of the senate or speaker of the assembly, as the case may require, for the payment of which several compensations and sums of money the comptroller shall issue his warrant to the treasurer after the same are allowed and certified as aforesaid.

</div>

*Compensation of the clerks of the senate and assembly,*

*And serjeant at arms and door keepers.*

<div style="margin-left:2em">

V. *And be it further enacted,* That the members of the council of appointment for each day of their attendance in council during the recess of the legislature, and for travelling from and to their respective places of residence, shall be entitled to the like compensation as hath been before prescribed for the members of the legislature, and the comptroller shall issue his warrant to the treasurer for the payment of the sums that may so become due to them respectively upon the receipt of a certificate signed by the person administering the government of this state, setting forth the number of days that they may have severally attended in council and the distance of their

</div>

*Compensation of the council of appointment.*

several places of residence from the place of their meeting and the sums due to them severally on that account.

VI. *And be it further enacted,* That the comptroller shall annually issue his warrant to the treasurer for payment to the secretary of this state the amount of the necessary expenses of his office to be audited by the comptroller ; *Provided,* They do not exceed in any one year the sum of one thousand two hundred and fifty dollars, and the said secretary shall also be entitled to the rents and profits of the house in the city of New-York now in his possession, the property of which is vested in the people of this state ; but the office of the said secretary shall continue to be kept and held in the public building erected for that purpose in the city of Albany. <span style="float:right">Secretary of state allowed for necessary expenses and the rent of a house in New-York.<br>Secretary's office where to be kept.</span>

VII. *And be it further enacted,* That the said secretary shall continue to receive all such fees as he is or shall from time to time be by law permitted to take, and shall keep an account thereof, and shall exhibit such account quarterly to the comptroller of this state, who having examined and filed the same in his office shall certify to the treasurer the amount thereof and the said secretary shall pay the same to the treasurer ; *Provided,* That no fee shall be taken for any civil or military commission whatever. <span style="float:right">Secretary to receive and account for fees.<br>Proviso.</span>

VIII. *And be it further enacted,* That the sum herein before directed to be paid, shall be payable out of any revenue arising or to arise from any of the funded debt of the United States belonging to the people of this state, or from any monies loaned by this state, or from any revenue arising to the people of this state in any manner whatever, and the said revenue or so much thereof as shall be necessary for that purpose is hereby appropriated for paying the several sums of money by this act directed to be paid. <span style="float:right">Revenue appropriated for the above purposes.</span>

IX. *And be it further enacted,* That the treasurer shall from time to time pay to the clerks of the respective counties in this state such sums of money as shall be certified by the comptroller to be due to them for registering or recording any mortgage to the people of this state in behalf of this state, and for their services and expenses in performing the duties required of them by the act, entitled *An act concerning oaths.* <span style="float:right">Clerks of counties for certain public services, how paid.</span>

---

CHAP. CLXXIV.

*An* ACT *concerning Executors and Administrators, and the Distribution of Intestate's Estates.*

Passed 7th April, 1801.

I. BE *it enacted by the People of the State of New-York, represented in Senate and Assembly,* That the execu- <span style="float:right">Inventories by whom and</span>

# JOURNAL

2819-127/2

OF THE

# HOUSE OF DELEGATES

OF THE

COMMONWEALTH OF VIRGINIA;

BEGUN AND HELD IN THE TOWN OF RICHMOND,

In the County of Henrico,

ON MONDAY, THE SEVENTH DAY OF MAY, IN THE YEAR OF OUR LORD ONE THOUSAND SEVEN HUNDRED AND EIGHTY-ONE.

---

RICHMOND:
PRINTED BY THOMAS W. WHITE, OPPOSITE THE BELL-TAVERN.
1828.

*Resolved, therefore,* That the auditors of public accounts be, and they are hereby authorised to grant to the said James Markham, a quietus for the said sum of 5,007*l.* and give him a credit in their books for the same; and also, that they be directed to adjust and settle his accounts against this State for his depreciation of pay and other emoluments whilst in service, and grant him certificates for such balance as shall appear due.

And the said resolution being read a second time was, on the question put thereupon, agreed to by the House.

*Ordered,* That Mr. Henderson do carry the resolution to the Senate, and desire their concurrence.

On a motion made,

*Ordered,* That during the remainder of the present session it be a standing order of the House, that immediately after prayers the names of the members be called over.

