October 16, 2024

**VIA ECF**

Christopher M. Wolpert
Clerk of the Court
United States Court of Appeals for the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257-1823

Re:    *We the Patriots v. Lujan Grisham*, Nos. 23-2166, 23-2167, 23-2185
       Argued September 25, 2024 (Hartz, Kelly, Bacharach, JJ.)

Dear Mr. Wolpert:

       Defendants-Appellees write to notify the Court that the State of Public Health Emergency Due to Gun Violence expired on October 13, 2024. Because the Public Health Order challenged in this case specified that it would "remain in effect for the duration of the public health emergenc[y] … and any subsequent renewals," the Order is now no longer in effect, and Plaintiffs face no risk of prosecution under it. Defendants-Appellees are available to submit supplemental briefing on mootness if it would be helpful to the Court.

       This Court need not reach the mootness issue, however, because a separate jurisdictional defect requires dismissal of this case: as already briefed and addressed at oral argument, Plaintiffs failed to establish standing. *See* Supp. Br. of Defendants-Appellees 4-10, Dkt. 82. Because mootness and standing are both threshold jurisdictional issues, the Court may address them in either order. *See, e.g.*, *Citizen Ctr. v. Gessler*, 770 F.3d 900, 906 (10th Cir. 2014) (explaining that "there is no mandatory sequencing of nonmerits issues" (cleaned up)); *Church v. Polis*, No. 20-1391, 2022 WL 200661, at *7 (10th Cir. Jan. 24, 2022) (unpublished) ("[W]e elect to exercise our discretion to set aside any mootness question in favor of a different threshold issue—plaintiffs' standing to bring such claims."); *Gardner v. Mutz*, 962 F.3d 1329, 1337 (11th Cir. 2020) (considering standing before mootness, including because "standing is 'perhaps the most important' … of Article III's jurisdictional prerequisites" (citation omitted)).

                                      Sincerely,

                                        /s/ Janet Carter
                                        Janet Carter
                                        *Counsel for Defendants-Appellees*
                                        *Governor Michelle Lujan Grisham et al.*

Cc:    All Counsel of Record