FILED
United States Court of Appeals
Tenth Circuit

October 28, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| WE THE PATRIOTS, INC.; DENNIS SMITH; ZACHARY FORT; NEW MEXICO SHOOTING SPORTS ASSOCIATION; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; RANDY DONK; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> MICHELLE LUJAN GRISHAM, in her official capacity only; PATRICK M. ALLEN, in his official capacity only; JASON R. BOWIE, in his official capacity only; TROY WEISLER, in his official capacity only; HAROLD MEDINA, in his official capacity only, <br><br> Defendants - Appellees. <br><br>-------------------------------------- <br><br> BRADY CENTER TO PREVENT GUN VIOLENCE; GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE; THE DISTRICT OF COLUMBIA; ILLINOIS; CALIFORNIA; COLORADO; CONNECTICUT; DELAWARE; HAWAII; MAINE; MARYLAND; MASSACHUSETTS; MICHIGAN; MINNESOTA; NEVADA; NEW JERSEY; NEW YORK; OREGON; PENNSYLVANIA; RHODE ISLAND; VERMONT; WASHINGTON; WISCONSIN, | Nos. 23-2166, 23-2167, 23-2185 <br> (D.C. No. 1:23-CV-00773-DHU-LF) <br> (D. N.M.) |

Amici Curiae.

_____

**JUDGMENT**
_____

Before **HARTZ**, **KELLY**, and **BACHARACH**, Circuit Judges.
_____

These cases originated in the District of New Mexico and were argued by counsel.

It is the judgment of the court that these appeals are dismissed.

                                      Entered for the Court

                                      CHRISTOPHER M. WOLPERT, Clerk