UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

November 19, 2024

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
333 Lomas N.W.
Albuquerque, NM 87102

**RE:**    **23-2166, 23-2167, 23-2185,**
**We the Patriots, et al v. Grisham, et al**
Dist/Ag docket: 1:23-CV-00773-DHU-LF

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeals issued today. The court's October 28, 2024 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Holly Agajanian
        Robert J. Aragon
        Barry K. Arrington
        Cameron Lee Atkinson
        Thomas Mark Bondy
        Jason Bowles
        Janet Carter
        Mark J. Caruso

Marcella Coburn
Kyle P Duffy
Jeremy M. Gay
Jordon P. George
Carina Bentata Gryting
Freya Jamison
Douglas Neal Letter
Marc Lowry
Robert Henry Moss
Anthony Roman Napolitano
Robert J. Olson
Robert Hunter Owen
Peter A. Patterson
Kelly Marita Percival
Cody R. Rogers
Stephen Stamboulieh
William James Taylor
David H. Thompson
Joseph Lee Woods

CMW/jm