# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

We the Patriots USA, Inc, et al.

v.

Michelle Lujan Grisham

Case No. 23-2166

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

We the Patriots USA, Inc.; Dennis Smith
_____
[Party or Parties][1]

_____

Appellants
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Cameron L. Atkinson
_____
Name of Counsel

Name of Counsel

Cameron L. Atkinson
_____
Signature of Counsel

Signature of Counsel

122 Litchfield Rd, P.O. 340, Harwinton, CT 06791; 203-672-0782
_____
Mailing Address and Telephone Number

Mailing Address and Telephone Number

catkinson@atkinsonlawfirm.com
_____
E-Mail Address

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

9    The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

Harold Medina

9    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

11-6-23

Date

Cameron L. Atkinson

Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

✓ ☑ ✓    All other parties to this litigation are either: (1) represented by attorneys; or
(2) have consented to electronic service in this case; or

☐    On _____ I sent a copy of this Entry of Appearance
Form to:

            [date]

_____

at_____,

the last known address/email address, by _____.

                                [state method of service]

11-6-23
Date

*Cameron J. Atkinson*
Signature