**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**November 14, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| WE THE PATRIOTS, INC., et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> MICHELLE LUJAN GRISHAM, in her official capacity only, et al., <br><br> Defendants - Appellees. | No. 23-2166 <br> (D.C. No. 1:23-CV-00773-DHU-LF) <br> (D. N.M.) |

_____

| | |
|---|---|
| ZACHARY FORT, et al., <br><br> Plaintiffs - Appellants, <br><br> and <br><br> WE THE PATRIOTS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHELLE LUJAN GRISHAM, in her official capacity only, et al., <br><br> Defendants - Appellees. | No. 23-2167 <br> (D.C. No. 1:23-CV-00773-DHU-LF) <br> (D. N.M.) |

_____

RANDY DONK, et al.,

  Plaintiffs - Appellants,

and

| | |
|---|---|
| WE THE PATRIOTS, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHELLE LUJAN GRISHAM, in her official capacity only, et al.,<br><br>    Defendants - Appellees. | No. 23-2185<br>(D.C. No. 1:23-CV-00773-DHU-LF)<br>(D. N.M.) |

_____

**ORDER**
_____

These appeals are before the court sua sponte following the opening of these appeals, receipt and review of the docketing statements, and review of the district court docket in case no. 1:23-CV-00773-DHU-LF.

The appellants in all three of these appeals sought a preliminary injunction enjoining the enforcement of an order issued by the New Mexico Department of Health imposing certain firearm-related restrictions. The district court first consolidated the cases below. [ECF No. 26]. Then, the district court denied plaintiff-appellants' motions for a preliminary injunction by order entered October 11, 2023. [ECF No. 27]. Separately, the above-captioned appellants filed notices of appeal, all seeking to appeal from ECF No. 27. [ECF Nos. 31 (initiating appeal no. 23-2166); 33 (initiating appeal no. 23-2167); and 49 (initiating appeal no. 23-2185)].

Upon consideration, the court procedurally consolidates appeal nos. 23-2166, 23-2167, and 23-2185 for the procedural purposes of an appendix, submission to the court,

2

and argument, if scheduled. The court partially consolidates the appeals for purposes of briefing.

Briefing will proceed in accordance with Federal Rule of Appellate Procedure 31(a) and Tenth Circuit Rule 31.1(A)(1) as follows:

1. Once the court receives notice of record complete from the district court in all three cases, it will set a deadline 40 days thereafter for all three appellants to serve and file a single, combined opening brief on appeal. *See* 10th Cir. R. 31.3(A). The combined opening brief shall comply with the type/volume limitations set forth in Federal Rule of Appellate Procedure 32(a)(7). If filing a single brief is not practicable, two or three separate opening briefs (e.g., two appellants could join on one brief, with a third appellant filing its own brief) may be filed, but each such brief must contain a certificate plainly stating the reasons why separate briefs are necessary. *See* 10th Cir. R. 31.3(A), (B). The court explicitly notes that "all parties on a side . . . must—to the extent practicable—file a single brief." *Id*.

2. The parties in all three appeals shall confer regarding the preparation and filing of a consolidated joint appendix that contains all portions of the district court's records necessary for this court's disposition of all three appeals. We the Patriots, Inc. shall be responsible for serving and filing the consolidated joint appendix at the same time the single, combined opening brief is served and filed (or at the same time We the Patriots serves and files any separate brief it prepared as set forth above). *See* 10th Cir. R. 30.1.

3. Within 30 days after the court accepts the single, combined opening brief (or the last-filed separate opening brief, if separate opening briefs are prepared and filed) and the joint consolidated appendix for filing, the appellees shall file a single response brief that complies with the type/volume limitations for a single response brief. *See* Fed. R. App. P. 32(a)(7).

4. Within 21 days after the court accepts the appellees' response brief for filing, the appellants may file a single reply brief, limited to the type/volume requirements for a single reply brief. *Id.* If the appellants choose to file more than a single reply brief, each separate brief must again plainly state the reason(s) separate reply briefs are necessary. *See* 10th Cir. R. 31.3(B).

5. Moving forward, all documents filed in these procedurally consolidated appeals—including all briefs and the joint appendix—shall be captioned for and filed in all three appeals, unless good cause exists to file a document in only one of the appeals.

6. Upon completion of briefing, all three appeals will be submitted to the same panel of judges for decision and—to the extent the court directs the parties to present oral argument in these appeals—all three appeals will be set for oral argument on the same day and before the same panel.

The court notes that the appellants in appeal no. 23-2167 already have filed a transcript order form. The other appellants need only file transcript order forms if any different/additional transcripts are necessary.

                                            Entered for the Court

                                            CHRISTOPHER M. WOLPERT, Clerk