UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

We The Patriots, et al.,

v.

Michelle Lujan Grisham, et al.

Case No. 23-2166

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Michelle Lujan Grisham, Patrick M. Allen, Jason R. Bowie, and W. Troy Weisler
[Party or Parties][1]

Appellees                                                                 in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Kyle P. Duffy
Name of Counsel                                                Name of Counsel

*/s/ Kyle P. Duffy*
Signature of Counsel                                           Signature of Counsel

490 Old Santa Fe Trail, Suite 400
Santa Fe, NM 87501
505-476-2200
Mailing Address and Telephone Number        Mailing Address and Telephone Number

kyle.duffy@exec.nm.gov
E-Mail Address                                                  E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐     The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

X     There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

11/21/23
Date

*/s/ Kyle P. Duffy*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    ☐    On _____ I sent a copy of this Entry of Appearance Form to:
        [date]

_____

at_____,

the last known address/email address, by _____.
        [state method of service]


11/21/23_____
Date

*/s/ Kyle P. Duffy*_____
Signature