

# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

**Mitchell R. Elfers**
**Clerk of Court**

December 19, 2023

Chris Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron R. White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re:  *(We the Patriots, et al v. Grisham, et al) (USDC Case Number: 23cv773 and USCA Case Numbers: 23-2166, 23-2185)*

Dear Mr. Wolpert,

Please be advised that the record on appeal in the above referenced matter is now complete.

( )    A transcript order form has been filed by the appellant stating that a transcript is not necessary for this appeal.

( )    A transcript order form has been filed by appellant stating that the necessary transcript is already on file in the United States District Court.

(X)    The transcripts which were ordered are now on file with the United States District Court.

Sincerely,
Mitchell R. Elfers
Clerk of Court

/s/
_____

By: F. Solano

cc: Counsel of Record