UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

December 19, 2023

Mr. Robert J. Aragon
Melvyn D. Baron & Associates
110 Quincy, N.E.
Albuquerque, NM 87108-0000

Mr. Cameron Lee Atkinson
Atkinson Law
122 Litchfield Road, Suite 2
P.O. Box 340
Harwinton, CT 06791

Mr. Mark J. Caruso
Caruso Law Offices
4302 Carlisle Boulevard, NE
Albuquerque, NM 87107

Mr. Jeremy M. Gay
Advocate Law Center
821 South Ford Drive
Gallup, NM 87301

Jordon P. George
Aragon Moss George Jenkins
2201 Menual Boulevard NE
Albuquerque, NM 87107

Kate Hardiman
Cooper & Kirk
1523 New Hampshire Avenue, NW
20036
Washington, DC 20036

Mr. Robert Henry Moss
Aragon Moss George Jenkins
2201 Menual Boulevard NE
Albuquerque, NM 87107

Mr. Anthony Roman Napolitano
Bergin, Frakes, Smalley & Oberholtzer
4343 Camelback Road, Suite 210
Phoenix, AZ 85018

Mr. Robert J. Olson
William J. Olson
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615

Mr. Peter A. Patterson
Cooper & Kirk
1523 New Hampshire Avenue, NW
20036
Washington, DC 20036

Mr. Stephen Stamboulieh
Stamboulieh Law
P.O. Box 428
Olive Branch, MS 38654

Mr. David H. Thompson
Cooper & Kirk
1523 New Hampshire Avenue, NW
20036
Washington, DC 20036

**RE:** 23-2166, 23-2167, 23-2185, We the Patriots, et al v. Grisham, et al
Dist/Ag docket: 1:23-CV-00773-DHU-LF

Dear Counsel:

The district court transmitted notice that the record is complete to the clerk of this court on December 19, 2023 in 23-2166 and 23-2185. *See* 10th Cir. R. 11.1(A) and 31.1(A)(1).

Appellants consolidated brief and appendix must be filed on or before January 29, 2024. Appellee may file a response brief within 30 days after service of appellant's brief. If a response brief is filed, Appellant may file a reply brief within 21 days after service of appellee's brief.

Briefs and appendices must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. Counsel are encouraged to utilize the court's Briefing and Appendix checklist when compiling their briefs and appendices. Motions for extension of time are disfavored and must comply with 10th Cir. R. 27.1 and 27.6.

Please contact this office if you have questions.

                    Sincerely,

                    Christopher M. Wolpert
                    Clerk of Court

cc:    Holly Agajanian
       Barry K. Arrington
       Jason Bowles
       Kyle P Duffy
       Marc Lowry
       Cody R. Rogers
       Joseph Lee Woods

CMW/lg