UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

January 29, 2024

Mr. Robert J. Aragon
Melvyn D. Baron & Associates
110 Quincy, N.E.
Albuquerque, NM 87108-0000

Mr. Cameron Lee Atkinson
Atkinson Law
122 Litchfield Road, Suite 2
P.O. Box 340
Harwinton, CT 06791

Jordon P. George
Mr. Robert Henry Moss
Aragon Moss George Jenkins
2201 Menual Boulevard NE
Albuquerque, NM 87107

Ms. Kate Hardiman
Cooper & Kirk
1523 New Hampshire Avenue, NW
20036
Washington, DC 20036

Mr. Robert J. Olson
William J. Olson
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615

Mr. Peter A. Patterson
Mr. David H. Thompson
Cooper & Kirk
1523 New Hampshire Avenue, NW
20036
Washington, DC 20036

Mr. Stephen Stamboulieh
Stamboulieh Law
P.O. Box 428
Olive Branch, MS 38654

**RE:**   **23-2166, 23-2167, 23-2185, We the Patriots, et al v. Grisham, et al**
            Dist/Ag docket: 1:23-CV-00773-DHU-LF

Dear Counsel:

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D) (note that all form requirements also apply to supplemental appendices). Specifically:

- The appendix does not contain a table of contents. *See* 10th Cir. R. 30.1(D)(2).
- The bookmarks contained in the appendix do not adequately identify the pleadings. In addition, every pleading is not bookmarked and the bookmarks that are there are not in order of the pleadings being referred to.  *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D), and the 10th Circuit CM/ECF User's Manual at Section III G (page 19). Bookmarks should clearly identify the district court docket number, the pleading name, and the date of filing in the district court (for example: 10 Response to Motion: 2/10/2013).
- Be sure the pleadings contained in the appendix appear in chronological order. *See* 10th Cir. R. 30.1(D)(5).

You must file a proper electronic appendix within three days of the date of this notice. Do not file paper copies of your appendix and brief until the court has received the corrected electronic appendix and issued notice it is compliant.

The brief that was submitted with the appendix is acceptable for filing (except for two attorneys who did not submit notices of appearance – please refer to subsequent entry) and will be filed upon receipt of the corrected appendix. However, if the corrections made to the appendix affect citations in the brief, a revised brief with corrected appendix citations will need to be submitted.

The time to file a response brief will run from the date of service of the appendix.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/klp