UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

We the Patriots, Inc., et al.;
Zachary Fort, et al.; Randy Donk, et al.

v.

Michelle Lujan Grisham, et al.

Case No. 23-2166, 23-2167, 23-2185

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Michelle Lujan Grisham, Patrick Allen, Troy Weisler, and Jason Bowie
[Party or Parties][1]

Appellees , in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| Janet Carter | William J. Taylor, Jr. |
| --- | --- |
| Name of Counsel | Name of Counsel |
| /s/Janet Carter | /s/ William J. Taylor, Jr. |
| Signature of Counsel | Signature of Counsel |
| 450 Lexington Ave, PO Box 4184, New York, NY 10163 646-324-8174 | 450 Lexington Ave, PO Box 4184, New York, NY 10163 646-324-8215 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| jcarter@everytown.org | wtaylor@everytown.org |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

   direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✔ There are no such parties/attorneys, or any such parties/attorneys have already been

   disclosed to the court.

2/29/2024
Date

/s/ Janet Carter
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

✔   All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐   On   2/29/2024   I sent a copy of this Entry of Appearance
           [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                                    [state method of service]


2/29/2024
_____
Date

/s/ Janet Carter
_____
Signature