Nos. 23-2166, 23-2167, 23-2185

## IN THE UNITED STATES COURT OF APPEALS
### FOR THE TENTH CIRCUIT

_____

WE THE PATRIOTS, INC., et al.,

*Plaintiffs-Appellants*,

v.

MICHELLE LUJAN GRISHAM, in her official capacity only, et al.,

*Defendants-Appellees.*

*(Caption continues inside front cover.)*

_____

On Appeal from the United States District Court for the District of New Mexico
(Nos. 1:23-cv-00772-DHU-LF, 1:23-cv-00773-DHU-LF, 1:23-cv-00778-DHU-LF)
(Hon. David H. Urias)

_____

**ATTACHMENT A, PART 1 TO BRIEF OF DEFENDANTS-APPELLEES**

_____

ORAL ARGUMENT REQUESTED

_____

Holly Agajanian
*Chief General Counsel to Gov. Lujan Grisham*
Kyle P. Duffy
*Deputy General Counsel to Gov. Lujan Grisham*
490 Old Santa Fe Trail, Suite 400
Santa Fe, NM 87501

Cody Rogers
Serpe Andrews
2540 El Paseo Road, Suite D
Las Cruces, NM 88001

Janet Carter
William J. Taylor, Jr.
Carina Bentata Gryting
Everytown Law
450 Lexington Ave, P.O. Box 4184
New York, NY 10163
(646) 324-8174
jcarter@everytown.org

Freya Jamison
Everytown Law
P.O. Box 14780
Washington, DC 20044

*(Caption continues from front cover.)*

ZACHARY FORT, et al.,

*Plaintiffs-Appellants,*

v.

MICHELLE LUJAN GRISHAM, in her official capacity only, et al.,

*Defendants-Appellees.*

————————————————————

RANDY DONK, et al.,

*Plaintiffs-Appellants,*

v.

MICHELLE LUJAN GRISHAM, in her official capacity only, et al.,

*Defendants-Appellees.*

**TABLE OF PARKS RESTRICTIONS**

Links are to public databases (Hathi Trust, Google Books) where available; otherwise to subscription-based databases (HeinOnline, Making of Modern Law ("MoML")).

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| **Municipal Laws & Regulations** | | | | | |
| 1 | New York, NY | 1858 | *Minutes of Proceedings of the Board of Commissioners of the Central Park* 166 (1858) | "All persons are forbidden … [t]o carry fire-arms … within [Central Park]." | https://tinyurl.com/5n6zvd5b (Google Books) |
| 2 | New York, NY | 1861 | *Fourth Annual Report of the Board of Commissioners of the Central Park* 106 (1861) | "All persons are forbidden … [t]o carry firearms or to throw stones or other missiles within [Central Park]." | https://tinyurl.com/bdfamfub (Hathi Trust) |
| 3 | Brooklyn, NY | 1866 | Park Ordinance, No. 1, *Annual Reports of the Brooklyn Park Commissioners 1861-1873*, at 136 (1873) (art. 1, § 4) | "All persons are forbidden … [t]o carry firearms … within [Prospect Park.]" | https://tinyurl.com/ycyv4v9a (Hathi Trust) |
| 4 | Philadelphia, PA | 1868 | 1868 Pa. Laws 1088, No. 1020, § 21, pt. II | "No person shall carry fire arms … in [Fairmount Park] or within fifty yards thereof[.]" | https://tinyurl.com/yu9v6re8 (HeinOnline) |
| 5 | San Francisco, CA | 1872 | Ordinance No. 2, *San Francisco Municipal Reports for the Fiscal Year 1874-75*, at 887 (1875) (§ 2, pt. 2) | "Within [Golden Gate and Buena Vista Parks] all persons are hereby forbidden: … To carry … firearms." | https://tinyurl.com/5n7nfbnn (Google Books) |
| 6 | Chicago, IL | 1873 | *Laws and Ordinances Governing the City of Chicago* 88 (1873) (§ 6) | "All persons are forbidden to carry firearms … within any one of the public parks." | https://tinyurl.com/mpbxserh (Google Books) |
| 7 | Buffalo, NY | 1874 | *Fourth Annual Report of the Buffalo Park Commissioners* 24 (1874) (ch. 1, § 1) | "All persons are forbidden to carry fire-arms … within the several parks, approaches thereto or streets connecting the same." | https://tinyurl.com/mr4df99e (Hathi Trust) |

Table 1

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| 8 | Hyde Park, IL | 1875 | *Laws and Ordinances Governing the Village of Hyde Park* 310 (1876) (§ 6) | "All persons are forbidden to carry fire arms … within [South Park]." | https://tinyurl.com/mvcwn5k9 (MoML) |
| 9 | Phoenixville, PA | 1878 | *A Digest of the Ordinances of Town Council of the Borough of Phoenixville* 135 (1906) (§ 4) | "No person shall carry fire-arms … therein [Reeves Park]." | https://tinyurl.com/3vhn8x46 (Google Books) |
| 10 | Chicago, IL | 1880 | *The Municipal Code of Chicago: Comprising the Laws of Illinois Relating to the City of Chicago, and the Ordinances of the City Council* 391 (1881) (§ 1690) | "All persons are forbidden to carry firearms … within any one of the public parks." | https://tinyurl.com/7z5dbwnt (MoML) |
| 11 | St. Louis, MO | 1881 | *The Revised Ordinance of the City of St. Louis* 635 (1881) (§ 3) | "No person shall … use or have in his possession ready for use in any street, alley, walk or park of the city of St. Louis … any sling, cross bow and arrow, air gun or other contrivance for ejecting, discharging or throwing any fragment, bolt, arrow, pellet, or other missile[.]" | https://tinyurl.com/2azeb5fs (Hathi Trust) |
| 12 | New Haven, CT | 1882 | *Report of the East Rock Park Commissioners* 305 (1882) (§ IV) | "No person shall carry or have any fire-arms on [East Rock] Park[.]" | https://tinyurl.com/yc3vmnhm (Hathi Trust) |
| 13 | Danville, IL | 1883 | *The Revised Ordinances of the City of Danville* 83 (1883) (§ 4) | "Whoever shall carry any fire-arms into said parks … shall be fined not less than one dollar nor more than one hundred dollars, for each offense." | https://tinyurl.com/2jd7cphz (MoML) |
| 14 | St. Louis, MO | 1883 | *Tower Grove Park of the City of St. Louis* 117 (1883) (§ 4) | "All persons are forbidden … [t]o carry firearms[.]" (Tower Grove Park) | https://tinyurl.com/mrrx868s (Google Books) |

Table 2

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| 15 | Boston, MA | 1886 | *Thirteenth Annual Report of the Board of Commissioners for the Year 1887*, at 86 (1888) (§ 3) | "The Board of Park Commissioners of the City of Boston … hereby ordains that within the Public Parks, except with the prior consent of the Board, it is forbidden: … to carry fire-arms, except by members of the Police Force in the discharge of their duties[.]" | https://tinyurl.com/bdemcewm (Google Books) |
| 16 | Reading, PA | 1887 | *A Digest of the Laws and Ordinances for the Government of the Municipal Corporation of the City of Reading, Pennsylvania* 240 (1897) (§ 20, pt. 8) | "No person shall carry firearms … in the common, or within fifty yards thereof[.]" | https://tinyurl.com/4kkmztff (Google Books) |
| 17 | Saint Paul, MN | 1888 | *Annual Reports of the City Officers and City Boards of the City of Saint Paul* 689 (1889) (§ 6) | "No person shall carry firearms … in any Park or within fifty yards thereof[.]" | https://tinyurl.com/bdf5cmvv (Google Books) |
| 18 | Salt Lake City, UT | 1888 | *The Revised Ordinances of Salt Lake City, with the City Charter and Amendments Thereto* 248 (1888) (§ 6) | "No person shall, within Liberty Park, … [c]arry … firearms." | https://tinyurl.com/2p82u82z (MoML) |
| 19 | Bridgeport, CT | 1889 | *Charter and Ordinances of the City of Bridgeport* 200 (1892) (§ 3) | "No person shall carry or have any fire-arms on said parks, or on the shore bordering the same, except on public parade[.]" | https://tinyurl.com/5n7b5rw3 (MoML) |
| 20 | Berlin, WI | 1890 | *The Municipal Code of Berlin, Comprising the Charter and the General Ordinances of the City* 76 (1890) (§ 263) | "All persons are forbidden to carry fire arms … within anyone of the public parks of this City." | https://tinyurl.com/59psw2ck (Hathi Trust) |
| 21 | Trenton, NJ | 1890 | *City of Trenton, New Jersey, Charter and Ordinances* 390 (1903) (§ 8) | "No person shall carry firearms … in said park or squares, or within fifty yards thereof[.]" | https://tinyurl.com/yz22bkya (Google Books) |

Table 3

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 22 | Williamsport, PA | 1890 | *Laws and Ordinances for the Government of the Municipal Corporation of the City of Williamsport, Pennsylvania* 141 (1891) (§ 1, pt. 21) | "No person shall carry fire-arms … in [Brandon Park.]" | https://tinyurl.com/239duswj (Google Books) |
| 23 | Grand Rapids, MI | 1891 | *Compiled Ordinances of the City of Grand Rapids* 163 (1906) (§ 432) | "No person shall ... carry any rifle, gun, or other fire arm of any kind within any park of the City of Grand Rapids[.]" | https://tinyurl.com/3xau2k7w (MoML) |
| 24 | Milwaukee, WI | 1891 | *First Annual Report of the Park Commissioners of the City of Milwaukee* 32 (1892) (§ 3) | "All persons are forbidden to carry fire-arms … within the parks." | https://tinyurl.com/3brhpbz3 (Hathi Trust) |
| 25 | Springfield, MA | 1891 | *Park Commissioners' Report, Springfield, Massachusetts* 82 (1897) (§ 3) | "[W]ithin the Public Parks, except with prior consent of the Board, it is forbidden … to … carry firearms[.]" | https://tinyurl.com/4rh66wk4 (Google Books) |
| 26 | Cincinnati, OH | 1892 | *Annual Report of the Board of Park Commissioners, for the Year Ending December 31, 1892*, at 28 (1893) (§ 13) | "No person shall bring into … the parks any firearms[.]" | https://tinyurl.com/bdfh7ud5 (Hathi Trust) |
| 27 | Lynn, MA | 1892 | *Third Annual Report of the Park Commissioners of the City of Lynn* 23 (1892) (§ 3) | "[W]ithin the limits of Lynn Woods, except with the prior consent of the Board, it is forbidden … to … carry firearms[.]" | https://tinyurl.com/575v78ms (Google Books) |
| 28 | Peoria, IL | 1892 | *Laws and Ordinances of the City of Peoria, Illinois* 667 (1892) (§ 1724) | "All persons are forbidden to carry fire arms ... within any of the public parks, public squares, or public grounds, within said city." | https://tinyurl.com/ypxz79zm (MoML) |
| 29 | Spokane, WA | 1892 | *The Municipal Code of the City of Spokane, Washington, Comprising the Ordinances of the City* 316 (1896) (§ 4) | "All persons are forbidden to carry firearms … within any one of the public parks or other public grounds of the city." | https://tinyurl.com/sbwhmch5 (Google Books) |

Table 4

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 30 | Pittsburgh, PA | 1893 | *A Digest of the Acts of Assembly Relating to, and the General Ordinances of the City of Pittsburgh* 496 (1897) (§ 5, pt. 3) | "No person shall be allowed to carry firearms … within the limits of the parks or within one hundred yards thereof." | https://tinyurl.com/5d99zxca (Google Books) |
| 31 | Wilmington, DE | 1893 | *The Charter of the City of Wilmington* 571 (1893) (pt. VII, § 7) | "No person shall carry fire-arms … within the Park[.]" | https://tinyurl.com/2p8mb99f (Google Books) |
| 32 | Saint Paul, MN | 1894 | *General Ordinances and Private Ordinances of a Public Nature of the City of St. Paul, Ramsey County, Minnesota, Up to and Including December 31st, 1895*, at 208 (1896) (pt. 6) | "No person shall carry firearms… in any park, or within fifty (50) yards thereof[.]" | https://tinyurl.com/u7jsn4hp (MoML) |
| 33 | Canton, IL | 1895 | *Revised Ordinances of the City of Canton, Illinois* 240 (1895) (§ 26) | "All persons are forbidden to carry firearms … within any one of these Public Parks." | https://tinyurl.com/2h6yxtkj (MoML) |
| 34 | Detroit, MI | 1895 | 1895 Mich. Local Acts 596, § 44 | "No person shall … carry firearms … within said park or boulevard[.]" | https://tinyurl.com/2jx7dhan (HeinOnline) |
| 35 | Centralia, IL | 1896 | *The Centralia City Code: Comprising Original Charter and Amendments, the Laws of the State of Illinois Relating to the Government of the City of Centralia, General Ordinances, Special Ordinances and Illinois Central Railroad Contract* 188 (1896) (ch. 33, § 3) | "All persons are forbidden to carry firearms … in [Centralia's Central Park]." | https://tinyurl.com/4h3k3r6j (Hathi Trust) |
| 36 | Indianapolis, IN | 1896 | *The General Ordinances of the City of Indianapolis* 648 (1904) (§ 1971) | "No person shall … have possession of any fire-arm within the limits of any public park." | https://tinyurl.com/2h7ek5jm (MoML) |

Table 5

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 37 | Rochester, NY | 1896 | *Report of the Board of Park Commissioners of the City of Rochester, N.Y., 1888 to 1898*, at 97-98 (1898) (§ 4, pt. 25) | "No person shall commit any of the following acts within said parks without the consent of said Board, or some duly authorized person … Carry any … firearm, sling-shot, axe, saw, shovel or spade within the following parks, viz.: Genesee Valley Park, Highland Park, Seneca Park east and Seneca Park west." | https://tinyurl.com/4rm8jmkd (Google Books) |
| 38 | Wilmington, DE | 1897 | *Report of the Board of Park Commissioners, of Wilmington, Del. for the Year ending December 31st, 1897*, at 24 (1898) | "No person shall carry firearms … within the boundaries of the Park." | https://tinyurl.com/2ezemtmc (Google Books) |
| 39 | Kansas City, MO | 1898 | Ordinance No. 9637, *Charter and Revised Ordinances of Kansas City 1898*, at 657 (1898) (§ 11) | "No person shall … carry fire-arms … within any park, boulevard, parkway or driveway of this city under the control or supervision of the board of park commissioners, except upon a permit first duly obtained or authority previously granted by said board[.]" | https://tinyurl.com/47wuw6nf (Google Books) |
| 40 | New Haven, CT | 1898 | *Charter and Ordinances of the City of New Haven, Together with Legislative Acts Affecting Said City* 293 (1898) (§ 3) | "No person shall carry or have any fire-arms on any of said parks[.]" | https://tinyurl.com/nccb32m6 (Google Books) |
| 41 | Boulder, CO | 1899 | *Revised Ordinances of the City of Boulder* 157 (1899) (ch. XVIII, No. 511, § 1) | "Any person other than the police officers of the city who shall take or carry or cause to be taken or carried into any of the parks belonging to the City of Boulder, any gun, pistol, revolver, or other firearm, … shall | https://tinyurl.com/3vbhzdpe (MoML) |

Table 6

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| | | | | be deemed guilty of a misdemeanor." | |
| 42 | Hartford, CT | 1902 | *Municipal Register of the City of Hartford* 493 (1907) (pt. 9) | "The Board of Park Commissioners … hereby make and ordain the following rules and regulations for the management of the parks owned by or under control of the city of Hartford. … It is forbidden … [t]o … carry firearms[.]" | https://tinyurl.com/2p8k37mc (MoML) |
| 43 | New Bedford, MA | 1902 | *Ninth Annual Report of the Department of Parks of the City of New Bedford, Mass. 1902*, at 74 (1903) (§ 3) | "[W]ithin the public parks and commons of the city, except with prior consent of the Commissioners, all persons are hereby forbidden … to … carry firearms[.]" | https://tinyurl.com/5n8dpxfh (Hathi Trust) |
| 44 | Springfield, IL | 1902 | *First Annual Report of the Board of Trustees of the Pleasure Driveway and Park District of Springfield, Illinois* 69 (1902) (§ 3, pt. 4) | "ALL PERSONS ARE FORBIDDEN: … [t]o carry … firearms … in the parks[.]" | https://tinyurl.com/fvc2hpd7 (Google Books) |
| 45 | Lowell, MA | 1903 | *First Annual Report of the Board of Park Commissioners of the City of Lowell* 58 (1904) (§ 3) | "[W]ithin [the] Public Parks and Commons, except by and with the consent of the Board … [i]t is forbidden to … carry firearms[.]" | https://tinyurl.com/mr2kh885 (Hathi Trust) |
| 46 | New York City, NY | 1903 | IV *Proceedings of the Board of Aldermen of the City of New York from October 6 to December 28, 1903*, at 600 (1903) (§ 24) | "No one shall … carry any firearm, fire cracker, torpedo or fire-works … within any of the parks, parkways, squares or places in The City of New York under the jurisdiction of the Department of Parks without special permission | https://tinyurl.com/jhw95eu3 (Hathi Trust) |

Table 7

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| | | | | from the Commissioner having jurisdiction." | |
| 47 | Pasadena, CA | 1903 | Ordinance No. 539, III *Ordinances of the City of Pasadena California* 29 (1912) (§ 1, pt. 2) | "It is hereby declared to be unlawful for any person or persons to do any of the acts hereinafter specified within the limits of any of said public parks … [t]o carry … any firearms[.]" | https://tinyurl.com/djb6d5bz (Google Books) |
| 48 | Troy, NY | 1903 | *Municipal Ordinances of the City of Troy* 375 (1905) | "All persons are forbidden … [t]o carry … firearms … in the parks." | https://tinyurl.com/mt2w8amx (MoML) |
| 49 | Baltimore, MD | 1904 | *Reports of the City Officers and Departments Made to the City Council of Baltimore for the Year 1904* 142 (1905) (§ 5) | "If any person shall carry … any firearm within the public parks, such person shall forfeit and pay five dollars for each and every offense." | https://tinyurl.com/b99zxjzf (Hathi Trust) |
| 50 | Houston, TX | 1904 | *Charter and Revised Code of Ordinances of the City of Houston, Harris County, Texas* 358-59 (1904) (art. 918, pt. 3; art. 921) | "It shall be unlawful for any person or persons within the public park and commons of this city to … carry firearms[.]" | https://tinyurl.com/5b6k2rsp (MoML) |
| 51 | Neligh, NE | 1904 | *The Ordinances of the City of Neligh, Nebraska* 37 (1906) (No. 61, § 1) | "[I]f any person shall carry … any firearm or gun of any description in any public park belonging to the city of Neligh, such person shall on conviction thereof, be fined in any sum not exceeding $25." | https://tinyurl.com/bdethjt2 (MoML) |
| 52 | Pueblo, CO | 1904 | *Ordinances of the City of Pueblo* 383-86 (1908) (No. 678, pt. 20) | "[F]or the purpose of governing and regulating the use of the parks and of park property within the city of Pueblo, the following rules … are | https://tinyurl.com/mry6b6ww (MoML) |

Table 8

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| | | | | … adopted … 20. No person shall … carry firearms[.]" | |
| 53 | Harrisburg, PA | 1905 | *A Digest of the Laws and Ordinances for the Government of the Municipal Corporation of the City of Harrisburg, Pennsylvania* 468 (1906) (§§ 4, 8) | "No person shall commit any of the following acts within said park or parkways, without the previously obtained consent of the commission: … 4. [c]arry … any firearms … 8. [c]arry any … firearms … within reservoir park." | https://tinyurl.com/54t7yeey (MoML) |
| 54 | Haverhill, MA | 1905 | *Annual Report of the Park Commissioners of the City of Haverhill, Massachusetts* 12 (1906) (§ 9) | "It is forbidden … to … carry firearms … within the parks." | https://tinyurl.com/2a67kbey (Google Books) |
| 55 | Saginaw, MI | 1905 | *Charter of the City of Saginaw, Michigan* 173 (1905) (§ 22) | "No person shall … carry firearms … within park boulevards, nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of any explosive character on said park or boulevard without the consent of said commissioners, and then only under such regulations as they shall prescribe." | https://tinyurl.com/yph5tted (MoML) |
| 56 | Chicago, IL | 1906 | *Amendments to "The Revised Municipal Code of Chicago of 1905" and New General Ordinances* 40 (1906) (§ 1562) | "All persons are forbidden to carry firearms … within any of the Parks, Public Play Grounds or Bathing Beaches of the City[.]" | https://tinyurl.com/ye2advdr (Hathi Trust) |
| 57 | Denver, CO | 1906 | *The Municipal Code of the City and County of Denver* 479 (1906) (§ 1367) | "All persons are forbidden … to carry … firearms … in the parks[.]" | https://tinyurl.com/yuhcpzv8 (MoML) |

Table 9

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 58 | Los Angeles, CA | 1906 | *Penal Ordinances of the City of Los Angeles* 41-42 (1922) (§§ 1, 2, pt. 2) | "1. That the rules and regulations hereinafter prescribed shall govern the public parks of the City of Los Angeles. 2. That within the limits of any of said parks, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit: ... To carry … any fire arms, ... or air gun or slungshot." | https://tinyurl.com/2ubpfr4y (MoML) |
| 59 | Ann Arbor, MI | 1907 | *Charter and Ordinances of the City of Ann Arbor* 340-42 (1908) (§ 16) | "An Ordinance Relative to Parks, Boulevards, and Lawn Extensions Within the City of Ann Arbor, Michigan … No person shall … carry fire-arms[.]" | https://tinyurl.com/4tryp7sm (Hathi Trust) |
| 60 | Oil City, PA | 1907 | *A Digest of the Ordinances and Principal Resolutions for the Government of the City of Oil City, in Venango County, Pennsylvania, in Force January 1st, 1907*, at 121 (1907) (§ 1, pt. 4) | "[T]he following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the City of Oil City, to wit: … No person shall be allowed to carry firearms … within the limits of the park." | https://tinyurl.com/5w25tcxy (Google Books) |
| 61 | Olean, NY | 1907 | *Ordinances of the City of Olean as Amended to September 1922*, at 26 (1922) (§ 4) | "No person shall … carry any firearms in any park." | https://tinyurl.com/murvjamw (MoML) |
| 62 | Parsons, KS | 1907 | *Compiled and Revised General Ordinances and Compilation of Certain Laws of Kansas Directly Affecting Cities of the First Class* 479 (1908) (§ 7) | "[N]o person except an officer in the discharge of his duty shall have with him … in said parks, a gun, revolver or pistol[.]" | https://tinyurl.com/yc7pzm68 (Hathi Trust) |

Table 10

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| 63 | Portland, OR | 1907 | *Charter and General Ordinances of the City of Portland, Oregon* 483 (1910) (Rule III) | "[T]he following rules and regulations govern[] the use of Public Parks and Plazas in the City of Portland … No person shall … have in his possession … any fiream[.]" | http://tinyurl.com/228ffyfm (MoML) |
| 64 | Seattle, WA | 1907 | *The Charter of the City of Seattle* 221 (1908) (§ 100) | "It shall be unlawful … to carry any fire-arm in any park." | https://tinyurl.com/mr4564em (MoML) |
| 65 | Waterbury, CT | 1907 | *The Compiled Charter and Ordinances of the City of Waterbury* 307 (1913) (§ 3) | "No person shall carry or have any firearms in any of said parks[.]" | https://tinyurl.com/3pbpp38x (Google Books) |
| 66 | Flint, MI | 1908 | *Ordinances of the City of Flint, Michigan* 354 (1925) (§ 16) | "No person shall … carry fire arms … within any public park, ground or boulevard." | https://tinyurl.com/3hcr7cvs (Hathi Trust) |
| 67 | Oakland, CA | 1909 | Ordinance No. 2967, *General Municipal Ordinances of the City of Oakland, Cal.*, Addenda at 15 (1909) (§ 9) | "No person shall carry firearms … within the boundaries of the parks controlled by the Park Commission." | https://tinyurl.com/mphdrwda (Hathi Trust) |
| 68 | Kansas City, MO | 1909 | *Charter and Revised Ordinances of Kansas City 1909*, at 846 (1909) (§ 1048) | "No person shall … carry fire-arms … within any park, boulevard, avenue, street, parkway, or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said Board and subject to such rules and regulations as said Board may establish." | https://tinyurl.com/rxnfjuw5 (MoML) |
| 69 | Memphis, TN | 1909 | *A Digest of the Laws, Ordinances and Contracts of the City of* | "[I]t shall be a misdemeanor … to commit the following acts … 13. | https://tinyurl.com/2abcx7bc |

Table 11

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
|  |  |  | *Memphis* 657-59 (1909) (§ 1131, pt. 13) | To … carry any firearms … within any of the parks, parkways, squares or places without special permission from the Commissioners." | (MoML) |
| 70 | Paducah, KY | 1909 | *Constitution, Charter and Revision of the Ordinances and Municipal Laws of the City of Paducah, Kentucky* 489 (1910) (§ 20) | "No person shall ... carry fire-arms ... within any park, boulevard, avenue, street, parkway or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said board[.]" | https://tinyurl.com/5dze9mj2 (MoML) |
| 71 | Burlington, VT | 1910 | *Forty-Sixth Annual Report of the City of Burlington, Vermont* 221 (1910) (§ 11) | "No person shall carry … firearms … in any park[.]" | https://tinyurl.com/4583wr6u (archive.org) |
| 72 | Jacksonville, IL | 1910 | *Ordinances Governing the City of Jacksonville of the State of Illinois* 113 (1910) (art. II, § 3) | "No person shall carry any firearms … within any of said parks." | https://tinyurl.com/575mpurr (Google Books) |
| 73 | Staunton, VA | 1910 | *The Code of the City of Staunton, Virginia* 115 (1910) (§ 135) | "All persons are forbidden … to carry firearms … within [the park.]" | https://tinyurl.com/ysz25b5p (Hathi Trust) |
| 74 | Colorado Springs, CO | 1911 | *The Code of Colorado Springs, 1922*, at 450 (1922) (§ 1068) | "All persons are forbidden … to carry … firearms … in the parks[.]" | https://tinyurl.com/5fs6rppy (MoML) |
| 75 | New Britain, CT | 1911 | *Charter And Ordinances City of New Britain* 255 (1914) (§ 16) | "No person shall … carry firearms … within [Walnut Hill Park], except by license from said board of park commissioners[.]" | https://tinyurl.com/4yjz8spe (Google Books) |

Table 12

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 76 | New York City, NY | 1912 | *New Code of Ordinances of the City of New York* 389 (1926) (§ 17, pt. 8) | "No person shall, in any park: … carry any firearm[.]" | https://tinyurl.com/yez5hd94 (MoML) |
| 77 | Oakland, CA | 1912 | *City of Oakland General Municipal Ordinances In effect January 1, 1918*, at 119 (1918) (§ 9) | "No person shall carry firearms … within the boundaries of the parks controlled by the Board of Park Directors." | https://tinyurl.com/v9w2rkcf (MoML) |
| 78 | Oklahoma City, OK | 1913 | *The City of Oklahoma City, Oklahoma: Charter and Revised General Ordinances* 327 (1913) (§ 1009) | "No person shall … carry fire arms … within any park … of this city, under the control or supervision of the Board of Park Commissioners, except upon a permit, first duly obtained, or authority previously granted, by said Board[.]" | https://tinyurl.com/p4yyc5k3 (Hathi Trust) |
| 79 | Grand Rapids, MI | 1914 | *Compiled Ordinances of the City of Grand Rapids* 208 (1915) (§ 556, pt. e) | "No person shall carry any rifle, gun, or other fire-arm of any kind within the parks and playgrounds of the City of Grand Rapids[.]" | https://tinyurl.com/djb6d5bz (MoML) |
| 80 | Monrovia, CA | 1914 | *Laws of California and Ordinances of the County and Cities of Los Angeles County, Relating to Minors* 153 (1914) (§ 2) | "[W]ithin the limits of any said parks … it shall be unlawful for any person … [t]o carry … any firearms[.]" | https://tinyurl.com/s8dwtr2b (Hathi Trust) |
| 81 | New Haven, CT | 1914 | *Charter and Ordinances of the City of New Haven, Conn. and Special Acts Revised to January, 1914*, at 438 (1914) (§ 3) | "No person shall carry or have any firearms on any of said parks[.]" | https://tinyurl.com/jhtwbjrk (MoML) |
| 82 | Fresno, CA | 1916 | *Charter and Ordinances of the City of Fresno, California* 303 (1916) (§ 1, pt. 2) | "Within the limits of any parks in the City of Fresno, … it shall be unlawful for any person … [t]o carry … any firearms[.]" | https://tinyurl.com/4htjrh56 (Hathi Trust) |

Table 13

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 83 | New York City, NY | 1916 | *Ordinances, Rules and Regulations of the Department of Parks of the City of New York* 7 (1916) (§ 17, pt. 8) | "No person shall, in any park … carry any firearm[.]" | https://tinyurl.com/3nwb8ejw (Hathi Trust) |
| 84 | Birmingham, AL | 1917 | *The Code of City of Birmingham, Alabama* 662 (1917) (§ 1544) | "[N]o person shall carry firearms … within any of such public parks[.]" | https://tinyurl.com/2xdkp689 (Google Books) |
| 85 | Brockton, MA | 1917 | *Municipal Register of the City of Brockton for 1918* 330 (1918) (§ 3) | "[T]he following acts by any person [in Brockton's public parks] … is expressly forbidden, namely: … to … carry firearms[.]" | https://tinyurl.com/4nm35m6p (Google Books) |
| 86 | Joplin, MO | 1917 | *The Joplin Code of 1917*, at 552 (1917) (§ 1214) | "All persons are forbidden … to carry … firearms … in the parks[.]" | https://tinyurl.com/5n63f666 (MoML) |
| 87 | Aurora, IL | 1920 | *The Revised Municipal Code of Aurora, Illinois of 1920*, at 377-78 (1920) (§ 950) | "It shall be unlawful for any person … [t]o carry … firearms [in Aurora public parks]. | https://tinyurl.com/2s3mfaje (Hathi Trust) |
| 88 | Salt Lake City, UT | 1920 | *Revised Ordinances of Salt Lake City, Utah, 1920*, at 474 (1920) (§ 1494, pt. 2) | "It shall be unlawful for any person to do … any of the acts hereinafter specified in any public park or play ground in Salt Lake City, or in any place … set aside or used as a public park or play ground, to wit: … 2. To carry … any firearms[.]" | https://tinyurl.com/3d3jxx3n (MoML) |
| 89 | Burlington, VT | 1921 | *Revised Ordinances of 1921, City of Burlington, Vermont* 1 (1921) (§ 3) | "No person shall carry or have any firearms on any of said parks[.]" | https://tinyurl.com/2fk58a7k (MoML) |
| 90 | Chattanooga, TN | 1922 | *Digest of the Charter and Ordinances of the City of Chattanooga* 144-45 (1922) (§ 516) | "GENERAL REGULATIONS OF PUBLIC PARKS … 516. … It shall be unlawful to … carry firearms[.]" | https://tinyurl.com/5xceah4p (MoML) |

Table 14

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 91 | Chicago, IL | 1922 | *The Chicago Municipal Code of 1922*, at 809 (1922) (§ 2870) | "All persons are forbidden to carry firearms … within any of the parks, public playgrounds, or bathing beaches of the city[.]" | https://tinyurl.com/4kk8w2vr (Google Books) |
| 92 | St. Joseph, MO | 1925 | *Revised Ordinances of the City of St. Joseph, Missouri* 420 (1925) (§ 1978) | "No person shall … carry firearms … within any park … under the control or supervision of the board of park commissioners, except upon a permit first duly obtained or authority previously granted by said board[.]" | https://tinyurl.com/4f4umtjz (Google Books) |
| **Federal Laws & Regulations** | | | | | |
| 93 | Federal | 1882 | Dwight H. Kelton, *Annals of Fort Mackinac* 22 (1882) (pt. IX) | "The following are the approved Rules and Regulations for the Park at Mackinac: … No person shall carry … fire-arms in the park." | https://tinyurl.com/4kxnkra9 (Hathi Trust) |
| 94 | Federal | 1894 | Department of the Interior, "Rules and Regulations of the Yellowstone National Park" § 5, Aug. 1, 1894, *reprinted in Report of the Secretary of the Interior* 662 (1894) | "Firearms will only be permitted in the park on written permission of the superintendent thereof. On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the park." | https://tinyurl.com/2t578tax (HeinOnline) |
| 95 | Federal | 1890 | Department of the Interior, "Rules and Regulations of the Sequoia National Park" § 5, Oct. 21, 1890, *reprinted in Annual Report of the Secretary of the Interior* CLXII (Nov. 1, 1890) | "[N]o one shall carry into or have in the park any fire-arms, traps, nets, tackle, or appliances, or fish or hunt therein without a license in writing signed by the Secretary or superintendent of the park." | https://tinyurl.com/5e96ayma (HeinOnline) |

Table 15

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 96 | Federal | 1897 | *Annual Reports of the Department of the Interior for the Fiscal Year ended June 30, 1897, at LXXXIV (1897)* | "All the firearms are taken from their owners at … the two principal entrances to the park, and patrols take all the firearms found in possession of tourists and campers who have entered the park by unguarded routes." | http://tinyurl.com/yvtnsnb9 (University of Oklahoma) |
| 97 | Federal | 1897-1936 | "Firearms Regulations in the National Parks, 1897–1936" (2008) | | https://perma.cc/5SRK-VYXZ (National Park Service History eLibrary); Previously on NPS website, *see* [archive.org] |
| 98 | Federal | 1936 | 1 Fed. Reg. 668, 674 (June 27, 1936) | "Firearms … are prohibited within the parks and monuments, except upon written permission of the superintendent or custodian." | https://tinyurl.com/8yfe879p (Library of Congress) |
| **State Laws & Regulations** | | | | | |
| 99 | Minnesota | 1901 | 1901 Minn. Laws 396-97, ch. 250, § 1 | "Any person who shall … in any manner whatsoever … have in their possession loaded or charged firearms at any point within three thousand (3,000) feet of the outward limits of, or proposed outward boundary line or limits of any … state park within this state, shall be guilty of a misdemeanor[.]" | https://tinyurl.com/4fjy7993 (HeinOnline) |
| 100 | Minnesota | 1905 | 1905 Minn. Laws 620, ch. 344, § 53 | "No person shall have in his possession within any [territory set apart, designated, used or | https://tinyurl.com/2p99pck8 (HeinOnline) |

Table 16

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| | | | | maintained as a state public park or within one-half mile of the outer limits thereof, any gun, revolver, or other firearm unless the same is unloaded, and except after the same has been sealed by the park commissioner or a deputy appointed by him, and except also such gun or other firearm at all times during which it may be lawfully had in such park remains so sealed and unloaded." | |
| 101 | District of Columbia | 1907 | I *Annual Report of the Commissioners of the District of Columbia Year Ended June 30, 1908*, at 85 (1908) (§ 4) | "Within the limits of [Rock Creek Park] all persons are forbidden … [t]o carry … firearms[.]" | https://tinyurl.com/2p9b2hbx (Google Books) |
| 102 | Maryland | 1917 | *Report of the Maryland State Board of Forestry for 1916 and 1917*, at 60-61 (1917) (pt. 4) | "RULES AND REGULATIONS OF THE MARYLAND STATE BOARD OF FORESTRY … [Uses like camping require a permit; permittees and their guests] … [w]ill not bring into the Patapsco State Park or have in his or their possession while there fire-arms of any description[.]" | https://tinyurl.com/4tvv4dup (Hathi Trust) |
| | | | *Id*. at 62 | [Within sign to be posted in Patapsco State Park:] "FIREARMS PROHIBITED" | |
| 103 | Connecticut | 1918 | *Report of the State Park Commission to the Governor For the Two Fiscal Years ended September 30, 1918*, at 31 (1918) | "The use of firearms or having them in possession is forbidden [in Connecticut State Parks.]" | https://tinyurl.com/mu9979dm (Hathi Trust) |

Table 17

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 104 | North Carolina | 1921 | 1921 N.C. Sess. Laws 54, Pub. Laws Extra Sess., ch. 6, § 3 | "That any person who shall carry a pistol, revolver, or gun in any park or reservation [for the protection, breeding, or keeping of any animals, game, or other birds], without having first obtained the written permission of the owner or manager of said park or reservation, shall be guilty of a misdemeanor[.]" | https://tinyurl.com/yx3bz5rk (HeinOnline) |
| 105 | Washington | 1926 | Raymond H. Torrey, *State Parks and Recreational Uses of State Forests in the United States* 247 (1926) | "Among the regulations [of Washington State Parks] which experience has required for conservation, sanitation, cleanliness and good order are prohibitions against fire arms[.]" | https://tinyurl.com/498zu75s (Hathi Trust) |
| 106 | Indiana | 1927 | 1927 Ind. Acts 98 | "[U]pon any lands of this state now or hereafter used for a state park or for a state forest reserve … it shall be unlawful for any person to go upon such lands of this state with a gun[.]" | https://tinyurl.com/5yeezb59 (HeinOnline) |
| 107 | Indiana | 1927 | *The Department of Conservation State of Indiana Publication No. 68*, at 181 (1927) (§ 354, pt. 2) | "The carrying or possession of a gun or firearms is prohibited." | https://tinyurl.com/ap7bjj6w (Google Books) |
| 108 | Maryland | 1927 | 1927 Md. Laws 1176, ch. 568, § 74 | "Where any portion of a State Game Refuge is used for a State Park, entry by any person within the refuge area for recreational pursuits shall not be restricted on the portion of said territory used as a State Park, so long as such persons do not carry fire-arms[.]" | https://tinyurl.com/2te8du8b (HeinOnline) |

Table 18

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| 109 | South Dakota | 1927 | 1927 S.D. Sess. Laws 32, ch.12, § 16 | "It shall be unlawful to carry fire arms in [Custer State Park], except by duly authorized officers[.]" | https://tinyurl.com/4k859sbm (HeinOnline) |
| 110 | Michigan | 1928 | *Fourth Biennial Report 1927-1928: The Department of Conservation State of Michigan* 57 (1928) (§ 2) | "To carry or have firearms in possession in a State Park is unlawful." | https://tinyurl.com/5n8h547e (Hathi Trust) |
| 111 | Washington | 1928 | Beatrice Ward Nelson, *State Recreation; Parks, Forests and Game Preserves* 278 (1928) | "The caretakers of the park, and other employees whom the committee may care to designate, are vested with police powers to enforce the laws and the rules and regulations. Among the regulations are the prohibition of firearms[.]" | https://tinyurl.com/yn8ftdb8 (Hathi Trust) |
| 112 | Kansas | 1930 | *Third Biennial Report of the Forestry, Fish and Game Commission of the State of Kansas for the Period Ending June 30, 1930*, at 23 (1930) (§ 2) | "To carry or have firearms in possession in a state park is unlawful." | https://tinyurl.com/4zw74j4e (Hathi Trust) |
| 113 | Wisconsin | 1933 | *Wisconsin State Parks* 23 (1933) (§ 6) | "[T]he carrying or using of firearms is strictly prohibited." | https://tinyurl.com/bdft2nf7 (Hathi Trust) |
| 114 | New Jersey | 1935 | 1935 N.J. Laws 304-05, ch. 114, § 2 | "No person shall … (8) except employees or officers of the commissioners, carry firearms of any description within [Palisades State Park], or carry any airgun, sling shot, bow and arrow, or any other device whereby a missile may be thrown, without a permit from the commissioners[.]" | https://tinyurl.com/4u8ccxky (Hathi Trust) |

Table 19

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| 115 | Alabama | 1936 | I *Digest of Laws Relating to State Parks* 4 (1936) (§ 8) | "Fire-arms are rigidly excluded from State Parks[.]" | https://tinyurl.com/4j25uu5a (Hathi Trust) |
| 116 | California | 1936 | I *Digest of Laws Relating to State Parks* 20 (1936) | "Firearms are not allowed, and must be sealed at the Warden's Office." | https://tinyurl.com/4jds7v6d (Hathi Trust) |
| 117 | Florida | 1936 | I *Digest of Laws Relating to State Parks* 35 (1936) (§ 4) | "Firearms are prohibited within the Park except upon written permission of the Superintendent." | https://tinyurl.com/h6aj47pd (Hathi Trust) |
| 118 | Virginia | 1936 | III *Digest of Laws Relating to State Parks* 396 (1936) (§ 6) | "EXCERPTS FROM REGULATIONS GOVERNING PARK PERSONNEL … The carrying and use of fire arms is prohibited." | https://tinyurl.com/37c2y86y (Hathi Trust) |
| | | | *Id.* at 397 | "INSTRUCTIONS TO PARK VISITORS … Firearms are prohibited at all times." | |
| 119 | New York | 1936 | II *Digest of Laws Relating to State Parks* 190 (1936) (§ 8) | "The following acts and activities are prohibited within [Niagara Frontier State Park] areas under jurisdiction of this Commission except by permit:- The possession of any firearms … of any kind[.]" | https://tinyurl.com/7mu2ep99 (Hathi Trust) |
| 120 | New York | 1936 | *Id.* at 195 (§ 6) | "No firearms may be used or possessed within [Allegany State Park] area by visitors … except by special permission of the Commissioners." | https://tinyurl.com/3my6jdr6 (Hathi Trust) |
| 121 | New York | 1936 | *Id.* at 201 (§ 5) | "No person shall carry or have in his possession any gun, firearms, ammunition, or explosives … within or from the park areas [of | https://tinyurl.com/hv6aw2e6 (Hathi Trust) |

Table 20

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| | | | | Finger Lakes State Parks] except when especially authorized by the Commission to do so." | |
| 122 | New York | 1936 | *Id.* at 205 (§ 3) | "No person except employees or officers of the Commission shall carry firearms of any description within [Central New York State Parks]." | https://tinyurl.com/frkw396u (Hathi Trust) |
| 123 | New York | 1936 | *Id.* at 221 (§ 3) | "No person except employees or officers of the Commission shall carry firearms of any description within [Taconic State Park]." | https://tinyurl.com/bdrr2xje (Hathi Trust) |
| 124 | New York | 1936 | *Id.* at 228 (§ 8) | "No person, except employees or officers of the Commissioners, shall carry firearms of any description within [Palisades Interstate Park]. No unauthorized person shall carry any airgun, sling shot, bow and arrow, or any other device whereby a missile may be thrown." | https://tinyurl.com/4jx9h7ax (Hathi Trust) |
| 125 | New York | 1936 | *Id.* at 236 (§ 15) | "No person shall have or carry while in any park [of the Westchester County Park System] whether concealed or not concealed on his person, any pistol, gun, rifle, revolver or other firearms of any class or kind, or any ammunition therfor, except when so authorized by law." | https://tinyurl.com/39rm7jkh (Hathi Trust) |
| 126 | New York | 1936 | *Id.* at 255 (§ 7) | "No person shall have or carry, whether or not concealed upon his person, any pistol or revolver … or | https://tinyurl.com/y2rv4exu (Hathi Trust) |

Table 21

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| | | | | ammunition therefor, except when so authorized by law. No person shall bring into any park [under the jurisdiction of the Long Island State Park Commission], or have in his possession therein, any rifle, shotgun, or fowling piece[.] | |
| 127 | New York | 1936 | *Id.* at 264 (No. 3) | "No person shall carry or have in his possession any gun, firearms, ammunition or explosives … within or from the park area [of Thousand Island State Park] except when especially authorized by the Commission to do so." | https://tinyurl.com/bdecd2ma (Hathi Trust) |
| 128 | North Carolina | 1936 | II *Digest of Laws Relating to State Parks* 284 (1936) | "Nor may any person carry a pistol, revolver or gun in any such park or reservation without first having obtained written permission to do so." | https://tinyurl.com/284bdku7 (Hathi) |
| 129 | Ohio | 1936 | III *Digest of Laws Relating to State Parks* 321 (1936) (§ 5) | "[T]he carrying of firearms, loaded or unloaded, in any state park under the control of the Ohio State Archaeological and Historical Society, is positively forbidden." | https://tinyurl.com/bdeym2jc (Hathi Trust) |
| 130 | Rhode Island | 1936 | III *Digest of Laws Relating to State Parks* 360 (1936) (§ 2) | "REPRESENTATIVE RULES AND REGULATIONS [of the Division of Forests, Parks & Parkways] … No person shall … have in his possession any firearm[.]" | https://tinyurl.com/yhehy3kd (Hathi Trust) |

Table 22

TAB 1

# MINUTES OF PROCEEDINGS

OF THE

# BOARD OF COMMISSIONERS

OF THE

# CENTRAL PARK,

FOR THE

## YEAR ENDING APRIL 30, 1858.

NEW YORK:

WM. C. BRYANT & CO., PRINTERS, 41 NASSAU ST., COR. LIBERTY.

1858.

Digitized by Google

# TUESDAY, MARCH 16, 1858.

### REGULAR MEETING—3 P. M.

#### PRESENT:

| Commissioner Gray, | | Commissioner Fields, |
|---|---|---|
| " Dillon, | | " Green, |
| " Russell, | | " Strong, |
| " Butterworth, | | " Hogg. |
| " Hutchins, | | |

On motion, the reading of the minutes of the previous meeting was dispensed with.

On motion of Mr. BUTTERWORTH, it was

*Resolved*, That the Annual Report of this Board to the Common Council, dated January 30, 1858, be printed as one of the documents of this Board.

As follows :

*Ayes*—Messrs Dillon, Butterworth, Gray, Fields, Green, Strong, Hogg—7.

On motion of Mr. DILLON, the ordinances recommended by the Superintendent were adopted, as follows :

"Be it ordained by the Commissioners of the Central Park :

All persons are forbidden

To enter or leave the Park except by the gateways.

To climb or walk upon the wall.

To turn cattle, horses, goats or swine into the Park.

To carry fire-arms or to throw stones or other missiles within it.

To cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other constructions upon the Park ;

Or to converse with, or in any way hinder those engaged in its construction.

All persons offending against these ordinances shall be deemed guilty of misdemeanor, and be punished, on conviction before the Mayor, Recorder, or any magistrate of the city of New York. by a fine not exceeding fifty dollars; and, in default of payment, by imprisonment not exceeding thirty days."

Visitors may obtain all necessary information and directions from the police.

The business offices and the police station of the Park are on Fifth avenue at Seventy-ninth street."

Mr. DILLON also moved the adoption of the following:

*Ordered*, That the Superintendent cause these ordinances to be posted on the Park, in such number and manner as he may deem advisable.

*Ordered*, That it be published for ten days in the Daily Times, Tribune, Sun, and Staats Zeitung.

Which was carried, as follows:

*Ayes*—Messrs. Dillon, Butterworth, Gray, Fields, Green, Strong, Hogg—7.

A communication from the Chief Engineer, submitting a report on " A Comprehensive Plan of Drainage " of the Park, accompanied by a map of the same, was received.

Mr. DILLON moved that the report be printed and referred to the Committee on Draining and Sewerage.

Which was carried, as follows:

*Ayes*—Messrs. Dillon, Butterworth, Gray, Fields, Green, Strong, Hogg—7.

A report from the Chief Engineer, announcing the completion of the sectional and drainage maps of the Park, and the discharge of all persons directly employed by him, was referred to the Executive Committee.

A communication from the same, as to a plan for receiving within the limits of the Park the waste water from the present and new reservoirs, was also referred to the Executive Committee.

A communication from Thomas F. Webb, as to furnishing blasting powder for the Park, was also referred to the same committee.

Digitized by Google

**168**

The following communication was received from A. W. Craven, Esq., of the Croton Aqueduct Board, and on motion of Mr. Dillon ordered to be engrossed in the minutes of the Board :

CROTON AQUEDUCT DEPARTMENT,

Engineer's Office, March 2d, 1858.

Gentlemen,—I beg leave to acknowledge the receipt of a note from your Board, through Mr. Hart, dated February 16th, and to apologise for not replying to it more promptly.

The questions asked, and the answers thereto, are as follows :

" 1st. What is the height of the Reservoir on the line of Fifth avenue at 41st street, excluding the railing ?"

The top of the wall, exclusive of the railing, and also exclusive of the projections at the corners and over the gateway, is 119 feet above mean tide and 39 feet above the curb of Forty-first street. The height of water when the Reservoir is full is four feet below this level, or 115 feet above mean tide.

" 2d. Will the top of the wall of the new Reservoir be on a level with the top of that now built in Seventy-ninth street ?"

These heights are intended to be precisely the same.

" 3d. Could not the height of the wall be reduced in the Reservoir now built and in the new one, and if so, how much, and yet answer all the purposes of the Reservoir ?"

The height of water in these Reservoirs could not be reduced without greatly impairing the efficiency of our water distribution throughout the city, and the height of the wall could not be reduced with safety without a corresponding reduction in the high-water level.

I have the honor to be, very respectfully,

Your obedient servant,

A. W. CRAVEN,

Chief Engineer.

To the Commissioners of the Central Park, New York.

The monthly report of the Superintendent was read and ordered on file.

A petition of Norman Ewen, late Surveyor and Engineer of the third division Central Park Survey, to be allowed his pay,

Digitized by Google

**169**

at the rate of $1500 per annum, from May 1st to November 13th, 1857, was read and referred to the Auditing Committee.

Mr. FIELDS moved to take up the special order, being the election to fill the vacancy caused by the resignation of Mr. Cooley, in pursuance of the notice given by Mr. Strong, at the meeting of February 16, 1858.

The ayes and nays being called for upon the motion, it was carried, as follows :

*Ayes*—Messrs. Dillon, Russell, Gray, Hutchins, Fields, Green, Strong, Hogg—8.

*Nay*—Mr. Butterworth—1.

Mr. RUSSELL offered the following :

*Resolved,* That it is inexpedient at the present meeting to go into an election, to fill the vacancy in the Board occasioned by the resignation of Mr. Cooley.

Lost.

Mr. FIELDS moved that the Board now go into ballot.

Carried, as follows :

*Ayes*—Messrs. Dillon, Gray, Hutchins, Fields, Green, Strong, Hogg—7.

*Nays*—Messrs. Russell, Butterworth—2.

The Chair appointed as tellers Messrs. Green and Butterworth.

The Board then proceeded to ballot, with the following result :

         For August Belmont................... 7
          "   George Bancroft..... ............. 1
             Blank ............................. 1

On motion of Mr. RUSSELL, the election of Mr. Belmont was declared unanimous.

On motion of Mr. HUTCHINS, the Vice-President was requested to communicate to Mr. Belmont his election to the Board.

Mr. STRONG moved that when the Board adjourn it be to Tuesday next at 1 o'clock.—Carried.

On motion of Mr. RUSSELL, the Clerk was directed to prepare a calendar of unfinished business for the use of the Board, at each stated meeting.

The Board then adjourned.

Digitized by Google

TAB 2

Appellate Case: 23-2166    Document: 010111008624    Date Filed: 03/01/2024    Page: 32

# FOURTH ANNUAL REPORT

OF THE

# BOARD OF COMMISSIONERS

OF THE

# CENTRAL PARK.

JANUARY, 1861.

NEW YORK:
WM. C. BRYANT & CO., PRINTERS, 41 NASSAU STREET, CORNER LIBERTY.

1861.

 Digitized by Google

Original from
HARVARD UNIVERSITY

# INDEX.

| | PAGE |
|---|---|
| Commissioners of the Central Park......................... | 3 |
| Annual Report............................................ | 5 |
| Summary of Treasurer's Account........................... | 25 |
| Map of the Central Park, showing the progress of the work up to January 1st, 1861................................ | 28 |
| Act authorizing the taking of the land for the Central Park...... | 29 |
| Opinion of Mitchell, J., relative to the taking of the land for the Central Park................................... | 32 |
| Opinion of Harris, J., relative to the taking of the land for the Central Park................................... | 36 |
| Several Acts respecting the Central Park...... 45, 50, 54, 58, 59, 123 |
| Report of Senate Special Committee, on affairs, condition, and progress of the Central Park.... .................... | 61 |
| Ordinances of the Central Park............................ | 106 |
| Description    "        "        "   ............................ | 110 |

Digitized by Google          Original from HARVARD UNIVERSITY

106

# APPENDIX.

---

## A.

### ORDINANCES OF THE CENTRAL PARK.

The Board of Commissioners of the Central Park do ordain as follows:

All persons are forbidden—

To enter or leave the Park except by the gateways.

To climb or walk upon the wall.

To turn cattle, horses, goats, or swine into the Park.

To carry firearms or to throw stones or other missiles within it.

To cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, or other constructions upon the Park ;

Or to converse with, or in any way to hinder those engaged in its construction.

Two pounds are hereby established within the Central Park, for the impounding of horses, cattle, sheep, goats, dogs, swine, and geese found trespassing upon said Park. All such animals found at large upon the Park may be taken by any person or persons, and driven or carried to one of the said pounds, and may be kept enclosed therein during five days, at the end of which time, if not previously claimed, they may be sold at public auction ; provided that within two days after they shall have been impounded, notice of the sale shall have been conspicuously posted in the pound.

Any person claiming property in such impounded animals before the day of sale, may recover the same after suitable proof of his or her right thereto, upon payment for each animal

 Digitized by Google

 Original from
HARVARD UNIVERSITY

other than geese, of two dollars and the expenses of keeping, and for geese twenty-five cents and the expenses of keeping; the expenses of keeping to be reckoned as follows:

For each horse, dog, or head of neat stock, fifty cents per day.

For each goat, swine, or sheep, twenty cents per day.

For each goose, five cents per day.

These charges shall be paid to the property clerk of the Board, and the money thus collected shall by him be handed over, within one week, to the treasurer of the Board.

If, within one month after the sale of any impounded animals, their former owner shall appear and claim the same, the treasurer shall, after deducting the full amount of the charges provided for above, pay over to him the proceeds of their sale; otherwise the amount shall be added to the funds of the Board.

No animal shall travel on any part of the Central Park, except upon the " ride," or equestrian road, at a rate exceeding seven miles per hour. Persons on horseback shall not travel on the " ride," or equestrian road, at a rate exceeding ten miles per hour.

No vehicle shall be permitted on the " ride," or equestrian road, the same being devoted exclusively to equestrians; nor shall any vehicle, horse, or animal of burden, go upon any part of the Central Park except upon the " drive" and other carriage and transverse roads, and upon such places as are appropriated for carriages at rest.

No animal or vehicle shall be permitted to stand upon the " drive" or carriage roads of the Central Park, or any part thereof, to the obstruction of the way, or to the inconvenience of travel, nor shall any person upon the Central Park solicit or invite passengers.

No hackney coach, carriage, or other vehicle for hire, shall stand upon any part of the Central Park for the purpose of taking in any other passengers or persons than those carried to the Park by said coach, carriage, or vehicle.

No person shall expose any article or thing for sale upon the Central Park, except previously licensed by the Board of Commissioners of the Central Park, nor shall any hawking or peddling be allowed on the Central Park.

 Digitized by Google

 Original from HARVARD UNIVERSITY

108

No omnibus or express wagon, with or without passengers, nor any cart, dray, wagon, truck, or other vehicle carrying goods, merchandise, manure, soil, or other articles, or solely used for the carriage of goods, merchandise, manure, or other articles, shall be allowed to enter any part of the Central Park except upon the transverse roads.

No threatening, abusive, insulting, or indecent language shall be allowed on the Central Park, whereby a breach of the peace may be occasioned.

No person shall be allowed to tell fortunes or play at any game of chance at, or with any table or instrument of gaming, nor to do any obscene or indecent act whatever on the Central Park.

In case of an emergency, where life or property are endangered, all persons, if required so to by the Superintendent, or any of his assistants, shall remove from the portion of the Central Park specified by the Superintendent or his assistants, and remain off the same till permission is given to return.

The Central Park shall be open daily to the public during the months of December, January, and February, from seven o'clock in the morning until eight o'clock in the evening; during the months of March, April, May, June, October, and November, from six o'clock in the morning until nine o'clock in the evening; and during the months of July, August, and September, from five o'clock in the morning until eleven o'clock in the evening.

The Superintendent may direct that any of the entrances to the Park be closed at any time, and may, on special occasions, also direct that the Park, or any portion thereof, remain open at other times than those above specified.

No person, other than employees of the Board of Commissioners of the Central Park, shall enter or remain in the Central Park, except when it is open, as above provided.

No dog shall be allowed upon any portion of the Central Park, unless led by a chain or proper dog-string, not exceeding five feet in length, nor shall any person be allowed to lead any quadruped (except dogs) in the Central Park.

No person, except in the employ of the Board of Commissioners of the Central Park, shall bring upon the Central Park

 Digitized by Google

 Original from HARVARD UNIVERSITY

Appellate Case: 23-2166    Document: 010111008624    Date Filed: 03/01/2024    Page: 37

any tree, shrub, plant, or flower, nor any newly plucked branch, or portion of a tree, shrub, plant, or flower.

No person shall bathe, or fish in, or go, or send any animal into any of the waters of the Park, nor disturb any of the fish, water-fowl, or other birds in the Park, nor throw, or place any article or thing in said waters.

No person shall fire, discharge, or set off in the Central Park, any rocket, cracker, torpedo, squib, balloon, snake, chaser, or double-header, nor any fireworks or thing under any other name, composed of the same or similar material, or of the same or similar character, as the fireworks above specified.

No person shall place or propel any invalid chairs or perambulators upon any portion of the Central Park, except upon the walks.

No person shall post or otherwise affix any bill, notice, or other paper, upon any structure or thing within the Central Park, nor upon any of the gates or enclosures thereof.

No person shall, without the consent of the Comptroller of the Park, play upon any musical instrument within the Central Park, nor shall any person take into, or carry or display in the Central Park, any flag, banner, target, or transparency.

No military or target company, or civic or other procession, shall be permitted to parade, drill, or perform upon the Central Park, any military or other evolutions or movements.


Digitized by Google


Original from
HARVARD UNIVERSITY

TAB 3

Appellate Case: 23-2166    Document: 010111008624    Date Filed: 03/01/2024    Page: 39

# ANNUAL REPORTS

OF THE

## BROOKLYN

# PARK COMMISSIONERS.

## 1861—1873.



### REPRINTED
BY ORDER OF THE BOARD,
WITH SUCH ACTS OF THE LEGISLATURE
IN THEIR AMENDED FORM,
AS RELATE TO THE
BROOKLYN PARKS, AND THEIR MANAGEMENT.

JANUARY,
1873.

Generated on 2023-02-10 23:29 GMT / https://hdl.handle.net/2027/uc1.c070473596
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

# SEVENTH ANNUAL REPORT

OF THE

# COMMISSIONERS OF PROSPECT PARK.

1867.

Generated on 2023-02-10 23:29 GMT  /  https://hdl.handle.net/2027/uc1.c070473596
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

# PARK ORDINANCE, No. 1.

The Commissioners of Prospect Park, in the city of Brooklyn, do ordain as follows :

ARTICLE I.—All persons are forbidden,

1. To take or carry away any sod, clay, turf, stone, sand, gravel, leaves, muck, peat, wood, or anything whatever belonging to the park, from any part of the land embraced within the boundaries of the park ;

2. To climb upon, or in any way cut, injure, or deface any tree, shrub, building, fence, or other erection within the park ;

3. To turn cattle, horses, goats, swine, or poultry of any description upon the park ;

4. To carry firearms, or to throw stones or other missiles within the park ;

5. To hinder or in any manner delay or interfere with men employed upon the park ;

6. To expose any article or thing for sale, or engage in any picnic or game upon the park, except by permission derived from the Board of Commissioners ;

7. To post or otherwise display any bill, notice, advertisement, or other paper or device upon any tree, structure, or other erection within the park, or upon any of its inclosures.

ARTICLE II.—Any person who shall violate or offend against any of the provisions of the foregoing article, shall be deemed guilty of a misdemeanor, and shall be punished on conviction, before any court of competent jurisdiction in the county of Kings, by a fine not exceeding fifty dollars, and in default of payment, by imprisonment not exceeding thirty days.


Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

Generated on 2023-02-10 23:28 GMT / https://hdl.handle.net/2027/uc1.c070473596
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

# TAB 4

# L A W S

OF THE

## GENERAL ASSEMBLY

OF THE

# STATE OF PENNSYLVANIA,

PASSED AT THE

## SESSION OF 1868,

In the Ninety-second Year of Independence.

## WITH AN APPENDIX.

### BY AUTHORITY.

HARRISBURG:

SINGERLY & MYERS, STATE PRINTERS.

1868.

## No. 1019.

## A Supplement

To an act, entitled "An Act to incorporate the Farmers' Coal and Iron Company," approved the seventeenth day of April, Anno Domini one thousand eight hundred and sixty-six.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania in General Assembly met, and it is hereby enacted by the authority of the same,* That said company shall have the power and authority to build a bridge across the Susquehanna river, so that the same may be a toll and railroad bridge, and charge and receive tolls for crossing the same. *Authorized to construct bridge.*

SECTION 2. That it shall be lawful for any other chartered company to subscribe to the capital stock of this company or to loan the said company money. *Other corporations may subscribe to capital stock.*

SECTION 3. That said company shall have the right to extend their railroad and branches, and cross at grade the tracks of any railroads now made or hereafter to be made, in such manner as to connect with any other railroads or to any landings on any canal or slack-water navigation. *May extend railroad, &c.*

ELISHA W. DAVIS,
Speaker of the House of Representatives.

JAMES L. GRAHAM,
Speaker of the Senate.

APPROVED—The fourteenth day of April, Anno Domini one thousand eight hundred and sixty-eight.

JNO. W. GEARY.

----

## No. 1020.

## A Supplement

To an act, entitled "An Act appropriating ground for public purposes in the city of Philadelphia," approved the twenty-sixth day of March, Anno Domini one thousand eight hundred and sixty-seven.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania in General Assembly met, and it is hereby enacted by the authority of the same,* That the boundaries of the Fairmount park, in the city of Philadelphia, shall be the following, to wit: Beginning at a point in the north-easterly line of property, owned and occu- *Boundaries of Fairmount park defined.*

confirmed by the court, the valuation made shall be forthwith payable by the city of Philadelphia.

SECTION 11. The city of Philadelphia shall be authorized and required to raise, by loans from time to time, such sums of money as shall be necessary to make compensation for all grounds heretofore taken or to be taken for said Fairmount park, and for the laying out and construction thereof for public use, for the permanent care and improvement thereof, and for all culverts and other means for preserving the Schuylkill water pure for the use of the citizens of said city, and shall annually assess taxes for keeping in repair and good order the said park, and shall also provide for the payment of the interest on all said loans and the usual sinking fund for the redemption thereof.

*City to effect compensation loans to make for grounds taken, &c.*

SECTION 12. The said park commissioners shall from time to time appoint such officers, agents and subordinates as they may deem necessary for the purposes of this act and the act to which this is a supplement, and they shall prescribe the duties and the compensation to be paid them; and so much of the second section of the act to which this is a supplement, as requires that the secretary shall be chosen from the commissioners, be and the same is hereby repealed.

*Commissioners to appoint officers, agents, &c.*

SECTION 13. It shall be lawful for said park commissioners to acquire title to the whole or any tract of land, part of which shall fall within the boundaries mentioned in the first section of this act, and to take conveyance thereof in the name of the city of Philadelphia; and such part thereof as shall lie beyond or within the said park limits again to sell and convey in absolute fee simple to any purchaser or purchasers thereof by deeds, to be signed by the mayor under the seal of the city, to be affixed by direction of councils, either for cash or part cash, and part to be secured by bond and mortgage to the city, paying all cash into the city treasury: *Provided,* That the proceeds of such sales shall be paid into the sinking fund for the redemption of the loan created under the provisions of this act: *Provided also,* That no commissioner nor any officer under the park commission shall in any wise be directly or indirectly interested in any such sale of lands by the commissioners as aforesaid; and if any commissioner or officer aforesaid shall act in violation of this proviso, he shall, if a commissioner, be subject to expulsion, if an officer, to be discharged by a majority of votes of the board of park commissioners, after an opportunity afforded of explanation and defence.

*May acquire and sell lands situate in part within boundaries mentioned.*

*Proviso.*

*Proviso.*

SECTION 14. The said board of commissioners shall annually hereafter, in the month of December, make to the mayor of the city of Philadelphia a report of their proceedings and a statement of their expenditures for the preceding year.

*To make report to mayor annually.*

SECTION 15. The said park commissioners shall have exclusive power to lease from year to year all houses and buildings within the park limits, which may be let without prejudice to the interests and purposes of the park by leases, to be signed by their president and secretary, and to collect the rents and pay them into the city treasury.

*May lease houses, &c., within park limits.*

Buildings erected on grounds by boat clubs, &c., relative to.

SECTION 16. All houses and buildings now built or to be built on any part of the park grounds, by or for boat or skating clubs, or zoological or other purposes, shall be taken to have rights subordinate to the public purposes intended to be subserved by acquiring and laying out the park, and shall be subject to the regulations of said park commissioners under licenses, which shall be approved by the commission and signed by the president and secretary, and will subject them to their supervision and to removal or surrender to the city whensoever the said commissioners may require.

Commissioners may accept property upon trusts.

SECTION 17. The said park commissioners shall have power to accept in the name and behalf of the city of Philadelphia devises, bequests and donations of lands, moneys, objects of art and natural history, maps and books, or other things, upon such trusts as may be prescribed by the testator or donor: *Provided*, Such trusts be satisfactory to the commission and compatible with the purposes of said park.

Proviso.

Debts to bind commissioners, how created.

SECTION 18. None of the park commissioners nor any person employed by them shall have power to create any debt or obligation to bind said board of commissioners, except by the express authority of the said commissioners at a meeting duly convened.

Management, &c., of park.

SECTION 19. The said park commissioners shall have the power to govern, manage, lay out, plant and ornament the said Fairmount park, and to maintain the same in good order and repair, and to construct all proper bridges, buildings, railways and other improvements therein, and to repress all disorders therein under the provisions hereinafter contained.

May license laying down of passenger railways.

SECTION 20. That the said park commissioners shall have authority to license the laying down and the use for a term of years from time to time of such passenger railways as they may think will comport with the use and enjoyment of the said park by the public, upon such terms as said commissioners may agree, all emoluments from which shall be paid into the city treasury.

Rules and regulations.

SECTION 21. The said park shall be under the following rules and regulations, and such others as the park commissioners may from time to time ordain:

I. No person shall turn cattle, goats, swine, horses or other animals loose into the park.

II. No person shall carry fire arms or shoot birds in the park or within fifty yards thereof, or throw stons or other missiles therein.

III. No one shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures or statuary, or foul any fountains or springs within the park.

IV. No person shall drive or ride therein at a rate exceeding seven miles an hour.

V. No one shall ride or drive therein upon any other than upon the avenues and roads.

VI. No coach or vehicle used for hire shall stand upon any part of the park for the purpose of hire, nor except in waiting for persons taken by it into the park, unless, in either case, at points designated by the commission.

VII. No wagon or vehicle of burden or traffic shall pass through the park, except upon such road or avenue as shall be designated by the park commissioners for burden transportation.

VIII. No street railroad car shall come within the lines of the park without the license of the park commission.

IX. No person shall expose any article for sale within the park without the previous license of the park commission.

X. No person shall take ice from the Schuylkill within the park without the license of the said commission first had, upon such terms as they may think proper.

XI. No threatening, abusive, insulting or indecent language shall be allowed in the park.

XII. No gaming shall be allowed therein, nor any obscene or indecent act therein.

XIII. No person shall go in to bathe within the park.

XIV. No person shall fish or disturb the water-fowl in the pool or any pond, or birds in any part of the park, nor discharge any fire-works therein, nor affix any bills or notices therein.

XV. No person shall have any musical, theatrical or other entertainment therein without the license of the park commissioners.

XVI. No person shall enter or leave the park except by such gates or avenues as may be for such purpose arranged.

XVII. No gathering or meeting of any kind assembled through advertisement shall be permitted in the park without the previous permission of the commission, nor shall any gathering or meeting for political purposes in the park be permitted under any circumstances.

XVIII. That no intoxicating liquors shall be allowed to be sold within said park.

SECTION 22. Any person who shall violate any of said rules and regulations, and any others which shall be ordained by the said park commissioners for the government of said park, not inconsistent with this act or the laws and constitutions of this state and United States, the power to ordain which rules and regulations is hereby expressly given to said commissioners, shall be guilty of a misdemeanor, and shall pay such fine as may be prescribed by said park commissioners, not to exceed five dollars for each and every violation thereof, to be recovered before any alderman of said city, as debts of that amount are recoverable; which fines shall be paid into the city treasury: *Provided,* That if said park commissioners should license the taking of ice in said park, or the entry of any street railroad car therein, or articles for sale, or musical entertainments, it may be with such compensation as they may think proper, to be paid into city treasury: *And provided,* That any person violating any of said rules and regulations shall be further liable to the full extent of any damage by him or her committed, in trespass or other action; and any tenant or licensed party who shall violate the said rules, or any of them, or consent to or permit the same to be violated on his or her or their premises, shall forfeit his or her or their lease or license, and shall be liable to

*Penalty for violating rules and regulations.*

*Proviso.*

*Proviso.*

he forthwith removed by a vote of the park commission; and every lease and license shall contain a clause making it cause of forfeiture thereof for the lessee or party licensed to violate or permit or suffer any violation of said rules and regulations, or any of them; it shall be the duty of the police appointed to duty in the park, without warrant, forthwith to arrest any offender against the preceding rules and regulations whom they may detect in the commission of such offence, and to take the person or persons so arrested forthwith before a magistrate having competent jurisdiction.

*Profits realized, to be paid into city treasury.*

SECTION 23. All rents, license, charges and fees, all fines, proceeds of all sales, except of lands purchased, and profits of whatsoever kind, to be collected, received or howsoever realized, shall be paid into the city treasury as a fund to be exclusively appropriated by councils for park purposes, under the direction of said commission: *Provided,* That moneys or property given or bequeathed to the park commissioners upon specified trusts shall be received and receipted for by their treasurer, and held and applied according to the trusts specified.

*Proviso.*

*Councils may approve approaches to park.*

SECTION 24. That the councils of the city of Philadelphia be and they are hereby authorized to widen and straighten any street laid upon the public plans of said city, as they may think requisite to improve the approaches to Fairmount park.

*Act not to affect proceedings pending in court.*

SECTION 25. That nothing in this act contained shall suspend or affect any proceeding pending in court under any existing law, but the same shall be proceeded in as if this act had not been passed

*Damages, how ascertained, &c.*

SECTION 26. The damages for ground and property taken for the purpose of this act shall be ascertained, adjusted and assessed in like manner as is prescribed by the act to which this is a supplement.

*Commissioners to employ park force to maintain order.*

SECTION 27. The said park commissioners shall employ, equip and pay a park force adequate to maintain good order therein and in all houses thereupon; which force shall be subject to the orders of the mayor upon any emergency, and so far as said force shall consist of others than the hands employed to labor in the park, it shall be appointed and controlled as the other police of the city.

*City solicitor to appoint additional assistant.*

SECTION 28. There shall be an additional assistant appointed by the city solicitor, whose duty it shall be, under the direction of the city solicitor, to attend to the assessments of damages, and to such other business of a legal nature connected with the park as said commissioners may require.

GEO. T. THORN,
Speaker of the House of Representatives *pro tem.*

JAMES L. GRAHAM,
Speaker of the Senate.

APPROVED—The fourteenth day of April, Anno Domini one thousand eight hundred and sixty-eight.

JNO. W. GEARY.

# TAB 5


LITTAUER LIBRARY
LI 1E2C P

# SAN FRANCISCO, Cal. —

# MUNICIPAL REPORTS

FOR THE

## FISCAL YEAR 1874-5, ENDING JUNE 30, 1875.

PUBLISHED BY ORDER OF THE

## BOARD OF SUPERVISORS.



SAN FRANCISCO:

SPAULDING & BARTO, PRINTERS, "SCIENTIFIC PRESS" JOB PRINTING OFFICE,
414 CLAY STREET.
1875.

Digitized by Google

four months, nor more than six months, or by both such fine or imprisonment; and one-half of any fine that may be collected for a violation of any of the provisions of this order, shall be paid to the persons making the complaint.

---

## ORDER NO. 1,226.

### PROHIBITING THE CARRYING OF CONCEALED DEADLY WEAPONS.

[Approved July 9, 1875.]

*The People of the City and County of San Francisco do ordain as follows :*

SECTION 1.  It shall be unlawful for any person, not being a public officer or traveler, or not having a permit from the Police Commissioners of this City and County, to wear or carry, concealed, in this City and County, any pistol, dirk or other dangerous or deadly weapon.

Every person violating any of the provisions of this order shall be deemed guilty of a misdemeanor and punished accordingly.  Such persons, and no others, shall be termed "travellers" within the meaning of this order, as may be actually engaged in making a journey at the time.

The Police Commissioners may grant written permission to any peaceable person, whose profession or occupation may require him to be out at late hours of the night, to carry concealed deadly weapons for his own protection.

NOTE.—General Orders, as amended, to November 1st, 1875.

---

## PARK COMMISSIONERS' ORDINANCES.

---

### ORDINANCE No. 1.

[Adopted October 27th, 1870.]

*The Park Commissioners do ordain as follows:*

No person shall trespass on the grounds within the limits of the Avenue, Golden Gate and Buena Vista Parks.

No person shall cut or remove from said Avenue and Parks, any trees, shrubs, stakes, wood, turf, grass or soil.

It shall be the duty of the custodian of the Park to arrest all trespassers, and all parties violating this Ordinance.

Digitized by Google

PARK COMMISSIONERS. 887

## ORDINANCE No. 2.

[Adopted September 24th, 1872.]

AN ORDINANCE TO PROVIDE FOR THE REGULATION AND GOVERNMENT OF THE AVENUE AND PUBLIC PARKS IN THE CITY AND COUNTY OF SAN FRANCISCO, IN CHARGE OF THE PARK COMMISSIONERS.

SECTION 1. The objects of this Ordinance are those grounds which are known as Golden Gate and Buena Vista Parks, and the Avenue leading to said Golden Gate Park, all particularly described in the first section of an Act of the Legislature of the State of California, entitled "An Act to provide for the improvement of Public Parks in the City of San Francisco," approved April 4th, 1870.

SEC. 2. Within the said grounds all persons are hereby forbidden:
1. To turn in or let loose any cattle, horses, goats, sheep, or swine.
2. To carry and especially to discharge firearms.
3. To cut, break, or in any way injure or deface any trees, shrubs, plants, buildings, fences, or structures of any kind.
4. To bathe in, or otherwise pollute the water of any pond, lake, or pool.
5. To chase, set snares for, catch, or destroy any rabbits, quails, or other wild quadrupeds or birds.
6. To make or kindle a fire of any kind.
7. To camp, lodge, or tarry over night.
8. To ride or drive any horse or other animal, with vehicle or without, elsewhere than on the roads or drives for such purposes provided.
9. To indulge in riotous, boisterous, or indecent conduct, or language.
10. To drive or ride at a furious speed.

SEC. 3. No dray, truck, wagon, cart, or other vehicle carrying, or if not carrying, employed regularly in carrying goods, merchandise, manure, soil, or other articles, shall be allowed to travel upon the drive of said avenue for any other purpose than to cross immediately at the regular street intersections, nor upon the drives of said parks. For the present the road now and heretofore commonly traveled to and from "The Central Macadamized Toll Road," is excepted from this rule. But all such vehicles shall be driven over the least worked portion of such excepted road as directed by the Superintendent or any of the Park police officers hereinafter mentioned, unless compelled to turn out in obedience to the "rule of the road," as hereinafter laid down.

The provisions of this subdivision shall also apply to light vehicles regularly driven for business purposes between the country beyond the parks and the city.

SEC. 4. The rule of the road for equestrians or vehicles meeting upon the avenue or park drives shall be: PASS TO THE RIGHT.

Digitized by Google

888          ORDINANCES OF THE

Sec. 5.  There is hereby established a Pound, to be located within the Park limits, for the impounding of the animals mentioned in the first sub-division of section two of this ordinance, and of all strays found trespassing upon said grounds.  All such animals shall be driven or carried to the Pound and there kept enclosed at a charge to their owners at the rate of one dollar per day or fraction of a day, for each animal so impounded.  No animal thus in custody shall be released except on proof of property and on production of a receipt signed by the Secretary of the Board of Park Commissioners, counter-signed by the Park Superintendent.

If unclaimed for three days, all such animals shall be impounded in the City Pound.  [This Section amended by Ordinance No. 5.]

Sec. 6.  All moneys accruing from the Pound charges aforesaid, and also from fines collected from offenders against any of the provisions of this ordinance, shall be placed in the "Park Improvement Fund," and duly ac-counted for.  [This Section amended by Ordinance No. 5.]

Sec. 7.  1.  When the number of participants in any picnic or other organized party, about to enter these grounds will exceed ten persons, they, or one of them, shall communicate their intention to the keeper of the gate-way at which they enter, or to the keeper of the Stanyan street entrance, pending the appointment of keepers for the other gates.

2.  Any company, society or organization of any kind, being desirous of resorting to these grounds in a body, the number of individuals in which will exceed twenty-five, for the purpose of picnicing; any military or other or-ganized company desirous of parading within the same; any base ball, cricket, or sporting club desirous of using the grounds set aside for their peculiar pur-poses, shall at least one day prior to the proposed date of the excursion, report, or cause to be reported, such intention to the Secretary of the Park Commissioners, or to the Superintendent of the Parks and Avenues.

3.  All waste material, scraps, litter or rubbish of any kind brought upon these grounds by such picnic or other parties, shall be promptly collected and removed by them or their employees.  In the event of the non-observance of this regulation, the actual cost of thoroughly performing the necessary duty by the Park force shall be charged, and a bill for the same be presented to the representatives of the organization so offending.

4.  The representatives of any such organized party which shall have re-sorted to these grounds will be held responsible for the damage done through any transgression of these ordinances by any member of the same, when the offending individual in person cannot be identified.

Sec. 8.  The Superintendent of the Parks and Avenue is hereby instructed to enforce and cause to be enforced the provisions of this Ordinance.

Sec. 9.  Power and authority are hereby given to the Park-Keeper, the Head Gardener, the Foreman and the Foreman Teamster, to arrest and detain and deliver to the proper authorities, or in their discretion eject from the

grounds, all persons wilfully or knowingly offending against the provisions of this Ordinance, or any other Ordinance hereafter to be passed by said Board for the regulation, use and government of said Parks and Avenue.

SEC. 10.   The Superintendent is herby clothed with the powers enumerated in Section 9 of this Ordinance.

SEC. 11.   Whenever it may be necessary to appoint assistant keepers, there shall be delivered to each of them a certificate of appointment, signed by a majority of said Board, sealed and attested by the Secretary.  Said assistant keepers shall possess all the powers enumerated in Section 9 of this Ordinance, but shall exercise the same under the direction of the Superintendent, and report to him forthwith any action which they may take under the same.

SEC. 12.   The Park Keeper, the Head Gardener, the Foreman Teamster, and such assistant keepers as may be appointed as aforesaid, shall constitute the Park Police, and shall provide themselves with a badge of office consisting of a metallic star, inscribed with the words "Park Police," and the initials of the words indicating their particular office.   A roll number shall be added to the initials on the badges of the assistant keepers.

SEC. 13.   The Secretary of said Board shall, within five days after the passage of this ordinance, make and certify an accurate copy of the same, and cause the same to be published, as required by law, for ten days, Sundays excepted, and this ordinance shall take effect fifteen days after its passage.

———

## ORDINANCE No. 3.

[Adopted May 23, 1873.]

SECTION 1.   The object of this ordinance, is that ground known as the Golden Gate Park, as described in the first section of an Act of the Legislature of the State of California, entitled " An Act to provide for the improvement of Public Parks in the City of San Francisco," approved April 4th, 1870.

SEC. 2.   All vehicles used regularly for business purposes in hauling material or produce over the roads in the said Park, shall rest upon tires at least three and one-half (3½) inches wide.

SEC. 3.   All trucks or wagons, other than those fitted with steel springs, used regularly in transporting heavy loads of material of any description over the said roads, shall rest upon tires at least five (5) inches wide.

SEC. 4.   The Secretary of said Board shall, within five days after the passage of this ordinance, make and certify an accurate copy of the same, and

TAB 6

# LAWS

AND

# ORDINANCES

GOVERNING THE

# CITY OF CHICAGO.

[PUBLISHED BY AUTHORITY OF THE COMMON COUNCIL OF THE CITY.]

COMPILED AND ARRANGED BY

## MURRAY F. TULEY,

Counsel to the Corporation.

CHICAGO.
PUBLISHED BY THE BULLETIN PRINTING COMPANY,
132, 134 & 136 MONROE STREET.
1873.

# CHAPTER 31.

## PARKS AND PUBLIC GROUNDS.

SECTION.
1. Names established.
2. What games are prohibited in—Penalty.
3. Duty of board of public works to superintend
4. Ingress and egress regulated.
5. Animals to be excluded.
6. Firearms, etc., prohibited in – Injury to shrubbery.
7. Hindering employes prohibited.
8. Speed in driving regulated.
9. Animals, etc., to keep on drives.
10. Obstruction of ways prohibited.
11. Hacks, etc., not to ply for hire.
12. Peddling in. prohibited.
13. Certain vehicles prohibited.
14. Fortune telling, gaming, indecency, etc., prohibited.
15. Power to close part of parks.

SECTION.
16. When parks to be open.
17. Right to open and close parks.
18. Conduct of visitors regulated.
19. Bathing, fishing, etc. in forbidden.
20. Fireworks prohibited.
21. Perambulators on walks.
22. Posting bills forbidden.
23. Processions, fire apparatus, etc. prohibited when.
24. Funeral processions prohibited.
25. Fires prohibited.
26. To keep off grass, except when.
27. Power of police in.
28. Chapter applies to public squares.
29. Penal clause.
30. Use of grass grown.

**1. NAMES ESTABLISHED.**] *Rev. Ord.* 1866. The several public parks, squares and grounds in the city of Chicago, shall be known and designated by the names applied thereto respectively on the map of the city of Chicago published by Mr. J. Van Vechten in the year 1872.

**2. GAMES IN PROHIBITED—PENALTY.**] No person shall play at ball, cricket, or at any other game or play whatever, in any of the inclosed public parks or grounds in this city, under the penalty of five dollars for every offense.

**3. BOARD OF PUBLIC WORKS—DUTY OF.**] It shall be the duty of the board of public works to superintend all inclosed public grounds and keep the fences thereof in repair, the walks in order and the trees properly trimmed, and improve the same according to plans approved by the common council. They shall likewise cause printed or written copies of the prohibitions of this chapter to be posted in the said grounds or parks.

**4. WALLS AND FENCES.**] *Ord. Jan.* 11, 1869. No person shall enter or leave any of the public parks of the city of Chicago, except by their gateways; no person shall climb or walk upon their walls or fences.

**5. ANIMALS TO BE EXCLUDED.**] Neither cattle, horses, goats, swine or other animals, except as herein provided, shall be turned into any one of the said parks by any person.

**6. FIREARMS AND MISSILES PROHIBITED—PROTECTION OF SHRUBBERY.**] All persons are forbidden to carry firearms or to throw stones or other missiles within any one of the public parks. All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of

the buildings, fences, bridges, or other construction or property, within or upon any of the said parks.

**7.** HINDERING EMPLOYES.] No person shall converse with, or in any way hinder those engaged in their construction.

**8.** SPEED OF DRIVING.] No animal shall travel on any part of either of the said parks at a rate exceeding six miles per hour.

**9.** VEHICLES AND ANIMALS ON DRIVES.] No vehicle, or horse, or other animal shall be permitted on the foot walks, the same being devoted exclusively to pedestrians; nor shall any vehicle, horse or animal of burden go upon any part of either of the parks, except upon the carriage drives and upon such places as are appropriated for carriages at rest.

**10.** OBSTRUCTION OF WAYS.] No animal or vehicle shall be permitted to stand upon the drives or carriage roads of any of the public parks of the city, or any part thereof, to the obstruction of the way, or to the inconvenience of travel, nor shall any person solicit passengers within either of said parks.

**11.** HACKS, ETC., NOT TO PLY FOR HIRE.] No hackney coach, carriage' or other vehicle for hire, shall stand upon either of the parks of the city of Chicago for the purpose of taking in any other passengers, or persons, than those carried to the park by said coach, carriage or vehicle.

**12.** PEDDLING IS NOT ALLOWED.] No person shall expose any article or thing for sale upon any of said parks, except such person shall have been previously licensed by the board of public works, nor shall any hawking or peddling be allowed therein.

**13.** PROHIBITED VEHICLES.] No omnibus or wagon with or without passengers, nor any cart, dray, wagon, truck or other vehicle carrying goods, merchandise, manure, soil or other article, or solely used for the carriage of goods, merchandise, manure or other articles, shall be allowed to enter any part of either of the said parks. This, however, does not apply to vehicles engaged in the construction of such parks, nor private family wagons.

**14.** BOISTEROUS LANGUAGE—FORTUNE TELLING—GAMING—INDECENCY.] No threatening, abusive, insulting or indecent language shall be allowed therein whereby a breach of the peace may be occasioned. No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

**15.** POWER TO CLOSE PART OF PARKS.] In case of any emergency, where life or property is endangered, all persons, if required so to do by the superintendent or any of his assistants, shall remove from the portion of either of said parks specified by the superintendent or his assistants, and remain off the same until permission is given to return.

**16.** PARKS—WHEN OPEN.] Lincoln park and Union park shall be open daily to the public during the months of December, January and February from seven o'clock in the morning until eleven o'clock in the evening; during the months of March, April, May, October and November from six o'clock in the morning until ten o'clock in the evening, and during the months of June, July, August and September, from five o'clock in the morning until eleven o'clock in the evening.

**17.** POWER TO OPEN AND CLOSE PARKS.] The superintendent may, for

cause, direct that any of the entrances to either of the said parks be closed at any time, and may, on special occasions, also direct that any of the said parks or any portion thereof, remain open at other times than those above specified.

**18.** DUTY OF VISITORS.] No person other than employes in the park shall enter or remain in it except when it is open as above specified. No person other than employes shall bring upon any of the public parks any tree, shrub or plant, nor any newly plucked branch or portion of a tree, shrub or plant.

**19.** BATHING, FISHING, ETC.] No person shall bathe or fish in, or go, or send, or ride any animal in any of the waters of either of the said public parks, or waters of Lake Michigan in front of any of said parks, nor disturb any of the fish, water fowl or other birds in any of said parks, or any deer, sheep or other animal belonging to and preserved therein, nor throw, or place any article or thing in the waters within either of said parks.

**20.** FIREWORKS PROHIBITED.] No person shall fire, discharge or set off in any of said public parks any rocket, cracker, torpedo, squib, balloon, snake, chaser or double-header, nor any fireworks or thing under any other name, composed of the same or similar material, or of the same or similar character as the fireworks above specified.

**21.** PERAMBULATORS.] No person shall place or propel any invalid's chairs or perambulators upon any portion of said parks except upon the walks.

**22.** POSTING BILLS.] No person shall post or otherwise affix any bills, notice or other paper, upon any structure or thing within either of said parks, nor upon any of the gates or inclosures thereof.

**23.** MUSIC—FLAGS, ETC.—PROCESSIONS—FIRE APPARATUS.] No person shall, without the consent of the board of public works, play upon any musical instrument, nor shall any person take into, or carry or display in the said public parks, any flag, banner, target or transparency. No military or target company, civic or other, shall be permitted to parade, drill or perform therein any military or other evolutions or movements. No fire engine, hook and ladder truck, hose cart or other machine on wheels commonly used for the extinguishing of fires, shall be allowed on any part of said parks, without the previous consent of the board of public works.

**24.** FUNERAL PROCESSIONS PROHIBITED.] No funeral procession or hearse or other vehicle carrying the body of a deceased person shall be allowed upon any part of a public park.

**25.** FIRES PROHIBITED.] No person other than employes shall light, make or use any fire thereon.

**26.** TO KEEP OFF GRASS.] No person on foot shall go upon the grass, lawn or turf of the parks, except when and where the word "common" is posted, by order of the board of public works, indicating that persons are at liberty at that time and place to go on the grass.

**27.** POLICE, POWER OF.] *Rev. Ord.* 1866. Any member of the city police shall have power to arrest any person who shall not desist from any violation hereof, when directed, and cause him to be committed for examination.

**28.** APPLICATION TO SQUARES.] *Ord. Jan.* 11, 1869. The foregoing sections of this chapter, so far as applicable, shall apply to all the public squares of the city of Chicago.

**29.** PENALTY.] Any person who shall violate any or either of the provisions of this chapter, or any section, or clause, or any provision of any section thereof, or who shall neglect, or fail, or refuse to comply with any, or either of the requirements thereof, shall, on conviction, pay a fine of not less than five dollars, nor more than one hundred dollars.

**30.** USE OF GRASS.] *Rev. Ord.* 1866. The fire marshal may cause any grass fit for hay, growing or grown upon any of the public parks or grounds, to be cut and cured, under the direction of the board of public works and appropriated for the use of the teams used by the fire department.

# CHAPTER 32.

# PAWNBROKERS.

SECTION.
1. To be licensed—Penalty.
2. Definition of the word pawnbroker.
3. How license obtained—Fee—Bond.
4. When license to expire.

SECTION.
5. Registration of licenses.
6. Pawnbroker's record—Penalty for not keeping.
7. Inspection of record—Penalty for refusing.
8. Dealing with minors prohibited—Penalty.

**1.** TO BE LICENSED—PENALTY.] *Rev. Ord.* 1866. No person or persons shall carry on or conduct the business or calling of a pawnbroker, within the city of Chicago, without having first obtained a license so to do, under a penalty of not less than twenty dollars nor more than one hundred dollars for each offense.

**2.** PAWNBROKER DEFINED.] Any person who loans money on deposit, or pledge of personal property, bonds, notes or other securities, or who deals in the purchasing of personal property or choses in action, on condition of selling the same back again at a stipulated price, is hereby defined and declared to be a pawnbroker.

**3.** LICENSE—HOW OBTAINED—FEE—BOND.] The mayor is hereby authorized to grant a pawnbroker's license to any person of good character who may apply therefor, on the following conditions: The person so applying shall first pay to the collector a sum of money in proportion to the sum of one hundred dollars per annum for the time such license shall be granted, and shall execute a bond to the city of Chicago in the sum of five hundred dollars conditioned that the said applicant will in every particular conform to the requirements of this chapter, and with the requirements or provisions of any ordinance hereafter to be passed concerning pawnbrokers, and thereupon the clerk shall issue a license in due form, under the corporate seal,

TAB 7

# FOURTH ANNUAL REPORT

OF THE

# BUFFALO PARK

## *COMMISSIONERS.*

JANUARY, 1874.

BUFFALO:
**WARREN, JOHNSON & CO., PRINTERS.**
Office of the Daily Courier, 197 Main Street.

1874.

|17|

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN



# COMMISSIONERS.

His Honor THE MAYOR, *Ex-Officio*.

| | |
|---|---|
| PASCAL P. PRATT, | JOHN L. ALBERGER, |
| EDWARD BENNETT, | DENNIS BOWEN, |
| BRITAIN HOLMES, | JOHN GREINER, |
| COOLEY S. CHAPIN. | SHERMAN S. JEWETT, |
| EDWIN T. EVANS, | MICHAEL MESMER, |
| PATRICK SMITH, | DE WITT C. WEED. |

*President.*
PASCAL P. PRATT.

*Secretary and Treasurer.*
WILLIAM F. ROGERS.

*General Superintendent.*
WILLIAM McMILLAN.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# ORDINANCES

### For the Use, Regulation, Protection and Government of the Parks, Approaches Thereto and Streets Connecting the Same.

The Park Commissioners, appointed under and by virtue of the statute of the State of New York, entitled, "An act to authorize the selection and location of certain grounds for public parks in the City of Buffalo, and to provide for the maintenance and embellishment thereof," passed April 14, 1869, and the acts amendatory thereof, do hereby, in pursuance of the power conferred by said act, make and enact the following ordinances for the use, regulation, protection and government for the said park or parks, approaches thereto and streets connecting the same, to wit:

### CHAPTER I.

SECTION 1. All persons are forbidden to carry fire-arms or fire at or shoot any bird or animal, or throw stones or missiles within the several parks, approaches thereto or streets connecting the same.

§ 2. All persons are forbidden to climb, break, cut down, remove or in any way injure or deface the trees, plants, shrubs, flowers, turf, or any of the buildings, fences, bridges, or other constructions within the parks, or approaches thereto, or streets connecting the same.

§ 3. No person shall drive or ride any horse or team upon any of the parks, approaches thereto or streets connecting the same, at a rate of speed exceeding ten (10) miles per hour.

§ 4. No animal or vehicle shall be permitted to stand upon the drives or carriage roads of the parks or parkways, or any part thereof (except the concourses) to the obstruction of the way, or to the inconvenience of travel; nor shall any person solicit or invite passengers for hire therein.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

25

§ 5.  No cart, wagon, dray, truck or other vehicle carrying stone, brick, goods, merchandise, manure, soil, or other articles, or usually used for the carriage of stone, brick, merchandise, manure, or other articles, shall be allowed to enter or drive upon the parks, parkways, approaches thereto or streets connecting the same.

§ 6.  No threatening, abusive, insulting, or indecent language shall be allowed upon the parks or parkways whereby a breach of the peace may be occasioned.  .

§ 7.  No person, except in the employ of the Board of Park Commissioners, shall bring upon the parks or parkways any tree, shrub, plant or flower, nor any newly plucked branch or portion of a tree, shrub, plant or flower.

§ 8.  No person shall fire, discharge or set off in the parks or parkways, approaches thereto or streets connecting the same, any rocket, cracker, torpedo, squib, balloon, snake, chaser, or double-header, nor any fireworks, or thing under any other name composed of the same or similar materials, or of the same or similar character as the fireworks above specified.

§ 9.  No person shall post or otherwise affix any bill, notice or other paper upon any structure or thing within the parks or parkways, or upon any gates or enclosures thereof.

§ 10.  No military or target company, or civic or other procession, shall be permitted to parade, drive or perform upon the parks, nor perform any military or other evolutions or movements therein, except by permission of the Committee on Grounds or the President of the Board of Park Commissioners.

§ 11.  No fire engine, hook and ladder truck, hose cart or other machine on wheels, commonly used for the extinguishment of fires, shall be allowed on any part of the parks, without the previous consent of the Committee on Grounds or President of the Board of Park Commissioners.

§ 12.  No funeral procession or hearse, or other vehicle or person carrying the body of a deceased person, shall be allowed on any part of the park or parkways.

§ 13.  No person on foot shall go upon the grass, lawn or turf of the parks or parkways, except when and where the sign "Common" is posted, indicating that persons are at liberty at that time and place to go upon the grass.

§ 14.  The drives shall be used only by persons in pleasure carriages or on horseback, the rides only by persons on horseback; animals to be used on either shall be well broken and constantly held

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

26

in such control that they may be easily and quickly turned or stopped. They shall not be allowed to move at a rate of speed which shall be alarming or cause danger; and when any park-keeper or officer connected with the parks shall deem it necessary to safety, good order, or the general convenience, that the speed of an animal shall be checked, or that it should be stopped, or its course altered, and shall so direct, by gesture or otherwise, it shall be the duty of the rider or driver of such animal to follow such direction; and no horse or other beast of burden or draft shall be driven or suffered to stand anywhere except on the drives or rides, or concourse.

§ 15.  No person shall play any music, nor offer or expose things for sale, nor post or display any sign, placard, flag, banner, target, transparency, advertisement, or device of business, nor solicit business or fares, nor beg, nor publicly solicit subscriptions, nor tell fortunes, nor play games of chance or with any table or instruments of gaming, nor make any oration or harangue, nor utter loud, threatening, abusive or indecent language, nor do any indecent or obscene act within the parks or parkways.

§ 16.  By the term parks as mentioned herein is meant to include the grounds known as "The Park," "The Front," "The Parade," "Prospect Hill Parks," and the several "Circles" and "Places," as designated on the maps.

## CHAPTER II.

### IN RELATION TO ANIMALS RUNNING AT LARGE.

SECTION I.  No quadrupeds except those placed in the park by the Commissioners, and except dogs when controlled by a line of suitable strength, not more than six (6) feet in length, and horses and others used for pleasure travel, shall be driven or conducted into the parks or parkways or allowed to remain therein.

§ 2.  Pounds shall be established at such points to be designated by the Committee on Grounds, for the impounding of horses, cattle, sheep, dogs, swine, geese and other animals found trespassing upon the parks, approaches thereto or streets connecting the same

§ 3.  All animals named in the next preceding section, found at large on the parks or parkways, may be taken by any person or persons and driven or carried to one of said pounds and may be kept enclosed therein during five (5) days, at the end of which time, if not previously claimed and the amounts hereinafter mentioned paid to the Treasurer of said board, they may be sold at public auction, provided that two days previous notice of the sale thereof shall be conspicuously posted at the pound.

Digitized by Google     Original from
UNIVERSITY OF MICHIGAN

TAB 8

# LAWS AND ORDINANCES

GOVERNING THE

# VILLAGE OF HYDE PARK

TOGETHER WITH ITS

## CHARTER AND GENERAL LAWS

AFFECTING MUNICIPAL CORPORATIONS; SPECIAL ORDINANCES AND
CHARTERS UNDER WHICH CORPORATIONS HAVE VESTED RIGHTS
IN THE VILLAGE. ALSO, SUMMARY OF DECISIONS OF THE
SUPREME COURT RELATING TO MUNICIPAL CORPO-
RATIONS, TAXATION AND ASSESSMENTS.

———————

PRINTED AND PUBLISHED BY

AUTHORITY OF THE PRESIDENT AND BOARD OF TRUSTEES

OF THE VILLAGE OF HYDE PARK.

———————

REVISED AND ARRANGED

BY CONSIDER H. WILLETT,

VILLAGE ATTORNEY.

CHICAGO
HISTORICAL
SOCIETY

HYDE PARK:

1876.



172 AND 174 CLARK STREET.

FEB 4   1915

§ 2. The bonds authorized to be issued by the act of which this is amendatory and supplemental, may be issued, sold, and the proceeds applied for acquiring said lands, and for any and all purposes in the said act mentioned. Said bonds shall be retired and canceled as fast as the money for that purpose can be obtained, by the collection of the money due upon the special assessment provided for in section seven of the act hereinbefore mentioned, and a sufficient amount of any bonds that may be issued by the city of Chicago under any law now in force or hereinafter enacted, and received by said commissioners, shall be applied to the purpose of retiring the bonds authorized by said act.

§ 3. The ninth section of said act is hereby so amended that the words "during the current year," shall read "during the next succeeding year."

§ 4. That the twelfth section of said act be and the same is hereby amended so as to read as follows: The said commissioners, or either of them, may be removed from office by the judge of the circuit court of Cook county, upon the petition presented to him in term time, or in vacation, by one hundred freeholders of said towns of South Chicago, Hyde Park and Lake, if it shall appear after hearing proof before said judge, that the said commissioners, or either of them, have been guilty of misdemeanor or malfeasance in office under this act ; and if the said judge shall remove any one or more of said commissioners from office for any cause before the expiration of their term of office, he is hereby authorized and empowered to fill the vacancy or vacancies thus created by appointing other commissioners in their place, who shall serve during the unexpired terms of the commissioners so removed.

§ 5. The commissioners to be appointed under said act are hereby vested with the same powers and duties as are conferred by said act in relation to lands designated for parks, over all streets running longitudinally along and adjoining any and all of the proposed parks, or strips of land designated in said original act, as are conferred by said act in relation to such parks and strips of land, as may be necessary to improve and keep in repair the same, in connection with the said parks or strips of land without obstructing the fences or other structures, free access to the said streets from existing roads and streets, and by owners of land abutting on the same.

§ 6. The elections held in the towns of South Chicago, Hyde Park and Lake, on the twenty-third day of March, A. D. 1869, under and by virtue of the eighteenth section of the act to which this is an amendment, are hereby legalized and confirmed, and said act shall be held and deemed to have been regularly and legally adopted by the legal voters of said towns, and shall remain in full force and effect, and shall be liberally construed in all courts, with a view to carry out and enforce the intent and meaning of the same.

§ 7. This act is hereby declared a public act, and shall take effect and be in force from and after its passage.


## SOUTH PARK ORDINANCES.


Whereas, by an act of the general assembly of the State of Illinois, entitled an act to provide for the location and maintenance of a park for the towns of South Chicago, Hyde Park and Lake, it is provided as follows, to-wit :

" The said board shall have full and exclusive powers to govern, manage and direct said park ; to lay out and regulate the same ; to pass ordinances for the regulation and government thereof ; to appoint such engineers, surveyors, clerks, and other officers, including a police force, as may be necessary ; to define and prescribe their respective duties and authority ; to fix the amount of their compensation ; and, generally, in regard to said park, they shall possess all the powers and authority now by law conferred upon or possessed by the common council of the city of Chicago, in respect to public squares and places in said city."

*Therefore, be it ordained by the South Park Commissioners as follows:*

§ 1.　The said park, which is under the management and direction of the South Park Commissioners, shall be, and the same is hereby designated, as the South Park.

§ 2.　No person shall, without the consent of the superintendent, play at ball, cricket, or any other game or play whatever, in said park.

§ 3.　No person shall climb or walk upon any wall or fence of said park.

§ 4.　Cattle, horses, goats, swine, or other animals, or domestic fowls, shall not be turned into said park, or allowed to run at large therein.

§ 5.　No dog or bitch, or domestic fowl, belonging to any officer or employee of said commissioners residing within the limits of said park, shall be permitted to run at large.

§ 6.　All persons are forbidden to carry fire arms, or to throw stones or other missiles within said park. All persons are forbidden to cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other construction or property within or upon said park.

§ 7.　No person shall converse with, or in any manner hinder those engaged in constructing or repairing said park.

§ 8.　No animal shall be driven or ridden in said park, at a rate of speed exceeding eight miles per hour.

§ 9.　No vehicle, or horse, or other animal, shall be permitted on the foot walks, the same being assigned exclusively to pedestrians ; nor shall any vehicle, or horse or other animal of burden, go or be taken upon any part of said park, except upon the carriage drives and upon such places as are appropriated for carriages at rest.

§ 10.　No vehicles or animals shall be permitted to stand upon the drive or carriage roads of said park, or of any part thereof, to the obstruction of the way, or the inconvenience of travel ; nor shall any person solicit passengers within said park without consent of the board.

§ 11.　No person shall, within said park, expose for sale any article or thing, nor shall any hawking or peddling be allowed therein.

§ 12.　No omnibus, wagon, cart, dray, truck, or other vehicle for carrying goods, merchandise, manure, or other articles, except such as are engaged in repairing or constructing said park, shall be allowed to enter the same.

§ 13.　No language, abusive, insulting, obscene, or calculated to occasion a breach of the peace, shall be permitted in said park, nor shall persons tell fortunes, play at any game of chance, at any table or instrument, be drunk, or do any indecent acts therein.

§ 14.   No person shall bathe or fish, or go or send, or ride any animals into the waters of said park, nor shall any person disturb any fish, fowl or other animals kept therein, or throw or place any article or thing into the waters or upon the grounds thereof.

§ 15.   No person shall discharge, or set, or touch off, or enkindle, or operate any manner of fire, or fireworks in the said park.

§ 16.   No person shall, in the said park, post or fix any notice or bill; nor shall such be posted or fixed on any tree, fence, or any place therein.

§ 17.   No person shall, in the said park, play any musical instrument, nor carry or display any flags, banners, transparencies, or target.

§ 18.   No band or company shall be permitted to parade, drill, or perform any movements, evolutions or ceremony in said park without the consent of the park commissioners.

§ 19.   No funeral procession, or hearse carrying a deceased body, shall be in the said park permitted.

§ 20.   No horse or other animal shall be permitted to go upon any grass or lawn, nor shall any person be permitted to go thereon except where the word "common" shall be posted to indicate the permission so to do.

§ 21.   Any member of the South Park police shall have power to arrest, and commit for examination, any person who shall not, when directed, desist from any violation thereof.

§ 22.   Any person who shall disobey, or neglect, fail, or refuse to comply with this ordinance, or any section thereof, except when otherwise herein provided, shall, on conviction thereof, pay a fine of not less than *five*, or more than one hundred dollars.

§ 23.   The police force of said South Park Commissioners, shall consist of one captain, three sergeants, and such number of policemen as shall from time to time be appointed, and they shall hold their respective offices during the pleasure of the park commissioners.   The captain of police shall have the general charge of the police force, subject to such rules and regulations as shall from time to time be established, and it shall be his duty to report to the commissioners, in writing, the delinquency of any member of the police force, and may suspend any such member, until such delinquency shall be acted upon by the commissioners.

§ 24.   The several members of the police force, when on duty, shall devote their time and attention to discharge of the duties of their station according to the ordinance, rules, and regulations and directions of the superintendent, and it shall be their duty, to the best of their ability, to preserve order, peace, and quiet, and to enforce the laws and the ordinances of said commissioners, and they shall not engage in conversation with an employée of the park during working hours, except in the line of duty; they shall have power to arrest any persons in the park found in the act of violating any law or ordinance, or abetting and aiding in any such violation, and shall take all such persons so arrested, as follows, to-wit: when the offense is committed in that portion of the park situated in the town of Hyde Park, to some justice or magistrate in Hyde Park; when the offense is committed in that portion of the park situated in the town of Lake, to some justice or magistrate in said town of Lake; and when the offense

is committed in that portion of the park situated in the town of South Chicago, to some justice of the peace in said town of South Chicago.

§ 25. Whoever, in said park, shall resist any member of the police force in the discharge of his duty, or shall in any way interfere with, or hinder or prevent him from discharging his duty, as such member, or shall offer or endeavor to do so; and whoever shall in any manner assist any person in custody of any member of the police force to escape, or attempt to escape, from such custody, or shall rescue, or attempt to rescue, any person in custody, shall be fined not less than five dollars, or more than one hundred dollars.

§ 26. The superintendent, in cases of emergency, is hereby authorized and empowered to appoint special policemen, and such special policemen shall have the same power and authority of regular policemen, provided the appointment of such special policeman shall in no case continue for a period exceeding twenty-four hours.

§ 27. The sergeant of police shall perform the duties of the captain when the latter shall be absent from duty.

§ 28. The police force shall be uniformed as follows: Gray frock coat, pants and vest, and cap with brass buttons, and black cord on leg of the pants.

§ 29. Any person who shall falsely represent or personate any of the members of the police force, or who shall maliciously, with intent to deceive, use or imitate any of the signs, signals, or devices adopted and used by the police department, or shall wear in public the uniform adopted as the police uniform, after having been removed or suspended, shall be subject to a fine of not less than five dollars nor more than one hundred.

§ 30. These ordinances shall take effect and be in force from and after the 19th day of November, 1875.

TAB 9

*Phoenixville, Pa.—Ordinances, etc.*

# A DIGEST

OF THE

# ORDINANCES

OF

# TOWN COUNCIL

OF THE

## BOROUGH OF PHOENIXVILLE

TOGETHER WITH THE ACTS OF ASSEMBLY AND
DECREES OF COURT ESPECIALLY
RELATING TO PHOENIXVILLE

———

*Originally compiled by P. G. Carey, Esq.,*
*Revised by H. P. Waitneight, Esq., 1896, and*
*by Samuel A. Whitaker, Esq., 1906.*

———

PHOENIXVILLE, PA.
"THE DAILY REPUBLICAN" PRINT.
1906

Digitized by Google

tered at large in the minute book, and said Council shall proceed to a reconsideration of such ordinance or resolution. If after such reconsideration two-thirds of all the members elected to said Council shall vote to pass such ordinance or resolution it shall become and be of as full force and effect as if said Chief Burgess had signed it; but in such cases the votes of the members of Council shall be determined by the yeas and nays, and the names of the members voting shall be entered on the minutes of said Council: *Provided,* That when the number of Councilmen is less than nine, a majority of Council and one vote more shall be required to pass an ordinance over the veto. If such ordinance or resolution shall not be returned by the Chief Burgess at the next regular meeting of said Council after the same shall have been presented to him, the same shall likewise become and be in as full force and effect as if he had signed it: *Provided,* That before any ordinance shall come into force and effect as aforesaid the same shall be recorded in the Borough ordinance book with the certificate of the secretary and be advertised as heretofore required by law.

*Side note: To be presented to chief burgess*

*Side note: Veto and passage over*

## PARADISE STREET.

*Side note: Ord. 25 Feb. 1875*

1. The width of * * * Paradise street from Nutts avenue to the Borough line * * * shall be * * * forty feet.

*Side note: Ord. 26 Feb. 1877. § 4*

2. Ordained * * * that Paradise street begin at a limestone in Nutts avenue, a corner of lands of Benjamin Moyer and Joseph Rapp, thence south thirty-two and one-half degrees west 508 feet six inches to an iron monument planted to indicate the centre of Pennsylvania avenue, thence the same course 250 feet to the centre of Chester avenue, thence the same course continued 250 feet to the centre of Columbia avenue, thence the same course continued 980 feet six inches to a spike at the Borough line.

## PARK ALLEY.

*Side note: Ord. 23 Sept. 1874*

1. Ordained, etc., that an alley twenty feet wide 150 feet east of Main street, dedicated by the Phoenix Iron Company to the use of the public, running in a parallel line with Main street from Washington avenue to Second ave-

*Side note: Dedicated and accepted*

Digitized by Google

nue, be and the same is hereby accepted and ordered to be marked on the Borough plot.

2. Park alley be and is hereby continued from Third <sub>Ord. 5 Aug.,</sub> avenue south to Fifth avenue, the centre line of said alley to be 190 feet east of the centre line of Main street, said alley to be twenty feet wide, or ten feet on each side of above described centre line. [Ord. 5 Aug., 1895]

[Continued]

3. The owners of lots or lands bounding on and oppo- site the sidewalks along * * * both sides of Park alley from Washington avenue to Second avenue * * * are hereby required to put up curbstones at the edge of the sidewalks and to pave and gutter the said side- walks under the direction of the Borough Surveyor and the Street Committee. * * * [Ord. 3 Aug., 1886]

[Curb, pave and gutter]

[If neglected after thirty days' notice Street Committee to have work done and file lien therefor. See Quick street § 4.]

## PARKS.

1. The following rules and regulations shall be adopted for the government and protection of Reeves Park, in the Borough of Phoenixville: [Ord. 2 July, 1878]

### SECTION I, PENAL.

1. No person shall enter or leave the park except by such gates or avenues as may be for such purposes ar- ranged. [Rules of Reeves' Park]

2. No person shall indulge in any threatening, abusive, insulting or indecent language in the park.

3. No person shall engage in gaming or commit any obscene or indecent act in the park.

4. No person shall carry fire-arms or shoot birds or throw stones or other missiles therein.

5. No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf or any of the build- ings, seats, fences, lamps or statuary in the park.

6. No person shall turn cattle, goats, swine, horses, dogs or other animals loose into the park.

7. No person shall injure, deface or destroy any notices, rules or regulations posted, or in any other manner per- manently fixed for the government of the park.

8. No person shall engage in any play at baseball,



cricket, shinny, football or any other games with ball and bat, except croquet, within the limits of the park.

Any person who shall violate any of said rules and regulations shall be guilty of a misdemeanor, and for each and every such offence shall pay the sum of five dollars, to be recovered before the Burgess or either of the Justices of the Peace of the Borough of Phoenixville, which fines shall be paid into the Borough treasury for park purposes.

### SECTION 2, LICENSES.

1. No person shall expose any article for sale within the park without permission from the Town Council or its representative.

2. No person or persons shall have any musical, theatrical or other entertainments therein, nor shall any military or other parade or procession take place in the park without permission from the Town Council or its representative.

3. No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the park without permission from Council or its legal representative.

### SECTION 3, PROHIBITIONS.

1. No gathering or meeting for political purposes, nor spirituous or malt liquors shall be allowed within the park under any circumstances.

N. B.—And we do hereby earnestly appeal to all peaceable, law-abiding citizens, entreating that in the exercise of their proprietary rights they will diligently co-operate in the enforcement of all lawful measures for the care and preservation of all things pertaining to Reeves Park. It is *your own property;* won't you take care of it?

## PARTY WALLS.

(See CHARTER § 7, VII.; BUILDINGS § 1 TO 4.)

## PAVEMENTS.

(See CHARTER § 7; BUILDINGS § 4, 5; FINES AND PENALTIES § 5, 6, 7, 19, 20.)

**Act 20 April, 1905**

1. All Boroughs are hereby authorized and empowered to direct and require the grading, paving, repaving and repairing of all sidewalks on the streets of the Borough,



TAB 10

THE

# MUNICIPAL CODE

O F

# CHICAGO:

COMPRISING THE

LAWS OF ILLINOIS RELATING TO THE CITY OF CHICAGO,

AND THE

ORDINANCES OF THE CITY COUNCIL;

CODIFIED AND REVISED

BY

EGBERT JAMIESON AND FRANCIS ADAMS.

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.

CHICAGO:
BEACH, BARNARD & CO., LEGAL PRINTERS.
1881.

Ovd 83
C 4d
881

person who shall be convicted of any such breach shall be adjudged to pay a fine of not less than three dollars nor more than one hundred dollars.

1683. In every prosecution brought for a violation of any ordinance of the city of Chicago, where the offense charged is one punishable under the laws of the State of Illinois as a misdemeanor, the court or magistrate trying the cause may upon conviction in lieu of the fine imposed by the ordinance or in addition thereto, cause the offender to be imprisoned in the house of correction for a period not exceeding three months.

1684. All the printed books containing the revised ordinances shall be deposited with the city comptroller. He shall deliver one copy thereof to each officer of the city, and to such other persons as the city council may direct.

1685. The mayor shall have power to extend to or reciprocate courtesies of other cities, by presenting to them a copy of the revised ordinances bound at the expense of the city in such manner as to him may seem suitable.

ARTICLE XLIII.

*Parks and Public Grounds.*

1686. The several public parks, squares and grounds in the city of Chicago, shall be known and designated by the names applied thereto respectively on the map of the city of Chicago published by J. Van Vechten and Snyder in the year 1877.

1687. It shall be the duty of the commissioner of public works to superintend all inclosed public grounds and keep the fences thereof in repair, the walks in order and the trees properly trimmed and improve the same according to plans approved by the city council. He shall likewise cause printed or written copies of prohibitions of this article to be posted in the said grounds or parks.

1688. No person shall enter or leave any of the public parks of the city of Chicago except by their gateways; no person shall climb or walk upon their walls or fences.

1689. Neither cattle, horses, goats, swine or other animals, except as herein provided, shall be turned into any one of the said parks by any person.

1690. All persons are forbidden to carry firearms or to throw stones or other missiles within any one of the public parks. All persons are forbidden to cut, break or in any way injure or deface

the trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property within or upon any of the said parks.

1691. No person shall converse with or in any way hinder those engaged in their construction.

1692. No person shall expose any article or thing for sale upon any of said parks, except such person shall have been previously licensed by the commissioner of public works, nor shall any hawking or peddling be allowed therein.

1693. No threatening, abusive, insulting or indecent language shall be allowed in any part of either of the said parks whereby a breach of the peace may be occasioned. No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

1694. In case of any emergency where life or property is endangered, all persons if required so to do by the superintendent or any of his assistants, shall remove from the portion of either of said parks specified by the superintendent or his assistants and remain off the same until permission is given to return.

1695. The commissioner of public works may direct that any of the entrances to the public parks be closed at any time.

1696. No person shall bathe or fish in, or go or send or ride any animal in any of the waters of either of the said public parks, nor disturb any of the fish, water fowl or other birds in any of said parks, or any deer, sheep or other animal belonging to and preserved therein, nor throw or place any article or thing in the waters within either of said parks.

1697. No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within either of said parks nor upon any of the gates or inclosures thereof.

1698. No person shall without the consent of the commissioner of public works, play upon any musical instrument nor shall any person take into or carry or display in the said public parks any flag, banner, target or transparency. No military or target company civic or other shall be permitted to parade, drill or perform therein any military or other evolutions or movements. Nor shall any fire engine, hook and ladder truck, hose cart or other machine on wheels commonly used for the extinguishing of fires be allowed on any part of said parks without the previous consent of the commissioner of public works.

1699. No person other than employes shall light, make or use any fire thereon.

1700. No person shall go upon the grass, lawn or turf of the parks except when and where the word " common " is posted, indicating that persons are at liberty at that time and place to go on the grass.

1701. Any member of the city police shall have power to arrest any person who shall not desist from any violation hereof when directed, and cause him to be committed for examination.

1702. The foregoing sections of this article so far as applicable shall apply to all the public squares of the city of Chicago.

1703. Any person who shall violate any or either of the provisions of this or any section or clause or any provision of any section thereof, or who shall neglect or fail or refuse to comply with any or either of the requirements thereof, shall on conviction pay a fine of not less than five dollars nor more than one hundred dollars.

## ARTICLE XLIV.

### *Pawnbrokers and Loanbrokers or Keepers of Loan Offices.*

1704. The mayor may from time to time grant licenses to such persons as shall produce to him satisfactory evidence of their good character to exercise or carry on the business of a pawnbroker, or of a loanbroker or keeper of a loan office; and no person shall exercise or carry on the business of a pawnbroker, loanbroker or keeper of a loan office without being duly licensed, under the penalty of one hundred dollars for each day he or she shall exercise or carry on said business without such license.

1705. Any person who loans money on deposit or pledge of personal property or other valuable thing, or who deals in the purchasing of personal property or other valuable thing on condition of selling the same back again at a stipulated price, is hereby defined and declared to be a pawnbroker.

1706. Every person receiving such license shall pay therefor the sum of one hundred and fifty dollars for the use of the city.

1707. Every person so licensed shall at the time of receiving such license, enter with two sufficient sureties into a joint and several bond to the city of Chicago in the penalty of five hundred dollars, conditioned for the due observance of all such ordinances of the city council as may be passed or in force respecting pawnbrokers and loanbrokers or keepers of loan offices, at any time during the continuance of such license.

# TAB 11

# THE

# REVISED ORDINANCE

### OF THE

# CITY OF ST. LOUIS,

#### TOGETHER WITH

**THE CONSTITUTION OF THE UNITED STATES, CONSTITUTION
OF THE STATE OF MISSOURI, THE SCHEME FOR THE
SEPARATION OF THE GOVERNMENTS OF THE
CITY AND COUNTY OF ST. LOUIS, THE
CHARTER OF THE CITY, AND A
DIGEST OF THE LAWS AP-
PLICABLE TO THE
CITY.**

*9155*

---

M. J. SULLIVAN, Reviser.

---

ST. LOUIS:
TIMES PRINTING HOUSE, FIFTH AND CHESTNUT.
1881.

Generated on 2023-02-09 22:42 GMT  /  https://hdl.handle.net/2027/nyp.33433014085702
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google


Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

Appellate Case: 23-2166    Document: 010111008624    Date Filed: 03/01/2024    Page: 87

# ARTICLE XI.

### PROTECTION OF BIRDS.

| SECTION | SECTION |
|---|---|
| 1. Disturbance of birds or nests prohibited. | 4. Penalty for throwing same. |
| 2. Penalty for disturbing same. | 5. Protection of all birds, except hawks, &c., intended. |
| 3. Throwing stones, wood, &c., prohibited. | 6. Duty of police. |

SECTION 1.   All persons are forbidden to molest, injure or disturb in any way, any small bird in the city of St. Louis, or the nest, young or brood of any small bird in said city.

*Birds, or nests not to be disturbed. Ord. 8436, sec. 1.*

SEC. 2.   If any person shall willfully injure, molest, take or disturb in any way, any small bird in the city of St. Louis, or the nest, eggs, young or brood of any such small bird, he shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall forfeit and pay to said city not less than five dollars for each bird so by him injured, molested, taken or disturbed, and not less than twenty dollars for each nest of eggs or brood of young of any such small bird in the city of St. Louis, so by him injured, molested taken or disturbed.

*Penalty for disturbing birds or nests. Ibid. sec. 2.*

SEC. 3.   No person shall throw from his hand any fragment of stone, wood, metal or other missile capable of inflicting injury, in any street, alley, walk or park of the city of St. Louis, or use or have in his possession ready for use in any street, alley, walk or park of the city of St. Louis, any sling, cross bow and arrow, air gun or other contrivance for ejecting, discharging or throwing any fragment, bolt, arrow, pellet, or other missile of stone, metal, wood or other substance capable of inflicting injury or annoyance.

*Throwing stones, wood, &c., prohibited. Ibid. sec. 3.*

SEC. 4.   If any person shall throw from his hand, in any alley, street, walk or park of the city of St. Louis, any missile of wood, stone, metal or other substance, or sub-

*Penalty. Ibid. sec. 4.*

Generated on 2023-02-09 22:41 GMT / https://hdl.handle.net/2027/nyp.33433014085702
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google                                          Original from
NEW YORK PUBLIC LIBRARY

636                                        REVISED ORDINANCE.        [Chap. XXV.

stances capable of inflicting injury or annoyance, or use or have in his possession, ready for use in any street, alley, walk or park of the city of St. Louis, any sling, air gun, cross bow and arrow, or other contrivance for ejecting, discharging or throwing any missile, pellet, fragment or bolt of stone, metal, wood or other substance, or substances capable of causing injury or annoyance, he shall be deemed guilty of a misdemeanor, and on conviction thereof, be punished by a fine of not less than one nor more than twenty dollars for each offense.

**All birds to be protected, except hawks, &c. Ibid. sec. 5.**

Sec. 5.   The birds intended to be protected by this article shall be and are defined as all varieties of birds except hawks, vultures and owls.

**Duty of police. Ibid. sec. 6.**

Sec. 6.   It is made the special duty of the police force of the city of St. Louis, to enforce the provisions of this article, and arrest and bring to trial, all offenders against the same ; and any member of the police force conniving at any breach of the foregoing provisions, by failing to arrest or report the offender, shall, on conviction thereof, be subject to a fine of not less than five dollars.



Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

Generated on 2023-02-09 22:41 GMT  /  https://hdl.handle.net/2027/nyp.33433014085702
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

TAB 12

*No. 22.*

# CITY YEAR BOOK

OF THE

## CITY OF NEW HAVEN,



CONTAINING

## LISTS OF THE OFFICERS

OF THE

### CITY AND TOWN GOVERNMENTS,

### MESSAGES OF HIS HONOR THE MAYOR,

REPORTS OF THE HEADS OF DEPARTMENTS,

STANDING COMMITTEES OF THE COURT OF COMMON COUNCIL,

Public Documents and Miscellaneous Papers,

FOR 1882.

 Digitized by Google

Original from
HARVARD UNIVERSITY

305

*By-Laws for East Rock Park, made by the East Rock*
*Park Commission, pursuant to an Act of the Gen-*
*eral Assembly of the State of Connecticut, passed*
*at its January Session, 1882, entitled An Act in*
*addition to an Act Incorporating East Rock Park.*

I.

No animal, except dogs, shall be permitted to go at large on said Park, either with or without a keeper.

II.

No person shall cut, break, dig up, mutilate or in any manner injure any tree, shrub, plant, railing, seat, fence, grass, turf or other thing in said Park, or cut, carve, mark, paint or paste on any tree, stone, fence, wall or other object in said Park, any bill, advertisement, or inscription whatsoever.

III.

No person shall carry or have any fire-arms on said Park, and no fire-arms shall be discharged from, on or into said Park.  No stone or other missile shall be thrown or rolled from, into, within or upon said Park, except in such places as the Park Commission may designate as a ball field, in playing games in which a ball is used.    .

IV.

No person shall ride or drive on any road within said Park at a faster gait than seven miles per hour.

V.

No threatening, abusive, boisterous, insulting or indecent language, gesture or conduct shall be used or had on said Park.

VI.

No person shall expose any article or thing for sale on said Park, unless licensed therefor by said Commission.

VII.

No person shall, after nine o'clock in the forenoon, bathe naked in that part of Mill River within said Park, or be naked within said Park.

VIII.

No person, unless in the employ of said Commission, shall light, kindle or use any fire on said Park.

IX.

No person shall ride or drive upon the grass, turf or lawns of said Park.

X.

No person shall disturb or injure any bird on said Park, or nest or eggs of the same, or any squirrel or other animal within said Park.

20

 

## 306

### XI.

No person shall discharge or set off, on or within said Park, any fire-crackers, torpedo, rocket or other fire-works, except by license from said Commission.

### XII.

No person shall dig up or remove any dirt, make any excavation, or quarry any stone, or lay, make or set off any blast, or cause or assist in doing any of said things within said Park, without the special order or license of said Park Commission.

### XIII.

No bottles, broken glass, ashes, waste paper, or other rubbish shall be left in said Park.

### XIV.

Any person violating either the first, fourth, fifth, sixth, seventh, eleventh or thirteenth of the foregoing By-Laws shall forfeit and pay to the East Rock Park Commissioners for the use of said Park, for each offense, a penalty of ten dollars. Any person violating any other of said By-Laws shall forfeit and pay to the East Rock Park Commissioners for the use of said Park, for each offense, a penalty of twenty dollars. Said penalties shall be enforceable by process of arrest against the body of the delinquent.

SUPERIOR COURT,
NEW HAVEN COUNTY,
January Term, 1882.

The foregoing By-Laws, made by the East Rock Park Commission, having been presented by said Commission to this Court for approval, and duly examined, it is

*Ordered*, That each and all of said By-Laws be and they hereby are approved by this Court; and that they be published at full length, once, in one daily issue of each of the following named daily newspapers published in New Haven, to wit, the *Journal and Courier*, *Palladium*, *Register*, and *Union*, and also posted up for public inspection in not less than ten places in different parts of said East Rock Park.

By the Court, May 31, 1882.

JONATHAN INGERSOLL,

*Assistant Clerk.*

Notice is hereby given that the foregoing By Laws, made by the East Rock Park Commission, have been duly published and posted as required by the above order of Court, and are in force, on and after this date.

NEW HAVEN, June 8th, 1882.

JOHN B. ROBERTSON,  
SIMEON E. BALDWIN,  
CHARLES C. BLATCHLEY,  
WILLIAM W. FARNAM,  
SIMON B. SHONINGER,  
WILLIAM L. CUSHING,  

*East Rock Park Commission.*

 

TAB 13

Appellate Case: 23-2166   Document: 010111008624   Date Filed: 03/01/2024   Page: 94

# THE REVISED

# ORDINANCES

### OF THE

# CITY OF DANVILLE.



## PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.



### REVISED AND ARRANGED BY

## MANN, CALHOUN & FRAZIER.

DANVILLE, ILL.:
BOWMAN & FREESE, BOOK AND JOB PRINTERS,
1883.

# CHAPTER XIX.

## PARKS.

SECTION.

1. Committee on public grounds, etc. to have charge.
2. Entering Parks, etc.—Climbing on fences.
3. Turning animals into park, etc.
4. Firearms—Shooting—fire works prohibited.
5. Injury to trees, grass, buildings.
6. Selling, hawking, peddling, etc. forbidden.
7. Bathing, fishing, etc. prohibited.

SECTION.

8. Abusive, profane language, etc. prohibited.
9. Gaming, etc. prohibited.
10. Intoxicated persons, indecent or unlawful acts.
11. Fires in parks forbidden.
12. Carriages on turf, etc.— hitching horses to trees, etc.
13. Throwing stones, rubbish, etc. in parks.
14. Posting bills, etc. forbidden.

COMMITTEE ON PUBLIC GROUNDS, ETC., TO HAVE CHARGE OF PARKS.] § 1. It shall be the duty of the committee on Public Grounds and Buildings to superintend all inclosed public grounds or parks in said city, and keep the fences thereof in repair, the walks in order, the trees properly trimmed, and to improve the same according to plans approved by the city council.

PENALTY FOR LEAVING PARK EXCEPT AT GATEWAYS—CLIMBING ON FENCE, ETC.] § 2. Whoever shall enter or leave any of the public parks of this city except by their gateways, or shall walk or climb upon any of the fences inclosing, or in the same, shall be fined not less than one dollar nor more than ten dollars for each offense.

TURNING ANIMALS INTO PARK PROHIBITED.] § 3. Whoever shall turn any cattle, horses, goats, swine or other animals into any park of said city, or permit the same, or any of them, to run therein, shall be fined not less than three dollars, nor more than fifty dollars, for each offense.

FIRE-ARMS AND FIRE-WORKS FORBIDDEN.] § 4. Whoever shall carry any fire-arms into said parks, or shall fire off or discharge the same in, or into said parks, or any of them; or whoever shall shoot, fire or discharge any kind of fire-works therein, shall be fined not less than one dollar nor more than one hundred dollars, for each offense.

INJURY TO TREES, GRASS, BUILDINGS, ETC.] § 5. Whoever shall cut, break or injure in any way any tree, shrub or plant, in any such park; or shall cut, tramp, or injure in any way the turf or grass therein, or shall walk or lie upon the grass at any place where placards are posted directing persons to keep off, or not to walk upon the same; or shall cut, mark, deface or in any way injure any of the buildings, fences, bridges, or other constructions, or property of any kind, in any such park, shall be fined not less than one dollar, nor more than one hundred dollars for each offense.

SELLING, HAWKING OR PEDDLING FORBIDDEN.] § 6. Whoever shall sell, or offer to sell, any article or thing, in any such park, or shall hawk or peddle any article or thing therein, or attempt so to do, shall be fined not less than three dollars, nor more than one hundred dollars.

BATHING—FISHING, ETC., PROHIBITED.] § 7. Whoever shall bathe, fish in, or ride or drive any animal in the waters of any such park, or throw any rubbish or garbage or other thing into any stream or waters of such park, shall be fined not less than three dollars, nor more than ten dollars.

ABUSIVE LANGUAGE, ETC.] § 8. Whoever shall use any threatening, abusive, insulting, profane, or indecent language in any part of any such park, shall be fined not less than three dollars, nor more than one hundred dollars.

GAMING, ETC., PROHIBITED.] § 9. Whoever shall gamble for money or other valuable thing, or anything representing or intended to represent money, or other thing of value, or shall play at any game of chance, or at or with any table, instrument or device of gaming, in any part of any such park, shall be fined not less than five dollars, nor more than two hundred dollars for each offense.

INTOXICATED PERSONS—INDECENT OR UNLAWFUL ACTS.] § 10. Whoever shall be found in any such park in an intoxicated condition, or shall resort to such park for any indecent, or unlawful purpose ; or shall be guilty of any indecent, obscene, vulgar, improper or unlawful act while there, shall be fined not less than five dollars, nor more than two hundred dollars.

FIRES IN PARK PROHIBITED.] § 11. Whoever, except employees, or laborers in such park, shall light or make any fire in said parks, shall be fined not less than three dollars, nor more than one hundred dollars.

DRIVING CARRIAGES, ETC., ON TURF—HITCHING HORSES TO TREES.] § 12. Whoever shall drive any carriage or vehicle of any kind, or any horse or other animal upon the grass, lawn or turf, of any such park, or shall hitch a horse to any of the shrubs or trees therein, shall be fined not less than one dollar, nor more than fifty dollars for each offense.

THROWING STONES, RUBBISH, ETC., IN PARKS.] § 13. Whoever shall throw any stones into, or in such parks, or shall throw or place any rubbish or garbage of any kind therein, or shall leave or place any bottle, cans, paper, or scraps of any kind therein, shall be fined not less one dollar, nor more than twenty-five dollars for each offense.

POSTING BILLS, ETC., FORBIDDEN.] § 14. Whoever shall post, or otherwise affix any bills, notice or other paper, upon any fence, tree, bridge, building or other structure therein, shall be fined not less than three dollars.

TAB 14

*From Henry Shaw to*
*Dol. Asa Grey.*
*Cambridge*
*April 1884*

# TOWER GROVE PARK

— OF THE —

## CITY OF ST. LOUIS.

Review of its Origin and History, Plan of Improve-
ment, Ornamental Features, Etc.

WITH ILLUSTRATIONS.

Prepared by Order of the Board of Commissioners.

By David H. MacAdam.

1883:
R. P. STUDLEY & CO., PRINTERS,
ST. LOUIS, MO.

Digitized by Google

## RULES AND REGULATIONS.

In accordance with the authority conferred by the Act creating Tower Grove Park, the Board of Commissioners have adopted the following rules and regulations:

All persons are forbidden —

1. To enter or leave the park except by the gateways.

2. To climb the fences.

3. To turn cattle, horses, goats or swine into the park or the avenues surrounding the park.

4. To carry firearms or to throw stones or other missiles within it.

5. To cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other constructions upon the park;

6. Or to converse with, or in any way hinder, those engaged on the work of the park.

7. A pound is hereby established within the Tower Grove Park for the impounding of horses, cattle, sheep, goats, dogs and swine found trespassing upon said park or the adjacent avenues. All such animals found at large may be taken by any person or persons and driven or carried to the pound, and may be kept enclosed therein during five days, at the end of which time, if not previously claimed, they may be sold at public auction; provided, that, within two days after they shall have been impounded, notice of the sale shall have been conspicuously posted in the pound or vicinity.

Any person claiming property in such impounded animals before the day of sale, may recover the same, after suitable proof of his or her right thereto, upon payment for each animal of the sum of two dollars and the expenses of keeping; the expenses of keeping to be reckoned as follows:

For each horse, dog, or head of neat stock, sixty cents per day;

For each goat, swine, or sheep, twenty-five cents per day.
These charges shall be paid to the chief park keeper of Tower Grove Park, and the money thus collected shall by him be handed over within one week to the comptroller of the board.

If within one month after the sale of any impounded animals their former owner shall appear and claim the same, the treasurer shall, after deducting the full amount of the charges provided for above, pay over to him the proceeds of their sale; otherwise the amount shall be added to the funds of the board.

8. No animal shall travel on any part of the Tower Grove Park, except upon the drive or carriage road, at a rate exceeding six miles per hour. Persons on horseback shall not travel on the drive or equestrian road at a rate exceeding seven miles per hour.

9. No vehicle or riding shall be permitted on the walks, the same being devoted exclusively to pedestrians; nor shall any vehicle, horse, or burden, go

Digitized by Google

**118**                     TOWER GROVE PARK.

upon any part of the park except upon the "drive," and upon such places as are appropriated for carriages at rest.

10. No animal or vehicle shall be permitted to stand upon the "drive" or carriage roads of the park, or any part thereof, to the obstruction of the way or to the inconvenience of travel, nor shall any person upon the park solicit or invite passengers.

11. No hackney coach, carriage, or other vehicle for hire, shall stand upon any part of the park for the purpose of taking in any other passengers or persons than those carried to the park by said coach, carriage, or vehicle, unless invited by the persons having said vehicle.

12. No person shall expose any article or thing for sale upon the park except previously licensed by the Board of Commissioners of Tower Grove Park, nor shall any hawking or peddling be allowed on the park.

13. No omnibus or express wagon, with or without passengers, nor any cart, dray, wagon, truck, or other vehicle carrying goods, merchandise, manure, soil or other article, or solely used for the carriage of goods, merchandise, manure, or other articles, shall be allowed to enter any part of Tower Grove Park, or any vehicle carrying more than six persons.

14. No threatening, abusive, insulting or indecent language shall be allowed on the park whereby a breach of the peace may be occasioned.

15. No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do any obscene or indecent act whatever in Tower Grove Park.

16. Tower Grove Park shall be open daily to the public during the months of December, January and February from seven o'clock in the morning until half an hour after sunset in the evening; during the months of March, April, May, June, October, and November, from six in the morning until half an hour after sunset, and during the months of July, August, and September, from five in the morning until half an hour after sunset in the evening.

17. The comptroller or superintendent may direct that the park or any of the entrances to the park be closed at any time, and may, on special occasions, also direct that the park or any portion thereof remain open at other times than those specified.

18. No person other than employees of the Board of Commissioners of Tower Grove Park shall enter or remain in the park except when it is open as above provided.

19. No person, except in the employ of the Board of Commissioners of the Tower Grove Park, shall bring upon the Tower Grove Park any tree, shrub, plant, or flower, nor any newly plucked branch or portion of a tree, shrub, plant, or flower.

20. No person shall fire, discharge or set off in Tower Grove Park any rocket, cracker, torpedo, squib, balloon, snake, chaser, or double-header, nor any fireworks or thing under any other name composed of the same or similar material, or of the same or similar character, as the fireworks above specified, except with consent of Board of Commissioners or comptroller.

21. No person shall place or propel any invalid chairs, perambulators,



Digitized by Google

bicycles or velocipedes upon any portion of the Tower Grove Park except upon the walks.

22.   No person shall post or otherwise affix any bill or notice, in paper or paint, upon any structure or thing within the park, nor upon any of the gates or surrounding avenues.

23.   No person shall without the consent of the comptroller of the park play upon any musical instrument within Tower Grove Park, nor shall any person take into or carry or display in the park any flag, banner, target, or transparency.

24.   No military or target company, or civic or other procession, shall be permitted to parade, drill or perform upon the park any military or other evolutions or movements without the written consent of the comptroller.

25.   No fire-engine, hook or ladder, cart, hose, truck, or other machine on wheels commonly used for the extinguishing of fire, shall be allowed on any part of Tower Grove Park without the previous consent of the comptroller of the park.

26.   No funeral procession or hearse, or other vehicle or person carrying the body of a deceased person, shall be allowed on any part of Tower Grove Park.

27.   No person, except in the employ of the Board of Commissioners of Tower Grove Park, shall light, make or use any fire upon the Tower Grove Park.

Digitized by Google

# TAB 15

# City of Boston.

## DEPARTMENT OF PARKS.

---

## THIRTEENTH ANNUAL REPORT

### OF THE

# BOARD OF COMMISSIONERS

#### FOR THE

## YEAR 1887.



**PRINTED FOR THE DEPARTMENT.**

**1888.**

Digitized by Google

## PARK ORDINANCES.

IN BOARD OF PARK COMMISSIONERS, Aug. 20, 1886.

*Voted,* That the following rules, under the title of Ordinances, be adopted for the use and government of the Public Parks. *Provided, however,* that said rules shall not invalidate any pending prosecution or procedure, or any liability of any person for breach of any previous rule.

The Board of Park Commissioners of the City of Boston, by virtue of its authority to make rules for the use and government of the Public Parks of said city, and for breaches of such rules to affix penalties, hereby ordains that within the Public Parks, except with the prior consent of the Board, it is forbidden : —

1. To cut, break, injure, deface, defile or ill use any building, fence, or other construction, or any tree, bush, plant or turf, or any other thing or property.

2. To have possession of any freshly-plucked tree, bush or plant, or portion thereof.

3. To throw stones or other missiles ; to discharge or carry fire-arms, except by members of the Police Force in the discharge of their duties ; to discharge or carry fire-crackers, torpedoes, or fire-works ; to make fires ; to play musical instruments ; to have any intoxicating beverages ; to sell, offer or expose for sale, any goods or wares ; to post or display signs, placards, flags, or advertising devices ; to solicit subscriptions or contributions ; to play games of chance, or have possession of instruments of gambling ; to make orations, harangues or loud outcries ; to enter into political canvassing of any kind ; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act ; to bathe or fish ; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4. To allow cattle, horses, or other animals, to pass over or stray upon the Park lands ; provided that this shall not apply to

87

those used for pleasure travel when on the ways or places provided and open for the purpose, or to dogs when closely led by a cord or chain not more than six feet long.

5. To drive any wagon, cart, dray, truck or other vehicle for carrying merchandise or other articles, or any hearse or funeral procession.

6. To move in military or civic parades, drills or processions.

7. To play ball or other games or sports, except on grounds provided therefor.

8. To engage in conversation with men at work, or to obstruct, hinder, or embarrass their movements.

9. To refuse to obey the orders or requests of either of the Commissioners, or of the Park Police, or other agents of the Commissioners, and to refuse to assist them when required.

Any person wilfully doing either of the things above forbidden shall be punished by fine not exceeding twenty dollars.

*Voted*, That compliance with the foregoing regulations is a condition of the use of these premises.

*Voted*, That notices in the following form be posted on the Public Parks in addition to the foregoing ordinances and vote.

Pending operations for forming a Public Park on this property, it is open to be used by all persons, in an orderly way, but with due regard to the Ordinances and Regulations hereinafter recited.

All persons entering upon the Park property are hereby warned to avoid newly prepared ground and localities where works are in progress, and to promptly regard all warnings and directions of officers or other agents of the Commissioners.

TAB 16

# A DIGEST

OF THE

# LAWS AND ORDINANCES

FOR THE GOVERNMENT OF THE MUNICIPAL CORPORATION OF THE

# CITY OF READING, PENNSYLVANIA,

IN FORCE APRIL 1, 1897.



[PUBLISHED BY AUTHORITY OF THE CITY COUNCILS.]

COMPILED BY LOUIS RICHARDS.

READING, PA.:
EAGLE BOOK PRINT, 542 PENN STREET
1897.

Digitized by Google

COPYRIGHT BY

LOUIS RICHARDS

1897.

THE NEW YORK
PUBLIC LIBRARY

38705

ASTOR, LENOX AND
TILDEN FOUNDATIONS.
1897.



Digitized by Google

be and the same are hereby repealed so far as the same affects this ordinance.

<span style="float:right">9 March 1891.</span>

7. From and after the passage of this resolution, it shall be the duty of the city clerk to send to the residences of all members of councils, previous to the meetings of councils, printed copies of the calendar and ordinances which are to receive consideration at each meeting.

<span style="float:right">30 Sept. 1885.<br>J. 1885-86, App.<br>379.<br>To furnish calendars, etc., in advance of meetings.</span>

8. From and beginning with the first day of April, A. D. 1894, the compensation to be paid the assistant in city clerk's office shall be and is hereby fixed at eight hundred and forty dollars per annum, payable as the salaries of other officials are payable.

<span style="float:right">18 Mar. 1894 § 1.<br>J. 1893-94, App.<br>648.<br>Salary of assistant.</span>

# City Park.

## I. PENN'S COMMON AND COMMON COMMISSIONERS.

1. Public commons dedicated to the public by the title of "Penn's Common."
2. City districted for the election of common commissioners. Qualifications of commissioners.
3. Commissioners to be elected by councils. First election. Succeeding elections. Minority vote. Term. Organization. Election to be valid if held within sixty days after first Monday of September.
4. Vacancies, how filled. Minority representation. Removal of commissioners. Oath.
5. Common to be under control of commissioners. Appropriations by councils.
6. Plan of improvements.
7. Powers of commissioners. To employ superintendent and laborers. To purchase materials. Estimates to be submitted to councils. When mayor to give casting vote. Creation of debts and obligations. Councils to make appropriations therefor. No contracts to be made unless in pursuance of appropriation.
8. Meetings. Rules and Regulations.
9. Employment of police.
10. Interpretation of former ordinance relative to districts for election of commissioners.
11. City clerk to be secretary of board. Salary.

12. Mineral Spring property transferred to common commissioners for park purposes. Proviso.
13. Occupancy by Mount Penn Gravity and City Passenger Railway Companies.
14. Commissioners empowered to acquire driveway to connect with Egelman property. Damages.
15. Right of way granted to Mount Penn Gravity Railroad Company.
16. Conditions.
17. Purpose.
18. Mode of payment of employees of park and water departments. Pay rolls to be certified by superintendent.
19. How warrants to be drawn and moneys disbursed.

## II. PARK RULES AND REGULATIONS.

20. Limit of speed. Driving confined to roads. Vehicles of burden. Entrance and exit. Coaches for hire. Threatening language, etc. Gaming and obscenity. Firearms, etc. Disturbance of fish, birds or animals. Fireworks. Placards. Injury to trees, shrubbery, statuary, etc. Dead animals, etc. Animals at large. Impounding and disposition of estrays. Tearing down notices. Leading of horses. Fakirs. Musical entertainments, etc. Parades or funeral processions. Public meetings. Games of sport.
21. Penalty.

## I. "Penn's Common" and Common Commissioners.

1. That the tract of land situated at the head of Penn street, in the city of Reading, commonly known as the "Public Commons," which in a recent suit by the city of Reading against the county of Berks, was adjudged and decreed by the Supreme Court of Pennsylvania to belong to the city of Reading, be laid out, improved and maintained forever as a public common for the health, benefit and enjoyment of the inhabitants of said city, and shall hereafter be known and designated by the name of "Penn's Common."

<span style="float:right">28 Sept. 1887 § 1.<br>J. 1887-88, App.<br>312.<br>Public common dedicated to the public by the title of "Penn's Common."</span>

2. The city of Reading is hereby divided into four districts for the election of common commissioners in manner following, to wit: That portion of the city lying east of Sixth street and south of Penn street shall compose one district; that portion of the city lying west of Sixth street and south of Penn street shall compose one district; that portion of the city lying west of Sixth street and north of Penn street shall compose one district; and that portion of the city lying east of Sixth street and north of Penn street shall compose one district,[1] which districts shall be numbered one, two, three and

<span style="float:right">Id. § 2.<br>City districted for the election of common commissioners.</span>

[1] See *infra* 10.



# CITY PARK.                    239

law authorizing cities of this commonwealth to acquire by purchase, or otherwise, private property for public park purposes.[1]

**2 April 1896.**

15. That the Mount Penn Gravity Railroad Company be and is hereby granted the right to occupy a portion of the northeast section of Penn's Common with their railroad and station appurtenances, and also the right to cross the Mineral Spring property of the city of Reading with their railroad track.

**7 May 1889 § 1.**
**J. 1889-90, App. 266.**

*Right of way granted to Mount Penn Gravity R. R. Company.*

16. That the right to occupy Penn's Common is granted subject to the control and management of the common commissioners, and the right to cross the Mineral Spring property is granted subject to the control and management of the water commissioners.

**Id. § 2.**

*Conditions.*

17. That the rights herein are granted to the said railroad company for the purpose of constructing, maintaining and operating a gravity railroad, and shall continue during the corporate existence of the said company.

**Id. § 3.**

*Purpose.*

18. The employees of the water and park departments shall and are hereby directed to be paid semi-monthly, by pay roll, to be approved by the proper departments or committees ; said pay roll to contain name of person, kind and time of service, rate per day, amount due, and a receipt to be signed by the person receiving the amount set opposite his name, and shall be prepared and certified by the superintendent of each of said departments to the city clerk and city controller.

**5 Feb. 1894 § 2.**
**J. 1893-94, App. 632.**

*Mode of payment of employees of park and water departments.*

*Pay rolls to be certified by superintendent.*

19. Upon presentation to the city clerk of pay rolls properly certified and approved as beforementioned, the city clerk shall and he is hereby directed to draw warrants as follows : *   *   *   *   *   *   For the park department, "to the order of the superintendent."

**Id. § 3.**

*How warrants to be drawn and moneys disbursed.*

Said officials to dispose of the money in the manner indicated on the pay roll, and to be responsible for the proper disbursement of the same.[2]

## II. Park Rules and Regulations.

20. That the following rules and regulations be and are hereby established as the rules and regulations for the government and protection of Penn's Common, viz.:

**30 Dec. 1887 § 1.**
**J. 1887-88, App. 339.**

(1) No person shall drive or ride in Penn's Common at a rate exceeding seven miles an hour.

*Limit of speed.*

(2) No one shall ride or drive therein, upon any part of the common, than upon the avenues and roads.

*Driving confined to roads.*

(3) No vehicle of burden or traffic shall pass through the common.

*Vehicles of burden.*

(4) No person shall enter or leave the common except by such gates or avenues as may be for such purposes arranged.

*Entrance and exit.*

(5) No coach or vehicle used for hire shall stand upon any part of the common for the purposes of hire.

*Coaches for hire.*

(6) No person shall indulge in any threatening, abusive, insulting or indecent language in the common.

*Threatening language, etc.*

[1] See the ordinance of October 1, 1889 (Jour. 1889-90, App. 294), forever exempting from being paved a triangular piece of ground at the intersection of Centre Avenue, Third and Windsor Streets, 108 feet on Third and 51 feet on Windsor Street, deeded by the owners to citizens of the vicinity for conversion into a park : "*Provided, That* it be sodded and laid out with walks of proper width, and that it be improved and beautified and kept as a park."

[2] By the resolution of May 14, 1889, the common commissioners were requested to see that all persons employed at the park are residents and taxpayers of the city, and to give such as are willing to earn off their taxes preference when they apply for work. Jour. 1889-90, App. 333.

Digitized by Google

240 CITY PARK.

30 Dec. 1887.
**Gaming and obscenity.**
(7) No person shall engage in any gaming, nor commit any obscene or indecent act in the common.

**Firearms, etc.**
(8) No person shall carry firearms, or shoot in the common, or within fifty yards thereof, or throw stones or other missiles therein.

**Disturbance of fish, birds or animals.**
(9) No person shall disturb the fish or water fowl in the pool or pond, or birds in any part of the common, or annoy, strike, injure, maim or kill any animal kept by direction of the commissioners, either running at large or confined in a close, nor discharge any fireworks, nor affix any bills or notices therein.

**Fireworks. Placards.**

**Injury to trees, shrubbery, statuary, etc.**
(10) No person shall cut, break, or in any wise injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges, structures or statuary, or foul any fountains or springs within the common.

**Dead animals, etc.**
(11) No person shall throw any dead animal or offensive matter or substance of any kind within the boundaries of Penn's Common.

**Animals at large.**
(12) No person shall turn cattle, goats, swine, horses, dogs or other animals loose into the common. Nor shall they be permitted in or around the common, unless accompanied by the owner; and whether accompanied by the owner or not, if any of said animals are found running at large in and about the said common, it shall be lawful for, and the park watchman or any of his assistants shall have full power and authority to impound them, or any of them, and if the said animals or any of them are not called for by their respective owners within forty-eight hours after the impounding of the same, it shall be lawful for the city authorities to sell and dispose of the said animals or kill the same.[1]

**Impounding and disposition of estrays.**

**Tearing down notices.**
(13) No person shall injure, deface or destroy any notices, rules or regulations for the government of the common, posted or in any other manner permanently fixed by order or permission of the commissioners of Penn's Common, within the limits of the same.

**Leading of horses.**
(14) No person shall be permitted to bring or lead horses within the limits of Penn's Common, or a horse that is not harnessed and attached to a vehicle, or mounted by an equestrian.

**Fakirs.**
(15) No person shall expose any article for sale within the common, without the previous license of the commissioners.

**Musical entertainments, etc. Parades or funeral processions.**
(16) No person shall have any musical, theatrical or other entertainment therein, nor shall any military or other parade or procession, or funeral, take place in or pass through the limits of the common, without the license of the common commissioners.

**Public meetings.**
(17) No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the common without the previous permission of the commissioners.

**Games of sport.**
(18) No person shall engage in any play at base ball, cricket, shinney, foot ball, croquet, or at any other games with ball and bat, nor shall [any] foot race or horse race be permitted within the limits of the common, except on such grounds only as shall be specially designated for such purpose.

[1] This rule amended as above by ordinance of June 26, 1895, Jour. 1895-96, App. 549.

21. Any person who shall violate any of said rules and regu- <sub>30 Dec. 1887 § 2.</sub> lations shall be guilty of a misdemeanor, and for each and every <sub>Penalty.</sub> such offence shall pay the sum of five dollars, to be recovered before any alderman of the city of Reading, with costs, together with judgment of imprisonment not exceeding thirty days, if the amount of said judgment and costs shall not be paid, which fines shall be paid into the city treasury for common purposes.[1]

[1] These rules are supplemented by a series of additional regulations adopted by the board of park commissioners, June 14, 1895, prescribing the duties of the superintendent, gardener and park police.

# Clerks of Councils.

1. Election of clerk of select council.
2. Term.
3. Duties.
4. Salary.
5. Repeal.
6. Duties of clerk of common council.

1. That the office of clerk of select council be and the same is hereby established. Said clerk of select council to be elected on the day fixed for the organization of council, or as soon thereafter as practicable ; a majority of the votes cast shall be necessary for an election.

*9 Mar. 1891 § 1. J. 1890-91, App. 359.*
*Election of clerk of select council.*

2. The term of office of the said clerk shall be one year, or until his successor shall have been duly elected and qualified.

*Id. § 2.*
*Term.*

3. That it shall be the duty of the said clerk to keep a regular and accurate journal of the acts and proceedings of the said branch and prepare the same for printing, together with a calendar of unfinished business at each stated meeting ; he shall also act as clerk of councils in joint convention.

*Id. § 3.*
*Duties.*

4. That the salary of the clerk of select council shall be three hundred dollars per annum, payable as the salaries of other city officials are payable.[1]

*Id. § 4.*
*Salary.*

5. That the ordinance, entitled "An ordinance defining the duties and fixing the bond and salary of the clerk of select council," approved by the mayor December 24th, 1875, and any other ordinance or ordinances, or part of ordinance or ordinances conflicting with the provisions of this ordinance, be and the same are hereby repealed so far as the same affects this ordinance.

*Id. § 5.*
*Repeal.*

6. It shall be the duty of the clerk of the common council to keep a regular and accurate journal of the proceedings of said branch and prepare the same for printing, together with a calendar of unfinished business at each stated meeting.[2]

*31 Dec. 1875 § 1. J. 1875-76, App. 247.*
*Duties of clerk of common council.*

[1] By Section 4 of the act of March 21, 1865, creating the Reading Water Board (*ante*, p. 136), the clerk of select council is *ex-officio* secretary of that body. His annual salary in that capacity is three hundred and sixty dollars.

[2] The annual salary of the clerk of common council remains at two hundred and fifty dollars, as fixed by the salary ordinance of February 17, 1877. (Jour. 1876-77, App. 183), those of all other officers therein named having been changed by subsequent legislation.

Digitized by Google

# TAB 17

# ANNUAL REPORTS

OF THE

# CITY OFFICERS AND CITY BOARDS

OF THE

# CITY OF SAINT PAUL,

FOR THE FISCAL YEAR ENDING DECEMBER 31, 1888,

GLOBE JOB OFFICE,
D. RAMALEY & SON, PRINTERS,
1889.

# INDEX TO REPORTS.

| | PAGE. |
|---|---|
| City Comptroller's Report | 1 |
| City Treasurer's Report | 195 |
| City Clerk's Report | 217 |
| Chief of Police's Report | 223 |
|    Police Patrol Telegraph, Report of | 239 |
| Board of Fire Commissioners, Report of | 245 |
|    Chief Engineer's Report | 281 |
|    Superintendent of Fire Alarm Telegraph, Report of | 298 |
|    Veterinary Surgeon's Report | 303 |
| Board of Water Commissioners, Report of | 307 |
|    Secretary's Report | 313 |
|    Superintendent's Report | 340 |
|    Engineer's Report | 393 |
|    Attorney's Report | 394 |
|    Treasurer's Report | 395 |
| Commissioner of Health's Report | 401 |
| Building Inspector's Report | 427 |
| St. Paul Work House, Report of | 483 |
| Board of Control, Report of | 503 |
|    City and County Physician's Report | 515 |
| Board of Public Works, Report of | 531 |
|    City Engineer's Report | 549 |
|    Assistant Engineer's Report (Sewers and Sidewalks) | 558 |
|    Assistant Engineer's Report (Office Work) | 565 |
|    Assistant Engineer's Report (Bridges) | 578 |
| Board of Education, Report of | 587 |
|    Superintendent of School's Report | 605 |
|    Treasurer's Report | 609 |
|    Comptroller's Report | 611 |
| Board of Park Commissioners, Report of | 671 |
|    Superintendent of Parks, Report of | 585 |
|    Appendix | 690 |
|       Addresses by H. W. S. Cleveland | 690 |
|       Laws Relating to Parks | 698 |
|       Flora of Como Park | 707 |
| Municipal Court, Report of | 731 |
| Corporation Attorney's Report | 737 |
| Public Library, Report of | 769 |

Digitized by Google

# REPORT OF SUPERINTENDENT OF PARKS.

*William A. Van Slyke, President of the Board of Park Commissioners:*

Sir: The following report for the year ending February 28, 1889, is respectfully submitted:

Improvements during the year were confined to Como Park, for which the state legislature two years ago made provision by authorizing the issuance of bonds to the extent of $25,000 for the two years.

All the smaller public parks and squares are still cared for by the Council Committee on Parks, and not by the Board of Park Commissioners. At Como the improvements in progress during the previous year were by reason of intense cold and deep snow, suspended on the 6th of January, 1888, and not resumed till the 14th day of the following March.

Inmates of the city work house, which is temporarily located on the southwest forty acres of Como Park, re-opened the gravelly ridges near the west shore of the lake, and with the aid of hired teams, filled and reclaimed about two acres of unsightly low ground that was formerly a part of the lake, but lately became exposed as the lake water receded.

By cutting back the gravelly ridge, more width was made for the shore drive, while the additional ground obtained by the filling from the ridge was specially desirable in that vicinity, it being near the principal park entrance, where space for important planting was needed.

As soon as frost had left the ground the working force was increased by hired laborers and more teams.

The several drives that had been partly graded the year before, were completed, and a connecting drive was made across the field opposite the workhouse. A carriage concourse 160 feet in diameter, on the highest point in the park and commanding extensive views in different directions, was graded and surfaced.

Loam and soil for surfacing the borders of the drives and the spaces graded, were taken from the field opposite the work house, and a small portion of that field was graded, but no attempt was made at extensive lawn grading.

In some previous year a gravel pit had been opened near the northwest corner of the park, for material to repair county roads. Upon examination the quality of this gravel was found good for surfacing park drives, and considerable quantity was made use of for that purpose in the latter part of 1887.

This work of surfacing the drives was resumed as early in the season of 1888 as the condition of the roads would admit, and was extended over all the drives that had been graded. An iron road roller weighing 3,000 pounds, about three feet in length and made of three similar sections or short drums, mounted loosely on a revolving shaft, was kept continuously at work, compacting first the road bed and then the gravel surfacing.

OF THE CITY OF SAINT PAUL, FOR 1888.    689

## RULES AND REGULATIONS OF THE PUBLIC PARKS AND GROUNDS OF THE CITY OF SAINT PAUL.

1.  No person shall drive or ride in any Park in the City of Saint Paul at a rate exceeding seven (7) miles per hour.

2.  No person shall ride or drive upon any other part of any Park than the avenues and roads.

3.  No coach or vehicle used for hire shall stand upon any part of any Park for the purpose of hire, unless licensed by the Board of Park Commissioners.

4.  No person shall indulge in any threatening or abusive, insulting or indecent language in any Park.

5.  No person shall engage in any gaming nor commit any obscene or indecent act in any Park.

6.  No person shall carry firearms or shoot birds in any Park or within fifty yards thereof, or throw stones or other missiles therein.

7.  No person shall disturb the fish or water fowl in any pool or pond or birds in any part of any Park, or annoy, strike, injure, maim or kill any animal kept by direction of the Board of Park Commissioners, either running at large or confined in a close; nor discharge any fireworks, nor affix any bills or notices therein.

8.  No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, structures or statuary, or foul any fountain, well or spring within any Park.

9.  No person shall throw any dead animal or offensive matter, or substance of any kind into any lake, stream or pool, within the limits of any Park.

10.  No person shall go in to bathe within the limits of any Park.

11.  No person shall turn cattle, goats, swine, horses, dogs or other animals loose in any Park, nor shall any animals be permitted to run at large therein.

12.  No person shall injure, deface or destroy any notices, rules or regulations for the government of any Park, posted or in any other way fixed by order or permission of the Board of Park Commissioners within the limits of any Park.

13.  Complaints against any employe of any Park may be made at the office of the Superintendent of Parks.

14  No person shall use any Park drive for business purposes, or for the transportation of farm products, dirt or any like material, or for the passage of teams employed for such purposes.

Any person who shall violate any of the foregoing rules and regulations shall be guilty of a misdemeanor, and for each and every offense shall be fined not less than the sum of Five Dollars ($5), nor more than Fifty Dollars ($50), which sum shall be paid into the city treasury for park purposes.

JOHN D. ESTABROOK,
Superintendent.

Appellate Case: 23-2166    Document: 010111008624    Date Filed: 03/01/2024    Page: 118

# APPENDIX.

ADDRESS DELIVERED BY H. W. S. CLEVELAND, ESQ., TO BOARD OF
    PARK COMMISSIONERS FOR IMPROVEMENT OF VACANT SQUARES
    IN THE CITY, OCTOBER 13, 1888.

*Mr. President and Gentlemen of the Park Commission:*

I have made a cursory examination of some of the vacant spaces within
the city limits which have been reserved for ornamental improvement, as well
as some smaller tracts, which, though not available as places of recreation,
are susceptible by judicious treatment of adding greatly to the beauty and at-
tractive interest of the general aspect of the city. I am not prepared to give
any detailed plan of arrangements for any particular point, but it has occurred
to me that a general statement of the object in view and the principles to be
observed in its attainment could not fail to possess interest and facilitate the
progress of the future work.

The present system of arrangement of the small parks and public squares
in almost every city involves an incongruity which is obviously the result of a
want of due consideration of the object of their creation. A moment's consid-
eration of the circumstances of their existence will make my meaning clear.
Suppose the case of a single block in a densely peopled quarter reserved as a
park. The area it comprises is of enormous value, which might at any mo-
ment be realized by placing it on the market. That value, then, is the price
we pay for its preservation as a place of recreation and rest—a refreshing
change from the endless piles of brick and stone, where the weary worker may
be cheered by the sight of trees and grass and flowers, where women and child-
ren may find refuge from the din and turmoil on the streets and escape the
rushing crowds for a little quiet enjoyment of the beauty of nature. From
our proverbial character as a race who are very careful to get their money's
worth in a bargain, it might be supposed we should see to it that in paying
such a price for a place of rest we should be very exacting in our demand that
it should be adapted to its object and so arranged as to offer every possible
facility for relief and refreshment by contrast with its surroundings. But
what in reality do we see. Almost without exception the arrangement would
seem to indicate that the primary object for which all that area is kept open is
to afford a short cut across for those who would otherwise be obliged to go
round the outside of the square. Two paths cross it diagonally, sometimes
with an effort at some kind of artificial decoration in a circular space at the
point where the paths intersect each other. Every pedestrian who is hurrying
to and from his business avails himself of the opportunity afforded to thus
save time and steps. The paths become simply thoroughfares for the rushing

Digitized by Google

TAB 18

[Published by Authority.]

# THE

# REVISED ORDINANCES

OF

# Salt Lake City,

*Ordinances, etc.*

WITH THE

# CITY CHARTER AND AMENDMENTS THERETO.

FEBRUARY 14, 1888.

SALT LAKE CITY, UTAH:
PRINTED BY THE STAR PRINTING COMPANY.

1888.

# CHAPTER XXVII.

## OF LIBERTY PARK.

1. Mayor to control Park and appoint Keepers.    Keepers given police powers.
2. When gates to be closed.
3. Drays, trucks, etc., not to travel upon drives.
4. Rate of speed.    Racing prohibited.
5. Ven ling in Park prohibited.
6. Injuring property.    Disturbance.    Animals trespassing, etc. Firearms.
7. Rule in meeting vehicles.
8. Associations, etc., to get permit.
9. Penalty.

SECTION 1.  The Mayor shall have the control and charge of Liberty Park, and shall have power to appoint one or more Park Keepers, whose duties shall be to have charge of the Park ,under the Mayor's direction, and to see that the provisions of this chapter are carried into effect; and for that purpose they are hereby given police powers and authorized to arrest any person violating any of the provisions of this chapter.

*Mayor to control Park and appoint Keepers.*

*Keepers given police powers.*

SEC. 2.  All the gates of Liberty Park shall be closed at nine o'clock each evening; and all travel on the roads of said Park, or other use of the grounds between nine o'clock P. M. and five o'clock A. M., shall be unlawful except by permission of the Mayor.

*When gates to be closed.*

SEC. 3.  No dray, truck, wagon, cart or other vehicle carrying, or if not carrying, employed regularly in carrying goods, merchandise, manure, soil or other article of commerce or trade, shall be allowed to travel upon the drives of said Park.

*Drays, trucks, etc., not to travel upon drives.*

SEC. 4  All persons are hereby prohibited from riding or driving upon the roads within said

*Rate of speed.*

Park at a rate of speed exceeding eight miles per hour, and it shall be unlawful for two or more persons to engage in racing with animals in said Park except by consent of the Keeper thereof.

**Racing prohibited.**

SEC. 5. No person shall vend or sell, or offer to vend or sell any article or thing whatever within said Park without the consent of the City Council.

**Vending in Park prohibited.**

SEC. 6. No person shall, within Liberty Park, cut, break, or in any way injure or deface any trees, shrubs, plants, buildings, fences or property of any kind; or indulge in noisy, boisterous, riotous, or indecent behavior, or use any boisterous or offensive language; or, except authorized by the Mayor: 1—Let loose any cattle, horses, goats, sheep or swine. 2—Drive a herd of said animals through the grounds. 3—Carry or discharge firearms. 4—Camp, lodge or tarry over night. 5—Ride or drive any horse or other animal, with or without vehicle, elsewhere than on the roads or drives for such purposes provided. 6—Catch or kill any birds or fish of any kind.

**Injuring property.**

**Disturbance.**

**Animals trespassing, etc.**

**Firearms.**

SEC. 7. All persons in riding or driving in said Park, when meeting other animals or vehicles, shall pass to the right.

**Rule in meeting vehicles.**

SEC. 8. When any company or association of persons exceeding fifty in number desire to resort to the Park for any lawful purpose, they, or one representing them, shall first get the permission of the Mayor.

**Associations, etc., to get permit.**

SEC. 9. Any person violating any of the provisions of this chapter shall, upon conviction, be liable to a fine of not to exceed fifty dollars.

**Penalty.**

TAB 19

# CHARTER

A N D

# ORDINANCES

O F  T H E

# CITY OF BRIDGEPORT,

## REVISED EDITION.

## 1892.

BRIDGEPORT, CT.:
PRESS OF STILES & TUCKER, 21 FAIRFIELD AVENUE.
1892.

AN ORDINANCE RELATIVE TO RULES AND REGULATIONS
FOR THE PUBLIC PARKS OF THE CITY OF
BRIDGEPORT.

*Be it ordained by the Common Council of the City of
Bridgeport* :

Animals not to roam about park.

SECTION 1. No horses, cattle, mules, goats, sheep, swine or geese shall be permitted to go at large on the public parks of the city of Bridgeport, either with or without a keeper. Dogs will not be allowed on the parks except in care of the owners, who are required to restrain them from running at large or running after or barking at horses.

Shrubs, etc., not to be mutilated.

SEC. 2. No person shall cut, break, mutilate, or in any manner injure any tree, shrub, plant, flower, thing, or the grass or turf in said parks, or paint or paste on any tree, wall or object in said parks, any bill, advertisement or inscription whatsoever.

No fire-arms to be carried or used in park.

SEC. 3. No person shall carry or have any fire-arms on said parks, or on the shore bordering the same, except on public parade, and no fire-arms shall be discharged, nor stone nor other missiles thrown, on said parks, nor on said shore.

Fast driving in parks, prohibited.

SEC. 4. No person shall ride or drive on any road or portion of said parks (the trotting course in Seaside Park excepted) at a faster gait than seven miles per hour.

Relative to teams in parks.

SEC. 5. No cart, wagon, dray, truck, or other vehicle carrying goods, merchandise, sea-weed, sand, gravel, fish, clams, or other articles of freight, or solely used for the carriage of the same, shall enter any part of said parks, except in the service or by permission of the commissioners of said parks.

SEC. 6. No threatening, abusive or boisterous, insulting or indecent language, gesture or conduct, shall be allowed, nor reclining upon the seats, walls, lawns, or any other portion of said parks. *Conduct in Parks.*

SEC. 7. No person shall expose any article or thing for sale on said parks unless licensed therefor by said commissioners. *Sale of articles in.*

SEC. 8. Nude bathing is forbidden in the waters bordering said Seaside Park, or in view of the same. *Bathing.*

SEC. 9. No person unless in the employ of said commissioners shall light, kindle, or use any fire on said parks. *Fire in parks.*

SEC. 10. No person shall ride or drive upon the turf, grass or lawns of said parks. *Riding in.*

SEC. 11. No person shall disturb or injure any bird on said parks, or the nest or eggs of the same. *Not to injure birds.*

SEC. 12. No person shall discharge or set off on said parks, or on the shore bordering the same, any firecracker, torpedo, rocket, or other fireworks, except by license of said commissioners. *Fireworks not to be set off in parks.*

SEC. 13. Families and others lunching on the parks must not scatter or leave their waste paper, or waste of any kind, on said parks. No hand-bills of any kind shall be distributed on said parks, or in the vicinity. *Lunches in parks,*

SEC. 14. Croquet and ball playing on said parks are forbidden, except on grounds specially designated therefor. *Croquet and ball playing.*

SEC. 15. It is the duty of the police to see that the above rules and regulations are enforced. Any person violating any provision of any of the preceding rules and regulations shall forfeit and pay to the city of Bridgeport, for each offense, a fine not exceeding $100, at the discretion of the court having cognizance of the offense. *Duties of police at parks.*

Adopted, July 15th, 1889.

TAB 20

# THE MUNICIPAL CODE

OF

# BERLIN

COMPRISING THE

# CHARTER

AND THE

# GENERAL ORDINANCES

OF THE CITY

# CODIFIED AND REVISED.

PUBLISHED BY AUTHORITY OF THE
COMMON COUNCIL

**COURANT STEAM PRINT,**
**BERLIN WIS.**
1890.

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

hundred feet of any building, and no person shall build any fire upon any lot or on any street and leave the same uncared for, under a penalty of three dollars for each offense.

SEC. 256. No pipe of any stove shall be put up in any house or other building in this City unless it is conducted into a chimney made of brick or stone, without first obtaining consent of the Fire Warden of the district in which said building is situated, nor shall any person at at any time set fire to any chimney for the purpose of cleaning the same, without first obtaining the consent of the said Fire Warden And it shall not be lawful to conduct any stovepipe through any partition, floor or wood-work of any building unless the same is securely fixed with stone or brick-work, or in place thereof a tin or earthen tube or safe, so called, or other metallic fixture; and any person offending against any provision of this section shall forfeit as a penalty the sum of three dollars, and the further penalty of three dollars for every twenty-four hours that the violation shall continue after having been notified by the Fire Warden of the proper district to discontinue such violation.

SEC. 257. Every chimney hereafter erected within the limits of the City of Berlin shall be plastered on the inside with lime and sand morter at the time it is erected, under a penalty of twenty-five dollars, to be collected either of the person or persons for whom such chimney is built, or of the person or persons erecting the same.

### ARTICLE VII.—FIRE ARMS, FIRE WORKS AND CANNONS.

SECTION 258. Any person who shall fire or discharge any gun, pistol, fowling piece, or other fire arm, within the limits of the City of Berlin except in the necessary defense of his person or property, shall pay a fine of not less than one dollar, nor more than ten dollars for each offense.

SEC. 259. Any person who shall sell, loan or furnish to any minor, any gun, pistol, fowling piece or other firearm within this City, shall pay a fine of not less than five dollars, nor more than twenty-five dollars for each such offense.

SEC. 260. Any person who shall fire, discharge or set off within the limits of the City of Berlin, any rocket, cracker, torpedo, squib or other fire works or thing containing any substance of explosive nature, shall pay a fine of not less than one dollar nor more than ten dollars for each such offense. Provided that the Mayor may by proclamation permit the use of fire works on the Fourth day of July and on such other days as he may deem proper.

SEC. 261. Any person who shall discharge, or fire off any cannon, or piece of artillery in any street, or avenue, alley, park or place,

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

within the corporate limits of this City, without a written permission from the Mayor, shall pay a fine of not less than ten dollars, nor more than thirty dollars for each such offense.

### ARTICLE VIII.—PARKS AND PUBLIC GROUNDS.

SECTION 262.  Neither cattle, horses, goats, or swine or other animals shall be turned by any person into any of the parks of this City.

SEC. 263.  All persons are forbidden to carry fire arms, or to throw stones or other missils within anyone of the public parks o. this City.  All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any building, fences, monuments or other constructions or property, within or upon, any of the parks of this City.

SEC. 264.  No person shall expose any article for sale upon any of the said parks nor shall any hawking or peddling be permitted therein.

SEC. 265.  No threatening, abusive, insulting or indecent language shall be allowed in any part of either of the said parks whereby a breach of the peace may be occasioned.  No person shall be allowed to tell fortunes, or play any game of chance at or with any table or instrument of gaming, nor to do any obscene or indecent act therein.

SEC. 266.  No person other than employers shall light, make or use any fire therein.

SEC. 267.  Any person who shall violate any, or either of the provisions of this article or any section or clause, or any provision of any section thereof, or who shall neglect, or fail, or refuse to comply with any or either of the requirements thereof, shall on conviction pay a fine of not less than five dollars nor more than thirty dollars.

### ARTICLE IX.—STREETS.

SEC. 268.  No person shall injure or tear up any pavement, side or cross walk, or any part thereof, dig any hole, ditch or drain in, or dig or remove any sod, stone, earth, sand or gravel from any street, alley, or public ground in the City of Berlin, without having first obtained permission from the Common Council, or unless done under lawful authority from the City of Berlin, under the penalty for each offense of not less than five dollars nor more than fifty dollars.

SEC. 269.  Any person, company or corporation, who shall incumber or obstruct, or cause to be encumbered or obstructed any street, alley, public landing or other public place in said City, by placing therein or thereon, any building materials, or any article or thing whatsoever, without having first obtained written permission from the Mayor, shall be subject to a penalty of not less than five dollars, nor more than fifty dollars for each offense and further penalty of one dollar for each day such incumbrance or obstruction shall continue.

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

SEC. 270. The streets, alleys and sidewalks in the City of Berlin shall be kept free and clear from all obstructions, incumbrances and encroachments for the use of the public, and shall not be used or occupied in any other way than is provided in this article.

SEC. 271. The Mayor is hereby authorized to order any article or thing whatsoever which may incumber any street, alley, public landing wharf or pier, within said City to be removed, if such article or thing shall not be removed within six hours after notice to the owner or person in charge thereof to remove the same, or if the owner can not be found for the purpose of such notice, he shall cause the same to be removed to some suitable place, to be designated by the Mayor; and the owner of any article so removed, shall forfeit and pay a fine of not less than one dollar nor more than ten dollars for each such offense.

SEC. 272. No wagon, sleigh, sled, carriage, railway carriage, or vehicle of any kind or description, or any part of the same, without horses or other beasts of burden, shall be permitted to remain or stand, in any improved street in this City for more than one hour, except for the purpose of being repaired, and then only in front of the premises of the person so repairing, and within ten feet of the curbing or sidewalk. Any person who shall violate any provision of this section shall pay a fine of not more than ten dollars nor less than five dollars for each offense.

SEC. 273. Any person who shall erect or place any building, in whole, or in part, upon any street, alley, sidewalk or other public ground, within this City, shall pay a fine of not less than five dollars nor more than fifty dollars for each such offense, and all such buildings or parts of buildings so erected or placed upon any street, alley, sidewalk or public ground are hereby declared to be a nuisance.

SEC. 274. Whenever, from any cause, any street or alley in this City shall be obstructed from a press of teams attached to vehicles loaded or otherwise, the Mayor, any Alderman, or Police officer, may give such directions in regard to removal of such vehicles or teams as in the opinion of such officer may be required by the public convenience. And any person or persons refusing to obey such directions shall pay a fine of not less than one dollar nor more than ten dollars for each such offense.

SEC. 275. Any contractor, or other person or persons causing any cart, wagon or other vehicle to be loaded and heaped up with manure, sand, earth, mud, clay, stones or rubbish, so that the contents, or any part thereof, shall be scattered in any street, avenue or other public place in the City, shall pay a fine of not less than one dollar nor more than five dollars for each offense.

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# TAB 21

# CITY OF TRENTON,

## NEW JERSEY.

———————

# CHARTER AND ORDINANCES;

### ALSO CERTAIN

## ACTS OF THE LEGISLATURE RELATING

## TO MUNICIPAL DEPARTMENTS,

#### AND

## A TABLE OF CASES CITED IN THE FOOT NOTES.

————————

Revised, Compiled and Published

BY ORDER OF THE COMMON COUNCIL.

————————

TRENTON, N. J.:

THE JOHN L. MURPHY PUBLISHING CO., PRINTERS.

—

1903.

Digitized by Google

to the amount to be raised by taxes in said city; and said portion of the principal so raised shall be paid yearly to the sinking fund commission of the city of Trenton, to be used exclusively for the liquidation of said bonds; *provided, however,* that whenever the amount of moneys in the hands of said commission shall be sufficient for the redemption of said bonds, no further sums shall be raised by taxation.

**When to take effect.**

9. That this ordinance shall take effect immediately.

### An Ordinance providing for the government and protection of public parks and squares of the city of Trenton.

**Vol. 6, p. 131.**                    Approved June 26th. 1890.

*The Inhabitants of the City of Trenton do ordain:*

**Rate of speed for driving or riding.**

1. No one shall drive or ride in Cadwalader park at a rate exceeding seven miles an hour.

**Driving, where allowed.**

2. No one shall ride or drive in or upon any of the public squares of this city or upon any other part of said park than upon its avenues and roads.

**What vehicles not allowed in park.**

3. No vehicle of burden or traffic shall pass through said park.

**How persons shall enter.**

4. No person shall enter or leave said park or squares except by such gates or avenues as may be for such purpose arranged.

**Wagons not to stand in park for hire.**

5. No coach or vehicle used for hire shall stand upon any part of said park for the purpose of hire.

**No threatening language to be used.**

6. No person shall indulge in any threatening, abusive, insulting or indecent language in said park or squares.

**No obscene act to be permitted.**

7. No person shall engage in any gaming nor commit any obscene or indecent act in the said park or squares.

**No person to carry firearms.**

8. No person shall carry firearms or shoot birds in said park or squares, or within fifty yards thereof, or throw stones or other missiles therein.

**No person to annoy any of the animals.**

9. No person shall disturb the fish or water fowl in the pools, ponds or other waters, or birds in any part of said park or squares, or annoy, strike, injure, maim or kill any animal kept by direction of common council or the park committee thereof, either running at large or confined in a close, nor discharge any fireworks nor affix any bills therein.

**Not to deface trees or buildings.**

10. No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, turf, or any of the



outbuildings, fences, bridges, structures or statuary, or foul any fountains or springs within said park or squares.

11. No person shall throw any dead animal or offensive matter or substance of any kind into any pool, pond or other waters within the boundaries of said park or squares. *Not to throw any offensive matter in water.*

12. No person shall go into bathe within said park. *Bathing prohibited.*

13. No person shall turn cattle, goats, swine, horses, dogs or other animals loose in said park or squares. *No animals to go loose in park.*

14. No person shall injure, deface or destroy any notices, rules or regulations for the government of the said park or squares, posted or in any other way permanently fixed by order or permission of the common council or the park committtee thereof, within the limits of the same. *Notices not to be defaced.*

15. That for each and every violation of any of the foregoing provisions of this ordinance the person or persons so violating shall forfeit and pay a fine of ten dollars, to be enforced and collected according to law. *Penalty.*

**An Ordinance to name the Five Points "Monument Park."**

*The Inhabitants of the City of Trenton do ordain:*

1. That the locality commonly known as the Five Points, being that portion of the city bounded and described by Pennington avenue on the north, Broad street on the east, the southerly line of the lands recently purchased by the city of Trenton for a public park, by an ordinance passed common council February twenty-first, one thousand eight hundred and ninety-three, entitled "An ordinance to authorize the purchase of lands for the purposes of a public park," on the south, and the line of North Warren street, on the west, shall be hereby designated and known as "Monument Park." *Ordinance of June 28th, 1898, Sec. 1, Vol. 6, p. 411.*

2. That all ordinances or parts of ordinances inconsistent herewith, be and the same are hereby repealed. *Ib., § 2.*

Digitized by Google

TAB 22

# A DIGEST

OF THE

# Laws and Ordinances

FOR THE GOVERNMENT OF THE MUNICIPAL CORPORATION OF THE

CITY OF WILLIAMSPORT, PENNSYLVANIA, *Ordinances, etc.*

IN FORCE AUGUST 1, 1900.



PUBLISHED BY AUTHORITY OF THE CITY COUNCILS

## IN THREE PARTS

By LOUIS RICHARDS and WILLIAM D. CROCKER, Esqs.

NEWARK, N. J.
SONEY & SAGE
1900

C C
Williamsport
3
1900

Copyright, 1900, by SONEY & SAGE.

Presented by
The Williamsport Mayor

# PART III.

## Ordinances and Resolutions

OF THE BOROUGH AND CITY OF

WILLIAMSPORT, PA.

Comp. by W. D. Crocker.

# Brandon Park.

I. ACCEPTANCE OF—1-6.
II. RULES AND REGULATIONS—7-9.

## I. Acceptance Of.

1. Whereas, A. Boyd Cummings, of the city of Philadelphia, has executed a deed of conveyance to the city of Williamsport for forty-three acres and thirty-nine perches of land situate in the Eighth ward of the city in trust for the purpose of a park for public uses, and to be known as "Brandon Park," and has placed said deed of conveyance in the hands of his counsel, Allen & Reading, for delivery to the city upon the passage by the councils of an ordinance accepting such conveyance and appointing a commission, and providing for the improvement, regulation and government of said park; therefore,

Ord. 358 C.
C., March 20,
1889. O. B. 2,
p. 332.
Preamble.

2. That the deed of conveyance from the said A. Boyd Cummings to the city of Williamsport, in trust, of forty-three acres and thirty-nine perches of land situate in the Eighth ward of the said city for the purpose only of an open space or park for the use of the public forever, and to be called and known as Brandon Park, be and the same is hereby accepted by the city of Williamsport in accordance with the terms of said conveyance as will fully appear by the deed of conveyance for said lands bearing date the twenty-first day of February in the year of our Lord one thousand eight hundred and eighty-nine.

Id. § 1.

Deed accepted.

3. That Robert P. Allen, Hugh H. Cummin, Lindsey Mahaffey, Oliver H. Reighard, J. Artley Beeber, Robert Neilson and the mayor of the city of Williamsport be and they are hereby appointed park commissioners to serve during good behavior without compensation, whose duty it shall be to prepare and report to councils a plan for the improvement, regulation and government of said Brandon Park, and to supervise the work of improvement of said park, and expend the moneys which may be appropriated from time to time by the city for such improvements, and of which said commission shall make report at least once in every year as to the progress of the improvements upon said park and the condition of the same to the city councils.

Id. § 2.

Commissioners appointed.

Duties of commissioners.

4. That no circuses, menageries, athletic games for exhibition, or any other kind of public exhibition shall ever be allowed upon said park.

Id. § 3.

Exhibitions, etc., prohibited.

5. That the mayor of the city of Williamsport by and with the consent of the majority of the select council shall have authority to fill, upon the nomination only of the surviving members of the commission, all vacancies in said park com-

Id. § 4.

Vacancies, how filled.

mission which may be occasioned by death, resignation or otherwise.

Id. § 5.

Pledge.

6. That the faith of the city of Williamsport be and the same is hereby pledged to the performance on the part of said city of the terms of the acceptance from the said A. Boyd Cummings of the conveyance of said Brandon Park in accordance with the foregoing ordinance.

Ord. 404 C.
C., June 18,
1890, § 1. O.
B. 2, p. 393.

## II. Rules and Regulations.

Regulations.

7. The following rules and regulations be and are hereby established as the rules and regulations for the government and protection of Brandon Park, viz.:

Driving regulated.

(1.) No person shall drive or ride in Brandon Park at a rate exceeding seven miles an hour.

(2.) No person shall ride or drive upon any part of the park, except on the avenues and roads.

Vehicles for traffic prohibited.

(3.) No vehicle of burden or traffic shall be permitted within said park, except when employed in the business of the park.

Bicycles in park.

(4.) No bicycles, tricycles or other vehicles of a similar nature, shall be driven at a greater speed than seven miles per hour in the park.

Law of road.

(5.) When carriages, bicycles, tricycles or equestrians meet, the parties respectively shall keep to the right as the law of the road.

Entrance and exit.

(6.) No person shall enter or leave the park except by such gates or avenues as may be for such purposes arranged.

Led horses.

(7.) No person shall bring or lead a horse or horses within the limits of the park not harnessed and attached to a vehicle, or mounted by an equestrian.

Animals at large.

(8.) No person shall turn cattle, goats, swine, horses, dogs or other animals loose into the park.

Trees and shrubbery.

(9.) No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, flowers, fruit, turf or any of the buildings, fences, bridges, structures or statuary, or foul

Fountains.

Ponds.

any fountains or springs within the park, or throw stones or rubbish of any kind into any lake or pond of the park, or bathe in the same.

Nuisances.

(10.) No person shall throw any dead animal or offensive matter or substance of any kind within the boundaries of the park.

Birds, fish, etc.

(11.) No person shall disturb the fish or water fowl in the pool or pond, or birds in any part of the park, or annoy, strike, injure, maim or kill any animal kept by direction of the commissioners, either running at large or confined.

Trees, protection of.

(12.) No person shall attach a swing to, fasten a horse to, or climb a tree in said park.

Notices.

(13.) No person shall injure, deface or destroy any notices, rules or regulations for the government of the park

posted or in any other manner permanently fixed by order or permission of the commissioners of the park, nor affix any bills or notices within the limits of the same. | Posting bills forbidden.

(14.) No person shall expose any article for sale within the park. | Traffic prohibited.

(15.) No person shall have any musical or other entertainment in the park, nor shall any parade or procession take place in or pass through the park, nor shall any picnic, gathering or public meeting of any kind be permitted therein without the previous permission of the commissioners. | Parades, etc., prohibited. Picnics prohibited.

(16.) No person shall engage in any play at base ball, cricket, shinny, foot ball, croquet, or at any other athletic games within the limits of the park, except on such grounds only as shall be specially designated for such purposes by the park commissioners. | Games prohibited.

(17.) No person shall introduce any spirituous, malt or brewed liquors into said park, either for his own use, to sell, or to give away, nor shall any intoxicated person enter or remain in said park. | Liquors prohibited.

(18.) No person shall curse or swear or use threatening or abusive language, or fight or throw stones, or behave in a riotous or disorderly manner in said park. | Swearing. Disorderly conduct.

(19.) No person shall indulge in any insulting or indecent language, or commit a nuisance in the park. | Nuisances.

(20.) No person shall engage in playing cards or gambling in said park. | Gambling.

(21.) No person shall carry fire-arms, or shoot in the park, or discharge any fire-works, or throw stones or missiles therein. | Firearms.

8. Any person who shall violate any of said rules and regulations shall be liable to a fine of not less than five dollars, nor more than fifty dollars, to be recovered before any alderman of the city of Williamsport, with costs, together with judgment of imprisonment not exceeding thirty days, if the amount of said judgment and costs shall not be paid, which fines shall be paid into the city treasury for park purposes. | Id. § 2. Penalty.

9. Packer street, where it passes through the park, is hereby abandoned as a public highway and declared to be a part of the park, subject to the rules and regulations adopted for its government and protection.[1] | Id. § 3. Packer Street vacated.

[1] See "Streets—Vacation of."

# Bridges.

Almond Street, Bridge over McClure's Run, N. 1.
   Center Street, Bridge over Grafius Run, 2.
Cherry Street, Bridge over Grafius Run, 7.
Elmira Street, Bridge over Grafius Run, 1.

Evaline Alley, Bridge over Grafius Run, 3.
High Street, Bridge over Grafius Run, 4-5.
Lycoming Creek Bridges, N 2.
Rural Avenue, bridge over Grafius Run, 6.

[1] On Dec. 9, 1889, a resolution passed common council for the construction of a bridge over the Run (McClures Run) on Almond Street near Wyoming Street; See C. C. M. B., p. 475. The resolution passed select council on Dec. 16, 1889; See S. C. M. B., p. 346. The resolution cannot be found, but the bridge was built. In the case of *Kennedy v. The City*, No. 385, Sept. T. 1897, the question arose as to whether the bridge had been built by the city or by Loyalsock Township.

TAB 23

Grand Rapids, Mich. Ordinances, etc.

# COMPILED ORDINANCES

c̄

### OF THE

# City of Grand Rapids

Containing all Ordinances passed by the
Common Council, of the City of Grand Rapids,
in force September 1, 1906

---

Compiled and Indexed
Under Authority of the Common Council
By
COLIN P. CAMPBELL. LL. M.

---

PUBLISHED BY AUTHORITY OF THE
COMMON COUNCIL

*The Public Lit
Jan 27 1912*

1907?

dollars and costs of prosecution, or by imprisonment at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, work-house, house of correction, or alms-house of said city, in the discretion of the court or magistrate before whom the conviction may be had, for a period of not less than five days, nor more than ninety days; and in case such court or magistrate shall only impose a fine and costs, the offender may be sentenced to be imprisoned at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, work-house, house of correction, or alms-house of said city, until the payment of such fine and costs, for a period of not less than five days nor more than ninety days.

### Repealing Clause.

Sec. 429 (14). The following ordinances are hereby repealed, to-wit: An ordinance entitled "An Ordinance Relative to Public Lamps and Lamp Posts in the City of Grand Rapids," passed March 1, 1873;

Also an ordinance entitled, "An ordinance Relative to Public Parks and Places in the City of Grand Rapids," passed March 8, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Protection, Preservation and Use of Bridges Across Grand River in the City of Grand Rapids, belong to said city," passed June 21, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Preservation of Public Property of the City of Grand Rapids," passed March 1, 1873;

Also all other ordinances and parts of ordinances in anywise contravening the provisions of this ordinance.

**An Ordinance to Regulate the Use of the Public Parks of the City of Grand Rapids, and to Provide for the Preservation of Public Property Therein. Passed May 4, 1891. Amended June 20, 1892, and October 11, 1897.**

The Common Council of the City of Grand Rapids do ordain as follows:

### Parks—Injury to Trees, Etc.—Animals, Etc.—Handbills.

Sec. 430 (1). No person shall break, cut, mutilate, injure,

---

SEC. 429. Record A of Ordinances, p. 143.        SECS. 430-432. Record B of Ordinances, p. 130.
SECS. 430-435. Charter, Section 73.

overturn, remove or carry away any tree, shrub, plant, flower, stone, or stone-work, bench, chair, seat, bower, stand, house, arbor, structure, fence or property, or anything whatsoever in, upon or belonging to any park, spuare or open space, in the City of Grand Rapids, or in any street, avenue, or highway in, adjoining to or around the same; nor shall any person climb up, or upon, any building, house, fence, table, seat or other structure in said park, place or square; nor shall any person kill, disturb, or molest any bird or bird's nest, or any fish or animal within, belonging to or being therein; nor shall any person paste or affix or inscribe any hand-bill, sign, poster, card, device or inscription to, upon or against any fence, tree, structure, or property of or on such park, place, square or highway, in or adjoining the same; nor shall any person disfigure or injure any sward, gravel, sand, turf or earth, or any tree, fence or structure therein, or adjoining thereto; nor shall any person fasten or hitch any animal to any tree, fence or structure in, or upon, the same, unless the same shall be designated and set apart for such purpose; nor shall any person ride or drive any animal or vehicle therein except upon the proper roadways, avenues and drives, and shall not drive therein at a speed exceeding eight miles per hour.

### Parks—Speeches in.

Sec. 431 (2). No person shall deliver any oration, address, speech, sermon or lecture therein unless he shall have first received permission from the Common Council of the City of Grand Rapids, or the Mayor or other lawful authority so to do; nor shall any public meeting be held therein unless leave is first obtained.

### Parks—Dogs in—Fire Arms.

Sec. 432 (3). No person shall allow or permit any domestic animal to go, be, or run at large within any such park, place or square; nor shall any person carry any rifle, gun, or other fire arm of any kind within any park of the City of Grand Rapids, and no dog shall be allowed therein except when fastened or led by a cord or string not exceeding six feet in length.

### Parks—Disorderly Language—Games—Handbills—Peddlers— Picnics in.

Sec. 433 (4). (As amended October 11, 1897.) No person shall

SEC 433. Record B of Ordinances, p. 448.

use any threatening, obscene, profane or indecent language in any such park, open place or square, or be guilty of any disorderly or indecent conduct; nor shall any person indulge in any games, acts or demeanor calculating or tending to mar or disturb the feelings or enjoyment of the visitors attending such parks, places or squares; nor shall any person or persons deposit any rubbish or refuse in or upon such park, place or square, except the same be deposited in waste baskets to be provided by the Committee on Parks; nor shall any person post, exhibit or distribute any advertisement, circular or hand bill therein; nor shall any peddler or petty dealer sell, or in any manner dispose of any article in or immediately adjoining any public park, place or square in said city, unless he shall first obtain express permission so to do from the Common Council of the City of Grand Rapids. Picnics and social parties may be allowed in such portions of said parks as shall be designated and set apart by the Park Committee of the Common Council of the City oif Grand Rapids from time to time.

### Hours When Parks Open to Public.

Sec. 434 **(5).** (As amended June 20, 1892.) The three public parks belonging to said city and respectively named and known as the "John Ball Park," "Lincoln Park" and "Highland Park," shall be open to the public only between the hours of sunrise and 9 p. m. of each and every day, and it shall not be lawful for any person or persons, except the person and employes in charge of any such park, to enter therein before the hour above named for the opening of said park, or to remain therein after the hour above fixed for the closing thereof; Provided, however, That the Committee on Parks of the Common Council or Mayor of said city shall have the power, in their discretion, whenever special occasion may require it, to specially provide for all or any of said parks above named being opened at an earlier hour or closed at a later hour than the hours above designated.

Any person who shall violate any of the provisions or requirements of this section shall be liable to the punishment prescribed in Section 6 of this ordinance.

### Penalty.

Sec. 435 **(6).** (As re-numbered June 20, 1892, and amended

---

October 11, 1897.) Any person or persons who shall violate any of the provisions or requirements of this ordinance, on conviction thereof, shall be punished by a fine of not less than two dollars nor more than one hundred dollars and costs of prosecution, or by imprisonment at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, workhouse or house or correction of said city, in the discretion of the court or magistrate before whom the conviction may be had, for a period of not less than two days nor more than ninety days; and in case such court or magistrate shall only impose a fine and costs, the offender may be sentenced to be imprisoned at hard labor in the common jail of the County of Kent, or in any penitentiary, jail, workhouse or house of correction of said city, until the payment of such fine and costs, for a period of not less than two days nor more than ninety days.

An Ordinance Relative to Cemeteries and the Protection Thereof and the Burial of the Dead in the City of Grand Rapids. Passed January 13, 1896.

The Common Council of the City of Grand Rapids do ordain as follows:

### Public Cemeteries—What Are.

Sec. 436 (1). All cemeteries now owned or which may hereafter be acquired by the City of Grand Rapids, wherever situated, and all cemeteries now within the limits of said city, whether owned by said city or not, are hereby declared to be public burial grounds, and no person or persons, corporation, society or congregation shall establish or locate any other cemetery within the limits of said city.

### No Interments Except in Cemeteries.

Sec. 437 (2). No interment of the body of any person shall be made in any other place than within a cemetery devoted to that purpose.

### Cemeteries—Property in Not to be Injured.

Sec. 438 (3). No person or persons shall injure, cut or remove any trees, shrubbery, gate, fence, post or steps, standing, growing or being in and upon any cemetery or cemetery grounds belonging to said city.

SECS. 436-454.   Charter, Section 73.   Record B of Ordinances, p. 378.

TAB 24

FIRST

# Annual Report

OF THE

# PARK COMMISSIONERS

OF THE

# City of Milwaukee.

1892.

Withdrawn 1942

143002

MILWAUKEE :
ED. KEOGH, PRINTER, 386-388 BROADWAY.
1892.



Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

711
M63
189 42-1904 :5-

R.u 3527
Ref 63b



Withdrawn 1942

# COMMISSIONERS.

CHRISTIAN WAHL, PRESIDENT.

JOHN BENTLEY.

LOUIS AUER.

CALVIN E. LEWIS.

CHARLES MANEGOLD, JR.

CHAS. K. LUSH, SECRETARY.

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

7. Neglect to treat all officers and other persons civilly and respectfully on all occasions.

8. Neglect to wear uniform while on duty according to regulations, or neglect to appear clean and tidy at all times.

9. Intoxication, disobedience, laziness or inattention to duty, lounging or sleeping while on duty, or any conduct unbecoming a police officer.

The following rules and regulations were adopted by the Park Commissioners of the City of Milwaukee, at the meeting of September 8th, 1891, in pursuance and by virtue of the power and authority contained in Chapter 488, of the Laws of 1889, and Chapter 179 of the Laws of 1891, amendatory thereof, and are published in accordance with the requirements contained in said Chapters:

SECTION 1. No person shall enter or leave the parks, except by the walks or drives.

SEC. 2. No animals shall be allowed loose in the parks.

SEC. 3. All persons are forbidden to carry fire-arms, or to throw stones or other missiles within the parks.

SEC. 4. All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property within or upon the parks.

SEC. 5. No driving or riding shall be allowed on any part of the parks at a rate exceeding six miles per hour, except on such drives and at such times as may be designated by the Park Commissioners.

SEC. 6. No vehicle, horse or other animal shall go upon any part of the parks, except the carriage drives, and upon such

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

places as are appropriated for carriages at rest, or be permitted to stand upon the drives or any part thereof, to the obstruction of the way.

SEC. 7. No hackney coach, carriage or other vehicle for hire, shall stand upon any part of the parks for the purpose of soliciting or taking in any other passengers or persons than those carried to the parks by said coach, carriage or vehicle, unless licensed by the Park Commissioners.

SEC. 8. No person shall expose any article or thing for sale upon the parks, except such person shall have been previously licensed by the Board of Park Commissioners, nor shall any hawking or peddling be allowed thereon.

SEC. 9. No omnibus or wagon, with or without passengers, nor any cart, dray, wagon, truck or other vehicle carrying goods, merchandise, manure, soil or other articles or solely used for the carriage of goods, merchandise, manure or other articles, shall be allowed to enter any part of the parks. This, however, does not apply to vehicles engaged in the construction of the parks nor to private family wagons.

SEC. 10. No drunken, noisy, disorderly or publicly offensive person shall be allowed to remain in the parks, and no intoxicating or spirituous liquors shall be sold in the parks.

SEC. 11. No threatening, abusive, insulting or indecent language shall be allowed therein whereby a breach of the peace may be occasioned.

SEC. 12. No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

Digitized by Google          Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

TAB 25



# Park   Commissioners'   Report,

## Springfield,  Massachusetts.

## 1897.

OHIO STATE
UNIVERSITY

Digitized by Google

PRESS OF
SPRINGFIELD PRINTING AND BINDING CO.
SPRINGFIELD, MASS.

STATE OHIO
UNIVERSITY

Digitized by Google

# PARK ORDINANCES.

SPRINGFIELD, MASS., May 2, 1891.

The Board of Park Commissioners of the City of Springfield, by virtue of its authority to make Rules for the use and government of the Public Parks of said city, and for breaches of such rules to affix penalties, hereby ordains that within the Public Parks, except with prior consent of the Board, it is forbidden: —

1.  To cut, break, injure, deface, defile, or ill-use any building, fence, or other construction, or any tree, bush, plant, or turf, or any other thing or property of said city, or to have possession of any freshly plucked tree, bush, or plant, or part thereof.

2.  To allow animals of any kind to pass over or stray upon the Park lands, provided this shall not apply to dogs when closely led by a cord or chain not more than six feet long.

3.  To throw stones, balls, or other missiles; to discharge or carry firearms, firecrackers, torpedoes, or fireworks; to make fires; to play musical instruments; to have any intoxicating beverages; to sell, offer, or expose for sale any goods or wares; to post or display signs, placards, flags or advertising devices; to solicit subscriptions or contributions; to play games of chance, or to have possession of instruments of gambling; to make orations, harangues, or loud outcries; to enter into political canvassing of any kind; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4.  To take birds, fish, or any live animal or birds' nest, or in any way interfere with cages, boxes, places, or inclosures for their protection.

5.  To play ball or any other games in any Public Park except such portions thereof as may be set apart for that purpose.

6.  To drive any carriage, cycle, cart, wheelbarrow, hand cart or horse, upon any Park except upon regular carriage roads, and no heavy teaming will be allowed whatsoever.

7.  To drive or ride a horse or horses at a rate faster than eight miles an hour.

8.  To drive or ride any horse or animal not well broken and under perfect control of the driver.

9.  To ride a cycle at a rate faster than eight miles an hour.

10.  To refuse to obey the orders or requests of either of the Commissioners, or of the Park Police or other agents of the Commissioners, and to refuse to assist them when required.   Any person wilfully doing either of the things above forbidden, shall be punished by fine not exceeding twenty dollars.

*Compliance with foregoing regulations is a condition of the use of these premises.*

DANIEL J. MARSH, *President,*
ORICK H. GREENLEAF,
JOHN E. TAYLOR,                             } *Park Commissioners.*
EVERETT H. BARNEY,
WILLIAM F. CALLENDER, *Secretary,*

Digitized by Google


TAB 26

# ANNUAL REPORT

OF THE

# Board of Park Commissioners

FOR THE

YEAR ENDING DECEMBER 31, 1892.

CINCINNATI:

THE COMMERCIAL GAZETTE JOB PRINT.

1893.

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

# RULES AND REGULATIONS

FOR THE PROTECTION AND GOVERNMENT OF THE PARKS
OF CINCINNATI, O.

**Adopted by the Board of Park Commissioners May 16, 1892.**

---

The Board of Park Commissioners, as authorized by law, do hereby establish the following rules for the protection and government of the parks of the city of Cincinnati:

1. The parks will be opened to the public daily, except when special occasion may require any of them to be closed. The hours for opening and closing the different parks to be determined from time to time by the Board of Park Commissioners.

2. Visitors may walk upon any part of the lawns except those from which they are warned by signs.

3. In case of an emergency, such as blasting, or in any other case where life and property are endangered, all persons, if required to do so by the superintendent or his assistants, shall remove from the portion of the grounds specified by him, and shall remain off the same until permission is given to return.

4. No public meeting and no public discussion or debate shall be held within the limits of the parks.

5. No person shall be permitted, unless by the consent of the Board of Park Commissioners, to engage in any picnic or games, to play upon any musical instrument, or to take into or display in the park any flag, banner, target, or transparency; nor shall any military or target company, civic or other procession, or detachment of a procession, be permitted to drill, parade, or perform therein; nor shall any club or party of tricycle or bicycle riders make runs on or have parades therein.

Digitized by Google          Original from
NEW YORK PUBLIC LIBRARY

6. No person shall post or otherwise affix any bill, notice, or other paper upon any structure, tree, or any thing within the limits of the parks, or upon any gates or inclosure thereof, or distribute circulars, handbills, or petitions of any description within the parks.

7. No person or persons shall be permitted to play at any game of chance nor do any obscene or indecent act whatever within the limits of the parks.

8. All persons are forbidden to take or carry away any sod, clay, turf, stone, sand, gravel, leaves, muck, peat, wood, or any thing whatever belonging to the parks from any part of the land embraced within the boundaries of the parks.

9. All persons are forbidden to cut, break, or have in their possession while in the parks any part of a tree, shrub, or flower, or any turf, or in any way to deface the same, or any part of the buildings, fences, or other construction within the parks, or in any way to hinder or interfere with those engaged in its improvement or the animals kept therein.

10. No person shall expose any thing for sale in the parks unless previously permitted so to do by the Board of Park Commissioners, nor shall any hawking or peddling whatever be allowed therein. No person shall expose any thing for sale on the sidewalks bounding the parks.

11. All persons are forbidden to turn cattle, horses, goats, swine, poultry of any kind, or dogs upon the parks. Any such animal found in the parks shall be impounded by the superintendent. When the superintendent is satisfied as to the ownership, and the regular fine and fees are paid to him, he will deliver the animal to the owner.

12. No threatening, abusive, insulting, or indecent language or disorderly conduct of any kind shall be permitted within the parks.

13. No person shall bring into or discharge within the parks any firearms or other device by which birds or animals may be killed, injured, or frightened; no person shall throw stones or missiles within the parks.

14. No fireworks shall be brought into the parks except by consent of the Board of Park Commissioners.

Digitized by Google          Original from
NEW YORK PUBLIC LIBRARY

15. Dogs shall not be allowed within any portion of the parks unless led by a chain or cord not exceeding six feet in length, nor shall any person lead any other animal or animals within the parks or permit the same to run at large or stray therein, nor shall horses be exercised in the parks.

16. No person other than the employees of the parks shall bring upon the parks or have in his hand any tree, shrub, or plant, nor any newly-plucked branch of a tree, shrub, or plant.

17. No person other than the employees shall light or make or use any fire within the limits of the parks.

18. No animals, cycle, or vehicle shall be allowed to travel on any portion of the parks except the roads, and on the roads the speed shall not exceed six miles an hour. All animals and vehicles in motion shall keep to the right; and no animal shall be left within the parks without some one having charge of the same. No animal shall be hitched in the parks except at designated places.

19. No omnibus, express-wagon, either with or without passengers, no cart, dray, wagon, truck, stone or market-wagon, or other vehicles used solely for the transportation of goods, building material, merchandise, soil, manure, or other similar articles shall be allowed to enter any part of the grounds, except on such roads as may be designated for such purposes, nor shall such articles be transported through the parks.

20. No business vehicle shall enter or pass through the parks. No funeral procession or hearse shall be allowed upon any part of the parks, nor any vehicle carrying the body of a deceased person.

21. No animal, bicycle, tricycle, or vehicle shall be permitted to stand upon the drives or carriage-roads within the parks or any part thereof to the obstruction of the way or to the inconvenience of travel.

22. Bicycles, tricycles, carriages, and other vehicles usually carrying lamps must carry lamps, and keep them lighted at night.

23. No person or persons shall solicit or invite passengers for any hackney-coach, carriage, or other vehicle for hire within the limits of the parks.

Digitized by Google    Original from NEW YORK PUBLIC LIBRARY

24. When any policeman may deem it necessary or proper to do so, he may, in order to prevent the crowding of carriages or the appearance of a procession, temporarily detain or otherwise direct the movements of carriages or animals entering or being upon the parks.

25. Portions of the park may be set apart by the superintendent upon direction of the Board of Park Commissioners for ball, croquet, and other games.

26. Large bicycles and velocipedes will not be allowed in Lincoln, Washington, Garfield, or Hopkins parks.

27. On Sunday after 12 M. no vehicle or hoops of any description except baby-carriages will be allowed in Lincoln, Washington, Garfield, or Hopkins parks.

28. No person shall bathe or take fish or send or throw any animal or thing in or upon any of the waters in the parks, or in any manner disturb or annoy any water-fowl, singing or other bird, or animal appertaining to the parks, nor shall any boat or vessel be placed on said waters except by special permission from the Board of Park Commissioners, and no skating or sledding shall be allowed therein unless the officer in charge shall consider the ice to be in a suitable condition for that purpose.

29. All persons are forbidden to drive or ride within the parks a wild horse or mule, or any breaking-cart or other vehicle used in breaking horses.

30. No swings or hammocks shall be swung in the parks except on the posts erected by the Board of Park Commissioners for that purpose.

31. Whistles must not be sounded within the parks by visitors.

The above rules and regulations apply to all parks under the control of the Board of Park Commissioners, and extend to the sidewalks adjacent to said parks.

Digitized by Google

Original from
NEW YORK PUBLIC LIBRARY

TAB 27

Parks. U.S:Lynn.

# THIRD ANNUAL REPORT

THE NEW YORK
PUBLIC LIBRARY
P 39707
ASTOR, LENOX AND
TILDEN FOUNDATIONS.
1899.

### OF THE

# PARK COMMISSIONERS

### OF THE

# CITY OF LYNN

For the Year Ending December 20, 1891.



LYNN, MASS.:
WHITTEN & CASS, PRINTERS,
1892.

N.C.

Digitized by Google

Appellate Case: 23-2166    Document: 010111008624    Date Filed: 03/01/2024    Page: 166

## ORDINANCES.

The Board of Park Commissioners of the City of Lynn, by virtue of its authority to make rules for the use and government of the Public Parks of said City, and for breaches of such rules to affix penalties, hereby ordains that within the limits of Lynn Woods, except with the prior consent of the Board, it is forbidden:

1. To cut, break, injure, deface, defile or ill use any building, fence, or other construction, or any tree, bush or turf, or any other thing or property.

2. To have possession of any freshly-plucked tree or bush.

3. To throw stones or other missiles; to discharge or carry firearms, except by members of the Police Force in the discharge of their duties; to discharge or carry firecrackers, torpedoes or fireworks; to make fires; to have any intoxicating beverages; to sell, to offer or expose for sale, any goods or wares; to post or display signs, placards, flags, or advertising devices; to solicit subscriptions or contributions; to play games of chance, or have possession of instruments of gambling; to utter profane, threatening, abusive or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4. To allow cattle, horses, or other animals to pass over or stray upon the Park lands, provided that this shall not apply to those used for pleasure travel when on the ways or places provided and open for the purpose.

5. To drive a horse or horses at a rate faster than eight miles an hour.

6. To ride a horse at a rate faster than ten miles an hour.

7. To drive or ride any animal not well broken and under perfect control of the driver.

8. To play ball or other games or sports, except on grounds provided therefor.

9. To engage in conversation with men at work, or to obstruct, hinder or embarrass their movements.

Digitized by Google

10. To refuse to obey the orders or requests of either of the Commissioners, or of the Park Police, or other agents of the Commissioners, and to refuse to assist them when required.

Any person wilfully doing either of the things above forbidden shall be punished by fine not exceeding twenty dollars.

Compliance with the foregoing regulations is a condition of the use of these premises.

Digitized by Google

TAB 28

# LAWS AND ORDINANCES

OF THE



# CITY OF PEORIA

## ILLINOIS

REVISED AND EDITED BY

## WILBERT I. SLEMMONS, ISRAEL C. PINKNEY

AND

## DANIEL F. RAUM

AND

# PUBLISHED BY AUTHORITY OF THE

# CITY COUNCIL

PEORIA
J. W. FRANKS & SONS, PRINTERS AND BINDERS
1892

mitigated by any provision of this ordinance, such provision may, by the consent of the party affected, be applied to any judgment pronounced after this ordinance takes effect.

## ARTICLE 35.

### PARKS AND PUBLIC GROUNDS.

Section.

1721. Parks and Public Grounds--Superintendence of.

1722. Entrance and Egress.

1723. Animals Prohibited.

1724. Fire-arms, Missiles, etc.--Injury to Property.

1725. Sales--Peddling and Hawking—Prohibited.

Section.

1726. Indecent Words or Act—Fortune Telling—Gaming.

1727. Bill Posting Forbidden.

1728. Grass Not to be Trodden—Except.

1729. Police- Arrest of Offenders.

1730. Penalty.

**1721.  Parks and Public Grounds—Superintendence of.**] § 1.   The commissioner of public works of the city of Peoria, shall have supervision and control of all public parks, public squares, and public grounds, in the city of Peoria, and shall appoint such park janitors as the city council may authorize, and shall keep the fences thereof in repair, the walks in order, and the trees properly trimmed, and improve the same according to the plans approved by the city council.

**1722.  Entrance and Egress.**] § 2.  No person shall enter or leave any of the public parks, public squares, or public grounds of the city of Peoria, except by their gateways; and no person shall climb, or walk upon their walls or fences.

**1723.  Animals Prohibited.**] § 3. Neither cattle, horses, goats, swine, or other animals, shall be turned into, or allowed in any of the parks, public squares, or public grounds, of the city of Peoria, by any person.

**1724.  Fire Arms, Missiles, Etc.—Injury to Property.**] § 4.  All persons are forbidden to carry fire arms, or to throw stones, or other missiles, within any of the public parks, public squares, or public grounds, within said city.   All persons

are forbidden to cut, break, or in any way injure, or deface, the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other property, within or upon any of ⋅the public grounds heretofore mentioned.

**1725.  Sales, Peddling and Hawking Prohibited.]** § 5. No person shall expose any article or thing for sale upon any of said public parks, public squares or public grounds; nor shall any hawking, or peddling be allowed therein.

**1726. Indecent Words or Acts—Fortune Telling— Gaming.]** § 6. No threatening, abusive, insulting, or indecent language shall be allowed in any part of said public grounds, whereby a breach of the peace may be occasioned. No person shall be allowed to tell fortunes, or play at any game of chance, or with any table or instrument of gaming, nor to do therein, any obscene or indecent act.

**1727.  Bill Posting Forbidden.]** § 7. No person shall post, or otherwise affix, any bills, notice, or other paper upon any structure or thing, within any of the said public grounds, nor upon any of the gates or enclosures thereof.

**1728.  Grass Not to be Trodden—Except.]** § 8. No person shall go upon the grass, lawn, or turf of the parks, except when and where the word "common" is posted; indicating that persons are at liberty, at that time and place, to go on the grass.

**1729.  Police—Arrest of Offender.]** § 9. Any member of the city police shall have power to arrest any person who shall not desist from any violation hereof, when directed, and cause him to be committed for examination.

**1730.  Penalty.]** § 10. Any person who shall violate any or either of the provisions, of any section, or clause of this chapter or article, or who shall neglect, or fail, or refuse, to comply with any or either of the requirements thereof, shall, on conviction, pay a fine of not less than five dollars, nor more than one hundred dollars.

TAB 29

# MUNICIPAL CODE

OF THE

# CITY OF SPOKANE

## WASHINGTON

TOGETHER WITH THE

# CITY CHARTER

AND AMENDMENTS, RULES OF THE CITY COUNCIL, AND LIST
OF FRANCHISE ORDINANCES

———

REVISED, COMPILED AND CODIFIED BY

## E. O. CONNOR

OF THE SPOKANE BAR

———

*PUBLISHED BY AUTHORITY OF CITY COUNCIL.*

———

SPOKANE, WASH.:
THE INLAND PRINTING COMPANY
1903

THE INLAND PRINTING COMPANY
*Inland Press*
SPOKANE, WASHINGTON

FEB 18 1918

wise injure or destroy the turf thereof, or who shall willfully cut down, lap, girdle, break, destroy, injure, or carry away any timber or tree whatsoever, being on land not owned or controlled by such person or persons, or who shall cut, break, destroy or in any manner injure any goods, wares, merchandise, or other personal property of another, or who shall wilfully or carelessly break, injure, deface or destroy, any house or building, or any part thereof, or fence, railing, or any part thereof, or any sign, tree-box, lamp, lamp-post, hydrant, or fire-plug, or any chain or lock attached thereto, or in or about the same, or any other property of the City of Spokane, or who shall daub, or cause to be daubed, any such property with paint or other substances; and any person or persons, who shall hitch, fasten, or cause or suffer to be hitched or fastened, any animal, under the control or in the service of such person or persons, to any ornamental, shade tree, plant or shrub, in or upon any street, avenue, alley, sidewalk, park, public square, or other public place in the City of Spokane, or to any case or tree-box around any such tree, plant or shrub, or suffers or permits any such animal to remain so hitched or fastened after knowing that such animal is so hitched or fastened, or who shall stop, hitch or fasten, or suffer or cause to be stopped, hitched or fastened, any such animal so near any such tree, plant, shrub, case or box, or any hydrant or fire-plug, that such animal can ordure, bite or injure, such tree, plant, shrub, case, box, hydrant, or fire-plug, or any person or persons who shall cause or suffer any animal under such person or persons control, to bite, or in any manner injure, any such tree, plant, shrub, case, box, hydrant or fire-plug, shall upon conviction for any such offense, be fined not more than fifty dollars nor less than ten dollars and pay the costs of prosecution, and be confined in the city jail until such fine and costs are paid; *provided*, nothing herein shall be so construed as to prevent the owner or owners, or agent, of the property along side thereof, from trimming any such tree, plant or shrub in a proper manner and at the proper time of the year for such trimming, or from repairing such case or tree-box whenever the same needs such repairs.

SEC. 2. This ordinance shall take effect and be in force ten days after its passage.

Passed the City Council March 5, 1895.

---

### ORDINANCE NO. A170.

AN ORDINANCE RELATING TO PARKS AND PUBLIC SQUARES OF THE CITY OF SPOKANE.

*The City of Spokane does ordain as follows:*

SECTION 1. The management and control of all public parks and public squares of the city is vested in the Park Commission.

SEC. 2. It shall be the duty of the Park Commission to keep the fences of all enclosed public grounds in repair, and also all sidewalks around said public grounds.

SEC. 3.  No person shall enter or leave any of the public parks or other enclosed public grounds of the City of Spokane except by their gateway.  No person shall climb or walk upon their walls or fences.

SEC. 4.  Neither cattle, horses, goats, swine or other animals, except as herein provided, shall be turned into any one of said parks, public squares or public grounds by any person.  All persons are forbidden to carry firearms or to throw stone or other missles within any one of the public parks or other public grounds of the city.  All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, or other constructions or property within or upon any of the said parks or public grounds.

SEC. 5.  No person shall expose any article or thing for sale upon any of said parks or other public grounds, except such person shall have been previously licensed by the Park Commission, nor shall any peddling or hawking be allowed therein.

SEC. 6.  No threatening, abusive, insulting or indecent language shall be allowed in any parks or public grounds of the city whereby a breach of the peace may be occasioned.  No person shall be allowed to tell fortunes or to play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

SEC. 7.  The Park Commission may direct that any of the entrances to the public park be closed at any time.

SEC. 8.  No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any park or other public grounds of the city nor upon any of the gates or enclosures thereof.

SEC. 9.  No person shall, without the consent of the Park Commission, play upon any musical instrument, nor shall any person take into or carry or display in said public parks any banner, target or transparency.  No military or target company, civic or other, shall be permitted to parade, drill or perform therein any military or other evolution or movement.  Nor shall any fire engine, hose cart or other machine on wheels, commonly used for the extinguishing of fire, be allowed on any part of said parks or other public grounds without the previous consent of the Park Commission, except in case of fire.

SEC. 10.  No person other than employes shall light, make or use any fire in said parks or other public grounds.

SEC. 11.  No person shall go upon any grass, lawn or turf of the parks or other public grounds, except when and where the word "Common" is posted; indicating that persons are at liberty at that time and place to go on the grass.  The Park Commission shall cause printed or written copies of prohibitions of this ordinance to be posted in said parks or grounds.

SEC. 12.  Any member of the city police shall have power to arrest any person who shall not desist from any violations of this ordinance when directed, and cause him to be committed for examination.

SEC. 13.  Any person who shall violate any provisions of this ordi-

nance, or who shall neglect or fail or refuse to comply with any or either of the requirements thereof, shall, on conviction, pay a fine of not less than five dollars nor more than one hundred dollars, and the costs of prosecution.

SEC. 14.   All ordinances and parts of ordinances in conflict herewith are hereby repealed.

SEC. 15.   This ordinance shall take effect ten days after its passage. Passed by the City Council March 11, 1892.

—————

### ORDINANCE NO. 99.

AN ORDINANCE TO REGULATE SOLICITORS FOR HOTELS, BOARDING HOUSES, HACKS, OMNIBUSES AND OTHER VEHICLES.

*The City of Spokane Falls does ordain as follows:*

SECTION 1.   No person shall solicit for a hotel, boarding house, hack, omnibus or other vehicle or for any other purpose whatever inside the depot of any railroad company within the City of Spokane Falls, nor upon the platform thereof, excepting three feet of said platform next to and abutting on the street, which space shall be designated by a line being placed upon said platform or painted by said railroad company thereon.

As amended by Ordinance No. 117, passed March 8, 1888.

SEC. 2.   Any person acting as solicitor for a hotel, boarding house, hack, omnibus, or other vehicle, whether for himself or as agent for another, shall conduct his business in a quiet, orderly manner, and in an ordinary tone of voice, and shall not molest or intrude himself upon any passenger or other person or individual with him or his baggage, except as requested by the owner thereof.

SEC. 3.   No person shall habitually lounge or stay in a railroad depot in the city without having and making known, when so requested by any policeman or civil magistrate, his business thereat, nor without having legitimate business or errand at such railroad depot.

SEC. 4.   No person shall hitch his horse, mule or team to any truck, platform or lamp-post at said depot, or on the platform thereof.

SEC. 5.   Any person violating any of the provisions of this ordinance shall, upon conviction thereof, be punished by a fine of not less than five dollars nor more than fifty dollars.

SEC. 6.   This ordinance shall take effect and be in force from and after five days after its passage and publication.

Passed the City Council December 28, 1887.

TAB 30

# A DIGEST

OF THE

# ACTS OF ASSEMBLY

RELATING TO,

AND THE

# GENERAL ORDINANCES.

OF THE

# CITY OF PITTSBURGH

*From 1804 to Jan. 1, 1897,*

WITH REFERENCES TO DECISIONS THEREON.

SECOND EDITION.

PREPARED UNDER RESOLUTION OF COUNCILS

BY

W. W. THOMSON

OF THE PITTSBURGH BAR.

PITTSBURGH, PA.:
W. T. NICHOLSON SONS, PRINTERS AND BINDERS.
1897.

Digitized by Google

496                    ORDINANCES—EXECUTIVE DEPARTMENTS.

## BUREAU OF PARKS.

**July 31, 1893. § 1.**
**O. B. 9, 262.**

**Bureau of parks created.**

**Officers and employees.**

1. There shall be and is hereby created a bureau to be known as the "bureau of parks," which bureau shall consist of one superintendent whose compensation shall be two hundred dollars per month, one superintendent, whose compensation shall be one hundred and fifty dollars per month, and one assistant superintendent whose compensation shall be one hundred and twenty-five dollars per month, one clerk whose compensation shall be eighty-three dollars and thirty-three cents per month, and such foremen and laborers as may be required from time to time, at the same pay as like labor in other departments of the city (*a*).

**July 6, 1896.**
**O. B. 11, 139.**

**Preamble.**

**Preamble.**

2. WHEREAS, The control, maintenance, supervision and preservation of the public parks is by law vested in the department of public works ; and

WHEREAS, It is essential to proper exercise of these powers that persons should be employed as watchmen in the public parks for the protection of the public property therein.

**Ibid § 1.**

**Watchmen compensation.**

3. *Be it ordained, &c.*, That the director of the department of public works shall, and he is hereby authorized to employ such watchmen as may be necessary for the properly caring for, maintaining and protecting the public property in the public parks of this city at the daily compensation of two dollars and fifty cents each.

**Ibid. § 2.**

4. The compensation of such watchmen shall be paid out of appropriation No. 36, public parks.

**July 27, 1893. § 1.**
**O. B. 9, 260.**

**Rules adopted.**

5. Upon the passage and approval of this ordinance the following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the city of Pittsburgh, to wit :

*First.* No person shall injure, deface or destroy any notices, rules or regulations for the government of the parks, posted or in any other manner permanently fixed by order of the chief of department of public works.

*Second.* No person shall be allowed to turn any chickens, ducks, geese or other fowls, or any cattle, goats, swine, horses or other animals loose within the parks or to bring led horses or a horse that is not harnessed and attached to a vehicle or mounted by an equestrian.

*Third.* No person shall be allowed to carry firearms, or to shoot or throw stones at or to set snares for birds, rabbits, squirrels or fish, within the limits of the parks or within one hundred yards thereof.

*Fourth.* No person shall cut, break, pluck or in anywise injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, structures or statuary, or place or throw anything whatever in any springs or streams within the parks, or fasten a horse to a tree, bush or shrub.

(*a*) As amended by ordinance of Nov. 23, 1893, O. B. 9, p. 320, and ordinance of March 31, 1896. O. B. 11, p. 49.

Digitized by Google

*Fifth.*  No military or other parade or procession, or funeral shall take place in or pass through the limits of the parks without permission from the chief of department of public works.

*Sixth.*  No one shall ride or drive therein except on the avenues or roads, or at a rate of speed exceeding eight miles per hour.

*Seventh.*  No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the parks without previous permission of the chief of the department of public works, nor shall any gathering or meeting for political purposes in the park be permitted under any circumstances.

*Eighth.*  No wagon or vehicle of burden or traffic shall pass through the park, except on such road or avenue as shall be designated by the chief of the department of public works for burden transportation.

*Ninth.*  No coach or vehicle used for hire, shall stand upon any part of the parks for the purpose of hire, nor except in waiting for persons taken by it into the park, unless at points designated by the chief of the department of public works.

*Tenth.*  No profane, indecent, abusive or insulting language, gambling or drunkenness shall be allowed within the parks, nor shall any one be allowed to introduce any spirituous liquors within the limits of the same, either for his own use or for sale.

*Eleventh*  No person shall climb any tree or attach any swing thereto, without the consent of the superintendent.

*Twelfth.*  No picnic shall take place in the parks without a written permission for the purpose being obtained from the superintendent, in which shall be designated the spot where it shall be held, and parties holding picnics shall clean up the ground that has been occupied by them on quitting it, and not leave paper and other refuse on the ground.

*Thirteenth.*  No person shall disturb any picnic in the parks, or intrude himself or herself on it without the consent of those composing it.

*Fourteenth.*  No person shall stand, walk or sit on any fence, wall or embankment, or stand, slide, sit or roll upon any slope of the parks.

*Fifteenth.*  No person shall set up any booth, table or stand for the sale of any article whatever, without the consent of the chief of the department of public works, previously obtained in writing.

*Sixteenth.*  When carriages or equestrians meet, the parties respectively shall keep to the right as the law of the road.

*Seventeenth.*  No person shall drive any vehicle displaying any placard or advertisement of any kind along any road or avenue in the parks, nor shall any person display any placards or advertisements of any kind, or post or fix any notice or bill or other writing or printing of any kind on any tree, lamp-post, hydrant, curbstone, coping, flagstone, fence, wall, building or other place within the parks.

*Eighteenth.*  No benches or seats shall at any time be removed

July 27, 1893.

Park rules.

33

Digitized by Google

498        ORDINANCES—EXECUTIVE DEPARTMENTS.

**July 27, 1893**

or changed from their places in the parks, except by the order first obtained of the superintendent.

*Nineteenth.* Bicycles and tricycles shall be restricted to the use of the roadways, and be controlled by the same law which governs horses, vehicles and equestrians, and must pass to the right, when meeting the same or each other. When passing a carriage or equestrian from the rear to the front, it must be done to the left side and at a moderate rate of speed. Bicycles and tricycles must not travel more than two abreast.

*Twentieth.* All racing with horses, vehicles, tricycles and bicycles is prohibited at any time, and bicycles and tricycles must not be driven or propelled at greater speed than eight miles per hour.

**Ibid. § 2.**

**Penalty.**

6. Any violation of any of the foregoing rules shall subject the party so offending to a fine of twenty-five dollars, to be collected by summary process.

**Aug. 28, 1871, § 1.**
**O. B. 3, 122.**

**Improvement of part of Bluff street as a park authorized.**

7. The citizens of the Sixth and Fourteenth wards of the city of Pittsburgh, residing in the vicinity of Bluff street, shall be and are hereby authorized to enclose with a good substantial fence a portion of Bluff street, from Gist to Magee street, as follows, viz: Commencing at Gist street thirty feet south of the northern curb line, and thence running by a line preserving the same width to Magee street, said fence to be constructed with openings at the street crossings, and at such other points as may be deemed proper openings for the convenient access of foot passengers. Said citizens shall be further authorized to lay off the grounds south of said fence to the line of said street with walks, and within said enclosure, and on the outside thereof, to plant trees and shrubbery, erect fountains and make other improvements thereon suitable for a public promenade: *Provided,* That no trees or other improvements shall be placed upon said street within a distance of twenty feet from the north curb line of said street.

**Ibid. § 2.**

**City not liable for expense.**

8. Said improvements shall be made and maintained at the expense of the parties making the same, and the city shall not be liable for any expense contracted for or on account of the same.

**Ibid. § 3.**

**City may grade and pave.**

9. Said city reserves the right to direct the grading and paving of said street at any time hereafter, without compensation for the improvement which may be made thereon as fully as if this ordinance had not been adopted.

**Ibid. § 4.**

10. Said improvements and the maintenance and care of the same shall be under the charge of such persons as may be selected by subscribers to the fund for making the same.

**Ibid. § 5.**

**Penalty for injuring improvements.**

11. It shall be unlawful for any person to injure or destroy any fence, trees, shrubbery or other improvement upon said ground; and if any person shall wilfully injure or destroy the same, or any part thereof, he or she shall forfeit and pay the sum of ten dollars, in addition to a sum sufficient to repair or replace the damage, to be recovered by action in the name of the city of Pittsburgh, or by summary conviction before the mayor


Digitized by Google

or any alderman of said city, and the sum so recovered shall be paid to the person having charge of said improvements, to be expended upon the same.

Aug. 29, 1871.

12. The superintendent of the water works shall be authorized to direct a supply of water, free of charge, for not more than two fountains upon said ground at all reasonable times and to reasonable amounts, from the first day of April to the fifteenth day of October in each year: *Provided*, That said superintendent shall be authorized to prevent the unnecessary waste of water, and to prohibit its use during times of short supply.

Ibid. ¿ 6.

Supply of water for two fountains authorized.

13. WHEREAS, The public market-house on Second street is of no benefit to the city ;

Sept. 27, 1858. O. B. 2, 125.

*And whereas*, The heirs and legal representatives of the estate of James O'Hara have, by deed dated the seventeenth day of May, one thousand eight hundred and twenty, and on the ninth of August, one thousand eight hundred and fifty-eight, consented that the ground dedicated by the late James O'Hara, on Second between Ross and Grant streets, may be used as a public square or area ; therefore,

Preamble.

14. *Be it ordained, &c.*, That all that portion of Second street extending from Grant to Ross street, and used for the purpose of a market house, be and the same is hereby devoted to the purpose of a public park, to be ornamented in such manner as shall be directed by the mayor of the city and members of councils for the time being of the Second ward, who are hereby authorized to adopt such rules for the same as may, in their judgment, be proper, and to keep the same posted on the gateposts thereof : *Provided*, The whole expense of removing the market-house and of constructing said public park and keeping the same in repair, shall be provided by voluntary subscription, and shall in no case be a charge on the city treasury.

Ibid. § 1.

Second street market to be made a park.

Rules.

Proviso.

15. Any person that shall injure or destroy any tree, shrub or any other thing within said park, or the wall or fence that may surround it, shall, upon conviction before the mayor, be fined a sum not exceeding five dollars, in addition to the amount necessary to repair any injury so done, to be recovered as like penalties are by law recoverable.

Ibid. § 2.

Penalty for injuries.

16. It shall be lawful to erect within the said area or park one or more fountains, to be supplied from the public water pipes without any charge for the use of the water.

Ibid. § 3.

Fountains.

17. Before the work necessary for said improvement shall be commenced, the mayor and members of councils from the Second ward shall meet at the mayor's office and choose from among themselves one president, one secretary, and one treasurer, and shall proceed to agree upon a plan of the work, &c.

Ibid. § 4.

18. For the purpose of constructing and maintaining a public park, there shall be and is hereby set aside, dedicated and appropriated so much of the ground belonging to said city as is not indispensably necessary for the safe and proper use of the reservoir known as the Herron Hill Reservoir.

Sept. 14, 1889 § 1. O. B. 7, 134.

Dedication of Herron Hill Park.

Digitized by Google

**Sept. 14, 1889, ¿ 2.**
**Improvement.**

19. The chief of the department of public works of said city be and he is hereby authorized and directed to improve all said ground lying around, adjacent to and connected with said reservoir, and which shall not be found actually necessary for the operation of said reservoir, to be used and enjoyed as a public park, to be known as and by the name of the "Herron Hill Park."

**Sept. 16, 1889, ¿ 1.**
**Dedication of Highland Park.**

20. For the purpose of constructing and maintaining a public park, there shall be and is hereby set aside, dedicated and appropriated so much of the ground belonging to said city as is not indispensably necessary for the safe and proper use of the reservoirs known as the Highland Reservoirs.

**Ibid. § 2.**
**Improvements.**

21. The chief of the department of public works of said city be and he is hereby authorized and directed to improve all said ground lying around, adjacent to and connected with said reservoirs or which may be added thereto, and which shall not be found actually necessary for the operation of said reservoirs, to be used and enjoyed as a public park, to be known as and by the name of "Highland Park."

## BUREAU OF CITY PROPERTY.

**Dec. 17, 1887, ¿ 18.**
**O. B. 6, 227.**
**Bureau created.**
**Title of head.**
**Salary.**
**Duties.**

**Clerk.**

1. There shall be and is hereby created a bureau to be known as the bureau of city property, the head of which shall be known as superintendent of city property, and who shall receive the sum of one hundred and fifty dollars per month as his compensation. The duties of this bureau shall be to take charge of all public property belonging to said city not otherwise conferred upon some other department, including markets, city buildings, wharves, and such other property of the city as is not specially conferred elsewhere: *Provided*, That the chief clerk of this bureau shall act as clerk of the Diamond markets without extra compensation.

**Feb. 28 1890, ¿ 1.**
**O. B. 7, 321.**
**Salary of clerk of bureau of city property.**

2. From and after the date of the passage of this ordinance, the salary of the clerk to the bureau of city property (who also acts as clerk of markets) shall be and is hereby fixed at fifteen hundred dollars per annum, and the said clerk to the bureau of city property shall receive compensation for his services at the rate of fifteen hundred dollars per annum from and after the date of the approval or passage of this ordinance.

**City Code, 234, ¿ 1.**
**Penalty for injuring.**

**Proviso.**

3. If any person shall destroy or injure in any way whatsoever any public property within this city, he shall forfeit and pay for every such offense a fine of not less than ten dollars and not exceeding fifty dollars, besides the amount of the costs and expenses of repairing the same: *Provided*, That when the injury is accidental no further fine shall be imposed than the amount of the cost and expense of repairing.

**Ibid. § 2.**
**City officers to report to controller.**

4. It shall be the duty of every city officer to report to the controller any damage or injury which may be done to any public property in his possession, that the same may be laid

# TAB 31



WILLARD HALL PORTER
ATTORNEY-AT-LAW,
JAN 15 1894
WILMINGTON, DEL.

# THE CHARTER

OF THE

# TY OF WILMINGTON

As Amended to May 6th, 1893;

# ts of the General Assembly

### RELATING TO THE CITY,

#### INCLUDING THE SESSION OF 1893;

*(being vol. 19. Laws of Del.)*

—AND—

# INANCES, AND RULES AND REGULATIONS

### Of Departments of the City Government,

#### s Amended and in Force, September 1st, 1893;

—ALSO—

# E ORIGINAL BOROUGH CHARTER.

### PUBLISHED BY ORDER OF THE COUNCIL.

WILMINGTON, DEL.:
DIAMOND PRINTING COMPANY,
1893.



Digitized by Google

# PART VII.

# RULES AND REGULATIONS

OF THE

## BOARD OF PARK COMMISSIONERS.

Digitized by Google

# RULES AND REGULATIONS OF THE BOARD OF PARK COMMISSIONERS,

### As Amended and in Force September 1st, 1893.

1. No person shall ride or drive upon any other part of the Park than upon such roads as may be designated for such purposes. . . . . . . . . . . . . . . . . . . Penalty, $5 00

2. No person shall be permitted to bring led horses within the limits of the Park, or to turn any horses, cattle, goats, swine, dogs, or other animals loose in the Park. . . . . Penalty. $5 00

3. No person shall indulge in any threatening, abusive, insulting, or indecent language in the Park. . . . . Penalty, $5 00

4. No person shall engage in gaming, or commit any obscene or indecent act in the Park. . . . . . . Penalty, $10 00

5. No person shall go into bathe in any of the waters within the Park. . . . . . . . . . . . . Penalty, $5 00

6. No person shall throw any dead animal or offensive matter or substance of any kind into the Brandywine, or into any spring, brook, or other water, or in any way foul any of the same, which may be within the boundaries of the Park  Penalty, $5 00

7. No person shall carry fire-arms or shoot birds or other animals within the Park, or throw stones or other missiles therein. Penalty, $5 00

8. No person shall disturb birds, or annoy, strike, injure or kill any animal, whether wild or domesticated, within the Park. Penalty, $5 00

9. No person shall cut, break, or in anywise injure or deface any trees, shrubs, plants, turf or rocks, or any buildings, fences, bridges, or other structures within the Park. Penalty, $10 00

10 No person shall injure, deface, or destroy any notices, rules or regulations for the government of the Park posted or in any other manner permanently fixed, by order or permission of the Board of Park Commissioners or their officers or employes. Penalty, $10 00

*Adopted October 12, 1887.*

Digitized by Google

TAB 32

# GENERAL

# ORDINANCES

AND

## PRIVATE ORDINANCES OF A PUBLIC NATURE

OF

## THE CITY OF ST. PAUL

Ramsey County, Minnesota.

UP TO AND INCLUDING DECEMBER 31st, 1895.

———

COMPILED BY

JOHN A. GILTINAN, ESQ.,

MEMBER OF THE ST. PAUL BAR

UNDER THE SUPERVISION OF

EDWARD J. DARRAGH, ESQ., CORPORATION ATTORNEY.

———

Published by Authority of

THE COMMON COUNCIL.

| PIONEER PRESS CO. | NO. 50961 | ST PAUL, MINN. |

Ovd 83
S 6d
+896

# PREFACE.

This compilation of ordinances of the City of St. Paul, Minnesota, has been made pursuant to the provisions of Ordinance No. 1834, approved Sept. 4, 1895, and Ordinance No. 1861, approved Jan. 10, 1896.  (See following page.)

The compiling, indexing and preparing for publication have been done by John A. Giltinan, Esq., under the supervision of the Law Department; and, although this work has been done with very great care, a more generous limit of time than the three months allowed by Ordinance 1834 would have given the opportunity for improvement.

In the citation of ordinances at the end of the consecutive sections, the date refers to the passage of the ordinance unless the word "approved" appears.  In referring to ordinances passed since the dual council began to act in May, 1891, the date refers to the final passage.

In the part of the book containing "Private Ordinances of a Public Nature," it was, as a rule, thought best to make each ordinance a consecutive section.

E. J. DARRAGH,
Corporation Attorney.

# ARTICLE LII.

## PARKS.

### § 680. Rules and regulations for management and protection of parks.

The board of park commissioners of the City of St. Paul having adopted certain rules and regulations for the management and protection of the parks of the City of St. Paul, as provided by the charter, for the purpose of fixing a penalty for the violation of said rules, the common council of the City of St. Paul do ordain as follows:

First—No person shall drive or ride in any public park or grounds in the City of St. Paul at a rate of speed exceeding seven (7) miles per hour.

Second—No person shall ride or drive upon any other part of any park than the avenues and roads.

Third—No coach or vehicle used for hire shall stand upon any part of any park, for the purpose of hire, unless specially licensed by the board of park commissioners.

Fourth—No person shall engage in any threatening, abusive, insulting, indecent language in any park.

Fifth—No person or persons shall engage in any gaming, nor commit any indecent or obscene act in any park.

Sixth—No person shall carry firearms or shoot birds in any park, or within fifty (50) yards thereof, or throw stones or other missiles therein.

Seventh—No person shall throw any dead animal or offensive matter or substance of any kind into any park or into any lake, stream, pool or pond within the limits of any park.

Eighth—No person shall disturb the fish or water fowl in any lake, stream, pool or pond in any part of any park, or annoy, strike, injure, maim, or kill any birds or other animals kept by or under the direction of the board of park commissioners, either running at large or confined in any close or cage, nor discharge any fireworks within any park.

Ninth—No person shall affix any bills or notices in any park.

Tenth—No person shall bathe in any lake, stream, pool or pond within the limits of any park.

Eleventh—No person shall cut, break or in anywise injure or deface the trees, shrubs, plants, flowers, turf, or any of the buildings, structures, fences, seats, benches, or statuary, or in any way foul or pollute any fountain, lake, stream, pool, pond, well, or spring within any park.

Twelfth—No person shall turn cattle, goats, swine, horses, dogs or any other animal loose in any park, nor shall any animals be permitted to run at large therein, unless by authority of the board of park commissioners.

Thirteenth—No person shall ride or drive any bicycle or other vehicle in or on any of the walks, paths, or grass plots, except in the avenues or roadways of any park.

(208)

Fourteenth—No person shall walk on or over flower beds in any park, or on or over any grass plot which may be designated by any fence or sign as not open to the public.

Fifteenth—No person shall use any park for business purposes, or for any transportation of farm or other products, dirt or any like material, or for the passage of any teams employed for such purposes, except by permission of the board of park commissioners.

Sixteenth—No person shall injure, deface or destroy any notices, rules or regulations for the government of any park which are posted or affixed by order or permission of the board of park commissioners within the limits of any park.

(Ord. 1767, June 19, 1894, § 1.)

## § 681.  Penalty.

Any person or persons violating any of the provisions of this ordinance or any of the rules established by the board of park commissioners of the City of St. Paul for the orderly management and protection of the parks of the City of St. Paul shall be fined for each offense not less than five (5) nor more than one hundred dollars ($100), or shall be punished by imprisonment for not less than five (5) nor more than eight-five (85) days.

(Id. § 2.)

TAB 33

# REVISED ORDINANCES



OF THE

# CITY OF CANTON

## ILLINOIS.

REVISED 1894-1895

BY

B. M. CHIPERFIELD, *City Attorney.*

**PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.**

CANTON, ILL.:
DAILY REGISTER PRESS:
1895.

Appellate Case: 23-2166    Document: 010111008624    Date Filed: 03/01/2024    Page: 197

advertise, by outcry or by the ringing of any bell or the blowing of any horn or the beating of any drum, his, her or their business, or any sale or sales at auction or otherwise. Any person violating any of the provisions of this section shall be fined not less than ten dollars nor more than one hundred dollars for each offense.

SEC. 20  *Sales on streets prohibited*.   No person shall be allowed to sell at auction or public outcry, nor to erect or occupy a stand of any kind for the purpose of making sales, upon any of the streets, alleys, avenues, sidewalks, crossings or other public places in said city, nor shall any person be permitted to sell from any carriage, buggy or other vehicle, upon any of the streets, alleys, avenues, sidewalks, crossing, or other public place in said city, except as hereinafter provided, under a penalty of ten dollars for each offense.

SEC. 21.   *Construction of foregoing section.*  The foregoing section shall not be so construed as to apply to any person or persons coming into the city from the country with teams or otherwise with any produce for market raised by themselves, or to any person selling vegetables, berries, fruit, milk or other farm produce of their own production ; nor shall the same be so construed as to make it a penal offense to peddle newspapers, nor to apply to judicial sales ; Provided, that farmers or others selling under the provisions of this section shall not occupy a stand upon any sidewalk, alley or crossing, nor within a space of ten feet of any such sidewalk or crossing upon any street or public square, nor shall they allow their stand, wagon or other vehicle from which they may be selling to remain in front of any person's place of business without the consent of the occupant of such place of business, nor so as to obstruct the convenient travel of the street.

SEC. 22.   *Telephone and telegraph poles.*   No person or corporation shall set or cause to be set any telegraph, telephone or other poles upon any street or alley within the City of Canton, or string or hang any wire along or across any street or alley, unless authorized so to do by the City Council, under a penalty of ten dollars for each offense.

SEC. 23. *Public Parks shall be known by their respective names.* The several Public Parks, Squares and grounds in the City of Canton shall be known and designated by the names applied thereto respectively on the map of the City of Canton, that may be designated by ordinance.

SEC. 24. *Care of parks.* It shall be the duty of the Committee on Parks and Public Buildings of the City Council to superintend all public grounds and keep the fences thereof in repair, the walks in order, and the trees properly trimmed, and improve the same according to plans approved by the City Council. The said committee shall likewise cause printed or written copies of prohibitions of this article to be posted in the said Parks or Grounds.

SEC. 25. *Regulations of Parks.* No person shall enter or leave any of Public Parks of the City of Canton except by their gateways; no person shall climb or walk, sit or stand upon the walls or fences thereof.

SEC. 26. *Depredations not to be committed in Parks.* Neither cattle, horses, goats, swine or animals, except as herein specified shall be turned into any one of the said Parks by any person. All persons are forbidden to carry firearms or to throw stones or other missiles within any one of these Public Parks. All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences or other structure, or property within or upon any of the said Parks.

SEC. 27. *Bills are not to be posted in Parks.* No person shall post or otherwise use or affix any bills, notice, or other paper upon any structure or thing within either of said Parks nor upon any of the gates nor enclosures thereof.

SEC. 28. *Persons in Parks must keep off the grass.* No person shall go upon the grass, lawn or turf of the Parks except when and where the word "common" is posted, indicating that persons are at liberty at that time and place to go on the grass. Any member of the city police shall have the power to arrest any person who shall not desist from any vio-

lation hereof when directed, and cause him to be committed for examination or be taken before the proper officer for trial.

SEC 29. *Penalty.* Any person who shall violate any or either of Sections 25, 26, 27 or 28, of this Chapter, or whoever shall neglect or fail or refuse to comply with any or either of the requirements thereof, shall upon conviction pay a fine of not less than five dollars nor more than two hundred dollars.

SEC. 30. *Sidewalks shall be constructed by special taxation.* All new sidewalks and condemned sidewalks shall be constructed by special taxation, levied upon abutting land owners, and it shall be the duty of said land owners, whenever the same becomes defective or needs repairs, to repair the same without notice and keep the same in repair, using the same kind of material of which the walk is constructed.

SEC. 31. *Abutting property owners shall repair sidewalks.* Whenever any sidewalk in said City shall need repairs, the abutting land owner shall make the needed repairs; and if any owner shall fail to repair the same, the Street Superintendent shall give such owner three days notice to repair, and shall file a copy of the said notice with the City Clerk; and upon such owner failing or refusing to repair the same, an ordinance shall be passed to repair, renew or condemn the same and shall require the same to be constructed by special taxation; which ordinance shall be passed according to law, for such purpose.

SEC. 32. *Defective sidewalks.* Whenever any sidewalk shall not be repairable, an ordinance shall be passed condemning such defective sidewalk and requiring the same to be rebuilt by special taxation ; and new sidewalks shall be built by like taxation.

SEC. 33. *What ordinances shall specify.* All ordinances shall provide and specify the material which shall be used in such construction or repair, and the width and location of the same, and that the owners of abutting lands shall have the time allowed by law to build and construct the same, and in all other respects said ordinance shall conform to law.

16

TAB 34

# LOCAL ACTS

OF

# THE LEGISLATURE

OF THE

## STATE OF MICHIGAN

PASSED AT THE

## REGULAR SESSION OF 1895

### WITH AN APPENDIX



### BY AUTHORITY

LANSING
ROBERT SMITH & CO., STATE PRINTERS AND BINDERS
1895

tion (so called), and also all that part of said city lying and being east of the east bank of the Au Sable river, be and the same is hereby detached from the city of Au Sable, in said county of Iosco, State of Michigan, and the same shall be, and is hereby attached to the township of Au Sable in said county and State aforesaid.    But the territory hereby detached shall not be relieved in any manner from its just share and proportion of the present legal bonded indebtedness of said city of Au Sable, together with interest thereon, and said indebtedness shall be apportioned in accordance with the provisions of act number thirty-eight of the session laws of eighteen hundred and eighty-three, approved April twenty-first, eighteen hundred and eighty-three, entitled "An act to provide for the adjustment of rights and liabilities on division of territory of cities and townships," and acts amendatory thereof.

*Territory detached shall not be relieved of its share of legal bonded indebtedness.*

SEC. 2.    This act shall not be construed as nullifying or repealing an act entitled "An act to incorporate the board of education of the city of Au Sable," being act number two hundred and eighty-five of the local acts of eighteen hundred and ninety-one, and the persons elected as members of such board of education under the provisions thereof shall continue to have and exercise all the duties, powers and jurisdictions conferred upon them by the provisions thereof, within the territory and district in which their jurisdiction now extends.

*This act not to repeal the act incorporating the board of education.*

SEC. 3.    The matter of procedure in the matter of apportioning, levying and collecting taxes for the support of the schools within said district, and for altering the boundaries thereof, shall be the same as near as may be as is provided by law in the case of fractional school districts.

*Procedure in the matter of taxes.*

Approved May 24, 1895.

---

[ No. 436. ]

AN ACT to amend an act entitled "An act supplemental to the charter of the city of Detroit, and relating to parks, boulevards and other public grounds in said city, and to repeal act number three hundred and seventy-four of the local acts of eighteen hundred and seventy-nine, entitled 'An act to provide for the establishment and maintenance of a broad street or boulevard about the limits of the city of Detroit and through portions of the townships of Hamtramck, Greenfield and Springwells, in the county of Wayne,' approved May twenty-one, eighteen hundred and seventy-nine," as amended by act number four hundred and fifteen of the local acts of eighteen hundred and ninety-three, approved May twenty-ninth, eighteen hundred and ninety-three, by amending sections six, seven and fourteen thereof, and to add to said act twenty new sections to stand as sections thirty-two, thirty-three, thirty-four, thirty-five, thirty-

592                    LOCAL ACTS, 1895.—No. 436.

six, thirty-seven, thirty-eight, thirty-nine, forty, forty-one,
forty-two, forty-three, forty-four, forty-five, forty-six, forty-
seven, forty-eight, forty-nine, fifty and fifty-one of said act.

**Act amended and sections added.**

SECTION 1. *The People of the State of Michigan enact,*
That an act entitled "An act supplemental to the charter of
the city of Detroit, and relating to parks, boulevards and pub-
lic grounds in said city, and to repeal act number three hun-
dred and seventy-four of the local acts of eighteen hundred and
seventy-nine, entitled 'An act to provide for the establishment
and maintenance of a broad street or boulevard about the limits
of the city of Detroit and through portions of the townships of
Hamtramck, Greenfield and Springwells, in the county of
Wayne,' approved May twenty-one, eighteen hundred and
seventy-nine," as amended by act number four hundred and
fifteen of the local acts of eighteen hundred and ninety-three,
approved May twenty-nine, eighteen hundred and ninety-three,
be amended by amending sections six, seven and fourteen
thereof, and by adding twenty new sections to stand as sec-
tions thirty-two, thirty-three, thirty-four, thirty-five, thirty-
six, thirty-seven, thirty-eight, thirty-nine, forty, forty-one,
forty-two, forty-three, forty-four, forty-five, forty-six, forty-
seven, forty-eight, forty-nine, fifty and fifty-one, to read as
follows:

**Commissioners to have control, management, and charge of improvements of all parks and public grounds.**

SEC. 6.    The commissioners shall have the control and man-
agement, and shall have charge of the improvement of all the
parks and public grounds of said city, including the island
park (known as "Belle Isle park"), and of such parks or pub-
lic grounds as may hereafter be acquired, laid out, purchased
or dedicated for public use in said city.    And they shall like-
wise have control, management and charge of the improvement
and maintenance of the boulevard, which was laid out and estab-
lished as provided by the (said) act creating said board of
boulevard commissioners, and of any other boulevard which
may at any time be hereafter acquired, laid out, established or
located by said city.    The authority hereby conferred shall not
be construed as giving charge or control to said commissioners
over and to the improvement of any ordinary public street or

**When improvements to be done by contract.**

alley.    When the estimated cost of any work or improvement
ordered by said commissioners shall exceed the sum of one
thousand dollars, the same shall be done by contract, after
advertisements for bids in at least two daily papers, printed in
said city, for at least seven days.

**May make rules and regulations for maintenance and care of.**

SEC. 7.    The said commissioners may make all needful rules
and regulations for the management, maintenance and care of
the said parks, public grounds and boulevard or boulevards,
and for the regulation thereof, and the common council of said
city may provide by ordinance for the observance of the same,
and may also in like manner provide for the observance and
enforcement of any other rules and regulations duly made by
said commissioners under any of the provisions of this act.

**Protection of.**

And said common council may by ordinance further provide
for the preservation and protection of the parks, public grounds

notice or bill or other writing or printing on any tree, tower, lamp post, hydrant, curbstone, coping, flagstone, fence, dock, bridge, wall, building or other place under the charge or control of said commissioners.

SEC. 38.  No person shall drive any vehicle displaying any placard or advertisement of any kind along said boulevard or on or along the driveway of any of said parks, nor shall any person display any placard or any advertisement of any kind on or upon or along the said boulevard or any of the said parks for advertising only. *Not to drive any display advertisement or placards along the parks or boulevards.*

SEC. 39.  No person shall dig, remove or carry away any sward, sand, turf or earth in or from any public park, or boulevard, and no person shall open or dig up or tunnel under any part or portion of the boulevard without a permit from the commissioners of parks and boulevards, and before granting any such permit the applicant therefor shall be required to deposit with the secretary of said commissioners such sum of money as the superintendent of the boulevard or such other officer as the commissioners may designate for that purpose, shall estimate, will fully cover any expense to be incurred by the commissioners in connection with such opening or tunneling, and the commissioners may make suitable regulations and conditions with respect to issuing said permits.  And said commissioners may retain the actual expense, which shall be certified by the superintendent, which may be incurred by the commissioners in connection with any work done by them, for the purpose of restoring any roadway, sidewalk, planting place or other portion of said boulevard, and the secretary shall refund to the person to whom said permit shall be issued the difference, if any, between the amount deposited and the amount so certified by the superintendent.  Carriage or driveways and footwalks connecting with any premises adjoining the boulevard, or hitching posts thereon, shall be allowed only on a permit issued under this section, and the material used in making such ways, walks or posts shall be determined by the said commissioners. *Not to dig, remove or carry away any sward, sand or turf from parks.*

SEC. 40.  No person shall place or deposit any dead carcass, ordure, filth, dirt, stone, ashes, garbage or rubbish of any kind, or other matter or substance on the said boulevard, or of any of said public parks, and no person shall wade into or throw any wood, sand, stone, or other substance into any basin, pool, lake or fountain in any public park, or bathe or fish in any of the waters thereon, except on Belle Isle park, where persons may bathe and swim, but only under such restrictions and conditions as may be prescribed by the commissioners of parks and boulevards; and no person shall send or ride any animal into same, nor shall any person kill, molest or disturb any fish, fowl or animals kept thereon. *Not to deposit dead carcasses, filth, dirt, stones, etc., on the boulevard or parks.*

SEC. 41.  No person shall build or place any fence, or other barrier around any grass plot or planting place on said boulevard or public park, or place any building or obstruction of any kind thereon. *Not to build any fence or barrier around grass plots or planting place.*

SEC. 42.  No person shall play at any game whatever in or upon said boulevard, or on any of the said parks, under the *Not to play certain games.*

596                    LOCAL ACTS, 1895.—No. 436.

**Proviso.**    charge of the said commissioners: *Provided, however,* That ball, cricket, lawn tennis and other like games of recreation may be played upon such portions of said parks as may be designated from time to time by the commissioners and under such rules and regulations as may be prescribed by them.

**Not to engage in sport liable to frighten horses.**    SEC. 43.    No person shall engage in any sport or exercise upon said boulevard or park as shall be liable to frighten horses, injure travelers, or embarrass the passage of vehicles thereon.

**Not to discharge firearms or fireworks.**    SEC. 44.    No person shall fire or discharge any gun or pistol or carry firearms, or throw stones or other missiles within said park or boulevard, nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of any explosive character on said park or boulevard, without the permission of said commissioners, and then only under such regulations as they shall prescribe.

**No person shall expose or offer any article or thing for sale, play any musical instrument, etc., without permission of commissioners.**    SEC. 45.    No person shall expose any article or thing for sale or do any hawking or peddling in or upon said parks or boulevard, and no person, without the consent of said commissioners, shall play upon any musical instrument, or carry or display any flag, banner, target or transparency, nor shall any military or target company, or band or procession parade, march, drill or perform any evolution, movement or ceremony within any of said parks, or upon or along said boulevard, without the permission of said commissioners, and no person shall do or perform any act tending to the congregating of persons on said boulevard or in said parks.

**Gambling and disorderly conduct.**    SEC. 46.    No person shall gamble, nor make any indecent exposure of himself or herself, nor use any obscene language, or be guilty of disorderly conduct, or make, aid, countenance or assist in making any disorderly noise, riot, or breach of the peace, within the limits of the said parks or boulevards; and **Intoxicating liquors.** no person shall sell or dispose of any intoxicating liquors in or upon any public park without the consent of the said commissioners.

**All boats, carriages, railroad cars, and vehicles running for hire to be licensed.**    SEC. 47.    All boats and vessels, carriages, railroad cars and other vehicles running for hire to and from said Belle Isle park, or any other park, shall be duly licensed and shall be subject to all the rules and regulations that may be established by said commissioners or by the common council from time to time, and no person shall carry on the business of carrying passengers to and from either of said parks unless their vehicles shall be so licensed. And no person commanding or having charge of any boat, carrying passengers for hire shall land or permit any passengers thereform to land at any dock on Belle Isle park, excepting such as may be designated for that purpose by the commissioners, and no person having charge of any vessel shall fasten or tie the same at any wharf or dock in Belle Isle park, excepting for the purpose of receiving or discharging passengers as permitted by this section.

SEC. 48.    No person shall place or deposit or allow to be placed or keep or deposit on any part of said boulevard any

building material without the written permission of said com- Not to deposit building mate-rial on any part
missioners, which permit shall state the space to be occupied
and the length of time during which said permit shall be in of boulevard without written permission of commissioners.
force, and every person having use of any portion of said boule-
vard for the purpose of erecting or repairing any building or
for placing or keeping any building material or any other arti-
cle or thing thereon which shall cause any obstruction to travel
thereon or render the same in any respect dangerous to travelers
thereon, shall cause two red lights to be placed in conspicuous Red lights to be placed in con-spicuous places.
places, one at the end of said obstruction, from sunset until
sunrise in the morning of each day during the time such
obstruction shall remain, and shall also construct and maintain
proper safeguards, and a good and safe plank sidewalk around
such obstruction, which sidewalk shall be at least two feet
wide, and no such permit shall be granted under this section
unless in the application therefor the party applying shall
agree to indemnify the city against all liability from injury to
any person or property arising from such obstruction.

SEC. 49. No person shall conduct or permit any funeral Funeral proces-sions not to drive on boulevard.
procession or hearse to be driven upon the boulevard: *Pro-*
*vided,* That nothing herein contained shall be construed to Proviso.
prevent the removal of any corpse from any house abutting
upon said boulevard, and the forming of the funeral procession
thereon, but the hearse or procession shall not proceed further
thereon than the nearest paved cross street in the direction in
which said hearse shall move.

SEC. 50. No person shall remove any house or building on, Not to remove any house or building on or along the boule-vard without written permis-sion of com-missioner.
along or across the boulevard, except on the written permission
of said commissioners, which shall be issued only upon such
terms and conditions, and under such regulations as they may
prescribe, and upon a deposit with the secretary of said com-
missioners of such sum as may be fixed by said commissioners,
and as they shall estimate will fully cover all damages to
walks, roadways, grass plots, trees and other property and
improvements of said boulevard, and said permit shall be
issued only upon the express condition that said moving shall
be commenced and completed between the hours of one and
six o'clock in the forenoon, and the occupancy of the said
boulevard shall continue only between said hours and after
said moving shall have been completed, the roadway, grass
plot, walks and other property and improvements shall be
restored to their former condition by the said commissioners
or under the supervision of their superintendent, and their
superintendent shall thereupon certify to the secretary the
actual expense incurred in such restoration, and the secretary
shall refund to the person to whom said permit shall be issued
the difference, if any, between the amount deposited and the
amount so certified by the superintendent.

SEC. 51. Any violation of the provisions of this act shall Penalty for violation.
be punished in the recorder's court by a fine not to exceed
one hundred dollars and costs, and, in the imposition of any
fine and costs, the court may make a further sentence, that the
offender be imprisoned in the Detroit House of Correction

until the payment of such fine, for any period of time not exceeding six months.

This act is ordered to take immediate effect.

Approved May 24, 1895.

---

[ No. 437. ]

AN ACT to amend sections two, five, seven and eleven of act number three hundred eighty-three of the local acts of eighteen hundred ninety-three, entitled "An act to provide for the election of two justices of the peace and for the appointment of a justice clerk in and for the city of Saginaw, and to define their jurisdiction and to fix their compensation; and to abolish and discontinue the five offices of justice of the peace of said city, upon the expiration of the terms of the present incumbents thereof; and to provide for the filing of the files, records and dockets belonging to or appertaining to the offices abolished and discontinued, and for the issuance of executions upon judgments appearing on said dockets and to repeal all provisions of the charter of the city of Saginaw and of all other acts or parts of acts in any wise contravening the provisions of this act," approved May thirteenth, eighteen hundred ninety-three.

*Sections amended.* SECTION 1. *The People of the State of Michigan enact,* That sections two, five, seven and eleven of act number three hundred eighty-three of the local acts of eighteen hundred ninety-three, entitled "An act to provide for the election of two justices of the peace, and for the appointment of a justice clerk in and for the city of Saginaw, and to define their jurisdiction and to fix their compensation, and to abolish and discontinue the five offices of justices of the peace of said city, upon the expiration of the terms of the present incumbents thereof, and to provide for the filing of the files, records and dockets belonging to or appertaining to the offices abolished and discontinued, and for the issuance of executions upon judgments on said dockets, and to repeal all provisions of the charter of the city of Saginaw and of all other acts or parts of acts in any wise contravening the provisions of this act," approved May thirteenth, eighteen hundred ninety-three, be amended so as to read as follows:

*Justices to have same jurisdiction as justices of townships.* SEC. 2. The said justices of the peace for the city of Saginaw shall have the same jurisdiction and powers and perform the same duties as are now exercised and performed, or may at any time hereafter be conferred by law upon justices of the *Jurisdiction of civil cases.* peace for townships, together with jurisdiction in civil cases, where either of the parties to any such action reside in the county of Saginaw, and such further jurisdiction as may be provided by statute. In cases of examination of offenders by either of said justices, for offenses committed against the crim-

TAB 35

LIBRARY
UNIVERSITY OF ILLI
URBANA

THE 

# CENTRALIA CITY CODE.

COMPRISING——

ORIGINAL CHARTER AND AMENDMENTS,
THE LAWS OF THE STATE OF ILLINOIS
RELATING TO THE GOVERNMENT OF

## THE   CITY   OF   CENTRALIA,

GENERAL ORDINANCES,
SPECIAL ORDINANCES AND
ILLINOIS CENTRAL RAILROAD CONTRACT.

REVISED AND CODIFIED BY——

**Frank F. Noleman and William F. Bundy,**

Attorneys at Law.

**PUBLISHED BY AUTHORITY OF THE CITY COUNCIL.**

 1896.

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

**CENTRALIA, ILLINOIS.**

PRINTED BY THE CENTRALIA DAILY
SENTINEL—T. L. JOY & CO.

1896.

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

## CHAPTER XXXIII.

### PARKS.

**367. Central Park.**] § 1. That block 113 in the Railroad Addition to said city shall be called and hereafter known by the name of Central Park.

**368. Unlawful to Cut Grass, etc.**] § 2. That it shall not be lawful for any person to enter upon and cut or remove any grass or other article from Central Park without permission from the proper officer; nor to turn into said park any cattle, horses, hogs, or other animals; nor to hitch, fasten, or tie any animal whatever to any tree, fence or gate around the same; nor to cut, break, or deface the trees or fences around said park; nor to cut, injure, climb upon, break, bend, or destroy any tree, shubbery, plant, or ornament, or the boxing or railing around the same, growing or being in said park. Any person violating any of the provisions of this section shall be fined in any sum not less than ten dollars nor more than one hundred dollars for every offense.

**369. Offenses.**] § 3. All persons are forbidden to carry firearms, or to throw stones or other missiles in said park. All persons are forbidden to cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, or other constructions, or property within or upon the said park. No person or persons shall lounge or loiter in said park after eleven o'clock of any night, nor shall any person or persons do therein any obscene or indecent act. Any person violating any of the provisions of this section shall be fined in any sum not less than ten dollars nor more than one hundred dollars.

**370. Committee on Public Grounds to Have Charge of.**] § 4. It shall be the especial duty of the Committee on Public Grounds to care for said Central Park and to see that the rules concerning the same are strictly enforced. Said committee shall see each spring that said park is supplied with suitable seats or benches, and that the same are painted and placed therein;

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Appellate Case: 23-2166    Document: 010111008624    Date Filed: 03/01/2024    Page: 212

recommend to the City Council any new seats or other property required, and purchase the same under the instructions of the City Council. Said committee shall see that said park is kept free from brush and weeds, that the grass and trees are properly trimmed, and in the fall remove all benches and other property of a movable nature, likely to suffer from exposure, to suitable cover.

**371. Permission to Use Park.**] § 5. The Mayor shall have the power to grant permission for the use of the said park, and all parties desiring the use of the same for any public gathering shall make application to the Mayor, stating the character of the meeting or assembly proposed to be held, and if such proposed meeting is not likely to disturb the peace and good order of the city, or the neighborhood, and is of a moral character, he shall thereupon grant such permission: *Provided, however*, no permission granted by the Mayor for the holding of meetings or assemblies in said park shall protect the individuals so assembled from prosecution for the violation of any of the laws of this city.

Digitized by
INTERNET ARCHIVE

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

TAB 36

REVISION OF 1904

# THE

# GENERAL ORDINANCES

OF THE

# CITY OF INDIANAPOLIS

CONTAINING, ALSO

## ACTS OF THE INDIANA GENERAL ASSEMBLY

SO FAR AS THEY CONTROL SAID CITY

TO WHICH IS PREFIXED

A CHRONOLOGICAL ROSTER OF OFFICERS

FROM 1832 TO 1904

AND RULES GOVERNING THE COMMON COUNCIL

Collated and Annotated by Edgar A. Brown and William W. Thornton, Commissioners.

*PUBLISHED BY AUTHORITY OF THE CITY OF INDIANAPOLIS.*

INDIANAPOLIS
WM. B. BURFORD, PRINTER AND BINDER
1904

AN ORDINANCE regulating the use and enjoyment of parks, park grounds and parkways of the City of Indianapolis, providing penalties for the violation of the same, repealing all conflicting ordinances, providing for the publication thereof, and fixing the time when the same shall take effect.

[Approved June 30, 1896.]

**1968. When Open for Public—Entrance.** 1. *Be it ordained by the Common Council of the City of Indianapolis, Indiana,* That the parks shall be open to the public from 5:00 a. m. until 11:00 p. m., and no person other than employes shall be permitted to remain therein, except when open as herein specified, and no person at any time shall enter or leave any park except by the established entrances, walks or drives.

**1969. Writing on Park Buildings, etc.** 2. No person shall write, cut, mutilate or deface in any manner any building, fence, bench, masonry, statue, ornament, or tree in any public park.

**1970. Injury to Flowers or Trees.** 3. No person shall pull, pluck, break or touch any flowers or fruit, whether wild or cultivated; cut down, girdle or break down any sapling, tree, shrub or plant; break or bend limbs or branches of trees or bark trees; or bend, pluck, handle or injure any trees, flowers, shrubs or plants whatever, or limbs, twigs or leaves thereof, or climb any tree in any public park.

**1971. Discharging Fire-Arms.** 4. No person shall discharge any fire-arm, or have possession of any fire-arm within the limits of any public park.

**1972. Use of Profane or Abusive Language.** 5. No person shall use profane, obscene, threatening or abusive language, or fight or throw any stone or missile, or behave in a disorderly or improper manner, or commit any offense against decency or good morals in any public park.

**1973. Starting Fire in Park—Molesting Animals.** 6. No person not an employe shall make a fire for any purpose within the bounds of any park; and no person shall chase, catch, injure, molest or disturb any animal, bird or fish kept within any public park for the use, instruction or entertainment of the public, nor shall any person give or offer to give any such animal tobacco or other noxious article.

**1974. Animals or Fowls Trespassing on Parks.** 7. No person being the owner or having control of the same shall suffer or permit any chickens, ducks, geese, hogs, cattle, horses, sheep, or goats, or other animals or fowls to stray into, run at large or trespass upon any public park land.

**1975. Fastening Horse to Tree.** 8. No person shall fasten a horse to a tree, or bush, or building, or leave the same unattended, or be permitted to bring or lead horses within the limits of any public park, or a horse that is not harnessed and attached to a vehicle or mounted by a rider.

Appellate Case: 23-2166    Document: 010111008624    Date Filed: 03/01/2024    Page: 216

**1976. Wagons in Forbidden—Standing on Driveways.** 9. All vehicles other than pleasure carriages, as distinguished from wagons, carts and drays, are prohibited within any public park, except when employed in the business of said parks; and no vehicle or horse shall be permitted to stand upon the drives or any part thereof to the obstruction of the way.

**1977. Bicyclers.** 10. Bicyclers and tricyclers shall be strictly confined to the roadways of the public parks, and be controlled by the same rules which govern horsed vehicles and equestrians, and must keep and pass to the right when meeting the same. When passing a carriage or equestrian from the rear to the front it must be done on the left side, and at a speed not to exceed four miles per hour. Bicyclers and tricyclers must not travel more than two abreast, nor without displaying a light in front if it be one-half hour after sunset, and carrying regular bicycle or tricycle bells at all times.

**1978. Carriages Passing Each Other.** 11. When carriages, equestrians or cyclers meet, the shall respectively keep to the right.

**1979. Riding or Driving on Grass.** 12. No person shall ride or drive upon the grass, footways or elsewhere than on the roads for the use of carriages, equestrians and cyclers.

**1980. Speed for Driving.** 13. No person shall ride or drive a horse or cycle faster than at the rate of six miles an hour.

**1981. Picnics—Permits—Cleaning Up Debris.** 14. No picnic shall take place in any public park without a written permit of the Superintendent, in which shall be designated the place where it is to be held. Picnics permitted for Sunday and secular schools must always be accompanied by their respective teachers and masters, who will be held personally responsible for all infringements by the scholars of these rules and regulations. No person shall intrude him or herself upon a picnic without consent of those in charge of it, nor disturb any picnic within said parks. Parties holding picnics in the said parks must clean up the ground that has been occupied by them, on quitting it, and remove all paper and litter.

**1982. Sleeping in Parks—Begging—Games.** 15. No person shall be allowed to sleep on the benches or grass of any public park, nor to beg, to tell fortunes, to play at any game of chance, or with any instrument of gaming therein, and gambling in any form and playing cards is prohibited in the public parks.

**1983. Use of Liquors Prohibited.** 16. No person shall introduce spirituous, malt or fermented liquors into any public park, either for his own use or for sale, nor use, sell or give away the same.

**1984. Dogs.** 17. No person shall bring a dog into any public park.

**1985. Parades—Drills—Meetings.** 18. No military, civic or other company shall be permitted to parade, drill or perform within any park any military evolutions or movements without the consent of the Park Commissioners, and no public meetings or public discussions of any subject, religious, social, political, or of any other kind, shall be held within the limits of any park without the consent of the Park Commissioners.

**1986. Funeral Procession.** 19. No funeral procession, or hearse, nor any vehicle carrying the body of a deceased person, shall be allowed within any park.

**1987. Bringing Trees Into Park—Advertisement.** 20. No person other than employes shall bring upon any park any tree, shrub or plant, nor any newly plucked branch or portion of tree, shrub or plant; and no person shall paint, post or otherwise affix any bill, notice, sign, or other paper or sign upon any structure or thing within the parks nor upon any of the gates in the enclosures thereof.

**1988. Walking on Grass.** 21. No person shall go upon the grass, lawn or turf of any parks where the sign inscribed "Keep Off the Grass" has been posted by the Superintendent.

**1989. Watermelons.** 22. All persons are forbidden to carry watermelons into any park.

**1990. Bathing—Fishing—Disturbing Animals.** 23. No person shall bathe, wash or fish in, or go or send or ride any animal into any waters of any park, nor feed or disturb any of the fish, water fowls or other birds or animals preserved therein; or throw stones or rubbish of any kind into any lake, pond, stream or fountain, or any roadway of any public park.

**1991. Playgrounds.** 24. Portions of the parks may be set aside by the Superintendent for ball, croquet, golf or other games, and where any such portion of any park is set apart for any games, as aforesaid, no game of baseball shall take place without the written consent of the Superintendent, and no person shall practice ball or intrude himself upon the players on the space so set apart while a game is in progress. (As amended June 24, 1904.)

**1992. Hammocks.** 25. Hammocks, except for the use of babies, shall not be permitted within the parks. In such cases permission must be obtained from the Custodian, who will designate the trees to which the hammock may be attached.

**1993. Removal of Benches.** 26. No benches or seats shall at any time be removed or changed from their place in the said parks without permit shall be obtained from the Superintendent.

**1994. Swings.** 27. No person shall attach a swing to any tree within any public park without the consent of the Superintendent.

**1995. Sales Within Park.** 28. No person shall sell or offer for sale any article whatever within any public park without first having obtained written consent of the Board of Park Commissioners.

**1996. Intoxication.** 29. No intoxicated person shall be permitted in any public park.

**1997. Entering Water Closet of Opposite Sex.** 30. No person of opposite sex shall enter any water closet set apart for ladies, nor use in any improper way any water closet.

**1998. Penalty.** 31. Any person violating any of the provisions of this ordinance shall, upon conviction thereof, be fined not less than five ($5.00) dollars, nor more than one hundred ($100.00) dollars

**1999. Officers Given Police Powers.** 32. Officers or employes of the various parks are in power [empowered] to enforce the rules and regulations as herein set forth, and summary [summarily] to arrest and judge violators thereof.

**2000. Repeals.** 33. All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

**2001. Publication.** 34. This ordinance shall take effect and be in force from and after its passage and publication one day each week for two consecutive weeks in the Sun, a daily newspaper of general circulation, printed and published in the City of Indianapolis.

### PAWN-BROKERS.

AN ORDINANCE to license and regulate pawn-brokers; defining and declaring who shall be deemed pawn-brokers; fixing the license fee therefor; providing for the keeping of lists and descriptions of articles pledged or deposited with pawn-brokers; for the inspection of such lists and articles; the registering of the names and residences of depositors, and prescribing penalties; also providing for the publication of said ordinance and the time when the same shall take effect.

[Approved November 27, 1893.]

**2002. License—Definition—Fee.** 1. *Be it ordained by the Common Council of the City of Indianapolis*, That it shall be unlawful for any person to engage in or continue in the business of a pawn-broker in said city, unless such person shall have first paid the license fee to the City Treasurer and procured the license as a pawn-broker as in this ordinance prescribed. Every person whose business it is to take or receive by way of pledge, pawn, or exchange, any goods, wares or merchandise, or any kind of personal property whatsoever, as a security for the repayment of money lent thereon, or who purchases personal property or choses in action, on the condition of selling the same back again at a stipulated price, is hereby defined and declared a pawn-broker, and shall pay to the City Treasurer an annual fee of one hundred dollars.

1. See also Second-Hand Dealers.

**2003. Issuing License—Date.** 2. It shall be the duty of the City Comptroller, upon the presentation of the treasury certificate showing the payment of said fee into the city treasury, to issue to the person entitled thereto the license applied for. Such license shall

TAB 37

# REPORT

OF THE

# BOARD OF
# PARK COMMISSIONERS

OF THE

## CITY OF ROCHESTER, N. Y.

1888 to 1898.



WARREN·H·MANNING

UNION AND ADVERTISER PRESS.

Digitized by Google

# PENAL ORDINANCES

## Relating to the Use and Government of the Public Parks and Parkways of the City of Rochester.

*Passed August 26, 1896.*

The Board of Park Commissioners of the city of Rochester do enact as follows :

### DEFINITIONS.

SECTION 1. The terms "parks" used herein shall be construed to include all lands and waters under the control of the Board of Park Commissioners of the city of Rochester, except parkways, and the term "said Board" shall be construed to mean the Board of Park Commissioners of said city.

### GENERAL RULES AS TO USE OF PARKS.

SECTION 2. The parks of the city of Rochester are for the benefit and pleasure of the public, and every person shall use said parks subject to the ordinances of said Board.

The roadways in the parks shall not be used by any vehicles except those employed for the purposes of pleasure ; the rides and bridle paths shall be used only by persons on horseback or bicycles, and the walks shall be used exclusively by pedestrians, except that baby carriages and invalid chairs and children's carts and tricycles may be propelled thereon

This section shall not apply to vehicles used by order of said Board.

The parks shall be closed from 11 o'clock P. M., until 5 o'clock A. M., during the summer season, and from 10 o'clock P. M., until 7 o'clock A. M., during the winter season ; and no persons except employes of said Board on duty, or members of said Board, shall go into, or remain in said parks, while closed. The summer season shall be from April 1st until November 15th, and the winter season shall be from November 15th until April 1st.

### ACTS PROHIBITED

SECTION 3. No person shall commit any of the following acts within said parks :

1. Commit any disorderly or immoral acts.
2. Be intoxicated.
3. Throw stones or missiles



4  Utter loud or indecent language.

5.  Play any game of cards or chance.

6.  Tell fortunes.

7.  Beg.

8.  Publicly solicit subscriptions.

9  Drive or lead a horse not well broken.

10.  Allow any dog to run at large.

11  Throw or drain offensive substances into any park waters.

12.  Bathe in park waters without having the body concealed by suitable covering extending from the knees to the shoulders.

### ACTS PROHIBITED WITHOUT PERMISSION.

SECTION 4.  No person shall commit any of the following acts within said parks without the consent of said Board, or some duly authorized person.

1.  In any manner injure any tree, plant, grass, flower, fruit, turf or structure.

2.  Keep or offer anything for sale.

3.  Play any music.

4.  Post or display any sign, banner or advertisement.

5.  Deliver any public speech.

6.  Solicit passengers for any boat or vehicle for hire.

7.  Obstruct in any way a roadway or path

8.  Discharge any firearm or fireworks or send up any balloon.

9.  Permit any animal, except horses and dogs, to enter said parks.

10.  Ride or drive any animal or vehicle at a speed exceeding eight miles per hour.  This shall not apply to the vehicles of the fire or police departments, ambulances, nor vehicles used by physicians when actually engaged in responding to emergency calls or to driving on the " speedway " in Genesee Valley Park.

11.  Hold any picnic at a place not designated by said Board for that purpose.

12.  Hold any public meeting or engage in any marching or driving as members of a military, political or other organization.

13.  Conduct any funeral procession nor vehicle containing the body of a deceased person.

14.  Build any fire.

15.  Write, paint or carve on any tree, bench or structure.

16.  Climb any tree, nor tie any horse to a tree.

17.  Enter any place upon which the words " No Admittance " shall be displayed.

18.  Play baseball, tennis, nor any other game at a place not designated by said Board for that purpose.

19.  Take ice from any park waters.

20.  Fish in any park waters.

21.  Bathe in any place not designated by said Board for that purpose.

Digitized by Google

22. Enter nor leave said parks except at the established ways of entrance and exit.

23. Place or propel any boat or other craft upon park waters.

24. Land from any boat at a place not designated by said Board for that purpose.

25. Carry any flowers or shrubs, firearm, sling-shot, axe, saw, shovel or spade within the following parks, viz.: Genesee Valley Park, Highland Park, Seneca Park east and Seneca Park west.

26. Occupy in any way the slopes of the river banks.

27. Violate the regulations of said Board relating to any building or place.

28. Injure or unnecessarily disturb any fish, water fowl, birds or animals.

29. Injure any notice posted by order of said Board.

### DISPOSITION OF VAGRANT ANIMALS.

SECTION 5.   Pounds for temporarily restraining animals found running at large within said parks shall be established at such places as the Superintendent of Parks may designate

All animals found running at large within said parks contrary to the ordinances of said Board, may be seized by any person and conducted to any one of such pounds.  Upon the impounding of any animal within a park pound, it shall be the duty of the Superintendent of Parks forthwith to notify the keeper of the city pound, who shall at once take and dispose of such animal in the manner provided by the penal ordinance of the city of Rochester relating to the disposition of vagrant animals.

### PENALTY FOR VIOLATION OF PARK ORDINANCES.

SECTION 6.   Any violation of these ordinances shall be deemed a misdemeanor, and shall be punishable by a fine of not less than five dollars nor more than one hundred dollars, and in default of the payment of such fine, any person so convicted may be imprisoned in the Monroe County Penitentiary for a period not exceeding thirty days, or by both such fine and imprisonment.

### FORMER ORDINANCES REPEALED.

SECTION 7.   The ordinances of said Board, passed January 26, 1891, and all ordinances inconsistent herewith, are hereby repealed.



TAB 38

# Report of the

# ...BOARD OF...

# PARK COMMISSIONERS,

OF

# WILMINGTON, DEL.

FOR THE

# Year ending December 31st, 1897.

WILMINGTON, DEL.
THE JOHN M. ROGERS PRESS,
1898.

# PRESENT BOARD OF PARK COMMISSIONERS.

|  | Date of Appointment. |  | Term Expires. |  |  |
|---|---|---|---|---|---|
| William M. Canby, | March | 1883. | December 31, 1902. | | |
| George S. Capelle, | January | 1898. | '' | '' | '' |
| George W. Bush, | March | 1883. | '' | '' | 1901. |
| J. Newlin Gawthrop, | November | 1895. | '' | '' | '' |
| William P. Bancroft, | March | 1883. | '' | '' | 1900. |
| Henry A. duPont, | '' | '' | '' | '' | '' |
| Thomas F. Bayard, | '' | '' | '' | '' | 1899. |
| Joseph L. Carpenter, Jr., | January | 1895. | '' | '' | '' |
| Dennis J. Menton, | September | 1886. | '' | '' | 1898. |
| Samuel Bancroft, Jr., | November | 1895. | '' | '' | '' |

## MEMBERS EX-OFFICIO.

Henry C. McLear, *Mayor.*
C. Marion Leitch, *President of Council.*
James B. Oberly, *Chairman of Finance Committee.*
James Wilson, *Chief Engineer of Surveying Department.*

## OFFICERS.

William M. Canby, *President.*
Joseph A. Richardson, *Secretary and Treasurer.*
Theodore A. Leisen, *Engineer and Superintendent.*

## OFFICE OF THE ENGINEER AND SUPERINTENDENT.

Corner Lovering Avenue and Dupont Street.

## EXECUTIVE COMMITTEE.

William M. Canby, *Chairman.*
Dennis J. Menton.
J. Newlin Gawthrop.

Dup Exch. Wilmington Institute Free Lib: y Waging el

# PARK REGULATIONS.

No person shall ride or drive upon any part of the Park except upon the roads intended for such purposes.

No person shall bring led horses within the limits of the Park nor turn any horses, cattle, goats, swine, dogs or other animals loose in the Park.

No person shall indulge in any threating, abusive, insulting or indecent language, or commit any obscene or indecent act in the Park.

No person shall carry firearms, shoot birds, or other animals, nor throw stones or other missiles, or in any way disturb or annoy the birds or animals within the boundaries of the Park.

No person shall throw any dead animals or other offensive matter into the Park, nor foul any spring, brook or other water within the boundaries of the Park.

No person shall cut, break or otherwise injure or deface any trees, shrubs, plants, turf, rock or any building, fence, bridge or other structure within the Park.

No person shall erect, paint, paste or otherwise affix or distribute any signs, advertisements or circulars within the Park.

No person shall injure, deface, destroy, or remove any notices or regulations for the government of the Park.

Penalties, $5.00 to $10.00

TAB 39

# CHARTER

AND

# REVISED ORDINANCES

OF

# KANSAS CITY

1898.

TO WHICH ARE PREFIXED A TABLE OF THE CASES CITED; AN HISTORICAL
SKETCH OF THE CITY; AND, ALSO, THE CONSTITUTIONAL PROVISIONS AND
ENABLING ACT IN PURSUANCE OF WHICH SAID CHARTER WAS FRAMED
BY A BOARD OF THIRTEEN FREEHOLDERS AND SUBMITTED TO, AND
RATIFIED BY, THE QUALIFIED VOTERS OF THE CITY AT A SPECIAL
ELECTION APRIL 8, 1889, AND SUPERSEDED THE OLD CHARTER
MAY 8, 1889.  THE AMENDMENTS TO THE CITY CHARTER
ADOPTED SINCE THE LAST DATE ABOVE, HAVE BEEN
ARRANGED IN THEIR PROPER PLACES, WITH FOOT-
NOTES SHOWING THE DATES OF THEIR ADOPTION.

———

THE ANNOTATIONS EMBRACE THE DECISIONS IN THE SUPREME COURT
REPORTS, VOLUMES 1-137, INCLUSIVE, AND APPEAL REPORTS,
VOLUMES 1-70, INCLUSIVE, BEARING UPON MUNICIPAL
RIGHTS AND LIABILITIES, AND THE CON-
STRUCTION OF THE CHARTER
AND ORDINANCES.

———

COMPILED, ARRANGED, ANNOTATED, AND INDEXED BY

FRANK F. ROZZELLE AND GEORGE R. THOMPSON,

OF THE KANSAS CITY BAR, ASSISTED BY

R. B. MIDDLEBROOK, CITY COUNSELOR, AND H. C. McDOUGAL, FORMER CITY COUNSELOR
AND AN ADVISORY COMMITTEE CONSISTING OF L. E. WYNE, P. S. BROWN, JR.
AND GEORGE EYSSELL, OF THE UPPER HOUSE, AND JAMES G.
SMITH, A. D. BURROWS AND JAMES PENDERGAST, OF
THE LOWER HOUSE OF THE COMMON COUNCIL.

———

PRINTED AND PUBLISHED BY
AUTHORITY OF THE CITY OF KANSAS CITY, MISSOURI.

———

KANSAS CITY:
LAWTON & BURNAP, PRINTERS AND STATIONERS.
1898.

Digitized by Google

## ORDINANCE No. 9637.

AN ORDINANCE PROVIDING FOR THE REGULATION AND
ORDERLY GOVERNMENT OF PARKS, BOULEVARDS, PARK-
WAYS, PARK ROADS AND OTHER PUBLIC GROUNDS UNDER
THE CONTROL AND MANAGEMENT OF THE BOARD OF PARK
COMMISSIONERS.      •

*Be it ordained by the Common Council of Kansas City:*

SECTION 1.   That all omnibuses and all wagons, drays, trucks
and other vehicles, for carrying goods, merchandise, manure,
garbage. or other articles, entering upon any boulevard or park-
way of this city, shall have width of tire as follows:

All vehicles of the kind above mentioned drawn by one horse
shall have width of tire of not less than three (3) inches.   All
such vehicles drawn by two or more horses shall have width of
tire not less than four (4) inches; *provided,* however, that all
wagons, omnibuses and other vehicles of less width of tire than
above specified, carrying goods, merchandise or other articles to
or from any house or premises abutting upon any boulevard or
parkway, shall be permitted to enter thereon at the cross street
nearest said house or premises in the direction in which the same
are moving, and deliver and receive such merchandise or other
articles, but shall not proceed on such boulevard or parkway
further than the nearest cross street thereafter.   That this pro-
vision shall take effect and be in force six (6) months after the
approval of said ordinance.

SEC. 2.   No vehicle, nor horse, nor mule, shall be permitted
to stand upon any portion of any boulevard, parkway or park
road of said city. unless the driver thereof is in charge of and
accompanies the same; nor shall any horse, mule or vehicle be per-
mitted to stand upon any boulevard, parkway or park road to the
obstruction of the same or to the inconvenience of travel.

SEC. 3.   No person shall engage in any racing, speeding or
fast and reckless riding or driving on any boulevard, parkway or
park road of said city, except on such part or portion of any
boulevard, parkway or park road as may be set apart by the board
of park commissioners for that purpose, and then only under such
regulations as the board of park commissioners may prescribe.

656                    APPENDIX.

SEC. 4.    No velocipede, bicycle, tricycle, wheelbarrow, hand-cart, nor other vehicle, nor any horse, mule, cattle nor swine shall be placed by the owner or any other person in charge or control thereof, or be permitted by the same upon the sidewalks, walks, curbstones, grass plots, or planting spaces of any park, boulevard, or parkway, nor to cross the same.    Nor shall such vehicle or animal be taken upon any part thereof except upon the carriage drives and crossings provided therefor.    Nor shall any horses, mules, cattle, sheep or swine be driven loose, singly or in herds on any boulevard or parkway, or park road of said city.    Nor shall any dog be taken or permitted in or upon any park, except the same be led and secured at all times by cord or chain of not greater length than ten (10) feet.

SEC. 5.    No person shall hitch any horse or other animal to any lamp post, tree or fire hydrant on any boulevard or parkway, or ride or drive over the curbstone, sidewalks or grass plots thereon. Nor shall any person permit any horse, mule or other animal to stand so near to any tree on any boulevard or parkway or in any park that such animal can damage the same by biting or otherwise. Nor shall any person permit any horse or other animal unattended to stand upon any boulevard or parkway of said city unless the same shall be securely hitched and checked.

SEC. 6.    No owner, occupant or agent of any land abutting upon any boulevard or parkway of said city shall allow the earth or any rubbish from said land to fall or wash upon any part of said boulevard or parkway.    Nor shall any person throw or cause to be thrown any dirt or rubbish of any kind upon any such park, boulevard, parkway or park road.

SEC. 7.    No person shall place or deposit or allow to be placed or deposited on any boulevard, parkway or park road of said city, any building material whatsoever or any other articles or things which would obstruct or hinder the travel thereon, without a written permit from the board of park commissioners, which said permit shall state how great a space will be allotted on which the same may be placed or deposited, and the length of time during which said permit shall be in force; but no obstruction nor deposit of any kind shall be placed upon the parking or sidewalk on any boulevard or parkway nor shall any coal or wood or merchandise be dumped or thrown upon any boulevard or parkway.

SEC. 8.    Every person having the use of any portion of any boulevard, parkway or park road of said city, for the purpose of erecting or repairing any building or for any other purpose shall

Digitized by Google

cause two (2) red lights to be placed in a conspicuous place, one at each end of such obstruction from dusk until sunrise in the morning of each day during the time such obstruction shall remain, and shall also construct and maintain proper safeguards and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two (2) feet wide.

SEC. 9.   No person shall play any game whatsoever in or upon any of the parks, boulevards, parkways or driveways under the control of the board of park commissioners; *provided*, however, that ball, cricket, lawn tennis and other games of recreation may be played upon such portions of said parks as may be designated from time to time by the board of park commissioners, and under such rules and regulations as may be prescribed by said board. The grass plots or lawns of public parks and parkways shall not be used by any person as thoroughfares in crossing from one roadway, walk or street to another roadway, walk or street. But this section shall not be construed to interfere with the use of public parks or parkways as pleasure grounds by the people for the purpose of recreation under such reasonable rules and regulations as may be prescribed by the board of park commissioners.

SEC. 10.   No person shall engage in any sport upon any boulevard, parkway, park road or driveway under the control or supervision of the board of park commissioners which will be likely to frighten horses, injure passsengers or embarrass the passage of vehicles thereon.

SEC. 11.   No person shall fire or discharge any gun or pistol, or carry fire-arms, or throw stones or other missiles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of an explosive character, within any park, boulevard, parkway or driveway of this city under the control or supervision of the board of park commissioners, except upon a permit first duly obtained or authority previously granted by said board and subject to such rules and regulations as said board may establish.

SEC. 12.   No person shall expose any article or thing for sale, or do any hawking or peddling, or distributing hand-bills, or erect any sign-board, or paste or affix any notice or bill or other writing or printing on any tree, lamp post, hydrant, curbstone, sidewalk, coping, flagstone, fence, wall, building or other place in any park, boulevard, parkway, park road, driveway or other public grounds under the control or supervision of the board of park commissioners of said city.   Nor shall any person drive

Digitized by Google

658                    APPENDIX.

any animal or vehicle displaying any placard or advertisement of
any kind; nor shall any person display any placard or advertise-
ment of any kind upon or along any boulevard, parkway, park
road or in any park or other public grounds under the control
and management of the board of park commissioners of said city.

SEC. 13.   No person shall cut, break or in any way injure or
deface any of the trees, shrubs, plants, turf, grass, lamp posts,
fences, bridges, buildings or other constructions of property in
or upon any park, boulevards, parkways, park roads or other
public grounds of said city under the control or supervision of
the board of park commissioners.

SEC. 14.   All persons riding bicycles, tricycles and velocipedes
in parks, or upon parkways, boulevards or park roads, shall be
required to keep upon the paths specially provided for the same,
or upon the roadway, and in no case shall be permitted to ride
upon the foot-paths or upon the parking or grass.

SEC. 15.   That no vehicles, other than those used for pleasure
driving, or other than such carts or other vehicles as may be
employed by the board of park commissioners in the construction
of, or caring for said parks, shall be permitted to enter said parks.

SEC. 16.   No person shall be guilty of disorderly, bawdy or
lewd conduct, or of habitual loafing, or of sleeping on the ground
or benches, or make, aid or assist in making any disorderly noise
or riot or breach of the peace within the limits of any park, boule-
vard, parkway or other public grounds of the city.

SEC. 17.   Any person who shall violate any of the foregoing
provisions, rules and regulations, shall be deemed guilty of a mis-
demeanor and upon conviction thereof shall be punished by a fine
of not less than five dollars ($5.00) nor more than one hundred
dollars ($100) for each and every offense, and in addition to the
members of the regular police force of Kansas City who may be
specially detailed by the board of police commissioners for the en-
forcement of the foregoing rules and regulations and for service
under the direction of the board of park commissioners, said board
of park commissioners may employ and appoint additional persons
to act as special guards in parks, boulevards and parkways, as it may
find it expedient and deem necessary for the protection of the same
and for the enforcement of the rules and regulations of said board
and the ordinances of the city relating to the regulation and orderly
government of parks and public grounds under the control and

Digitized by Google

management of the board of park commissioners, and all such special park guards shall be sworn into service of the city as special policemen, and shall be paid out of the general funds appropriated by the common council for the general expenses of the board of park commissioners and for other park purposes; but the number of such special policemen so appointed shall not exceed fifteen (15) per cent of the regular police force of said city without the consent or approval of the common council of said city.

SEC. 18.   The common council finds and declares that the action of the common council herein has been recommended by the board of park commissioners of Kansas City, Missouri, as provided by law and that said board has adopted said rules and regulations and has recommended to the common council the establishment and enforcement of the same by ordinance as herein provided.

SEC. 19.   All ordinances or parts of ordinances in conflict with this ordinance, insomuch as they conflict herewith, are hereby repealed.

Passed April 14, 1898.                    Passed April 18, 1898.

JAMES G. SMITH,                           GEO. S. GRAHAM,
Speaker, Lower House of                   President, Upper House of
the Common Council.                       the Common Council.

[SEAL]   Attest:            Approved April 18, 1898, 11:50 A. M.

C. S. CURRY,                              JAMES M. JONES,
City Clerk.                               Mayor.
BY E. A. NORRIS, Deputy.

TAB 40

New Haven

# CHARTER

AND

# ORDINANCES

OF THE

## CITY OF NEW HAVEN



TOGETHER WITH LEGISLATIVE ACTS AFFECTING SAID CITY.

REVISED TO FEBRUARY 1, 1898.

New Haven:

PRESS OF THE PRICE, LEE & ADKINS CO.

1898.

**REFORM CLUB,**
Committee on
MUNICIPAL ADMINISTRATION.

Appellate Case: 23-2166    Document: 010111008624    Date Filed: 03/01/2024    Page: 237

# NEW HAVEN PUBLIC PARKS.

### Rules and Regulations of the Park Commission.

1. No domestic animal, except dogs, shall be permitted to enter or to go at large in any of said parks, either with or without a keeper. Dogs must be held in leash by the owners, otherwise they may be killed by any park-keeper, special constable, or policeman.

2. No person shall pick any flowers, foliage or fruit, or cut, break, dig up, or in any manner mutilate or injure any tree, shrub, plant, grass, turf, railing, seat, fence, structure, or other thing in any of said parks, or cut, carve, paint, mark or paste on any tree, stone, fence, wall, building, monument, or other object therein, any bill, advertisement or inscription whatsoever.

3. No person shall carry or have any fire-arms on any of said parks, and no fire-arms shall be discharged from, or into any of the same. No stone or other missile shall be thrown or rolled from, into, within or upon any of said parks, except in such place as the commission may designate as a ball-field, in playing games in which a ball is used.

4. No person shall ride or drive on any road within any of said parks at a faster gait than eight miles per hour, and this shall apply to the use of cycles.

5. No threatening, abusive, boisterous, insulting or indecent language, or gesture shall be used on any of said parks, nor shall any oration, harangue, or other public demonstration be made, unless by special authority of said commission.

6. No person shall expose any article or thing for sale on any of said parks, unless licensed therefor by said commission.

7. No person shall bathe naked or otherwise in any waters in, or adjacent to any of said parks, or be naked within any of said parks, except in such places and subject to such regulations, as the commission may, from time to time, specially designate by a public notice set up for that purpose within the park.

8. No person, unless by authority of said commission, shall light, kindle, or use any fire on any of said parks.

9. No person shall ride or drive upon the grass, lawns, or footpaths of any of said parks.

10. No person shall disturb or injure any bird, bird's nest or eggs, or any squirrel or other animal within any of said parks.

Appellate Case: 23-2166    Document: 010111008624    Date Filed: 03/01/2024    Page: 238

11.  No person shall discharge or set off, on or within any of said parks, any firecrackers, torpedoes, rockets or other fire-works, except by license from said commission.

12.  No person shall dig up or remove any dirt, stones, rock, or other thing, whatsoever, make any excavation, quarry any stone, or lay or set off any blast, or cause or assist in doing any of said things, within any of said parks, without the special order or license of said commission.

13.  No bottles, broken glass, ashes, waste paper, or other rubbish, shall be left in any of said parks, except at such place or places as may be specially designated by the commission or by a sign marked Public Dump.

14.  No cart, wagon, dray, truck or other vehicle, carrying lumber, stone, brick or any other goods, merchandise, or articles of freight, or which is commonly used for the carriage thereof, shall, except in service of the commission, enter any part of said parks, except such public highways as existed before the same was established as a park.

15.  No horse shall be hitched to any shrub or tree in any of said parks.

16.  Any person violating either the first, second, fourth, fifth, sixth, seventh, ninth, eleventh, twelfth, thirteenth or fifteenth of the foregoing Rules and Regulations, shall forfeit and pay for each offense, a penalty of ten dollars.  Any person violating any other of said Rules and Regulations shall forfeit and pay for each offense, a penalty of twenty dollars.

TAB 41

# REVISED

# ORDINANCES

— OF THE —

# CITY OF BOULDER

Published by Authority of the City.

OSCAR F. A. GREENE,

COMPILER.

1899:
Printed by Ricketts & Kerr, at The News Office,
BOULDER, COLORADO.

thirty-two in township one north of range seventy west, is hereby named and shall hereafter be known as VALVER-DAN PARK.

### 510. Washington Park.

Sec. 5. That the city property in the west half of the south-west quarter of section twenty-five in township one north of range seventy-one west, shall be named and hereafter known as WASHINGTON PARK.

PARKS.

An Ordinance for the Protection of the Several Parks Belonging to the City and of the Buildings and Reservoirs and Trees and Other Improvements at and Within Said Parks, and to Provide Penalties for Injuring the Same.
Passed October 4, 1898.

(With amendment as noted.)

### 511. No firearms or shooting in.

Section 1. Any person other than the police officers of the city who shall take or carry or cause to be taken or carried into any of the parks belonging to the City of Boulder, any gun, pistol, revolver, or other firearm, or who shall shoot any firearm at or towards or over or into or upon any of said parks, shall be deemed guilty of a misdemeanor. (As amended August 2, 1899.)

### 512. No powder or explosives in.

Sec. 2. Any person who shall take or carry or cause to be taken or carried into any of said parks, any powder of any quality or kind or any explosive or dangerous or inflammable or combustible substance, shall be deemed guilty of a misdemeanor.

### 513. No fires or explosives.

Sec. 3. Any person who shall start any fire or cause or permit to be started any fire in any of said parks, not

being thereunto first authorized by the Mayor, or who shall in any of said parks fire or explode any fire-crackers, torpedoes, or any other substance or thing containing powder or other explosive substance, shall be deemed guilty of a misdemeanor.

### 514. Injury to property.

SEC. 4. Any person who shall deface, tear down, destroy or injure in any manner whatsoever any fence, building, furniture, seat, structure, excavation, post, bracket, lamp, awning, fire plug, hydrant, water pipe, tree, shrub, plant, flower, railing, bridge, culvert, or any other property whatsoever belonging to the city or to any private corporation or persons in, at or upon any of said parks, shall be deemed guilty of a misdemeanor.

### 515. Injury continued.

SEC. 5. Any person who shall injure or damage in any manner whatsoever any property of the city at, in or upon any of said parks by cutting, hacking, bending, breaking, burning, daubing with paint or other substances, hitching of horses or other animals, or by means of fire, or by effecting such acts in any other manner, shall be deemed guilty of a misdemeanor.

### 516. Violation—Misdemeanor Penalty.

SEC. 6. Any person upon conviction of any misdemeanor specified in any of the five preceding sections herein shall be fined not less than five and not more than three hundred dollars.

## PARKS.

An Ordinance in Relation to Cottages in Texado Park.
Passed April 17th, 1899.

WHEREAS, a contract was made on, to-wit, the 19th day of March, A. D. 1898, at Boulder, Colorado, by and

TAB 42

Appellate Case: 23-2166    Document: 010111008624    Date Filed: 03/01/2024    Page: 244

# MUNICIPAL REGISTER *of the*

# City of Hartford

CONTAINING a List of the Officers of the City Government and its Various Departments; also, Message of the Mayor and the Annual Reports of the Several Departments for the Year 1906-07; Ordinances of the City, etc.



# 1907

*Printed by THE SMITH-LINSLEY CO., Hartford, Conn.*

COMPILED AND ARRANGED

BY

# HENRY F. SMITH,

### City Clerk,

IN ACCORDANCE WITH A RESOLUTION PASSED BY THE COURT OF COMMON
COUNCIL, AND ISSUED UNDER THE DIRECTION OF THE
JOINT STANDING COMMITTEE ON PRINTING.

NOV 17 1908

# APPENDIX A.

### RULES AND REGULATIONS.

The Board of Park Commissioners, by virtue of the authority vested in them, hereby make and ordain the following rules and regulations for the management of the parks owned by or under control of the city of Hartford. Any person who shall violate any of the following rules and regulations, "shall forfeit and pay for the use of the city treasury a fine not exceeding thirty-five dollars ($35.00)."

*It is forbidden:*—1st. To enter or leave any Park, except by the regular approaches thereto; to walk upon any grass border of any flower garden, walk, or driveway; to walk among or through shrubs, flowers, or other plantings, or to cross any lawn in any Park whenever a notice shall be conspicuously posted forbidding such crossing.

2nd. To climb, or get upon any tree, statue, fountain, fence, gate, gateway, or railing in any park, or to use any structure therein in any way other than that for which it was intended.

3rd. To remove, cut, break, or otherwise injure, any tree or shrub, or any part thereof; to cut, pluck, or otherwise remove, any blossom or other part of any plant or flower in any Park.

4th. To cut, write upon, deface, defile, or otherwise injure any building, bridge, fence, statue, fountain, seat, gate, gateway, or other structure, upon any Park.

5th. To permit any dog to pass over or to stray upon any Park where sheep are pastured or kept, unless led by a cord or chain, not exceeding six (6) feet in length, or to permit any other animal to pass

over or stray upon any Park area, but this provision shall not apply to horses when ridden or driven in harness, along the Park roadways.

6th. To throw any stick, stone, or other missle on any portion of any Park.

7th. To scatter or leave upon any Park any paper, rag, garbage or other litter.

8th. To void any urine, dung or other excrement, within the limits of any Park, excepting in such place or apartment as is, or shall be, specially provided for such purpose; and in the latter case, it is forbidden to use or enter any apartment established for persons of the opposite sex exclusively.

9th. To discharge or carry firearms, firecrackers, torpedoes, or fireworks, but this prohibition shall not apply to the display of fireworks under municipal authority; to make any fire; to have any intoxicating beverage; to sell, offer, or expose for sale any goods or wares, except under a written license from the Board of Park Commissioners; to post or display any sign, placard, flag, or advertising device without such license; to solicit any subscription or contribution; to play any game of chance, or to have possession of any instrument of gambling; to make any oration, harangue, or loud outcry; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy any other visitor.

10th. To drive or propel any bicycle, tricycle, automobile, or other vehicle, wheelbarrow, or handcart, on any Park, excepting on regular carriage roads; to skate or slide upon or across any walk upon any Park; or to slide or coast on any driveway.

11th. To ride or drive any horse, bicycle, automobile or other vehicle, or team, at a rate faster than six (6) miles an hour; to drive or lead any heavy team,

business wagon, or cart upon any Park driveway or carriageway, excepting upon Park business.

12th. To take or molest any bird, fish, frog, or any live animal, or bird's eggs, or in any way interfere with any bird's nest, or with any cage, box, place or enclosure for the protection of any bird, fish, or any live animal.

13th. To sleep upon, lie upon, or overturn, any seat upon any park.

14th. For any men to occupy any seat designated as reserved for women and children.

15th. To play ball or any other games in any public Park except upon such portions thereof as may be set apart for that purpose.

16th. To deface or injure any notice placed by the Park Commissioners upon any Park.

The foregoing are in addition to such prohibitions and penalties as are provided by the laws of this state and the ordinances of this city.

Board of Park Commissioners,

GEORGE A. FAIRFIELD, *President.*

Attest, FRANKLIN G. WHITMORE, *Secretary.*

Hartford, January 6, 1902.

Adopted by Board of Common Council, February 10, 1902.

Approved by Mayor, February 11, 1902.

ALEXANDER HARBISON, *Mayor.*

Attest, HENRY F. SMITH, *City Clerk.*

TAB 43



NINTH ANNUAL REPORT

OF THE

DEPARTMENT

OF

PARKS

OF THE

CITY OF NEW BEDFORD,

MASS.

1902.

Generated on 2023-02-09 21:45 GMT  /  https://hdl.handle.net/2027/hvd.li3dmc
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

THE A. E. COFFIN PRESS

CITY PRINTERS

1903

PHOTOGRAPHS BY J. G. TIRRELL

Generated on 2023-02-09 21:45 GMT / https://hdl.handle.net/2027/hvd.li3dmc
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

# Park Ordinances.

OFFICE OF PARK COMMISSION,
NEW BEDFORD, MASS.,
September 1, 1902.

The Board of Park Commissioners of the City of New Bedford, by virtue of its authority to make rules for the use and government of the public parks of said city, and for breaches of such rules to affix penalties, hereby ordain that within the public parks and commons of the city, except with prior consent of the Commissioners, all persons are hereby forbidden:

1.  To cut, break, injure, deface, defile or ill-use any building, fence or other construction, or any tree, bush, plant, turf or any property whatsoever of said city, or to have possession of any shrub, plant or tree, or any part thereof.

2.  To take birds, fish or any live animals, or birds' nests, or in any way interfere with cages, boxes or enclosures for their protection.

3.  To throw stones. balls or other missiles; to discharge or carry firearms, firecrackers, torpedoes or fireworks; to make fires, to play musical instruments; to have for sale or otherwise any intoxicating liquors or beverages; to sell or offer for sale any goods or

74


Digitized by Google

Original from
HARVARD UNIVERSITY

Appellate Case: 23-2166     Document: 010111008624     Date Filed: 03/01/2024     Page: 253

wares ; to post or display signs, placards, flags or any advertising devices whatsoever ; to play games of chance or to have possession of instruments of gambling ; to utter profane, threatening, abusive or indecent language ; to make orations or loud outcries ; to in any manner annoy other visitors.

4.   To play ball or any other games in any park, except such portions thereof as may be set apart for that purpose.

5.   To drive any carriage, cycle, cart, wheelbarrow, hand cart or horse upon any park except upon regular carriage roads, and then at a rate not faster than five miles an hour.

6.   To drive or ride any horse or animal not well broken and under perfect control of the driver.

7.   To refuse to obey the orders of the Commissioners, of the Superintendent of Parks, of the Park Police, or of any authorized agent of said Commissioners.

8.   Any person wilfully doing either of the above forbidden acts shall be punished by a fine not exceeding $20.00 for each offence.

Compliance with the foregoing regulations is a condition of the use of these premises.

> JAMES E. MOORE, Chairman,
> SAMUEL P. RICHMOND,
> OBED C. NYE,
> CHARLES T. SMITH,
> ERNEST A. WHEATON, Secretary.
>
> Board of Park Commissioners.

THOMAS W. COOK,
      General Superintendent.




TAB 44



*Annual Report of the Board of Trustees of the Pleasure Driveway and Park District ...*

Springfield (Ill.). Pleasure Driveway and Park
District. Board of Trustees

Digitized by Google

Municipal Journal ...

# First Annual Report

OF THE

## Board of Trustees

OF THE

# Pleasure Driveway

AND

# Park District

OF

Springfield, Illinois.



FOR THE FISCAL YEAR ENDING JUNE FIRST

1902

Digitized by Google

68
FIRST ANNUAL
REPORT.

An Ordinance.

An Ordinance of the Pleasure Driveway and Park District of Springfield, Ill., for the regulation, use and general government of the parks, grounds, waters, extensions, additions, streets, boulevards, driveways and all properties now, or that hereafter may come under the jurisdiction and control of said Pleasure Driveway and Park District and imposing penalties, as also for appointment and government of park police.—Passed January 17, 1902.

*Be it ordained by the President and Trustees of the Pleasure Driveway and Park District of Springfield.*

## CHAPTER I.

SECTION 1. The parks shall be open daily to the public from five (5) o'clock in the morning until twelve (12) o'clock at night during the year, and no person, not an employé of the parks, shall enter or remain in them at any other time.

In case of an emergency, or where, in the judgment of the General Superintendent, the public interest demands it, portions of any park may be closed to the public, and all persons thereon be excluded therefrom until permission is given to return.

SEC. 2. Portions of the park may be set apart by the General Superintendent for ball, croquet or other games, but no games shall be played in the parks on Sunday. No funeral procession or hearse, nor any vehicle carrying a corpse will be allowed upon any part of the parks or boulevards, without the previous consent of the President and Board of Trustees of said District.

## Sec. 3. ALL PERSONS ARE FORBIDDEN:

(1) To enter or leave the parks, except by the walks, paths or drives;

(2) To lead or allow to be loose, any animals upon park premises (except that dogs may be led or carried, but not allowed loose);

(3) To throw stones or other missles, by hand or otherwise;

(4) To carry or discharge firearms, or to set off any fireworks or similar thing in the parks;

(5) To cut, mark, break, climb upon, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other structure or property within or upon park premises;

(6) To bring upon the park premises any tree, shrub or plant or any newly plucked branch or portion of a tree, shrub or plant;

(7) To race with horses or bicycles, or to drive or ride faster than eight (8) miles per hour, on any of the park drives or boulevards;

(8) To drive any animals or vehicles anywhere in the parks, except in the drives, or to allow them to stand except in the places especially provided for such purposes;

(9) To obstruct the drives or paths;

(10) To solicit patronage for any vehicle for hire, upon park premises without special license from the President and Board of Trustees;

(11) To drive or cause to be driven or taken, any omnibus, wagon, coach, carriage, automobile, cart, dray, truck, or other vehicle, used for, or carrying goods, wares, merchandise, manure, soil, or other article or

thing in or upon any of the parks or boulevards, without a special permit therefor, except vehicles in private family use, or those engaged in work for the park; and no person shall draw a second carriage, or vehicle of any kind with any other vehicle thereon at one time, nor drive any horse or other animal before any sleigh or sled, unless there shall be a sufficient number of bells attached to the harness of the horse or animal drawing such sleigh or sled to warn persons of their approach;

(12) To use threatening, abusive, insulting, indecent, obscene or profane language, or be guilty of drunkenness or indecency in or upon any of the parks or boulevards;

(13) To drink any intoxicating, malt or vinous liquors in any of the parks, or enter any park while intoxicated.

(14) To lie or sleep on the benches, or to lie in indecent positions;

(15) To tell fortunes or play at any game of chance;

(16) To offer any article or thing for sale, to distribute or expose any kind of circulars or advertisements, or to post, stencil, or otherwise affix any notice or bills or other paper, upon any structure or thing, in or about the park premises;

(17) To bathe or fish in, or to go or ride or to send any animal into, or to throw or place any article or thing in any of the waters of the parks, or to take any birds' eggs or birds' nests, or to disturb any of the fish, water fowl or other birds, or any animal belonging to or preserved in the parks;

(18) To place or propel any invalid chair, or preambulator or velocipede, upon any portions of the parks except upon the walks;

(19) To ride bicycles or similar vehicles in the parks or boulevards, without complying with the following rules:

(1) To go upon the driveways only; (2) to go not more than two abreast, keeping near together and on the right side of the drive; (3) to use extreme caution to keep out of the way of horses and foot passengers, and avoid frightening them by ringing a bell to announce their approach; (4) to carry a signal light invariably at night;

(20) To play upon any musical instrument, or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park or boulevard, or to parade, drill or perform therein any military or other evolutions or movements as a military or target company, civic or otherwise, without the consent of the President and Board of Trustees;

(21) To take part in any public meeting, or public discussion of any subject, on park premises;

(22) To light, make or use any fire therein, unless an employé of the parks duly authorized;

(23) To go, on foot or otherwise, upon the grass, lawn or turf of the parks or boulevards, wherever the sign "Keep of the Grass" is shown;

(24) To swing any hammock in any of the park grounds except upon trees designated by a police officer;

(25) To lead, drive or propel any vehicle on, or along any park boulevard, driveway or street under the control of the Park Trustees displaying any placard or advertisement of any kind, except signs upon delivery wagons authorized to deliver goods to persons living on such boulevards or driveways;

Digitized by Google

(26) To place ashes, garbage, paper, coal or rubbish of any kind on any part of the parks or boulevards.

SEC. 4. Delivery wagons delivering goods to residents of boulevards or driveways are permitted thereon only when there is no other way to deliver such goods, and then they shall only enter and leave the boulevard or driveway at the nearest street to the place of delivery.

SEC. 5. No opening to any saloon, beer garden or any inclusure used for unlawful or improper purpose shall be permitted on any boulevard, driveway, or any of the park grounds.

SEC. 6. No person shall injure, dig or tear up any pavement, sidewalk, crosswalk, grass plat, or roadway or any part thereof, of any boulevard or pleasureway, without having first obtained the written permission of this Board.

SEC. 7. No person shall dig down to, expose, tear up, disconnect or connect with any of the water pipes or sewers in or under any boulevard or pleasureway without having first obtained the written permission of this Board.

SEC. 8. When connections are to be made of different kinds of pipes all must be made simultaneously, and by means of a sigle trench when practicable.

SEC. 9. No person shall move any building along, across or upon any boulevard or pleasureway without having first obtained the written permission of this Board; and no building shall be moved along any boulevard or pleasureway for a greater distance than one block, or remain thereon longer than six hours.

SEC. 10. No person shall use or occupy any portion of any boulevard or pleasureway for the purpose of

TAB 45

Generated on 2023-02-09 21:48 GMT / https://hdl.handle.net/2027/hvd.li3d6k
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

# First Annual Report

OF THE BOARD

OF

# Park Commissioners

OF THE

## CITY OF LOWELL

FOR THE

## Year ending December 31, 1903



**LOWELL, MASS.:**
**BUTTERFIELD PRINTING COMPANY.**
1904.

Digitized by Google

Original from
HARVARD UNIVERSITY

# Rules and Regulations

## GOVERNING THE PUBLIC PARKS WITHIN THE CITY OF LOWELL.

The Board of Park Commissioners of the City of Lowell, by virtue of its authority to make rules and regulations for the use and government of the Public Parks and Commons of said City, and to fix penalties for breaches of rules and regulations, hereby ordains that, within such Public Parks and Commons, except by and with the consent of the Board :—

1. It is forbidden to cut, break, injure, deface, defile or ill-use any building, fence or other construction, or any tree, bush, plant or turf, or any other property of said city which may be in the care of the Board, or to have possession of any freshly plucked tree, bush or plant, or any part thereof.

2. It is forbidden to disturb or injure any bird, bird's nest or bird's eggs, or any squirrel or other animal, within any of said Parks or Commons.

3. It is forbidden to throw stones, balls or other missiles ; to discharge or carry firearms, fire crackers, torpedoes or fireworks ; to make fires ; to have any intoxicating beverages ; to sell, offer or expose for sale any goods or wares ; to post or display signs, placards, flags or advertising devices ; to solicit subscriptions or contributions, to play games of chance, or to have possession of instruments of gambling ; to utter profane, threatening, abusive or indecent language, or to commit any obscene or indecent act ; to solicit the acquaintance of, or to follow, or in any way annoy visitors to said Parks and Commons.

58

Digitized by Google    Original from HARVARD UNIVERSITY

4.   It is forbidden to play ball or any other games in any public Park or Common, except in such portions thereof as may be set apart for that purpose.

5.   It is forbidden to drive any carriage, automobile, bicycle, cart, wheelbarrow, hand-cart or horse in any Park or Common, except upon the regular carriage roads.   No heavy teaming whatever will be allowed within said Parks or Commons.

6.   Visitors to said Parks or Commons must comply with the orders or requests of any member of the Board of Park Commissioners, or of the Park Police, or other agents of the Board, and assist them when required so to do.

Any person convicted of committing any of the acts above forbidden shall be punished by a fine of not exceeding twenty dollars.

Compliance with the foregoing rules and regulations is a condition of the use of these premises.


JOHN J. PICKMAN,
JOHN E. DRURY,
PERCY PARKER,                          } *Park Commissioners.*
THALLES P. HALL,
HARVEY B. GREENE.


Generated on 2023-02-09 21:46 GMT  /  https://hdl.handle.net/2027/hvd.li3d6k
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
HARVARD UNIVERSITY

TAB 46

# PROCEEDINGS

OF THE

# BOARD OF ALDERMEN

OF

## THE CITY OF NEW YORK

FROM

OCTOBER 6 TO DECEMBER 28, 1903.

VOLUME IV.



PUBLISHED BY AUTHORITY OF THE BOARD OF ALDERMEN.

1903.


Generated on 2023-02-09 21:52 GMT  /  https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

597                              [NOVEMBER 24, 1903.

### REPORT:

That, having examined the subject, they believe the proposed ordinance to be necessary.

They therefore recommend that the said ordinance be adopted.

ARMITAGE MATHEWS, NOAH TEBBETTS, JAMES COWDEN MEYERS, FRANK L. DOWLING, JOHN H. BEHRMANN, Committee on Laws and Legislation.

AN ORDINANCE to regulate the government of parks and other public pleasure grounds of The City of New York, and to protect them and the frequenters thereof from ill usage.

Be it Ordained by the Board of Aldermen of The City of New York, as follows:

All persons are forbidden—

I. To cut, break or in any way injure or deface the trees, shrubs, plants, grass, posts, railings, chains, lamps, lampposts, benches, tree-guards, buildings, structures or other property in or upon any of the public parks, parkways, squares or places of or within The City of New York, under the jurisdiction of the Department of Parks, or to dig into or upon the soil within the boundaries of any such parks, parkways, squares or places, or of any roads or roadways upon or across the same.

II. To go on foot or otherwise upon the grass, except when and where permitted, or to throw or leave any paper, refuse or rubbish on any of the lawns or walks of the said parks, parkways, squares or places.

III. To expose any article for sale or exhibition, unless previously licensed by the Department of Parks therefor, on any part of such public parks, parkways, squares or places.

IV. To post any bill, placard, notice or other paper upon any structure within such public parks, parkways, squares or places, or upon any street or avenue adjacent thereto under the jurisdiction of the Department of Parks, unless previously licensed so to do by the Commissioner having jurisdiction, and in accordance with the provisions of section XVI. hereof.

V. To play upon any musical instrument within such public parks, parkways, squares or places, or take into, carry or display any flag, banner, target, or transparency without the permission of the Commissioner having jurisdiction.

VI. To erect any structure, stand or platform, or hold any meetings in such parks, parkways, squares or places, without previous permission therefor from the Commissioner having jurisdiction.


Generated on 2023-02-09 21:52 GMT / https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Appellate Case: 23-2166    Document: 010111008624    Date Filed: 03/01/2024    Page: 269

No earth, sand or broken stone is to be carted over any of the parkways, except on traffic roads, unless special permit for the same is obtained from the Commissioner having jurisdiction.

XXII. It shall not be lawful to modify, alter, or in any manner interfere with the lines or grades of any of the aforesaid parkways, concourses, circles, squares, avenues, roads, streets, entrances or approaches under the jurisdiction of the said Department of Parks, nor to take up, move or disturb any of the curb and gutter-stones, flagging, trees, tree-boxes, railing, fences, sod, soil or gravel, or to go upon or across said parks, parkways, concourses, circles, squares, roads, streets or avenues, except by the means and in the manner provided therefor; nor shall it be lawful to open or otherwise expose or interfere with any of the water, gas and sewer pipes, or any of the hydrants, stop-cocks, basins, or other constructions within or upon said places, nor to take any water or gas therefrom, nor to make any connection therewith, except by special written consent of the Commissioner having jurisdiction, and where such consent is given a deposit of money may be required to insure the restoration of the said curbs, gutters, flagging, etc.

XXIII. No person in bathing costume will be permitted to walk or ride upon any parks, parkways or beaches, except Pelham Bay Park, under the jurisdiction of the Department of Parks. No boat or vessel shall be placed upon any of the waters of the said parks, except by special permission from the Commissioner having jurisdiction. No skating or sledding will be allowed on the lakes unless the ice is declared by the Commissioner having jurisdiction to the in a suitable condition for that purpose.

XXIV. No one shall fire or carry any firearm, fire cracker, torpedo or fireworks, nor make a fire, nor make any oration, nor conduct any religious or other meeting or ceremony within any of the parks, parkways, squares or places in The City of New York under the jurisdiction of the Department of Parks without special permission from the Commissioner having jurisdiction.

XXV. No one shall enter or leave the parks except at the established entrance-ways; nor shall any one enter or remain therein after 12 o'clock at night, except as, on special occasions, general use thereof may be authorized beyond the regular hours.

XXVI. The drives shall be used only by persons in pleasure carriages, on bicycles, or on horseback; the bridle paths only by persons on horseback. Animals to be used on either shall be well broken, and constantly held in such control that they may be easily and quickly turned or stopped; they shall not be allowed to move at a rate of speed on the drives or bridle paths of more than eight miles an hour; and when it shall be deemed necessary to safety, good order, or the general convenience that the speed of an animal or an automobile should be checked, or that it should be stopped, or its course altered, and the officers on duty shall so direct, by gesture

Generated on 2023-02-09 21:58 GMT  /  https://hdl.handle.net/2027/uiug.30112105499195
Public Domain, Google-digitized  /  http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

or otherwise, such direction shall be obeyed; and no horse or other beast of burden or draft nor automobile shall be driven or suffered to stand anywhere except on the drive or bridle path.

XXVII. No hackney coach or other vehicle for hire shall stand within the public parks, parkways, squares or places under the jurisdiction of the Department of Parks for the purpose of taking up passengers, other than those whom it has brought in, excepting with the permission of the Commissioner having jurisdiction. No public omnibus or express wagon, and no wagon, cart or other vehicle carrying or ordinarily used to carry merchandise goods, tools or rubbish shall enter such public parks, parkways, squares or places without permission of the Commissioner having jurisdiction, excepting upon traffic roads provided for the purpose. No fire engine or other apparatus on wheels for extinguishing fire shall enter or be allowed upon any part of the park excepting the Transverse and Traffic roads.

XXVIII. No military or target company and no civic, funeral or other procession, or a detachment of a procession, and no hearse or other vehicle, or person carrying the body of a dead person shall enter or be allowed on any part of the public parks, except by the permission of the Commissioner having jurisdiction.

XXIX. No person shall bring into or carry within the Central Park any tree, shrub, plant or flower, nor any newly plucked branch or portion theeof without a permit from the Commissioner having jurisdiction.

XXX. No camping shall be allowed in any of the public parks, parkways, plazas, squares or public places, under the jurisdiction of the Department of Parks, except to the National Guard of the State of New York at the parade grounds situated in Van Cortlandt Park.

XXXI. No person shall solicit passengers for any coach or other vehicle for hire within or upon any of the parks, parkways, squares or places within the jurisdiction of the Department of Parks. All drivers or attendants of vehicles for hire standing upon or within any such parks, parkways, squares or places shall remain in close proximity to their vehicles while so standing, and shall not follow, solicit or importune any person entering or leaving the said parks, parkways, squares or places.

Ordinances relating to the use of vehicles in the public parks, parkways and streets under the jurisdiction and control of the Commissioners of Parks of The City of New York.

1. All vehicles must carry a lighted lamp, showing a white light ahead, from thirty minutes after sunset until thirty minutes before sunrise.



TAB 47

# ORDINANCES

### OF THE

## CITY OF PASADENA
## CALIFORNIA

---

### VOLUME I

*Ordinances Granting and
Relating to Franchises*

---



UNIV. OF
CALIFORNIA

PUBLISHED UNDER THE DIRECTION OF
THE CITY COUNCIL

1912

Digitized by Google

of this ordinance, shall be guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine of not less than five ($5) dollars, and not more than one hundred ($100) dollars, or by imprisonment not less than five (5) days and not more than fifty (50) days, or by both such fine and imprisonment; and every day during which the work of plumbing or drainage is continued in violation of the provisions of this ordinance shall be considered as constituting a new offense, and be punishable as in this section provided.

Sec. 13. Ordinances No. 474 and 525 and all ordinances and parts of ordinances in conflict herewith are hereby repealed.

Sec. 14. The City Clerk shall certify to the adoption of this Ordinance and cause the same to be published once in the Pasadena Evening Star, and thereupon and thereafter the same shall take effect and be in force.

I hereby certify that the foregoing ordinance was adopted by the City Council of the City of Pasadena, at its meeting held on the 8th day of December, 1903, by the following vote:

Ayes. Messrs. Heiss, Lougery, Shibley, Slavin and Twombly.
Noes. None.

HEMAN DYER,
Clerk of the City of Pasadena.

Approved this 9th day of December, 1903.

WILLIAM H. VEDDER,
Mayor of the City of Pasadena.

---

## ORDINANCE NO. 539.

**An Ordinance Establishing Rules and Regulations for the Government of the Public Parks of the City of Pasadena, and Prescribing the Penalty for the Violation of the Same.**

---

Whereas, The Board of Commissioners of said city has adopted rules and regulations governing the public parks of said city, in the form given in the following ordinance:

The Mayor and City Council of the City of Pasadena do ordain as follows:

Section 1. It is hereby declared to be unlawful for any person or persons to do any of the acts hereinafter specified within the limits of any of said public parks.

1. To lead, or let loose any cattle, horse, mule, goat, sheep, swine, dog, or fowl, of any kind; provided that this shall not apply to dogs when led by a cord or chain, not more than six (6) feet long.

2. To carry or discharge any firearms, firecrackers, rockets, torpedoes, or any other fireworks.

3. To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus, or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant or flower; or to mark, or write upon any building, monument, fence, bench, or other structure.

4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5. To distribute any hand-bills, or circulars, or to post, place, erect any bills, notice, paper, or advertising device or matter of any kind.

6. To swim, bathe, wade in, or pollute the waters of any fountain, pond, lake or stream.

7. To make or kindle a fire for any purpose.

8. To camp or lodge therein.

9. To ride, or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purpose, and never on the footpaths.

10. To indulge in riotous, boisterous, threatening, or indecent conduct, or abusive, threatening, profane, or indecent language.

11. To sell, or offer for sale, any merchandise, article, or thing, whatsoever, without the written consent of the Mayor.

12. To hitch, or fasten any horse, or other animal, except at a place specially designated and provided for such purpose.

13. To ride or drive at a rate of speed, exceeding four miles per hour.

14. To ride or drive any horse or animal not well broken and under perfect control of the driver.

15. To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, shells, credit or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming.

16. To practice, carry on, conduct, or solicit for any trade, occupation, business or profession, without the written permission of the Mayor.

17. To play or engage in any game, excepting at such place as shall be specially set apart for that purpose.

18. To drive or have any dray, truck, wagon, cart, perammulator, or other traffic vehicle, carrying or regularly used or employed in carrying goods, merchandise, lumber, machinery, oil, manure, dirt, sand, or soil, or any article of trade or commerce, or any offensive article or material whatsoever upon any road or drive, except such as may be especially provided or designated for such use.

19. To drink any spirituous, vinous, malt or mixed liquors.

20. To throw or deposit any bottles, tin cans, broken glass, paper, clothes, sheet iron, or any rubbish.

Sec. 2. No company, society or organization shall hold, or conduct any picnic, celebration, parade, service, or exercise in any public park without first obtaining permission from the Mayor of said city, and it shall be unlawful for any person to take part in any picnic, celebration, parade, service, or exercises held or conducted contrary to the provisions hereof.

Sec. 3. It shall be unlawful for any person having the control or care of any dog to suffer or permit such dog to enter or remain in a public park unless it be led by a leash of suitable strength not more than six (6) feet in length.

Sec. 4. It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

Sec. 5. Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine in a sum not exceeding two hundred ($200) dollars, or by imprisonment in the City Jail for a term not exceeding three (3) months, or by both such fine and imprisonment at the discretion of the Court.

Sec. 6. All foremen and employes in public parks are hereby given the power and authority of special policemen for the purpose of making arrests for any violation of the provisions of this ordinance.

Sec. 7. The City Clerk shall certify to the adoption of this Ordinance and shall cause same to be published once in the Pasadena Evening Star.

(Became effective December 12, 1903.)

## ORDINANCE NO. 562.

### An Ordinance Forbidding Boxing Exhibitions in the City of Pasadena.

The Mayor and City Council of the City of Pasadena do ordain as follows:

Section 1. It shall be unlawful for any person to hold, conduct or engage in, or be present as a spectator at any boxing contest or sparring exhibition in the City of Pasadena; provided, however, that nothing in this section contained shall be construed so as to apply to any prize fight or sparring exhibition prohibited by Section 412 of the Penal Code of the State of California, or to any private boxing with boxing gloves weighing not less than eight (8) ounces each, the backs of which are padded with soft material.

Sec. 2. It shall be unlawful for any person knowingly to permit

TAB 48



# MUNICIPAL ORDINANCES

## OF THE

# CITY OF TROY

## 1905

## RULES AND REGULATIONS

### of the

### HEALTH DEPARTMENT

---

## RULES AND REGULATIONS

#### With Reference to the

### WATER WORKS



# Municipal Ordinances

#### OF THE

# CITY OF TROY

———

## RULES AND REGULATIONS

#### OF THE

## HEALTH DEPARTMENT

———

## RULES AND REGULATIONS

#### WITH REFERENCE TO THE

## WATER WORKS

———

### 1905

COMPILED UNDER THE DIRECTION OF

### JOHN T. NORTON,

#### CORPORATION COUNSEL.

Any person who shall offend against this ordinance shall, upon conviction thereof, by or before the police magistrate of said City of Troy, be punished by such fine or imprisonment or both, as said police magistrate or police court of the City of Troy, is now by law, empowered to impose for violations of the city ordinances of said city.

§ 2. This ordinance shall take effect immediately upon its ratification and approval by the common council of the City of Troy.

---

AN ORDINANCE IN RELATION TO THE PUBLIC PARKS OF THE CITY OF TROY AND THE MAINTENANCE OF GOOD ORDER THEREIN.

Passed June 4, 1903.

SECTION I. The parks shall be open daily to the public from five (5) o'clock in the morning until twelve (12) o'clock at night during the year, and no person not an employee of the parks shall enter or remain in the parks at any other time.

§ 2. Portions of the park located on Warren Hill are set apart for ball, croquet or other games. No games will be permitted on any other parts of the grounds. No games shall be played in the parks on Sunday.

---

## ALL PERSONS ARE FORBIDDEN.

To enter or leave the parks except by walks, paths or drives.

To lead or allow to be loose any animals upon park premises (except that dogs may be led or carried, but not allowed loose.)

To carry or discharge firearms, or to set off any fireworks or similar thing in the parks.

To cut, mark, break or climb upon or in any way injure or deface the trees shrubs, plants, turf or any of the buildings, fences or other structure or property within or upon the park premises.

To bring upon the park premises any tree, shrub or plant or any newly plucked branch or portion of a tree, shrub or plant.

To use threatening, abusive, insulting, indecent, obscene or profane language or conduct in or upon any portion of the parks.

To drink any intoxicating, malt or vinous liquors in the parks or to enter the parks while intoxicated.

To lie or sleep on the benches or to lie in indecent positions in said parks.

To tell fortunes or play at any games of chance in the parks.

To bathe or fish in, or to go or ride or to send any animal into, or to throw or place any article or thing in any of the waters of the parks, or to take any birds' egg or birds' nests, or to disturb any of the fish, water fowl or other birds, or any animal belonging to or preserved in the parks.

To light, make or use any fire therein.

To go, on foot or otherwise, upon the grass, lawn or turf of the parks, wherever the sign "Keep Off the Grass" is shown.

§ 3. Any person or persons who shall violate any or either of the foregoing provisions of this ordinance, or any section or clause, or any provision of any section thereof or who shall neglect or fail to comply with any or either of the requirements, thereof, shall, upon conviction, pay a fine of not less than five dollars or more than one hundred and fifty dollars for each offense, and in default of payment be imprisoned in Rensselaer County jail one day for each dollar.

§ 4. This ordinance shall take effect immediately upon its ratification and approval by the common council of the City of Troy.

---

## DUTIES OF CITY HALL JANITOR.

PRESCRIBED BY COMMON COUNCIL, NOVEMBER 16, 1876, UPON REPORT OF SPECIAL COMMITTEE.

He shall have charge and superintendence of all the rooms in the city hall, but shall not have the hiring or discharging of any helps which may be employed; that is to be left to the heads of the departments.

He shall sweep and clean all the passageways and halls in the building, at least once a day, the said work to be done before nine o'clock in the morning.

He shall have charge and shall sweep, when necessary, the large public hall whenever used.

He shall also keep clean all the water closets in the building.

He shall sweep the sidewalks around the city hall during the summer at least three times per week.

He shall remove or cause to be removed, all the snow or ice off the sidewalk during the winter, and also in the area ways around the said building.

He shall have charge of the public fountains in front of city hall, and also sprinkle the grass plots of the city hall.

He shall also ring the city hall bell (if one is placed in the building) at twelve o'clock noon and at six o'clock P. M.

TAB 49

# 44th and 45th ANNUAL REPORTS

——OF THE——

# Board of Park Commissioners

——TO THE——

## Mayor and City Council of Baltimore

——FOR THE——

### FISCAL YEARS ENDING DECEMBER 31, 1903, 1904.



BALTIMORE, MD.
WM. J. C. DULANY COMPANY,
CITY PRINTERS.

1905.

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# APPENDIX *E*

*Rules and Regulations for the Government of the Parks and Squares.*

*(Revised 1904.)*

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# Rules and Regulations for the Government of the Parks and Squares of Baltimore.

## PUBLIC PARK REGULATIONS.

### I.

The public parks being the property of the people, shall be open to all persons upon absolutely equal terms.

### II.

No special privilege, except as hereinafter provided for, shall be given for any purpose whatever.

## PUBLIC PARKS—RULES AND REGULATIONS.

1. No person or persons shall have or give any theatrical entertainment, nor shall any parade, procession, public gathering or public meeting of any kind take place in any public park unless authorized by the Board of Park Commissioners, under a penalty of a fine of not less than fifty dollars, nor more than one hundred dollars, to be forfeited and paid by the person in charge of said theatrical entertainment, parade, procession, public gathering or public meeting of any kind violating this rule in whole or in part.

2. No person shall post or display any sign, banner or advertisement, write upon, cut, mutilate or deface any building, bench, statue, ornament or tree, nor use in an improper way any water-closet in the public parks, under a penalty of not less than five nor more than ten dollars for each and every offense.

3. No person shall in any manner injure the enclosures of said parks, under penalty of a fine of five dollars for each and every offense in addition to the cost of repairing the injury,

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Appellate Case: 23-2166    Document: 010111008624    Date Filed: 03/01/2024    Page: 285

4. No person shall make a fire for any purpose within the bounds of said parks, under a penalty of a fine of five dollars for each and every offense.

5. If any person shall carry or discharge any firearm within the public parks, such person shall forfeit and pay five dollars for each and every offense.

6. No person shall enter a water closet set apart for the use of the opposite sex, under a penalty of a fine of not less than five nor more than ten dollars for each and every offense.

7. Each and every person guilty of impropriety of conduct, or who shall commit any offense against decency or good morals in said parks, shall forfeit and pay a fine of not less than five nor more than fifty dollars for each and every offense.

8. No person shall curse or swear, or use abusive language, or fight, or throw any missile, or behave in a disorderly manner in said parks, under penalty of a fine of five dollars for each and every offense.

9. Gambling in any form, or playing cards in said parks, is prohibited under penalty of a fine of five dollars, to be forfeited and paid by each one of the parties engaged in the game.

10. No person shall have spirituous, malt or fermented liquors in any of said parks, nor in any of the squares, roads or places, now or hereafter under the jurisdiction of the Board of Park Commissioners, either for his own use or for sale, nor use, sell or give away the same, under a penalty of a fine of not less than five dollars for each and every offense.

11. Any person found intoxicated in said parks shall forfeit and pay a fine of five dollars for each and every offense, and the gatekeepers are directed to prevent the ingress of such persons.

12. No person shall chase deer, set snares or traps for catching squirrels, rabbits, birds or fish within said parks,

 Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Appellate Case: 23-2166     Document: 010111008624     Date Filed: 03/01/2024     Page: 286

under penalty of a fine of five dollars for each and every offense.

13. No person shall injure, molest or disturb any animal kept within the said parks, either for use or for the entertainment and instruction of the public, or for any purpose, nor shall any person give or offer, attempt to give to any such animal, tobacco or other noxious article, or anything prohibited, nor feed fish or throw stones or rubbish of any kind into any lake or pond, or on any road of said parks, under penalty of a fine of not less than five nor more than twenty dollars for each and every offense.

14. No person shall foul in any manner any spring or water course, or bathe or wash in any lake, pond, spring or fountain of said parks, under penalty of a fine of not less than five nor more than ten dollars for each and every offense.

15. No person shall climb a tree nor attach a swing to any tree, nor remove or change any bench or seat from its place in said parks, under penalty of a fine of five dollars for each and every offense.

16. No person shall stand, slide, sit or roll upon any slope of said parks, or otherwise injure or deface the same by throwing anything thereon or down the same, under a penalty of a fine of five dollars for each and every offense.

17. No person shall open any of the cases, or handle any of the contents of said cases, or disturb in any way the collection of articles of interest or of natural history contained in the Maryland Building at Druid Hill Park, or that may now or hereafter be contained in any of the public parks, under penalty of not less than five nor more than fifty dollars for each and every offense.

18. No person shall trespass on ground guarded by rail, or stand or sit upon any of the low guard fences or inclosures, or other fences in any of the Parks, under a penalty of not less than five nor more than twenty dollars for each and every offense.

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

19. Hitching posts having been provided, no person shall fasten a horse to a tree, or leave the same unattended, or be permitted to bring led horses within the limits of said Parks, or a horse that is not harnessed or attached to a vehicle, or mounted by a rider, or a horse ridden for other than pleasure purposes, under penalty of a fine of five dollars for each and every offense.

20. No person, whether living within the limits of any of the parks or outside of them, shall permit their chickens or other fowls to run at large in the Parks, under penalty, after one warning, of five dollars for each and every offense.

21. If any cattle, hogs, horses, sheep, goats, dogs or other animals, shall be found trespassing within the confines of any of the public parks or squares, the same shall be impounded, and their owner or owners shall forfeit and pay, with the cost of maintenance of the same, a fine of five dollars for each and every offense.

In the case of dogs their entry shall not be considered a trespass provided they be secured by a collar with chain or cord always attached, and always held in the hand of the owners or attendants, or provided they be in pleasure vehicles.

22. No person shall pull any flowers or fruit, whether wild or cultivated, cut down or girdle any tree or sapling, break limbs or branches of trees, or bark trees, or injure any shrubbery or plants whatever in said parks, under penalty of a fine of not less than five dollars nor more than one hundred dollars for each and every offense.

23. No person shall handle or disturb plants in any conservatory, greenhouse, propagating house or nursery in any of the public parks, under penalty of a fine of not less than five dollars nor more than fifty dollars for each and every offense, and no flowers either cut or uncut, or plants of any kind, shall be removed from any park, propagating or green-


Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

house under the control of the present Park Board without an order of the Board signed by the President.

24. No person shall set up any booth or table for the "sale" of any article whatever unless by the permission of the Superintendent of the park for such times as he may consider proper, nor shall any person ask or solicit pecuniary assistance or aid in said parks, under penalty of a fine of five dollars for each and every offense.

25. No picnic shall take place in the said parks without a written permit first obtained from the Local Superintendent in charge of said parks, in which shall be designated the place where it is to be held. If any person shall attempt to hold a picnic without such permit such person shall forfeit and pay a fine of five dollars.

*Note A.* Picnics permitted in said parks for Sunday and secular schools must always be accompanied by their respective teachers and masters, who will be held personally responsible for all infringements by the scholars of these Rules and Regulations, in the penalties severally prescribed herein.

26. No person shall disturb any picnics in said parks, or intrude him or herself without the consent of those in charge of it, under a penalty of a fine of five dollars for each and every offense.

*Note B.* Parties holding picnics in the said parks are expected to clean up the ground that has been occupied by them on quitting it, and not leave paper to be blown about.

*Note C.* The experience of the Commission renders the enforcement of the above Regulations in regard to picnics indispensable to the preservation of the property and the comfort and protection of the visitors.

27. No game of base ball, foot ball or other field game shall take place in the said parks without written permission for the purpose having been first obtained from the Local Super-

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Appellate Case: 23-2166    Document: 010111008624    Date Filed: 03/01/2024    Page: 288

146        REPORT OF THE

intendent in charge of the park, and no person shall practice ball or intrude himself upon the players while the game is in progress, under penalty of a fine of five dollars for each and every offense.

28. All vehicles other than pleasure carriages, as distinguished from wagons, carts and drays, are prohibited within said Parks, except when employed in the business of the Parks, under penalty of a fine of five dollars for each and every offense.

Carriages or vehicles of any description, being used for funeral purposes, whether following a hearse or following one after the other in funeral procession, and all carriages or other vehicles unoccupied, or occupied for any other than pleasure purposes, are hereby expressly declared not to be pleasure carriages within the meaning of this rule.

29. (Repealed.)

30. No person shall ride or drive upon the grass, footways or elsewhere than on the roads for the use of carriages, equestrians and cyclers in the said parks and squares, under a penalty of a fine of five dollars for each and every offense.

Horseback-riding will, however, be permitted during all daylight hours through the woods of Druid Hill Park and also over the turf of the large field to the north of the Pumping Station to the west thereof, and over the ground from the present bridle path coming up to the large tree on the hill opposite the Superintendent's residence to the intersection with the roads running to the Green Spring avenue and the Pimlico gates; also over the ground westerly from the intersection of the road and bridle path at present used, running northerly through the woods to the high service reservoir.

31. No person shall drive or ride a horse or cycle faster than at the rate of *eight miles an hour* in said park, under penalty of a fine of five dollars for the first offense and twenty dollars for each succeeding offense.

 Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

PUBLIC PARK COMMISSION.     **147**

*Note D.* When carriages, equestrians or cyclers meet, they shall respectively keep to the right as the law of the road.

32. Bicycles and tricyles, when ridden, shall be strictly confined to the roadways in the parks, and shall be controlled by the same rules as govern horsed vehicles and equestrians, and shall keep and pass to the right when meeting the same; and when passing a carriage or equestrian from the rear such passing must be on the left side and at a moderate speed. Bicyles and tricycles shall not travel at a speed faster than eight miles au hour, nor more than two abreast; in all cases they shall be required to have attached to their bicycles or tricycles a suitable bell; they shall, when riding, also be required to carry a lantern and display a light therefrom in front, from one-half hour after sunset, under a penalty of a fine of five dollars for each and every offense.

Bicycles and tricycles may be trundled through the public parks at all hours on the walks or in the roads, provided that at no time shall two or more bicycles or tricycles be trundled abreast, under penalty of two dollars fine for offender.

Owing to danger and accidents of daily occurrence, all persons desiring to be taught to ride a bicycle or tricycle may receive instructions only on the Mall, in Druid Hill Park, and such places in other parks as may be designated.

Coasting on bicycles and tricycles is positively prohibited within any of the public parks between the hours of 12 noon and 9 P.M. A violation of this rule will subject the offender to a fine of not less than two dollars nor more than five dollars for each and every offense.

I. Coasting will not be permitted at any time on any roads in the public parks, except on bicycles and tricycles equipped with an efficient brake.

II. No bicycle or tricycle shall have attached to it more than one bell, which bell shall not be more than three inches in diameter.

 Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

III. No bicycle or tricycle shall have attached to it any device capable of producing an unusual or objectionable sound.

IV. Riding crosswise on the roads, and curving to and fro, is forbidden, and a hold on the handle bar must be constantly maintained while in motion.

A violation of the four immediate preceding rules, or any of them, will subject the offender to a fine of two dollars for each and every violation.

33. Vehicles of every description, drawn or propelled by any power, shall, unless provided with a proper light attached to the left hand side of the vehicle, from one-half hour after sunset till midnight be restricted to use the following roads and drives lighted by electricity, to wit:

Beginning at the entrance to Latrobe avenue; thence to the road generally known as South drive; thence along the said South drive to a point where it intersects the Lake drive, and thence along the direct road on the south side of Druid Lake to Swann avenue, with the right of egress and ingress to and from Eutaw Place entrance and the Madison avenue entrance, and thence northerly along Swann avenue to the Washington statue, and thence along the road generally known as the Pimlico drive to the Reisterstown turnpike, with the right of egress and ingress to and from Druid Hill avenue entrance.

Also beginning at the point as aforesaid, made by the intersection of the Lake Drive and the South Road Drive on the south side of Druid Lake, and thence along the road generally known as the Lake Drive, encircling Druid Lake, to the place of beginning.

A violation of this rule will subject the offender to a fine of five dollars for each and every offense.

34. Hereafter no manure cart or hay wagon, or any other than pleasure vehicles, shall use the Green Spring avenue road at any other hours than the hours commencing at 12 o'clock midnight and ending at 6 o'clock A.M.

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Appellate Case: 23-2166    Document: 010111008624    Date Filed: 03/01/2024    Page: 292

A violation of this rule shall subject the offender to a fine of five dollars for each and every offense.

35. No person shall coast, slide or ride down any of the hills or inclined surfaces of the Green Spring avenue road upon any toboggan, sled, hand-sled, sledge, double-decker, or other vehicle on runners, designed or used for travel upon snow and ice with its own momentum, and without being drawn by animal or other power, under a penalty of a fine of five dollars for each and every offense.

By order of the

Baltimore, 1904.       BOARD OF PARK COMMISSIONERS.



Digitized by Google       Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

TAB 50



~~CHARTER~~

*Not in file*

AND

# REVISED CODE OF ORDINANCES

OF THE

# CITY OF HOUSTON

## HARRIS COUNTY, TEXAS,

### TO OCTOBER 31, 1904.

———

PUBLISHED "BY AUTHORITY OF THE CITY COUNCIL OF
THE CITY OF HOUSTON,"

———

CODIFIED BY
**ROBERTS & CRAWFORD,**
OF THE HOUSTON BAR
1904.

———

W. H. COYLE & CO.,    STATIONERS, PRINTERS.

HOUSTON, TEXAS.

tank for selling or delivering kerosene, refined or crude oil within the limits of the City of Houston, without having attached thereto a bucket or other receptacle in such position that it catches all the drippings of oil from said tanks, or who shall negligently spill any oil on the streets of Houston that are or may be paved with asphalt, shall be fined not less than five dollars and not more than twenty dollars.

## CHAPTER XXXIX.

### CITY PARKS.

**Art. 914. Mayor to Employ Keeper and Gardener**—There shall be employed by the Mayor, some person or persons as gardener and keeper of the park, who shall hold his or their position at the pleasure of the Mayor, and who shall receive a salary of not more than seventy dollars per month. Such gardener shall have, under the Mayor and Committee on Parks, superintendence and control of the park property, and shall perform such duties and work therein as may be directed by the Mayor and Committee on Park Property, and shall see that such property and grounds are protected from depredations or misuse; and should the Mayor employ workmen for said park, such gardener or keeper shall, under the Mayor and Park Committee, have superintendence and direction of such workmen.

**Art. 915. Keeper to Live in Park**—The keeper of the park, herein provided for, shall be required to live in the house on the property, which house he shall have free of rent.

**Art. 916. Appropriation of Receipts of Sam Houston Park**—All moneys derived by the City of Houston from the sale of privileges in the Sam Houston Park of said city is hereby appropriated to the Houston Improvement League, to be applied by said Houston Improvement League to the free music fund, a fund to be used for the purpose of providing free concerts on certain days and nights during the summer months.

**Art. 917. Funds, How Disbursed**—That the proper officers of the City of Houston, under its charter and ordinances, shall pay said moneys, as collected, over to the treasurer of said Houston Improvement League, upon the written order of its president, duly attested by its secretary, who shall execute a receipt therefor, showing the purpose for which the same is received.

**Art. 918. Rules and Offenses**—It shall be unlawful for any person or persons within the public park and commons of this city to do any of the following acts, viz:

First. To cut, break, injure, deface, defile or ill-use any building, fence, bench or other construction, or any tree, bush, plant, turf, or any property whatsoever of said city, or to have possession of any shrub, plant or tree, or any part thereof.

Second. To take birds, fish or any live animals or bird's nests; to annoy or feed caged animals, or in any way to interfere with cages, boxes or enclosures for their protection.

Third. To throw stones, balls or other missiles; to discharge or carry firearms, firecrackers, torpedoes or fireworks; to make fires; to have, for sale or otherwise, any intoxicating liquors or beverages.

Fourth. To sell or offer for sale any goods or wares, or to play musical instruments, without permission from Superintendent of Parks, or by contract with the Mayor and Park Committee.

Fifth. To post or display signs, placards, flags or any advertising device whatsoever, except program of entertainment at park; to play game of chance, or to have possession of instruments of gambling.

Sixth. To utter profane, threatening, abusive or indecent language; to make orations or loud outcries; to in any manner annoy other visitors.

Seventh. To play ball or any other game in any park, except on such portions thereof as may be set apart for that purpose; or to walk over any lawn or grass plots not marked "Commons."

Eighth. To drive any carriage, cycle, cart, automobile,

handcart or horse upon any park, except upon regular carriage roads, and then at a rate not faster than five miles an hour.

Ninth. To drive or ride any horse or animal not well broken and under perfect control of the driver.

Tenth. To allow dogs, horses or any other animal liable to cause destruction of park property, to go loose or untied.

**Art. 919. Park Officers Have Police Power**—Compliance with the foregoing rules and regulations is a condition of the use of these premises, and the Superintendent of Parks, or any agent or agents of said Superintendent, or any person charged with the keeping and care of any public park or commons, as also police officers, shall have authority to enforce provisions of Article 918 by expulsion from park grounds, or arrest.

**Art. 920. Penalty**—Any person wilfully doing any of the above forbidden acts shall, upon conviction, be punished by a fine not exceeding twenty dollars nor less than one dollar for each offense.

**Art. 921. Foregoing Rules Do not Apply to Necessary Acts of Employes**—This chapter shall not be construed as to apply to workmen in the legitimate discharge of their respective duties.

———

## CHAPTER XL.

### Pawnbrokers, Second-Hand and Junk Dealers and Junk.

**Art. 922. Mayor Shall Purchase Books for Use of**—It shall be the duty of the Mayor to purchase a suitable number of books for the use of pawnbrokers and all second-hand dealers hereinafter specified, at a cost not to exceed two hundred dollars. It shall be the duty of such persons engaged in the business of pawnbroking, or as a pawnbroker or second-hand dealer, or who may hereafter engage in the business of pawnbroking or as a second-hand dealer in the City of Houston, to procure of the City Secretary and keep on hand one of said books, and make or cause to be made therein a record of the subjects