On a motion made,

*Resolved,* That the resolution of the 16th instant, directing that when this House adjourns on Saturday next it will adjourn to the last day of March next, be rescinded.

*Ordered,* That Mr. Thruston do acquaint the Senate therewith.

And then the House adjourned till to-morrow morning, 10 o'clock.

## SATURDAY, December 20, 1783.

The House being informed that Nathaniel Wilkinson, one of the members for the county of Henrico; John Pollard, one of the members for the county of King George; and Edmund Ruffin, jun. one of the members for the county of Prince George, attended in custody of the sergeant at arms, and that there was good cause to excuse their absence when this House was called over on Thursday last;

*Ordered,* That the said Nathaniel Wilkinson, John Pollard and Edmund Ruffin, jun. be admitted to their seats, without paying fees.

An engrossed bill, " for establishing inspections of tobacco on the western waters ;" was read the third time, and the blanks therein filled up.

*Resolved,* That the bill do pass; and that the title be, " an act, for establishing inspections of tobacco on the western waters, and at Gibson's in the county of King George."

*Ordered,* That Mr. Jones do carry the bill to the Senate, and desire their concurrence.

Mr. Edmundson reported, from the committee appointed to examine the enrolled bills, that the committee had, according to order, examined several others, and found them to be truly enrolled.

*Ordered,* That Mr. Edmundson do carry the bills to the Senate for their inspection.

*Ordered,* That the committee to whom were referred a letter from the Governor, enclosing one from Walker Daniel, Esq. be discharged from further proceeding thereon.

Mr. Underwood reported, from the committee of Commerce, that the committee had, according to order, had under their consideration the letter from Monsieur Cabarras, vice-consul of France in this State, to them referred, and had agreed upon a report, and had come to a resolution thereupon, which he read in his place, and afterwards delivered in at the clerk's table, where the same were again twice read and agreed to by the House, as followeth:

It appears to your committee, that two sailors, Americans by birth, shipped themselves on board a French vessel, bound from France to Virginia; that they stipulated to navigate the said vessel as mariners on her voyage to this State; that being now in Virginia they refuse to comply with their engagement by returning.

*Resolved, that it is the opinion of this committee,* That the matter stated in the said letter is properly cognizable before the courts of judicature; and that the party praying relief may have his remedy at law.

A motion was made, that the House do come to the following resolutions:

It appearing to this Assembly, that Mayo Carrington and Samuel Jones, in the execution of their commission under the act of the last session of Assembly, will be liable on the 15th day of February next, for clerk's wages and other necessary expenses, exclusive of house rent and the printer's charge for striking blanks, in the sum of 319*l.* 17*s.*

It further appearing that warrants on the treasurer have been issued as well from the office of the said commissioners as from that of the auditors of public accounts, for claims for property chargeable in the department of the continental quarter-master general; and that many such claims still remain, for which warrants have not been issued; and that charges have by some counties been admitted on duplicate receipts, whereby the public may be twice charged.

It further appearing that there are many entries in the return of the county courts, for which vouchers have not appeared, and are supposed still to remain in the hands of the people; that certificates or vouchers are filed, which appear to have been allowed by the courts, but are not entered upon the returns; and that claims for articles furnished continental officers in the years 1782 and 1783, have been returned, which are properly chargeable to those officers only, and will not be admitted into the continental account.

*Resolved,* That the petition of the said Mayo Carrington and Samuel Jones, praying a further allowance, is reasonable; and that they be allowed the further sum of 319*l.* 17*s.* 1 1-2*d.* to be paid, as by law the their former allowance

is directed; and that the said commissioners be authorised to continue in the discharge of their duty until the 15th day of February next, unless the business with which they are charged shall be sooner finished.

*Resolved*, That no rent be charged to the said commissioners; but that the same be paid by the public.

*Resolved*, That the money charged by Mr. Hayes for printing blanks, shall not be paid, it being his duty as public printer, to print for the officers the necessary blanks.

*Resolved*, That the said commissioners do continue to issue their warrants for claims, although the same may appear to be properly within the department of the continental quarter-master general, being careful, that not more than one be issued for the same service; and that they make out an exact statement of all such claims, and transmit the same to the proper continental officer without delay, that no claim from that department may be admitted on the settlement of his accounts for such articles or services, but the same may go to the credit of this State with the United States.

*Resolved*, That no warrants be issued by the said commissioners, unless vouchers approved by the county courts, shall be produced to them; but where vouchers appear, warrants shall issue, although the same may not have been entered in the return from the respective county courts.

*Resolved*, That warrants shall not issue for articles furnished continental officers in the years 1782 and 1783, the same being accountable only with the continental quarter-master general, agreeable to a resolve of Congress.

*Resolved*, That the said commissioners do make out a list of all claims, for which no warrants have been issued from their office; and transmit a copy of the same to the several county court clerks, who shall cause a copy thereof to be fixed up in the courthouse of their county, for the inspection of the people.

And the said resolutions being read a second time were, on the question put thereupon, agreed to by the House.

*Ordered*, That Mr. Henderson do carry the resolutions to the Senate, and desire their concurrence.

A motion was made, that the House do come to the following resolution:

Whereas, many inconveniences have resulted from the delay in publishing the laws, and a speedy promulgation of them is absolutely necessary, for the relief of those who are entrusted with the execution of them;

*Resolved*, That the public printer be directed to have the laws, passed at every session of the General Assembly, printed and published within thirty days after the rising thereof; and in case they should not be done within the time before mentioned, the Governor with advice of the Council, is hereby authorised and empowered to appoint any other person to the office of public printer, who shall execute the office, and have the salary allowed to the present public printer for his said services.

And the resolution being read a second time was, on the question put thereupon, agreed to by the House.

*Ordered*, That Mr. Thomas Smith do carry the resolution to the Senate, and desire their concurrence.

On a motion made,

*Resolved*, That this House will, this day, proceed by joint ballot with the Senate, to the choice of a naval officer for the district of Elizabeth river, in the room of John King, Esq. deceased.

*Ordered*, That Mr. Edmundson do acquaint the Senate therewith.

A motion was made, that the House do come to the following resolution:

*Resolved*, That the following allowances be made to the officers of the General Assembly, for their services during the present session:

| | | |
|---|---|---|
| To the Rev. Benjamin Blagrove, at the rate of | £ 10 | per week. |
| To Mr. John Beckley, clerk of the House of Delegates, | 35 | per week. |
| To Mr. William Drew, clerk of the Senate, | 17 10 | per week. |
| To Mr. Edmund Pendleton, clerk of the committees of Privileges and Elections and Propositions and Grievances, | 15 | per week. |
| To Mr. Adam Craig, clerk of the committees for Religion, Courts of Justice and of Claims, | 12 | per week. |
| To Mr. Charles Hay, clerk of the committee of Commerce, | 7 | per week. |
| To Mr. Freeman Eppes, sergeant at arms to the House of Delegates, | 10 | per week. |
| To Mr. William Pierce, sergeant at arms to the Senate, | 10 | per week. |
| To the representatives of John Creagh, for his services as door-keeper to the House of Delegates, | 30 | |
| To William Drinkard, Daniel Hicks and John Hicks, door-keepers to the House of Delegates, each | 4 10 | per week. |
| To William Drinkard, jun. door-keeper to the House of Delegates, from the day of his election, | 4 10 | per week. |
| To William Hicks and Thomas Paul, door-keepers to the Senate, each | 4 10 | per week. |
| To Elizabeth Jones, for taking care of and keeping clean the Assembly House, | 10 | |
| To Zenas Tate, as keeper of the public buildings, | 10 | per annum. |

And the said resolution being read a second time, on the question put thereupon, agreed to by the House.

*Ordered*, That Mr. Richard Lee do carry the resolution to the Senate, and desire their concurrence.

The House proceeded to nominate persons proper to be ballotted for as a naval officer, for the district of Elizabeth river, in the room of John King, Esq. deceased.

*Ordered*, That Mr. Ronald do carry a list of the persons so nominated to the Senate.

A motion was made, that the House do come to the following resolution:

*Resolved,* That the treasurer be directed to pay to Daniel Clarke, the sum of 2,596*l*. 1*s*. with the interest which shall be due thereon, being the amount of two of the bills drawn by the said Clarke on the Executive, and accepted by the Governor and Council, on the 2d day of December 1782, out of that part of the money arising from the taxes of the year 1782, which was set apart for the debts of the State agent, when the same shall come into his hands.

And the said resolution being read a second time was, on the question put thereupon, agreed to by the House.

*Ordered,* That Mr. Henderson do carry the resolution to the Senate, and desire their concurrence.

A message from the Senate by Mr. Christian:

Mr. Speaker,—The Senate have agreed to the bill " to ascertain the mode of obtaining grants to certain lands on the western waters," with several amendments, to which they desire the concurrence of this House. And then he withdrew.

The House proceeded to consider the said amendments; and the same being read, were agreed to.

*Ordered,* That Mr. Clendinnen do acquaint the Senate therewith.

A message from the Senate by Mr. Anderson:

Mr. Speaker,—The Senate have examined several other enrolled bills, and find them to be truly enrolled, and they are signed by their Speaker. And then he withdrew.

Mr. Richard Lee reported, from the committee of Claims, that the committee had, according to order, had under their consideration two resolutions, respecting certain sheriffs, to them referred, and had come to several resolutions thereupon, which he read in his place, and afterwards delivered in at the clerk's table, where the same were again twice read and disagreed to by the House, as followeth:

*Resolved, that it is the opinion of this committee,* That the sheriffs of the several counties within this Commonwealth, against whom judgments have been obtained in the General Court, for their deficiency of the public taxes, shall be, and they are hereby empowered and allowed to pay into the public treasury any money, tobacco, civil list or interest warrants, by them actually received or collected in discharge of taxes, on or before the last day of August, in the present year, towards discharging such judgments.

*Resolved, that it is the opinion of this committee,* That all civil list warrants and interest warrants, due upon military certificates, ought hereafter to be received by the treasurer from the sheriffs of the several counties within this Commonwealth, in discharge of the several taxes imposed by the act of Assembly, entitled " an act, to amend and reduce the several acts of Assembly, for ascertaining certain taxes and duties, and for establishing a permanent revenue, into one act," without such sheriffs making oath that such warrants have been bona fide received by them in discharge of such taxes.

A message from the Senate by Mr. Anderson:

Mr. Speaker,—The Senate have agreed to the resolution for allowing William Nelson a bounty in lands. And then he withdrew.

*Ordered,* That leave be given to bring in a bill "to amend the act, 'for appropriating the public revenue;" and that Mr. Henderson do prepare and bring in the same.

Mr. Henderson presented, according to order, a bill "to amend the act, ' for appropriating the public revenue;" and the same was received and read the first time, and ordered to be read a second time.

A bill, "to amend the act, 'for appropriating the public revenue;" was read the second time, and ordered to be committed to a committee of the whole House, immediately.

The House accordingly resolved itself into a committee of the whole House upon the said bill; and after some time spent therein, Mr. Speaker resumed the chair, and Mr. White reported, that the committee had, according to order had the said bill under their consideration, and had gone through the same, and made no amendment thereto.

And the question being put, that the bill be engrossed and read the third time,

It passed in the negative.

*Resolved,* That the bill be rejected.

Mr. Richard Lee reported, from the committee of Claims, that the committee had, according to order, had under their consideration the account of Messrs. Nicolson and Prentis, to them referred, and had come to a resolution thereupon, which he read in his place, and afterwards delivered in at the clerk's table, where the same was again twice read, and agreed to by the House, as followeth:

*Resolved, that it is the opinion of this committee,* That the account of Messrs. Nicolson and Prentis, for printing the Journals and resolutions of the Senate, amounting to 84*l*. 19*s*. is reasonable; and that the auditors of public accounts ought to issue their warrants for the same, to be paid in the same manner as the warrants for the salary of the public printer.

*Ordered,* That Mr. Richard Lee do carry the resolution to the Senate, and desire their concurrence.

A message from the Senate by Mr. Christian:

Mr. Speaker,—The Senate have agreed to the bill "for surveying and apportioning the lands granted to the Illinois regiment, and establishing a town within the said grant," with several amendments, to which they desire the concurrence of this House. And then he withdrew.

The House proceeded to consider the said amendments; and the same being read, were agreed to.

*Ordered,* That Mr. Thruston do acquaint the Senate therewith.

A motion was made, that the House do come to the following resolution:

*Resolved,* That the auditors of public accounts be, and they are hereby authorised to retain the additional clerks

in their office, until the next session of Assembly, if in their opinion, the public business shall so long require their services; and that they be also empowered to employ a person to execute the menial duties in the office until the meeting of the next Assembly, with an allowance of two pounds per month, to be paid by the treasurer upon the auditor's warrants out of the fund appropriated for the support of the officers of civil government.

And the said resolution being read a second time was, on the question put thereupon, agreed to by the House.

*Ordered*, That Mr. Southall do carry the resolution to the Senate, and desire their concurrence.

A message from the Senate by Mr. Lee:

Mr. Speaker,—The Senate have no one to add to the list of persons nominated by this House, to be ballotted for as a naval officer, in the room of John King, Esq. deceased. And then he withdrew.

Mr. Richard Lee reported, from the committee of Claims, that the committee had, according to order, had under their consideration the petition of George Booth and William Du-Val, inspectors at Portopotank warehouses, to them referred, and had come to a resolution thereupon, which he read in his place, and afterwards delivered in at the clerk's table, where the same was again twice read and agreed to by the House, as followeth:

*Resolved, that it is the opinion of this committee,* That the petition of the said George Booth and William Du-Val, setting forth, that being unacquainted with the tobacco laws in the year 1781, they failed to apply in time for their salaries, in consequence of which the auditors have refused to make them any allowance, and praying relief, is reasonable; and that the auditors of public accounts ought to settle the petitioners' accounts, and grant them warrants for their salaries due for the year 1781, agreeable to an act of Assembly, passed in October 1780, entitled "an act, to amend an act, entitled 'an act, to amend the several acts of Assembly, respecting the inspection of tobacco."

*Ordered*, That Mr. Richard Lee do carry the resolution to the Senate, and desire their concurrence.

A message from the Senate by Mr. Jones:

Mr. Speaker,—The Senate have agreed to the bill "to revive and amend an act, entitled 'an act, for adjusting claims for property impressed or taken for public service." And then he withdrew.

The House proceeded by joint ballot with the Senate, to the choice of a naval officer for the district of Elizabeth river, in the room of John King, Esq. deceased; and the members having prepared tickets with the name of the person to be appointed, and deposited the same in the ballot boxes, Messrs. Ronald, Cabell, Southall, Edmundson, Wray and Roane, were nominated a committee to meet a committee from the Senate in the conference chamber, and jointly with them to examine the ballot boxes, and report to the House on whom a majority of votes should fall.

The committee then withdrew; and after some time returned into the House and reported, that the committee had, according to order, met a committee from the Senate in the conference chamber, and jointly with them examined the ballot boxes, and found a majority of votes in favor of Josiah Parker, Esq.

A message from the Senate by Mr. Ellzey:

Mr. Speaker,—The Senate have agreed to the bills "to authorise the delegates of this State in Congress, to convey to the United States in Congress assembled, all the right of this Commonwealth to the territory northwestward of the river Ohio;" "and to repeal an act, entitled 'an act, to give further time for the probation of deeds and other instruments of writing, and for other purposes." And then he withdrew.

A message from the Senate by Mr. Lee:

Mr. Speaker,—The Senate have agreed to the bills "to revive and continue the several acts of Assembly, for suspending the issuing of executions upon certain judgments until December 1783;" "to amend the several acts, for regulating public ferries," with several amendments, to which they desire the concurrence of this House; and "to amend the act, 'for establishing pilots, and regulating their fees," with several amendments, to which they desire the concurrence of this House. And then he withdrew.

A motion was made, that the House do come to the following resolution:

Whereas, by an act of Assembly, entitled "an act, for further continuing and amending the act, 'to make provision for the support and maintenance of idiots, lunatics and persons of unsound minds," the treasurer is empowered and required to pay annually (for the support of the hospital, which was erected for the reception of the aforesaid description of persons,) out of the treasury such sums of money as should be by law appropriated for the uses described in the said recited act; but the want of appropriating any sum or fund to the said purposes hath prevented the good effects of the said act.

*Resolved*, That a sum not exceeding five hundred pounds, out of the civil list fund, be appropriated to the purposes of the said act, under the order of the Executive, upon the auditor's warrants for the same.

And the said resolution being read a second time was, on the question put thereupon, agreed to by the House.

*Ordered*, That Mr. William Nelson do carry the resolution to the Senate, and desire their concurrence.

And then the House adjourned till Monday morning, 10 o'clock.

---

MONDAY, December 22, 1783.

A motion was made, that the House do come to the following resolution:

*Resolved*, That the treasurer be directed to pay to each of the members and officers of the General Assembly, the sum of six shillings per day, in part of their wages and attendance on the present session, out of the fund appropriated to the civil list; and also, the travelling expenses of the said members.