Nos. 23-2166, 23-2167, 23-2185

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

_____

WE THE PATRIOTS, INC., et al.,

*Plaintiffs-Appellants*,

v.

MICHELLE LUJAN GRISHAM, in her official capacity only, et al.,

*Defendants-Appellees.*

*(Caption continues inside front cover.)*

_____

On Appeal from the United States District Court for the District of New Mexico
(Nos. 1:23-cv-00772-DHU-LF, 1:23-cv-00773-DHU-LF, 1:23-cv-00778-DHU-LF)
(Hon. David H. Urias)

_____

**ATTACHMENT A, PART 3 TO BRIEF OF DEFENDANTS-APPELLEES**

_____

ORAL ARGUMENT REQUESTED

_____

Holly Agajanian
*Chief General Counsel to Gov. Lujan Grisham*
Kyle P. Duffy
*Deputy General Counsel to Gov. Lujan Grisham*
490 Old Santa Fe Trail, Suite 400
Santa Fe, NM 87501

Cody Rogers
Serpe Andrews
2540 El Paseo Road, Suite D
Las Cruces, NM 88001

Janet Carter
William J. Taylor, Jr.
Carina Bentata Gryting
Everytown Law
450 Lexington Ave, P.O. Box 4184
New York, NY 10163
(646) 324-8174
jcarter@everytown.org

Freya Jamison
Everytown Law
P.O. Box 14780
Washington, DC 20044

*(Caption continues from front cover.)*

ZACHARY FORT, et al.,

*Plaintiffs-Appellants*,

v.

MICHELLE LUJAN GRISHAM, in her official capacity only, et al.,

*Defendants-Appellees.*

———————————————————

RANDY DONK, et al.,

*Plaintiffs-Appellants*,

v.

MICHELLE LUJAN GRISHAM, in her official capacity only, et al.,

*Defendants-Appellees.*

**TABLE OF PARKS RESTRICTIONS**

Links are to public databases (Hathi Trust, Google Books) where available; otherwise to subscription-based databases (HeinOnline, Making of Modern Law ("MoML")).

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| **Municipal Laws & Regulations** | | | | | |
| 1 | New York, NY | 1858 | *Minutes of Proceedings of the Board of Commissioners of the Central Park* 166 (1858) | "All persons are forbidden … [t]o carry fire-arms … within [Central Park]." | https://tinyurl.com/5n6zvd5b (Google Books) |
| 2 | New York, NY | 1861 | *Fourth Annual Report of the Board of Commissioners of the Central Park* 106 (1861) | "All persons are forbidden … [t]o carry firearms or to throw stones or other missiles within [Central Park]." | https://tinyurl.com/bdfamfub (Hathi Trust) |
| 3 | Brooklyn, NY | 1866 | Park Ordinance, No. 1, *Annual Reports of the Brooklyn Park Commissioners 1861-1873*, at 136 (1873) (art. 1, § 4) | "All persons are forbidden … [t]o carry firearms … within [Prospect Park.]" | https://tinyurl.com/ycyv4v9a (Hathi Trust) |
| 4 | Philadelphia, PA | 1868 | 1868 Pa. Laws 1088, No. 1020, § 21, pt. II | "No person shall carry fire arms … in [Fairmount Park] or within fifty yards thereof[.]" | https://tinyurl.com/yu9v6re8 (HeinOnline) |
| 5 | San Francisco, CA | 1872 | Ordinance No. 2, *San Francisco Municipal Reports for the Fiscal Year 1874-75*, at 887 (1875) (§ 2, pt. 2) | "Within [Golden Gate and Buena Vista Parks] all persons are hereby forbidden: … To carry … firearms." | https://tinyurl.com/5n7nfbnn (Google Books) |
| 6 | Chicago, IL | 1873 | *Laws and Ordinances Governing the City of Chicago* 88 (1873) (§ 6) | "All persons are forbidden to carry firearms … within any one of the public parks." | https://tinyurl.com/mpbxserh (Google Books) |
| 7 | Buffalo, NY | 1874 | *Fourth Annual Report of the Buffalo Park Commissioners* 24 (1874) (ch. 1, § 1) | "All persons are forbidden to carry fire-arms … within the several parks, approaches thereto or streets connecting the same." | https://tinyurl.com/mr4df99e (Hathi Trust) |

Table 1

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 8 | Hyde Park, IL | 1875 | *Laws and Ordinances Governing the Village of Hyde Park* 310 (1876) (§ 6) | "All persons are forbidden to carry fire arms … within [South Park]." | https://tinyurl.com/mvcwn5k9 (MoML) |
| 9 | Phoenixville, PA | 1878 | *A Digest of the Ordinances of Town Council of the Borough of Phoenixville* 135 (1906) (§ 4) | "No person shall carry fire-arms … therein [Reeves Park]." | https://tinyurl.com/3vhn8x46 (Google Books) |
| 10 | Chicago, IL | 1880 | *The Municipal Code of Chicago: Comprising the Laws of Illinois Relating to the City of Chicago, and the Ordinances of the City Council* 391 (1881) (§ 1690) | "All persons are forbidden to carry firearms … within any one of the public parks." | https://tinyurl.com/7z5dbwnt (MoML) |
| 11 | St. Louis, MO | 1881 | *The Revised Ordinance of the City of St. Louis* 635 (1881) (§ 3) | "No person shall … use or have in his possession ready for use in any street, alley, walk or park of the city of St. Louis … any sling, cross bow and arrow, air gun or other contrivance for ejecting, discharging or throwing any fragment, bolt, arrow, pellet, or other missile[.]" | https://tinyurl.com/2azeb5fs (Hathi Trust) |
| 12 | New Haven, CT | 1882 | *Report of the East Rock Park Commissioners* 305 (1882) (§ IV) | "No person shall carry or have any fire-arms on [East Rock] Park[.]" | https://tinyurl.com/yc3vmnhm (Hathi Trust) |
| 13 | Danville, IL | 1883 | *The Revised Ordinances of the City of Danville* 83 (1883) (§ 4) | "Whoever shall carry any fire-arms into said parks … shall be fined not less than one dollar nor more than one hundred dollars, for each offense." | https://tinyurl.com/2jd7cphz (MoML) |
| 14 | St. Louis, MO | 1883 | *Tower Grove Park of the City of St. Louis* 117 (1883) (§ 4) | "All persons are forbidden … [t]o carry firearms[.]" (Tower Grove Park) | https://tinyurl.com/mrrx868s (Google Books) |

Table 2

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 15 | Boston, MA | 1886 | *Thirteenth Annual Report of the Board of Commissioners for the Year 1887*, at 86 (1888) (§ 3) | "The Board of Park Commissioners of the City of Boston … hereby ordains that within the Public Parks, except with the prior consent of the Board, it is forbidden: … to carry fire-arms, except by members of the Police Force in the discharge of their duties[.]" | https://tinyurl.com/bdemcewm (Google Books) |
| 16 | Reading, PA | 1887 | *A Digest of the Laws and Ordinances for the Government of the Municipal Corporation of the City of Reading, Pennsylvania* 240 (1897) (§ 20, pt. 8) | "No person shall carry firearms … in the common, or within fifty yards thereof[.]" | https://tinyurl.com/4kkmztff (Google Books) |
| 17 | Saint Paul, MN | 1888 | *Annual Reports of the City Officers and City Boards of the City of Saint Paul* 689 (1889) (§ 6) | "No person shall carry firearms … in any Park or within fifty yards thereof[.]" | https://tinyurl.com/bdf5cmvv (Google Books) |
| 18 | Salt Lake City, UT | 1888 | *The Revised Ordinances of Salt Lake City, with the City Charter and Amendments Thereto* 248 (1888) (§ 6) | "No person shall, within Liberty Park, … [c]arry … firearms." | https://tinyurl.com/2p82u82z (MoML) |
| 19 | Bridgeport, CT | 1889 | *Charter and Ordinances of the City of Bridgeport* 200 (1892) (§ 3) | "No person shall carry or have any fire-arms on said parks, or on the shore bordering the same, except on public parade[.]" | https://tinyurl.com/5n7b5rw3 (MoML) |
| 20 | Berlin, WI | 1890 | *The Municipal Code of Berlin, Comprising the Charter and the General Ordinances of the City* 76 (1890) (§ 263) | "All persons are forbidden to carry fire arms … within anyone of the public parks of this City." | https://tinyurl.com/59psw2ck (Hathi Trust) |
| 21 | Trenton, NJ | 1890 | *City of Trenton, New Jersey, Charter and Ordinances* 390 (1903) (§ 8) | "No person shall carry firearms … in said park or squares, or within fifty yards thereof[.]" | https://tinyurl.com/yz22bkya (Google Books) |

Table 3

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| 22 | Williamsport, PA | 1890 | *Laws and Ordinances for the Government of the Municipal Corporation of the City of Williamsport, Pennsylvania* 141 (1891) (§ 1, pt. 21) | "No person shall carry fire-arms … in [Brandon Park.]" | https://tinyurl.com/239duswj (Google Books) |
| 23 | Grand Rapids, MI | 1891 | *Compiled Ordinances of the City of Grand Rapids* 163 (1906) (§ 432) | "No person shall ... carry any rifle, gun, or other fire arm of any kind within any park of the City of Grand Rapids[.]" | https://tinyurl.com/3xau2k7w (MoML) |
| 24 | Milwaukee, WI | 1891 | *First Annual Report of the Park Commissioners of the City of Milwaukee* 32 (1892) (§ 3) | "All persons are forbidden to carry fire-arms … within the parks." | https://tinyurl.com/3brhpbz3 (Hathi Trust) |
| 25 | Springfield, MA | 1891 | *Park Commissioners' Report, Springfield, Massachusetts* 82 (1897) (§ 3) | "[W]ithin the Public Parks, except with prior consent of the Board, it is forbidden … to … carry firearms[.]" | https://tinyurl.com/4rh66wk4 (Google Books) |
| 26 | Cincinnati, OH | 1892 | *Annual Report of the Board of Park Commissioners, for the Year Ending December 31, 1892,* at 28 (1893) (§ 13) | "No person shall bring into … the parks any firearms[.]" | https://tinyurl.com/bdfh7ud5 (Hathi Trust) |
| 27 | Lynn, MA | 1892 | *Third Annual Report of the Park Commissioners of the City of Lynn* 23 (1892) (§ 3) | "[W]ithin the limits of Lynn Woods, except with the prior consent of the Board, it is forbidden … to … carry firearms[.]" | https://tinyurl.com/575v78ms (Google Books) |
| 28 | Peoria, IL | 1892 | *Laws and Ordinances of the City of Peoria, Illinois* 667 (1892) (§ 1724) | "All persons are forbidden to carry fire arms ... within any of the public parks, public squares, or public grounds, within said city." | https://tinyurl.com/ypxz79zm (MoML) |
| 29 | Spokane, WA | 1892 | *The Municipal Code of the City of Spokane, Washington, Comprising the Ordinances of the City* 316 (1896) (§ 4) | "All persons are forbidden to carry firearms … within any one of the public parks or other public grounds of the city." | https://tinyurl.com/sbwhmch5 (Google Books) |

Table 4

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| 30 | Pittsburgh, PA | 1893 | *A Digest of the Acts of Assembly Relating to, and the General Ordinances of the City of Pittsburgh* 496 (1897) (§ 5, pt. 3) | "No person shall be allowed to carry firearms … within the limits of the parks or within one hundred yards thereof." | https://tinyurl.com/5d99zxca (Google Books) |
| 31 | Wilmington, DE | 1893 | *The Charter of the City of Wilmington* 571 (1893) (pt. VII, § 7) | "No person shall carry fire-arms … within the Park[.]" | https://tinyurl.com/2p8mb99f (Google Books) |
| 32 | Saint Paul, MN | 1894 | *General Ordinances and Private Ordinances of a Public Nature of the City of St. Paul, Ramsey County, Minnesota, Up to and Including December 31st, 1895,* at 208 (1896) (pt. 6) | "No person shall carry firearms… in any park, or within fifty (50) yards thereof[.]" | https://tinyurl.com/u7jsn4hp (MoML) |
| 33 | Canton, IL | 1895 | *Revised Ordinances of the City of Canton, Illinois* 240 (1895) (§ 26) | "All persons are forbidden to carry firearms … within any one of these Public Parks." | https://tinyurl.com/2h6yxtkj (MoML) |
| 34 | Detroit, MI | 1895 | 1895 Mich. Local Acts 596, § 44 | "No person shall … carry firearms … within said park or boulevard[.]" | https://tinyurl.com/2jx7dhan (HeinOnline) |
| 35 | Centralia, IL | 1896 | *The Centralia City Code: Comprising Original Charter and Amendments, the Laws of the State of Illinois Relating to the Government of the City of Centralia, General Ordinances, Special Ordinances and Illinois Central Railroad Contract* 188 (1896) (ch. 33, § 3) | "All persons are forbidden to carry firearms … in [Centralia's Central Park]." | https://tinyurl.com/4h3k3r6j (Hathi Trust) |
| 36 | Indianapolis, IN | 1896 | *The General Ordinances of the City of Indianapolis* 648 (1904) (§ 1971) | "No person shall … have possession of any fire-arm within the limits of any public park." | https://tinyurl.com/2h7ek5jm (MoML) |

Table 5

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 37 | Rochester, NY | 1896 | *Report of the Board of Park Commissioners of the City of Rochester, N.Y., 1888 to 1898*, at 97-98 (1898) (§ 4, pt. 25) | "No person shall commit any of the following acts within said parks without the consent of said Board, or some duly authorized person … Carry any … firearm, sling-shot, axe, saw, shovel or spade within the following parks, viz.: Genesee Valley Park, Highland Park, Seneca Park east and Seneca Park west." | https://tinyurl.com/4rm8jmkd (Google Books) |
| 38 | Wilmington, DE | 1897 | *Report of the Board of Park Commissioners, of Wilmington, Del. for the Year ending December 31st, 1897*, at 24 (1898) | "No person shall carry firearms … within the boundaries of the Park." | https://tinyurl.com/2ezemtmc (Google Books) |
| 39 | Kansas City, MO | 1898 | Ordinance No. 9637, *Charter and Revised Ordinances of Kansas City 1898*, at 657 (1898) (§ 11) | "No person shall … carry fire-arms … within any park, boulevard, parkway or driveway of this city under the control or supervision of the board of park commissioners, except upon a permit first duly obtained or authority previously granted by said board[.]" | https://tinyurl.com/47wuw6nf (Google Books) |
| 40 | New Haven, CT | 1898 | *Charter and Ordinances of the City of New Haven, Together with Legislative Acts Affecting Said City* 293 (1898) (§ 3) | "No person shall carry or have any fire-arms on any of said parks[.]" | https://tinyurl.com/nccb32m6 (Google Books) |
| 41 | Boulder, CO | 1899 | *Revised Ordinances of the City of Boulder* 157 (1899) (ch. XVIII, No. 511, § 1) | "Any person other than the police officers of the city who shall take or carry or cause to be taken or carried into any of the parks belonging to the City of Boulder, any gun, pistol, revolver, or other firearm, … shall | https://tinyurl.com/3vbhzdpe (MoML) |

Table 6

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| | | | | be deemed guilty of a misdemeanor." | |
| 42 | Hartford, CT | 1902 | *Municipal Register of the City of Hartford* 493 (1907) (pt. 9) | "The Board of Park Commissioners … hereby make and ordain the following rules and regulations for the management of the parks owned by or under control of the city of Hartford. … It is forbidden … [t]o … carry firearms[.]" | https://tinyurl.com/2p8k37mc (MoML) |
| 43 | New Bedford, MA | 1902 | *Ninth Annual Report of the Department of Parks of the City of New Bedford, Mass. 1902*, at 74 (1903) (§ 3) | "[W]ithin the public parks and commons of the city, except with prior consent of the Commissioners, all persons are hereby forbidden … to … carry firearms[.]" | https://tinyurl.com/5n8dpxfh (Hathi Trust) |
| 44 | Springfield, IL | 1902 | *First Annual Report of the Board of Trustees of the Pleasure Driveway and Park District of Springfield, Illinois* 69 (1902) (§ 3, pt. 4) | "ALL PERSONS ARE FORBIDDEN: … [t]o carry … firearms … in the parks[.]" | https://tinyurl.com/fvc2hpd7 (Google Books) |
| 45 | Lowell, MA | 1903 | *First Annual Report of the Board of Park Commissioners of the City of Lowell* 58 (1904) (§ 3) | "[W]ithin [the] Public Parks and Commons, except by and with the consent of the Board … [i]t is forbidden to … carry firearms[.]" | https://tinyurl.com/mr2kh885 (Hathi Trust) |
| 46 | New York City, NY | 1903 | IV *Proceedings of the Board of Aldermen of the City of New York from October 6 to December 28, 1903*, at 600 (1903) (§ 24) | "No one shall … carry any firearm, fire cracker, torpedo or fire-works … within any of the parks, parkways, squares or places in The City of New York under the jurisdiction of the Department of Parks without special permission | https://tinyurl.com/jhw95eu3 (Hathi Trust) |

Table 7

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| | | | | from the Commissioner having jurisdiction." | |
| 47 | Pasadena, CA | 1903 | Ordinance No. 539, III *Ordinances of the City of Pasadena California* 29 (1912) (§ 1, pt. 2) | "It is hereby declared to be unlawful for any person or persons to do any of the acts hereinafter specified within the limits of any of said public parks … [t]o carry … any firearms[.]" | https://tinyurl.com/djb6d5bz (Google Books) |
| 48 | Troy, NY | 1903 | *Municipal Ordinances of the City of Troy* 375 (1905) | "All persons are forbidden … [t]o carry … firearms … in the parks." | https://tinyurl.com/mt2w8amx (MoML) |
| 49 | Baltimore, MD | 1904 | *Reports of the City Officers and Departments Made to the City Council of Baltimore for the Year 1904* 142 (1905) (§ 5) | "If any person shall carry … any firearm within the public parks, such person shall forfeit and pay five dollars for each and every offense." | https://tinyurl.com/b99zxjzf (Hathi Trust) |
| 50 | Houston, TX | 1904 | *Charter and Revised Code of Ordinances of the City of Houston, Harris County, Texas* 358-59 (1904) (art. 918, pt. 3; art. 921) | "It shall be unlawful for any person or persons within the public park and commons of this city to … carry firearms[.]" | https://tinyurl.com/5b6k2rsp (MoML) |
| 51 | Neligh, NE | 1904 | *The Ordinances of the City of Neligh, Nebraska* 37 (1906) (No. 61, § 1) | "[I]f any person shall carry … any firearm or gun of any description in any public park belonging to the city of Neligh, such person shall on conviction thereof, be fined in any sum not exceeding $25." | https://tinyurl.com/bdethjt2 (MoML) |
| 52 | Pueblo, CO | 1904 | *Ordinances of the City of Pueblo* 383-86 (1908) (No. 678, pt. 20) | "[F]or the purpose of governing and regulating the use of the parks and of park property within the city of Pueblo, the following rules … are | https://tinyurl.com/mry6b6ww (MoML) |

Table 8

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| | | | | … adopted … 20. No person shall … carry firearms[.]" | |
| 53 | Harrisburg, PA | 1905 | *A Digest of the Laws and Ordinances for the Government of the Municipal Corporation of the City of Harrisburg, Pennsylvania* 468 (1906) (§§ 4, 8) | "No person shall commit any of the following acts within said park or parkways, without the previously obtained consent of the commission: … 4. [c]arry … any firearms … 8. [c]arry any … firearms … within reservoir park." | https://tinyurl.com/54t7yeey (MoML) |
| 54 | Haverhill, MA | 1905 | *Annual Report of the Park Commissioners of the City of Haverhill, Massachusetts* 12 (1906) (§ 9) | "It is forbidden … to … carry firearms … within the parks." | https://tinyurl.com/2a67kbey (Google Books) |
| 55 | Saginaw, MI | 1905 | *Charter of the City of Saginaw, Michigan* 173 (1905) (§ 22) | "No person shall … carry firearms … within park boulevards, nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of any explosive character on said park or boulevard without the consent of said commissioners, and then only under such regulations as they shall prescribe." | https://tinyurl.com/yph5tted (MoML) |
| 56 | Chicago, IL | 1906 | *Amendments to "The Revised Municipal Code of Chicago of 1905" and New General Ordinances* 40 (1906) (§ 1562) | "All persons are forbidden to carry firearms … within any of the Parks, Public Play Grounds or Bathing Beaches of the City[.]" | https://tinyurl.com/ye2advdr (Hathi Trust) |
| 57 | Denver, CO | 1906 | *The Municipal Code of the City and County of Denver* 479 (1906) (§ 1367) | "All persons are forbidden … to carry … firearms … in the parks[.]" | https://tinyurl.com/yuhcpzv8 (MoML) |

Table 9

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| 58 | Los Angeles, CA | 1906 | *Penal Ordinances of the City of Los Angeles* 41-42 (1922) (§§ 1, 2, pt. 2) | "1. That the rules and regulations hereinafter prescribed shall govern the public parks of the City of Los Angeles. 2. That within the limits of any of said parks, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit: ... To carry … any fire arms, ... or air gun or slungshot." | https://tinyurl.com/2ubpfr4y (MoML) |
| 59 | Ann Arbor, MI | 1907 | *Charter and Ordinances of the City of Ann Arbor* 340-42 (1908) (§ 16) | "An Ordinance Relative to Parks, Boulevards, and Lawn Extensions Within the City of Ann Arbor, Michigan … No person shall … carry fire-arms[.]" | https://tinyurl.com/4tryp7sm (Hathi Trust) |
| 60 | Oil City, PA | 1907 | *A Digest of the Ordinances and Principal Resolutions for the Government of the City of Oil City, in Venango County, Pennsylvania, in Force January 1st, 1907,* at 121 (1907) (§ 1, pt. 4) | "[T]he following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the City of Oil City, to wit: … No person shall be allowed to carry firearms … within the limits of the park." | https://tinyurl.com/5w25tcxy (Google Books) |
| 61 | Olean, NY | 1907 | *Ordinances of the City of Olean as Amended to September 1922*, at 26 (1922) (§ 4) | "No person shall … carry any firearms in any park." | https://tinyurl.com/murvjamw (MoML) |
| 62 | Parsons, KS | 1907 | *Compiled and Revised General Ordinances and Compilation of Certain Laws of Kansas Directly Affecting Cities of the First Class* 479 (1908) (§ 7) | "[N]o person except an officer in the discharge of his duty shall have with him … in said parks, a gun, revolver or pistol[.]" | https://tinyurl.com/yc7pzm68 (Hathi Trust) |

Table 10

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 63 | Portland, OR | 1907 | *Charter and General Ordinances of the City of Portland, Oregon* 483 (1910) (Rule III) | "[T]he following rules and regulations govern[] the use of Public Parks and Plazas in the City of Portland … No person shall … have in his possession … any fiream[.]" | http://tinyurl.com/228ffyfm (MoML) |
| 64 | Seattle, WA | 1907 | *The Charter of the City of Seattle* 221 (1908) (§ 100) | "It shall be unlawful … to carry any fire-arm in any park." | https://tinyurl.com/mr4564em (MoML) |
| 65 | Waterbury, CT | 1907 | *The Compiled Charter and Ordinances of the City of Waterbury* 307 (1913) (§ 3) | "No person shall carry or have any firearms in any of said parks[.]" | https://tinyurl.com/3pbpp38x (Google Books) |
| 66 | Flint, MI | 1908 | *Ordinances of the City of Flint, Michigan* 354 (1925) (§ 16) | "No person shall … carry fire arms … within any public park, ground or boulevard." | https://tinyurl.com/3hcr7cvs (Hathi Trust) |
| 67 | Oakland, CA | 1909 | Ordinance No. 2967, *General Municipal Ordinances of the City of Oakland, Cal.*, Addenda at 15 (1909) (§ 9) | "No person shall carry firearms … within the boundaries of the parks controlled by the Park Commission." | https://tinyurl.com/mphdrwda (Hathi Trust) |
| 68 | Kansas City, MO | 1909 | *Charter and Revised Ordinances of Kansas City 1909*, at 846 (1909) (§ 1048) | "No person shall … carry fire-arms … within any park, boulevard, avenue, street, parkway, or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said Board and subject to such rules and regulations as said Board may establish." | https://tinyurl.com/rxnfjuw5 (MoML) |
| 69 | Memphis, TN | 1909 | *A Digest of the Laws, Ordinances and Contracts of the City of* | "[I]t shall be a misdemeanor … to commit the following acts … 13. | https://tinyurl.com/2abcx7bc |

Table 11

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| | | | *Memphis* 657-59 (1909) (§ 1131, pt. 13) | To … carry any firearms … within any of the parks, parkways, squares or places without special permission from the Commissioners." | (MoML) |
| 70 | Paducah, KY | 1909 | *Constitution, Charter and Revision of the Ordinances and Municipal Laws of the City of Paducah, Kentucky* 489 (1910) (§ 20) | "No person shall ... carry fire-arms ... within any park, boulevard, avenue, street, parkway or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said board[.]" | https://tinyurl.com/5dze9mj2 (MoML) |
| 71 | Burlington, VT | 1910 | *Forty-Sixth Annual Report of the City of Burlington, Vermont* 221 (1910) (§ 11) | "No person shall carry … firearms … in any park[.]" | https://tinyurl.com/4583wr6u (archive.org) |
| 72 | Jacksonville, IL | 1910 | *Ordinances Governing the City of Jacksonville of the State of Illinois* 113 (1910) (art. II, § 3) | "No person shall carry any firearms … within any of said parks." | https://tinyurl.com/575mpurr (Google Books) |
| 73 | Staunton, VA | 1910 | *The Code of the City of Staunton, Virginia* 115 (1910) (§ 135) | "All persons are forbidden … to carry firearms … within [the park.]" | https://tinyurl.com/ysz25b5p (Hathi Trust) |
| 74 | Colorado Springs, CO | 1911 | *The Code of Colorado Springs, 1922*, at 450 (1922) (§ 1068) | "All persons are forbidden … to carry … firearms … in the parks[.]" | https://tinyurl.com/5fs6rppy (MoML) |
| 75 | New Britain, CT | 1911 | *Charter And Ordinances City of New Britain* 255 (1914) (§ 16) | "No person shall … carry firearms … within [Walnut Hill Park], except by license from said board of park commissioners[.]" | https://tinyurl.com/4yjz8spe (Google Books) |

Table 12

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 76 | New York City, NY | 1912 | *New Code of Ordinances of the City of New York* 389 (1926) (§ 17, pt. 8) | "No person shall, in any park: … carry any firearm[.]" | https://tinyurl.com/yez5hd94 (MoML) |
| 77 | Oakland, CA | 1912 | *City of Oakland General Municipal Ordinances In effect January 1, 1918*, at 119 (1918) (§ 9) | "No person shall carry firearms … within the boundaries of the parks controlled by the Board of Park Directors." | https://tinyurl.com/v9w2rkcf (MoML) |
| 78 | Oklahoma City, OK | 1913 | *The City of Oklahoma City, Oklahoma: Charter and Revised General Ordinances* 327 (1913) (§ 1009) | "No person shall … carry fire arms … within any park … of this city, under the control or supervision of the Board of Park Commissioners, except upon a permit, first duly obtained, or authority previously granted, by said Board[.]" | https://tinyurl.com/p4yyc5k3 (Hathi Trust) |
| 79 | Grand Rapids, MI | 1914 | *Compiled Ordinances of the City of Grand Rapids* 208 (1915) (§ 556, pt. e) | "No person shall carry any rifle, gun, or other fire-arm of any kind within the parks and playgrounds of the City of Grand Rapids[.]" | https://tinyurl.com/djb6d5bz (MoML) |
| 80 | Monrovia, CA | 1914 | *Laws of California and Ordinances of the County and Cities of Los Angeles County, Relating to Minors* 153 (1914) (§ 2) | "[W]ithin the limits of any said parks … it shall be unlawful for any person … [t]o carry … any firearms[.]" | https://tinyurl.com/s8dwtr2b (Hathi Trust) |
| 81 | New Haven, CT | 1914 | *Charter and Ordinances of the City of New Haven, Conn. and Special Acts Revised to January, 1914*, at 438 (1914) (§ 3) | "No person shall carry or have any firearms on any of said parks[.]" | https://tinyurl.com/jhtwbjrk (MoML) |
| 82 | Fresno, CA | 1916 | *Charter and Ordinances of the City of Fresno, California* 303 (1916) (§ 1, pt. 2) | "Within the limits of any parks in the City of Fresno, … it shall be unlawful for any person … [t]o carry … any firearms[.]" | https://tinyurl.com/4htjrh56 (Hathi Trust) |

Table 13

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 83 | New York City, NY | 1916 | *Ordinances, Rules and Regulations of the Department of Parks of the City of New York* 7 (1916) (§ 17, pt. 8) | "No person shall, in any park … carry any firearm[.]" | https://tinyurl.com/3nwb8ejw (Hathi Trust) |
| 84 | Birmingham, AL | 1917 | *The Code of City of Birmingham, Alabama* 662 (1917) (§ 1544) | "[N]o person shall carry firearms … within any of such public parks[.]" | https://tinyurl.com/2xdkp689 (Google Books) |
| 85 | Brockton, MA | 1917 | *Municipal Register of the City of Brockton for 1918* 330 (1918) (§ 3) | "[T]he following acts by any person [in Brockton's public parks] … is expressly forbidden, namely: … to … carry firearms[.]" | https://tinyurl.com/4nm35m6p (Google Books) |
| 86 | Joplin, MO | 1917 | *The Joplin Code of 1917*, at 552 (1917) (§ 1214) | "All persons are forbidden … to carry … firearms … in the parks[.]" | https://tinyurl.com/5n63f666 (MoML) |
| 87 | Aurora, IL | 1920 | *The Revised Municipal Code of Aurora, Illinois of 1920*, at 377-78 (1920) (§ 950) | "It shall be unlawful for any person … [t]o carry … firearms [in Aurora public parks]. | https://tinyurl.com/2s3mfaje (Hathi Trust) |
| 88 | Salt Lake City, UT | 1920 | *Revised Ordinances of Salt Lake City, Utah, 1920*, at 474 (1920) (§ 1494, pt. 2) | "It shall be unlawful for any person to do … any of the acts hereinafter specified in any public park or play ground in Salt Lake City, or in any place … set aside or used as a public park or play ground, to wit: … 2. To carry … any firearms[.]" | https://tinyurl.com/3d3jxx3n (MoML) |
| 89 | Burlington, VT | 1921 | *Revised Ordinances of 1921, City of Burlington, Vermont* 1 (1921) (§ 3) | "No person shall carry or have any firearms on any of said parks[.]" | https://tinyurl.com/2fk58a7k (MoML) |
| 90 | Chattanooga, TN | 1922 | *Digest of the Charter and Ordinances of the City of Chattanooga* 144-45 (1922) (§ 516) | "GENERAL REGULATIONS OF PUBLIC PARKS … 516. … It shall be unlawful to … carry firearms[.]" | https://tinyurl.com/5xceah4p (MoML) |

Table 14

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 91 | Chicago, IL | 1922 | *The Chicago Municipal Code of 1922*, at 809 (1922) (§ 2870) | "All persons are forbidden to carry firearms … within any of the parks, public playgrounds, or bathing beaches of the city[.]" | https://tinyurl.com/4kk8w2vr (Google Books) |
| 92 | St. Joseph, MO | 1925 | *Revised Ordinances of the City of St. Joseph, Missouri* 420 (1925) (§ 1978) | "No person shall … carry firearms … within any park … under the control or supervision of the board of park commissioners, except upon a permit first duly obtained or authority previously granted by said board[.]" | https://tinyurl.com/4f4umtjz (Google Books) |
| **Federal Laws & Regulations** | | | | | |
| 93 | Federal | 1882 | Dwight H. Kelton, *Annals of Fort Mackinac* 22 (1882) (pt. IX) | "The following are the approved Rules and Regulations for the Park at Mackinac: … No person shall carry … fire-arms in the park." | https://tinyurl.com/4kxnkra9 (Hathi Trust) |
| 94 | Federal | 1894 | Department of the Interior, "Rules and Regulations of the Yellowstone National Park" § 5, Aug. 1, 1894, *reprinted in Report of the Secretary of the Interior* 662 (1894) | "Firearms will only be permitted in the park on written permission of the superintendent thereof. On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the park." | https://tinyurl.com/2t578tax (HeinOnline) |
| 95 | Federal | 1890 | Department of the Interior, "Rules and Regulations of the Sequoia National Park" § 5, Oct. 21, 1890, *reprinted in Annual Report of the Secretary of the Interior* CLXII (Nov. 1, 1890) | "[N]o one shall carry into or have in the park any fire-arms, traps, nets, tackle, or appliances, or fish or hunt therein without a license in writing signed by the Secretary or superintendent of the park." | https://tinyurl.com/5e96ayma (HeinOnline) |

Table 15

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 96 | Federal | 1897 | *Annual Reports of the Department of the Interior for the Fiscal Year ended June 30, 1897, at LXXXIV (1897)* | "All the firearms are taken from their owners at … the two principal entrances to the park, and patrols take all the firearms found in possession of tourists and campers who have entered the park by unguarded routes." | http://tinyurl.com/yvtnsnb9 (University of Oklahoma) |
| 97 | Federal | 1897-1936 | "Firearms Regulations in the National Parks, 1897–1936" (2008) | | https://perma.cc/5SRK-VYXZ (National Park Service History eLibrary); Previously on NPS website, *see* [archive.org] |
| 98 | Federal | 1936 | 1 Fed. Reg. 668, 674 (June 27, 1936) | "Firearms … are prohibited within the parks and monuments, except upon written permission of the superintendent or custodian." | https://tinyurl.com/8yfe879p (Library of Congress) |
| **State Laws & Regulations** | | | | | |
| 99 | Minnesota | 1901 | 1901 Minn. Laws 396-97, ch. 250, § 1 | "Any person who shall … in any manner whatsoever … have in their possession loaded or charged firearms at any point within three thousand (3,000) feet of the outward limits of, or proposed outward boundary line or limits of any … state park within this state, shall be guilty of a misdemeanor[.]" | https://tinyurl.com/4fjy7993 (HeinOnline) |
| 100 | Minnesota | 1905 | 1905 Minn. Laws 620, ch. 344, § 53 | "No person shall have in his possession within any [territory set apart, designated, used or | https://tinyurl.com/2p99pck8 (HeinOnline) |

Table 16

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| | | | | maintained as a state public park or within one-half mile of the outer limits thereof, any gun, revolver, or other firearm unless the same is unloaded, and except after the same has been sealed by the park commissioner or a deputy appointed by him, and except also such gun or other firearm at all times during which it may be lawfully had in such park remains so sealed and unloaded." | |
| 101 | District of Columbia | 1907 | I *Annual Report of the Commissioners of the District of Columbia Year Ended June 30, 1908*, at 85 (1908) (§ 4) | "Within the limits of [Rock Creek Park] all persons are forbidden … [t]o carry … firearms[.]" | https://tinyurl.com/2p9b2hbx (Google Books) |
| 102 | Maryland | 1917 | *Report of the Maryland State Board of Forestry for 1916 and 1917*, at 60-61 (1917) (pt. 4) | "RULES AND REGULATIONS OF THE MARYLAND STATE BOARD OF FORESTRY … [Uses like camping require a permit; permittees and their guests] … [w]ill not bring into the Patapsco State Park or have in his or their possession while there fire-arms of any description[.]" | https://tinyurl.com/4tvv4dup (Hathi Trust) |
| | | | *Id*. at 62 | [Within sign to be posted in Patapsco State Park:] "FIREARMS PROHIBITED" | |
| 103 | Connecticut | 1918 | *Report of the State Park Commission to the Governor For the Two Fiscal Years ended September 30, 1918*, at 31 (1918) | "The use of firearms or having them in possession is forbidden [in Connecticut State Parks.]" | https://tinyurl.com/mu9979dm (Hathi Trust) |

Table 17

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| 104 | North Carolina | 1921 | 1921 N.C. Sess. Laws 54, Pub. Laws Extra Sess., ch. 6, § 3 | "That any person who shall carry a pistol, revolver, or gun in any park or reservation [for the protection, breeding, or keeping of any animals, game, or other birds], without having first obtained the written permission of the owner or manager of said park or reservation, shall be guilty of a misdemeanor[.]" | https://tinyurl.com/yx3bz5rk (HeinOnline) |
| 105 | Washington | 1926 | Raymond H. Torrey, *State Parks and Recreational Uses of State Forests in the United States* 247 (1926) | "Among the regulations [of Washington State Parks] which experience has required for conservation, sanitation, cleanliness and good order are prohibitions against fire arms[.]" | https://tinyurl.com/498zu75s (Hathi Trust) |
| 106 | Indiana | 1927 | 1927 Ind. Acts 98 | "[U]pon any lands of this state now or hereafter used for a state park or for a state forest reserve … it shall be unlawful for any person to go upon such lands of this state with a gun[.]" | https://tinyurl.com/5yeezb59 (HeinOnline) |
| 107 | Indiana | 1927 | *The Department of Conservation State of Indiana Publication No. 68*, at 181 (1927) (§ 354, pt. 2) | "The carrying or possession of a gun or firearms is prohibited." | https://tinyurl.com/ap7bjj6w (Google Books) |
| 108 | Maryland | 1927 | 1927 Md. Laws 1176, ch. 568, § 74 | "Where any portion of a State Game Refuge is used for a State Park, entry by any person within the refuge area for recreational pursuits shall not be restricted on the portion of said territory used as a State Park, so long as such persons do not carry fire-arms[.]" | https://tinyurl.com/2te8du8b (HeinOnline) |

Table 18

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 109 | South Dakota | 1927 | 1927 S.D. Sess. Laws 32, ch.12, § 16 | "It shall be unlawful to carry fire arms in [Custer State Park], except by duly authorized officers[.]" | https://tinyurl.com/4k859sbm (HeinOnline) |
| 110 | Michigan | 1928 | *Fourth Biennial Report 1927-1928: The Department of Conservation State of Michigan* 57 (1928) (§ 2) | "To carry or have firearms in possession in a State Park is unlawful." | https://tinyurl.com/5n8h547e (Hathi Trust) |
| 111 | Washington | 1928 | Beatrice Ward Nelson, *State Recreation; Parks, Forests and Game Preserves* 278 (1928) | "The caretakers of the park, and other employees whom the committee may care to designate, are vested with police powers to enforce the laws and the rules and regulations. Among the regulations are the prohibition of firearms[.]" | https://tinyurl.com/yn8ftdb8 (Hathi Trust) |
| 112 | Kansas | 1930 | *Third Biennial Report of the Forestry, Fish and Game Commission of the State of Kansas for the Period Ending June 30, 1930*, at 23 (1930) (§ 2) | "To carry or have firearms in possession in a state park is unlawful." | https://tinyurl.com/4zw74j4e (Hathi Trust) |
| 113 | Wisconsin | 1933 | *Wisconsin State Parks* 23 (1933) (§ 6) | "[T]he carrying or using of firearms is strictly prohibited." | https://tinyurl.com/bdft2nf7 (Hathi Trust) |
| 114 | New Jersey | 1935 | 1935 N.J. Laws 304-05, ch. 114, § 2 | "No person shall … (8) except employees or officers of the commissioners, carry firearms of any description within [Palisades State Park], or carry any airgun, sling shot, bow and arrow, or any other device whereby a missile may be thrown, without a permit from the commissioners[.]" | https://tinyurl.com/4u8ccxky (Hathi Trust) |

Table 19

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| 115 | Alabama | 1936 | I *Digest of Laws Relating to State Parks* 4 (1936) (§ 8) | "Fire-arms are rigidly excluded from State Parks[.]" | https://tinyurl.com/4j25uu5a (Hathi Trust) |
| 116 | California | 1936 | I *Digest of Laws Relating to State Parks* 20 (1936) | "Firearms are not allowed, and must be sealed at or checked at the Warden's Office." | https://tinyurl.com/4jds7v6d (Hathi Trust) |
| 117 | Florida | 1936 | I *Digest of Laws Relating to State Parks* 35 (1936) (§ 4) | "Firearms are prohibited within the Park except upon written permission of the Superintendent." | https://tinyurl.com/h6aj47pd (Hathi Trust) |
| 118 | Virginia | 1936 | III *Digest of Laws Relating to State Parks* 396 (1936) (§ 6) | "EXCERPTS FROM REGULATIONS GOVERNING PARK PERSONNEL … The carrying and use of fire arms is prohibited." | https://tinyurl.com/37c2y86y (Hathi Trust) |
| | | | *Id.* at 397 | "INSTRUCTIONS TO PARK VISITORS … Firearms are prohibited at all times." | |
| 119 | New York | 1936 | II *Digest of Laws Relating to State Parks* 190 (1936) (§ 8) | "The following acts and activities are prohibited within [Niagara Frontier State Park] areas under jurisdiction of this Commission except by permit:- The possession of any firearms … of any kind[.]" | https://tinyurl.com/7mu2ep99 (Hathi Trust) |
| 120 | New York | 1936 | *Id.* at 195 (§ 6) | "No firearms may be used or possessed within [Allegany State Park] area by visitors … except by special permission of the Commissioners." | https://tinyurl.com/3my6jdr6 (Hathi Trust) |
| 121 | New York | 1936 | *Id.* at 201 (§ 5) | "No person shall carry or have in his possession any gun, firearms, ammunition, or explosives … within or from the park areas [of | https://tinyurl.com/hv6aw2e6 (Hathi Trust) |

Table 20

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| | | | | Finger Lakes State Parks] except when especially authorized by the Commission to do so." | |
| 122 | New York | 1936 | *Id.* at 205 (§ 3) | "No person except employees or officers of the Commission shall carry firearms of any description within [Central New York State Parks]." | https://tinyurl.com/frkw396u (Hathi Trust) |
| 123 | New York | 1936 | *Id.* at 221 (§ 3) | "No person except employees or officers of the Commission shall carry firearms of any description within [Taconic State Park]." | https://tinyurl.com/bdrr2xje (Hathi Trust) |
| 124 | New York | 1936 | *Id.* at 228 (§ 8) | "No person, except employees or officers of the Commissioners, shall carry firearms of any description within [Palisades Interstate Park]. No unauthorized person shall carry any airgun, sling shot, bow and arrow, or any other device whereby a missile may be thrown." | https://tinyurl.com/4jx9h7ax (Hathi Trust) |
| 125 | New York | 1936 | *Id.* at 236 (§ 15) | "No person shall have or carry while in any park [of the Westchester County Park System] whether concealed or not concealed on his person, any pistol, gun, rifle, revolver or other firearms of any class or kind, or any ammunition therfor, except when so authorized by law." | https://tinyurl.com/39rm7jkh (Hathi Trust) |
| 126 | New York | 1936 | *Id.* at 255 (§ 7) | "No person shall have or carry, whether or not concealed upon his person, any pistol or revolver … or | https://tinyurl.com/y2rv4exu (Hathi Trust) |

Table 21

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| | | | | ammunition therefor, except when so authorized by law. No person shall bring into any park [under the jurisdiction of the Long Island State Park Commission], or have in his possession therein, any rifle, shotgun, or fowling piece[.] | |
| 127 | New York | 1936 | *Id.* at 264 (No. 3) | "No person shall carry or have in his possession any gun, firearms, ammunition or explosives … within or from the park area [of Thousand Island State Park] except when especially authorized by the Commission to do so." | https://tinyurl.com/bdecd2ma (Hathi Trust) |
| 128 | North Carolina | 1936 | II *Digest of Laws Relating to State Parks* 284 (1936) | "Nor may any person carry a pistol, revolver or gun in any such park or reservation without first having obtained written permission to do so." | https://tinyurl.com/284bdku7 (Hathi) |
| 129 | Ohio | 1936 | III *Digest of Laws Relating to State Parks* 321 (1936) (§ 5) | "[T]he carrying of firearms, loaded or unloaded, in any state park under the control of the Ohio State Archaeological and Historical Society, is positively forbidden." | https://tinyurl.com/bdeym2jc (Hathi Trust) |
| 130 | Rhode Island | 1936 | III *Digest of Laws Relating to State Parks* 360 (1936) (§ 2) | "REPRESENTATIVE RULES AND REGULATIONS [of the Division of Forests, Parks & Parkways] … No person shall … have in his possession any firearm[.]" | https://tinyurl.com/yhehy3kd (Hathi Trust) |

Table 22

TAB 97

# FIREARMS REGULATIONS IN THE NATIONAL PARKS

## 1897—1936

**May 13, 2008**

**Background**

This information has been compiled to provide National Park Service employees more complete insight into the history of NPS firearms regulations.  The first Servicewide regulations were adopted in 1936.[1]  Although it has not been widely noted, those regulations prohibited firearms and required that they be surrendered when visitors entered the parks.  Visitors could obtain written permission to carry them through the park if the weapons were "sealed."

The current Servicewide regulations governing weapons in parks were adopted in almost their present form in 1983, and published at 36 CFR 2.4.[2]  However, in 1984, several adjustments were made to:

a.  Make it clear that Alaska had different rules, and individual parks might have some variations in park-specific special regulations.

b.  Re-order some of the wording to make it easier to follow.

c.  Add a definition of what constitutes a "residential dwelling."

d.  Add the word "temporarily" in front of the word "inoperable."

e.  Clarify that the regulations applied on privately owned lands and waters under the legislative jurisdiction of the US.

f.  Add a definition for the word "unloaded."

Item 1.e above was further amended in 1987 to clarify that the regulations apply "regardless of land ownership, on all lands and waters within a park area that are under the legislative jurisdiction of the U.S."

Prior to adoption of the 1936 Servicewide regulations, parks adopted park-specific regulations prohibiting weapons—the first (apparently) being Yellowstone National Park in 1897.  Attached is a compilation of those regulations.  Due to difficulty in retrieving archival materials, there are some gaps in this compilation.  We will continue our efforts to fill these gaps, so check www.nps.gov/policy/Firearms.pdf to ensure you have the latest edition.  We invite park superintendents to provide the NPS Office of Policy any additional information they may have that would help in this effort.

---

[1] The 1936 regulations are on-line at http://www.nps.gov/policy/1936Regulations.pdf
[2] 36 CFR 2.4 is on-line at http://edocket.access.gpo.gov/cfr_2007/julqtr/pdf/36cfr2.4.pdf

## FIREARMS REGULATIONS
## 1897 – 1936

**TABLE OF CONTENTS**

|  |  | Page(s) |
|---|---|---|
| 1. Yellowstone National Park | | |
| (a) | June 1, 1897 | 1 |
| (b) | April 1, 1899 | 3 |
| (c) | July 1, 1900 | 3 |
| (d) | February 7, 1902 | 3 |
| (e) | July 2, 1908 | 5 |
| (f) | May 27, 1911 | 5 |
| (g) | April 15, 1918 | 5 |
| (h) | February 18, 1929 | 6 |
| (i) | January 11, 1930 | 6 |
| (j) | December 20, 1930 | 7 |
| (k) | January 23, 1932 | 7 |
| (l) | December 21, 1932 | 8 |
| | | |
| 2. Sequoia and General Grant National Parks | | |
| (a) | June 2, 1902 (Sequoia) | 9 |
| (b) | June 2, 1902 (Gen'l Grant) | 9 |
| (c) | March 30, 1907 | 11 |
| (d) | March 30, 1912 | 11 |
| (e) | April 15, 1918 | 11 |
| (f) | January 14, 1928 | 12 |
| (g) | January 2, 1930 | 12 |
| (h) | December 6, 1930 | 13 |
| (i) | December 21, 1932 | 14 |
| | | |
| 3. Yosemite National Park | | |
| (a) | June 2, 1902 | 15 |
| (b) | February 29, 1908 | 18 |
| (c) | June 1, 1909 | 19 |
| (d) | March 30, 1912 | 19 |
| (e) | May 11, 1914 | 20 |
| (f) | April 15, 1918 | 21 |
| (g) | November 24, 1928 | 21 |
| (h) | January 14, 1930 | 22 |
| (i) | December 8, 1930 | 23 |
| (j) | January 13, 1932 | 23 |
| (k) | December 21, 1932 | 24 |
| | | |
| 4. Mesa Verde National Park | | |
| (a) | March 19, 1908 | 25 |

(b) March 30, 1912 .......... 25
(c) April 15, 1918 .......... 26
(d) December 11, 1928 .......... 26
(e) March 1, 1930 .......... 27
(f) January 8, 1931 .......... 27
(g) December 21, 1932 .......... 28

5. Crater Lake National Park
(a) August 27, 1902 .......... 28
(b) June 10, 1908 .......... 29
(c) March 30, 1912 .......... 29
(d) April 15, 1918 .......... 30
(e) January 19, 1928 .......... 30
(f) December 28, 1929 .......... 31
(g) January 14, 1931 .......... 31
(h) January 15, 1932 .......... 32
(i) December 21, 1932 .......... 32

6. Mount Rainier National Park
(a) August 1, 1903 .......... 33
(b) June 10, 1908 .......... 34
(c) March 30, 1912 .......... 34
(d) April 15, 1918 .......... 35
(e) November 22, 1928 .......... 35
(f) December 30, 1929 .......... 36
(g) December 8, 1930 .......... 36
(h) December 21, 1932 .......... 37

7. Platt National Park
June 10, 1908 .......... 38

8. Wind Cave National Park
(a) June 10, 1908 .......... 38
(b) March 30, 1912 .......... 38
(c) April 15, 1918 .......... 39
(d) March 8, 1926 .......... 39
(e) December 28, 1929 .......... 40
(f) December 2, 1930 .......... 40
(g) December 21, 1932 .......... 41
(h) In effect 1933 .......... 41

9. Glacier National Park
(a) December 3, 1910 .......... 42
(b) March 30, 1912 .......... 42
(c) May 13, 1914 .......... 43
(d) April 15, 1918 .......... 43

(e)  December 12, 1928                                      44
(f)  March 6, 1930                                          44
(g)  December 3, 1930                                       45
(h)  December 21, 1932                                      46

10.  Rocky Mountain National Park
(a)  May 29, 1915                                           47
(b)  April 15, 1918                                         48
(c)  January 17, 1928                                       48
(d)  January 2, 1930                                        48
(e)  December 6, 1930                                       49
(f)  December 21, 1932                                      50

11.  Hawaii National Park
(a)  In effect 1929                                         50
(b)  December 21, 1932                                      51

12.  Acadia National Park
(a)  In effect 1929                                         51
(b)  In effect 1930                                         52
(c)  January 14 and December 21, 1932                       52

13.  Lassen Volcanic National Park
(a)  In effect 1929                                         52
(b)  In effect 1930                                         52
(c)  January 14, 1932                                       53
(d)  December 21, 1932                                      54

14.  Mount McKinley National Park
(a)  In effect 1929                                         54
(b)  In effect 1930                                         55
(c)  January 29, 1932                                       56

15.  Zion and Bryce Canyon National Parks
(a)  January 12, 1929                                       56
(b)  In effect 1931                                         57
(c)  February 6, 1932                                       57
(d)  December 21, 1932                                      58

16.  National Monuments
(a)  November 19, 1910                                      59
(b)  In effect 1930                                         59

17.  Carlsbad Caverns National Park
     February 28, 1933                                      59

18.  Great Smoky Mountains National Park
    (a)  May 9, 1932         60
    (b)  March 10, 1933      60
    (c)  In effect 1934/35      60

19.  Grand Canyon National Park
    (a)  January 16, 1928      61
    (b)  January 2, 1930      61
    (c)  January 9, 1931      62
    (d)  February 15, 1932      62
    (e)  December 21, 1932      63

20.  Grand Teton National Park
    (a)  In effect 1929      64
    (b)  In effect 1930      64
    (c)  January 29, 1932      64

21.  General (Service-wide) regulations
         June 18, 1936      65


Appendix A:
     1872 Yellowstone regulations      67
Appendix B:
     1881 Yellowstone regulations      68
Appendix C:
     1888 Yellowstone regulations      69

## FIREARMS REGULATIONS
## 1897 – 1936

YELLOWSTONE NATIONAL PARK[3]

1.  Regulations of June 1, 1897 –

    (5)  Hunting or killing, wounding or capturing, of any bird or wild animal, except dangerous animals, when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits[4], including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park.

    "Rules and Regulations of the Yellowstone National Park," June 1, 1897.  *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1898, Miscellaneous Reports [vol. 3]* (Washington:  Gov't Printing Office, 1898), p. 972.  See also, Act of May 7, 1894, ch. 72, 28 Stat. 73, in particular, §4 (28 Stat. 74).

    N.B.  In his report to the Secretary of August 31, 1897, the acting superintendent, Maj. Gen. S.B.M. Young, United States Volunteers (Colonel Third Cavalry), wrote in connection with this regulation:

Carrying Firearms through the Park

    The custom of carrying firearms through the park has been almost universal among those who live in the neighboring States and travel in their own conveyances, or on saddle animals accompanied by pack animals.  During the first half of the season it was found that many firearms, fastened with red tape and sealing wax at the point of entry, had broken seals at the point of exit.  In many cases it was evident that the seals were broken by accident; others showed signs of having been broken and resealed.  To remedy this a new system of sealing has been adopted similar to that used by express companies . . . .  The regulation prohibiting firearms in the park, except on written permission from the superintendent [in which case the arms were sealed], has been strictly enforced.  It is essential to the protection of the park.

---

[3]  The very first park regulations were apparently promulgated by Secretary of the Interior Columbus Delano at the time of the dedication of YELL.  They are attached hereto as Appendix A.
[4]  The first park regulations to mention "outfits," were the YELL regulations of July 1, 1888, reproduced in Appendix C.  The interim regulations, dated May 4, 1881, are found in Appendix B.

A certain sentiment of hostility toward the park and of antagonism toward the efforts of the authorities to protect the wild animals from destruction has existed and continues to exist among the ranchers and the people of the settlements near the park boundaries. This feeling of hostility seems to be due to an idea, which prevails widely, that a reservation of any part of the public domain for the perpetual benefit of the whole people is an invasion and an abridgement of the private rights of the people of the adjoining region. This idea naturally arises from an ignorance of the benefits that result from such reservations to the people of the whole country and an equal ignorance of the advantages which accrue to the inhabitants of the immediate vicinity. In consequence of the benefits which have already resulted to this region from the existence of this park as a breeding place from which the surplus game may wander down into the adjoining country where it may be freely taken, and from the opportunities afforded by the park for remunerative employment during the summer season, there is already a marked diminution of this hostile feeling. As these benefits come to be better understood I believe that this hostility will further diminish, and my best efforts shall be devoted to the encouragement of a friendly sentiment toward the park among the citizens of the surrounding country.

*Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1897. Miscellaneous Reports [vol. 3]* (Washington: Gov't Printing Office, 1897), pp. 781-82.

In his report for the year prior to the regulation's adoption, Acting Superintendent Young stated:

Over 200 stand of arms have been taken from persons entering the park by the two main thoroughfares, including those taken from parties found inside, and as a probable resultant, young broods of quail and grouse abound throughout the park. The deer, bear, lynx, fox, coon, tree squirrel, and chipmunk, although not scarce, are not so plentiful as they should be in their natural home in the park. If firearms, hunters, and trappers are kept out of the park they will multiply and become plentiful, and their instinctive fear of man will gradually so lessen in a few years that visitors will be enabled to see and study them in their natural state. These animals drift down below the heavy snow line in winter and the supply that is taken by ranchmen and hunters outside the park boundaries will be a sufficient trimming in numbers to promote a healthful breeding and growth in the natural game nursery within the boundaries.

*Report of Secretary of the Interior; Being Part of the Message and Documents Communicated to the Two Houses of Congress at the Beginning of the Second Session of the Fifty-Fourth Congress. In Five Volumes.* (Washington: Gov't Printing Office, 1896), vol. III, p. 740.

After the regulation's promulgation, the Sec'y of the Interior commented as follows:

The regulations prohibiting firearms in the park, except under written permission of the superintendent, have been strictly observed, the enforcement thereof being essential to the best interest of the park.

*Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1897, Report of the Secretary of the Interior [vol.1] (Washington: Gov't Printing Office, 1897)*, p. LXXXIII.

2. Regulations of April 1, 1899 –

(5)  Hunting or killing, wounding, or capturing of any bird or wild animal, except dangerous animals, when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park.</u>

"Rules and Regulations of the Yellowstone National Park," April 1, 1899.  *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1900*, p. 535.

3. Regulations of July 1, 1900 –

(5)  Hunting or killing, wounding or capturing of any bird or wild animal, except dangerous animals, when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park.</u>

*Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1901, Miscellaneous Reports, Part I* (Washington: Gov't Printing Office, 1901), p. 540.

4. Regulations of February 7, 1902 –

(5)  Hunting or killing, wounding, or capturing of any bird or wild animal, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under

other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park</u>.

"Rules and Regulations of the Yellowstone National Park," February 7, 1902.  *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1904.  Miscellaneous Reports.  Part I. Bureau Officers, etc.* (Washington:  Gov't Printing Office, 1904), p. 367.

Superintendent S.B.M. Young included the following in his annual report for FY '07:

Evidence of poaching in former unfrequented portions of the park difficult of access have been found particularly in the northwest corner, where within the last fortnight a trapper's cabin, supplied with provisions, cooking utensils, and bedding, was found . . . .

In addition to the trails shown on the map crossing the boundary lines of the park there are numerous other trails – all originally made by hunters, trappers, and prospectors.  There are now four main entrance roads leading into the park – north, east, south, and west – which seem to be sufficient for all purposes concerning the park and for accommodation of visitors.  Applications have come to this office from far and near for permission to enter the park on these various trails with arms, in order to pass through the park for the purpose of hunting outside of the park.  All such applications for permits to carry guns unsealed through any portion of the park have been refused, but permission to carry sealed guns has been granted to persons who enter the park at one of the regular stations where their guns may be sealed, and make exit at one of the regular stations (their route through the park being particularly specified) where their guns may be unsealed and condition reported upon.  Permits to carry game or game trophies through the park have been refused.  There has been much adverse criticism by hunters and guides on these rulings, but the best interests of the park demand that is shall no longer continue a thoroughfare for sportsmen, hunters, and game-slaughterers.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1907.  Administrative Reports in 2 Volumes.* (Washington:  Gov't Printing Office, 1907), pp. 551-52.

In 1908, Young added:

Poachers and other violators of the law were arrested in every quarter of the park, and several arrests were made outside the park in Wyoming and Montana on information and evidence furnished by park scouts, and the parties were convicted.  It is evident, however, that many poachers escaped arrest.  There are not sufficient scouts for thorough protection against poachers.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1908.*
*Administrative Reports in 2 Volumes.* (Washington:  Gov't Printing Office, 1908), p. 409.

5.  Regulations of July 2, 1908 –

(5)  Hunting or killing, wounding or capturing any bird or wild animal, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park</u>.

*Laws and Regulations Relating to the Yellowstone National Park, Wyoming* (Washington: Gov't Printing Office, 1908), p. 13.

6.  Regulations of May 27, 1911 –

(5)  Hunting or killing, wounding, or capturing any bird or wild animal, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard parties having firearms, traps, nets, seines, or explosives will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park</u>.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1911.*
*Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1912), p. 575.

7.  Regulations in effect April 15, 1918 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except

dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.

*General Information Regarding Yellowstone National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), p. 67.

8.  Regulations of February 18, 1929 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Yellowstone National Park* (1929), pp. 61-62.

9.  Regulations of January 11, 1930 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Yellowstone National Park* (1930), p. 64.

10.  Regulations of December 20, 1930 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Yellowstone National Park* (1931), pp. 56-57.

11.  Regulations of January 23, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

Molesting, teasing, or touching the bears is prohibited. Persons feeding bears do so at their own risk and peril.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animals shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 of the act of Congress approved May 7, 1894 (28 Stat. 73), entitled: "An act to protect the birds and animals of Yellowstone National Park, and to punish crimes in said park, and for other purposes."

*Circular of General Information Regarding Yellowstone National Park* (1932), pp. 57-58.

12.  Regulations of December 21, 1932 –

 (4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting, or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

Feeding directly from the hand, touching, teasing, or molesting bears is prohibited. Persons photographing bears do so at their own risk and peril.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeiture shall be adjudicated as a penalty in addition to other punishment. Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior. Possession within said park of the dead bodies or any part thereof of any wild bird or animals shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the parks.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the parks sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 of the act of Congress approved May 7, 1894 (28 Stat. 73), entitled: "An act to protect the birds and animals in Yellowstone National Park, and to punish crimes in said park, and for other purposes."

*General Information Regarding Yellowstone National Park* (Washington:  Gov't Printing Office, 1933), pp. 48-49.

SEQUOIA AND GENERAL GRANT NATIONAL PARKS

1.  Regulations of Sequoia National Park of June 2, 1902 –

(6)  Hunting or killing, wounding, or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent then from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person, or persons, violating this regulation and the actual owner thereof was not a party to such violation.  Firearms will only be permitted in the park on written permission from the superintendent thereof.

"Rules and Regulations of the Sequoia National Park," June 2, 1902.  *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1903*, *Miscellaneous Reports, Part I* (Washington:  Gov't Printing Office, 1903), p. 551.

2.  Regulations of General Grant National Park of June 2, 1902 –

(6)  Hunting or killing, wounding, or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent then from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person, or persons,

violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof</u>.

"Rules and Regulations of the General Grant National Park," June 2, 1902. *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1903*, *Miscellaneous Reports, Part I* (Washington: Govt' Printing Office, 1903), p. 553.

<u>N.B.</u>  The acting superintendent of Sequoia and Gen'l Grant National Parks added the following to his annual report for the Fiscal Year ended June 30, 1905:

In my opinion, tourists entering this park have no use for guns.  Hunting is at no time permitted, and the game is not threatening or dangerous.  The excuse might be offered that the tourists were en route to the forest reserve and were simply taking their guns through.  I would therefore recommend that the carrying of guns through the park be permitted only on the Mineral King road, which is a county road, and that it be made generally known that no gun will be permitted within the park at any other place without first obtaining the permission of the acting superintendent, and that this permission be generally denied, except to those for whom the acting superintendent himself could be individually responsible.  The sealing of guns would soon lead to the belief that the general right to carry guns in the park exists, and that the absence of one authorized to seal the gun at the point where the park was entered was sufficient justification for entering the park with an unsealed gun.  Notices and regulations are soon ignored and lose their effect when privileges begin to be considered as rights, and the work of the rangers and guards is increased, as a practice once tolerated, because of a misunderstanding or mistaken belief, grows into an ungovernable nuisance and a source of never-ending trouble.  I therefore consider it best to have it generally known that no persons will be permitted to carry guns in the park, except over the Mineral King road, above mentioned.  There would then be no excuse for a man being found in the park with an unsealed gun.  Rangers and guards can not be at all points, especially along the reserve, at which people enter.

*Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1905. Report of the Secretary of the Interior and Bureau Officers, etc.* (Washington:  Gov't Printing Office, 1905), pp. 712-13.

The next year, the Secretary of the Interior commented thus:

The rules and regulations were carefully observed by the soldiers, and their duties were performed in a thorough and satisfactory manner.  The visitors to the parks seemed disposed to confirm to all the requirements, while the residents in the vicinity of the parks seemed interested in having the regulations obeyed.  Violations of the regulations occurred in but two instances:  A man brought a pistol into Sequoia Park without having it sealed; it was taken from him and will be held until the close of the season.  Another man was found hunting in Sequoia Park; his gun was taken from him and he was ejected from the park.

*Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1906. Report of the Secretary of the Interior and Bureau Officers, etc.* (Washington: Gov't Printing Office, 1906), p. 203

3.  Regulations [of both parks] of March 30, 1907 –

(6)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person, or persons, violating this regulation, and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof</u>.

*Laws and Regulations Relating to the Sequoia and General Grant National Parks, California* (Washington:  Gov't Printing Office, 1908), pp. 9, 11.

4.  Regulations of March 30, 1912 –

(6)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person, or persons, violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof</u>.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), p. 683.

5.  Regulations in effect April 15, 1918 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild

animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.</u>

> *General Information Regarding Sequoia and General Grant National Parks – Season of 1918* (Washington:  Gov't Printing Office, 1918), pp. 33-34.

6.  Regulations of January 14, 1928 –

   (4)  *Hunting.*—The parks are sanctuaries for wild life of every sort and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said parks.

   The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description, used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said parks, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said parks, or either of them, of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the parks except upon written permission of the superintendent.  Visitors entering or traveling through the parks to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the parks sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

   NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress, approved June 2, 1920 (41 Stat. 732), accepting the cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

   This act by its terms applies to all lands within said parks, whether in public or private ownership.

> *Circular of General Information Regarding Sequoia and General Grant National Parks* (Washington:  Gov't Printing Office, 1928), p. 23.

7.  Regulations of January 2, 1930 –

(4) *Hunting*.—The parks are sanctuaries for wild life of every sort and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said parks.

Molesting, teasing, or touching the bears is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description, used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said parks shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said parks, or either of them, of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the parks except upon written permission of the superintendent.  Visitors entering or traveling through the parks to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the parks sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors</u>.

Note.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said parks, whether in public or private ownership.

*Circular of General Information Regarding Sequoia and General Grant National Parks* (1930), p. 33-34.

8.  Regulations of December 6, 1930 –

(4) *Hunting*.—The parks are sanctuaries for wild life of every sort and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said parks.

Molesting, teasing, or touching the bears is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description, used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said parks shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said parks, or either of them, of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the parks except upon written permission of the superintendent.  Visitors entering or traveling through the parks to places beyond shall, at entrance, report and surrender all firearms,</u>

13

traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the parks sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said parks, whether in public or private ownership.

*Circular of General Information Regarding Sequoia National Park and General Grant National Park* (1931), pp. 43-44.

9.  Regulations of December 21, 1932 –

(4)  *Hunting.*—The parks are a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the parks.

Feeding directly from the hand, touching, teasing, or molesting bears is prohibited. Persons photographing bears do so at their own risk and peril.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of the parks shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said parks of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the parks carcasses of birds or animals killed outside of the parks.

Firearms are prohibited within the parks except upon written permission of the superintendent.  Visitors entering or traveling through the parks to places beyond shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the parks sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732),

14

accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said parks, whether in public or private ownership.

*General Information Regarding Sequoia and General Grant National Parks* (Washington: Gov't Printing Office, 1933), pp. 37-38.

YOSEMITE NATIONAL PARK

1.  Regulations of June 2, 1902 –

(6)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party  to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.

"Rules and Regulations of the Yosemite National Park," June 2, 1902.  *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1903*, *Miscellaneous Reports, Part I* (Washington:  Govt' Printing Office, 1903), p. 526.

In his Annual Report for 1905, Secretary Hitchcock commented on Yosemite's firearm regulation as follows:

The duty of enforcing the regulation prohibiting the killing of game in the park continues to be a matter of considerable difficulty.  Heretofore the custom has been to require persons entering the park with firearms in their possession to surrender such arms during their stay in the park, or, when the parties desired to leave the reservation by a different route, the arms were sealed up and delivered to the owners, with a permit to carry the sealed arms through the park.  It has been found, however, that this system afforded no protection to the game in the park, inasmuch as persons entering the reservation with the object of hunting would have their arms sealed up by the first detachment of troops they met and as soon as they were out of sight would break the seals; thereafter, if they met other troops, they would claim that their arms had not been previously sealed; and there being no means of disproving this statement, the second detachment could only again put seals upon the weapons, to be a second time broken, so that the owners could use the weapons in violation of the park regulations.

15

Owing to this practice, the sealing of arms has been discontinued during the past season, and persons entering the park have been required by the first patrol they encountered to surrender any weapons in their possession. A large number of applications for permits to carry rifles and shotguns into the park for alleged "protection" were received; but as the applicants declined to give any information regarding their plans and purposes, only one such request was granted. In the case of parties of tourists consisting partly of women permits to carry revolvers were given to some of the men in the party. Notwithstanding these precautions, it has been impracticable to prevent entirely the killing of game in the park, as entrance thereto can be had at almost any point, and hunters can thus sometimes evade the various detachments of troops patrolling the reservation.

*Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1905. Report of the Secretary of the Interior and Bureau Officers, etc.* (Washington: Gov't Printing Office, 1905), pp. 165-66.

Captain H.C. Benson, Fourth Cavalry, the acting superintendent of Yosemite reported as follows:

### Permits to Carry Arms

Numerous letters have been prepared at the instance of one Congressman, requesting that a number of parties who are desirous of making trips through the park be permitted to carry firearms for their protection, promising to conform to all the regulations. Regulations positively prohibit the killing of game. The carrying of firearms in the Yosemite National Park, or any national park, means that the person so carrying them is on a hunting trip; and it is so recognized throughout this part of the country. These letters were never presented, as stated in the body of the letter, but were always mailed to the acting superintendent by the party desiring a permit, with the request that the permit be forwarded to him saying nothing, however, about his intention of conforming to the rules and regulations. Letters were therefore addressed to these people, requesting that they inform the acting superintendent of the date when they expected to reach the park, where they expected to enter, what places they expected to visit, and how long they expected to remain, requesting also a statement from each member of the party that the arms would not be used for the killing of game. In no instance whatever have these questions been answered. In some cases the letters were not answered at all, while in other instances their reply simply was that the party had changed his mind and would not visit the Yosemite, and others, again, stated that they had decided not go on a camping trip this year. The spectacle of from five to seven men arriving on the park limits on the first day of the "open" season, each an provided with a rifle, and the majority of them with shotguns also, all for the purpose of "protection," would be an amusing one were it not for the fact that it meant the slaughter of game within the park. Under the circumstances, but one such permit was granted. Permits were given for the carrying of revolvers by men when they were accompanied by women, but in no other cases.

It was positively known to the acting superintendent that the sealing of arms in previous years was but a farce, as the seals were broken immediately upon leaving the detachments, in many cases, and that when the next detachment was encountered the statement was made that the guns had not been previously sealed. As there was nothing to disprove this statement, the guns would be again sealed to be again broken and used in violation of park regulations. For this reason, arms have not been sealed this season.

The protection of game is a very difficult matter, due to the fact that entrance can be had to the park at almost any point whatever, and to the fact that all of the inhabitants of this region believe that the game in the mountains belongs to them. With the withdrawal of the troops, there is absolutely nothing to prevent the annual influx of hunters. The game having been driven from the higher mountains by the snow and having grown quite tame during the summer from not being interfered with or frightened, fall easy prey to the unscrupulous.

    Id. at 697-98.

In his report for the Fiscal Year ended June 30, 1906, Secretary Hitchcock stated:

[According to the Yosemite superintendent] the Yosemite Valley has, under the control of the State of California, been a death trap to game unfortunate enough to enter it. Practically every person living in the valley kept a rifle, shotgun, and revolver, and game of every description was considered legitimate prey. It is hoped that within a short time, now that the rules and regulations prescribed by the Department for the protection of game can be enforced in Yosemite Valley, that the game will soon learn that it is a safe retreat and not a death trap.

The rules do not permit the carrying of firearms in the park. In the early part of the season two men were arrested by the park rangers for killing deer in the park; they were prosecuted under the State game laws and each fined . . . .

*Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1906. Report of the Secretary of the Interior and Bureau Officers, etc.* (Washington: Gov't Printing Office, 1906), p. 195.

The acting superintendent gave an example of the constant battle against poaching in his annual report:

In the latter part of August, 1906, a letter was received from the Department stating that Mr. W.T. Scoon, of Modesto, Cal., with a party of friends, would make a trip through the reservation for protection, promising to conform to all the regulations. Notice was received by me from Mr. Scoon on September 5 that it was his purpose, with his party of four, to leave Modesto on or about the 10th of September. I thereafter requested him to advise me as to the names of the people who would compose his party and the point at which he expected to enter the park, in order to make arrangements for their reception at the point of entrance, to which he replied,

under date of September 11, stating "We will go up on the Oak Flat road by the way of Crockers and there will be in the party A.N. Crow, R.B. Crow, James Klo, and myself, and the party expects to leave Modesto September 13."

As there is absolutely no reason for carrying firearms for "protection" in the park, and the rules do not permit the carrying of firearms, and noting that the two members of this party, namely, the Crow Brothers, have on previous occasions killed game in the park when they were carrying firearms under a permit in which they had stipulated to conform to the rules and regulations, I sent an officer and two men to accompany this party in order that they might secure the "protection" they desired. They seemed much surprised and greatly put out that they were to be furnished with this protection. They stated that they had no intention whatever of hunting generally, but desired only to kill two or three bucks, just sufficient for their own use. They remained several days, debating whether they would go on the trip if they were not permitted to hunt, but finally moved to Poopenaut Valley, remained there several days, then went to Lake Eleanor for a few days, and finally left the park. It was undoubtedly their intention of going on a hunting trip pure and simple, as each man carried a rifle and a shotgun and they were provided with thirty days' rations. They remained in the park but ten days. It was not "protection" they desired of their firearms, but a definite intention to violate the rules and regulations of the park by hunting.

. . . . Immediately upon the withdrawal of the troops from the park it is overrun with pot hunters, and these same men often remain throughout the entire winter, killing and trapping all the game in their vicinity.

As the park can be entered from all points of the compass it is impracticable to keep these hunters out except by constant patrolling on the part of troops or rangers. As the rangers live, one on the south side and the other to the far southwest of the park, and make no attempt to patrol except a few miles from the residence of one, and that only on a wagon road, their services during winter are of but little value, and the game receives scarcely any protection from them.

  Id. at 653-54.

2. Regulations of February 29, 1908[5] –

  (4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or

---

[5] In connection with YOSE, as early as 1896 the Sec'y of the Interior noted that "all persons [were] required to surrender" firearms, no permits for their carry being issued. Given "the depredations upon the game and song birds" it was felt that this policy was necessary, in order "[t]o prevent as far as possible trespass and flagrant violation of the rules of the park during the close-season . . . of California." The Sec'y went on to state that "[p]ersons entering by trails from the north and east on which there were no permanent guard posts, were, when discovered, disarmed by patrol parties. Notwithstanding the adoption of such stringent measures firearms have been occasionally smuggled in by campers." *Report of the Secretary of the Interior* [etc.] (Washington: Gov't Printing Office, 1896), vol. 1, p. CV.

means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.</u>

> *Laws and Regulations Relating to the Yosemite National Park, California* (Washington: Gov't Printing Office, 1908), p. 15.

3. Regulations of June 1, 1909 –

(4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives, will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park</u>.

> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1909. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1910), p. 436.

4. Regulations of March 30, 1912 –

(4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives, will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park</u>.

> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes. Volume I* (Washington: Gov't Printing Office, 1913), pp. 670-71.

5.  Regulations of May 11, 1914 –

> (4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives, will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park</u>.

> > *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1914. Administrative Reports in 2 Volumes. Volume I* (Washington: Gov't Printing Office, 1915), p. 738.

In his annual report for Fiscal Year 1916, the superintendent addressed the firearms regulation as follows:

> Approximately 1,500 firearms of various sorts and calibers have been sealed or taken up during the year.  At present firearms carried by through automobile passengers are sealed and the owners are permitted to retain possession.  In such cases the number of guns sealed is stated on the permit and the seals are broken by the ranger at the point of exit.  Those brought into the park by people on foot or horseback are taken up and turned in to the supervisor's office, whence they are shipped to the owner at the latter's risk.  This method of handling firearms has proven very satisfactory.  There should, however, be incorporated in the firearms regulations a clause stating, in effect, that in cases where arms once sealed are later found with seals broken, or in cases where arms are brought into the park unsealed in direct violation of the regulations, or in cases where there is any attempt to evade the regulations by denial of possession or concealment, said arms shall be promptly confiscated and the party shall forfeit all claim thereto.

> > *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1916. Volume I* (Washington: Gov't Printing Office, 1917), p. 794.

For Fiscal Year 1917, the superintendent noted:

Firearms to the number of 1,794, of various classes, were handled by the ranger department during the year.  Of these 1,236 were sealed at the park entrances, and 558 were taken up by the park rangers at various points and were later returned to their respective owners.  The method of handling firearms was the same as that used through the latter part of the 1916 season.  Firearms carried by automobile passengers are sealed at the park entrance and are allowed to remain in the possession of the owner.  In this case the number of guns sealed is noted on the permit by the ranger issuing the permit and the seals are in turn broken by the ranger at point of exit.  Those brought into the park by people on foot or horseback are taken up and turned into the supervisor's office, whence they are shipped to the owners at the latter's risk.  Likewise, in cases where persons are found in the park with firearms which have not been sealed, such firearms are taken up and handled in the same manner.  In the latter case, unless the owner can readily explain the reason for carrying unsealed firearms, additional penalties in the way of fines are imposed.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1917.  Volume I* (Washington:  Gov't Printing Office, 1918), p. 935.

6.  Regulations in effect April 15, 1918 –

(5)  *Hunting*.—The park is a sanctuary for wild life of every sort, and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.</u>

*General Information Regarding Yosemite National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), pp. 33-34.

7.  Regulations of November 24, 1928 –

(5)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping,

ensnaring, or capturing birds or wild animals within the limits of said park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE.  The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress, approved June 2, 1920 (41 Stat. 732), accepting cession of the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Yosemite National Park* (1929), pp. 41-42.

8.  Regulations of January 14, 1930 –

(5)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress, approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Yosemite National Park* (1930), p. 45.

9. Regulations of December 8, 1930 –

(5) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation. <u>Firearms are prohibited within the park except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress, approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Yosemite National Park* (Washington: Gov't Printing Office, 1931), pp. 45-46.

10. Regulations of January 13, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or

animals shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park . . . and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Yosemite National Park* (1932), pp. 42-43.

11.  Regulations of December 21, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Feeding directly from the hand, touching, teasing, or molesting bears is prohibited. Persons photographing bears do so at their own risk and peril.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park

officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 5 and 6 of the act of Congress approved June 2, 1920 (41 Stat. 732), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Yosemite National Park, Sequoia National Park, and General Grant National Park, respectively, and for other purposes.

This act by its terms applies to all lands within said parks, whether in public or private ownership.

*General Information Regarding Yosemite National Park* (Washington:  Gov't Printing Office, 1933), pp. 34-35.


MESA VERDE NATIONAL PARK

1.  Regulations of March 19, 1908 –

(8)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than those prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  Firearms will be permitted in the park only on written permission from the superintendent thereof.

*Laws and Regulations Relating to the Mesa Verde National Park, Colorado* (Washington: Gov't Printing Office, 1908), p. 9.

2.  Regulations of March 30, 1912 –

(8)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will be permitted in the park only on written permission from the superintendent.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes. Volume I* (Washington: Gov't Printing Office, 1913), pp. 715-16.

3. Regulations in effect April 15, 1918 –

(5) *Hunting*.—The park is a sanctuary for wild life of every sort and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed</u>.

*General Information Regarding Mesa Verde National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), p. 47.

4. Regulations of December 11, 1928 –

(5) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors</u>.

*Circular of General Information Regarding Mesa Verde National Park* (Washington:  Gov't Printing Office, 1929), p. 54.

5.  Regulations of March 1, 1930 –

(5)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors</u>.

*Circular of General Information Regarding Mesa Verde National Park* (Washington:  Gov't Printing Office, 1930), p. 56.

6.  Regulations of January 8, 1931 –

(5)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers</u>

authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Mesa Verde National Park* (Washington: Gov't Printing Office, 1931), p. 57.

7. Regulations of December 21, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting, killing, wounding, capturing, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*General Information Regarding Mesa Verde National Park* (Washington:  Gov't Printing Office, 1933), pp. 55-56.

CRATER LAKE NATIONAL PARK

1. Regulations of August 27, 1902 –

(4)  Hunting or killing, wounding or capturing, any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation.

<u>Firearms will only be permitted in the park on written permission from the superintendent thereof.</u>

"Rules and Regulations of the Crater Lake National Park," August 27, 1902. *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1903. Miscellaneous Reports. Part I. Bureau Officers, etc.* (Washington:  Gov't Printing Office, 1903), p. 567.

2.  Regulations of June 10, 1908 –

(4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof.</u>

*Laws and Regulations Relating to the Crater Lake National Park, Oregon* (Washington: Gov't Printing Office, 1908), p. 6.

<u>N.B.</u>  In his annual report for Fiscal Year 1911, superintendent W.F. Arant addressed the system of surrendering firearms upon arrival thus:

During the last season all guns were taken at the superintendent's office, checked, and returned upon presentation of the coupon when the visitor was ready to depart from the park.

As a matter of safety and a prevention of violation of the rules and regulations of the reserve this mode was not objectionable, but was laborious and somewhat inconvenient to both the management of the park and the public.  Under this method there are usually from 20 to 50 guns in the office all the time.  I made requisition to the department for gun seals, such as are used in the Yellowstone Park, with instructions regarding their use.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1911. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1912), p. 657.

3.  Regulations of March 30, 1912 –

(4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or

means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof</u>.

> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), p. 730.

4.  Regulations in effect April 15, 1918 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed</u>.

> *General Information Regarding Crater Lake National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), pp. 14-15.

5.  Regulations of January 19, 1928 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals, when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals or in possession of game killed on the park lands under circumstances other than prescribed above shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited</u>

in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officers nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Crater Lake National Park* (Washington:  Gov't Printing Office, 1929), p. 13.

6.  Regulations of December 28, 1929 –

(4)  Hunting.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals, when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases, may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officers, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Crater Lake National Park* (Washington:  Gov't Printing Office, 1930), p. 13.

7.  Regulations of January 14, 1931 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals, when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of

31

the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Crater Lake National Park* (1931), pp. 14-15.

8.  Regulations of January 15, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

<u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE.  The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 and 5 of the act of Congress approved August 21, 1916 (39 Stat. 521), accepting cession by the State of Oregon of exclusive jurisdiction of the lands embraced in the Crater Lake National Park, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Crater Lake National Park* (1932), pp. 22-23.

9.  Regulations of December 21, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or wild animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved August 21, 1916 (39 Stat. 521), accepting cession by the State of Oregon of exclusive jurisdiction of the lands embraced in the Crater Lake National Park, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*General Information Regarding Crater Lake National Park* (Washington:  Gov't Printing Office, 1933), pp. 20-21.

MOUNT RAINIER NATIONAL PARK

1.  Regulations of August 1, 1903 –

(2)  The hunting or killing, wounding or capturing of any bird or wild animal on the Government lands in the park, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  Firearms will only be permitted in the reservation on the written permission of the acting superintendent.

"Regulations Governing Mount Rainier National Park." *Annual Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1904. Miscellaneous Reports. Part I. Bureau Officers, etc.* (Washington: Gov't Printing Office, 1904), p. 442.

N.B.  In his annual report, the acting superintendent commented on this regulation thus:

> Public sentiment very strongly indorses the regulation which prohibits carrying firearms within the limits of the park except by written permit issued by the acting superintendent.  This regulation has been thoroughly enforced by the forest rangers without any special difficulty.  In one instance they were obliged to take the guns from two men who were in the park under the pretext of being prospectors, but who were actually there to kill whatever large game they might come across.  This was not long after the regulation was issued, and they were, perhaps, not at the time aware that guns were prohibited.

> Id. at 440.

2.  Regulations of June 10, 1908 –

(4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof</u>.

*Laws and Regulations Relating to the Mount Rainier National Park, Washington* (Washington:  Gov't Printing Office, 1908), p. 8.

3.  Regulations of March 30, 1912 –

(4)  Hunting or killing, wounding, or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  <u>Firearms will only be permitted in the park on written permission from the superintendent thereof</u>.

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), p. 700.

4.  Regulations in effect April 15, 1918 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed</u>.

*General Information Regarding Mount Rainier National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), p. 33.

5.  Regulations of November 22, 1928 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort and hunting, killing, wounding or capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds, or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines or other property so surrendered to any park officer nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors</u>.

*Circular of General Information Regarding Mount Rainier National Park* (Washington: Gov't Printing Office, 1929), p. 28.

6. Regulations of December 30, 1929 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort and hunting, killing, wounding, capturing, or frightening any bird or wild animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. <u>Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Mount Rainier National Park* (1930), p. 29.

7. Regulations of December 8, 1930 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. <u>Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases, may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers</u>

<u>authorized to accept responsibility of custody of any property for the convenience of visitors</u>.

*Circular of General Information Regarding Mount Rainier National Park* (Washington: Gov't Printing Office, 1931), pp. 28-29.

8.  Regulations of December 21, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

<u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors</u>.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved June 30, 1916 (39 Stat. 243), accepting cession by the State of Washington of exclusive jurisdiction of the lands embraced within the Mount Rainier National Park.

This act by its terms applies to all lands within said park whether in public or private ownership.

*General Information Regarding Mount Rainier National Park* (Washington:  U.S. Gov't Printing Office, 1933), pp. 27-28.

PLATT NATIONAL PARK[6]

Regulations of June 10, 1908 –

(6)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof</u>.

*Laws and Regulations Relating to the Platt National Park, Oklahoma* (Washington:  Gov't Printing Office, 1908), pp. 11-12.

WIND CAVE NATIONAL PARK

1.  Regulations of June 10, 1908 –

(5)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. <u>Firearms will only be permitted in the park on written permission from the superintendent thereof</u>.

*Laws and Regulations Relating to the Wind Cave National Park, South Dakota* (Washington: Gov't Printing Office, 1908), p. 7.

2.  Regulations of March 30, 1912 –

(5)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or

---

[6] Originally Sulphur Springs Reservation, renamed and redesignated Platt National Park June 29, 1906; combined with Arbuckle National Recreation Area and additional lands and renamed and redesignated Chickasaw National Recreation Area March 17, 1976.

inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the supervisor and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the supervisor thereof.

> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1915. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1916), p. 1046.

3.  Regulations in effect April 15, 1918 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.

> *General Information Regarding Wind Cave National Park – Season of 1918* (Washington: Gov't Printing Office, 1918), pp. 16-17.

4.  Regulations of March 8, 1926 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this

regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.</u>

<u>The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines or other property so surrendered to any park officer nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

> *Circular of General Information Regarding Wind Cave National Park* (Washington:  Gov't Printing Office, 1929), pp. 9-10.

5.  Regulations of December 28, 1929 –

> (4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.
>
> The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.</u>

> *Circular of General Information Regarding Wind Cave National Park* (1930), pp. 9-10.

6.  Regulations of December 2, 1930 –

> (4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.
>
> The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory

evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.

The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Wind Cave National Park* (Washington:  Gov't Printing Office, 1931), pp. 9-10.

7.  Regulations of December 21, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park, under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*General Information Regarding Wind Cave National Park* (Washington:  U.S. Gov't Printing Office, 1933), pp. 9-10.

8.  Regulations in effect 1933 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting, killing, wounding, frightening, capturing or attempting to capture at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from

destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park, under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the Office of National Parks, except I cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

Firearms and traps are prohibited within the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender, if required, all firearms, traps, seines, nets or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

*General Information Regarding Wind Cave National Park* (Washington:  Gov't Printing Office, 1934), p. 11.

GLACIER NATIONAL PARK

1.  Regulations of December 3, 1910 –

(4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives will turn them over to the officer in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park.

*Laws, Regulations, and General Information Relating to Glacier National Park, Montana 1910* (Washington:  Gov't Printing Office, 1911), p. 6.

2.  Regulations of March 30, 1912 –

(4)  Hunting or killing, wounding or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner thereof was not a party to such violation.  Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard parties having firearms, traps, nets, seines, or explosives will turn them over to the sergeant in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park.

> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), p. 752.

3.  Regulations of May 13, 1914 –

(4)  Hunting or killing, wounding, or capturing any bird or wild animal on the park lands, except dangerous animals when necessary to prevent them from destroying life or inflicting an injury, is prohibited.  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, will be taken up by the superintendent and subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation.  Firearms will only be permitted in the park on written permission from the superintendent thereof.  On arrival at the first station of the park guard, parties having firearms, traps, nets, seines, or explosives will turn them over to the officer in charge of the station, taking his receipt for them.  They will be returned to the owners on leaving the park.

> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1914. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1915), p. 833.

4.  Regulations in effect April 15, 1918 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than

prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.

*General Information Regarding Glacier National Park – Season of 1918* (Washington:  Gov't Printing Office, 1918), p. 65.

5.  Regulations of December 12, 1928 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons within said park limits when engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.  The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress, approved August 22, 1914 (38 Stat. 700) accepting cession by the State of Montana of exclusive jurisdiction over the lands embraced within the Glacier National Park.

This act by its terms applies to all lands within the park, whether in public or private ownership.

*Circular of General Information Regarding Glacier National Park* (1929), pp. 33-34.

6.  Regulations of March 6, 1930 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited, within the limits of said parks.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons within said park limits when engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE.—This paragraph is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved August 22, 1914 (38 Stat. 700), accepting the cession by the State of Montana of exclusive jurisdiction over the lands embraced within the Glacier National Park.

This act by its terms applies to all lands within the park, whether in public or private ownership.

Game killed or taken within the park, and firearms in possession therein, in violation of these regulations, shall be forfeited to the United States, and any employee of the park assigned to police duty shall have authority to search without a warrant any automobile or other vehicle, or any container therein, for such game or firearms and to seize the same if found, when he has reasonable grounds for belief that the automobile or other vehicle, or container therein, contains game or firearms subject to forfeiture as provided herein.

*Circular of General Information Regarding Glacier National Park* (Washington:  Gov't Printing Office, 1930), p. 33.

7.  Regulations of December 3, 1930 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons within said park limits when engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies, or any part thereof, of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no</u>

responsibility for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

Game killed or taken within the park, and firearms in possession therein, in violation of these regulations, shall be forfeited to the United States, and any employee of the park assigned to police duty shall have authority to search without a warrant any automobile or other vehicle, or any container therein, for such game or firearms and to seize the same if found, when he has reasonable grounds for belief that the automobile or other vehicle, or container therein, contains game or firearms subject to forfeiture as provided therein.

NOTE.—This paragraph is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved August 22, 1914 (38 Stat. 700), accepting cession by the State of Montana of exclusive jurisdiction over the lands embraced within the Glacier National Park.

This act by its terms applies to all lands within the park, whether in public or private ownership.

*Circular of General Information Regarding Glacier National Park* (1931), pp. 29-30.

8. Regulations of December 21, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

Feeding directly from the hand, touching, teasing, or molesting bears is prohibited. Persons photographic bears do so at their.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season, arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved August 22, 1914 (38 Stat.

700), accepting cession by the State of Montana of exclusive jurisdiction of the lands embraced within the National Park.

This act by its terms applies to all lands within said park whether in public or private ownership.

> *General Information Regarding Glacier National Park* (Washington:  Gov't Printing Office, 1933), p. 23.


ROCKY MOUNTAIN NATIONAL PARK

1.  Regulations of May 29, 1915 –

(5)  The park is a sanctuary for wild life of every sort, and no one should frighten, hunt or kill, wound or capture any bird or wild animal in the park except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

(6)  The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under other circumstances than prescribed above, must be taken up by the superintendent and held subject to the order of the Secretary of the Interior, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  Firearms will be permitted in the park only on written permission of the supervisor.  Visitors entering or travelling through the park to places beyond should, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.

> "Rules and Regulations Approved May 29, 1915."  *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1915*, *Administrative Reports in 2 Volumes* (Washington: Gov't Printing Office) vol. 1, p. 1124.

 In his annual report for Fiscal Year 1916, the superintendent added:

> There is no evidence of the slaughter of game during the past year in the park, a strict vigilance having been kept during the winter months for hunters and trappers. Mountain sheep are plentiful and no doubt increasing, and have been seen more frequently by tourists than in former years.   It is now possible to approach them quite closely, and one instance is known where an automobile came within 30 feet of a group which did not disturb them.  One ranger reports seeing 182 in one group near Specimen Mountain.
>
> Firearms are not allowed in the park and notice to this effect is posted at all entrances.
>
> *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1916.  Volume I* (Washington:  Gov't Printing Office, 1917), p. 794.

2. Regulations in effect April 15, 1918 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort and no one may frighten, hunt or kill, wound or capture any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, must be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms will be permitted in the park only on written permission of the superintendent.  Visitors entering or travelling through the park to places beyond must, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed</u>.

*General Information Regarding Rocky Mountain National Park – Season of 1918* (Washington:  Gov't Printing Office, 1918), pp. 26-27.

3. Regulations of January 17, 1928 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding or capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and, in proper cases, may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines or other property so surrendered to any park officer nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors</u>.

*Circular of General Information Regarding Rocky Mountain National Park* (Washington: Gov't Printing Office, 1929), p. 30.

4. Regulations of January 2, 1930 –

(4) *Hunting.*—The park is a sanctuary for wild life of every sort and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. <u>Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Rocky Mountain National Park* (1930), p. 29.

5. Regulations of December 6, 1930 –

(5) *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. <u>Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

*Circular of General Information Regarding Rocky Mountain National Park* (Washington: Gov't Printing Office, 1931), p. 30.

6.  Regulations of December 21, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

Note.—The foregoing regulation is in effect a declaration of the law on this subject contained in sections 4 and 5 of the act of Congress approved March 2, 1929 (45 Stat. 1536), accepting cession by the State of Colorado of exclusive jurisdiction of the lands embraced in the Rocky Mountain National Park.

This act by its terms applies to all lands within said park whether in public or private ownership.

*General Information Regarding Rocky Mountain National Park* (Washington:  U.S. Gov't Printing Office, 1933), p. 26.


HAWAII NATIONAL PARK

1.  Regulations in effect 1929 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, wounding, capturing, or frightening any bird or animal in the park, except the wild goat, as provided in Rule 1, is prohibited.  Firearms are prohibited in the park except on written permission of the superintendent, who also has authority to waive inquiry as to the possession of firearms by visitors traveling through the park to places beyond.

*Circular of General Information Regarding Hawaii National Park* (Washington: Gov't Printing Office, 1929), p. 14.

2. Regulations of December 21, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except wild goats and pigs as provided in Rule I, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park, shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction, such forfeiture shall be adjudicated as a penalty in addition to other punishment. Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

<u>Firearms are prohibited within the park, except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.</u>

NOTE.—The foregoing regulations is [sic] in effect a declaration of the law on this subject as contained in sections 4 and 5 of the act of Congress approved April 19, 1930 (46 Stat. 227), to provide for the exercise of sole and exclusive jurisdiction by the United States over the Hawaii National Park in the Territory of Hawaii, and for other purposes.

The act by its terms applies to all lands within said park, whether in public or private ownership.

*General Information Regarding Hawaii National Park* (Washington: Gov't Printing Office, 1933), p. 17.

ACADIA NATIONAL PARK

1. Regulations in effect 1929 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park is prohibited.

<u>Firearms are prohibited in the park except on written permission of the superintendent</u>.

*Circular of General Information Regarding Acadia National Park* (Washington:  U.S. Gov't Printing Office, 1929), p. 13.

2.  Regulations in effect 1930 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park is strictly prohibited.  No light shall be used for the purpose of observing the wild life in the park except as authorized in writing by the superintendent.
    <u>Firearms are prohibited in the park except on written permission of the superintendent</u>.

*Circular of General Information Regarding Acadia National Park* (1930), p. 12.

3.  Regulations of January 14 and December 21, 1932 –

(4)  Hunting.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park is prohibited.  No light shall be used for the purpose of observing the wild life in the park except as authorized in writing by the superintendent.
    <u>Firearms are prohibited in the park except on written permission of the superintendent</u>.

*Circular of General Information Regarding Acadia National Park* (1932), p. 13; *General Information Regarding Acadia National Park* (1933), p. 16.


<u>LASSEN VOLCANIC NATIONAL PARK</u>

1.  Regulations in effect 1929 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park is prohibited.
    <u>Firearms are prohibited in the park except on written permission of the superintendent</u>.

*Circular of General Information Regarding Lassen Volcanic National Park* (Washington: Gov't Printing Office, 1929), p. 11.

2.  Regulations in effect 1930 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of said park.
    The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals within the limits of said park, shall be taken

up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having same are guilty of violating this regulation.  <u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors</u>.

NOTE.  The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 and 5 of the act of Congress, approved April 26, 1928 (45 Stat. 463), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Lassen Volcanic National Park, and for other purposes.

This act by its terms applies to all lands within said park, whether in public or private ownership.

*Circular of General Information Regarding Lassen Volcanic National Park* (1930), pp. 12-13.

3.  Regulations of January 14, 1932 –

(4)  *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

<u>Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors</u>.

NOTE.  The foregoing regulation is in effect a declaration of the law on this subject contained in section 4 and 5 of the act of Congress, approved April 26, 1928 (45 Stat. 463), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Lassen Volcanic National Park, and for other purposes.

This act by its terms applies to all lands within said park whether in public or private ownership.

*Circular of General Information Regarding Lassen Volcanic National Park* (1932), p. 16.

4. Regulations of December 21, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be adjudicated as a penalty in addition to other punishment. Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park, except upon written permission of the superintendent. Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed. The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

NOTE.—The foregoing regulation is in effect a declaration of the law on this subject as contained in sections 4 and 5 of the act of Congress approved April 26, 1928 (45 Stat. 463), accepting cession by the State of California of exclusive jurisdiction of the lands embraced within the Lassen Volcanic National Park, and for other purposes.

The act by its terms applies to all lands within said park, whether in public or private ownership.

*General Information Regarding Lassen Volcanic National Park* (Washington: Gov't Printing Office, 1933), pp. 16-17.


MOUNT MCKINLEY NATIONAL PARK

1. Regulations in effect 1929 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, and snaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

No game meat shall be taken into the park without prior permission in writing from the superintendent or his nearest representative.

*Circular of General Information Regarding Mount McKinley National Park* (Washington: Gov't Printing Office, 1929), p. 19.

2. Regulations in effect 1930 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, and snaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

No game meat shall be taken into the park without prior permission in writing from the superintendent or his nearest representative.

*Circular of General Information Regarding Mount McKinley National Park* (Washington: Gov't Printing Office, 1930), pp. 21-22.

3.  Regulations of January 29, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Mount McKinley National Park* (1932), pp. 22-23.


ZION AND BRYCE CANYON NATIONAL PARKS

1.  Regulations of January 12, 1929 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this

regulation and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent</u>.

<u>Visitors entering or traveling through the park to places beyond shall at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors</u>.

*Circular of General Information Regarding Zion and Bryce Canyon National Parks* (Washington:  Gov't Printing Office, 1929), p. 14.

2.  Regulations in effect 1931 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation.  <u>Firearms are prohibited in the park except on written permission of the superintendent</u>.

<u>Visitors entering or traveling through the park to places beyond shall at entrance report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors</u>.

*Circular of General Information Regarding Zion and Bryce Canyon National Parks* (Washington:  Gov't Printing Office, 1931), p. 20.

3.  Regulations of February 6, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the

superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

> *Circular of General Information Regarding Zion and Bryce Canyon National Parks* (1932), pp. 20-21.

4.  Regulations of December 21, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description, used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park, except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

> *General Information Regarding Zion and Bryce Canyon National Parks* (Washington:  Gov't Printing Office, 1933), pp. 16-17.

NATIONAL MONUMENTS

1.  Regulations of November 19, 1910[7] –

(2)  <u>No firearms are allowed</u>.[8]

*Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912. Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), p. 769.

2.  Regulations in effect 1930[9] –

(5)  *Hunting*.—The national monuments are sanctuaries for wild life of every sort, and the hunting, killing, wounding, capturing, or frightening of any bird or wild animal in any monument is strictly prohibited, except poisonous snakes or dangerous animals when it is necessary to prevent them from destroying life or inflicting injury.

*Glimpses of Our National Monuments* (Washington:  U.S. Gov't Printing Office, 1933), p. 71.

<u>N.B.</u>  Note that the explicit firearm prohibition of the 1910 regulation has been deleted.


<u>Carlsbad Caverns National Park</u>

Regulations of February 28, 1933 –

(1)  Preservation of Natural Features and Curiosities.

\* \* \*

<u>No</u> canes, umbrellas, or sticks of any kind, or <u>firearms</u> or any other explosive material <u>will be permitted to be taken into the caverns</u>.

\* \* \*

---

[7] Prior to being promulgated for general application to all national monuments, this same regulation was prescribed for Muir Woods National Monument, on September 10, 1908.  *General Information Regarding the National Monuments Set Aside under the Act of Congress Approved June 8, 1906* (Washington:  Gov't Printing Office, 1917), p. 9.

[8] National Monuments administered by the Department of the Interior at the time, and administered by the National Park Service today, include:  Devils Tower, Montezuma Castle, El Morro, Chaco Canyon, Muir Woods, Pinnacles, Tumacacori, Mukuntuweap (now part of Zion NP), Natural Bridges, Gran Quivira, Sitka, Rainbow Bridge, Colorado, and Petrified Forest.  See, *Reports of the Department of the Interior for the Fiscal Year Ended June 30, 1912.  Administrative Reports in 2 Volumes.  Volume I* (Washington:  Gov't Printing Office, 1913), p. 769.

[9] National Monuments administered by the National Park Service in 1930:  Arches, Aztec Ruins, Capulin Mtn., Casa Grande, Chaco Canyon, Colorado, Craters of the Moon, Devils Tower, Dinosaur, El Morro, Fossil Cycad, Geo. Washington's Birthplace, Glacier Bay, Gran Quivira, Hovenkeep, Katmai, Lewis and Clark Cavern, Montezuma Castle, Muir Woods, Natural Bridges, Navajo, Petrified Forest , Pinnacles, Pipe Spring, Rainbow Bridge, Scotts Bluff, Shoshone Cavern, Sitka, Tumacacori, Verendyre, Wupatki, and Yucca House.  *Glimpses of Our National Monuments* (Washington:  U.S. Gov't Printing Office, 1930), pp. I-II.

(3) Hunting.—The park is a sanctuary for wildlife of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

Story, Isabella F., *Carlsbad Caverns National Park* (Washington: U.S. Gov't Printing Office, 1935), p. 23.

GREAT SMOKY MOUNTAINS NATIONAL PARK

1. Regulations of May 9, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, or taking the eggs of any bird, is prohibited within the limits of said park. <u>Firearms are prohibited within the park except upon written permission of the superintendent</u>.

*General Information [Regarding] Great Smoky Mountains National Park* (1932), p. 11.

2. Regulations of March 10, 1933 –

(4) Hunting.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, pursuing, or capturing at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, or taking the eggs of any bird, is prohibited within the limits of said park. <u>Firearms are prohibited within the park except upon written permission of the superintendent</u>.

*General Information Regarding Great Smoky Mountains National Park* (Washington: 1933), p. 16.

3. Regulations in effect 1934/35 –

(4) *Hunting*.—The park is a sanctuary for wildlife of every sort, and all hunting or the killing, wounding, frightening, pursuing, capturing or attempting to capture at any time of any bird or wild animal, except dangerous animals, when it is necessary to prevent them from destroying human lives or inflicting personal injury, or taking the eggs of any bird, is prohibited within the limits of said park. <u>Firearms are prohibited within the park except upon written permission of the superintendent</u>. The outfits, including guns, teams, traps, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be forfeited to the United States and may be seized by the officers of the park and held pending the prosecution of any person or persons arrested under the charge of violating this regulation, and upon conviction such forfeiture shall be

60

adjudicated as a penalty in addition to other punishment.  Such forfeited property shall be disposed of and accounted for by and under the authority of the Secretary of the Interior.  Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.  During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

*General Information Regarding Great Smoky Mountains National Park* (1933[10]), p. 16.


GRAND CANYON NATIONAL PARK

1.  Regulations of January 16, 1928[11] –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort and hunting, killing, wounding, capturing, or frightening any bird or animal in the park is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation.  Firearms are prohibited in the park except on written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Grand Canyon National Park* (Washington:  U.S. Gov't Printing Office, 1929), p. 43.

2.  Regulations of January 2, 1930 –

---

[10] While the publication date given on the face of the pamphlet states "1933," this regulation would appear to be later in date, given that (1) the regulation of March 10, 1933 (see part I at < http://www.nps.gov/policy/Firearmsregs.pdf>) appears to have been significantly expanded, and (2) the pamphlet was found in a bound volume of similar brochures dated 1936.

[11] In a 1928 article entitled "U.S. National Parks Magnificent Schools," Dr. Frank Thomas, formerly the park naturalist at Yellowstone, gave potential visitors to the parks a few helpful tips, including the following:

Don't carry any firearms.  They'll only be sealed at the park entrance, and you lose the gun and a stiffish fine besides if you tamper with the seal.

*The Science News-Letter*, Vol. 13, No. 366, American Traveler Number (April 14, 1928), pp. 227, 228.

(4) *Hunting*.—The park is a sanctuary for wild life of every sort and hunting, killing, wounding, capturing, or frightening any bird or animal in the park is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Grand Canyon National Park* (Washington: U.S. Gov't Printing Office, 1930), p. 44.

3. Regulations of January 9, 1931 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or animal in the park is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation. Firearms are prohibited in the park except on written permission of the superintendent. Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer and in proper cases may obtain his written leave to carry them through the park sealed. The Government assumes no responsibilities for loss or damage to any firearms, traps, nets, seines, or other property so surrendered to any park officer, nor are park officers authorized to accept responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Grand Canyon National Park* (Washington: Gov't Printing Office, 1931), p. 44.

4. Regulations of February 15, 1932 –

(4) *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal,

except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Grand Canyon National Park* (1932), p. 47.

5.  Regulations of December 31, 1932 –

(4)  *Hunting*.—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park, shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, seines, nets, or explosives in their possession to the first park officer, and in proper cases may obtain his written permission to carry them through the park sealed.  The Government assumes no responsibility for loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*General Information Regarding Grand Canyon National Park* (Washington: Gov't Printing Office, 1933), p. 35.

GRAND TETON NATIONAL PARK

1. Regulations in effect 1929 –

(4) *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent or his authorized representative at the park and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner was not a party to such violation. <u>Firearms are prohibited in the park except on written permission of the superintendent or his authorized representative</u>.

*Circular of General Information Regarding Grand Teton National Park* (Washington: U.S. Gov't Printing Office, 1929), p. 17.

2. Regulations in effect 1930 –

(4) *Hunting.*—The park is a sanctuary for wild life of every sort, and hunting, killing, wounding, capturing, or frightening any bird or wild animal in the park, except dangerous animals when it is necessary to prevent them from destroying life or inflicting injury, is prohibited.

The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing birds or wild animals, or in possession of game killed on the park lands under circumstances other than prescribed above, shall be taken up by the superintendent or his authorized representative at the park and held subject to the order of the Director of the National Park Service, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation, and the actual owner was not a party to such violation. <u>Firearms are prohibited in the park except on written permission of the superintendent or his authorized representative</u>.

*Circular of General Information Regarding Grand Teton National Park* (Washington: U.S. Gov't Printing Office, 1930), p. 16.

3. Regulations of January 29, 1932 –

(4) *Hunting.*—The park is a sanctuary for wild life of every sort, and all hunting or the killing, wounding, frightening, or capturing at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying life or inflicting personal injury, is prohibited within the limits of the park.

The outfits, including guns, traps, teams, horses, or means of transportation of every nature or description used by any person or persons engaged in hunting, killing, ensnaring, or capturing birds or wild animals within the limits of the park shall be taken up by the superintendent and held subject to the order of the Director of the National Park Service. Possession within said park of the dead bodies or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements may be made at entrance stations to identify and transport through the park, carcasses of birds or animals killed outside of the park.

Firearms are prohibited within the park except upon written permission of the superintendent.  Visitors entering or traveling through the park to places beyond, shall, at entrance, report and surrender all firearms, traps, nets, seines, or explosives in their possession to the first park officer, and in proper cases may obtain his written leave to carry them through the park sealed.  The Government assumes no responsibility for the loss or damage to any firearms, traps, nets, or other property so surrendered to any park officer, nor are park officers authorized to accept the responsibility of custody of any property for the convenience of visitors.

*Circular of General Information Regarding Grand Teton National Park* (1932), pp. 15-16.


GENERAL REGULATION[12]

Regulation of June 18, 1936 –

(7) *Protection of wildlife.*—The parks and monuments are sanctuaries for wildlife of every sort, and all hunting, or the killing, wounding, frightening, capturing, or attempting to capture at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the parks and monuments.

---

[12] The general regulation states it is "for the proper use, management, government, and protection of, and maintenance of good order in all the National Parks, National Monuments, National Military Parks, National Historical Parks, Battlefield Sites, and miscellaneous memorials which are, or hereafter may be, under the administrative jurisdiction of the National Park Service of the Department of the Interior:  *Provided, however,* That these rules and regulations shall not apply to National Cemeteries or to National Capital Parks.  All previous rules and regulations . . . except such local subsidiary regulations as are continued in force under the provisions hereof . . . are hereby repealed."  Id.  Such "subsidiary regulations" included explicit special regulations, such as those for mining in Death Valley National Monument (section 16), and the prohibition on fishing in Muir Woods National Monument (section 9), contained in the general regulation itself.  Other park-specific regulations were clearly contemplated therein, for example, those regulating the hours of swimming at Hot Springs National Park (section 2(m)), and restricting the use of spring water at Platt National Park (section 4).  No special regulations, either explicit or implicit, were included with respect to firearms.  Id. at 673-75.

Unauthorized possession within a park or monument of the dead body of any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements must be made at entrance stations to identify and transport through the parks and monuments, where necessary, the carcasses of birds or animals legally killed outside the parks and monuments.  Failure to make such arrangements shall be deemed a violation of this regulation.

(8)  *Firearms, etc*.—Firearms, explosives, traps, seines, and nets are prohibited within the parks and monuments, except upon written permission of the superintendent or custodian.  Visitors entering or traveling through the parks and monuments to places beyond shall, at entrance, report and, if required to do so, surrender all such objects in their possession to the first park or monument officer, and, in proper cases, may obtain his written permission to carry them through the park or monument sealed.  Failure to obtain such written permission shall be deemed a violation of this regulation.  The Government assumes no responsibility for the loss of, or damage to, any such objects so surrendered to any park or monument officer, nor are park or monument officers authorized to accept the responsibility or custody of any other property for the convenience of the visitors.

1 *Federal Register* 672, 673-74 (June 27, 1936).

# APPENDIX A

### Original Rules and Regulations of Yellowstone National Park

1st.  All hunting, fishing, or trapping within the limits of the Park, except for purposes of recreation, or to supply food for visitors or actual residents, is strictly prohibited; and no sales of fish or game taken within the park shall be made outside of its boundaries.

2nd.  Persons residing within the park, or visiting it for any purpose whatever, are required under severe penalties to extinguish all fires which it may be necessary to make, before leaving them.  No fires must be made within the park except for necessary purposes.

3rd.  No timber must be cut in the park without a written permit from the superintendent.

4th.  Breaking the siliceous or calcareous borders or deposits surrounding or in the vicinity of the springs or geysers for any purpose, and all removal, carrying away, or sale of specimens found within the park, without the consent of the superintendent, is strictly prohibited.

5th.  No person will be permitted to reside permanently within the limit of the park without permission from the Department of the Interior, and any person now living within the park shall vacate the premises occupied by him within thirty days after having been served with a written notice so to do, by the superintendent or his deputy, said notice to be served upon him in person or left at his place of residence.


Source:  *Report of the Secretary of the Interior; Being Part of the Message and Documents Communicated to the Two Houses of Congress at the Beginning of the Third Session of the Forty-Fifth Congress, in Two Volumes* (Washington:  Gov't Printing Office, 1878), vol. I, pp. 993-94.

# APPENDIX B

<u>1881 Rules and Regulations of Yellowstone National Park</u>

\* \* \*

4.  Hunting, trapping, and fishing, except for purposes of procuring food for visitors or actual residents, are prohibited by law; and no sales of game or fish taken inside the Park shall be made for purposes of profit within its boundaries or elsewhere.

\* \* \*

Approved by Sec'y of the Interior S.J. Kirkwood, May 4, 1881.

<u>Source</u>:  *Annual Report of the Secretary of the Interior on the Operations of the Department for the Year Ended June 30, 1881, in Four Volumes* (Washington:  Gov't Printing Office, 1882), vol. II, p. 819.

# APPENDIX C

<u>1888 Rules and Regulations of Yellowstone National Park</u>

* * *

5.  Hunting, capturing, injuring, or killing any bird or animal within the Park is prohibited. The outfits of persons found hunting or in possession of game killed in the Park will be subject to seizure and confiscation.

* * *

Approved by Sec'y of the Interior William F. Vilas, July 1, 1888.


<u>Source</u>:  *Report of the Secretary of the Interior for the Fiscal Year Ending June 30, 1888.  In Six Volumes* (Washington:  Gov't Printing Office, 1888), vol. III, p. 656.

TAB 98

## TREASURY DEPARTMENT.

### Bureau of Internal Revenue.

[T. D. 4649]

WITHHOLDING OF INCOME TAX UNDER SECTIONS 143 AND 144 OF THE REVENUE ACT OF 1936

*Collectors of Internal Revenue and Others Concerned:*

Paragraph A. The Revenue Act of 1936 (Public, No. 740, Seventy-fourth Congress, second session, H. R. 12395), was approved by the President, June 22, 1936, 9 p. m. eastern standard time.

Paragraph B. Section 143 (Title I, Income Tax) of the Act, relating to withholding of tax at the source, provides:

SEC. 143. WITHHOLDING OF TAX AT SOURCE.—(a) *Tax-Free Covenant Bonds.*—

(1) *Requirement of withholding.*—In any case where bonds, mortgages, or deeds of trust, or other similar obligations or a corporation, issued before January 1, 1934, contain a contract or provision by which the obligor agrees to pay any portion of the tax imposed by this title upon the obligee, or to reimburse the obligee for any portion of the tax, or to pay the interest without deduction for any tax which the obligor may be required or permitted to pay thereon, or to retain therefrom under any law of the United States, the obligor shall deduct and withhold a tax equal to 2 per centum of the interest upon such bonds, mortgages, deeds of trust, or other obligations, whether such interest is payable annually or at shorter or longer periods, if payable to an individual, a partnership, or a foreign corporation not engaged in trade or business within the United States and not having any office or place of business therein: *Provided,* That if the liability assumed by the obligor does not exceed 2 per centum of the interest, then the deduction and withholding shall be at the following rates: (A) 10 per centum in the case of a nonresident alien individual (except that such rate shall be reduced, in case of a resident of a contiguous country, to such rate, not less than 5 per centum, as may be provided by treaty with such country), or of any partnership not engaged in trade or business within the United States and not having any office or place of business therein and composed in whole or in part of nonresident aliens, (B) in the case of such a foreign corporation, 15 per centum, and (C) 2 per centum in the case of other individuals and partnerships: *Provided further,* That if the owners of such obligations are not known to the withholding agent the Commissioner may authorize such deduction and withholding to be at the rate of 2 per centum, or, if the liability assumed by the obligor does not exceed 2 per centum of the interest, then at the rate of 10 per centum.

(2) *Benefit of credits against net income.*—Such deduction and withholding shall not be required in the case of a citizen or resident entitled to receive such interest, if he files with the withholding agent on or before February 1 a signed notice in writing claiming the benefit of the credits provided in section 25 (b); nor in the case of a nonresident alien individual if so provided for in regulations prescribed by the Commissioner under section 215.

(3) *Income of obligor and obligee.*—The obligor shall not be allowed a deduction for the payment of the tax imposed by this title, or any other tax paid pursuant to the tax-free covenant clause, nor shall such tax be included in the gross income of the obligee.

(b) *Nonresident aliens.*—All persons, in whatever capacity acting, including lessees or mortgagors of real or personal property, fiduciaries, employers, and all officers and employees of the United States, having the control, receipt, custody, disposal, or payment of interest (except interest on deposits with persons carrying on the banking business paid to persons not engaged in business in the United States and not having an office or place of business therein), dividends, rent, salaries, wages, premiums, annuities, compensations, remunerations, emoluments, or other fixed or determinable annual or periodical gains, profits, and income (but only to the extent that any of the above items constitutes gross income from sources within the United States), of any nonresident alien individual, or of any partnership not engaged in trade or business within the United States and not having any office or place of business therein and composed in whole or in part of nonresident aliens, shall (except in the cases provided for in subsection (a) of this section and except as otherwise provided in regulations prescribed by the Commissioner under section 215) deduct and withhold from such annual or periodical gains, profits, and income a tax equal to 10 per centum thereof, except that such rate shall be reduced, in the case of a nonresident alien individual a resident of a contiguous country, to such rate (not less than 5 per centum) as may be provided by treaty with such country: *Provided,* That no such deduction or withholding shall be required in the case of dividends paid by a foreign corporation unless (1) such corporation is engaged in trade or business within the United States or has an office or

place of business therein, and (2) more than 85 per centum of the gross income of such corporation for the three-year period ending on or before March 15 of each year and shall on or before June 15, in lieu of the time prescribed by section 56, pay the tax to the official of the United States Government authorized to receive it. Every such person is hereby made liable for such tax and is hereby indemnified against the claims and demands of any person for the amount of any payments made in accordance with the provisions of this section.

(d) *Income of recipient.*—Income upon which any tax is required to be withheld at the source under this section shall be included in the return of the recipient of such income, but any amount of tax so withheld shall be credited against the amount of income tax as computed in such return.

(e) *Tax paid by recipient.*—If any tax required under this section to be deducted and withheld is paid by the recipient of the income, it shall not be re-collected from the withholding agent; nor in cases in which the tax is so paid shall any penalty be imposed upon or collected from the recipient of the income or the withholding agent for failure to return or pay the same, unless such failure was fraudulent and for the purpose of evading payment.

(f) *Refunds and credits.*—Where there has been an overpayment of tax under this section any refund or credit made under the provisions of section 322 shall be made to the withholding agent unless the amount of such tax was actually withheld by the withholding agent.

(g) *Withholding before enactment of act.*—Notwithstanding the provisions of subsections (a) and (b), the deduction and withholding for any period prior to the tenth day after the date of the enactment of this Act shall be upon the items of income and at the rates prescribed in section 143 (a) and (b) of the Revenue Act of 1934, as amended, in lieu of the items and rates prescribed in such subsections.

Paragraph C. Section 144 (Title I, Income Tax) of the Act, relating to payment of corporation income tax at the source, provides:

SEC. 144. PAYMENT OF CORPORATION INCOME TAX AT SOURCE.—(a) *General Rule.*—In the case of foreign corporations subject to taxation under this title not engaged in trade or business within the United States and not having any office or place of business therein, there shall be deducted and withheld at the source in the same manner and upon the same items of income as is provided in section 143 a tax equal to 15 per centum thereof, except that in the case of dividends the rate shall be 10 per centum, and except that in the case of corporations organized under the laws of a contiguous country such rate of 10 per centum with respect to dividends shall be reduced to such rate (not less than 5 per centum) as may be provided by treaty with such country; and such tax shall be returned and paid in the same manner and subject to the same conditions as provided in that section: *Provided,* That in the case of interest described in subsection (a) of that section (relating to tax-free covenant bonds) the deduction and withholding shall be at the rate specified in such subsection.

(b) *Withholding Before Enactment of Act.*—Notwithstanding the provisions of subsection (a), the deduction and withholding for any period prior to the tenth day after the date of the enactment of this Act shall be upon the items of income and at the rates prescribed in section 144 of the Revenue Act of 1934, as amended, in lieu of the items and rates prescribed in such subsection.

Paragraph D. Section 147 (b) (Title I, Income Tax) of the Act, relating to returns of information at the source, provides:

SEC. 147. INFORMATION AT SOURCE.— * * *

(b) *Returns Regardless of Amount of Payment.*—Such returns may be required, regardless of amounts, (1) in the case of payments of interest upon bonds, mortgages, deeds of trust, or other similar obligations of corporations, and (2) in the case of collections of items (not payable in the United States) of interest upon the bonds of foreign countries and interest upon the bonds of and dividends from foreign corporations by persons undertaking as a matter of business or for profit the collection of foreign payments of such interest or dividends by means of coupons, checks, or bills of exchange.

Paragraph E. Section 62 (Title I, Income Tax) of the Act, relating to rules and regulations, provides:

SEC. 62. RULES AND REGULATIONS.—The Commissioner, with the approval of the Secretary, shall prescribe and publish all needful rules and regulations for the enforcement of this title.

credited against the total income tax as computed in the taxpayer's return. If the tax is paid by the recipient of the income or by the withholding agent it shall not be re-collected from the other, regardless of the original liability therefor, and in such event no penalty will be asserted against either person for failure to return or pay the tax where no fraud or purpose to evade payment is involved

ART. 11. *Withholding in the case of nonresident foreign corporations.*—A tax of 15 per cent is required to be withheld in the case of fixed or determinable annual or periodical income paid to a nonresident foreign corporation except (1) income from sources without the United States, including interest on deposits by persons carrying on the banking business paid to persons not engaged in business in the United States and not having any office or place of business therein, (2) interest upon bonds or other obligations of a corporation containing a tax-free covenant and issued before January 1, 1934, where the liability assumed by the obligor does not exceed 2 per cent of the interest, and (3) dividends.

Withholding of a tax at the rate of 2 per cent is required in the case of interest payments made to a nonresident foreign corporation, representing income from sources within the United States, paid upon corporate bonds or other obligations containing a tax-free covenant, issued before January 1, 1934, where the liability assumed by the obligor exceeds 2 per cent of the interest.

A tax of 10 per cent is required to be withheld from income from sources within the United States paid to a nonresident foreign corporation which consists of dividends (other than dividends distributed by a corporation organized under the China Trade Act, 1922, to a resident of China) except that such rate of 10 per cent shall be reduced, in the case of corporations organized under the laws of a contiguous country, to such rate (not less than 5 per cent) as may be provided by treaty with such country. Dividends paid by a foreign corporation are not, however, subject to withholding unless such corporation is engaged in trade or business within the United States or has an office or place of business therein and more than 85 per cent of the gross income of such foreign corporation for the three-year period ending with the close of its taxable year preceding the declaration of such dividends (or for such part of such period as the corporation has been in existence) was derived from sources within the United States as determined under the provisions of section 119 of the Act.

For withholding in the case of dividends distributed by a corporation organized under the China Trade Act, 1922, see articles 4 and 12.

ART. 12. *Withholding by a China Trade Act corporation.*—Dividends distributed by a corporation organized under the China Trade Act, 1922, which are treated as income from sources within the United States under the provisions of section 119 of the Act are subject to withholding at the rate of 10 per cent when paid to persons (other than residents of China) who are (1) nonresident aliens, (2) nonresident partnerships composed in whole or in part of nonresident aliens, or (3) nonresident foreign corporations. The 10 per cent rate of withholding specified in this article with respect to dividends shall be reduced in the case of shareholders who are (a) nonresident aliens residents of a contiguous country or (b) nonresident foreign corporations organized under the laws of a contiguous country, to such rate (not less than 5 per cent), as may be provided by treaty with such country.

ART. 13. *Aids to withholding agents in determining liability for withholding of tax.*—Since no withholding of tax on bond interest or other income is required in the case of a resident foreign corporation, the person paying such income should be notified by a letter from such corporation that it is not subject to the withholding provisions of the Act. The letter from the corporation shall contain the address of its office or place of business in the United States and be signed by an officer of the corporation giving his official title. Such letter of notification, or copy thereof, should be immediately forwarded by the recipient to the Commissioner of Internal Revenue, Sorting Section, Washington, D. C.

Although the burden of withholding tax from dividends is placed upon the payor corporation, or any other person (including a nominee), having the control, receipt, custody, disposal, or payment of dividends, if such payor corporation or person has no other reason to believe that the dividends are subject to withholding, the following procedure in general may be adopted:

(1) As to those stockholders whose name and style indicate that they are nonresident aliens, foreign partnerships, or foreign corporations, the tax shall be withheld in all cases if the address of any such stockholder is without the United States.

(2) If the address of such stockholders is in care of an individual, a partnership, or a corporation within the United States, the tax shall likewise be withheld, but as to any stockholder whose address is within the United States, the tax need not be withheld.

[SEAL]                                      CHAS. T. RUSSELL,
                        *Acting Commissioner of Internal Revenue.*

Approved, June 25, 1936.

        HENRY MORGENTHAU, JR.,
                *Secretary of the Treasury.*

[F.R. Doc. 1015—Filed, June 26, 1936; 12:39 p. m.]

---

# DEPARTMENT OF THE INTERIOR.

## National Park Service.

### RULES AND REGULATIONS

Made, published, and approved by the Secretary of the Interior on the 18th day of June 1936, and to continue in force and effect until otherwise directed by the said Secretary.

#### GENERAL PROVISIONS

Pursuant to the authority granted to the Secretary of the Interior by the Act of August 25, 1916 (ch. 408, sec. 3, 39 Stat. 535), as amended by the Act of June 2, 1920 (ch. 218, sec. 5, 41 Stat. 731), and by the Act of March 7, 1928 (ch. 137, sec. 1, 45 Stat. 200, 235); and pursuant to the authority granted to the Secretary of War by the Act of March 3, 1933 (ch. 180, 47 Stat. 1420); and transferred to the Secretary of the Interior by Executive Order No. 6166, June 10, 1933, as interpreted by Executive Order No. 6228, July 28, 1933, under the authority of the Act of March 3, 1933 (ch. 212, sec. 403, 47 Stat. 1489, 1518); and pursuant to the authority granted to the Secretary of the Interior by various Acts of Congress relating to particular parks, monuments, and reservations: the following regulations are hereby made and published for the proper use, management, government, and protection of, and maintenance of good order in all the National Parks, National Monuments, National Military Parks, National Historical Parks, Battlefield Sites, and miscellaneous memorials which are, or hereafter may be, under the administrative jurisdiction of the National Park Service of the Department of the Interior: *Provided, however,* That these rules and regulations shall not apply to National Cemeteries or to National Capital Parks. All previous rules and regulations (except the uniform rules and regulations prescribed December 28, 1906, by the Secretaries of the Interior, Agriculture, and War, to carry out the provisions of the "Act for the Preservation of American Antiquities", approved June 8, 1906 (34 Stat. 225), and except such local subsidiary regulations as are continued in force under the provisions hereof), for such National Parks, National Monuments, National Military Parks, National Historical Parks, Battlefield Sites, and miscellaneous memorials, are hereby repealed.

*Definitions.*—The term "park", when used in these rules and regulations, unless otherwise indicated, shall be construed to include National Parks, National Military Parks, and National Historical Parks; and the term "monument", when used in these rules and regulations, unless otherwise indicated, shall be construed to include National Monuments,

Battlefield Sites, and miscellaneous memorials. The term "superintendent", when used in these rules and regulations, shall be construed to include a custodian, caretaker, or other person in charge of a National Park, National Monument, National Military Park, National Historical Park, Battlefield Site, or miscellaneous memorial.

1. *Preservation of public property, natural features and curiosities.*—The destruction, injury, defacement, removal, or disturbance in any way of any public building, sign, equipment, monument, statue, marker, or other structure, or of any tree, flower, vegetation, rock, mineral, formation, stalactite, stalagmite, phenomenon of crystallization, incrustation in any lava tube, cave, steam vent, or cone, or of any animal, bird, or other wildlife, or of any ruins or relics, or of any other public property of any kind is prohibited: *Provided,* That flowers may be gathered in small quantities when, in the judgment of the superintendent or custodian, their removal will not impair the beauty of the park or monument. Before any flowers are picked, permit must be secured from the superintendent or custodian.

Sequoia cones shall not be disturbed, or removed from any national park or monument.

No canes, umbrellas, or sticks of any kind may be taken into caves or caverns. The tossing or throwing of rocks or other material inside the caves or caverns is prohibited.

Collections for scientific or educational purposes shall be permitted only in accordance with written permits first had and obtained from the superintendent.

Bona-fide claimants or entrymen claiming or owning land reasonably adjacent to Grand Teton National Park must secure written permits before cutting any dead or down timber within the park, and are restricted to cutting such timber for firewood for their own consumption.

Visitors in Hawaii National Park may, with the permission of the park superintendent, pick and eat, or carry away, such fruits as the superintendent may designate.

2. *Camping.*—(a) No camping is permitted outside the specially designated camp sites, except when necessary in connection with trips to isolated sections of the parks and monuments.

(b) No person, party, or organization shall be permitted to camp in any public camping area in the parks or monuments more than 30 days in any calendar year.

(c) Campers shall keep their campgrounds clean. Combustible rubbish shall be burned on camp fires and all other garbage and refuse of all kinds shall be placed in garbage cans provided for the purpose. At new or unfrequented camps, garbage shall be burned or buried.

(d) Campers and others shall not wash clothing or cooking utensils in, or pollute in any other manner, the waters of the parks or monuments. Bathing in any of the streams or lakes near the regularly travelled thoroughfares in the parks and monuments is not permitted without suitable bathing clothes.

(e) Saddle, pack, or draft animals shall not be kept in or near any camping area. No such animals shall be kept on the floor of Yosemite Valley except in the operator's corral.

(f) Only in areas designated by the park superintendent may campers use any dead or fallen timber for fuel, except that Sequoia wood or bark shall not be disturbed for any purpose.

(g) The installation of permanent camping facilities by visitors is prohibited in all parks and monuments. The digging or leveling of the ground in any camp site without a ranger's permission is prohibited.

(h) Camps must be completely razed and the sites cleaned before the departure of campers. In dismantling camps, all material, such as poles, bark, planks, platforms, etc., used in construction of temporary camps must be removed, and, if combustible, must be piled on the public camp woodpiles.

(i) Campers shall not leave their camps unattended for more than 48 hours without special permission of the superintendent, obtained in advance. Camping equipment left unattended in any public camping area for 48 hours or more is subject to removal by order of the superintendent,

Vol. I—pt. 1—37——43

the expense of such removal to be paid by the person or persons leaving such equipment.

(j) No camp may be established in a park or monument and used as a base for hunting outside such park or monument.

(k) No camp shall be placed within 25 feet of any well-defined water course, water hydrant, or main road.

(l) Any article likely to frighten horses shall not be hung near a road or trail used by horses.

(m) The superintendents or custodians may, with the approval of the Director of the National Park Service, establish hours during which quiet must be maintained at any camp, and prohibit the running of motors at or near a camp during such hours.

(In Hot Springs National Park, the superintendent may establish the hours during which bathing will be permitted in the pool.)

(n) No visitors shall be permitted to camp within the canyon in Canyon de Chelly National Monument.

(o) No camping is permitted in any part of the Muir Woods National Monument, and no hikers or visitors shall enter or remain therein between one-half hour after sunset and one-half hour before sunrise.

3. *Picnicking.*—Picnicking or the eating of lunches is prohibited in restricted areas designated by the superintendent.

4. *Use of park waters.*—In Platt National Park the superintendent may, whenever it becomes necessary to do so, restrict the use of the waters of any of the springs in the park to immediate drinking purposes at such springs.

5. *Sanitation.*—(a) Garbage, papers, or refuse of any kind shall not be thrown or left on or along roads, in camping or picnic areas, or on any other park or monument lands.

(b) All comfort stations shall be used in a clean and sanitary manner.

(c) Contamination of watersheds, of water supplies, or of any water used for drinking purposes is strictly prohibited.

6. *Fires.*—Fires shall not be kindled near or on the roots of trees, dead wood, moss, dry leaves, forest mold, or other vegetable refuse, but in some open space on rocks or earth. On public campgrounds the regular fireplaces constructed for the convenience of visitors must be used. Should camp be made in a locality where no such open space exists or is provided, the dead wood, moss, dry leaves, etc., shall be scraped away to the rock or earth over an area considerably larger than that required for the fire.

Fires shall be lighted only when necessary and, when no longer needed, shall be completely extinguished, and all embers and beds smothered with earth or water, so that there remains no possibility of reignition.

Permission to burn on any cleanup operation within the parks or monuments must first be obtained in writing from the office of the superintendent or custodian, and in such cases as it is deemed advisable such burning will be under Government supervision. All costs of suppression and all damage caused by reason of loss of control of such burning operations shall be paid by the person or persons to whom such permit has been granted.

No lighted cigarette, cigar, pipe heel, match, or other burning material shall be thrown from any vehicle or saddle horse or dropped into any grass, leaves, twigs, tree mold, or other combustible or inflammable material.

Smoking or the building of fires on any lands within the parks or monuments may be prohibited or limited by the superintendent or custodian when, in his judgment, the hazard makes such action necessary.

All persons making trips away from established camps are required to obtain written fire permits from the nearest ranger before building camp fires.

The use of fireworks or firecrackers in the parks and monuments is prohibited, except with the written permission of the superintendent or custodian.

7. *Protection of wildlife.*—The parks and monuments are sanctuaries for wildlife of every sort, and all hunting, or the killing, wounding, frightening, capturing, or attempting to

capture at any time of any wild bird or animal, except dangerous animals when it is necessary to prevent them from destroying human lives or inflicting personal injury, is prohibited within the limits of the parks and monuments.

Unauthorized possession within a park or monument the dead body or any part thereof of any wild bird or animal shall be prima facie evidence that the person or persons having the same are guilty of violating this regulation.

During the hunting season arrangements must be made at entrance stations to identify and transport through the parks and monuments, where necessary, the carcasses of birds or animals legally killed outside the parks and monuments. Failure to make such arrangements shall be deemed a violation of this regulation.

8. *Firearms, etc.*—Firearms, explosives, traps, seines, and nets are prohibited within the parks and monuments, except upon written permission of the superintendent or custodian. Visitors entering or traveling through the parks and monuments to places beyond shall, at entrance, report and, if required to do so, surrender all such objects in their possession to the first park or monument officer, and, in proper cases, may obtain his written permission to carry them through the park or monument sealed. Failure to obtain such written permission shall be deemed a violation of this regulation. The Government assumes no responsibility for the loss of, or damage to, any such objects so surrendered to any park or monument officer, nor are park or monument officers authorized to accept the responsibility or custody of any other property for the convenience of the visitors.

9. *Fishing.*—Persons desiring to fish in the waters of the Yosemite, Sequoia, Lassen, General Grant, Grand Canyon, Grand Teton, Acadia, Wind Cave, Great Smoky Mountains, Mammoth Cave, and Zion National Parks, and the national monuments under the jurisdiction of the National Park Service must secure a sporting fishing license, as required by the laws of the state in which such park or monument is situated. All fishing in such parks and monuments must be done in conformity with the laws of the state regarding open seasons, size of fish, and the limit of catch, except as otherwise provided in the following paragraphs, which are applicable to all parks and monuments:

Fishing with nets, seines, traps, or by the use of drugs or explosives, or for merchandise or profit, or in any other way than with hook and line, the rod or line being held in hand, is prohibited.

Fishing in particular waters may be suspended, or restricted in regard to the use of particular kinds of bait, when the superintendent or custodian, with the approval of the Director of the National Park Service, shall determine such suspension or restriction necessary and shall post such restrictions or suspensions.

The number of fish that may be taken by one person in any one day from the various lakes and streams may be regulated by the superintendent or custodian, with the approval of the Director of the National Park Service. Unless otherwise determined and posted, the number shall be limited to 10 fish. Possession of more than two days' catch by any person at any one time shall be construed as a violation of this regulation.

No fish less than six inches long may be retained, unless a different limit be determined by the superintendent with the approval of the Director of the National Park Service and posted in the particular park or monument. All fish hooked less than such limit in length shall be carefully handled with moist hands and returned at once to the water if not seriously injured. Undersized fish retained because seriously injured shall be counted in the number of fish which may be taken in one day.

The possession of live minnows, chubs, or other bait fish, or the use thereof as bait, is prohibited in all the national parks and monuments, except Acadia National Park and Fort Jefferson National Monument.

The digging of worms for bait is prohibited in all parks and monuments.

The canning or curing of fish for the purpose of transporting them out of a national park or monument is prohibited.

The possession of fishing tackle upon or along any waters closed to fishing shall be prima facie evidence that the person or persons having such fishing tackle are guilty of unlawful fishing in such closed waters.

Fishing is prohibited in the Muir Woods National Monument.

All waters of the Shenandoah National Park are closed to fishing until further notice. This, however, shall not apply to occupants of or guests at the President's Camp on the Rapidan.

10. *Private operations.*—No person shall reside permanently in a national park or monument. No person, firm, or corporation shall engage in or solicit any business, or erect buildings in the parks or monuments without permission in writing from the Director of the National Park Service, Washington, D. C. Applications for such permission may be addressed to the Director through the superintendents and custodians of the parks and monuments.

In Mount McKinley National Park, prospectors and miners may erect necessary shelter cabins or other structures necessary in mining operations on bona fide locations in the park.

11. *Public speeches.*—No person shall make or deliver any address, speech, or sermon upon any subject whatever in Platt National Park without first obtaining a permit in writing from the superintendent, which permit the superintendent is hereby authorized to issue in proper cases and which shall designate the time and locality where such address, speech, or sermon may be given.

12. *Radios.*—The use of radios in public camps, hotels, or other buildings, or in automobiles is prohibited when audible beyond the immediate vicinity of the radio set. Radios shall not be operated to the annoyance of other persons nor so as to disturb the quiet of camps or other public places. The erection of aerials or other radio installations is prohibited.

13. *Cameras.*—Before still pictures may be taken for commercial purposes and before a motion or sound picture requiring the use of artificial or special settings, or special equipment, or involving the performance of a professional cast, may be filmed in any of the parks or monuments, authority must first be obtained, in writing, from the Secretary of the Interior. Still and motion picture cameras may be freely used by amateurs in the parks and monuments for general scenic purposes.

Superintendents may issue permits to take still and motion pictures in the parks and monuments under their supervision without such previous authorization by the Secretary of the Interior, in the following circumstances, and on condition that the permittees shall refrain from offering any gratuity of whatsoever nature to any employee of the Government in connection with the exercise of the privilege herein authorized to be granted:

1. Professional photographers and motion-picture cameramen desiring to take scenes of, or events in, the national parks as representatives of news concerns and for bona fide news publication;

2. Professional photographers and motion-picture cameramen desiring to take scenes of, or events in, the national parks, not for sale or for exhibition when paid admissions are charged, but for the purpose of stimulating general or park travel;

3. Professional photographers and motion-picture cameramen desiring to take scenes of, or events in, the national parks, for non-profit educational purposes;

4. Professional photographers desiring to take park scenes for general artistic purposes.

14. *Gambling.*—Gambling in any form, or the operation of gambling devices, whether for merchandise or otherwise, is prohibited.

15. *Advertisements.*—Private notices or advertisements shall not be posted, distributed, or displayed in the parks or monuments, excepting such as the superintendent or custodian may deem necessary for the convenience and guidance of the public.

16. *Mining claims.*—The location of mining claims on lands within the parks and monuments is prohibited, except

in Mount McKinley National Park and in Death Valley National Monument. This regulation is subject to the further exception contained in the Act of Congress approved February 14, 1931 (46 Stat. 1161), reserving to the Navajo Tribe of Indians the mineral rights in the Canyon de Chelly National Monument.

Mining in Mount McKinley National Park may be regulated by the Secretary of the Interior as to surface use of locations under the Act of January 26, 1931 (46 Stat. 1043).

Mining in Death Valley National Monument is subject to the following special regulations, which are prescribed to govern the surface use of claims therein:

(a) The claim shall be occupied and used exclusively for mineral exploration and development and for no other purpose; except that, upon written permission of the Director of the National Park Service, the surface of the claim may be used for other specified purposes, the use to be on such conditions and for such period as may be prescribed when permission is granted.

(b) The owner of the claim and all persons holding under him shall conform to all rules now prescribed or which may be made applicable by the Director of the National Park Service, governing occupancy of lands within the national monument.

(c) The use and occupancy of the surface of mining claims as prescribed above shall apply to all such claims located after the date of the Act of June 13, 1933, within the limits of the national monument as fixed by the proclamation of February 11, 1933, and to all mining claims on lands hereafter included in the National monument, located after such inclusion, so long as such claims are within the boundaries of said monument.

(d) Prospectors or miners shall not open or construct roads or vehicle trails without first obtaining a permit from the Director of the National Park Service. Applications for permits may be made through the custodian of the monument, upon submitting a map or sketch showing the location of the mining property to be served and the location of the proposed road or vehicle trail. The permit may be conditioned upon the permittee's maintaining the road or trail in a passable condition as long as it is used by the permittee or his successors.

17. *Archeologic ruins and objects.*—Visitors shall not be permitted to visit the ruins in Mesa Verde National Park nor to enter the canyon in Canyon de Chelly National Monument unless accompanied by National Park Service employees. The superintendent may waive this requirement in Mesa Verde National Park by issuing a special written permit to persons engaged in scientific studies.

Visitors shall not remove any artifacts or other objects of archeological or historical significance from the place where they may be found, nor purchase any such objects from Indians or others. Any such objects purchased or removed in violation of this regulation shall be delivered to the superintendent or his representative on demand.

18. *Lost articles.*—Persons finding lost articles, other than relics, should deposit them at the office of the superintendent or custodian, or at the nearest ranger station, leaving their own names and addresses, so that if the articles are not claimed by the owners within 60 days, they may be turned over to those who found them.

19. *Private lands.*—Owners of private lands within the limits of any park or monument are entitled to the full use and enjoyment thereof; the boundaries of such lands, however, shall be determined, and marked and defined, so they may be readily distinguished from the park or monument lands. While no limitations or conditions are imposed upon the use of private lands so long as such use does not interfere with or injure the Government lands, private owners shall provide against trespass by their livestock upon lands of the parks or monuments, and all trespasses committed will be punished to the full extent of the law. Stock may be taken over the lands of parks and monuments with the written permission and under the supervision of the superintendent or custodian, but such permission and super-

vision are not required when access to such private lands is had wholly over roads or lands not owned or controlled by the United States.

20. *Grazing.*—The running at large, herding, or grazing of livestock of any kind on the Government lands in the parks and monuments, as well as the driving of livestock over the range, is prohibited, except where authority therefor has been granted by the superintendent or custodian, with the approval of the Director of the National Park Service. The owners of livestock found improperly on the park or monument lands will be prosecuted.

The above regulation is subject to the exception contained in the provisions of the Act of Congress approved February 26, 1929 (45 Stat. 1314), relating to grazing in Grand Teton National Park, and to the exception contained in the Act of Congress approved February 14, 1931 (46 Stat. 1161), reserving to the Navajo Tribe of Indians the right to the surface use of the lands in the Canyon de Chelly National Monument for agricultural, grazing, or other purposes.

No authority may be granted for grazing in the Yellowstone National Park.

21. *Authorized operators.*—All persons, firms, or corporations holding franchises in the parks and monuments shall keep the grounds used by them properly policed and shall maintain the premises in a sanitary condition to the satisfaction of the superintendent or custodian. No operator shall retain in his employment a person whose presence in the park or monument may be deemed by the superintendent or custodian subversive to the good order and management of the park or monument.

All operators shall require each of their public contact employees to wear a metal badge with a number thereon, or other mark of identification. The name and number corresponding therewith, or the identification mark, shall be registered in the office of the superintendent or custodian. These badges must be worn in plain sight.

22. *Fraudulently obtaining accommodations.*—The obtaining of food, lodging, or other accommodations in the national parks and monuments with intent to defraud is forbidden, and such fraudulent intent will be presumed from refusal or neglect to pay therefor on demand, or payment therefor with negotiable paper on which payment is refused, or absconding without paying or offering to pay therefor, or false or fictitious showing or pretense of baggage or other property, or surreptitious removal or attempted removal of baggage.

23. *Dogs and cats.*—(a) Dogs and cats are prohibited on the Government lands in the parks and monuments, except that upon written permission of the superintendent or custodian, secured upon entrance, they may be transported over through roads by persons passing through the parks and monuments provided they are kept under leash, crated, or otherwise under restrictive control of the owner at all times while in the park or monument: *Provided, however,* That employees and others may be authorized by the superintendent or custodian to keep dogs for official purposes in the administrative area of a park or monument, and subject to such further conditions as may be determined by the superintendent or custodian.

(b) Stray dogs or cats running at large in the parks and monuments may be killed to prevent molestation of the wildlife therein.

(c) In Mount McKinley National Park, dogs may be used for hauling, with the permission of the superintendent and subject to the following rights and restrictions: In the winter, prospectors and miners may use such dogs as may be necessary for a reasonable time for heavy hauling of supplies, fuel, timber, and other objects; thereafter each person is limited to seven dogs. In the summer, no dogs are allowed except in special cases. In no case nor at any time shall litters of pups be raised in the park except by special permission of the superintendent. Persons entering the park with dogs must register at McKinley Park entrance, Katishna entrance, or the nearest ranger station, giving such information as may be required by the superintendent.

such overtaking vehicle, shall move to the right to allow a safe passage.

When automobiles going in opposite directions meet on a grade, the ascending machine has the right-of-way, and the descending machine shall be backed or otherwise handled as may be necessary to enable the ascending machine to pass in safety.

48. *Following vehicles.*—Except in slow-moving traffic, a vehicle shall not follow another vehicle closer than 50 feet, nor closer than 15 feet at any time.

49. *Clutches and gears.*—No motor vehicle shall be operated on any highway with clutch disengaged or gear out of mesh except for the purpose of changing or shifting gears or stopping or while being towed, or when such vehicle is equipped with commercial free-wheeling devices.

50. *Lights.*—All motor vehicles except motorcycles shall be equipped with two headlights and one or more red taillights, the headlights to be of sufficient brilliancy to insure safety in driving at night, and all lights shall be kept lighted after sunset when the vehicle is on a road, and at all times when passing through unlighted tunnels. Headlights shall be dimmed when meeting other vehicles, riding or driving animals, or pedestrians.

51. *Sounding horn.*—The horn shall be sounded on approaching sharp curves or other places where the view ahead is obstructed, or before passing other vehicles or pedestrians, or, if necessary, before passing riding or driving animals.

52. *Muffler cut-outs.*—Muffler cut-outs shall be kept closed at all times within the limits of the parks and monuments.

53. *Accidents—stop-overs.*—If vehicles stop because of accident or for any other reason, they shall be immediately parked in such a way as not to interfere with travel on the road.

54. *Parking.*—The superintendent may limit the time allowed for parking in any parking area upon the posting of signs indicating such limit.

55 *Traffic signs.*—Drivers of all vehicles shall comply with the directions of all official traffic signs posted in the the parks or monuments.

56. *Intoxication.*—No person who is under the influence of intoxicating liquor or narcotic drugs shall operate or drive a motor-driven vehicle of any kind on the roads of the parks or monuments.

LOCAL SUBSIDIARY REGULATIONS

Subsidiary regulations necessary to cover local situations and promulgated under general provisions contained in these regulations will be published in the FEDERAL REGISTER and may be seen at the headquarters of the parks or monuments in which they are operative.

All subsidiary regulations promulgated under general provisions contained in the Rules and Regulations approved by the Secretary of the Interior June 6, 1935, are hereby continued in force and effect until amended or repealed.

PENALTIES

(a) Any person who violates any of the foregoing rules or regulations in regard to any park or monument not specified in paragraph (b) hereof shall be deemed guilty of a misdemeanor and shall be punished by a fine of not more than $500 or imprisonment for not exceeding six months, or both.

(b) Any person who knowingly and willfully violates any of the foregoing rules or regulations in regard to any of those national military parks, battlefield sites, national monuments, or miscellaneous memorials transferred to the jurisdiction of the Secretary of the Interior from that of the Secretary of War by Executive Order No. 6166, June 10, 1933, and enumerated in Executive Order No. 6228, July 28, 1933, shall be deemed guilty of a misdemeanor and punished by a fine of not more than $100 or by imprisonment for not more than three months, or by both such fine and imprisonment.

Approved: June 18, 1936.

HAROLD L. ICKES,
*Secretary of the Interior.*

[F. R. Doc. 1006—Filed, June 26, 1936; 10:40 a. m.]

DEPARTMENT OF AGRICULTURE.

Agricultural Adjustment Administration.

ORDER TERMINATING OPERATION OF LICENSE FOR MILK—ATLANTA, GEORGIA, SALES AREA

Whereas, W. R. Gregg, Acting Secretary of Agriculture of the United States of America, acting under the provisions of the Agricultural Adjustment Act, as amended, for the purpose and within the limitations therein contained, and pursuant to the applicable general regulations issued thereunder, did, on the 15th day of November 1934, issue under his hand and the official seal of the Department of Agriculture a License for Milk—Atlanta, Georgia, Sales Area, effective the 1st day of December 1934, which license was subsequently amended on August 12, 1935, and suspended on the 25th day of January 1936, said suspension being effective on and after 12:01 a. m., January 27, 1936; and

Whereas, the Secretary of Agriculture has determined to terminate the said license, as amended;

Now, therefore, the undersigned, acting under the authority vested in the Secretary of Agriculture under the terms and conditions of the said act, as amended, and pursuant to the applicable general regulations issued thereunder, hereby terminate the said license, as amended.

In witness whereof, H. A. Wallace, Secretary of Agriculture of the United States of America, has executed this Order of Termination in duplicate, and has hereunto set his hand and caused the official seal of the Department of Agriculture to be affixed in the city of Washington, District of Columbia, this 25th day of June 1936, and hereby declares that this termination shall be effective on and after 12:01 a. m. July 1, 1936.

[SEAL]    H. A. WALLACE,
*Secretary of Agriculture.*

[F. R. Doc. 1012—Filed, June 26, 1936; 11:58 a. m.]

FEDERAL TRADE COMMISSION.

Commissioners: Charles H. March, Chairman; Garland S. Ferguson, Jr., Ewin L. Davis, W. A. Ayres, Robert E. Freer.

[File No. 21–267]

IN THE MATTER OF APPLICATION FOR TRADE PRACTICE RULES FOR THE SCHOOL SUPPLIES AND EQUIPMENT DISTRIBUTING INDUSTRY

NOTICE OF OPPORTUNITY TO BE HEARD

This matter now being before the Federal Trade Commission under its Trade Practice Conference procedure, in pursuance of the Act of Congress approved September 26, 1914, (38 Stat. 717; 15 USCA, Section 41);

Opportunity is hereby extended by the Federal Trade Commission to any and all persons affected by or having an interest in the proposed trade practice rules for the School Supplies and Equipment Distributing Industry to present to the Commission their views upon the same, including suggestions or objections, if any. For this purpose they may, upon application to the Commission, obtain copies of the proposed rules. Communications of such views should be made to the Commission not later than Wednesday, July 15, 1936. Opportunity for oral hearing will be afforded July 15, 1936, at 10 a. m., Room 101, Federal Trade Commission Building, 815 Connecticut Avenue, Washington, D. C., to such persons as may desire to appear, and who have made prior written or telegraphic request to be heard orally. All briefs or other communications received concerning the proposed rules will become part of the public record subject to inspection by interested parties. After giving due consideration to such suggestions or objections as may be received concerning the rules proposed by the industry, the Commission will proceed to their final consideration.

By the Commission.

[SEAL]    OTIS B. JOHNSON, *Secretary.*

Entered June 24, 1936.

[F. R. Doc. 1007—Filed, June 26, 1936; 11:15 a. m.]

TAB 99

# GENERAL LAWS

OF THE

# STATE OF MINNESOTA

PASSED DURING THE

## THIRTY-SECOND SESSION

OF THE

## STATE LEGISLATURE

COMMENCING JANUARY EIGHTH, ONE THOUSAND NINE
HUNDRED AND ONE.

OFFICIAL PUBLICATION BY SECRETARY OF STATE.

ST. PAUL:
McGILL-WARNER CO.
1901.

H. F. No. 158.

CHAPTER 249.

Real estate
conveyed by
husband
to wife.

*An act to legalize conveyances of real property made by husband directly to wife, and the records of such conveyances.*

Be it enacted by the Legislature of the State of Minnesota:

SECTION 1.    That all conveyances of real property within this state made between the first day of January, eighteen hundred and fifty (1850), and the fifth day of March, eighteen hundred sixty-nine (1869), in which a married man has conveyed real property directly to his wife shall be and the same are hereby declared to be legal and valid, and the records of all such conveyances heretofore actually recorded in the office of the proper county shall be in all respects valid and legal, and such conveyances and records thereof shall have the same force and effect in all respects for the purpose of notice, evidence or otherwise as are or may be provided by law in regard to conveyances in other cases. *Provided,* that the provisions of this act shall not apply to any action or proceeding now pending in any of the courts of this state; *providing, further,* that this act shall not be construed to extend to any case where vested rights in any such property have been acquired by third parties.

SEC. 2.    This act shall take effect and be in force from and after its passage.

Approved April 11, 1901.

———

CHAPTER 250.

H. F. No. 282.

Game and
fish, within
and adja-
cent to pub-
lic parks.

*An act to protect game and fish within the limits of, or adjacent to any state public park within the State of Minnesota.*

Be it enacted by the Legislature of the State of Minnesota:

SECTION 1.    Any person who shall kill, cause to be killed, or pursue with intent to kill or hunt any moose, bear, deer, fox, otter, mink, muskrat, porcupine or other animal, or any duck, wild goose, crane, prairie chicken, grouse, pheasant, partridge, quail, dove, pigeon, or bird of any kind, or who shall in any manner whatsoever, except with a hook and line held in the hand, take, kill, catch or capture any bass, pike, trout, perch or other fish within the outer limits of any territory set apart, used

or designated or authorized by law to be set apart or purchased for a state public park, within this state or within three thousand (3,000) feet of the outward boundary lines or limits, fixed by law, of any state park, or who shall in any manner whatsoever hunt with firearms, or have in their possession loaded or charged firearms at any point within three thousand (3,000) feet of the outward limits of, or proposed outward boundary line or limits of any such state park within this state, shall be guilty of a misdemeanor and upon conviction thereof shall be punished by a fine for the first offense of fifty dollars ($50), for the second offense two hundred dollars ($200), and for the third or further offense he shall be fined and imprisoned in the county jail not less than ninety (90) days, nor more than one (1) year, and the provisions of this section shall apply to all manner of persons, including Indians, but this law shall not be held to supersede, modify or amend any law or ordinance which provides for the regulation of any public park within the limits of any incorporated city or village within this state.

SEC. 2. All offenses provided for in section one (1) of this act shall be tried and determined under the General Laws of this state applicable to the trial of criminal actions in like causes.

SEC. 3. Any county attorney, whose official duty it is to prosecute offenders who are charged with violating the provisions of this act, who neglects or refuses to prosecute such offenders to a final judgment, or who advises, appears for, or in any way defends, aids or counsels persons charged with offenses under this act, shall be immediately removed from office by the governor of this state. **Neglect of county attorney to prosecute.**

SEC. 4. This act shall take effect and be in force from and after its passage.

Approved April 11, 1901.

---

## CHAPTER 251.

**H. F. No. 319.**

*An act to provide for the aid of non-resident paupers.* **Non-resident paupers.**

Be it enacted by the Legislature of the State of Minnesota:

SECTION 1. When any person not having a legal settlement therein shall be taken sick, lame or otherwise disabled, in any town, city or village, or for any other cause shall be in need of relief as a poor person and shall

TAB 100

# GENERAL LAWS

OF THE

# STATE OF MINNESOTA

PASSED DURING THE

## THIRTY-FOURTH SESSION

OF THE

# STATE LEGISLATURE

COMMENCING JANUARY THIRD, ONE THOUSAND NINE
HUNDRED AND FIVE.

———————

OFFICIAL PUBLICATION BY SECRETARY OF STATE.

MINNEAPOLIS:
HARRISON & SMITH CO.
1905.

620            GENERAL LAWS            [Chap.

in shipping fish, either within or without this state, shall be plainly marked with the name and address of the consignor and consignee, and with the contents of the package.

<span style="float:left">In counties of 150,000 and over.</span>

Sec. 51.    Sale of Fish Prohibited, When—No person shall sell, have in possession with intent to sell, or offer for sale any fish caught in any lake situated partly or wholly within a county in this state that has a population of one hundred and fifty thousand, or over.

## MISCELLANEOUS PROVISIONS.

Sec. 52.    Game and Fish Taken in One Day.—No person shall wantonly waste or destroy any of the birds, animals or fish of the kinds mentioned in this chapter.

<span style="float:left">Fifteen birds in one day.</span>
<span style="float:left">Twenty-five fish. Exception.</span>

The catching, taking or killing of more than fifteen birds by any one person in any one day, or the catching, taking or killing of more than twenty-five fish by any one person in any one day, except fish caught, taken or killed in the Mississippi river or international waters with nets or seines, as by this chapter permitted, shall be deemed a wanton waste, and destruction of all such birds or fish caught, taken or killed in excess of such number.

<span style="float:left">Hunting, etc., prohibited.</span>

Sec. 53.    State Parks.—No person shall pursue, hunt, take, catch, or kill any wild bird or animal of any kind within the limits of any territory set apart, designated, used or maintained as a state public park, or within one-half mile of the outer limits thereof or have any such bird or animal or any part thereof in his possession or under his control within said park or within one-half mile of said outer limits.

<span style="float:left">As to fire arms.</span>

No person shall have in his possession within any such park or within one-half mile of the outer limits thereof, any gun, revolver, or other firearm unless the same is unloaded, and except after the same has been sealed by the park commissioner or a deputy appointed by him, and except also such gun or other firearm at all times during which it may be lawfully had in such park remains so sealed and unloaded.  Upon application to the park commissioner or any deputy appointed by him, it is hereby made his duty to securely seal any gun or firearm in such a manner that it cannot be loaded or discharged without breaking such seal.  The provisions of this section shall apply to all persons including Indians.

<span style="float:left">To residents.</span>

Sec. 54.    Sale of Game by Commission—The game and fish commission is hereby authorized to sell to resi-

Appellate Case: 23-2166     Document: 010111008626     Date Filed: 03/01/2024     Page: 115

dents of this state at the highest market price obtainable therefor, all furs, fish, game, game animals or game birds now or which may hereafter come into its possession. The proceeds thereof shall be turned into the state treasury and credited to the game and fish commission funds. A record of such sales, including the name of the purchaser and the price paid, shall be kept by the commission. Said commission shall, before selling, tag the same in a manner to be determined by it.

<span style="float:right">Proceeds turned into state treasury, record of sales.</span>

SEC. 55.  Game Shall Not be Resold—Fish, game, game animals and game birds, or any part thereof, sold pursuant to the terms of the foregoing section, shall not be resold, offered for sale or held for the purpose of sale, or otherwise disposed of, to any other person by said purchaser.  Said game shall not be bought or taken into possession by any person other than said purchaser from the commission.

SEC. 56.  Obstructing Commission—Gathering Spawn —No person shall obstruct the commission, its executive agent or any warden appointed by it while engaged in gathering fish spawn, nor shall any person place in any stream or river any logs or other debris at any time when said commission and its employes are gathering spawn, or about to gather spawn or catch fish for that purpose in any such stream or river.  Any person violating any of the provisions of this section shall be deemed guilty of a misdemeanor.  The commission may institute a civil action in the name of the state to recover from any person or persons obstructing it in the performance of its duties, or who shall place logs or other debris in such stream, for all damages resulting therefrom, and in addition thereto may in such action enjoin such party or parties from doing the acts hereby prohibited.

<span style="float:right">Logs or other debris in rivers or streams.</span>

<span style="float:right">Prosecution.</span>

SEC. 57.  Appropriation—The sum of thirty-five thousand dollars ($35,000), or so much thereof as may be necessary, is hereby appropriated annually, commencing August 1st, 1905, for the purpose of carrying on and enforcing the provisions of this chapter, to be paid for such purpose out of any moneys in the state treasury not otherwise appropriated.

<span style="float:right">$35,000, annually.</span>

SEC. 58.  Illegal Use of Coupons—Any person who uses any coupon described in this chapter other than those issued and delivered to him personally by the county auditor in the shipping or transporting of any game bird or animal or any part thereof, or uses such coupon for

<span style="float:right">Misdemeanor</span>

any purpose or in any manner other than in this chapter authorized shall be guilty of a misdemeanor.

**Procuring of illegally, penalty.**

SEC. 59. Coupons—Conspiracy—Any person who solicits, or directly or indirectly procures the issuance and delivery of any such coupon to any fictitious person or persons other than himself and uses it in any manner, or who obtains possession of any such coupon and delivers it to any person, or who solicits or procures the shipment to himself or any third person, from another, of any game bird or game animal or any part thereof shall be guilty of a conspiracy to violate the game laws and upon conviction thereof shall be fined not less than fifty nor more than one hundred dollars for the first offense and confined in the county jail not less than sixty or over ninety days for the second offense, and confined in the state prison at Stillwater not less than sixty days for each subsequent offense.

**Prohibited.**

SEC. 60. Cold Storage—The placing or receiving within or storage of any game bird or game animal, or any part thereof, in any cold storage plant is hereby prohibited and made unlawful.

## PENALTIES.

SEC. 61. Resisting Commissioner or Warden—Whoever shall resist or obstruct the executive agent of said commission, or any member thereof, or any warden or other officers of this state, in the discharge of his duties under this chapter, shall be guilty of a misdemeanor, and upon conviction thereof be punished by a fine of not less than fifty (50) nor more than one hundred (100) dollars and costs of prosecution, or by imprisonment in the county jail for not less than sixty (60) nor more than ninety (90) days for each and every offense.

**Misdemeanors.**

SEC. 62. Killing, Selling, Buying or Shipping Moose and Deer—Any person who takes or kills, has in possession, has in possession with intent to sell, sells, offers or exposes for sale, ships by common carrier, conveys or causes to be conveyed, has in possession with intent to so ship, or to convey in any manner, to any point within or without this state, any moose, deer, or any part thereof, including the hides and horns, or any person who buys any such game animal, or any part thereof, in violation of any of the provisions of this chapter, or any common carrier or agent thereof who ships or aids or abets any person in shipping any such game animal or any part

TAB 101

# ANNUAL REPORT OF THE
# COMMISSIONERS OF THE
# DISTRICT OF COLUMBIA
## YEAR ENDED JUNE 30, 1908

# Vol. I

## REPORT OF COMMISSIONERS
## MISCELLANEOUS REPORTS



WASHINGTON
GOVERNMENT PRINTING OFFICE
1908

Appellate Case: 23-2166    Document: 010111008626    Date Filed: 03/01/2024    Page: 119

shall be returned to the inspector of plumbing for numbering and then to the auditor for file.

It shall be the duty of the inspector of plumbing to see that bonds are properly renewed to cover the term of license or relicense, and the inspector of plumbing shall notify plumbers thirty days in advance of the expiration of their license to apply for new license and when such new license is granted to see that new bond is filed to cover new license period.

It shall be the duty of the inspector of plumbing to notify the permit clerk in cases where licenses and bonds have expired and where no new licenses have been issued, and the permit clerk will not issue permits to such plumbers until they have obtained a new license and furnished a new bond.

(L. R. 13397–7 E. D.)    (L. S. 164625 C. O.)

———

DECEMBER 23, 1907.

*Ordered:* That the following regulations of the board of control of Rock Creek Park are hereby made as Article XXV of the Police Regulations of the District of Columbia, and the title of the article of said regulations now numbered 25 is changed to number 26.

### REGULATIONS FOR ROCK CREEK PARK.

The Commissioners of the District of Columbia and the Chief of Engineers of the United States Army, by virtue of the authority vested in them by the act of Congress approved September 27, 1890, do hereby make and publish the following regulations in regard to the use of roads, paths, and bridges, etc., by the public in Rock Creek Park, and the preservation from injury or spoliation of the timber, and animals and curiosities therein, and their retention in their natural condition:

1. No person shall drive or ride on any other part of the park than the roads or bridle paths.

2. No person shall ride or drive within the park at a greater rate of speed than 12 miles an hour. Bicycles and automobiles shall not exceed this rate.

3. No dog will be allowed in that portion of Rock Creek Park lying south of Military road, unless such dog is in leash.

4. Within the limits of the park all persons are forbidden:

(*a*) To carry or discharge firearms, firecrackers, rockets, torpedoes, or other fireworks.

(*b*) To turn in or let loose any dogs, cattle, horses, or other animals, and whenever dogs, cattle, horses, or other animals turned in and let loose as aforesaid shall be found therein it shall be the duty of any officer in said park to impound all such cattle, and every such dog, horse or other animal, and to forthwith notify the poundmaster of the District of Columbia.

(*c*) To cut, break, or in any way injure or deface any trees, shrubs, plants, buildings, bridges, monuments, structures, rocks, fences, benches, or other apparatus or property thereof, or to write upon the same, or to affix thereto any bill, notice, or other paper.

(*d*) To cut or remove any wood, turf, grass, soil, sand, gravel, or rock.

Digitized by Google

(e) To bathe in or pollute the water of any spring, stream, lake, or pool.

(f) To make or kindle a fire of any kind.

(g) To expose for sale or sell any article without the written permission of the board of control.

(h) To chase, snare, catch, injure, destroy, or maltreat any rabbit, quail, fish, birds, or any animals, either wild or domesticated.

(i) To camp, lodge, or tarry overnight.

(j) To hitch or fasten any horse or other animal except at such places as shall be provided for that purpose.

(k) To gather, meet, or assemble by advertisement for any purpose, except that any large assembly or organization which is desirous of resorting to grounds of the park for the purpose of picnicing or other like purpose may do so after receiving a written permission therefor from the board of control,

5. Any person violating any of the provisions of the foregoing regulations shall, on conviction thereof in the police court, be punished by a fine of not less than five nor more than fifty dollars for each offense.

6. Whenever or wherever applicable and not inconsistent with the foregoing, the various police regulations of the District of Columbia are to be strictly observed within the limits of the park, as elsewhere in the District of Columbia, and the same are hereby referred to and made a supplementary part of these regulations, for the purpose herein named.

DECEMBER 31, 1907.

*Ordered:* That section 5 of Article VIII of the Police Regulations of the District of Columbia is hereby amended to read as follows:

SEC. 5. No person shall shake, beat, or otherwise treat carpets, rugs, floor coverings, garments, cloths, linings, covers, furniture, or other articles, or otherwise treat carpets, rugs, floor coverings, garments, cloths, linings, covers, furniture, or other articles in such manner as to cause dust to arise therefrom in or upon any street, avenue, park, square, road, or reservation in the District of Columbia within 200 feet of any house used for human habitation, occupation, or assembly; nor shall any person sift, shake, or otherwise treat ashes or other rubbish in such a manner as to cause dust to settle on other premises.

JANUARY 2, 1908.

*Ordered:* That the building regulations of the District of Columbia are hereby amended by adding thereto, immediately after section 162, the following section to be known as section 162a:

SEC. 162a. No gas, gasolene, naphtha, or other explosive engine shall be installed in the District of Columbia without having first obtained a permit therefor from the inspector of buildings of said District; and when any such engine is installed in any building, the exhaust pipe therefrom, if carried into the chimney of said building, shall extend to a sufficient height to discharge or exhaust into the open air, and if said pipe shall pass through the floor of any building, proper precautions shall be taken to insure safety, as required by these regulations. No air compressor, or similar machinery, to be

Digitized by Google

TAB 102

LIBRARY
OF TH
UNIVERSITY OF ILLINOIS
26 AUG 1914

# REPORT

.OF THE

# MARYLAND
# STATE BOARD OF FORESTRY

FOR

## 1912 and 1913



## MEMBERS OF THE BOARD

**PHILLIPS LEE GOLDSBOROUGH** . . . . President
GOVERNOR OF MARYLAND

**EMERSON C. HARRINGTON** . . . Comptroller of Maryland

**WILLIAM H. WELCH** . Acting President of Johns Hopkins University

**H. J. PATTERSON** . . . President of Maryland Agricultural College

**WILLIAM BULLOCK CLARK** . . . . Executive Officer
STATE GEOLOGIST

**W. McCULLOH BROWN** . . . . . . . . . .

**ROBERT GARRETT** . . . . . . . . . .

---

**F. W. BESLEY** . . . . . . . . State Forester

**BALTIMORE, MD.**

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

60           **STATE BOARD OF FORESTRY**

Form 15

## APPLICATION FOR FREE USE PERMIT
### ON STATE LANDS

..............................................................., Md.

.............................................19.........

MARYLAND STATE BOARD OF FORESTRY,
    Baltimore, Maryland.

*Gentlemen:—*

I

We hereby apply for a Permit to.........................................................

.................................................................................................................

.................................................................................................................

.................................................................................................................

.................................................................................................................

I

If granted this permit we agree to comply in every respect with the rules and regulations of the Board of Forestry as printed on the reverse side of this Application.

Applicant's Signature..........................................................

Address.............................................................................

recommended
Permit not recommended by.................................................

granted
Permit refused by.............................................................

## RULES AND REGULATIONS

OF THE

MARYLAND STATE BOARD OF FORESTRY

FOR USE, BY THE PUBLIC, OF THE PATAPSCO PARK

No person shall be allowed the exclusive use of any portion of the Patapsco State Park, for camping or other purposes, except under a written Permit issued by the Board of Forestry upon an Application signed by the person desiring to use said lands; which Application and Permit shall contain the following provisions:

That the Permittee and those enjoying with him the use of the Patapsco State Park under Permit

1.—Will not cut, mutilate, or destroy any green trees except those selected and marked by the State Forest Officers.

2.—Will not build or set any fires, except at places designated for them at the camp sites; will always put out all fires before leaving camp; and will


Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

always use particular care in preventing the starting or spreading of fires, wherever they may be found.

3.—Will not litter the ground and woods with paper, lunch boxes, other debris or refuse, or pollute the springs or streams in any manner whatsoever.

4.—Will not bring into the Patapsco State Park or have in his or their possession while there fire-arms of any description; nor shoot or otherwise harm or molest any bird or animal therein.

5.—Will prevent, as far as possible, any other damage to the State's property, which he and they will protect and conserve as fully as possible.

6.—And will agree that this Permit may be revoked in case of failure on the part of the Permittee to comply with any or all of the above provisions.

Form 14.    Permit No.

### FREE USE PERMIT

ON STATE LANDS

STATE BOARD OF FORESTRY

BALTIMORE, MARYLAND

Name_____ Address_____
is hereby granted a Permit to

the permittee having agreed to comply in every respect with the rules and regulations of the Board of Forestry regarding the permit; that he will not cut any green trees except those selected and marked by the Forest Wraden; that he will exercise particular care in preventing the spread of fires; and prevent as far as possible any other damage to the State's property, which he will protect and conserve as fully as possible. This Permit may be revoked in case of any failure on the part of the permittee to comply with the above.

Date of issue    STATE BOARD OF FORESTRY,

Limit of Permit    By_____State Forester


Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

62 STATE BOARD OF FORESTRY

SPECIAL POSTERS FOR PATAPSCO RESERVE.

*(Sign prepared and posted in co-operation with the Baltimore and Ohio Railroad.)*

# PATAPSCO PARK

STATE FOREST RESERVE

## Attractive Camping Sites

NEAR HERE

### FREE UPON APPLICATION

**State Forester, Baltimore**              **Forest Patrolman, Oella**

Or Local Agent
**Baltimore & Ohio R. R.**

*(Sign posted to conform with a recent ruling of the Board of Forestry.)*

## NO HUNTING!

### FIREARMS PROHIBITED

———————

PATAPSCO STATE PARK

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

TAB 103

# State of Connecticut

**PUBLIC DOCUMENT No. 60**

# REPORT

OF THE

# STATE PARK COMMISSION

TO THE

# GOVERNOR

For the Two Fiscal Years ended September 30, 1918

*PRINTED IN ACCORDANCE WITH STATUTE*

HARTFORD
PUBLISHED BY THE STATE
1918

Google

UNIVERSITY OF MICHIGAN

HARTFORD, CONN., December 24, 1918.

*To His Excellency,* MARCUS H. HOLCOMB,
        *Governor of the State of Connecticut.*

In accordance with Chapter 265, Public Acts 1915, and on be-half of the Commissioners appointed under Chapter 230, Public Acts of 1913, I have the honor to submit for your consideration the biennial report of the State Park Commission for the two years ended September 30, 1918.

LUCIUS F. ROBINSON,
        *Chairman of the Commission.*

2

Google

UNIVERSITY OF MICHIGAN

30          REPORT OF STATE PARK COMMISSION.

## Principles to be Observed in the Selection of Names.

The selection of names has always seemed to me a matter of some importance, and with the experience now gained, I would suggest the following very general principles, which if adopted may be of some assistance, though each case must be considered with care as it arises:

1. Family names should be avoided unless of historical significance, or unless such names have become firmly established by long-continued or wide-spread use.

2. Preference should be given to names of natural features appearing on maps in current use, of which maps those of the Geological Survey (Topographic) should be considered the standard.

3. All names should be reasonably short and euphonious, and should be complete and distinctive in ordinary use without the suffix "Park" or "State Park."

4. If possible, the name selected at the time of first acquisition should be sufficiently broad to cover any probable future additions.

### Notices.

The following general form of notice has been adopted by the Commission for use in all Parks, and has been approved by the Governor, as required by Chapter 230, Public Acts of 1913. Copies of this notice should be placed in all the Parks as soon as funds will permit.

### CONNECTICUT STATE PARK

(NAME OF PARK)

#### TO THE CITIZENS OF CONNECTICUT

This is a State Park. It belongs to you. It was paid for out of the State money, your money, or given to the State, for the preservation of natural beauty or historical association, and for the recreation of yourselves and your guests from other States.

The custodian of the State Park is the State Park Commission, established by your representatives in the General Assembly, whose members are appointed by the Governor with the approval of the Senate. They are your servants, to see that the State Parks are properly cared for, rightly used and not abused.

There is a reason for every rule and regulation made, and they should be complied with, even though the reason is not evident. If the rule seems onerous or unnecessary, your criticisms or suggestions, made in writing, will receive careful consideration.

It is desired that this park shall be used for picnic parties, camping and outdoor life by the people of Connecticut, provided the park is used in a wholesome and reasonable way, and that the trees, shrubs and plants are not injured, and all rubbish is placed in re-

Google          UNIVERSITY OF MICHIGAN

Appellate Case: 23-2166    Document: 010111008626    Date Filed: 03/01/2024    Page: 130

ceptacles prepared for it, or buried or burned. People using this State Park should not monopolize it, nor disturb nor unpleasantly intrude upon other parties using it.

FIRES are a source of danger to the forest, and must not be built in dry times, but at other times they may be made in stone fireplaces built by the Commission or acceptable to them; the fire should never be left alone, and must be put out on leaving.

The use of firearms or having them in possession is forbidden, also the killing or disturbing of wild animals, birds or birds' nests.

The directions of the caretakers should be followed. If they seem unreasonable or undesirable, or if suggestions are to be offered, please write to the Field Secretary or any member of the Commission.

IT IS PERMITTED: .

1. To fish in accordance with the Public Statutes.
2. To gather nuts, berries or wild flowers except for market.
3. To use any dead wood for the fireplace.
4. To camp for two days or less without a permit, camping for longer periods to be by special permit.

STATE PARK COMMISSION,
(Names and addresses)

### Progress of Acquisition.

It has been previously suggested that the success of your work cannot be gauged by the size of the appropriations devoted to it, and it is equally true that its progress is not to be measured or computed in acres of land, and yet we naturally turn to figures of some sort as the readiest means of comparison.

Your first report in 1914 showed a total of five acres in the town of Westport; the second in 1916 showed a total of 740 acres in 5 towns; and the present total is 3,150 acres in 18 towns, of which 914 acres have been purchased and 2,236 acres have been freely given. As citizens of the good old State, we have then apparently equal reason to be proud of our collective thrift and our individual generosity. Unfortunately for this view, the donors seem to be a corporate body acting collectively and individuals having their principal residence in other States. Well, pride is sinful and humility is a Christian virtue, and after all, somehow we are getting some land. But is it sinful to be proud of the beauties of our own State? or must we live somewhere else to appreciate them?

In closing, it is impossible to omit a few words of personal tribute to the character of General Bradley, whose loss we have all felt keenly. His gentle and persistent optimism in the face of every discouragement, his faith in his ideals, his invariable good humor and kindly smile, and that rare courtesy and charm of manner which

Google    UNIVERSITY OF MICHIGAN

32          REPORT OF STATE PARK COMMISSION.

his friends can never forget; all these traits were his, and the memory of them is ours.  While that memory remains who can say that his spirit is not with us?  It was my privilege to know him for a short time only, though it seems much longer, but I can testify to his great pleasure in heading the Commission in its first years and his firm belief in its future usefulness to the State.

Respectfully submitted,

ALBERT M. TURNER.

Northfield, Conn.,
    December 10, 1918.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

TAB 104

# STATE OF NORTH CAROLINA

---

# PUBLIC LAWS AND RESOLUTIONS

ENACTED BY THE

## EXTRA SESSION

OF THE

## GENERAL ASSEMBLY

OF

## 1921

BEGUN AND HELD IN THE CITY OF RALEIGH

ON

TUESDAY, THE SIXTH DAY OF DECEMBER, A.D. 1921

---

## PUBLISHED BY AUTHORITY

---

RALEIGH
MITCHELL PRINTING COMPANY
STATE PRINTERS
1922

*First.* To supplement the funds in those counties specified in section two of this act, in order to provide a six months school term in each of said counties; [Supplements to county funds.]

*Second.* After the provisions of section two have been complied with, then the State Board of Education shall apportion the residue of the funds provided in this section in order to pay the salaries of the county superintendents and assistant superintendents for six months, and all city superintendents, all supervisors not otherwise provided for, all principals of elementary schools having ten or more teachers, and principals of standard high schools, for three months. [Apportionment of residue. County superintendents and assistants. City superintendents. Supervisors. Principals of elementary and high schools.]

Sec. 5. That section five thousand four hundred and eighty-eight of the Consolidated Statutes, as amended, be and the same is hereby further amended by adding at the end thereof the following: *"Provided,* that no action in the nature of a writ of mandamus shall be brought against the board of county commissioners to compel said board to levy a rate of taxation greater than the rate authorized by the General Assembly." [Proviso: mandamus for increase of tax rate not to lie.]

Sec. 6. All laws and clauses of laws in conflict with the provisions of this act are hereby repealed. [Repealing clause.]

Sec. 7. This act shall be in full force and effect on and after the date of its ratification.

Ratified this the 20th day of December, A.D. 1921.

---

## CHAPTER 6

### AN ACT TO PROTECT ANIMALS AND GAME IN PARKS AND GAME RESERVATIONS IN EITHER PRIVATE OR PUBLIC PARKS OR PLACES.

*The General Assembly of North Carolina do enact:*

SECTION 1. That it shall be unlawful for any person or persons to hunt, trap, capture, willfully disturb, or kill any animal or bird of any kind whatever, or take the eggs of any bird within the limits of any park or reservation for the protection, breeding, or keeping of any animals, game, or other birds, including buffalo, elk, deer, and such other animals or birds as may be kept in the aforesaid park or reservation, by any person or persons either in connection with the Government of the United States, or any department thereof, or held or owned by any private person or corporation. [Protection of game in parks or reservations.]

Sec. 2. That any person or persons who shall hunt, trap, capture, willfully disturb, or kill any animal or bird, or take the eggs of any bird of any kind or description in any park or reservation [Misdemeanor.]

Punishment.

as described in section one of this act, at any time during the year, shall be guilty of a misdemeanor, and shall be fined or imprisoned in the discretion of the court for each and every offense.

Carrying weapons in parks or reservations.
Misdemeanor.

Sec. 3. That any person who shall carry a pistol, revolver, or gun in any park or reservation such as is described in section one of this act, without having first obtained the written permission of the owner or manager of said park or reservation, shall be

Punishment.

guilty of a misdemeanor, or shall be fined or imprisoned, in the discretion of the court, for each and every offense.

Application of act.

Sec. 4. That the provisions of this act shall apply only to that part of the State of North Carolina situated west of the main line of the Southern Railway running from Danville, Virginia, by Greensboro, Salisbury, Charlotte, and Atlanta, Georgia.

Repealing clause.

Sec. 5. All laws and clauses of laws in conflict with this act are hereby repealed.

Sec. 6. That this act shall be in force from and after its ratification.

Ratified this the 15th day of December, A.D. 1921.

---

## CHAPTER 7

### AN ACT TO CHANGE THE MONTH DURING WHICH ACCOUNTS OF STATE OFFICERS ARE EXAMINED BY COMMISSIONERS OF THE LEGISLATURE.

*The General Assembly of North Carolina do enact:*

Date changed.

Section 1. That section seven thousand six hundred and ninety-two of the Consolidated Statutes be and the same is hereby amended by striking out the word "December" in line six of said section and inserting in lieu thereof the word "July."

Sec. 2. That this act shall be in force from and after its ratification.

Ratified this the 10th day of December, A.D. 1921.

---

## CHAPTER 8

### AN ACT TO AUTHORIZE THE TREASURER TO BORROW NOT EXCEEDING $710,000 FOR THE STATE PUBLIC SCHOOL FUND.

Preamble : tax at special session.

Whereas the special session of the General Assembly of one thousand nine hundred and twenty, chapter ninety-one, section

Purpose.

one, Public Laws, provided a State tax of thirteen cents for the purpose of paying "one-half the annual salary of the county superintendents and three months salary of all teachers of all sorts

TAB 105



# STATE PARKS

### *and Recreational Uses of*

# STATE FORESTS

### *in the United States*

*By*

## RAYMOND H. TORREY

*Field Secretary*

*National Conference on State Parks*

R EPORT of a survey made by the
National Conference on State Parks,
at the request of the National Confer-
ence on Outdoor Recreation, and made
possible through a grant by the Laura
Spelman Rockefeller Memorial, for the
purpose of determining the extent and
character of existing facilities for out-
door recreation provided by State
agencies and the needs and prospects
of extending them.

WASHINGTON, D. C.

## The National Conference on State Parks

*Member, Federated Societies on Planning and Parks*

1926

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

session, in a bill to create a State Commission on Conservation and Development, including in its scope the powers and duties now held by the Water Power and Development Commission, the State Geological Commission, the State Geological Survey, the office of the State Geologist and of the State Forester, with power to condemn and acquire land and other property for park purposes. It passed both Houses and will undoubtedly be signed by the Governor.

The commission is to have control of the expenditure of any State advertising funds. It is authorized to examine plans submittted by any person or organization looking to the establishment of a public park within the Blue Ridge Mountain area, this referring to cooperation with the Federal Government in the creation of the proposed Shenandoah National Park. It may also acquire areas or objects of scenic beauty, recreational utility, historical interest, remarkable phenomena, or any other unusual features, which in its judgment should be preserved and maintained for the use, observation, education, health and pleasure of the people, within the limits of any appropriation for such purposes, or of voluntary gifts placed at the disposal of the commission. The property and the income of the commission are to be exempted from taxation. An initial appropriation of $10,000 was proposed.

## WASHINGTON

The State park movement originated in the State of Washington when the Commissioner of Public Lands, C. V. Savidge, obtained authority from the 1919 Legislature to set aside tracts of State land not to exceed five acres in area for public parks. In 1921 the Washington Natural Parks Association, a voluntary organization, acting in cooperation with influential citizens, secured the enactment of a law creating the present State Parks Committee and giving it authority to acquire, maintain and develop a State Park System. The State Parks Committee consists of the following elective officers: Commissioner of Public Lands, C. V. Savidge, Chairman; Secretary of State, J. Grant Hinkle, Secretary; and State Treasurer, W. G. Potts. H. W. Rutherford is Superintendent of State Parks.

The greater portion of lands now held as State parks has been acquired by gift. The Legislature makes direct biennial appropriation for all park purposes out of the State Park and Parkway Fund. No bonds have been issued or authorized for State parks and as a rule bond issues are not favored, although there has lately been some favorable discussion of a State park bond issue. Ninety-two acres of land have been obtained by condemnation to add to an existing park, without contest of the State's authority. School lands, tide and shore lands have been transferred to the

Digitized by Google     Original from
UNIVERSITY OF CALIFORNIA



*Photo by Bert Huntoon*

Fir-clad, rock-bound shores of Puget Sound—the shingle beach in
Larabee State Park, near Bellingham, Washington

administration of the State Parks Committee for park purposes and the Commissioner of Public Lands has authority to make such transfers, and may be so directed by the State Parks Committee. One United States Military Reservation of about 1,800 acres, now Deception Pass State Park, was transferred to the State for park purposes in 1922 and Congress has authorized the sale at a minimum price of $1.25 per acre of another parcel of about 82 acres.

## Administration of State Parks

All receipts into the State Park and Parkways Fund are retained in this fund, out of which the Legislature makes regular biennial appropriations. State park revenues come from the following sources: 50 per cent of the fines and forfeitures collected for violation of some of the statutes governing the use of motor vehicles; fees collected from concessions in State parks and from automobile campers; and any donations in cash, so far of small importance. The amount of the first-named source of receipts was seriously diminished during 1925 owing to the cutting down of the highway police, which lessened the number of arrests and the amount of fines. The State Parks Committee therefore sought, in the 1926 Legislative session, for an adequate amount for purchases and maintenance, out of less fluctuating State funds, such as that derived from drivers' licenses, but a conflict between Governor Hartley and the Legislature caused the failure of its efforts. No admission is charged to State parks. Some objection has been encountered to any charges in State parks due to a mistaken impression that the people pay taxes for their support, which is not the case.

Digitized by Google          Original from UNIVERSITY OF CALIFORNIA

Expenditures on the State parks in the 1921-23 biennium, from June 19, 1921, to March 31, 1923, were $12,988.32; from April 1, 1923, to September 30, 1924, $35,431.72. Receipts from State parks, from April 1, 1923, to September 30, 1924, from concessions, fees and rentals, were $1,242.24. Robert Moran, donor of Moran Park, gave $500 toward the expense of the condemnation of land for an addition to it.

Camping is permitted in all State parks which have been sufficiently developed to allow it. Among the regulations which experience has required for conservation, sanitation, cleanliness and good order are prohibitions against fire arms, unleashed dogs, damaging or removing shrubs and trees, and a speed limit of more than 25 miles an hour. Visitors are required to register.

All State parks now in use are accessible by motor over the highway system or in connection with ferries. Areas have been cleared for camping and picnic purposes, tables, stoves, toilet facilities and water provided. Concessions are granted in some instances, covering groceries, ice cream, confectionery, boating and bathing. There are no hotel concessions. Concessions are limited by statute to a maximum period of five years, those at present being generally of a minor nature, and either on a flat-rate basis or as a part of the consideration for care of the park. All funds received from this source are paid to the State Treasurer to the credit of the State Park and Parkway Fund.

Caretakers and others designated by the State Parks Committee have authority to enforce the laws and park rules and regulations. The season is generally from May 1 to October 1, though parks are sometimes in use earlier. There is no winter use. Definite attendance figures are not available, but in the 1924 season five of the more popular parks showed a registration of 33,640.

### THE STATE PARKS

The State parks are as follows:

Moran State Park is the largest of Washington's State park system. It was the gift of Robert Moran, a timber owner, of Rosario, Orcas Island, and adjoins his estate on that Island. It contains 2,900 acres. It is reached by ferries from Anacortes and Bellingham. It contains one large lake and has frontage on another, both with good fishing. An open air shelter has been built on Cascade Lake, dressing rooms provided for bathers and boats are available.

Deception Pass State Park is second in size, of 1,800 acres, but largest in the number of registered visitors. It is in Skagit and Island counties, on Whidy and Fidalgo islands, as well as four smaller islands, giving large stretches of salt water frontage.

Larrabee State Park, of about 20 acres, is on the Pacific Highway, eight miles south of Bellingham, and its excellent bathing beach makes it popular with the people of that city.

Bay View State Park is a tract of 12 acres fronting on Padilla Bay, given to the State in 1924 by the Skagit County Agricultural Association.

Twanoh State Park, on the Hood Canal between Union and Bremerton,

Google    UNIVERSITY OF CALIFORNIA

# TAB 106

# LAWS

OF THE

# STATE OF INDIANA

Passed at the Seventy-fifth Regular Session
of the General Assembly

Begun on the Sixth Day of January, A. D. 1927

## 1927

*BY AUTHORITY*

FREDERICK E. SCHORTEMEIER, Secretary of State

INDIANAPOLIS:
WM. B. BURFORD, CONTRACTOR FOR STATE PRINTING AND BINDING
1927

the state shall apply equally to and govern the naval forces, except such provisions as may be inconsistent with the different nature of the service.

## Naval and Life Saving Equipment.

SEC. 4. The commander in chief is hereby authorized to accept from the navy of the United States, or from any other source, for the naval militia, and use any vessel, life boat, boat gear, boat equipment, life saving equipment, rifles, field pieces, and any other naval equipment or life saving equipment which may be deemed necessary in properly safeguarding the lives and property of the citizens of the State of Indiana.

## Appropriation.

SEC. 5. For the purpose of carrying into effect the provisions of this act, there is hereby appropriated, out of any money in the general fund of the state treasury not otherwise appropriated, the sum of twenty thousand dollars for each of the fiscal years ending September 30, 1928, and September 30, 1929, respectively.

————

## CHAPTER 37.

AN ACT concerning fish, game, wild birds, wild animals, and offenses relating thereto.

[S. 19. Approved March 1, 1927.]

## Migratory Birds—Offense in Certain Cases Created.

SECTION 1. *Be it enacted by the general assembly of the State of Indiana,* That it shall be unlawful for any person or corporation to hunt, take, capture, kill, trap, net or destroy, or attempt to take, capture, kill, trap, net or destroy, or to possess, sell, offer for sale, purchase, offer to purchase, or to ship, transport or carry or deliver or receive for shipment, transportation or carriage in any manner beyond the limits of this state, any migratory bird included in this act, or any part, nest, or egg thereof, except only as hereinafter permitted by the provisions of this act.

in so far as such act pertains to the migratory birds mentioned in this act.

### Fishes in Hatchery Pond—Offense Concerning.

Sec. 15. It shall be unlawful for any person to fish in any pond of a fish hatchery of the State of Indiana, or to take, catch, injure or kill or attempt to take, catch, injure or kill any fish in such hatchery pond.

### Wild Animals and Birds on Game Reserves—Public Shooting Grounds.

Sec. 16. It shall be unlawful for any person to hunt, pursue, trap, kill, injure or take in any manner or at any time any wild animal or bird on any lands of the State of Indiana which have been or may hereafter be set aside or used by said state as a game reserve or for the propagation of wild animals or birds, or upon any lands of this state now or hereafter used for a state park or for a state forest reserve. And it shall be unlawful for any person to go upon such lands of this state with a gun: *Provided,* That the department of conservation may, by regulation duly made and promulgated and approved by the governor in the manner provided by law for the making and promulgation of regulations by said department, set aside, designate and maintain such game reserve or any part thereof, or other lands now or hereafter acquired for that purpose, as a public shooting grounds, and thereunder may permit all persons to hunt, trap or take thereon such wild animals or wild birds in open seasons in such manner, at such times, and under such restrictions, conditions and limitations as may be fixed by said regulation.

### Possession of Certain Instruments for Taking Fishes—Exceptions—Penalty.

Sec. 17. It shall be unlawful for any person or corporation to possess any seine, dip-net, gill-net, trammel-net, pond-net, or other kind of fishing net whatever, or any spear, gig or fish trap, or any part thereof: *Provided,* That a person lawfully may possess, within one mile of the waters here enumerated, and for use only in such waters, nets, seines and traps for taking fish from Lake Michigan, or the Ohio river, or, when licensed therefor, for taking fish from the Wabash river in so far as it is the boundary line between

shall upon conviction be fined in any sum not less than ten dollars nor more than one hundred dollars, to which may be added imprisonment in the county jail not to exceed sixty days. The taking, catching, killing, possession, sale, barter, offer for sale or barter, purchase, offer to purchase, or transportation of each bird, animal or fish or part thereof in violation of any provision of this act shall constitute a separate and distinct offense. Each day's possession of any bird, animal, fish or article, the possession of which is prohibited by this act, shall constitute a separate and distinct offense.

### Repeal—Cumulative Effect of Act.

SEC. 37.   All laws or parts of laws in conflict with the provisions of this act are hereby repealed, but only such parts of existing law as are in direct conflict with the provisions of this act are hereby repealed, and this act shall be construed to be cumulative, not repealing other law now existing on similar subjects except where the same is inconsistent with this act.

### Constitutionality.

SEC. 38.   If any phrase, clause, sentence, section or other part of this act shall be declared unconstitutional or invalid for any cause, such decision shall affect only the phrase, clause, sentence, section or other part of this act which shall be directly in controversy, and the validity of the entire remainder of this act shall in no way be affected thereby.

---

## CHAPTER 38.

AN ACT to amend section 5 of an act entitled "An act entitled an act to provide for the protection and reclamation of lands subject to overflow, by the construction and maintenance of levees," approved March 9, 1907.

[S. 37.   Approved March 2, 1927.]

### Lands Subject to Overflow—Protection—Issuance of Bonds in Certain Cases.

SECTION 1.   *Be it enacted by the general assembly of the State of Indiana,* That section 5 of the above entitled act be amended to read as follows: Sec. 5.   In all cases where

TAB 107

# THE DEPARTMENT OF CONSERVATION

## STATE OF INDIANA--

### CONSERVATION COMMISSION

STANLEY COULTER, *Chairman*
EVERETT L. GARDNER
DAVID A. ROTHROCK
MARTIN R. GOSHORN

Publication No. 68

RICHARD LIEBER
Director

INDIANAPOLIS:
WM. B. BURFORD, CONTRACTOR FOR STATE PRINTING AND BINDING
1927

Digitized by Google

## FOREWORD

This volume contains:

(a)  The present statute laws of Indiana pertaining to the department of conservation, including penal and regulatory laws administered by the department.

(b)  References to decisions of the courts on subjects relating to conservation.

(c)  References to opinions of the attorney general having to do with the department and its work.

(d)  Laws of the United States in so far as such laws apply to matters of conservation in Indiana.

Primarily this book is published for the use and convenience of the department and its officers and employes.

The natural resources in the state are the property of the people of the state. The department has been constituted the administrator of this property for the benefit of the state and of the people, and, not the least important, for the benefit of the property itself. In this manner coming generations will be guaranteed sustained use and enjoyment of natural resources.

These laws are the rules governing the administration of this trust. All persons connected with the department should become familiar with them.

The business of the department has been growing steadily and it is inevitable that the increase in departmental activities and functions should necessitate an expansion of the laws.

For the better understanding of the department's inner organization, a graphic chart has been appended.

RICHARD LIEBER, Director.

181

before March 9, 1924, if said board shall convey said county office build-
ing to any association to be preserved and maintained as a world war
memorial, permission is granted said association to maintain said build-
ing on said public square, with full right of ingress and egress there-
to and therefrom so long as such association shall continue to exist.

Appropriation for years 1927-1929, see note to Sec. 17.

**Sec. 354. Regulation Concerning State Parks and Scenic
and Historic Places.** Pursuant to authority of an act of the
General Assembly of the State of Indiana "creating a de-
partment of conservation," etc., approved March 11, 1919, the
conservation commission of Indiana hereby makes the follow-
ing regulation, effective in and for each of the state parks and
scenic and historic places, now or hereafter established, under
the control of the department of conservation of Indiana:

1. **Injury to Property—Birds—Animals.** No person shall
injure, destroy, remove, mutilate or deface any building, struc-
ture, sign, rock, tree, shrub, vine, or property whatever, nor
pick any flowers, nor take, kill, injure, pursue, hunt or molest
or rifle the nest of any bird or the den, nest or abode of any
wild animal.

2. **Guns—Firearms—Dogs.** The carrying or possession of
a gun or firearm is prohibited. Dogs, except those on leash,
shall not be taken or allowed to go into any such park or place.

3. **Vending—Advertising.** No person shall sell, vend, peddle,
distribute or deliver any merchandise or property whatever,
except with the express permission of the department of con-
servation. The placing or distribution of advertisements or
advertising matter of any character is prohibited, except with
the express permission of said department.

4. **Admission Fees.** For each day's admission to each of
the said state parks (except Muscatatuck State Park) each
person over eight years of age shall pay to the department
of conservation a gate fee of ten cents. For each admission to
the James F. D. Lanier home, each person over eight years
of age shall pay to said department a fee of twenty-five cents,
except that on two days of each week, to be designated from
time to time by said department, no admission fee shall be
charged at said home.

5. **Camps.** No camp or tent shall be located except in such
area or place as may be specially provided therefor by the de-
partment of conservation. For each tent so located there shall

182

be paid to the department of conservation a fee of twenty-five cents for each twenty-four hours or fraction thereof. Camps shall be kept clean and sanitary. Trash, waste, garbage or refuse shall not be thrown or scattered upon the grounds nor thrown in any stream or body of water, but shall be placed in baskets or receptacles provided therefor. No camp fires shall be built except in places provided and designated by said department for that purpose.

6. **Fires.** No person shall build or start any fire whatever, except a camp fire as above provided for cooking, warmth or smudge. All camp fires shall be entirely extinguished immediately after use. No person shall carelessly, negligently or maliciously start any fire. Lighted matches, cigarettes, cigars, or other articles afire shall be thoroughly extinguished before being thrown away.

7. **Motor Vehicles—Horseback Riding.** No person shall run or operate any motor vehicle at a greater rate of speed than fifteen miles per hour, nor drive nor park such motor vehicle at any place except where provided therefor by said department. No person shall ride, drive or hitch any horse except at such places as may be permitted or provided therefor by said department.

8. **Bathing.** No person shall bathe in or use any bathing beach except at such places and times as may be permitted or provided therefor by said department. Bathing beaches may be closed to the public and bathing therein prohibited at any time when, in the opinion of park authorities, bathing therein may be dangerous.

This regulation shall not apply to officers, agents and employes of the department of conservation in the exercise of their authorized and official duties.

The failure of any person to comply with any provision of this regulation shall be deemed a violation hereof. Whoever shall violate any provision of this regulation shall be subject to a fine as provided by said act of March 11, 1919.

This regulation to take effect and to be in full force on the 15th day of September, 1927.

TAB 108

# L A W S

OF THE

# STATE OF MARYLAND

MADE AND PASSED

**At the Session of the General Assembly Made and
Held at the City of Annapolis on the Fifth
Day of January, 1927, and Ending on
the Fourth Day of April, 1927.**

———————————

**PUBLISHED BY AUTHORITY**

———————————

1927
King Bros., Inc., State Printers
208 N. Calvert Street
Baltimore, Md.

 5

nor more than Five Hundred Dollars ($500.00) and costs for each and every offense, and in addition to said fines shall be fined Five Dollars ($5.00) for each and every game bird, the eggs of same, or game animal sold or offered for sale in violation of the law; the license shall be revoked and game on said property confiscated by order of the Game Warden.

### STATE GAME REFUGES AND HUNTING GROUNDS.

67.  Acquisition.—The Game Warden of this State may acquire title to or control of lands or waters within this State, suitable for protection and propagation of game and fish or for hunting purposes to be used as hereinafter provided, by purchase, lease, gift or otherwise, to be known as State Game Lands.  The Game Warden may purchase or erect such buildings as may be deemed necessary properly to maintain and protect such lands or for propagation of game and fish, and may also purchase or lease lands from which the ownership of minerals, oil or gas and the right to mine and drill for the same have been excepted.

68.  Title and Control.—The title to any land or water acquired by purchase, gift or otherwise, shall be taken in the name of the State of Maryland, for use of the Game Division of the Conservation Department of Maryland.  The entire control of such land or water shall be under the direction of the Game Warden and Conservation Commissioner of this State.

No land or water shall be purchased at a price to exceed Five Dollars ($5.00) per acre, except where buildings or cultivated lands deemed necessary to the proper maintenance and administration of game refuges or for game and fish propagation are included.  The Game Warden may expend for the purchase of lands and waters during any year such amount from the State Game Protection Fund as in his opinion can be allotted to that purpose.

69.  Sale and Exchange.—Whenever the Game Warden shall deem it to the best interests of the State, he may, by approval of the Conservation Commissioner and with the consent of the Governor, authorize the exchange of any lands or waters, or any part thereof, to which title has been acquired by purchase, gift or otherwise, together with the buildings, improvements, appurtenances, thereof, for privately owned lands of equal or greater value, and adapted for State Game Lands for

game and fish propagation; or may authorize the sale of any lands or waters to which title has been acquired as aforesaid, or any part thereof, to the party or parties offering the highest price therefor, after advertisement once each week, for two consecutive weeks, in at least one newspaper in the county or counties in which the land or waters are located.

(a) Such land or waters may, by consent of the Game Warden and Conservation Commissioner, be used as State Parks in co-operation with any Department of this State empowered at present with the supervision of State Forests or State Parks or any department which may, by an Act of the General Assembly in the future, be empowered with the establishment, supervision, etc., of State Parks in this State.

(b) The Attorney-General shall prepare the necessary deeds to consummate such exchange or sale, and the deeds shall be executed by the Game Warden and the Conservation Commissioner of this State. The proceeds of such sales shall be deposited with the State Comptroller to be placed to the credit of the State Game Protection Fund. The Game Warden or Conservation Department shall not acquire or purchase any land or water in Garrett County.

70. Use of Lands.—Land and waters to which title has been acquired, or which have been leased, or any part thereof, may be used for the purpose of creating and maintaining State Game Refuges, or for the propagation of game and fish, and as much thereof as deemed necessary may be used for hunting grounds by consent of the Game Warden. The Game Warden, after consultation with the State Department of Forestry, may cut and remove and sell, or permit the cutting and removing and selling of, timber on lands to which title has been acquired by purchase, gift or otherwise, the net proceeds from which shall be deposited with the State Comptroller to be placed to the credit of the State Game Protection Fund. The Game Warden may grant rights of way on and across lands and waters acquired as aforesaid, when such grant will not adversely affect game and fish protection and propagation.

71. State Game Refuges.—The Game Warden may establish and maintain State Game Refuges for the protection and propagation of game and fish on all or any portion of State Game Lands, where any game and fur-bearing animals shall not be hunted, pursued, trapped, disturbed, or molested at any

time. He may also, with and by the consent of the Governor of this State and the Superintendent in charge of any State-owned land or any land or water owned by the Federal Government after receiving consent from the authorities herein named, locate State Game Refuges or Fish Refuges on State-owned or National-owned forests, land or waters.

Each Refuge shall be posted on the outlines of said property and when the Game Warden may deem it necessary, boundaries of said Refuge may be defined by fireline, road or other clear strip of land, or by at least one wire at the boundary thereof. On the boundary of each Refuge there shall be posted, in conspicuous places notices informing the public that the territory is a "State Game Refuge—Hunting is Unlawful," and such other information or rules and regulations as may be deemed advisable.

72. Leased Lands and Waters.—Whenever the owner (or person in control) of suitable lands or waters desires to have said lands or waters, or part thereof, set apart for a refuge for game and fish, he or they may make application to the Game Warden, giving a description of said lands or waters including: (a) Specific location; (b) map or sketch showing an outline of said lands or waters and the location of all buildings, roads, streams, and fences; (c) the type of such lands or waters, whether woodland, abandoned farm land, or cultivated land, or lakes, ponds, marshes, or impounded streams.

(a) The Game Warden may then make or have an examination made of said property and if found suitable for game and fish protection or for propagation purposes, he may notify the owner (or person in control) to the effect that said lands or waters are acceptable for a game and fish refuge. The said owner (or person in control) shall sign a lease, vesting in this State all hunting and fishing rights upon said lands and waters without charge. The lease shall contain provisions to the following effect: (a) that neither the owner, his family, agents, tenants or any other person by or with his authority shall hunt or fish thereon; (b) that he will make every effort to protect said refuge from forest fires, hunting or fishing or violations of any of the conservation laws of the State; (c) that the lease or agreement shall continue in force for an uninterrupted period of not less than five years.

(b) In the event that any land or waters named in any lease on which there is no charge shall be sold by said owner,

then said piece of property shall be released from the opera-
tion of said lease unless the purchaser shall agree to allow said
property to remain under lease.   Any lease made under the
provisions of this sub-title may be rescinded either by the Game
Warden or the owner as to all or any part of the lands and
waters covered by said lease upon the giving of ninety days'
notice in writing to the other party to said lease of their desire
to terminate said lease.

73.   Rules and Regulations.—The Game Warden may
formulate, adopt, and post such rules and regulations for the
government of lands and waters under his control, as he may
deem necessary for their proper use and administration.   Such
rules and regulations shall be the law of this State controlling
such lands or waters, and a violation of any of the provisions
of such rules and regulations shall subject the offender to the
penalties provided for in this sub-title.

74.   Entry upon Refuges.—No person shall trespass in any
manner on any State Game or Fish Refuge without the con-
sent of the Game Warden or person in charge of said lands
or waters.   Persons regularly residing on lands included with-
in any refuge may be granted a special written permit by the
Game Warden which may be revoked at any time, to have
traps, dogs or guns in possession on such refuge so long as
they are not used in hunting or trapping for game unless said
hunting or trapping is done under special permit from the
Game Warden for propagation purposes.   Where any portion
of a State Game Refuge is used for a State Park, entry by
any person within the refuge area for recreational pursuits
shall not be restricted on the portion of said territory used as
a State Park, so long as such persons do not carry fire-arms,
or traps, or do not permit dogs to disturb or chase game.

The Game Warden, by written permission, may grant to
responsible persons the right to hunt or trap for vermin, and
to use dogs and guns in connection therewith, on State Game
Refuges, or may grant permission to trap birds or game ani-
mals which, when so trapped, shall be used for propagation
purposes.

75.   Penalties.—Any person convicted before any Justice
of the Peace of this State for violating any of the provisions
of this sub-title, or any of the rules and regulations formu-

lated and made by the Game Warden in accordance with the
provisions thereof, whether the same be trespassing on any
refuge or other provision of said sub-title, shall be fined not
less than Fifty Dollars ($50.00) nor more than One Hundred
Dollars ($100.00) and costs for each and every offense.

### Elk and Deer.

76. It shall be unlawful for any person to hunt for any
Elk or Deer within the State of Maryland, from June 1st, 1927,
until December 1st, 1931, provided, however, it shall be law-
ful to shoot or kill any male deer with four or more points
to one antler, in Allegany County, and within any game pre-
serve within Washington County inclosed by a fence not less
than seven feet high, between the dates of December 1st and
December 15th, both dates inclusive.

(a) It shall be unlawful to hunt in any manner any Elk
or Deer except through the use of a gun propelling one all-
lead or lead alloy or soft nosed or expanding bullet or ball at
a single discharge, or to take an Elk or Deer in any manner
except through the method known as still hunting. It shall
be unlawful for any person at any time to shoot at or kill, or
wound or capture, or attempt to kill or wound or capture,
either an Elk or Deer while same is taking refuge in or swim-
ming through the waters of any stream, pond or lake. It
shall be unlawful for any person to make use of a dog in
hunting Elk or Deer, and every person who takes a dog into
the woods, or who has possession or control of a dog in the
woods and uses same for chasing, taking or killing an Elk
or Deer, shall be guilty of a misdemeanor.

(b) It shall be unlawful for any person to kill more than
one buck deer during open season, said open season applying
only to Allegany County and to any game preserve in Wash-
ington County inclosed by a fence not less than seven feet
high. It shall be unlawful to shoot, trap, pursue or kill,
or gun or hunt for, any fawn or female deer at any time
within the limits of this State.

(c) Any person violating any of the provisions of this
sub-title shall be deemed guilty of a misdemeanor and upon
conviction before any Justice of the Peace of this State shall
be fined Three Hundred Dollars ($300.00) and costs for
each and every offense. Any person who fails to pay the fine

# TAB 109

# THE LAWS

PASSED AT THE

## SPECIAL SESSION

OF THE

## TWENTIETH LEGISLATURE

OF THE

## STATE OF SOUTH DAKOTA

Begun and held at Pierre, the Capital of said State,
on Wednesday, the 22nd day of June, 1927, and
concluded on Friday, the 1st day of July, 1927.

## OFFICIAL EDITION

1929
STATE PUBLISHING COMPANY
Pierre, South Dakota

## AUTHENTICATION

STATE OF SOUTH DAKOTA, }

    · Department of State.

I, Gladys Pyle, Secretary of State of the State of South Dakota, do hereby certify that the laws contained in this volume are true and correct copies of the original enrolled bills, including all emergency bills, passed by the Twentieth Legislature of this state, at the special session thereof, begun and held at Pierre, the Capital of said State, on Wednesday, June 22nd, 1927, and concluded on Friday, July 1st, 1927, as approved by the Governor and now on file in this office.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of South Dakota, this 12th day of July, 1927.

GLADYS PYLE,

    (Seal)                                 Secretary of State.

# TABLE OF CONTENTS

| Chapter No. | |
|---|---|
| | ACTS LEGALIZED: |
| 1 | S. B. No. 4, Dallas Independent School District Refunding Bonds. |
| | APPROPRIATIONS: |
| 2 | H. B. No. 7, General Appropriation Bill. |
| 3 | S. B. No. 22, For Agricultural Equality Committee. |
| 4 | S. B. No. 5, Cigarette Tax Appropriated. |
| 5 | S. B. No. 20, For Lands, Custer State Park. |
| 6 | S. B. No. 9, For Drainage Assessments, School Lands. |
| 7 | S. B. No. 13, Legislative Expense, Special Session, 1927. |
| 8 | S. B. No. 16, For Public Lands Purchased for Custer State Park. |
| 9 | H. B. No. 8, Amending Chapter 21, Laws, 1927. |
| | ASSESSMENT AND TAXATION: |
| 10 | S. B. No. 7, Scavenger Tax Law Repealed. |
| | CIVIL ADMINISTRATIVE CODE: |
| 11 | S. B. No. 6, Repealing Section 8, Chapter 74, Laws, 1927. |
| | CUSTER STATE PARK: |
| 12 | S. B. No. 8, Perpetuation, Extension, Maintenance. |
| | DRAINAGE: |
| 13 | S. B. No. 23, Assessments for Maintenance and Repairs. |
| | GAME AND FISH: |
| 14 | H. B. No. 6, Game and Fish Commission. |
| 15 | H. B. No. 2, Relating to Furbearing Animals. |
| | HIGHWAYS AND BRIDGES: |
| 16 | S. B. 19, Niobrara Interstate Bridge. |
| | MUNICIPAL CORPORATIONS: |
| 17 | S. B. 1, Refunding Bonds. |
| 18 | S. B. No. 11, Amending Zoning Act. |
| | MOTOR VEHICLES: |
| 19 | H. B. No. 11, Imposing Tax on Motor Vehicle Fuels. |
| | STATE FUNDS: |
| 20 | S. B. No. 10, Relating to Interest and Sinking Fund, State Cement Bonds. |
| 21 | H. B. No. 12, Transfer of State Highway Funds. |

# Custer State Park

## CHAPTER 12.

### (S. B. 8.)

#### PERPETUATION, EXTENSION, MAINTENANCE

AN ACT Entitled, An Act Perpetuating Custer State Park and Providing For Its Management, Extension, Improvement, Maintenance and Control Under the Perpetuated Custer State Park Board, and a Superintendent, and Prescribing Their Powers, Duties and Compensations.

*Be It Enacted by the Legislature of the State of South Dakota:*

Section 1.  The Custer State Park as heretofore created, acquired, defined and established is hereby perpetuated.

Section 2.  The Custer State Park Board shall consist of three members, each to be appointed by the Governor of the State, for a term of four (4) years providing this shall not operate to lengthen or shorten the term of any of the present members of the Board.

Section 3.  Said Park Board shall operate, manage and maintain said Park and shall have the exclusive authority and it shall be its duty to use, manage and control all property, real and personal, belonging to the State of South Dakota, situated and being within the limits of Custer State Park, to provide for the care, maintenance, preservation and improvement thereof and to make and enforce all necessary rules and regulations therefor.  The Custer State Park Board is hereby authorized and empowered to purchase or to contract for the purchase, for the State of South Dakota, and secure title thereto in fee simple any lands within the boundaries of said Park, suitable for park purposes, whether owned by private citizens, the government of the United States, or lands held in trust by the State of South Dakota through its School and Public Land Department, or to pay off mortgages existing on such land as are purchased, and to pay taxes now a lien against said land, and shall also have authority to acquire and hold such private property by gift, grant, devise, purchase, lease or condemnation proceedings as shall be located in said Park or adjacent thereto.

The Custer State Park Board is hereby invested with the power of eminent domain and with the power to take or damage private property for public use in the manner provided by law.  Provided however, all purchases of land in the park shall be approved by the Governor. The State Treasurer and State Auditor are hereby directed to create a special fund to be called the "Park Land Purchase Fund" and on the first day of July of each year to place such annual appropriation in such fund, there to remain until drawn and expended by the Park Board for the purposes provided in this Section.

Section 4.  Said Park Board is hereby authorized to rent common school lands belonging to the State in the manner provided by law or to rent privately owned land, in or adjacent to said park, when deemed suitable or necessary for park purposes, unless or until such lands may be purchased.

It shall be the duty of the Custer State Park Board to protect all the timber lands within the park from fire, whether same be under the control of the State Park Board or lands held in trust by the State School and Land Department.

The State Park Board shall erect and maintain such fire tool boxes and locate the same in such places in the park as to the Board shall seem advisable and to equip the said fire tool boxes with proper fire fighting tools, and to pay for the same out of any funds available.

Section 5. The Park Board is hereby empowered to regulate the speed limit on highways and trails in the park, and to construct such road signs and erect same at such points within the Park or on roads leading to the Park, as to the Board shall seem advisable, and to pay for the same out of any funds available. The Park Board is hereby empowered to erect and maintain a fence around the entire Custer State Park, and to install gates in such fence at such places as it shall deem necessary, and to pay for the same out of any funds available.

Anyone found guilty of violating any of the regulations of the Custer State Park Board shall be guilty of a misdemeanor and punished according to law.

Section 6. The said Board shall have power to maintain or assist in the maintaining of schools within the Custer State Park, and to pay for the same out of any funds available. Providing, that no additional schools shall be established in the park in excess of the revenues derived for school purposes, except upon resolution of the State Park Board advising the school board of its willingness to contribute the necessary funds for the maintenance of such additional school.

Section 7. The members of the Board shall receive no compensation other than their actual and necessary expenses in the performance of their duties, but a secretary may be employed at a salary of not to exceeding one hundred dollars ($100.00) per month.

Section 8. To encourage the erection of summer cottages and summer homes, the Board is hereby authorized to make term permit or leases for such purposes, but no lease shall be made on the slopes of Sylvan Lake or within view of the Lake; providing that the minimum rental for a lot or home site shall be ten dollars ($10.00) annually, payable in advance on the first day of January each year. The Board may upon thirty (30) days notice, by registered mail, cancel the lease in case of failure to comply with such permit or lease, or to pay the rental. Provided, further, that no leases shall be made for homes along the highway, but only upon locations designated by the Park Board, surveyed and platted.

Section 9. The Custer State Park Board may contract for and sell timber on any of the state lands in the park, but no sales in any one year shall exceed one hundred thousand (100,000) lumber feet. No trees shall be cut adjacent to the highways, except as may be necessary to improve the appearance or growing conditions. It is specifically provided that any and all timber sale contracts now in force shall be carried out by the said Park Board; provided, that the proceeds derived from the sale of timber shall be placed in the General Fund of the State, except where such timber is from school land, in which case the proceeds shall be placed to the credit of the permanent school fund and applied to the purchase price of said land; provided, further, that in the sale of timber from school and public lands, such sales shall be with the mutual understanding between that department and the Custer State Park Board.

Section 10. Warrants on such fund or funds, not otherwise appropriated, shall be issued by the State Auditor on vouchers approved by two members of the State Park Board.

Section 11. The Park Board shall employ a Superintendent at a salary not exceeding the sum of two thousand four hundred dollars ($2400.00) per annum, who shall live in the park and devote his whole time to his work. He shall care for the park property, manage and

execute park enterprises and activities, including the construction and maintenance of highways and trails, direct and supervise other employees, manage the park and perform such other duties as the Board may require, all under the direction and control and supervision of the Park Board.

Section 12. The Custer State Park Board are hereby empowered to construct and maintain the necessary highway, roads and trails within the boundaries of the Custer State Park and to use such moneys as are available for such purpose.

The State Highway Commission may enter into cooperative agreement with the Custer State Park Board to carry out this work.

The State Highway Commission may determine the maximum expenses for the construction and maintenance during each year, but no highways, roads or trails shall be built in the Park except such as are designated by the Custer State Park Board.

Or, the State Highway Commission may by resolution at a regular or special meeting, set aside or appropriate from any funds in their control, to the Custer State Park Board, for the construction and maintenance of such highways, roads and trails; provided, that such moneys as are now subject to the order of the State Highway Commission, or will be in the future, are hereby appropriated for such purpose, insofar as the Highway Commission may deem necessary.

In case the State Highway Commission makes such appropriation available for the Custer State Park Board, it shall be done by resolution and a copy shall be filed with the State Treasurer and the State Auditor who shall make the appropriate entries on their books and set aside such money into a special fund to be called the "Park Highway Fund."

The Resolution of the State Highway Commission shall state the maximum amount which they have set aside or appropriated and which they intend to set aside and appropriate for the calendar year, and the Park Board shall govern its work accordingly. Such moneys shall then be paid out on vouchers drawn by the Park Board against the "Park Highway Fund."

The law relating to the construction and maintenance of roads and bridges by the counties, through its Board of County Commissioners, shall, as far as practical, be applicable to the Custer State Park Board for the construction of highways, roads and trails within the park, but this shall not be construed as a limitation of other powers granted in this or other acts relating to the State Park Board.

The Park Board may purchase the necessary right of way for highways and trails and may exercise the right of eminent domain; they may also pay for such right of way from any money in their maintenance or highway funds not otherwise appropriated. No automobile or wagon roads shall be built to the top of Harney Peak nor to a higher altitude than sixty-four hundred (6400) feet.

Section 13.—The Park Board may employ such other employees or assistants as may be necessary for the proper management, maintenance and operation of the park, or for the preservation, care or improvement of park property. A park forester may be employed at a salary not exceeding eighteen hundred dollars ($1,800.00) per annum, or the Superintendent may be required to act as such without additional compensation.

Section 14. That from and after the passage and approval of this Act, it shall be unlawful for any person or persons to hunt, trap, kill or capture game animals or game birds within the boundaries of the Custer State Park, except under such regulations as may be prescribed from time to time by the Custer State Park Board; and authority is hereby granted

to said Board to permit the hunting, trapping or killing of surplus game animals or birds in said park under such regulations as the Board may prescribe. Also, the Board shall have power and authority to capture or kill game animals, or authorize the same to be done, outside the park that have escaped from its boundaries, when such game animals are doing damage or threatening to do damage to persons or property. Provided, that such regulations shall not conflict with any Act of Congress or any regulations of the Secretary of Agriculture of the United States.

Section 15. Any person hunting, trapping, killing or capturing game animals or game birds within the Custer State Park without first having complied with such regulations as the Board may prescribe, shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punishable by a fine of not less than one hundred dollars ($100.00) nor more than one thousand dollars ($1000.00) or imprisonment for a period of not to exceed one (1) year, or by both such fine and imprisonment, at the discretion of the Court.

Section 16. It shall be unlawful to carry fire arms in the park, except by duly authorized officers, and it shall be unlawful to permit dogs to run at large.

Anyone violating the provisions of this Section shall be guilty of a misdemeanor and punished according to law for such offense.

Section 17. The Park Board may designate one or more of its employees as game warden. Such warden shall have the power to make arrests for the violation of the game law or any other law and to serve and execute all warrants and processes of law issued by the Court enforcing the provisions of this Act, or any other law of this state; provided, that the same bond and oath of office shall be required as in the case of County Constables.

Section 18. For the purpose of including within the boundaries of the Park, the Stockade and other historic places, the boundary is hereby enlarged by including the N½ of the N½ of Section 28, and the S½ of Section 21, Township 3 S., Range 5 E. B. H. M.

Section 19. Sale of School Lands in the Park. The Commissioner of School and Public Lands shall not advertise for sale, or sell, any school lands in the Custer State Park prior to January 1st, 1938, unless requested by the Custer State Park Board to hold such sale.

Section 20. The Custer State Park Board is hereby authorized and directed to formulate and recommend a state wide plan for a State Park system embracing the different scenic and recreational areas in different sections of the state and report to the next Legislature.

Section 21. The Custer State Park Board shall on the 1st day of January of each year, file with the Governor a report of all funds received from any source during the preceding year and an itemized statement of all moneys paid out, including a report of all lands purchased, the price paid therefor, the lands rented, and the rental paid therefor,—and a detailed report of all property sold or disposed of by the said Board and the price received therefor.

Section 22. All acts, or parts of Acts, in conflict herewith, are hereby repealed.

Section 23. Whereas this Act is necessary for the support of the state government and its existing institutions, an emergency is hereby declared to exist and this Act shall be in full force and effect from and after its passage and approval.

Approved July 9, 1927.

# TAB 110



# FOURTH BIENNIAL REPORT
## 1927-1928

---

# THE DEPARTMENT OF CONSERVATION

## STATE OF MICHIGAN

---

*Order of Divisional Reports:*

| | |
|---|---|
| Director's Summary | Financial Statement |
| Forest Fire | Pollution Control |
| Parks | Geology |
| Fish | Land Economic Survey |
| Law Enforcement | Lands |
| Educational and Publicity | Game |
| | Forestry |

---

FRANKLIN DeKLEINE CO., STATE PRINTERS. LANSING, MICH.

Digitized by Google

UNIVERSITY OF CALIFORNIA





DOCUMENTS DEPT.

## LETTER OF TRANSMITTAL

The Governor and Members of the Fifty-fifth Legislature:

Sir and Gentlemen:

In accordance with the provisions of section four, Act No. 17, Public Acts of 1921, I am transmitting herewith the Fourth Biennial Report, Department of Conservation, for the years 1927 and 1928.

I am pleased to submit this summary of the activities and progress of this department.

Respectfully,

GEORGE R. HOGARTH,

Director.

Google

UNIVERSITY OF CALIFORNIA

# NEW PARK SITES OBTAINED

At the beginning of this biennium our park system contained 57 sites. The system now contains 64 sites. The acquisition of these 7 sites added to the area 15,238 acres—the present total area being 25,384 acres. The new sites are as follows:

Hartwick Pines; Pere Marquette River, sites numbers 1, 2, 3 and 4; Wilderness; and Van Etten lake.

The Hartwick Pines State Park is situated in Crawford County some 6 miles north and east of Grayling. It consists of 8,360 acres of which 74 acres is virgin White and Norway pine.

This site came to the state as a gift from Mrs. Karen B. Hartwick of Ann Arbor in honor of or as a memorial to her husband—the late Edward E. Hartwick who lost his life in the World War. It will not only be a memorial to Maj. Hartwick but will also serve as a monument to the great pine forest inherited by our forefathers.

Pere Marquette River Park consists of four units—one of 33 acres, the second of 12 acres, third of 77 acres and the fourth of 189 acres, making a total area of 311 acres. All of these sites border on the Pere Marquette River, with a total frontage of approximately 3 miles.

The four sites were gifts from the Michigan Power and Light Company. They are located in Mason County, lying on the river between Custer and Scottville.

Wilderness State Park is situated in the northwest corner of Emmet County on Mackinac Straits and Great Lake Michigan. Its present area is approximately 5,400 acres.

A portion of this site was used since 1922 as a game refuge. At the August meeting of the commission during 1927 the management of this land was transferred to the Parks Division. Following herewith is the resolution effecting this change:

Resolved, That the present Emmet Game Refuge should be extended and developed as a Wilderness Park and Wild Life Sanctuary; that the director be and hereby is instructed to take immediate steps to this end; and that the work be begun at once and be pushed as rapidly as practicable so as to make at least some of the recreational resources of the area available to the public during the summer of 1928; and that the director take immediate steps to secure by purchase or through condemnation proceedings all privately owned holdings located within the area and which are needed to establish and complete such a Wilderness Park and Wild Life Sanctuary.

Van Etten Lake Park site lies between U. S. 23 and Van Etten Lake in Iosco County. The area designated for park purposes consists of approximately 300 acres with frontage to the extent of 2355 ft. on Van Etten Lake. This tract offers an excellent sand beach suitable for bathing and much valuable camp and picnic grounds. It formerly was a part of the Iosco Game Refuge but was transferred to the Division of Parks for administration at the department commission meeting.

## RULES AND REGULATIONS

When Act 218, P. A. of 1919 (the act providing for a system of parks) was passed, it gave the commission authority to make rules and regulations governing State Parks, but no provisions were made for their enforcement.

During the 1927 assembly of the legislature an amendment to Act 17 of 1921 was passed which gave authority, not only to make and post rules and regulations, but to enforce them. A part of Sec. 3a of Act 17, P. A. 1921 reads as follows:

"Any person who shall do or perform any act prohibited by such rules and regulations or who shall fail, refuse or neglect to do or perform any act required by such rules and regulations concerning the use and occupancy of lands and property under the control of said commission of conservation, which shall have been made, promulgated and published as in this act provided, during the time such rules and regulations thus made, shall be deemed guilty of a misdemeanor and upon conviction thereof shall be subject to a fine of not more than one hundred dollars, together

Google    Original from
UNIVERSITY OF CALIFORNIA



A WELL MADE CAMP IS THE BASIS OF A WHOLESOME AND ENJOYABLE OUTING.
PARKS PROVIDE SITES AND EQUIPMENTS

56

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA

with the costs of prosecution, or to imprisonment in the county jail for not more than ninety days, or both such fine and imprisonment in the discretion of the court."

Following are rules and regulations as posted:

### Rules and Regulations

Michigan state parks are open and free to the public. Visitors are welcome to use them for the various activities permitted. In order to prevent abuse or misuse of the privileges offered by these parks the following rules and regulations will be enforced:

1. The destruction or injury of any sign, guide post or property of any kind is unlawful. This includes the peeling of bark, carving and chopping of trees, cutting branches, driving nails, digging ground from roots and the removal of trees, shrubs, and plants, picking wildflowers, and other injuries.

2. To carry or have firearms in possession in a State Park is unlawful.

3. Throwing of tin cans, bottles, papers, junk or refuse of any kind on the ground or in a lake or stream is prohibited.

4. Speed limit for motor vehicles on park roads is 20 miles per hour except where otherwise posted.

5. Dogs in the park must be tied with a chain or controlled on a leash. They are not allowed to run loose about the park.

6. Building or starting fires in the open or in any place except where proper provisions have been made or to leave fires while burning is prohibited.

7. Washing or the throwing of waste of any kind around well or spring or the use of woods as toilets is prohibited.

8. Persons desiring to camp in State Park are required to obtain permit before making camp. A permit will be issued to camp for 15 days or less on a single site. To remain longer permit must be renewed.

9. Camping, horseback riding or the driving of automobiles or other vehicles on areas (picnic ground, children's playground, bathing beaches, etc.) posted against such traffic or utilization is prohibited.

10. Disorderly conduct in the way of drunkenness, vile language, fighting and personal exposure by change of clothing in automobiles, woods, park or any other place where person is not properly sheltered is prohibited.

Persons failing to comply with the above regulations are subject to deportation, arrest and prosecution (fine, imprisonment or both) in accordance with Act 17, Public Acts 1921, as amended by Act 337, P. A. 1927.

The park officer is in full charge of the park with police authority. Inquiries, suggestions or complaints can be filed with caretaker or submitted in writing to the Conservation Department.

By order of Department of Conservation, Lansing, Michigan.

GEORGE R. HOGARTH,<br>
Acting Director.<br>
HOWARD B. BLOOMER,<br>
Chairman.

The terms of this law were not applicable for the 1927 season and therefore could be tried out only during the season of 1928. They were tried, however, and found to be most effective. While only a few arrests (less than 6) were made, the provisions, nevertheless, had a far reaching effect. Its presence on the statutes obviated the doubts of many persons, violators and otherwise, as to the authority of park officers, and the penalties in case of violations.

Google

UNIVERSITY OF CALIFORNIA

TAB 111

# State Recreation

## Parks, Forests
## and
## Game Preserves

*By*
BEATRICE (WARD) NELSON

*Executive Secretary, National Conference
on State Parks, Inc.*

THIS REFERENCE BOOK IS MADE POSSIBLE THROUGH
THE COOPERATION OF THE LAURA SPELMAN
ROCKEFELLER MEMORIAL

NATIONAL CONFERENCE ON STATE PARKS, INC.
-WASHINGTON, D. C.
1928

Digitized by Google

UNIVERSITY OF MICHIGAN

276      *State Parks, Forests and Game Preserves*

The executive secretary is M. D. Hart, and the office is in the state office building at Richmond.

# Washington

The program of this state in the development of state-owned areas is advancing rapidly and covers the three phases of park, forest and game preservation, though under different administrations. State forests have been acquired and the addition of other lands is anticipated. The game system is a complicated one, but it works out admirably and the setting aside of state-owned preserves is planned. There is the beginning of a splendid state park system. Although not as yet including any of the wonderful and majestic mountain peaks that abound throughout the Cascades and Olympics, several of the tracts already set aside contain beautiful and outstanding scenery. Given funds for acquisition and development, Washington will soon possess one of the outstanding state park systems of the country.

### State Parks

The state park movement originated when the Commissioner of Public Lands, C. V. Savidge, obtained authority from the legislature of 1919 to set aside tracts of state land not to exceed five acres in extent for public parks. Later in 1919, fostered by the Washington Natural Parks Association, a voluntary organization, acting in cooperation with influential citizens, a law was enacted by the legislature creating the State Parks Committee and giving it authority to acquire, maintain and develop a state park system. The committee is composed of elective officers—the Commissioner of Public Lands, the Secretary of State, and the State Treasurer.

Under the law the State Park Committee has authority to purchase, lease and accept gifts of land for park purposes, with the provision that land purchased must abut upon a public highway actually constructed, located or projected. Should it be desirable to acquire land not on a public highway, the acquisition must be specifically authorized by the state legislature. The committee also has authority to condemn land it desires for park purposes, should it prove impossible to purchase a necessary tract at a price it deems reasonable. Condemnation proceedings are to be conducted by the Attorney General.

Timbered lands may be withdrawn from sale by the Commissioner of Public Lands on his own motion and must be if the committee so directs. When once withdrawn they can not be sold without legisla-

Google      UNIVERSITY OF MICHIGAN

tive consent. In the meantime they are subject to the control and supervision of the committee.

Any state-owned land, or land acquired from the United States, which is not subject to limitations as to manner of sale or disposition of funds, may be exchanged for other lands of equal value along public highways, and the chairman and secretary of the State Park Committee are empowered to issue deeds of conveyance.

The greater portion of the lands now held in park ownership have been obtained by gift. Only 92 acres have been secured by condemnation, and, as there was no contest in this instance, only the value of the land being involved, the experience of the committee in this method of acquisition is very limited. School lands, tide and shore lands have been transferred to the administration of the State Park Committee for park purposes, and the Commissioner of Public Lands has authority to make such transfers and may be directed to do so by the State Parks Committee. One United States military reservation, now the Deception Pass State Park, has been transferred to the state for park purposes, and Congress authorized the sale at a minimum price of $1.25 per acre, of another parcel of Government land. No bonds have been issued or authorized for state parks and this method is not favored by the state. However, in 1925 the Natural Parks Association asked the legislature to pass a $1,500,-000 state park bond issue act, but this effort failed because of the decision to shorten the session.

Washington is badly in need of sufficient appropriations to properly administer and develop her park system. To carry out the purposes of the park act the sum of $50,000 was appropriated at the time of its passage. Funds for park use have since been deposited in the state and parkway fund, out of which the legislature makes regular biennial appropriations. This fund now is made up of 75 per cent of the fines and forfeitures collected for violation of the motor vehicle act, outside incorporated cities and towns; fees collected from concessions in state parks; from automobile campers; and donations of cash to the fund. The latter is of slight importance. Practically all the funds for administration come from the first source, and this fund is a fluctuating one and one which has seriously diminished during the past few years. If the activities of the highway patrol, result in bringing the total fines and forfeitures to an amount equal to the appropriations, then the parks and parkway fund is entitled to that amount of money, but in no event to exceed the appropriation or the amount earned. In 1923 the legislature appropriated $125,000 out of the fund, expenditures, of course, to be restricted to whatever

Google                    UNIVERSITY OF MICHIGAN

278        *State Parks, Forests and Game Preserves*

money was in the fund. Up to September, 1924, only a little over $40,000 had been paid into the fund and this was not all available at any one time. In 1926 the State Park Committee endeavored to have the legislature authorize funds from the drivers' licenses, but was unsuccessful. At the last session of the legislature special bills appropriating $225,000 for park purposes were passed, but both measures were vetoed by the Governor, leaving the State Parks Committee with only $50,000 for the biennium ending 1929. And this sum will only be available should the total of fines and forfeitures for violation of the motor vehicle act, together with receipts from the parks, reach that amount.

The Superintendent of Parks has recently recommended that efforts be directed toward amending the provisions of the law providing funds for park work so that all fines and forfeitures for offenses committed within or without incorporated towns and cities shall be paid into the state park and parkway fund. This, it is thought, would more than double the present income.

Camping is permitted in all state parks but there is no hotel development. A fee of 50 cents per car per night is charged, since tourists are provided with water, sanitary facilities, stoves, wood and police protection. Lunch and picnic parties are permitted to use the parks free of charge. Concessions are granted in some instances covering groceries, ice cream, confectionery, boating and bathing. These concessions are awarded upon such terms as the committee believes desirable, but not for longer than five years.

The caretakers of the park, and other employees whom the committee may care to designate, are vested with police powers to enforce the laws and the rules and regulations. Among the regulations are the prohibition of firearms and unleashed dogs, and provisions against injuring or destroying trees or shrubs, property in the park, and the building of fires, except in specially designed places.

There is no admission charge to state parks. The committee has found some objection to the charge of a camping fee, but this seems to be due to an erroneous belief that the parks are supported through taxation.

The addition of park areas to the present holdings is discouraged by the State Parks Committee, until the state has funds available for their adequate administration and development.

The Washington State Parks Committee is composed of **Clark V. Savidge**, chairman, Commissioner of Public Lands; **J. Grant Hinkle**, Secretary of State; and **W. G. Potts**, state treasurer. **Harry A. Young** is the State Park Superintendent, with offices in Olympia.

Google    UNIVERSITY OF MICHIGAN

### Proposed Parks

Several tracts are definitely recommended by the State Park Superintendent for inclusion in the park system. These proposed parks contain all the features necessary to make them ideal for such use, and it is hoped ample provision will be made by the legislature for their acquisition.

The Dry Falls of the Grand Coulee, located westerly of Coulee City, Douglas County, is one of the most interesting. The Coulee itself is cut from 700 to 1,000 feet deep, in many places through solid rock. The Dry Falls drop several hundred feet, the estimated depth of water at the crest just previous to the drop being over 50 feet.

Palous Falls, northeast of Pasco, will be added to the state park chain, if the efforts of citizens in the locality to acquire sufficient land for a state park are successful. The falls are approximately 200 feet high, and present a scene of beauty and charm.

Another proposed park in Steptow Butte, a few miles north of Colfax, from whose summit a most commanding view of all the southeast is visible.

One of the large U. S. military reservations in the state is to be abandoned by the War Department and offers an excellent opportunity to add to the park system. Fort Townsend Military Reservation is situated on Port Townsend Bay, Jefferson County, and contains 614 acres. This reservation is easy of access, with plenty of timber and good water, and of good recreational possibilities, though not of great scenic beauty.

### A Forested State Park

Due to the unselfish interest, the enthusiasm and the public-spiritedness of the Washington Federation of Women's Clubs, another beautiful spot has been added to the state park system.

Realizing the importance of acting while there remained a few stands of virgin timber this Federation of Clubs for several years has been heroically working for the preservation of a magnificent stand on the Sunset Highway between Camp Joy and Denny Creek. The area comprises approximately 62 acres and contains many magnificent specimens of Douglas fir, and a splendid stand of cedar, hemlock, annabilis fir, and a small amount of white pine. Located on the Sunset Highway which bears the burden of traffic between eastern and western parts of the state, this park will afford enjoyment to great numbers of people.

Google    UNIVERSITY OF MICHIGAN

TAB 112

# THIRD BIENNIAL REPORT

OF THE

# FORESTRY, FISH AND GAME COMMISSION

OF THE

## STATE OF KANSAS



For the Period Ending June 30, 1930

**ALVA CLAPP,**
*State Fish and Game Warden*

PRINTED BY KANSAS STATE PRINTING PLANT
B. P. WALKER, STATE PRINTER
TOPEKA 1930
13-6009

Google

UNIVERSITY OF MICHIGAN

Appellate Case: 23-2166    Document: 010111008626    Date Filed: 03/01/2024    Page: 180

The following rules and regulations have been adopted by the Forestry, Fish and Game Commission covering the actions of the public on the state parks:

1. The destruction or injury of any sign, guidepost or property of any kind is unlawful. This includes the peeling of bark, carving and chopping of trees, cutting branches, driving nails, digging ground from roots and the removal of trees, shrubs and plants, picking wild flowers and other injuries.

2. To carry or have firearms in possession in a state park is unlawful.



HATCHERY PONDS, MEADE COUNTY STATE PARK.

3. Throwing of tin cans, bottles, papers, junk or refuse of any kind on the ground or in a lake or stream; or the misuse and abuse of seats, tables and other park equipment is prohibited.

4. Washing or the throwing of waste of any kind around well or spring, or the use of woods as toilets, or the use of toilets for bathhouses is prohibited.

5. Building or starting fires in the open or in any place except where the proper provisions have been made, or to leave fires while burning, is prohibited.

6. Dogs in the park must be tied with a chain or controlled on a leash. They are not allowed to run loose about the park.

7. Speed limit for motor vehicles on park roads is 25 miles per hour except where otherwise posted.

8. Camping, horseback riding or driving of automobiles or other vehicles on picnic grounds, children's playground, bathing beaches, and areas posted against such traffic or use is prohibited.

9. Persons desiring to camp in a state park are required to obtain permit before making camp. A permit authorizes the holder to camp in the park not to exceed three days. When time of permit has expired, campers are required to move from the park or have permit renewed. The park superintendent shall record the name and address of the responsible head of each camping party, the number of persons, and names and license numbers of cars.

10. Camping in the park by boys under seventeen years of age, unaccom-

Digitized by Google    Original from UNIVERSITY OF MICHIGAN

Appellate Case: 23-2166    Document: 010111008626    Date Filed: 03/01/2024    Page: 181

panied by an adult, and girls under eighteen years of age, unaccompanied by their parents or chaperon, is prohibited.

11. Disorderly conduct in the way of drunkenness, vile language, fighting and personal exposure by change of clothing in automobiles, woods, park or any other place where person is not properly sheltered is prohibited.

12. Bathing, swimming or wading is restricted to the area designated as the bathing beach. All persons enter the water at their own risk.



WATCH YOUR BRAKES, SCOTT COUNTY
STATE PARK.

13. All state parks and lakes are game sanctuaries. Hunting, shooting, killing, trapping, injuring, pursuing, or molesting in any way, any bird or animal on or within any state park is prohibited.

14. Any person having proper fishing license and persons exempt by law may fish on or within any state park. Fishing is permitted in daylight only, which is declared to be not earlier than one hour before sunrise nor later than one hour after sunset. The Forestry, Fish and Game Commission may further restrict or entirely close any park to fishing at any time, if in its judgment conditions demand it. Each person so fishing is limited to one rod and line with not more than two hooks attached, or a fly rod and line with not more

Digitized by Google          Original from
UNIVERSITY OF MICHIGAN

than two flies attached, or a casting rod with not more than one artificial bait or lure attached, and such rod and line must be held in hand. Any such rod and line left set in the bank or attached to a boat, dock, tree, log, rock or to anything, or in any way, with line and hooks in the water in such manner that hooks may be taken by any fish, is prohibited, declared unlawful, and may be seized and confiscated by the park superintendent or any game warden. No trot-lines, set lines, float, bank or limb lines are permitted. A daily bag of fifteen fish of all kinds is allowed. Bass less than 10 inches; catfish (except bullheads) less than 12 inches; crappie less than 7 inches; and yellow perch less than 6 inches in length must be at once returned to the water. Dumping minnows or any kind of live bait in the waters of a state park is prohibited.

15. Boating is restricted to craft propelled by hand or wind power.

16. All park superintendents are both deputy sheriffs and deputy game wardens. They have authority to issue camping permits and are in complete charge of the parks. All questions of privileges shall be submitted to them. They shall preserve order and make arrests for violations of rules.

It is the intention at all times to so equip and maintain the parks as to give the greatest good to the greatest number of people. There is always a difference of opinion as to how this end may best be accomplished. There is perhaps no limit to which the department might go in providing luxuries and means of amusement on these parks, but when the source of revenue by which they are maintained is considered and when the amount of money available for such maintenance is considered there is little excuse for the use of these funds in providing luxurious playgrounds, camp grounds or picnic grounds, for use of the public. The object of the parks can perhaps best be fulfilled by refraining from too much alteration in the natural landscape. The suggestion has been made time and again that various parks look somewhat ragged, that the appearance might be improved by the widespread use of a lawn mower. But, with the ever-increasing expense of close-cropped lawns, which can be seen at any time in any city, there seems to be little need of treating these parks as formal gardens or as front lawns. If the lakes on these parks can supply reasonably good fishing, boating and swimming in proper seasons, shade trees and drinking water and a few views which show Kansas in its unspoiled state, it would seem that those who cannot enjoy themselves in such surroundings should seek their pleasures elsewhere.

Guided by the helpful suggestions of Prof. Albert Dickens and Prof. L. R. Quinlan, both of the Department of Horticulture, Kansas State Agricultural College, a great deal of effort has been put forth to plant trees on the various parks, to select the proper species and to place them in a proper setting. In some cases good success has been attained. In other cases, due to unfriendly soil or a mistake in the selection of species, the results have not been so satisfactory. Last spring on the Ottawa County State Park, the sportsmen and other lovers of outdoor life in Ottawa and surrounding counties collected several thousand young forest trees, mainly elm, hackberry and cottonwood, and presented them to the park. These were planted by state employees under the direction of the park superintendent. On the Scott County State Park, in the past two seasons, 3,000 western yellow pine seedlings have been planted. The planting of 1929 was not very successful, but those planted the past spring are doing exceptionally well. On the Meade County State Park a

# TAB 113

# Wisconsin State Parks



STEENBOCK MEMORIAL LIBRARY

STATE OF WISCONSIN
CONSERVATION DEPARTMENT
PAUL D KELLETER, Director

-STATE PARKS-

1 PATTISON
2 INTERSTATE
3 COPPER FALLS
4 PENINSULA
5 POTAWATOMI
6 RIB MOUNTAIN
7 MERRICK
8 PERROT
9 TERRY ANDRAE
10 DEVIL'S LAKE
11 TOWER HILL
12 NELSON DEWEY
13 FIRST CAPITOL
14 CUSHING MEMORIAL

Published by
WISCONSIN CONSERVATION DEPARTMENT
MADISON, WISCONSIN
1933

LIBRARY
COLLEGE OF AGRICULTURE
UNIVERSITY OF WISCONSIN
MADISON

Digitized by Google

Original from
UNIVERSITY OF WISCONSIN



## MERRICK STATE PARK

Merrick State Park, located about a mile northwest of Fountain City in Buffalo county, is the newest unit in Wisconsin's state park system. It consists of several hundred acres of wooded bottomlands having a long frontage on Fountain City bay of the Mississippi river. The area for many years before its establishment as a state park, was popular as a picnicking and camping grounds.

Fountain City bay within the park offers the best swimming sites of any lake or river in the vicinity. Swimming and water sports are the principal attractions in Merrick State Park.

The park is well wooded with soft maples, river birch, white elm, and other tree species common to the north Mississippi river.

Merrick State Park was named in honor of the late George Byron Merrick, old time Mississippi river pilot, historian and author. It is particularly appropriate that this river park be named after such a famous pilot and author.

## RULES AND REGULATIONS FOR STATE PARK

Note: In order that the natural beauty of each state park may be maintained, and for the preservation of order and proper sanitation, the conservation department requests the active co-operation of all park visitors. The state parks of Wisconsin are for the use of the public, subject to the following rules and regulations:

(1) Trees, shrubs and plants must not be dug up, broken off, peeled, or otherwise disturbed. Carving or writing on, or in any building, or on rocks, or the removal or defacement of signs, driving of nails in trees, and similar practices are destructive and unlawful.

(2) Build fires only at designated fireplaces. Care should always be used with matches, cigarettes, or pipe ashes.

(3) Receptacles are placed on the park grounds for refuse, garbage, and other waste materials. Please use these receptacles.

(4) All campers must secure a permit at the office of the park superintendent to camp on park grounds.

(5) Park roads are not speedways. A speed of not to exceed 20 miles per hour should be maintained on park roads.

(6) State parks are wild life refuges. Hunting, trapping, or the carrying or using of firearms is strictly prohibited. Dogs are not permitted to run at large in state parks.

(7) Glass, tin cans, junk or refuse of any kind must not be thrown into the water. The bathing of dogs, washing of automobiles or clothes, or like pursuits in any lake or river in state parks is prohibited.

(8) Rowdyism in deportment, profane language, or improper conduct will not be tolerated on the grounds of any state park.

Persons who violate any of the foregoing rules will be summarily removed from the park and prosecuted. The park superintendent is authorized and directed to enforce these rules and regulations in accordance with the law governing state parks.

**Wisconsin Conservation Department.**

⊰ 23 ⊱

    

TAB 114

# ACTS

OF THE

## One Hundred and Fifty-ninth Legislature

OF THE

### STATE OF NEW JERSEY

AND

## Ninety-first Under the New Constitution



## 1935

MacCrellish & Quigley Co
Printers
Trenton, New Jersey
1935

Digitized by Google

Original from
UNIVERSITY OF CALIFORNIA



deductions for insurance benefits as hereinbefore provided, but such person shall not thereafter be eligible for a pension under this act unless upon a re-employment by the city he shall pay to such pension fund the amount of any rebate made to him. The obligation to refund payments made to the pension association shall not apply to any employee suspended or discharged for causes which bar him from eligibility to reappointment under the civil service rules. *Refund not applicable to discharged, etc., employees.*

5. Nothing in this act shall be deemed to repeal or amend the provisions of an act entitled "An act to amend an act entitled 'An act concerning the employment of persons by the State of New Jersey or of any county or municipality thereof,' approved April fourteenth, one thousand nine hundred thirty," which was approved April twenty-seventh, one thousand nine hundred thirty-one. *Construing.*

6. All acts and parts of acts inconsistent with this act shall be and the same are hereby repealed. *Repealer.*

Approved March 25, 1935.

---

## CHAPTER 114

A Supplement to an act entitled "An act to provide for the selection, location, appropriation and management of certain lands along the Palisades of the Hudson river for an interstate park, and thereby to preserve the scenery of the Palisades," approved March twenty-second, one thousand nine hundred.

Be it enacted *by the Senate and General Assembly of the State of New Jersey:*

1. It shall be the duty of the Commissioners of the Palisades Interstate Park to preserve, care for and protect all the lands, parks and parkways under the jurisdiction of such commissioners. *Care of park property.*

Digitized by Google    Original from UNIVERSITY OF CALIFORNIA

Appellate Case: 23-2166    Document: 010111008626    Date Filed: 03/01/2024    Page: 189

Rules and
regulations
established.

2. No person shall (1) injure, deface, disturb, or befoul any part of the park nor any building, sign, equipment or other property found therein, nor remove, injure or destroy any tree, flower, shrub, rock or other mineral found therein; or (2) deposit in any part of the park any garbage, sewerage, refuse, waste or other obnoxious material, otherwise than in receptacles or pits provided by the commissioners for such purpose; or (3) (a) drive or propel or cause to be driven or propelled along or over any road within the park any vehicle at a greater rate of speed than twenty (20) miles per hour, or (b) around curves at a greater rate of speed than fifteen (15) miles per hour, or (c) between points so marked at a greater rate of speed than ten (10) miles per hour; or (4) (a) operate, or cause to be operated, a commercial vehicle on the Henry Hudson drive, or (b) if an operator of any commercial vehicle, in driving off any ferry boat landing in the park, drive otherwise than to the right of the road and stop, permitting all pleasure vehicles to pass ahead of said commercial vehicle, or (c) move out of his place in any line of traffic at any time established by the commissioners on any of the park roads, or (d) ride a bicycle on the Henry Hudson drive or on either of the two ferry approach drives, or (e) park or store any motor car, motorcycle, bicycle, wagon or other vehicle within the park except in places designated by the commissioners for such purpose, or (f) park or operate any vehicle in the park, after dark, without lights, or (g) park any vehicle in the park after midnight, during the hours of darkness, in areas other than those designated by the commissioners for such purpose; or (5) (a) maintain any camp or camps in the park for any period except at such places as may from time to time be designated by the commissioners for camping, or (b) camp at any place in the park without obtaining a permit from the commissioners for such purpose; or (6) (a) light any fire or fires at any time in any part of the park except on or between the shore path and

Digitized by Google    Original from
UNIVERSITY OF CALIFORNIA

the river, or in places designated by the commissioners for such purpose, or (b) leave a fire until same has been completely extinguished; or (7) (a) sell or offer for sale within the park any property or privilege whatsoever, or (b) if a person to whom property of the park has been entrusted by the commissioners for personal use, hire, lease or let out the same to any other person, without a permit from the commissioners, or (c) take photographs or moving pictures within the park for the purpose of selling the negatives thereof or prints therefrom without a permit from the commissioners, or (d) operate a bus, taxicab or other vehicle for the transportation of passengers or property for hire within the park without a permit from the commissioners or (e) if a person operating a boat or airplane for hire, land or receive passengers at any of the docks or lands owned or controlled by the commissioners, without a permit from the commissioners; or (8) except employees or officers of the commissioners, carry firearms of any description within the park, or carry any airgun, sling shot, bow and arrow, or any other device whereby a missile may be thrown, without a permit from the commissioners; or (9) hunt, pursue with dogs, trap or in any other way molest any of the wild birds and beasts found within the confines of the park, without a permit from the commissioners; or (10) (a) gamble in the park, or (b) bring into the park or have in his possession while there any implement or device commonly used or intended to be used for gambling purposes; or (11) erect or post any sign or notice at any place in the park without a permit from the commissioners; or (12) herd, graze or drive any live stock of any kind in or through the park or let such live stock run at large in the park, without a permit from the commissioners; or (13) (a) bring into, have or keep in the park any cat or other animal destructive of bird life, or (b) bring into, have or keep in the park any dog or any other pet or domesticated animal unless the same is in leash or in cage, without a permit from the commissioners; or

Digitized by Google

Original from UNIVERSITY OF CALIFORNIA

(14) (a) run or walk on any of the park drives except to cross the same at points designated by the commissioners for that purpose, or (b) climb the cliffs at points other than those designated by the commissioners for that purpose; or (15) (a) use loud, boisterous or indecent language or (b) interfere with any officer of the park in the performance of his duty, or (c) be indecently dressed or exposed within the confines of the park, or (d) conduct himself in such a manner as to endanger the life, limb or property of other visitors to the park; or (16) possess within the park any narcotic drug or intoxicating liquor other than liquor on sale under State license; or (17) (a) bathe, dive or swim in or off any property of the park, except at points designated by the commissioners for that purpose, or (b) change his clothing or disrobe except in the bath houses provided by the commissioners for that purpose, or (c) propel, land or store any canoe, boat or any other vessel in or near any waters within or off the park property, except at points designated by the commissioners for that purpose; or (18) fish or crab off any docks or property of the park except at points designated by the commissioners for that purpose.

**Penalty for violation.**

3. Every person who shall violate any of the provisions of this act as hereinbefore set forth shall be liable to a penalty for each offense of a fine of not more than fifty dollars ($50.00) or imprisonment in the county jail for a term of not more than thirty (30) days, or both.

**Court of jurisdiction.**

4. The court or judges before whom any proceedings for the recovery of any penalty under this act shall be brought and the proceedings and processes by which such actions shall be enforced shall be those provided for in "An act to establish a police court in that part of the Palisades Interstate Park lying in the State of New Jersey, and to provide for a judge thereof," approved April twenty-first, one thousand nine hundred and thirty, and any amendments or supplements thereto.

Digitized by Google          Original from
                             UNIVERSITY OF CALIFORNIA

5. The said commissioners may appoint such pa- May appoint
trolmen as they may deem necessary for the pur- patrolmen.
pose of keeping order and enforcing the laws and
the provisions of this act. The patrolmen so ap- Powers and
pointed shall be provided with uniforms by the said duties.
commissioners and shall have within the limits of
the property of the Palisades Interstate Park and
all the lands, parks and parkways under the juris-
diction of such commissioners all the powers, duties
and liabilities of police officers in cities in the mak-
ing of arrests and the execution of criminal process
and the enforcement of all the laws of the State and
the provisions of this act as hereinbefore set forth.
Said commissioners may appoint said patrolmen to Term.
hold office at the pleasure of the commissioners or
for such term as the commissioners may determine.
Such patrolmen shall receive such compensation as Compensation.
from time to time may be fixed and determined by
the said commissioners of the Palisades Interstate
Park.

6. All acts and parts of acts inconsistent with Repealer.
this act are hereby repealed.

7. This act shall take effect immediately.

Approved March 25, 1935.

---

## CHAPTER 115

An Act to amend an act entitled "An act concern-
ing marriages" (Revision of 1910), approved
April eleventh, one thousand nine hundred and
ten.

Be it enacted by the Senate and General Assem-
bly of the State of New Jersey:

1. Section two of the act of which this act is an Section 2
amendment is hereby amended to read as follows: amended.

2. The Chief Justice and each justice of the Who may
Supreme Court, the Chancellor and each Vice- perform
marriage
ceremony.

Digitized by Google    Original from UNIVERSITY OF CALIFORNIA

TAB 115

Forestry

# DIGEST OF LAWS

### RELATING TO

## STATE PARKS

#### VOLUME I

## ALABAMA - MISSISSIPPI

#### INDEX





## UNITED STATES DEPARTMENT OF THE INTERIOR

### NATIONAL PARK SERVICE

#### 1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN


## F O R E W O R D

In response to numerous requests by park and conservation
authorities, the National Park Service has undertaken the compila-
tion of a digest of all State park and recreation laws of a gen-
eral and permanent nature.

In preparing the digest, special attention has been given to
the important consideration of making it as convenient as possible
for the reader who desires to know the law generally, or who may
seek the law on a particular subject as it relates to recreation.

We acknowledge our indebtedness to the various local authori-
ties who have not only reviewed the digest of their respective
States as to completeness and accuracy, but have also materially
contributed to its value by furnishing the various Rules and Regu-
lations and other pertinent material not available through statu-
tory research.

If this digest meets the recognized need for a convenient
reference of the provisions of the laws now in force and effect,
no greater commendation need be sought.

Arno B. Cammerer
Director
National Park Service

December, 1936.


Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

A L A B A M A

I.  STATE PARKS.

Jurisdiction.

State parks are under the jurisdiction, control and charge of the State Commission of Forestry (Acts of 1927, 1935).

State Commission of Forestry; how appointed; terms of office.

Secretary.

The Commission consists of the Governor (as ex-officio Chairman), the Commissioner of Conservation, three practical lumbermen who are owners of timberland and engaged in the manufacture of lumber, and two farmers who are landowners.  Appointments are made by the Governor.  Appointive members are to serve during good behavior, and without compensation, but receive expenses incident to official duties.  Vacancies are filled by the remaining members, the same ratio of lumbermen and farmers being maintained.  The State Forester serves as Secretary.

Note:  The State Constitution provides that "no office shall be created, the appointment to which shall be for a longer time than during good behavior."

Duties of Commission; report to Governor.

The Commission is directed to inquire into and make annual reports to the Governor upon forest conditions in Alabama, with reference to the development, protection and use of forests; the economic, social and cultural benefits to be derived from the existence and operation of forests, and the use of forests for public purposes (Code of 1923, as amended by Acts of 1935);

Report to Legislature; recommend legislation.

Is required to report to each regular session of the Legislature the results of its investigations, and recommend necessary legislation with reference to forestry and other interests devolving upon it by law (Code 1923);

Educate the public.

Is directed to promote, so far as it may be able, a proper appreciation, among all classes of the population, of the benefits to be derived from forest culture, preservation and use;

Survey and classify lands.

Is required to ascertain the description and location of all lands to which the State holds the legal title for itself, or as Trustee (classified by law as "forest reserves"), and all State parks.  The lands are to be classified as "used" or "unused" lands, showing the manner in which title was acquired, character of the land; that is, whether chiefly valuable for agriculture, mining, timber culture or other use, and the use to which it is being put (Acts of 1927);

Digitized by Google        Original from
UNIVERSITY OF MICHIGAN

| | |
|---|---|
| "Used and "Unused" lands defined. | Note: "Used lands" are those being utilized for the specific and immediate purposes of the State. "Unused lands" those not being so utilized, and which are not contiguous to the premises of any department, institution or State building. |
| Acquire other lands. | Also ascertain what, if any, lands the State is entitled to have which have not been received, and to take immediate and appropriate action to acquire the same for the State; |
| Unused lands for State parks. | As to all unused lands owned by the State, it is to determine which are most suitable for forest culture; and at the direction of the Governor, such lands are to be devoted to forest culture as State forests, or to the purposes of State parks; |
| Consolidate lands. | Where any of the lands of the State are scattered, it is to determine if such ownership may be consolidated by the exchange of such lands with individual owners; |
| Acquire areas by gift, purchase, condemnation. | For the purpose of establishing, developing, and maintaining State forests and State parks, the Commission may acquire land by donation, purchase or condemnation, and for these purposes may use such funds as may be available to it (Acts of 1935). |
| Additional areas; made available through tax delinquency. | Under the provisions of an Act of 1933, all lands purchased by the State at tax sales have been subject to redemption at any time before title passed out of the State.  In order to make additional areas available for park and forest purposes, this law was superseded by Act of 1935, which provides that real estate bid in by the State at tax sales shall, after three years from date of sale, be subject to conveyance to the Commission of Forestry whenever the Commission determines any such lands to be suitable and desirable for use as a State park or State forest, or for the purpose of exchange for other lands which may be suitable for park or forest purposes.  The State Land Commissioner may also transfer lands to the Commission without application by the latter whenever it is deemed to the best interests of the State to do so.  Conveyances and transfers may be effected without public advertisement and bids. |
| Bureaus. | Administrative bureaus have been established by the Commission as follows: |

> Bureau of Park Service
> Bureau of Field Service
> Bureau of Research and Lands
> Bureau of Silviculture
> Bureau of Public Relations
> Bureau of Administration

Digitized by Google    2    Original from UNIVERSITY OF MICHIGAN

| | |
|---|---|
| Bureau of Park Service. | The function of the Bureau of Park Service, which is under the direction of the State Forester, is to plan and perfect a State Park System, acquire additional lands for park purposes, the promulgation and enforcement of rules and regulations governing the occupancy and use of State parks, and to provide coordinating personnel and other facilities in connection with State Park ECW activities. |
| Rules and regulations. | The Commission is authorized to make such rules and regulations for the administration, occupancy, and use of State forests and State parks as it finds necessary (Acts of 1935), and |
| Cooperation with Federal Government. | Is further authorized to make such rules and regulations for the development, maintenance, management and operation of forest and park enterprises entered upon by the State, counties and municipalities, as will make possible the securing of loans or other financial cooperation from any agencies of the Federal Government (Ib). |
| State Forestry Fund. | All occupation licenses or privilege taxes imposed for engaging in any business dealing with timber or timber products, and all fines and forfeitures imposed for violation of forestry and timber laws, are designated as the State Forestry Fund, for the exclusive use of the Commission in carrying out the powers and duties devolving upon it by |
| Appropriations. | law (Code of 1923). The Legislature has also appropriated sums for acquiring park and forest lands. |

II. STATE PLANNING.

| | |
|---|---|
| Commission. | A State Planning Commission was established by Acts of 1935, to be composed of appointive members and certain State officers, including the State Forester. |
| Duties and authorities. | It is the duty of the Commission to provide for State planning of all public works and uses of land which are to be constructed or acquired with State funds, or located, constructed, or authorized by the State; all local improvements which under the statutes are required to be submitted to State authorities; also all projects of State magnitude, even though the construction and financing are to be done by local authorities exclusively; |
| | Such planning is to include, among other things, highways, parks, reservations, forests, and wildlife refuges; |
| | Following adoption of the master plan, no State public highway, park, forest reservation or other State way or ground may be acquired or constructed until first submitted to the Commission for its report and advice. |

 Digitized by Google     3     Original from UNIVERSITY OF MICHIGAN

III.   RULES AND REGULATIONS GOVERNING CABIN OCCUPANCY.

1.   References may be required of applicants prior to leasing cabins.

2.   All payments shall be made in cash in advance (checks not acceptable).

3.   There will be no rebates or refunds for any reason.

4.   Any application for the renting of cabins may be rejected without explanation.

5.   The lessee is responsible for maintaining cabin and premises in clean, sanitary and presentable condition.

6.   Cabins shall not be used for illegal, immoral or discreditable purposes, either by the lessee or by other occupants or visitors. Violation of this rule shall constitute ground for the cancellation of the contract without rebate or refund.

7.   Lessees are required to conduct themselves in an orderly and civil manner with due consideration to other persons on the Park area.

8.   Fire-arms are rigidly excluded from State Parks, and the possession of such on the premises by renters or lessees is sufficient ground for cancellation without rebate or refund.

9.   Dogs, except constantly under leash, are not permitted in the Parks.

10.   Requests for reservations must be accompanied by full payment for the period of occupancy desired. Should the accommodations requested not be available the remittance will be returned to the applicant. Should the accommodations be available, the remittance will be held to apply beginning the date for which the reservation is requested.

11.   Any cabin that has been furnished will be available only at the higher rate specified; it is not practicable to move out furniture for the purpose of permitting an applicant to obtain a lower rate. If no unfurnished cabins are vacant only furnished cabins at the higher rate will be leased.

12.   During short occupancy periods (one week or less) transfers from one cabin to another will not be permitted except upon full payment of the original contract and execution of a new contract with full cash payment. During longer occupancy periods, consideration will be given requests for such transfers at the discretion of the Park authorities, and no additional charge will be made.

13.   It is called to the attention of lessees and other occupants of State Parks that such areas are by law State Forest Reserves and wild life refuges. No trees, wild flowers, shrubs, vines or ferns may be dug up, broken off or removed from the Park area. Birds and wild animals must not be hunted or harmed.

 Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

4

14.  Lessees and other occupants are required to refrain from setting fire to
     State Park property, and in the event of fire breaking out are expected to
     use every effort to extinguish the fire as quickly as possible.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

TAB 116

Foundry

# DIGEST OF LAWS

## RELATING TO

## STATE PARKS

VOLUME I

ALABAMA - MISSISSIPPI

INDEX

FEB 18 1936



UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# F O R E W O R D

In response to numerous requests by park and conservation authorities, the National Park Service has undertaken the compilation of a digest of all State park and recreation laws of a general and permanent nature.

In preparing the digest, special attention has been given to the important consideration of making it as convenient as possible for the reader who desires to know the law generally, or who may seek the law on a particular subject as it relates to recreation.

We acknowledge our indebtedness to the various local authorities who have not only reviewed the digest of their respective States as to completeness and accuracy, but have also materially contributed to its value by furnishing the various Rules and Regulations and other pertinent material not available through statutory research.

If this digest meets the recognized need for a convenient reference of the provisions of the laws now in force and effect, no greater commendation need be sought.

Arno B. Cammerer
Director
National Park Service

December, 1936.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

C A L I F O R N I A

I.   STATE PARKS.

| | |
|---|---|
| Jurisdiction. | State parks are under the jurisdiction of the Department of Natural Resources, acting through the State Parks Commission (Acts of 1927). |
| Director; appointment; term. | The Department is under the control of an executive officer designated as the Director of Natural Resources, and who is appointed by and to hold office at the pleasure of the Governor. |
| Organization of Department. | The work of the Department is divided among Divisions, as follows: |
| Division of Parks. | Division of Parks, to be administered through a Chief appointed by the Director upon nomination by the State Parks Commission. |
| State Parks Commission; appointment; terms. | General policies for the administration of the State park system are to be determined by the State Parks Commission. The Commission consists of five members, appointed by and to hold office at the pleasure of the Governor. |
| Division of Forestry. | Division of Forestry, to be administered through a Chief (who is also designated as State Forester) appointed by the Director upon nomination by the State Board of Forestry. |
| State Forestry Board; appointment; terms. | The Board of Forestry consists of seven members, appointed by and to hold office at the pleasure of the Governor. It determines general policies for the guidance of the Division. |
| Division of Fish and Game; Commission. | Division of Fish and Game, to be administered through a Fish and Game Commission of three members, appointed by and to hold office at the pleasure of the Governor (1933). |
| Division of Mines; Board. | Division of Mines, administered through a Chief appointed by the Director upon the nomination of the State Mining Board. General policies of the Division are determined by the Board, consisting of five members appointed by and to hold office at the pleasure of the Governor. |
| Compensation. | The Director is paid a salary fixed by law. The Chiefs of Division are paid such salaries as may be determined by the Director, with the approval of the Governor. The members of the Commissions and Boards serve without compensation, but are entitled to their actual and necessary expenses incurred in the performance of their duties. |

| | |
|---|---|
| That constitutes State Park system. | All parks, public camp grounds, monument sites, landmark sites, and sites of historical interest created or acquired by the State, or which are under its control, constitute the State Park system; except the grounds known as Sutter's Fort property, the State Fair Grounds in the City of Sacramento, and Balboa Park in the City of San Diego (as amended 1931). |
| Administration. | The State Parks Commission is directed to administer and develop the State Park system for the use and enjoyment of the public, and is empowered as follows: |
| Expend funds. | To expend all monies from whatever source derived for the care, protection, supervision, extension and improvement or development of the system; |
| Acquire property by purchase and condemnation. | With the consent of the Governor and the Board of Control, may acquire by purchase or by condemnation proceedings such real and personal property or any interest therein as it deems necessary or proper for the extension, improvement, or development of the system; |
| Gifts of land, money, property | May, within its discretion, accept any gift, devise, grant or other conveyance of real property or any interest therein, including water rights, roads, trails and rights of way, to be added to or used in connection with the park system; also to accept by gift, donation, contribution or bequest, money to be used in acquiring real property or any interest therein, or for improving the same as a part of or in connection with the park system, or for any of the purposes for which the Commission is created; also may accept personal property in the same manner for purposes connected with the park system; |
| City or county may assist State. | Any county, city and county, or city, may assist the State in acquiring any park, playground, recreational center, or beach, to be used for recreational purposes, by donating to the State any real property owned by it or subsequently acquired; and for such purpose may use such of its funds, including funds received by bequest, gift and donation, and those received in trust for the acquisition of such properties, as may be deemed necessary (Acts of 1931); |
| Counties may condemn lands. | Supervisors of counties are also authorized to use the power of eminent domain to acquire lands for park property for transfer to the State Park system; |
| State Park Contingent Fund. | All money collected or received from gifts or bequests, or from municipal or county appropriations or donations for the improvement and/or additions to the State Park system are to be deposited in the State treasury to the |

Digitized by Google   25   Original from UNIVERSITY OF MICHIGAN

credit of the State Park Contingent Fund. All moneys so
deposited to be used for the improvement and/or adminis-
tration of State parks and/or the acquisition of addi-
tional lands and properties for the State Park system, in
accordance with the terms of the gift, bequest or munici-
pal or county appropriation or donation from which such
moneys are derived (as amended 1933);

**Contract with cities, counties, etc., for care of lands.**
Contracts may be entered into between cities, counties and
other political subdivisions of the State for the care,
maintenance, and control, for the purposes of the State
Park system, by either party to such a contract, of lands
under the jurisdiction of the other party, and the ex-
penses of such care, maintenance and control may be paid
from the general fund of such city, county or other poli-
tical subdivision of the State, or from the funds of the
Commission, as the case may be;

**Revolving Fund.**
A Revolving Fund is also created for the use of the Commis-
sion. With the approval of the State Board of Control,
the Commission may draw from the funds appropriated or
the contingent fund without first submitting vouchers and
itemized accounts, to a sum not to exceed five thousand
dollars, to be used for cash advances, which sum must at
any time upon demand of the State Board of Control or
State Comptroller be accounted for by the Commission;

**Fees and rentals.**

**State Park Main-tenance Fund.**
Whenever in its judgment it is practicable to do so, the
Commission is directed to collect fees, rental and other
return for the use of all State park areas. The amount of
such fees to be determined by the Commission and paid in-
to the State treasury to the credit of the State Park
Maintenance Fund, to be available for construction, im-
provements, equipment and maintenance of State parks in
such amounts as may be appropriated by the Legislature
(Acts of 1933);

**Rules and regula-tions; police powers; penalties.**
Is authorized to establish rules and regulations for the
government and administration of the park system not in-
consistent with law; and may confer on the Chief of the
Division of Parks and such other employees as they may
designate full authority and powers of peace officers
for the parks. Any person who violates the established
rules and regulations to be guilty of a misdemeanor;

**Reports to Governor; contents.**
To gather, digest and summarize in its annual reports to
the Governor information concerning the park system and
the relation thereto of other available means for con-
serving, developing and utilizing the scenic and recrea-
tional resources of the State;

Digitized by Google    Original from UNIVERSITY OF MICHIGAN

| | |
|---|---|
| Closing camping areas in State parks. | The Director of Natural Resources, with the consent of the Governor, may declare closed to camping any area in any State park or forest when, in the judgment of the Director, such declaration is necessary in the interest of public peace or safety. |
| Jurisdiction of State forests. | Note: All State-owned forests are under the jurisdiction of the Division of Parks; the Division of Forestry is charged with the fire protection of State park areas. |
| Hunting on parks. | Note: The State Parks Commission has set aside all State parks as game reservations. |
| Roadside parks. | The Department of Public Works may acquire in fee or in any lesser estate or interest, by condemnation, purchase, lease, donation or dedication, any real property (a) for parks adjoining or near any State highway and/or (b) for the culture and support of trees which aid in the maintenance of the attractiveness of the scenic beauties of such highway (Acts of 1955). |
| Park roads. | The above Act also provides that whenever jurisdiction over any highway within a State park has been relinquished to the authority charged with the management and control of such park, the State Highway Department may construct, improve or maintain such highway, such construction, etc., to be subject to the approval of the park authority. The cost of construction, improvement and maintenance to be paid from the State highway fund. |
| Easements over State park land. | The Director of Natural Resources is authorized, upon application by proper authorities and on such terms and conditions as the State Park Commission may prescribe, to grant easements for public highways over and across State park lands under the jurisdiction of the Department of Natural Resources and the State Parks Commission (Acts of 1933). |
| Jurisdiction over State burial grounds. | By Acts of 1933, all duties, powers, purposes, responsibilities and jurisdiction of the Department of Finance concerning the State Burial Grounds are transferred to and vested in the Division of Parks. |

II.  STATE SURVEY.

| | |
|---|---|
| State park site survey. | Acts of 1927 directed the Department of Natural Resources, through the State Park Commission, to make a survey to determine what lands to be suitable and desirable for the ultimate development of a comprehensive, well-balanced State Park System, and to define the relations of such a system to other means of conserving and utilizing the scenic and recreational resources of the State; to make a report to the Secretary of State embodying the results of the survey and to make recommendations regarding the |

loans by which such a park system can be acquired. This Act carried an appropriation to be used for the purposes of the Act; also authorized the Commission to accept gifts of money to be similarly used.

**Acquire lands for park purposes.**

A companion Act also authorized the Commission to acquire, as a part of the State Park System, such lands and other properties as in its judgment are suitable for park purposes.

**State Park bonds authorized.**

For the purpose of meeting the costs of such acquisitions, State bonds in the amount of $6,000,000 were authorized to be issued, and to be sold from time to time at the direction of the State Park Finance Board (created by the Act), upon resolution presented by the State Parks Commission that such sum is needed in furtherance of the purposes

**Funds to be matched.**

of the Act; Provided, bonds are to be sold only when there has been deposited with the State treasury a fund from private gift, city or county appropriation, or from some source other than appropriation by the State, or the sale of State bonds, equal to the amount to be realized for the project intended to be accomplished from the sale of bonds;

**Exception.**

except, that the sale of bonds may be authorized when it is shown that half the total value involved in such project has been provided from sources other than State appropriation or the sale of State bonds, in the form of land, timber, or other properties, or in money, or in any or all such properties.

**Referendum.**

Note: This Act contained a referendum clause, and received a majority vote.

III.  PUBLIC SHOOTING GROUNDS.

**Establishment.**

For the purpose of propagating, feeding and protecting birds, mammals and fish, and establishing public shooting grounds, the Fish and Game Commission may (as amended 1933)-

**Acquire land and water.**

Acquire by purchase, lease, rental or otherwise, and occupy, develop, maintain, use and administer land, or land and water, or land and water rights, suitable for State game refuges, game farms, or public shooting grounds;

**Funds for acquiring.**

Is directed to expend, in addition to any other money made available by law, for a period of ten years beginning January 1, 1928, not less than one-third of all moneys collected annually from the sale of hunting licenses for the purposes of establishing and maintaining game refuges and public shooting grounds;

**Regulations.**

Any property acquired to be subject to rules and regulations of the Commission:

Digitized by Google

18

Original from
UNIVERSITY OF MICHIGAN

| | |
|---|---|
| Title to property. | The acquisition of such property is in no case prohibited because of rights of way, easements and reservations which from their nature, will, in the opinion of the Commission, in no manner interfere with the use of the property for the purpose for which acquired; |
| Advisory committee. | The appointment of a committee to be known as the Game Refuge and Public Shooting Grounds Committee is authorized, to consist of the Director of the California Academy of Sciences, Director of Hooper Foundation for Medical Research of the University of California, and five other members to be appointed by the Commission with the approval of the Governor. Appointive members are to serve at the pleasure of the appointive power and without pay. The Committee is allowed necessary expenses incurred in the discharge of their duties. |
| Survey. | The Committee is directed to make a survey of the State for the purpose of ascertaining the needs for game refuges and public shooting grounds, and report its recommendations to the Commission. |

IV.   STATE PLANNING.

| | |
|---|---|
| State Planning Board. | Acts of 1935 created as a division of the Department of Finance, a State Planning Board, to consist of the Director of Finance, the Director of Public Works, and the Director of Natural Resources, all ex-officio, and five citi- |
| Members; appointments; terms. | zens to be appointed by the Governor. The members receive no compensation other than for their reasonable expenses incurred in the performance of their duties. Appointive members serve for three years (rotated). The |
| Director. | Board employs a Director of Planning qualified by special training, experience and demonstrated ability in the field of planning; |
| Authority of Board. | Is authorized to cooperate with any persons or organizations interested for devising means to develop the natural and economic resources of the State, and may accept grants from the Federal and State governments or their agencies; also may accept gifts for the purposes of State planning; |
| Correlation. | Is directed to encourage the extension and correlation of State planning by agencies of the State government and participate in interstate and National planning efforts, both with a view to the benefit to be derived by the larger region or Nation, and by the State. The Board may not exercise any of the powers or duties of any other State department or agency. |

 Digitized by Google    Original from UNIVERSITY OF MICHIGAN

V.  STATE PARK RULES AND REGULATIONS.

California State Park System

This is Your Park

All of California's State Parks have been established for the purpose of preserving outstanding examples of nature's handiwork, for future generations, whether it be Redwood groves, beaches or other areas set aside for the use and enjoyment of all of the people.

That this enjoyment may not be destroyed it is necessary that certain restrictions governing the use of the parks be effected.

In order to preserve the natural beauty of the parks so that the public may enjoy them, please observe the following:

Do not pick flowers nor remove shrubs or small trees and please explain to others you may see violating this rule that these areas are being preserved, not only for our use but for posterity.

Do not destroy State property.  It is your property.

Place all garbage and other refuse in garbage cans.

Protect human and wild life from danger by driving vehicles within the limit prescribed by the caution signs. Dogs are not permitted to run loose.

Note:  In some parks, dogs are not allowed; therefore, suitable facilities are provided for caring for them at a small cost to the owner.

Firearms are not allowed, and must be sealed or checked at the Warden's Office.

Please confine travel to paths and roads.

Please confine campfires to camp stoves which are provided for this purpose.

Please report to the Warden any suggestions you may have to offer in order that he may use every effort to make your stay in the park enjoyable and comfortable.


Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

TAB 117

Forestry

# DIGEST OF LAWS

### RELATING TO

## STATE PARKS

VOLUME I

## ALABAMA - MISSISSIPPI

### INDEX

FEB 18 1938





### UNITED STATES DEPARTMENT OF THE INTERIOR

NATIONAL PARK SERVICE

1936

Digitized by Google



Original from
UNIVERSITY OF MICHIGAN

# F O R E W O R D

In response to numerous requests by park and conservation authorities, the National Park Service has undertaken the compilation of a digest of all State park and recreation laws of a general and permanent nature.

In preparing the digest, special attention has been given to the important consideration of making it as convenient as possible for the reader who desires to know the law generally, or who may seek the law on a particular subject as it relates to recreation.

We acknowledge our indebtedness to the various local authorities who have not only reviewed the digest of their respective States as to completeness and accuracy, but have also materially contributed to its value by furnishing the various Rules and Regulations and other pertinent material not available through statutory research.

If this digest meets the recognized need for a convenient reference of the provisions of the laws now in force and effect, no greater commendation need be sought.

Arno B. Cammerer
Director
National Park Service

December, 1936.


Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

F L O R I D A

## I.   STATE PARKS.

Jurisdiction.

State parks are under the jurisdiction of the Board of Forestry, operating through the "Florida Park Service."

Board of Forestry;
members; terms;
officers.

The Board was created by an Act of 1927, and is composed of five members appointed by the Governor for four year terms, (rotated). Members receive no compensation, but are paid actual expenses necessarily incurred in connection with official duties. Official headquarters are designated as Tallahassee, but meetings may be held at other points in the State. The Board annually elects a President, Vice-President and Secretary from its members.

Federal Aid; CCC
camps.

For the declared purpose of cooperating with Federal agencies; to enable the State to more fully qualify for the aid and assistance offered by Presidential Executive orders and Federal legislation providing for the establishment and operation of CCC camps; for the acquisition of State forests and parks by Federal purchases to be paid for by income from the forests or otherwise; and for the establishment, development and maintenance of a system of State forests and parks, the Board is authorized (Act of June 4, 1935);

Acquire lands.

To accept gifts, donations or contributions of lands suitable for forest or park purposes, and to enter into agreements with the Federal Government, or any other agencies, for acquiring by gift, purchase or otherwise, such lands as in the judgment of the Board are desirable and suited for State forests and State parks;

Funds.

For such purposes, and the utilization and development of such lands, the Board is authorized (a) to use the proceeds of the sale of any product therefrom, (b) the proceeds of the sale of any such land (except the State School Fund's 25%), and (c) such other funds as may be appropriated and available for such uses and purposes;

Note:  The State Constitution provides that 25% of the sale of State-owned lands is to become a part of the State School Fund.

Limitation.

The Board is prohibited from entering into any agreement for the acquisition of or purchase of land, or for any other purpose which would pledge the credit of or obli-

Digitized by Google

31

Original from
UNIVERSITY OF MICHIGAN

**Accept custody of land.**

gate the State to pay any sum of money. It may, however, receive, hold the custody of, and exercise the control of any lands, and use the proceeds derived from the sale of products from, or the use of such lands (except the State School Fund's 25%) for the acquisition, use, custody, management, development or improvement of any lands vested in or subject to its control;)

**May sell, lease or exchange lands.**

With the concurrence of the Governor and the Trustees of Internal Improvement Fund, the Board may sell, lease, exchange or otherwise dispose of any lands under its jurisdiction when in its judgment it is advantageous to the State to do so in the interest of the highest orderly development, improvement and management of the State Forests and State Parks;

**Internal Improvement Fund.**

Note: The Internal Improvement Fund was created by Act of 1855, and originally included the remaining unsold portion of the 500,000 acres of land granted to the State by Act of Congress of March, 1845; the proceeds then on hand from such lands previously sold; all proceeds from subsequent sales; also all swamp land or lands subject to overflow granted the State by Act of Congress of September 1850; title to tide lands in certain counties. The object of the grants was to enable the State to reclaim these lands for settlement, cultivation and other internal improvement purposes. The Trustees of the Fund are the Governor, Comptroller, Treasurer, Attorney-General and the Commissioner of Agriculture.

**Cooperating Agency.**

The Board is designated and authorized as the agent of the State to cooperate with the Federal Government under the provisions of the Clarke-McNary Act; also with all other agencies, interested in proper land use, forest management, conservation, forest utilization and State park development;

**Rules and Regulations.**

The Board may make rules and regulations and do such acts and things as are reasonable and necessary to accomplish the purposes of the Act.

**Appropriation; Purpose.**

To assist in carrying out the purposes of the Act, the Legislature appropriated specific funds for State Park and State Forest purposes. The moneys appropriated are placed at the disposal of the Governor, to be allocated by him on the recommendation of the Board for the management, development and acquisition of such lands as he may deem desirable and necessary for the expansion of the State forests and State park system.

**Governor to allocate funds.**

Note: State forest or park lands may be pledged for funds with which to develop or otherwise improve holdings.

 Digitized by Google    32    Original from UNIVERSITY OF MICHIGAN

## II.  FLORIDA PARK SERVICE.

**Jurisdiction over State Parks.**

**To cooperate with National Park Service.**

Under the provisions of an Act of June 4, 1935, the Florida Board of Forestry was authorized to establish a department of State Parks to be known as the "Florida Park Service", to be administered by the Board for the purpose of acquiring, developing, and administering State parks in cooperation with the National Park Service, other governmental agencies, and the Trustees of the Internal Improvement Fund;

**Supervision of Service.**

The Service is to be operated by and be under the sole and exclusive supervision of the Board of Forestry, using funds specifically appropriated for park purposes and as otherwise provided by law;

**Director: National Park Service to certify.**

The Board is authorized to employ a Director of the "Service" whose qualifications are certified to by the National Park Service;

**Counties may acquire and transfer park lands to State.**

The Act also authorizes the Commissioners of any County to acquire by gift, devise or purchase, out of general funds, from individuals, corporations or the United States Government, any lands which are suitable for public parks or for the preservation of natural beauty or places of historic association, and operate the same as public parks; and may convey to the Trustees of the Internal Improvement Fund, or the Board of Forestry for the "Service", any lands acquired for park purposes.

**Cooperate with counties.**

The Board is also authorized to cooperate with counties in county and State park work.

Note:  Dade Memorial Park is under the jurisdiction of a separate Commission appointed by the Governor.  This park receives State aid.

## III.  PUBLIC SHOOTING GROUNDS.

**Acquire lands and water.**

The State Board of Conservation (created by Acts of 1933) may, with the approval of the Governor, acquire lands and water by purchase, lease, gift or otherwise, suitable, among other things, for hunting purposes.

**Improvement.**

May erect such buildings and fences as may be deemed necessary to properly maintain and protect such lands;

**Price limitation.**

No such lands are to be purchased at a price to exceed $10 per acre;

 Digitized by Google

 Original from UNIVERSITY OF MICHIGAN

| | |
|---|---|
| Lease shooting privileges; rental price. | For the purpose of establishing public shooting grounds, may lease the shooting privileges of lands surrounding game refuges at a price not to exceed 5¢ per acre per year; |
| On State game lands. | Public shooting grounds may also be established on State game lands; |
| State Game Fund available. | Funds resulting from the administration of the fish and game laws are to be used in carrying out the foregoing provisions. |

IV.  STATE PLANNING.

Act approved June 8, 1935, established a State Planning Board, whose functions are:

| | |
|---|---|
| Studies, etc. | To secure, assemble, study, map, plot and chart any and all data pertaining, among other things, to land use, parks, wildlife, and laws relating to social, economic and conservation matters, for the purpose of advising, assisting and recommending to the administrative officers, the legislature and the people plans for future development, welfare and governance of the State, in order that the State's plan of development may be coordinated, its economic resources be conserved and the welfare of the people be promoted; |
| Master plan. | To make and adopt an official master plan, showing the Board's recommendations for development, including, among other things, the location, character and extent of parks, reservations, forests, wildlife refuges; also a land utilization program including the general classification and allocation of the land within the State amongst agricultural, forestry, recreational, soil conservation and other uses and purposes. |
| County Planning Council. | In order to assist the Board in its master plan, County Planning Councils may be formed in the various counties. All council members are to serve without compensation or expense allowance. In addition to assisting the Board, the Council is to make and adopt similar plans for the physical development of the county. |
| General. | In order to promote public interest and understanding of the State and/or county plans and the problems of such planning, the State Board may publish and distribute copies of plans and reports and employ such other means of publicity and education as it may determine; may confer and cooperate with authorities of neighboring States; make a study of and report any planning problems of the counties of the State, municipality or subdivision; furnish advice or reports to any State officer or department; advise the Governor or the Legislature of programs for public improvements and financing, and may prepare and submit proposed legislation for the carrying out of the master plan, including zoning and land-use regulations, and regulations for the conservation of the natural resources of the State. |

Digitized by Google                UNIVERSITY OF MICHIGAN

V.   STATE PARK RULES AND REGULATIONS.

The following rules and regulations for the government of this Park are hereby
established.  These rules and regulations are promulgated to cover only the
Government owned or controlled lands and waters in the Park area.

1.  PRESERVATION OF NATURAL FEATURES AND CURIOSITIES:  The destruction, injury,
defacement, or disturbance in any way of the public buildings, signs, equipment,
or other property, or the trees, flowers, vegetation, rocks, minerals, animal
or bird or other life is prohibited;  Provided, that the flowers may be gath-
ered in small quantities when in the judgment of the Superintendent, or other
authorized representative of the Florida Park Service, their removal will not
impair the beauty of the Park.  Before any flowers are picked, permit must be
obtained from the Superintendent in charge.

2.  CAMPING:  When the Park is constructed by the Florida Park Service by
means of the Civilian Conservation Corps in cooperation with the National
Park Service, adequate camping places with pure water and other conveniences
will be provided.  Until such time no camping overnight or fires of any sort
will be permitted except by special permit of the Superintendent or his duly
authorized representatives.  In such instances the following rules must be
carefully observed:  Wood for fuel only can be taken from dead or fallen
trees.  Combustible rubbish shall be burned on camp fires, and all other gar-
bage and refuse of all kinds shall be buried.

3.  FIRES:  Fires constitute one of the greatest perils to the Parks; they
shall not be kindled near trees, dead wood, moss, dry leaves, forest mold, or
other vegetable refuse, but in some open space on earth.  Should camp be made
in a locality where no such open space exists or is provided, the dead wood,
grass, moss, dry leaves, etc., shall be scraped away to the earth over an
area for five feet around the fire.

Fires shall be lighted only when necessary and when no longer needed shall be
completely extinguished and all embers and bed smothered with earth or water,
so that there remains no possibility of reignition.

Smoking may be forbidden by the superintendent in any part of the Park during
the fire season when in his judgment the fire hazard makes such action advis-
able.

NOTE:  Especial care shall be taken that no lighted match, cigar, cigarette,
or burning pipe tobacco is dropped in any grass, twigs, leaves, moss or tree
mold.

4.  HUNTING:  The Park is a sanctuary for wild life of every sort, and all
hunting or the killing, wounding, frightening, pursuing, or capturing at any
time of any bird or wild animal, except dangerous animals, when it is necess-
ary to prevent them from destroying human lives or inflicting personal injury
or taking the eggs of any bird, is prohibited within the limits of said Park.
Firearms are prohibited within the Park except upon written permission of the
Superintendent.

5.  FISHING:  Fishing with nets, seines, traps or by the use of drugs or ex-
plosives or in any other way than with rod, hook and line held in hand, or for
merchandise or profit, is prohibited.  Fishing in the Park will be permitted
only during the open season as prescribed by the State of Florida.

Digitized by Google
Original from
UNIVERSITY OF MICHIGAN

Fishing in waters of the Park is permitted from daylight until dark during the open season as prescribed by the State of Florida. At no time will fishing be permitted between dark and daylight.

6. PRIVATE OPERATIONS: No person, firm or corporation shall engage in any business, or erect buildings in the Park without permission in writing from the Florida Park Service, Tallahassee, Florida, nor shall any person reside or be permitted to reside on Park land without authority of the Florida Park Service, or other authorized representative.

7. CAMERAS: Still and motion-picture cameras may be freely used in the Park for general scenic purposes. For the filming of motion pictures requiring the use of artificial or special settings, or involving the performance of a professional cast, permission must be obtained from the Superintendent of the Park.

8. GAMBLING: Gambling in any form, or the operation of gambling devices, whether for merchandise or otherwise, is prohibited.

9. ADVERTISEMENTS: Private notices or advertisements shall not be posted or displayed within the Park, excepting such as the Park Superintendent deems necessary for the convenience and guidance of the public.

10. GRAZING: The running at large, herding or grazing of livestock of any form on the Government lands in the Park is prohibited except by permit.

11. MISCELLANEOUS: Possession, sale, transportation or manufacture of liquor in the Park, is prohibited.

The possession of dynamite, dynamite caps or blasting fuse is forbidden unless permission in writing has been obtained from the superintendent in advance.

12. FINES AND PENALTIES: Persons who render themselves obnoxious by disorderly conduct or bad behavior may be summarily removed from the Park by the Superintendent or a peace officer.

                              FLORIDA PARK SERVICE,
                              Tallahassee,
                              Florida.


Approved January 1, 1935
(Issued for Myakka Park)

 Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

TAB 118


SB
482
A13
V.3



**DIGEST OF LAWS**

RELATING TO

**STATE PARKS**

VOLUME III

**NORTH DAKOTA – WYOMING**

**TERRITORIES – INSULAR POSSESSIONS**



**UNITED STATES DEPARTMENT OF THE INTERIOR**

NATIONAL PARK SERVICE

1936


Digitized by Google      Original from
UNIVERSITY OF CALIFORNIA

# V I R G I N I A

## I.  STATE PARKS.

| | |
|---|---|
| Jurisdiction. | State parks are under the jurisdiction of the State Commission on Conservation and Development of the Department of Conservation and Development (Acts of 1926). |
| Members; appointment; terms. | The Commission consists of five members, appointed by the Governor, subject to confirmation by the General Assembly, for four year terms (rotated).  One member is designated by the Governor as Chairman; the Commission may elect one of its members as Vice-Chairman; also appoints an executive Secretary and Treasurer.  The Chairman is required to devote his full time to the performance of his official duties and receives a salary fixed by statute.  The other members are paid traveling and other necessary expenses in attendance upon meetings or while otherwise engaged in the discharge of their official duties; also the sum of $10 a day for each day or portion thereof while so engaged (as amended 1934). |
| Powers and duties. | The Commission is vested with the following powers and duties (Acts of 1926, as amended); |
| Rules and regulations. | To adopt rules and regulations for its own organization, the proper disposition and administration of any property to which it may acquire title or over which may have control, and for the conduct of its business and the exercise of its powers; |
| Divisions; Directors. | Note:  Administrative divisions have been established as follows, each headed by a Director appointed the Commission and confirmed by the Governor: |

        Division of Parks
           "      "   Forest Service
           "      "   History and Archaeology
           "      "   Geological Survey
           "      "   Publicity and Advertising
           "      "   Water Resources and Power

| | |
|---|---|
| Acquire areas, lands, etc. | To acquire by gift, purchase, or by eminent domain, areas, properties, lands, or any estate or interest therein, of scenic beauty, recreational utility, historical interest, remarkable phenomena, or any other unusual features, which in its judgment should be acquired, preserved and maintained for the use, observation, education, health and |
| Limitation. | pleasure of the people of Virginia.  Such power and authority of acquisition to be within the limits of any appropriation, or of voluntary gifts or contributions for such purposes; |

Digitized by Google      Original from UNIVERSITY OF CALIFORNIA

Therefore, be it resolved by the House of Delegates (the Senate concurring therein) that the Governor be, and he is hereby authorized to continue the State Planning Board, as it now exists, with the right to change the membership thereof at pleasure, in order to cooperate in aiding to effectuate Virginia's cooperation with the purposes of the National Planning Board.

Under the authority of the above Resolution, the Board appointed by Governor John Garland Pollard (Governor in 1933) was reappointed by Governor George C. Peery (who took office in January, 1934).

VII.  EXCERPTS FROM REGULATIONS GOVERNING PARK PERSONNEL.

The Custodian has been instructed to see that the public observes the following rules, which are quoted from rules and regulations for park personnel:

1. Drunkeness will not be tolerated on the park property and persons found guilty of this offense will be requested to leave the park.  The Custodian and his assistants will see that this rule is rigidly enforced, but tact must be observed to prevent scenes likely to be objectionable to other visitors.

2. Any breach of the moral codes will be treated in a like manner.

3. Any person or persons who conduct themselves as to constitute a nuisance to other users will be firmly but courteously requested to desist.  Should they persist, the Custodian will request them to leave the park.

4. The speed laws must be enforced.  Any person driving in the parks to the common danger or under the influence of liquor is to be reported to the proper authorities.

5. Breaches of game laws will be reported to the proper authorities.

6. The carrying and use of fire arms is prohibited.

7. Great care is to be taken that unseemly noise and conduct at night which will affect the comfort of others does not occur.

8. Safety measures and rules governing the same for bathing and boating will be observed and it shall be the duty of the life guard to see that they are enforced and it shall be the duty of the Custodian to see that he does so.

The methods that will be adopted by each custodian will of course vary, and it will be found that in the main the public will observe the regulations that it is necessary to impose if the custodian will instruct his subordinates to avoid the use of the word "don't".  It is better to secure the cooperation of the public by courteous explanation and so win their support than to threaten, but should it become necessary to enforce regulations when courteous methods have failed, firmness is expected.

Digitized by Google 396 UNIVERSITY OF CALIFORNIA

VIII.  LETTER TO PATRONS OF PARK CABINS.

In welcoming you to our park we wish to express our appreciation of
your patronage and hope that your stay with us will be a very happy
one and upon leaving, it may be with regret.

In making these cabins available to the use of the public at the pre-
sent rates, the State Commission on Conservation and Development is
only able to do so as long as we receive cooperation of the persons
using them.  I am sure you will appreciate that maintenance and operat-
ing costs are only just covered by the rental which you pay for your
cabin.  It is our earnest desire that the enjoyment that we hope you
will receive may be also available to others under like conditions.
This can only be possible if we are able to keep our operating costs
down to a minimum.

We, therefore, ask for your full cooperation in order that not only
may we be able to continue to make these cabins available for your
pleasure at the present prices, but possibly develop more.

We ask that you aid us by keeping all equipment as clean as possible,
and upon leaving that you leave the cabin, china, kitchen utensils,
etc. in a clean condition.  Only by so doing shall we be able to con-
tinue renting these cabins at this price.

Any additional labor costs that are involved will mean operating at a
loss and necessitate an increase in the rental of these cabins.

We are anxious to receive your comments on our parks and appreciate
constructive criticism at all times.  Your comments will aid us in
our problems.

Sincerely trusting that we may have your cooperation, I am

                      Yours very truly,

              (Signed)    R. E. BURSON
                          Director of Parks


IX.  INSTRUCTIONS TO PARK VISITORS.

All visitors are expected to observe the following rules in order
that the park may be preserved for your enjoyment.  Your admission
fee and co-operation will ensure this.

Do not injure or damage any structure, rock, tree, flower, bird or
wild animal within the park.

Firearms are prohibited at all times.

Dogs must be kept on leash while in the park.

 

There shall be no vending or advertising without permission of the Department of Conservation.

Fires shall be built only in places provided, visitors must put waste in receptacles provided for that purpose.

Motorists will observe speed limits as posted in the park and park in areas designated for parking.

Bathing is limited to such places and times as designated by the Division of Parks.

Drinking water should be taken only from hydrants or fountains provided for that purpose. This water supply is tested regularly for purity.

Please build fires only in designated places and see that cigars or cigarettes are out before they are thrown away.

Break your match before you drop it.

Digitized by Google    Original from UNIVERSITY OF CALIFORNIA

# TAB 119

Forestry

# DIGEST OF LAWS

### RELATING TO

## STATE PARKS

### VOLUME II

## MISSOURI - NORTH CAROLINA

Feb 18 1936



## UNITED STATES DEPARTMENT OF THE INTERIOR

### NATIONAL PARK SERVICE

### 1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

## N E W   Y O R K

I.  STATE PARKS, PARKWAYS, RESERVATIONS, FOREST PRESERVES.

**Jurisdiction.**
State parks, parkways, reservations and forest preserves are under the jurisdiction of the Department of Conservation (as amended L. 1928).

**Commissioner; appointed; term.**
A Conservation Commissioner is appointed by the Governor, by and with the advice and consent of the Senate, as the administrative head of the Department, and receives a salary fixed by law.  The Commissioner holds office until the end of the term of the Governor by whom appointed, and until his successor is appointed and has qualified.

**Deputy Commissioner; Secretary.**
A Deputy Commissioner is appointed by the Commissioner, also a Secretary of the Department.  The Commissioner may also appoint, within appropriations provided by the Legislature, such other officers and employees as may be needed for the work of the Department, and prescribe their duties.

**Divisions. Directors.**
Statutory Divisions within the Department are as follows, each under the immediate direction and control of a Director appointed by the Commissioner:

        Division of Parks
           "      "  Lands and Forest
           "      "  Fish and Game
           "      "  Water Power and Control

**Director of Parks; powers and duties.**
The Director of State Parks, subject to direction and control of the Conservation Commissioner, exercises and performs such functions, powers and duties of the Department and of the Commissioner as the Commissioner may assign to him relative to the parks and parkways, lands, grounds, reservations, structures and buildings of scenic, historic and scientific interest and relative to enforcement of the rules of the Commissioner.

**Visitation and inspection.**
The Commissioner, and such subordinates and employees as he may designate, **have** the power of visitation and inspection; and, notwithstanding the provisions of any other law, may adopt general or special rules for supervision and regulating the management, maintenance, improvement and development by the Commission, Commissioners, Society, Board, Trustees, Corporation, Association, or authority having charge thereof pursuant to law, of the parks and parkways, and the sites, grounds, reservations, structures and buildings of scenic, historic and scientific interest under the jurisdiction of the Department.

Digitized by Google

145

Original from
UNIVERSITY OF MICHIGAN

| | |
|---|---|
| Care for and display aquatints. | To have the care and custody of and the duty of displaying, maintaining and preserving the collection of aquatints, colored prints and engravings of Niagara Falls and of the books relating thereto bequeathed to the State (L. 1934); |
| Sell surplus materials. | Sell and cause to be removed from the reservation all structures, machinery and materials thereon belonging to the State, not required to afford free and convenient access to the reservation, nor for restoring the scenery of the Niagara Falls to and preserving in its natural condition. |
| Limitation on obligations. | No debt or other obligation may be created by the Commissioners exceeding the amount of money at their disposal at the time; nor may they, or any of them, or any other person, have power to create any debt, obligation, claim or liability except by their express authority. |
| Gifts of property. | Real and personal property may be granted, conveyed, bequeathed, or devised to and taken by the State in aid of the purposes of such reservation or other State parks and parkways under the jurisdiction of the Commissioners, or to increase the same, and on such trusts or conditions as may be prescribed by the grantors or devisors thereof, provided the same be accepted by the Commissioners. |
| Purpose of State reservation. | The State reservation at Niagara is to be forever reserved by the State for the purpose of restoring the scenery at Niagara Falls and preserving it in its natural condition, and to be kept open and free of access to all mankind without fee, charge or expense to any person for entering or passing to or over any part thereof. |

IV. RULES AND REGULATIONS - NIAGARA FRONTIER STATE PARK.

1. Parks under the jurisdiction of this Commission shall be closed at such hours as the Commission shall decide and notices to the public shall be posted to that effect.

2. Children under twelve years of age must be accompanied by an adult or guardian when on park property.

3. No dogs shall be allowed on park property except on leash, and shall not be allowed in bathing areas under any circumstances.

4. No person shall remove, cut, break, or in any way injure or destroy any tree, shrub, plant, flower, or turf within the park system, or interfere with any wild life therein. Nor shall any person dig, remove, carry away or cause to be carried away any turf, sand, earth, rocks, or material of any kind. Nor shall any person destroy, defile, or deface any park property.

 

5. Papers, garbage, and refuse of all kinds shall be placed in the receptacles provided for that purpose.

6. No person shall post or affix, or cause to be posted or affixed any printed or written bill, placard, sign, advertisement, or other notice upon any tree, post, fixture or structure within the park system. Nor shall any person deface, damage, or destroy any notice of the rules, regulations, ordinances or signs for the Government of said park system which shall have been posted by order of the Commission.

7. No picnics shall be held upon park property except at such places as are designated by signs.

8. The following acts and activities are prohibited within the park areas under jurisdiction of this Commission except by permit:-
The possession of any firearms and fireworks of any kind; making or building fires except in fireplaces provided by park authorities; carrying any musical instrument; carrying or displaying flags, banners, placards of any kind; delivering speeches or orations; holding parades or other demonstrations; conducting religious or other ceremonies; soliciting alms or contributions for any purpose; the taking of commercial equipment for the taking of motion and sound pictures.

9. No person shall disobey an order of a park patrolman or other park official when such official is engaged in the enforcement of a State or park ordinance; nor shall he use bad, obnoxious or indecent language, nor act in a disorderly or suspicious manner.

10. No intoxicating liquors or beverages shall be brought, caused to be brought, or drunk within the limits of the State parks, nor shall any intoxicated person enter or remain upon any portion of the park system, except that intoxicating liquors and beverages may be sold by such persons and at such places as may be specifically authorized by the Niagara Frontier State Park Commission.

11. No booth, tent, stall, stand, or other structure shall be erected for any purpose, and no begging, hawking, peddling, advertising, or soliciting shall be done; nor any article or service be advertised, or caused to be advertised or offered for sale, or hire, within the property limits of lands under the jurisdiction of this Commission, except by written permit of the Commission.

12. No commercial vehicles, or any vehicle displaying any advertising placard or advertisement of any kind, shall be driven within the park or over the parkways of said park system for advertising, demonstration, or other purposes.

13. Motorists shall obey all signs regulating traffic placed in the parks and along the parkways under the jurisdiction of this Commission. In no instance shall a vehicle be operated at a greater rate of speed than thirty (30) miles per hour. Where one direction in roads is designated, traffic in the opposite direction is prohibited. Bus and taxicab parking areas will not be for the use of privately owned vehicles. All vehicles must be parked in parking areas provided.

 Digitized by Google

 Original from UNIVERSITY OF MICHIGAN

14. All vehicles driven within said park system shall comply with the requirements of the New York State Motor Vehicle and Traffic Laws.

15. All hackmen, at approved hack stands, shall remain within 20 feet of their vehicles, and in no instance solicit patronage from private vehicles in motion over the roadways, or otherwise obstruct traffic. All drivers of public conveyances shall conduct themselves in an orderly and respectful manner.

16. Boating -- No person shall place, operate, have for hire, or tie up any boat or raft at any structure or other point in any park waters, except where designated, without the written permission of the Commission. This regulation shall not apply in emergencies to navigable streams bordering on park property, or to children's toys. Boats from park concessions shall not be taken from restricted areas.

17. Sports -- No games or athletic contests shall be allowed except in areas where designated. Coasting, skating, skiing, horse-back riding, and such activities shall be restricted to designated areas under such rules as may be posted by the park authorities.

18. Bathing -- No person shall bathe, wade, or swim in any waters, within or adjacent to the parks or parkways, under the jurisdiction of the Commission, except at such times and in such places as may be specially designated by appropriate signs; nor shall any person dress, or undress, in any park area except in bath houses maintained or permitted by the Commission; nor shall any person appear in any public place, under the jurisdiction of this Commission, except within designated bathing or dressing-room areas, in bathing suits or any improper costume.

19. It shall be the duty of every person, claiming to have a permit from this Commission, to produce and exhibit such permit upon the request of an authorized person to inspect the same.

20  Any person offending against any of said ordinances shall be deemed guilty of a misdemeanor and, on conviction, may be punished by a fine, not exceeding one hundred dollars ($100), or by imprisonment not exceeding thirty days, or by both such fine and imprisonment.

### V.  COMMISSIONERS OF ALLEGANY STATE PARK - REGION 2.

Members; appointment; terms; officers.

The Board is composed of seven members, appointed by the Governor, by and with the advice and consent of the Senate, and hold office until their successors are appointed. The Commissioners annually choose from among their members a Chairman and Secretary. Members receive no salary, but are entitled to expenses incident to official duties.

Powers and duties.

The Commissioners are empowered and directed as follows (L. 1928):

 

TAB 120

Forestry

# DIGEST OF LAWS

### RELATING TO

## STATE PARKS

### VOLUME II

## MISSOURI - NORTH CAROLINA

Feb 18 1936



## UNITED STATES DEPARTMENT OF THE INTERIOR

### NATIONAL PARK SERVICE

### 1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

NEW YORK

I. STATE PARKS, PARKWAYS, RESERVATIONS, FOREST PRESERVES.

Jurisdiction.

State parks, parkways, reservations and forest preserves are under the jurisdiction of the Department of Conservation (as amended L. 1928).

Commissioner; appointed; term.

A Conservation Commissioner is appointed by the Governor, by and with the advice and consent of the Senate, as the administrative head of the Department, and receives a salary fixed by law. The Commissioner holds office until the end of the term of the Governor by whom appointed, and until his successor is appointed and has qualified.

Deputy Commissioner; Secretary.

A Deputy Commissioner is appointed by the Commissioner, also a Secretary of the Department. The Commissioner may also appoint, within appropriations provided by the Legislature, such other officers and employees as may be needed for the work of the Department, and prescribe their duties.

Divisions. Directors.

Statutory Divisions within the Department are as follows, each under the immediate direction and control of a Director appointed by the Commissioner:

Division of Parks
"        "   Lands and Forest
"        "   Fish and Game
"        "   Water Power and Control

Director of Parks; powers and duties.

The Director of State Parks, subject to direction and control of the Conservation Commissioner, exercises and performs such functions, powers and duties of the Department and of the Commissioner as the Commissioner may assign to him relative to the parks and parkways, lands, grounds, reservations, structures and buildings of scenic, historic and scientific interest and relative to enforcement of the rules of the Commissioner.

Visitation and inspection.

The Commissioner, and such subordinates and employees as he may designate, have the power of visitation and inspection; and, notwithstanding the provisions of any other law, may adopt general or special rules for supervision and regulating the management, maintenance, improvement and development by the Commission, Commissioners, Society, Board, Trustees, Corporation, Association, or authority having charge thereof pursuant to law, of the parks and parkways, and the sites, grounds, reservations, structures and buildings of scenic, historic and scientific interest under the jurisdiction of the Department.

Digitized by Google          Original from UNIVERSITY OF MICHIGAN

| | |
|---|---|
| Cooperation with Pennsylvania. | In case the State of Pennsylvania acquires lands adjoining the boundaries of said park and parkways to be used for similar purposes, may cooperate with the said State for the joint control and operation of the park and the adjoining lands in Pennsylvania; also connect roads with roads laid out in the State of Pennsylvania, and to maintain the lands within the State of New York so that the same may form a continuous park; |
| Connecting roads. | Lay out, construct and maintain roads between and connecting any separate portion of the parks and parkways, and for the purpose acquire rights of way upon and across any intervening lands; |
| Accept gifts of money or property. | May receive by gift, devise or contribution money to be used in acquiring and improving lands; also receive and administer for park purposes any gift or devise of personal property or any land or rights in land outside the defined park areas and adjoining the same; |
| Dams. | May dam the streams within the parks, except the main stream of the Allegany River; |
| Cuba reservation. | Are vested with immediate jurisdiction and control of the Cuba reservation; the said reservation to be preserved and maintained for reservoir and camping purposes. May make rules and regulations necessary for the use and preservation of the property; make leases or renewals thereof of lots of land adjacent to or surrounding the reservoir for terms not to exceed five years, and permit the erection of structures by the lessees with the privilege of removal during the terms of the lease; to fix the terms and conditions upon which leases are to be made; arrange for sanitation, and provide for the removal of waste matter and to charge lessees of lots therefor. |

Note: The Commissioners may supply electric power to dwellings, cottages, camps and concessionaires located upon Allegany State Park, collecting the price agreed upon. Op. Atty. Gen. (1932) 361.

Commissioners of Allegany State Park have authority to cut and sell timber on park lands. Op. Atty. Gen. (1929) 140.

VI. RULES AND REGULATIONS - ALLEGANY STATE PARK COMMISSION.

1. PRESERVATION OF PROPERTY AND NATURAL FEATURES.

(a) No person shall injure, deface, disturb or befoul any part of the Park owned by the State; nor any building, sign, equipment or other property found on Park lands owned by the State; nor shall any tree, flowering plant, shrub, rock or other mineral be injured or destroyed on, or removed from such lands without the permission of the Commissioners.

 Digitized by Google

 Original from
UNIVERSITY OF MICHIGAN

(b) No person shall throw any lighted cigar, cigarette, match or other inflammable substance from any automobile or other vehicle within the area of the Park.

(c) Whenever by reason of drought any forests of the Park are in danger of fire, the Commissioners may close such forests to all persons.

2. GARBAGE, SEWAGE, REFUSE AND OBNOXIOUS MATERIAL.

No person shall deposit in any part of the Park, on lands owned by the State, any garbage, sewage, refuse, waste or other obnoxious material otherwise than in receptacles provided for the purpose or by other sanitary disposal.

3. TRAFFIC.

(a) No person shall operate, or cause to be operated, any motor or other vehicle over or upon Park controlled roads at a rate of speed in excess of twenty-five (25) miles per hour.

(b) No person shall park or store any motor car, motorcycle, bicycle, wagon or other vehicle on Park controlled roads or on lands owned by the State except in places designated for the purpose.

(c) Whenever the Commissioners shall, by suitable signs, indicate lines of traffic upon Park controlled roads, no person shall break such lines or move out of his place therein.

4. CAMPING REGULATIONS.

(a) No camps shall be maintained for any period except at such places as may from time to time be designated for camping and no fires shall be lighted at any time in any part of the Park on lands owned by the State except in places designated for the purpose.

(b) No unnecessary noise shall be made in any of the camping areas between the hours of 11:00 P.M. and 6:00 A.M. during the camping season, except in places designated by the Commissioners for entertainment between those hours.

(c) No person shall reconstruct, alter or change in any way any camp, cabin or other building or equipment owned by the Park and rented or loaned by them except by written permission of the Commissioners.

(d) No person shall use or occupy any cabin, camp or other building or structure in the Allegany State Park on lands owned by the State without a written permit. Such permit to be in the form of a rental receipt or a letter from an executive officer or Commissioner.

(e) The purchase, sale or possession of gasoline in other than red metal containers with the word "Gasoline" conspicuously displayed thereon, is forbidden. This rule does not apply to sale of gasoline for use in automobiles when pumped directly into automobile gasoline tank.

 Digitized by Google     Original from UNIVERSITY OF MICHIGAN

(f) Every person twelve years of age or older in each party making use of Park camping facilities, cabins or campsites must register with the rental clerk.

5. COMMERCIAL ENTERPRISES.

(a) No person shall, without a permit from the Commissioners, sell or offer for sale within the Park on lands owned by the State, any property or privilege whatsoever, nor shall any person to whom property of the Park has been intrusted for personal use, hire, lease or rent out the same to another person.

(b) No person shall take photographs or moving pictures within the Park camping areas for the purpose of selling negatives or prints therefrom without having first obtained a permit from the Commissioners.

(c) No person shall operate a bus, taxicab or other vehicle for the transportation of passengers or property for hire on the Park controlled roads without having obtained a permit from the Commission.

6. FIREARMS.

(a) No firearms may be used or possessed within the Park area by visitors or used by residents except by special permission of the Commissioners.

(b) No target or trapshooting allowed in the Park except by written permission of the Commissioners, or an executive officer.

7. HUNTING AND FISHING.

(a) No person shall hunt, pursue with dogs, trap or in any other way molest any of the wild birds or beasts found within the Park except by permission of, and in a manner specified by the commission.

(b) No person shall fish in any of the Park streams except by written permission of the Commissioners.

8. PUBLIC NUISANCE.

(a) Gambling in the Park is prohibited and no person shall bring into the Park or have in his possession while there, any implement or device commonly used or intended for gambling purposes.

(b) No person shall sell or attempt to sell any beer, wine, whiskey or other intoxicating liquor or beverage within the area of the Park except by permission of the Commissioners.

9. SIGNS.

No sign or notice shall be erected or posted at any place in the Park on lands owned by the State, without permission in writing from the Commissioners.

 Digitized by Google     Original from UNIVERSITY OF MICHIGAN

TAB 121

Forestry

# DIGEST OF LAWS

### RELATING TO

## STATE PARKS

### VOLUME II

## MISSOURI - NORTH CAROLINA

Feb 18 1936



## UNITED STATES DEPARTMENT OF THE INTERIOR

### NATIONAL PARK SERVICE

### 1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

## NEW YORK

### I. STATE PARKS, PARKWAYS, RESERVATIONS, FOREST PRESERVES.

Jurisdiction.

State parks, parkways, reservations and forest preserves are under the jurisdiction of the Department of Conservation (as amended L. 1928).

Commissioner; appointed; term.

A Conservation Commissioner is appointed by the Governor, by and with the advice and consent of the Senate, as the administrative head of the Department, and receives a salary fixed by law. The Commissioner holds office until the end of the term of the Governor by whom appointed, and until his successor is appointed and has qualified.

Deputy Commissioner; Secretary.

A Deputy Commissioner is appointed by the Commissioner, also a Secretary of the Department. The Commissioner may also appoint, within appropriations provided by the Legislature, such other officers and employees as may be needed for the work of the Department, and prescribe their duties.

Divisions.
Directors.

Statutory Divisions within the Department are as follows, each under the immediate direction and control of a Director appointed by the Commissioner:

                    Division of Parks
                       "       " Lands and Forest
                       "       " Fish and Game
                       "       " Water Power and Control

Director of Parks; powers and duties.

The Director of State Parks, subject to direction and control of the Conservation Commissioner, exercises and performs such functions, powers and duties of the Department and of the Commissioner as the Commissioner may assign to him relative to the parks and parkways, lands, grounds, reservations, structures and buildings of scenic, historic and scientific interest and relative to enforcement of the rules of the Commissioner.

Visitation and inspection.

The Commissioner, and such subordinates and employees as he may designate, have the power of visitation and inspection; and, notwithstanding the provisions of any other law, may adopt general or special rules for supervision and regulating the management, maintenance, improvement and development by the Commission, Commissioners, Society, Board, Trustees, Corporation, Association, or authority having charge thereof pursuant to law, of the parks and parkways, and the sites, grounds, reservations, structures and buildings of scenic, historic and scientific interest under the jurisdiction of the Department.

Digitized by Google     Original from
UNIVERSITY OF MICHIGAN

| | |
|---|---|
| Purpose of parks and parkways. | Such reservations, parks and parkways are to be forever reserved and maintained by the State for the use and enjoyment of the public; it being the duty of the Commission to preserve the reservations, parks and parkways in their natural condition so far as may be consistent with their use and safety, and to improve them in such manner as not to lessen their natural scenic beauty (as amended 1930). |

Note: Violations of rules and regulations of a State Park Commission are misdemeanors trialable in courts of special sessions. Fines imposed belong to the town, and if the Commission requires counsel it may call upon the district attorney of the county. (1930) Op. Atty-Gen.307.

X. RULES AND REGULATIONS - FINGER LAKES STATE PARKS COMMISSION.

1. ADVERTISING AND SOLICITATION - No person or organization shall post or distribute advertising matter or orally advertise or sell or offer for sale any merchandise, tickets, service or any other thing of value; or solicit within the park areas in connection with things to be sold or provided outside of the park or while operating a boat for hire, to land or receive passengers at a park dock or wharf, or to operate boats for hire on park waters. No person or organization shall solicit alms or contributions for any purpose.

2. PAYMENT OF CHARGES - No person or organization shall make use of or attempt to make use of the park facilities such as pay parking areas, camping facilities, boathouse facilities, or any other facility for the use of which a charge is made by the Commission, except after payment of the charge or price fixed by the Commission.

3. ANIMALS - No person shall cause or permit any animal owned by him, except dogs restrained by leash and/or horses on roads, driveways, and bridle paths, to enter any park or property under the jurisdiction of the Commission, and each such animal found at large may be seized and disposed of by employees of the Commission. Dogs shall not be allowed at bathing areas under any circumstances.

4. DISORDERLY CONDUCT - No person shall disobey an order of a park patrolman, superintendent, caretaker, State trooper, local policeman or constable, when such officials are engaged in enforcing State or local laws or the Rules and Regulations of this Commission, or use threatening, abusive or insulting language to such officials. No person shall injure, steal or molest park property, including flowers, plants, shrubs and trees, do any obscene act, throw stones or missiles, obstruct roads, walks or docks, set off fireworks of any nature, engage in brawls or fights, annoy or assault other persons, be under the influence of intoxicants, throw or deposit bottles, glass, cans, garbage, refuse or litter in any place except the receptacles provided for that purpose, enter or remain within any park area after the hour officially designated for the closing of such park for the night, park vehicles in any place except the duly designated parking areas and in accordance with the instructions of the park officials in charge of such parking areas, or do any other act that may be a source of danger to park property or annoyance and interference with the public using the parks.

 Digitized by Google

Original from UNIVERSITY OF MICHIGAN

5. HUNTING AND FIREARMS - No person shall carry or have in his possession any
gun, firearms, ammunition, or explosives and no person shall hunt or trap with-
in or from the park areas except when especially authorized by the Commission
to do so. No person shall engage in fishing, spearing or netting in waters
restricted by the Commission against such uses.

6. FIRE DANGER - No person shall start or maintain a fire except in the fire-
places provided for that purpose or at places especially indicated by the
official in charge of the park and all fires shall be continuously under the
care of a competent person. No person shall allow any fire to injure or des-
troy any shrub, tree or branches thereof or discard or throw away lighted
matches, cigarettes or cigars in such a manner as to create a fire risk of any
sort. In addition to the fines or penalties provided for the violation of these
Rules and Regulations, any person responsible for fire damage or loss of park
property, including trees and vegetation, shall pay to the Commission the full
cost of restoring such property to its original condition.

7. SPORTS - Boating or landing of boats within a bathing area is forbidden and
all persons operating boats shall conform strictly to the instructions of the
official in charge of the park as to the limits of such areas. No person shall
operate toilets on a boat or throw refuse or litter into the water in the near
vicinity of such bathing areas. Any person **bathing** in waters not specifically
designated as bathing areas and protected by lifeguard service shall do so en-
tirely at their own risk, and if observed, may be ordered by park officials to
cease such bathing. Bathing without proper bathing suits, or undressing and
dressing outside of duly provided bath-houses and/or in the public view is pro-
hibited. Games of various kinds shall be played only at places provided for
such games. No camp shall be maintained in any park except under permit ob-
tained from the park superintendent and at such places and for such periods
as he may designate. No skating or use of frozen-over waters shall be per-
mitted except after the ice has been declared safe by the park official in
charge.

8. MEETINGS - No person or organization shall hold or conduct any meeting in-
volving ceremonies, speeches, religious services, performances or entertain-
ments except after obtaining a permit to do so.

9. OMNIBUSES, TAXIS, AND TRUCKS - No omnibuses, taxis or trucks shall operate
within property controlled by the Commission except by duly authorized permit
and the procedure and conduct of persons operating such vehicles shall at all
times be strictly in accordance with the instructions of the park official in
charge. The rate of speed for any motor vehicle being operated within the park
area shall not be such as will endanger the public and in no case in excess of
30 miles per hour.

10. LOST AND FOUND ARTICLES - Any person finding or taking possession of any
personal property of which such person is not the owner, shall deliver the
same immediately to the Park Superintendent or to the headquarters of the
Commission at Ithaca, N. Y., and losers of such property shall apply to the
said Superintendent of park headquarters for restoration of articles.


Digitized by Google


Original from
UNIVERSITY OF MICHIGAN

11. PENALTIES - Any person who violates any provision of these Rules and Regulations shall be guilty of a MISDEMEANOR and shall, upon conviction be subject to a fine of not to exceed One Hundred Dollars ($100.00) or imprisonment for not more than thirty (30) days, or both such fine and imprisonment, and in addition thereto, shall be liable to a penalty of not less than ten nor more than One Hundred Dollars.

BATHING SUIT REGULATIONS - Bathers are hereby forbidden to bathe in the Finger Lakes State Parks without shirts and with trunks only - they, both men and women, must wear a proper suit consisting of shirt and trunks.   (Adopted July 14, 1934).

### XI.   CENTRAL NEW YORK STATE PARKS COMMISSION - REGION 5.

| | |
|---|---|
| Members; appointment; term; officers. | The Commission consists of five persons appointed by the Governor by and with the advice and consent of the Senate, for five years.  Four are required to reside in the District; receive no salaries, but are reimbursed expenses incident to official duties.  The Commission selects from its members a Chairman, Vice-Chairman and Treasurer, and a Secretary.  If a member is selected as Secretary he may also act as Treasurer. |
| Powers and duties. | The Commission is empowered and directed as follows (L. 1928): |
| Control of parks. | Is vested with immediate control and management of all parks and parkways in the fifth park region; |
| Establish parks and acquire land; method of acquirement. | May establish State parks and parkways and acquire lands for such purposes when moneys have been appropriated therefor; such lands to be acquired by purchase, by entry and appropriation, or by condemnation; |
| Rules and regulations. | May make and enforce necessary rules and regulations; |
| Employ personnel. | Employ such persons as may be provided for and fix their compensation; |
| Fix prices. | Fix the prices to be charged by drivers of public conveyances within the limits of such parks, and the prices to be charged by guides for their services; |
| Conservation powers. | Provide for the protection and propagation of fish and game, and for reforestation of the lands; |
| Appoint police officers. | Appoint one or more persons for the purpose of enforcing law, order and observance of ordinances established for the government and use of the parks and parkways; |
| Gifts of property. | Real and personal property may be granted, conveyed, bequeathed and devised to the State and taken in aid of the purposes of such reservations and parks, or to increase |

202

 Digitized by Google    Original from UNIVERSITY OF MICHIGAN

TAB 122

Forestry

# DIGEST OF LAWS

### RELATING TO

## STATE PARKS

### VOLUME II

## MISSOURI - NORTH CAROLINA

Feb 18 1938



## UNITED STATES DEPARTMENT OF THE INTERIOR

### NATIONAL PARK SERVICE

### 1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Original from
UNIVERSITY OF MICHIGAN

NEW YORK

I.  STATE PARKS, PARKWAYS, RESERVATIONS, FOREST PRESERVES.

Jurisdiction.

State parks, parkways, reservations and forest preserves are under the jurisdiction of the Department of Conservation (as amended L. 1928).

Commissioner; appointed; term.

A Conservation Commissioner is appointed by the Governor, by and with the advice and consent of the Senate, as the administrative head of the Department, and receives a salary fixed by law.  The Commissioner holds office until the end of the term of the Governor by whom appointed, and until his successor is appointed and has qualified.

Deputy Commissioner; Secretary.

A Deputy Commissioner is appointed by the Commissioner, also a Secretary of the Department.  The Commissioner may also appoint, within appropriations provided by the Legislature, such other officers and employees as may be needed for the work of the Department, and prescribe their duties.

Divisions. Directors.

Statutory Divisions within the Department are as follows, each under the immediate direction and control of a Director appointed by the Commissioner:

> Division of Parks
> "       " Lands and Forest
> "       " Fish and Game
> "       " Water Power and Control

Director of Parks; powers and duties.

The Director of State Parks, subject to direction and control of the Conservation Commissioner, exercises and performs such functions, powers and duties of the Department and of the Commissioner as the Commissioner may assign to him relative to the parks and parkways, lands, grounds, reservations, structures and buildings of scenic, historic and scientific interest and relative to enforcement of the rules of the Commissioner.

Visitation and inspection.

The Commissioner, and such subordinates and employees as he may designate, **have** the power of visitation and inspection; and, notwithstanding the provisions of any other law, may adopt general or special rules for supervision and regulating the management, maintenance, improvement and development by the Commission, Commissioners, Society, Board, Trustees, Corporation, Association, or authority having charge thereof pursuant to law, of the parks and parkways, and the sites, grounds, reservations, structures and buildings of scenic, historic and scientific interest under the jurisdiction of the Department.

Digitized by Google          Original from UNIVERSITY OF MICHIGAN

the same, and on such trusts and conditions as may be prescribed by the grantors or devisors, provided the same be accepted by the Commission. All such property to be maintained and controlled by the Commission, and the net rents, income and profits to be used exclusively for the purpose of improving the reservations and parks.

Purpose of parks and parkways.
Such parks and parkways are to be forever reserved and maintained for the use and enjoyment of the public, it being the duty of the Commission to preserve the reservations and parks in their natural condition so far as may be consistent with their use and safety, and to improve them in such manner as not to lessen their natural scenic beauty.

XII.  RULES AND REGULATIONS – CENTRAL NEW YORK STATE PARKS COMMISSION.

ORDINANCES

Ordinance No. 1

Definitions

Section 1. Definition of terms. Whenever used in any Central New York State Parks Commission Ordinance, the following respective terms, unless otherwise therein expressly defined, shall mean and include each of the meanings herein respectively set forth.

(a) "Park" defined: The term park or parks, unless specifically limited, shall be deemed to include all parks, parkways, spurs, open spaces, roads, and boulevards, and also entrances and approaches thereto, docks and piers, and bridges in, leading to or connecting such park or parks or parts thereof and such other rights and appurtenances as the Central New York State Parks Commission shall utilize whether the same be now or hereafter owned or acquired by the State in fee or otherwise.

(b) "Commission": The Central New York State Parks Commission, created by authority of Chapter 193 of the laws of 1926, and Chapter 849 of the laws of 1928.

(c) "Ordinance": Any ordinance duly adopted and posted as a Central New York State Parks Commission Ordinance.

(d) "Owner": Any person, firm, association, co-partnership or corporation owning, operating, or having the exclusive use of a vehicle, animal or other property under a lease or otherwise.

(e) "Central New York State Parks Patrolman": Any person designated by the Commission as a Central New York State Parks Patrolman and also State Police assigned to the Central New York State Parks Commission.

 Digitized by Google

163

 Original from UNIVERSITY OF MICHIGAN

(f) "Bridle Path": Any path maintained for persons riding on horseback; "Foot Path or Trail": any path or trail maintained for pedestrians.

(g) "Permits": Any written license issued by or under the authority of the Commission permitting the performance of a specified act or acts.

(h) "Persons": Any natural person, corporation, company, association, joint stock association, firm or co-partnership.

(i) "Bathing Area": Any beach or water area designated as a bathing area.

(j) "Unnecessary Stopping": Bringing a vehicle to a complete stop on the road in a park or on a parkway other than in a parking place, or other than in conformity with traffic regulations and other than because of a defect in said vehicle.

### Ordinance No. 2

#### Construction and Scope of Ordinance

Section 1. Construction. In the interpretation of Central New York State Parks Commission Ordinances, their provisions shall be construed as follows: (1) Any terms in the singular shall include the plural; (2) Any term in the masculine shall include the feminine and the neuter; (3) Any requirement or prohibition of any act necessarily performed by any officer or employee of the Commission in line of duty or work as such, or by any person, his agents or employees, in the proper and necessary execution of the terms of any agreement with the Commission; (5) Any act otherwise prohibited by Central New York State Parks Commission Ordinance, provided it is not otherwise prohibited by law or local ordinance, shall be lawful if performed under, by and to the extent authorized thereby, and (6) These ordinances are in addition to and supplement the State Vehicle and Traffic Laws which are in force in all parks and which are incorporated herein and made a part hereof.

Section 2. Territorial Scope. All Central New York State Parks Commission Ordinances shall be effective within and upon all State parks and parkways which may be under the jurisdiction of the Commission in the Counties of Broome, Chenango, Cortland, Madison, Onondaga, Oswego and Otsego, and shall regulate the use thereof by all persons.

### Ordinance No. 3

#### Permits

Section 1. Permits. A permit to do any act shall authorize the same only insofar as it may be performed in strict accordance with the terms and conditions thereof. Any violation by its holder or his agents or employees of any term or condition thereof shall constitute grounds for its revocation by the Commission, or by its authorized representative, whose action therein shall be final. In case of revocation of any permit, all moneys paid for or on account thereof shall, at the option of the Commission, be forfeited to and be retained by it; and the holder of such permit, together with his agents and employees who violated such terms and conditions, shall be jointly and severally liable to the




Commission for all damages and loss suffered by it in excess of money so for-
feited and retained; but neither such forfeiture and retention by the Commis-
sion of the whole or any part of such moneys nor the recovery or collection
thereby of such damages, or both, shall in any manner relieve such person or
persons from liability to punishment for any violation of any provision of
any Central New York State Parks Commission Ordinance.

Ordinance No. 4

Prohibited Uses

Section 1. Boating. Boating of any kind in a bathing area is forbidden except
such boating as is necessary to keep such areas properly protected and policed.
The use of privately owned boats or canoes on any park waters is prohibited.

Section 2. Protection of Bathing Area. No person shall throw, cast, lay or
deposit any glass, crockery, or any part thereof or any metallic substance on
any bathing area in or adjoining any park.

Section 3. Firearms. No person except employees or officers of the Commis-
sion shall carry firearms of any description within the park.

Section 4. Explosives. No person shall bring into or have in any park any
explosive or explosive substance.

Section 5. Fires, Lighted Cigars, etc. No person shall kindle, build, main-
tain or use a fire other than in places provided or designated for such purpose
except by special permit. Any fire shall be continuously under the care and
direction of a competent person over sixteen years of age from the time it is
kindled until it is extinguished. No person shall throw away or discard any
lighted match, cigar, cigarette, or other burning object within, on or against
any structure, boat, vehicle or enclosure, or under any tree or in underbrush
or grass.

Section 6. Alms and Contributions. No person shall solicit alms or contri-
butions for any purpose.

Section 7. Commercial Enterprises. No person shall, without a permit, do any
of the following: - Sell or offer for sale, hire, lease or let out, any object
of merchandise, or any other thing, whether corporeal or incorporeal; take
photographs within the limits of any park for the purpose of selling the nega-
tives thereof, or prints therefrom, or for the purpose of exhibiting negatives
thereof, or prints therefrom in public; while operating a boat for hire, land
or receive passengers at any dock or wharf under the jurisdiction of the
Commission. No person to whom property of the  park has been entrusted for
personal use shall hire, lease or let out the same to any other person.

 Digitized by Google     335     Original from
UNIVERSITY OF MICHIGAN 

No person shall operate a bus, taxicab or other commercial vehicle designed or used for the transportation of passengers or property, within the park upon park roads without having first received a permit.

Section 8. Advertising. No sign or notice shall be erected or posted at any place in the park without permission in writing from the Commission; nor shall any musical instrument, radio, talking machine, or drum be operated or any noise be made for the purpose of attracting attention to any exhibition of any kind.

Section 9. Gambling. Gambling, games of chance and fortune telling within the park are prohibited; and no person shall participate in the conduct of a lottery, or use or operate any slot machine, or bring in to any park or have in his possession while there any implement or device commonly used, or intended to be used, for gambling purposes.

Section 10. Aviation. No person shall voluntarily bring, land or cause to descend or alight within or upon any park, any aeroplane, flying machine, balloon, parachute or other apparatus for aviation, except under permit. Voluntarily in this connection will mean anything other than a forced landing.

Section 11. Meetings and Exhibitions. No person shall erect any structure, stand or platform, hold any meeting, or exhibition, perform any ceremony, make any speech, or address except by permit.

Section 12. Disorderly Conduct Prohibited. No person shall disobey an order of a Central New York State Parks Patrolman or use threatening, abusive or insulting language; do any obscene or indecent act; throw stones or other missiles; annoy persons, interfere with, encumber, obstruct or render dangerous any drive, path, walk, dock, beach or public place, do any act tending to or amounting to a breach of the peace, climb upon any structure, enter or leave except at established entrance ways or exits; engage in, instigate, aid or encourage a contention or fight, whether or not a ring or prize fight, assault any person, spit upon any walk or structure.

Section 13. No person except employees or officers of the Commission shall be allowed within the park between the hours of 10 P.M. and 6 A.M. except under permit.

Section 14. Minors. No parents, guardian or custodian of any minor shall permit or allow him to do any act prohibited by any Central New York State Parks Commission Ordinance.

Digitized by Google            Original from
UNIVERSITY OF MICHIGAN

TAB 123

# DIGEST OF LAWS

### RELATING TO

## STATE PARKS

### VOLUME II

## MISSOURI - NORTH CAROLINA



## UNITED STATES DEPARTMENT OF THE INTERIOR

### NATIONAL PARK SERVICE

### 1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

NEW YORK

I.  STATE PARKS, PARKWAYS, RESERVATIONS, FOREST PRESERVES.

**Jurisdiction.**  State parks, parkways, reservations and forest preserves are under the jurisdiction of the Department of Conservation (as amended L. 1928).

**Commissioner; appointed; term.**  A Conservation Commissioner is appointed by the Governor, by and with the advice and consent of the Senate, as the administrative head of the Department, and receives a salary fixed by law.  The Commissioner holds office until the end of the term of the Governor by whom appointed, and until his successor is appointed and has qualified.

**Deputy Commissioner; Secretary.**  A Deputy Commissioner is appointed by the Commissioner, also a Secretary of the Department.  The Commissioner may also appoint, within appropriations provided by the Legislature, such other officers and employees as may be needed for the work of the Department, and prescribe their duties.

**Divisions. Directors.**  Statutory Divisions within the Department are as follows, each under the immediate direction and control of a Director appointed by the Commissioner:

> Division of Parks
> "       " Lands and Forest
> "       " Fish and Game
> "       " Water Power and Control

**Director of Parks; powers and duties.**  The Director of State Parks, subject to direction and control of the Conservation Commissioner, exercises and performs such functions, powers and duties of the Department and of the Commissioner as the Commissioner may assign to him relative to the parks and parkways, lands, grounds, reservations, structures and buildings of scenic, historic and scientific interest and relative to enforcement of the rules of the Commissioner.

**Visitation and inspection.**  The Commissioner, and such subordinates and employees as he may designate, have the power of visitation and inspection; and, notwithstanding the provisions of any other law, may adopt general or special rules for supervision and regulating the management, maintenance, improvement and development by the Commission, Commissioners, Society, Board, Trustees, Corporation, Association, or authority having charge thereof pursuant to law, of the parks and parkways, and the sites, grounds, reservations, structures and buildings of scenic, historic and scientific interest under the jurisdiction of the Department.

Digitized by Google    Original from UNIVERSITY OF MICHIGAN

Purposes of parks and parkways.

Such parks and parkways to be forever reserved and maintained by the State for the use and enjoyment of the public, it being the duty of the Commission to preserve such reservations and parks in their natural conditions so far as may be consistent with their use and safety and to improve them in such manner as not to lessen their natural scenic beauty.

XVIII.  RULES AND REGULATION - TACONIC STATE PARK COMMISSION.

Ordinance Number One - Definitions.

Section 1.  Definition of Terms.  Whenever used in any Taconic State Park Commission Ordinance, the following respective words, phrases or terms, unless otherwise therein expressly defined or clearly limited by the context or subject matter, are defined as follows:

(a)  The term park shall be deemed to include all parks, parkways, spurs, open spaces, roads and boulevards and also entrances and approaches thereto, docks and piers, and bridges, in, leading to or connecting such park or parks thereof and such other rights and appurtenances in connection therewith as the Taconic State Park Commission shall utilize whether the same be now or hereafter owned or acquired by the State in fee or otherwise.

(b)  "Commission":  The Taconic State Park Commission, created by authority of Chapter 133 of the Laws of 1925, and Chapter 242 of the Laws of 1928.

(c)  "Ordinance":  Any ordinance duly adopted as a Taconic State Park Commission Ordinance.

(d)  "Owner":  Any person, firm, association, co-partnership or corporation owning, operating, or having the exclusive use of a vehicle, animal or other property under a lease or otherwise.

(e)  "Park Patrolman":  Any person designated by the Commission as a Park Patrolman and also State Police assigned to the Taconic State Park Commission.

(f)  "Bridle Path":  Any path maintained for persons riding on horseback; "Foot Path or Trail"; Any path or trail maintained for pedestrians.

(g)  "Permits":  Any written license issued by or under the authority of the Commission, permitting the performance of a specified act or acts.

(h)  "Persons":  Any natural person, corporation, company, association, joint stock association, firm or co-partnership.

(i)  "Bathing Area":  Any beach or water area designated as a bathing area.

(j)  "Unnecessary Stopping":  Bringing a vehicle to a complete stop on the road in a park or on a parkway other than in a parking space, or other than in conformity with traffic regulations and other than because of a defect in said vehicle.

 Digitized by Google

 Original from UNIVERSITY OF MICHIGAN

Ordinance Number Two - Construction and Scope of Ordinances.

Section 1.   Construction.  In the interpretation of Taconic State Park Commission Ordinances, their provisions shall be construed as follows:

(1)  Any term in the singular shall include the plural; (2)  Any term in the masculine shall include the feminine and the neuter; (3)  Any requirement or prohibition of any act shall, respectively, extend to and include the causing or procuring directly or indirectly, of such act; (4)  No provision hereof shall make unlawful any act necessarily performed by any officer or employee of the Commission in line of duty or work as such, or by any person, his agents or employees, in the proper and necessary execution of the terms of any agreement with the Commission; (5)  Any act otherwise prohibited by Taconic State Park Commission Ordinances, provided it is not otherwise prohibited by law or local ordinance shall be lawful if performed under, by virtue of and strictly within the provisions of a permit so to do, and to the extent authorized thereby, and (6)  These ordinances are in addition to and supplement the State Vehicle and Traffic Laws which are in force in all parks and which are incorporated herein and made a part thereof.

Section 2.  Territorial Scope.  All Taconic State Park Commission Ordinances shall be effective within and upon all State Parks and Parkways which may be under the jurisdiction of the Commission in the Counties of Putnam, Dutchess, Columbia and Rensselaer, and shall regulate the use thereof by all persons.

Ordinance Number Three - Permits.

Section 1.  Permits.  A permit to do any act shall authorize the same only insofar as it may be performed in strict accordance with the terms and conditions thereof.

Any violation by its holder or his agents or employees of any term or condition thereof shall constitute grounds for its revocation by the Commission, or by its authorized representative, whose action therein shall be final.  In case of revocation of any permit all moneys paid for or on account thereof shall, at the option of the Commission, be forfeited to and be retained by it; and the holder of such permit, together with his agents and employees who violated such terms and conditions, shall be jointly and severally liable to the Commission for all damages and loss suffered by it in excess of money so forfeited and retained; but neither such forfeiture and retention by the Commission of the whole or any part of such moneys nor the recovery or collection thereby of such damages, or both, shall in any manner relieve such person or persons from liability to punishment for any violation of any provision of any Taconic State Park Commission Ordinance.

Ordinance Number Four - Prohibited Uses.

Section 1.  Boating.  Boating of any kind in a bathing area is forbidden except such boating as is necessary to keep such areas properly protected and policed.  The use of privately owned boats or canoes on any park waters is prohibited except under permit.


Digitized by Google                    529                    Original from
                                                            UNIVERSITY OF MICHIGAN

Section 2.    Protection of Bathing Area.  No person shall break, throw, cast, lay or deposit any glass, crockery, or any part thereof or any metallic substance in any park, except in receptacles provided for the purpose or as directed by Park employees.

Section 3.    Firearms.  No person except employees or officers of the Commission shall carry firearms of any description within the park.

Section 4.    Explosives.  No person shall bring into or have in any park any explosive or explosive substance.

Section 5.    Fires, Lighted Cigars, etc.  No person shall kindle, build, maintain or use a fire other than in places provided or designated for such purpose except by special permit.  Any fire shall be continuously under the care and direction of a competent person over sixteen years of age from the time it is kindled until it is extinguished.  No person shall throw away or discard any lighted match, cigar, cigarette, or other burning object within, on or against any structure, boat, vehicle, or enclosure, or under any tree or in underbrush or grass.

Section 6.    Alms and Contributions.  No person shall solicit alms or contributions for any purpose.

Section 7.    Commercial Enterprises.  No person shall without a permit, do any of the following:  Sell or offer for sale, hire, lease or let out, any object or merchandise, or any other thing, whether corporeal or incorporeal.  No person to whom property of the park has been entrusted in personal ... shall hire, lease or let out the same to any other person.

Section 8.    Advertising.  No sign or notice shall be erected or posted at any place in the park without permission in writing from the Commission; nor shall any musical instrument, radio, talking machine or drum be operated or any noise be made for the purpose of attracting attention to any exhibition of any kind nor in such a manner as to become a nuisance.

Section 9.    Gambling.  Gambling, games of chance and fortune telling within the park are prohibited; and no person shall participate in the conduct of a lottery, or use or operate any slot machine, or bring in to any park or have in his possession while there any implement or device commonly used or intended to be used, for gambling purposes.

Section 10.   Aviation.  No person shall voluntarily bring, land or cause to descend or alight within or upon any park, any aeroplane, flying machine, balloon, parachute or other apparatus for aviation, except under permit.  Voluntarily in this connection will mean anything other than a forced landing.

Section 11.   Meetings and Exhibitions.  No person shall erect any structure, stand or platform, hold any meeting or exhibition, perform any ceremony, make any speech, or address, except by permit.

 

Section 12.    Disorderly Conduct Prohibited.  No person shall disobey an order
of a Park Patrolman or use threatening, abusive or insulting lan-
guage; do any obscene or indecent act; throw stones or other
missiles; annoy persons, interfere with, encumber, obstruct or
render dangerous any drive, path, walk, dock, beach, or public
place; do any act tending to or amounting to a breach of the
peace; climb upon any structure, enter or leave except at estab-
lished entrance ways or exits, engage in, instigate, aid or en-
courage a contention or fight, whether or not a ring or prize
fight, assault any person; spit upon any walk or structure.

Section 13.    No person except employees or officers of the Commission shall be
allowed within the park between the hours of 10:00 P.M. and 6:00
A.M. except under permit.

Section 14.    Minors.  No parent, guardian or custodian of any minor shall per-
mit or allow him to do any act prohibited by any Taconic State Park
Commission Ordinance.

Ordinance Number Five - Regulated Uses.

Section 1.    Hunting and Fishing.  (a)  No person within the confines of the
park shall hunt, pursue, trap or in any way molest any wild birds
or animals nor shall any person have any such wild birds or ani-
mals in his possession within the park.  (b)  No persons shall
fish in any waters of any park except at such times and such
places where fishing shall be permitted.

Section 2.    Bathing.  No person shall bathe, wade, or swim in any waters un-
der the jurisdiction of the Commission, except at such times and
in such places as the Commission may designate as bathing areas,
and unless so covered with a bathing suit as to prevent any inde-
cent exposure of the person, nor shall any person dress or un-
dress in any place therein, except in such bathing house as may
be maintained by the Commission.  The undressing and removal from
the person of street clothes other than coats, jackets, sweaters,
shoes and stockings, even though such garments are covering a
bathing suit is prohibited.

Section 3.    Games.  No person shall throw, cast, catch, kick or strike any
baseball, golf ball, football, basketball, bean bag or other ob-
ject except in places designated therefor.

Section 4.    Camping.  No camp shall be maintained in any park except under per-
mit, and at such particular places and for such specified periods
as may be designated.

Section 5.    Coasting and Skating.  No person shall coast with handsleds, bobs,
carts or other vehicles on wheels or runners, except at such
places as may be designated therefor.  No person shall use roller
skates, except at such times and upon such places as may be desig-
nated therefor, or skate, sled, walk or go upon any ice, except at

 Digitized by Google

 Original from
UNIVERSITY OF MICHIGAN

TAB 124

Forestry

# DIGEST OF LAWS

### RELATING TO

## STATE PARKS

### VOLUME II

## MISSOURI - NORTH CAROLINA



## UNITED STATES DEPARTMENT OF THE INTERIOR

### NATIONAL PARK SERVICE

### 1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

NEW YORK

I.   STATE PARKS, PARKWAYS, RESERVATIONS, FOREST PRESERVES.

Jurisdiction.

State parks, parkways, reservations and forest preserves are under the jurisdiction of the Department of Conservation (as amended L. 1928).

Commissioner; appointed; term.

A Conservation Commissioner is appointed by the Governor, by and with the advice and consent of the Senate, as the administrative head of the Department, and receives a salary fixed by law.  The Commissioner holds office until the end of the term of the Governor by whom appointed, and until his successor is appointed and has qualified.

Deputy Commissioner; Secretary.

A Deputy Commissioner is appointed by the Commissioner, also a Secretary of the Department.  The Commissioner may also appoint, within appropriations provided by the Legislature, such other officers and employees as may be needed for the work of the Department, and prescribe their duties.

Divisions.
Directors.

Statutory Divisions within the Department are as follows, each under the immediate direction and control of a Director appointed by the Commissioner:

Division of Parks
   "      " Lands and Forest
   "      " Fish and Game
   "      " Water Power and Control

Director of Parks; powers and duties.

The Director of State Parks, subject to direction and control of the Conservation Commissioner, exercises and performs such functions, powers and duties of the Department and of the Commissioner as the Commissioner may assign to him relative to the parks and parkways, lands, grounds, reservations, structures and buildings of scenic, historic and scientific interest and relative to enforcement of the rules of the Commissioner.

Visitation and inspection.

The Commissioner, and such subordinates and employees as he may designate, have the power of visitation and inspection; and, notwithstanding the provisions of any other law, may adopt general or special rules for supervision and regulating the management, maintenance, improvement and development by the Commission, Commissioners, Society, Board, Trustees, Corporation, Association, or authority having charge thereof pursuant to law, of the parks and parkways, and the sites, grounds, reservations, structures and buildings of scenic, historic and scientific interest under the jurisdiction of the Department.

Digitized by Google

145

Original from
UNIVERSITY OF MICHIGAN

Cooperation with New Jersey.

In laying out and maintaining the park, regard is to be given to the laying out and maintenance of such park as may be established by the State of New Jersey along the palisades and Hudson River, and so far as may be, lay out and maintain the park in such manner that a continuous park will be formed.

Note:  The provisions of the Constitution (Art. 7, Sec. 7) that forest preserves are to be forever kept as wild forest lands only applies to land of the State now owned or hereafter acquired, and does not prevent the Commissioners of the Palisades Park from acquiring lands which a public service corporation has previously sought to condemn (1917) 164 N.Y.S. 430.

## XX.  RULES AND REGULATIONS – COMMISSIONERS OF THE PALISADES INTERSTATE PARK.

### 1.  TERMS.

The term "Park" as used hereinafter means the New York Section of the Palisades Interstate Park.  The term "Commissioners" means the Commissioners of the Palisades Interstate Park in the State of New York.  The term "person" includes persons and corporations.

### 2.  PRESERVATION OF THE PROPERTY AND NATURAL FEATURES OF THE PARK.

No person shall injure, deface, disturb or befoul any part of the Park nor any building, sign, equipment or other property found therein; nor shall any tree, flower, shrub, rock or other mineral be removed, injured or destroyed.

### 3.  GARBAGE, SEWERAGE, REFUSE AND OBNOXIOUS MATERIAL.

No person shall deposit in any part of the Park any garbage, sewerage, refuse, waste or other obnoxious material, otherwise than in receptacles or pits provided for such purpose.

### 4.  TRAFFIC.

No person shall drive or propel, or cause to be driven or propelled, along or over any road within the Park any vehicle at a greater rate of speed than thirty five (35) miles per hour, nor around curves or between points so marked at a greater rate of speed than twenty (20) miles per hour.

No person shall move out of his place in any line of traffic at any time established by the Commissioners or by their authority on any of the Park roads.

No person shall park, or store any motor car, motorcycle, bicycle, wagon or other vehicle within the Park except in places designated for such purpose.

No vehicle shall be parked or operated in the Park after dark without lights.

No vehicle shall be parked in the Park after midnight except in places designated for such purpose.




5. CAMPING.

No camps shall be maintained for any period except at such places as may from time to time be designated for camping.

No person shall camp at any place in the Park without first obtaining a permit for such purpose.

6. FIRES.

No fires shall be lighted at any time in any part of the Park except in places designated for such purpose.

No person shall leave a fire until same has been completely extinguished.

7. COMMERCIAL ENTERPRISES.

No person shall, without a permit from the Commissioners, sell or offer for sale within the Park any property or privilege whatsoever, nor shall any person to whom property of the Park has been entrusted for personal use, hire, lease or let out the same to any other person.

No person shall take photographs or moving pictures within the Park for the purpose of selling the negatives thereof or prints therefrom without having first received a permit from the Commissioners.

No person shall operate a bus, taxicab or other vehicle for the transportation of passengers or property for hire within the Park without having first received a permit from the Commissioners. No permit, however, shall be required for the operation of such vehicles from or to points outside the Park through the Park on State, County,State and County, or Town Highways, provided that no stops are made in the Park for the reception or discharge of passengers or property.

No commercial vehicle shall be allowed in the park except as specified above.

No person operating a boat for hire shall without a permit land or receive passengers at any of the docks owned or controlled by the Commissioners.

8. FIREARMS.

No person, except employees or officers of the Commissioners, shall carry firearms of any description within the park. No unauthorized person shall carry any airgun, sling shot, bow and arrow, or any other device whereby a missile may be thrown.

9. HUNTING, FISHING AND MOLESTING WILD LIFE.

No person within the confines of the Park, unless ordered by the Commissioners shall hunt, pursue with dogs, trap or in any other way molest any of the wild birds and beasts found within the confines of the Park.

No person shall fish in Queensboro Brook from the headwaters thereof to its inlet into Lake Nawauhunta.

 

No person shall fish in Summit Lake, Barnes Lake, Upper and Lower Cohasset Lakes, Upper and Lower Twin Lakes, or in Te Alta Lake between June 15th and September 5th of each year, excepting campers on these lakes and on special permit. On all other lakes devoted to camping, fishing shall cease not later than 8 P.M. daily from July 1st to Labor Day, inclusive. Bathing, picnicking, camping and fishing on Tiorati Brook within the limits of the Park below the Tiorati Lake Dam are hereby prohibited.

FISHING OR CRABBING off any docks the property of the Park along the Hudson River is hereby prohibited except at points designated for that purpose.

10. GAMBLING.

Gambling in the Park is prohibited, and no person shall bring into the Park or have in his possession while there any implement or device commonly used or intended to be used for gambling purposes.

11. SIGNS.

No sign or notice shall be erected or posted at any place in the Park without permission in writing from the Commissioners.

12. GRAZING.

The running at large, herding, grazing or driving of live stock of any kind in or through the Park without a permit is prohibited.

13. DOGS AND CATS.

No person shall bring into, have or keep in the Park any cat or other animal destructive of bird life, nor shall any person bring into, have or keep in the Park any dog unless the same is in leash or a permit for the bringing in and keeping of such dog within the Park has been obtained from the Commissioners.

14. CONDUCT.

The use of loud, boisterous or indecent language, and the interference with any officer of the Park in the performance of his duty is prohibited.

No person within the confines of the park shall be indecently dressed or exposed.

No person shall conduct himself in such a manner as to endanger the life, limb or property of other visitors to the Park.

15. DRUGS.

The possession within the Park of any narcotic drug or intoxicating liquor other than liquor on sale under State license, is hereby prohibited.

16. BATHING.

Bathing, diving or swimming in or off any property of the Park, except at points designated for that purpose, is prohibited.

 Digitized by Google    329    Original from UNIVERSITY OF MICHIGAN 

No person shall change his or her clothing except in the bathhouses provided for this purpose.

17. BOATS.

The propelling, landing or storing of any canoe, boat or any other vessel in or near any waters within or off the Park property is prohibited, except at points designated for that purpose.

No boats or canoes shall be left over night on any lake in the Park, except that organizations occupying camps under regular camp contracts or individuals camping under regular permits may, after securing special boat permits, keep boats or canoes owned solely by the organization or camper on the lakes during the camping season for the exclusive use of said organization and their guests.

No boats propelled by internal combustion engines are permitted upon the lakes of the Park except by special permission.

XXI.  WESTCHESTER COUNTY PARK COMMISSION AS AGENT FOR THE STATE - REGION 9.

| | |
|---|---|
| Powers and duties. | As Agent for the State, the functions, powers and duties of the above Commission are as follows (as amended 1932): |
| Establish parks, etc.  Acquire lands. | Lay out, establish, acquire, control, operate, maintain and manage State reservations, parks and parkways in the County of Westchester (which comprises the ninth park region), and to acquire lands for such purposes when moneys have been appropriated therefor.  Such lands, when acquired, to become the property of the State.  The Commission to have the same duties and powers relating to State lands, reservations, parks, parkways, structures and buildings that they have by statute relative to county parks, lands, structures and buildings; |
| Construct buildings. | Construct, reconstruct, complete, alter or repair buildings, structures and other improvements and appurtenances, or demolish or remove the same; |
| Provide and operate facilities. | Provide and operate facilities for the use and enjoyment of the reservations, parks and parkways by the public, and for increasing their accessibility to the public as it may determine to be necessary or expedient; |
| Rules and regulations. | Adopt and enforce ordinances, rules and regulations governing the use of the areas, and traffic in and through the same; and to provide that the violation of any one or more of such constitutes the crime of a misdemeanor; |
| Sell materials. | Sell and cause to be removed any materials, timber, houses, structures and profits a prendre which it determines to be not necessary or desirable for the uses and purposes of such reservations, parks or parkways; |

 Digitized by Google    530    Original from UNIVERSITY OF MICHIGAN

TAB 125

Forestry

# DIGEST OF LAWS

### RELATING TO

## STATE PARKS

### VOLUME II

## MISSOURI - NORTH CAROLINA

Feb 18 1936



## UNITED STATES DEPARTMENT OF THE INTERIOR

### NATIONAL PARK SERVICE

### 1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

## NEW YORK

I. STATE PARKS, PARKWAYS, RESERVATIONS, FOREST PRESERVES.

**Jurisdiction.**
State parks, parkways, reservations and forest preserves are under the jurisdiction of the Department of Conservation (as amended L. 1928).

**Commissioner; appointed; term.**
A Conservation Commissioner is appointed by the Governor, by and with the advice and consent of the Senate, as the administrative head of the Department, and receives a salary fixed by law. The Commissioner holds office until the end of the term of the Governor by whom appointed, and until his successor is appointed and has qualified.

**Deputy Commissioner; Secretary.**
A Deputy Commissioner is appointed by the Commissioner, also a Secretary of the Department. The Commissioner may also appoint, within appropriations provided by the Legislature, such other officers and employees as may be needed for the work of the Department, and prescribe their duties.

**Divisions. Directors.**
Statutory Divisions within the Department are as follows, each under the immediate direction and control of a Director appointed by the Commissioner:

Division of Parks
"    " Lands and Forest
"    " Fish and Game
"    " Water Power and Control

**Director of Parks; powers and duties.**
The Director of State Parks, subject to direction and control of the Conservation Commissioner, exercises and performs such functions, powers and duties of the Department and of the Commissioner as the Commissioner may assign to him relative to the parks and parkways, lands, grounds, reservations, structures and buildings of scenic, historic and scientific interest and relative to enforcement of the rules of the Commissioner.

**Visitation and inspection.**
The Commissioner, and such subordinates and employees as he may designate, **have** the power of visitation and inspection; and, notwithstanding the provisions of any other law, may adopt general or special rules for supervision and regulating the management, maintenance, improvement and development by the Commission, Commissioners, Society, Board, Trustees, Corporation, Association, or authority having charge thereof pursuant to law, of the parks and parkways, and the sites, grounds, reservations, structures and buildings of scenic, historic and scientific interest under the jurisdiction of the Department.

Digitized by Google                145                Original from UNIVERSITY OF MICHIGAN

Improve municipal
lands.

With the consent of the local authorities having juris-
diction thereof, may improve, maintain and use the lands
of any municipality adjoining any reservations, parks or
parkways acquired;

Impound animals.

Seize and impound cattle or other animals roaming in, on or
through any reservations, parks or parkways.

Use of funds ap-
propriated.

Moneys appropriated for the carrying out of the provisions
of the law may be used for the purpose of paying salaries,
wages and all other necessary expenses incidental thereto.

XXII.  RULES AND REGULATIONS - WESTCHESTER COUNTY PARK SYSTEM

## ARTICLE I

### Definitions and Construction

Section 1.  Definitions:  Unless otherwise expressly stated whenever used in
any park or parkway ordinance rule or regulation, the following terms shall
respectively be deemed to mean:

(1)  Beach.  The shore and the lands contiguous thereto of any lake, pond,
river, stream or other body of water within, abutting upon or adjacent to any
park.

(2)  Bronx Parkway Extension.  Same as State Parkway.

(3)  "City," "Town" or "Village".  Any City, Town or Village wholly or partly
within any portion of any park.

(4)  Commission.  The Westchester County Park Commission created by authority
of Chapter 292 of the Laws of 1922 and the acts amendatory thereof and supple-
mental thereto, acting under authority vested in it under the provisions of
Chapter 559 of the Laws of 1932.

(5)  Crossing.  Any crossing, whether marked by a pavement or otherwise, the
extension or prolongation of any walk, path, footpath or sidewalk space across
any intersecting drive, street, highway, or bridle path.

(6)  Curb.  Any boundary of any drive or bridle path, whether or not marked
by a curbstone.

(7)  Chauffeur.  Shall mean any person who is employed for the principal pur-
pose of driving a motor vehicle or who drives a motor vehicle while in use as
a public or common carrier of persons or property.

(8)  Driver.  Any person who propels, operates, or is in charge of a vehicle.

(9)  Drive.  Any road, street, avenue, drive, access, parkway, roadway or boule-
vard maintained by the Commission or otherwise, for vehicular use, including
the parts thereof under or over any bridge.

(10)  Drive Intersection.  Any area bounded by the side lines, real or projected,
of one or more drives or streets, which meet or cross other drives or streets.

(11)  Omnibus.  Shall include any motor vehicle held and used for transporta-
tion of passengers for hire.

Digitized by Google    Original from UNIVERSITY OF MICHIGAN

(12) <u>Officer in Charge</u>. Any member of the State Police or any Peace Officer acting as such under the supervision and direction of the State Police.

(13) <u>One Way Drive</u>. Any drive whereon traffic is restricted to one direction.

(14) <u>Operator</u>. Shall mean any person other than chauffeur who operates or drives a motor vehicle or motorcycle on any parkway, drive or roadway.

(15) <u>Ordinance</u>. Any ordinance duly adopted and published as provided by Section 766 of Article 16, Subdivision 4 of Chapter 647 of the Laws of 1911, being Chapter 65 of the Consolidated Laws as amended by Chapter 559 of the Laws of 1932.

(16) <u>Owner</u>. Any person, firm, association, co-partnership or corporation owning, operating or having the exclusive use of a vehicle, under a lease or otherwise, for a period greater than thirty days.

(17) <u>Park</u>. The term "Park" or "Parks" unless specifically limited shall be deemed to include all public parks, parkways, reservations, beaches, open spaces, bodies of water, and boulevards, buildings, structures and concessions, owned or controlled by the State of New York in the County of Westchester, under the jurisdiction and control of the Westchester County Park Commission and also entrance and approaches thereto, and streets, roads, docks and bridges between, to, in, through or connecting such park or parks or parts thereof and such other rights and appurtenances as the Westchester County Park Commission shall utilize for the purposes as set forth in Chapter 693 of the Laws of 1923, Chapter 603 of the Laws of 1924, Chapter 16 of the Laws of 1926, Chapter 559 of the Laws of 1932, and the acts amendatory thereof and supplemental thereto, whether the same be now or hereafter owned or acquired, in fee or otherwise, or maintained or controlled by the State of New York.

(18) <u>Parking Place</u>. Any part of any drive or space in any park or reservation designated as a place for the standing of vehicles.

(19) <u>Park Waters</u>. The water of any lake, pond, river, stream or other body of water wholly or in part, in, upon, along or in front of any park or reservation.

(20) <u>Path</u>. (a) "Bridle Path." Any path in any park or reservation maintained for persons riding on horseback and so marked. (b) "Foot Path." Any path in any park or reservation maintained for pedestrians.

(21) <u>Pedestrian</u>. Shall include all persons making use of any drive or path for foot passage. (a) Equestrians shall include all persons making use of any drive, path or bridle path or any park area for passage on horse back.

(22) <u>Permit</u>. Any written authorization for the exercise of a specified park or reservation privilege issued by or under the authority of the Westchester County Park Commission permitting the performance of a specified act or acts.

(23) <u>Person</u>. Any natural person, corporation, company, association, firm or co-partnership.

(24) <u>Reservation</u>. Any lands or premises owned or controlled by the State of New York in the County of Westchester under the jurisdiction and control of the Westchester County Park Commission as agent for the State.

 Digitized by Google

 Original from UNIVERSITY OF MICHIGAN

(25) <u>Rule or Regulation.</u> Any rule or regulation duly adopted and published as provided by Section 766 of Article 16, Subdivision 4 of Chapter 647 of the Laws of 1911 as amended by Chapter 559 of the Laws of 1932.

(26) <u>Safety Zone.</u> Any space (within any drive) established for pedestrians.

(27) <u>State Police.</u> Members of the State Police force created and existing under the provisions of Article 9-A of the Executive Law.

(28) <u>State Parkway.</u> The term "State Parkway" unless specifically limited shall be deemed to include all public parks, parkways, reservations, beaches, bodies of water, boulevards, buildings, structures and concessions owned or controlled by the State of New York, under the jurisdiction and control of the Westchester County Park Commission, and also entrances and approaches thereto and streets, roads, docks and bridges between, to, in, through or connecting such park or parks or parts thereof and such other rights and appurtenances as the Westchester County Park Commission shall utilize for the purposes as set forth in Chapter 693 of the Laws of 1923, Chapter 603 of the Laws of 1924, Chapter 16 of the Laws of 1926, Chapter 559 of the Laws of 1932, and the acts amendatory thereof and supplemental thereto, whether the same be now or hereafter owned or acquired, in fee or otherwise or maintained or controlled by the State of New York.

(29) <u>Vehicle.</u> Any conveyance (except a baby carriage) including a motor vehicle, also a bicycle, tricycle, pushcart or vehicle propelled by muscular power or otherwise, also any horse.

(30) <u>Westchester County Park Commission.</u> The Commission created and existing under the provisions of Chapter 292 of the Laws of 1922 and the acts amendatory thereof and supplemental thereto, acting as agent of the State of New York under and pursuant to the provisions of Chapter 559 of the Laws of 1932.

(31) <u>Construction.</u> In the interpretation of these ordinances, rules and regulations, their provisions shall be construed as follows:

    1. Any term in the singular shall include the plural.
    2. Any term in the masculine shall include the feminine and neuter.
    3. Any requirement or prohibition of any act, shall respectively extend to and include the causing or procuring, directly or indirectly, of such act.
    4. No provision hereof shall make unlawful any act necessarily performed by any officer or employee of the Westchester County Park Commission in line of duty or work as such, or by any person, his agents or employees, in the proper and necessary execution of the terms of any agreement with said Commission, and
    5. Any act prohibited by these ordinances, provided such act be not otherwise prohibited by law or local ordinances shall be lawful, if performed under, by virtue of, and strictly within the provisions of a permit so to do, and to the extent authorized thereby.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

## ARTICLE II

### General Provisions

Section 1. <u>Advertising Prohibited.</u> No person shall post, paint, affix, distribute, deliver, place, cast or leave about, any bill, placard, ticket, hand bill, circular, or advertisement; display any flag, banner, transparency, target, sign, placard, or any other matter for advertising purposes; or operate any musical instrument or drum for any purpose whatsoever in any park, or reservation, except under a permit.

Section 2. <u>Air Rifles and Spring Guns.</u> No person shall have or carry while in any park whether concealed or not concealed on his person, any pistol, air rifle, spring gun or other instrument or weapon in which the propelling force is air or a spring or other than an explosive except under a permit.

Section 3. <u>Animals and Fish.</u> No person shall molest, kill, wound, trap, hunt, take, chase, shoot or throw missiles at, remove, or have in his possession, any animal, mammal, reptile, bird, bird's nest or squirrel nest or remove the young of any such animal or the eggs or young of any fish, mammal, or bird, or knowingly buy, receive, have in his possession, sell or give away any such animal, mammal, bird or eggs so killed or taken, or shoot, discharge or throw missiles at any fish in any park waters, or place therein any piscivorous fish, poison or other substance injurious to fish. Nothing in this section contained, however, shall prohibit fishing in any park, reservation or park waters, except where signs are posted prohibiting the same, by persons duly licensed therefor during the open season as provided in the Conservation Law of the State of New York, and the acts amendatory thereof and supplemental thereto.

Section 4. <u>Animals at Large.</u> No unmuzzled dog shall be permitted in any park between the first days of June and November in any year. No person shall cause or permit any animal owned by him or in his custody or under his control, except a dog when restrained by a leash not exceeding six feet in length, to roam, go or be at large in, on or through any park, and any such animal so found at large may be seized and impounded or disposed of as provided by law or ordinance governing the disposal of stray animals on highways or other public places then in effect at the place where such stray animals may be seized.

Section 5. <u>Aviation.</u> No person shall bring, land or cause to descend or alight, within or upon any park or the waters therein, any aeroplane, flying machine, balloon, parachute or other apparatus for aviation.

Section 6. <u>Basket Parties, Picnics and Eating on Beaches.</u> No person shall hold a basket party or picnic or consume any foodstuffs in any park or on any beach except at those places specifically designated therefor.

Section 7. <u>Board Walk and Park Walk.</u> No vehicles, except baby carriages and wheel chairs shall be allowed or permitted on any boardwalk or park walk or path.

Section 8. <u>Coasting.</u> No person shall coast with hand sleds, bobs, carts or other vehicles, on wheels or runners, in any park except at such places as may be designated therefor.

 Digitized by Google

535

 Original from UNIVERSITY OF MICHIGAN

Section 9. <u>Drains and Sewers</u>. No person shall discharge directly or indirect-
ly into any opening or into any gutter leading into any sewer, receiving basin,
or drain, in or leading into any park, any sewage, oil, gas or vapor, or any
substance which may form a deposit tending to choke the same, or any volatile
inflammable liquid, (such liquid being liquid which will emit an inflammable
vapor at a temperature below 160 degrees Fahrenheit) or any steam or hot water
above 100 degrees Fahrenheit.

Section 10. <u>Destruction and Injury of Park Property</u>. No person shall remove,
cut, break, injure, deface or tamper with any tree, shrub or other plant, wild
or cultivated, grass, post, railing, chain, guard, lamp, lamp post, seat, table,
fire place, tree guard, building, hydrant, fountain, basin, water pipe, sewer,
drain, structure, drive, walk, lawn or other property in or upon any park or
park street or injure, remove, deface or destroy any sign, inscription, post or
safety device in any park.

Section 11. <u>Dogs and Other Animals</u>. Notwithstanding the provisions of Article
11, Section 4 of these ordinances, no dog or other animal shall be permitted on
any boardwalk, beach, pool area, or in, around, or upon any amusement device,
buildings or concessions.

Section 12. <u>Explosives and Fireworks</u>. No person shall bring into or have in
any park any fireworks or explosives including any substance, compound, mix-
ture or article having properties of such a character that alone, or in combina-
tion or contiguity with other substances or compounds, may decompose suddenly
and generate sufficient heat, gas or pressure, or any or all of them to produce
rapid flaming or combustion, or administer a destructive blow to surrounding
objects.

Section 13. <u>Fires, Lighted Cigars, etc</u>. No person shall kindle, build, main-
tain or use a fire, except under a permit, or in fireplaces provided by the
Westchester County Park Commission therefor, and so designated by signs. Any
fire shall be continuously under the care and direction of a competent person
from the time it is kindled until it is extinguished, and no fire shall be
built within ten feet of any shrub or building or beneath the branches of any
shrub or in any underbrush. No person shall deposit, throw away or discard any
inflammable material, lighted match, cigar or cigarette within, on or against
any building, structure, boat, car, vehicle or enclosure, or under any trees,
shrubs or in any underbrush or other park surface unless it be to deposit the
same in a suitable container provided for the reception thereof.

Section 14. <u>Games</u>. No person shall throw, cast, catch, kick or strike any
ball of any kind or other object except in places designated therefor.

Section 15. <u>Guns, Rifles and Revolvers and Amunition Therefor</u>. No person shall
have or carry while in any park whether concealed or not concealed on his person,
any pistol, gun, rifle, revolver or other firearms of any class or kind, or any
amunition therefor, except when so authorized by law.

Section 16. Repealed.

 Digitized by Google

536

 Original from
UNIVERSITY OF MICHIGAN

Section 17.  <u>Hunting and Fishing.</u>  No person shall hunt in any park, reservation or park waters without having first received a permit therefor; nor shall any person fish in any park, reservation or park waters where signs are posted therein which prohibit fishing.

Section 18.  <u>Injury to Property.</u>  No person shall injure, deface, displace, remove, fill in, raise, destroy or tamper with any drive, path, walk, bridge or approach thereto, take up, remove or carry away any asphalt, flagstone, rock, stone, gravel, sand, clay or earth; or make any excavation of any kind, name or nature; or harvest, cut, injure, or remove any ice, or injure, deface, displace, remove or destroy any structure, building, post, traffic sign or signal, railing, bench, seat, platform, stand, tree guard, electric, telephone or telegraph wire, pipe or main for conducting electricity, gas water or wires, or any hydrant, sewer, drain, pipe, main, receiving basin, covering, manhole or vent forming a part thereof, or any appurtenances or appendage connected therewith, or any other property or equipment, real or personal, owned by or under the jurisdiction or control of the Westchester County Park Commission, or appertaining to the creation, government, use or maintenance of any park; or injure, deface, displace, remove, or destroy any sign, inscription, post or monument, erected or marked for any purpose; or any mile-board, milestone, danger sign or signal, guide sign or post or any signal device sanctioned, installed or placed by the said Commission or by the State, County or any City, Town or Village within any park or reservation for the purpose of directing, restricting or regulating traffic, establishing zones or giving information or directions to the public; or interfere with any lamp, lamp post, gas or electric light apparatus or extinguish the light therein, except by proper authority.

Section 19.  <u>Intoxicants.</u>  No person shall sell or give away or display or drink or cause or permit or procure to be sold, given away, displayed or drunk any alcoholic or spirituous liquors or beverages in or upon any drive, path, walk, parkway building or place within any park, except only such alcoholic or spirituous liquors or beverages as may be specifically permitted by the Commission and only at the places specifically designated and approved by the Commission.

Section 20.  <u>Merchandise, Sale Prohibited.</u>  No person shall sell or offer for sale in any park any object or merchandise or any other thing, without having first received a permit therefor.

Section 21.  <u>Minors.</u>  No parent, guardian or custodian of any minor shall permit or allow such minor to do any act prohibited by these ordinances.

Section 22.  <u>Overhead Wires.</u>  No person shall attach or string any electric, telephone, telegraph, aerial, or other wire, guy, rope or other object or adjust or carry the same into or over any park, drive or park street or construct any conduit whatever for the running of wires beneath the ground.

Section 23.  <u>Pictures.</u>  No person shall take photographs or moving pictures within any park for the purpose of selling negatives thereof or prints therefrom or reproductions thereof or of exhibiting the same without first having received a permit therefor.

Section 24.  <u>Pollution of Park Waters.</u>  No person shall, within or without any park, throw, cast, lay, drop or discharge into, or leave in any park or park waters or any tributary, brook, stream, storm sewer, or drain flowing into the same, any substance, matter or thing, liquid or solid, which may or shall result in the pollution of the waters thereof.

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

25.  **Preservation of Trees, Shrubs and Grass.**  No person shall in any park destroy, cut, break, deface, mutilate, injure, disturb, sever from the ground or remove any plant, flower, flower bed, shrub, tree, growing thing, plant growth or any branch, stem or leaf thereof or pile or maintain any material or debris of any kind against or upon the same; or attach any rope, cable or other contrivance thereto; or set fire or assist another to set fire to any timber, trees, shrubs, plants, flowers, grass or plant growth; or hitch any horse or other animal or leave the same standing near enough to injure any lawn or grass plot; or go upon the same except where and at such times when permission to do so shall have been given by the Commission to the public.

Section 26.  **Rubbish and Refuse Matter.**  No person shall take into, carry through, leave in, or throw, cast, lay, drop or discharge into or on, or suffer or permit any servant, agent, employee, or person in his or her charge, to take into, carry through, leave in, or throw, cast, lay, drop or discharge into or on any park or in any park waters, any ashes, dross, cinders, shells, papers, dirt, sand, oil, grease, clay, loam, stone or building rubbish, hay, straw, grain, sawdust, shavings or manufacturing trade or household waste, old iron or other metal or objects made therefrom or rubbish of any sort; or sick, diseased or dead animals, organic refuse, or other offensive matter, including swill, brine, urine, fecal matter, garbage or rubbish.

Section 27.  **Sub-Surface Disturbance.**  No person shall open, expose or interfere with any conduit, water or gas pipe, hydrant, stopcock sewer, basin or other construction within or upon any park, or park street, nor make any connection therewith, except under the authority of a permit and upon the deposit of such sum of money as may be required by the Commission to insure the restoration of the soil, sod, plants, shrubs, trees, sidewalk, pavement, curb, gutter and flagging disturbed in making such opening or connection.

Section 28.  **Skating and Sledding.**  No person shall use roller skates, push-mobiles or any other similar device in any park except at such times and at such places as may be designated therefor, or skate, sled, walk or go on any ice in any park except at such times and at such places as may be designated therefor, and until such ice is declared by or under the authority of the said Commission to be in safe condition therefor, and so designated.

Section 29.  **Solicitation of Alms Prohibited.**  No person shall solicit alms or contributions in any park for any purpose.

Section 30.  **Uses of Park Property Prohibited.**  No person shall use in any manner whatsoever any park property or any part thereof, or any building thereon for any illegal, immoral or bawdy purposes, or for any purpose in violation of any Federal, State, or Municipal law, ordinance, rule, order or regulation, or of any ordinance, rule or regulation of the Westchester County Park Commission now in effect or hereafter enacted or adopted.

Section 31.  **Obedience to State Police Officers in Charge and Signs.**  No person shall fail, neglect or refuse, to comply with or obey the lawful direction or command of any member of the State Police and/or officer in charge or any instruction, direction, regulation, warning or prohibition written or printed, displayed or appearing in any park, enclosure, building or other structure, or in any part thereof.




# TAB 126

Forestry

# DIGEST OF LAWS

### RELATING TO

## STATE PARKS

#### VOLUME II

## MISSOURI - NORTH CAROLINA

Feb 18 1936



## UNITED STATES DEPARTMENT OF THE INTERIOR

#### NATIONAL PARK SERVICE

#### 1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

NEW YORK

I.  STATE PARKS, PARKWAYS, RESERVATIONS, FOREST PRESERVES.

| | |
|---|---|
| Jurisdiction. | State parks, parkways, reservations and forest preserves are under the jurisdiction of the Department of Conservation (as amended L. 1928). |
| Commissioner; appointed; term. | A Conservation Commissioner is appointed by the Governor, by and with the advice and consent of the Senate, as the administrative head of the Department, and receives a salary fixed by law.  The Commissioner holds office until the end of the term of the Governor by whom appointed, and until his successor is appointed and has qualified. |
| Deputy Commissioner; Secretary. | A Deputy Commissioner is appointed by the Commissioner, also a Secretary of the Department.  The Commissioner may also appoint, within appropriations provided by the Legislature, such other officers and employees as may be needed for the work of the Department, and prescribe their duties. |
| Divisions. Directors. | Statutory Divisions within the Department are as follows, each under the immediate direction and control of a Director appointed by the Commissioner: |

Division of Parks<br>
"     "   Lands and Forest<br>
"     "   Fish and Game<br>
"     "   Water Power and Control

| | |
|---|---|
| Director of Parks; powers and duties. | The Director of State Parks, subject to direction and control of the Conservation Commissioner, exercises and performs such functions, powers and duties of the Department and of the Commissioner as the Commissioner may assign to him relative to the parks and parkways, lands, grounds, reservations, structures and buildings of scenic, historic and scientific interest and relative to enforcement of the rules of the Commissioner. |
| Visitation and inspection. | The Commissioner, and such subordinates and employees as he may designate, have the power of visitation and inspection; and, notwithstanding the provisions of any other law, may adopt general or special rules for supervision and regulating the management, maintenance, improvement and development by the Commission, Commissioners, Society, Board, Trustees, Corporation, Association, or authority having charge thereof pursuant to law, of the parks and parkways, and the sites, grounds, reservations, structures and buildings of scenic, historic and scientific interest under the jurisdiction of the Department. |

Digitized by Google      Original from UNIVERSITY OF MICHIGAN

and restrictions as the Commission may deem proper; but
the Commission may grant to the county of Nassau or Suffolk,
or to any municipal corporation therein, a license or an
easement for any public purpose upon such terms and condi-
tions and under such regulations and restrictions as it may
deem just and proper; and in addition thereto, may grant
licenses or easement to individuals, co-partnerships and
corporations, including municipal corporations, to construct
sewers, lay water and gas mains and electric conduits within
and across such property, and for necessary entrances to
parkways from adjoining property in cases where rights of
way have been appropriated or condemned for parkway purposes
prior to March 1, 1931, and provided that damages will be
reduced by such grants;

Rules and regula-    Is authorized and empowered to make suitable rules and
tions.               regulations for the proper exercise of the powers and
duties conferred and imposed upon it; to adopt ordinances
for the government and use of the public reservations under
its care, and to enforce observance of all rules, regula-
tions and ordinances; and may from time to time change,
modify or add to its rules and regulations, or amend its
ordinances so as better to adapt them to the accommodation
and comfort of the public using the State parks and park-
ways, the direction of traffic, the convenient distribu-
tion of visitors to the various facilities provided, and
the meeting of emergencies arising in connection with the
usage and operation of the State parks and parkway system.

XXIV.  RULES AND REGULATIONS - LONG ISLAND STATE PARK COMMISSION

ORDINANCE NUMBER ONE

DEFINITIONS

Section 1.  Definition of terms.  Whenever used in any Long Island State Park
Ordinance, the following respective terms, unless otherwise therein expressly
defined shall mean and include each of the meanings herein respectively set
forth.

(a)  "Park" defined:  The term "park" or "parks", unless specifically limited,
shall be deemed to include all parks, parkways, spurs, open spaces and boule-
vards, and also entrances and approaches thereto, docks and piers, channels
and bridges in leading to or connecting such park or parks or parts thereof
and such other rights and appurtenances as the Long Island State Park Commis-
sion shall utilize whether the same be now or hereafter owned or acquired by
the State in fee or otherwise.

(b)  "Commission":  The Long Island State Park Commission, created by authority
of Chapter 112 of the Laws of 1924, and Chapter 242 of the Laws of 1926.

(c)  "Ordinance":  Any ordinance duly adopted, posted and published as a Long
Island State Park Ordinance.

552



Digitized by Google



Original from
UNIVERSITY OF MICHIGAN

(c) "Owner": Any person, firm, association, co-partnership or corporation owning, operating, or having the exclusive use of a vehicle, animal or other property under a lease or otherwise.

(e) "Long Island State Park Patrolman": Any person designated by the Commission as a Long Island State Park Patrolman and also State Police assigned to the Long Island State Parks.

(f) "Bridle Path": Any path maintained for persons riding on horseback.

(g) "Foot Path or Trail": Any path or trail maintained for pedestrians.

(h) "Permit": Any written License issued by or under the authority of the Commission, permitting the performance of a specified act or acts.

(i) "Person": Any nautral person, corporation, company, association, joint stock association, firm or co-partnership.

(j) "Bathing Area": Any beach or water area designated as a bathing area; and including the water area adjacent to and within 1000 feet of the bathing beaches on the Atlantic Ocean, the bays along the shores of Long Island, and Long Island Sound.

(k) "Safety Zone": Any space within any drive in a park or parkway established for pedestrians.

(l) "Unnecessary Stopping": Bringing a vehicle to a complete stop on the road in a park or on a parkway other than in a parking place, or other than in conformity with traffic regulations and other than because of a defect in said vehicle.

(m) "Channel": Any body of water or part thereof which has been improved by or is under the jurisdiction of the Long Island State Park Commission and is designated as such on the State Boat Channel System maps of the Commission.

ORDINANCE NUMBER TWO

Construction and Scope of Ordinances

Section 1. Construction. In the interpretation of Long Island State Park Ordinances, their provisions shall be construed as follows: (1) Any term in the singular shall include the plural; (2) Any term in the masculine shall include the feminine and neuter; (3) Any requirement or prohibition of any act shall, respectively extend to and include the causing or procuring, directly or indirectly of such act; (4) No provision hereof shall make unlawful any act necessarily performed by any officer or employee of the Commission in line of duty or work as such, or by any person, his agents or employees, in the proper and necessary execution of the terms of any agreement with the Commission; (5) Any act otherwise prohibited by Long Island State Park Ordinances, provided it is not otherwise prohibited by law or local ordinance, shall be lawful if performed under, by virtue of and strictly within the provisions of a permit so to do, and to the extent authorized thereby, and (6) These ordinances are in addition to and supplement the State Vehicle and Traffic Laws and the State Conservation Laws which are in force in all parks and which are incorporated herein and made a part hereof.

 Digitized by Google

 Original from UNIVERSITY OF MICHIGAN

Section 2.  Territorial Scope
All Long Island State Park Ordinances shall be effective within and upon all
State Parks and Parkways in the Counties of Nassau and Suffolk, and shall regu-
late the use thereof by all persons.

ORDINANCE NUMBER THREE

Permits
Section 1.  Permits.  A permit to do any act shall authorize the same only inso-
far as it may be performed in strict accordance with the terms and conditions
thereof.  Any violation by its holder or its agents or employees of any term
or condition thereof shall constitute grounds for revocation by the Commission.
or by its authorized representative, whose action therein shall be final.  In
case of revocation of any permit, all moneys paid for or on account thereof
shall, at the option of the Commission, be forfeited to and be retained by it;
and the holder of such permit, together with his agents and employees who vio-
lated such terms and conditions, shall be jointly and severally liable to the
Commission for all damages and loss suffered by it in excess of money so for-
feited and retained; but neither such forfeiture and retention by the Commis-
sion of the whole or any part of such moneys nor the recovery or collection
thereby of such damages or both, shall in any manner relieve such person or
persons from liability to punishment for any violation of any provision of any
Long Island State Park Ordinance.

ORDINANCE NUMBER FOUR

Prohibited Uses
Section 1.  Advertising Prohibited.  No person shall post, plant, affix, dis-
tribute, hand out, deliver, place, cast or leave about, any bill, billboard,
placard, ticket, handbill, circular or advertisement; display any flag, banner,
transparency, target, sign, placard, or any other matter for advertising pur-
poses; or operate any musical instrument or drum, or cause any noise to be made,
for advertising purposes, or for the purpose of attracting attention to any ex-
hibition, performance, show or other purpose.

Section 2.  Alms and Contributions
No person shall solicit alms or contributions for any purpose.

Section 3.  Animals
No person owning or being custodian or having control of any animal shall cause
or permit such animal to enter any park, and any such animal found at large may
be impounded except however, that dogs properly muzzled and restrained by a
leash not exceeding six feet in length, may be brought into park areas, except
buildings, camping and bathing areas and improved walks or boardwalks and ex-
cepting also horses may enter parks as hereinafter provided.  Any animals seized
as above provided or left in the custody of park employees in kennels provided
for such purposes and unclaimed within twenty-four (24) hours will be delivered
to a public pound.

Section 4.  No person shall without a permit, do any of the following things:
Sell or offer for sale, hire, lease or let out, any object or merchandise or
any other thing whether corporeal or incorporeal; while operating a boat for
hire, land or receive passengers at any dock or wharf under the jurisdiction
of the Commission; for advertising or publicity purposes, take moving pictures
or photographs within the limits of any park, or buy or sell or publish the
negatives thereof or the prints therefrom, or exhibit such negatives or prints




in public, or use pictures or photographs of any park, parkway or park structure.

Section 5.  Disorderly conduct prohibited.  Any person disobeying an order of a Long Island State Park Patrolman or the directions of any park sign, or using threatening, abusive or insulting language; doing any obscene or indecent act; throwing stones or other missiles; annoying persons; interfering with, encumbering, obstructing or rendering dangerous any drive, path, walk, dock, beach, or public place; doing any act tending to or amounting to a breach of the peace; climbing upon any wall, fence, shelter, seat, statue or other structure; entering or leaving any park area except at established entranceways or exists; introducing, carrying or firing any firecrackers, torpedoes, or fireworks; engaging in, instigating, aiding or encouraging a contention or fight, whether or not a ring or prize fight; assaulting any person; playing games of chance; participating in the conduct of a lottery or using or operating any slot machine, gaming table, or instrument, or bringing in to any park or having in his possession while there any implement or device commonly used, or intended to be used, for gambling purposes; selling fortunes or futures; spitting upon any walk, crossing, safety zone, structure, bridge, platform or stairway; casting, throwing or depositing on any walk, crossing, path, dock, safety zone, structure litter or other substance, shall be guilty of disorderly conduct.

Section 6.  Explosives.  No person shall bring into or have in said parks any explosive, including any substance, compound, mixture or article having properties of such a character that alone or in combination or contiguity with other substances or compounds, may decompose suddenly and generate sufficient heat, gas or pressure or any or all of them, to produce rapid flame, combustion, or administer a destructive blow to surrounding objects.

Section 7.  Firearms, Weapons and Tools.  No person shall have or carry, whether or not concealed upon his person, any pistol or revolver, or any instrument or weapon commonly known as a toy pistol, or in which or upon which loaded or blank cartridges may be used, or any loaded or blank cartridges, or ammunition therefor, except when so authorized by law.  No person shall bring into any park, or have in his possession therein, any rifle, shotgun, or fowling piece, or any air gun, spring gun, or other instrument or weapon in which the propelling force is a spring or air.

Section 8.  Fires, Lighted Cigars, etc.  No person shall kindle, build, maintain or use a fire except in fireplaces provided for the purpose or under special permit.  Any fire shall be continuously under the care and direction of a competent person over twenty-one years of age from the time it is kindled until it is extinguished, and no fire shall be built within ten feet of any tree, or building, or beneath the branches of any trees or in any underbrush.  No person shall throw away or discard any lighted match, cigar or cigarette within, on or against any building, structure, boat, car, vehicle or enclosure, or under any tree or in underbrush or grass, unless it be to deposit the same in a suitable container provided for the reception thereof.

Section 9.  No person shall, between one-half hour after sunset and one-half hour before sunrise, loiter, in a vehicle or otherwise, except under permit or at places designated therefor.


Digitized by Google


Original from
UNIVERSITY OF MICHIGAN

Section 10. Minors. Minors under six years of age shall at all times be under the supervision and control of a parent, guardian or custodian and no parent, guardian or custodian of any minor shall permit or allow him to do any act prohibited by any Long Island State Park Ordinance.

Section 11. Boating in Bathing Areas. Boating of any kind in a bathing area is forbidden except such boating as is necessary to keep such areas properly protected and policed.

Section 12. Aviation. No person shall voluntarily bring, land or cause to descent or alight within or upon any park, any aeroplane, flying machine, balloon, parachute or other apparatus for aviation. Voluntarily, in this connection will mean anything other than a forced landing. These regulations are in addition to the provisions of Article 14 of the General Business Law which are incorporated herein and made a part hereof.

## ORDINANCE NUMBER FIVE.

Regulated Uses

Section 1. Bathing. No person shall bathe, wade or swim in any waters under the jurisdiction of the Commission, except at such times and in such places as the Commission may designate as bathing areas, and no person shall bathe, wade or swim or appear in any park unless covered with a bathing suit having both shirt and trunks properly supported with straps or other devices which must be kept in place at all times. The use of trunks only is prohibited. No person shall dress or undress in any park, except in such bathing houses as may be maintained by the Commission.

Section 2. Fishing. Fishing is prohibited in any bathing area or from any bridge, pier, dock, bulkhead or other structure along the edge of or extending into or over any waters under the supervision of the Commission, except such areas as are plainly designated by signs as fishing areas. Fishing is prohibited in all streams, ponds or lakes under the supervision of the Commission except by special permit to be obtained at the headquarters of the Long Island State Park Commission, Belmont Lake State Park, Babylon, New York.

Section 3. Camping. No camp shall be maintained in any park except under permit and at such particular places and for such specified periods as may be designated.

Section 4. Picnics and Outings. The various Park Superintendents and their assistants will regulate the use of recreation facilities under the supervision of the Commission so as to prevent congestion and shall distribute patrons of the same over the park areas in order to insure the maximum use of park areas and in behalf of the comfort of said patrons. All patrons must, at all times, comply with the directions of said Superintendents or their assistants. All organized picnics or outings shall obtain special permits from the Park Commission previous to their arrival at the park.

Section 5. Coasting. No person shall coast with handsleds, bobs, carts or other vehicles on wheels or runners, except at such places as may be designated therefor.

 Digitized by Google

 Original from UNIVERSITY OF MICHIGAN

TAB 127

# DIGEST OF LAWS

### RELATING TO

## STATE PARKS

### VOLUME II

## MISSOURI - NORTH CAROLINA



## UNITED STATES DEPARTMENT OF THE INTERIOR

### NATIONAL PARK SERVICE

### 1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

NEW YORK

I.  STATE PARKS, PARKWAYS, RESERVATIONS, FOREST PRESERVES.

Jurisdiction.

State parks, parkways, reservations and forest preserves
are under the jurisdiction of the Department of Conserva-
tion (as amended L. 1926).

Commissioner; ap-
pointed; term.

A Conservation Commissioner is appointed by the Governor,
by and with the advice and consent of the Senate, as the
administrative head of the Department, and receives a
salary fixed by law.  The Commissioner holds office until
the end of the term of the Governor by whom appointed,
and until his successor is appointed and has qualified.

Deputy Commis-
sioner; Secretary.

A Deputy Commissioner is appointed by the Commissioner,
also a Secretary of the Department.  The Commissioner
may also appoint, within appropriations provided by the
Legislature, such other officers and employees as may be
needed for the work of the Department, and prescribe
their duties.

Divisions.
Directors.

Statutory Divisions within the Department are as follows,
each under the immediate direction and control of a Di-
rector appointed by the Commissioner:

> Division of Parks
> "      " Lands and Forest
> "      " Fish and Game
> "      " Water Power and Control

Director of Parks;
powers and duties.

The Director of State Parks, subject to direction and
control of the Conservation Commissioner, exercises and
performs such functions, powers and duties of the De-
parment and of the Commissioner as the Commissioner
may assign to him relative to the parks and parkways,
lands, grounds, reservations, structures and buildings
of scenic, historic and scientific interest and relative
to enforcement of the rules of the Commissioner.

Visitation and
inspection.

The Commissioner, and such subordinates and employees as
he may designate, have the power of visitation and inspec-
tion; and, notwithstanding the provisions of any other
law, may adopt general or special rules for supervision
and regulating the management, maintenance, improvement
and development by the Commission, Commissioners, So-
ciety, Board, Trustees, Corporation, Association, or
authority having charge thereof pursuant to law, of the
parks and parkways, and the sites, grounds, reservations,
structures and buildings of scenic, historic and scien-
tific interest under the jurisdiction of the Department.

Digitized by Google   145   Original from
UNIVERSITY OF MICHIGAN

ORDINANCE NUMBER TWELVE

Time when Ordinances Shall Take Effect: - All Long Island State Park Ordinances adopted the 16th day of January, 1932, and numbered from One to Four and Six to Twelve, inclusive, and Ordinance numbered Five, Sections Two to Eleven, inclusive, shall upon first being posted and published as required by law, be and become effective upon the 1st day of April 1932. Section One of Ordinance Number Five, amended the 29th day of June, 1933, shall upon first being posted and published as required by law, be and become effective upon the 1st day of August, 1933.

The amendment to Section 1 of Ordinance No. 2 and to section 3 of Ordinance No. 7 of the Long Island State Park Ordinances adopted this 16th day of November, 1935, and the amendment to Section 10 of Ordinance No. 4 adopted the 10th day of October, 1934, shall upon first being posted and published, as required by law, be and become effective upon the 15th day of January, 1936.

XIV.  THE THOUSAND ISLANDS STATE PARK COMMISSION - REGION 11.

| | |
|---|---|
| Members; appointment; terms; officers. | The Commission is composed of five persons appointed by the Governor, with the advice and consent of the Senate, for five year terms (rotated). All are required to reside in the region; receive no compensation, but are reimbursed actual and necessary expenses incurred in performing the duties of office. A Chairman, Vice-Chairman, and Treasurer are selected from its members; also selects a Secretary, who may be from its members; if a Commissioner is so selected he may also act as Treasurer (L. 1932). |
| Powers and duties. | Powers and duties of the Commission are as follows (L.1932): |
| Jurisdiction. | Have immediate control and management of any State park or reservation now established in the eleventh park region; |
| Acquire additional lands by purchase or condemnation. | Acquire lands for additional State parks and reservations when moneys have been appropriated therefor; such lands to be acquired by purchase, condemnation, or by entry and appropriation; |
| Rules and regulations. | Make and enforce rules and regulations necessary to effect the purposes thereof not inconsistent with law; |
| Employ personnel. | Employ such persons as may be provided for by appropriation to assist in the management and to care for the parks and reservations, and fix their compensation within the amounts appropriated therefor; |
| **Fix prices transportation, guide service.** | Fix the price to be charged by drivers of public conveyances for carrying persons for hire within the limits of such parks, and the price to be charged by guides for their services; |

268

 Digitized by Google

 Original from UNIVERSITY OF MICHIGAN

Conservation nover. — Provide for the protection and propagation of fish and game in the parks, and for the reforestation of the areas;

Gifts of property. — Real and personal property may be granted, conveyed, bequeathed or devised to and taken by the State for the purposes of such reservations and parks, or to increase the same, and on such trusts and conditions as may be prescribed by the grantors or devisors, provided the same be accepted by the Commission; all such property to be maintained and controlled by the Commission, and the net rents, issues, income and profits to be paid into the State Treasury;

Appropriations. — Moneys appropriated for the care and maintenance of such reservations and parks and for carrying out the provisions of law is to be paid out of the State Treasury to the Treasurer of the Commission.

Purposes of parks. — Such parks and reservations are to be forever reserved and maintained by the State for the use and enjoyment of the public; it being the duty of the Commission to preserve the same in their natural condition so far as may be consistent with their use and safety, and to improve them in such manner as not to lessen their natural scenic beauty.

XXVI.  RULES AND REGULATIONS - THOUSAND ISLAND STATE PARK COMMISSION.

UNDER THE AUTHORITY GRANTED BY THE CONSERVATION LAW AND OTHER LAWS OF THE STATE OF NEW YORK TO MAKE AND ENFORCE RULES AND REGULATIONS IN CONNECTION WITH THE MANAGEMENT OF THE THOUSAND ISLANDS STATE PARKS, THE THOUSAND ISLANDS STATE PARK COMMISSION HEREBY GIVES NOTICE THAT THE FOLLOWING RULES AND REGULATIONS HAVE BEEN ENACTED AND ARE NOW IN EFFECT.  THESE RULES AND REGULATIONS SHALL APPLY TO ALL PARKS, PARKWAYS, LANDS AND WATERS UNDER THE JURISDICTION OF THIS COMMISSION, AND ARE IN ADDITION AND SUPPLEMENTARY TO ALL EXISTING STATE AND LOCAL LAWS.  ANY ACT PROHIBITED BY THESE RULES AND REGULATIONS SHALL BE DEEMED LAWFUL WHEN DONE UNDER AUTHORITY OF A PERMIT ISSUED BY THE COMMISSION.

No. 1 - ADVERTISING AND SOLICITATION

No person or organization shall post or distribute advertising matter or orally advertise or sell or offer for sale any tickets or service; or solicit within the park areas in connection with things to be sold or provided outside the park. No person or organization shall solicit alms or contributions for any purpose.

No. 2 - DISORDERLY CONDUCT

No person shall disobey any order of a park patrolman, superintendent, caretaker, state trooper, local policeman or constable when such officials are engaged in enforcing State or Local Laws or the Rules and Regulations of this Commission, or use threatening, abusive or insulting language to such officials.  No person shall injure, steal or molest park property, do any obscene act, throw stones or missiles, obstruct roads, walks or docks, engage in brawls or fights, annoy or insult other persons, be under the influence of intoxicants, throw or deposit bottles, glass, cans, garbage, refuse or litter in any place except the recep-

 Digitized by Google     Original from UNIVERSITY OF MICHIGAN

tacles provided for that purpose. No person shall park vehicles in any place except the duly designated parking areas and in accordance with the instructions of the park official in charge, or do any other act that may be a source of danger to park property or annoyance and interference with the public using the parks.

## No. 3 - HUNTING AND FIREARMS

No person shall carry or have in his possession any gun, firearms, ammunition or explosives, and no person shall hunt or trap within or from the park area except when especially authorized by the Commission to do so.

## No. 4 - FIRE DANGER

No person shall start or maintain a fire except in the fireplaces provided for that purpose or at places especially indicated by the official in charge of the park and all fires shall be continually under the care of a competent person. No person shall allow any fire to injure or destroy any shrub, tree or branches thereof or discard or throw away lighted matches, cigarettes or cigars in such a manner as to create a fire risk of any sort. In addition to the fines or penalties provided for the violation of these Rules and Regulations, any person responsible for fire damage or loss of park property, shall pay to the Commission the full cost of restoring such property to its original condition.

## No. 5 - SPORTS

Bathing without proper bathing suits, or undressing or dressing outside of duly provided bath-houses or in public view is prohibited. No camp shall be maintained in any park except under permit obtained from the park caretaker and at such places and for such periods as he may designate.

## No. 6 - MEETING

No person or organization shall hold or conduct any meeting involving ceremonies, speeches, religious services, performances or entertainments except after obtaining a permit to do so.

## No. 7 - OMNIBUSES, TAXIS AND TRUCKS

No omnibuses, taxis, trucks or peddlers shall operate within property controlled by the Commission except by duly authorized permit and the procedure and conduct of persons operating such vehicles shall at all times be strictly in accordance with the instructions of the park official in charge. The rate of speed for any motor vehicle being operated within the park shall not be such as will endanger the public and in no case in excess of 20 miles per hour.

## No. 8 - LOST AND FOUND ARTICLES

Any person finding or taking possession of any personal property of which such person is not the owner, shall deliver the same immediately to the Park Caretaker or to the Headquarters of the Commission at Watertown, N. Y., and losers of property shall apply for restoration of such articles.


Digitized by Google


Original from
UNIVERSITY OF MICHIGAN

No. 9 - CLOSED PARKS

No person or organization shall attempt to enter or make use of any park or park property after same has been officially closed for the season.

No. 10 - PENALTIES

Any person who violates any provision of these Rules and Regulations shall be guilty of a MISDEMEANOR and shall, upon conviction be subject to a fine of not to exceed One Hundred Dollars or imprisonment for not more than Thirty Days, or both such fine and imprisonment, and in addition thereto, shall be liable to a penalty of not less than TEN nor more than ONE HUNDRED DOLLARS.

XXVII.   ORDER ASSIGNING HISTORIC AND SCIENTIFIC PLACES.

Central New York State Parks Commission:

Montcalm Park
Spy Island

Finger Lakes State Park Commission:

Newtown Battlefield Reservation
Squaw Island

Division of Lands and Forests:

Bennington Battlefield
Crown Point Reservation
Fort Cralo
Fort Stanwix
Grant Cottage
Guy Park House
Herkimer Home
Johnson, Sir William, Mansion
Lake George Battlefield
Lester Park
Lower Landing
Oriskany Battlefield
Saratoga Battlefield
Saratoga Monument
Schuyler Mansion
Senate House
Starks Knob

Taconic State Park Commission:

Clinton House

Palisades Interstate Park Commission:

Knox Headquarters
Temple Hill
Washington's Headquarters

 Digitized by Google

Original from UNIVERSITY OF MICHIGAN

TAB 128

Forestry

# DIGEST OF LAWS

### RELATING TO

## STATE PARKS

### VOLUME II

## MISSOURI - NORTH CAROLINA

FEB 18 1936



## UNITED STATES DEPARTMENT OF THE INTERIOR

### NATIONAL PARK SERVICE

### 1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# NORTH CAROLINA

## I. STATE PARKS AND FORESTS.

**Jurisdiction.** State parks are under the jurisdiction of the Department of Conservation and Development (Acts of 1925).

**Objects of Department.** The objects of the Department are defined to be, by investigation, recommendation and publication, to aid

In the promotion of the conservation and development of the State's natural resources;

In promoting a more profitable use of lands, forests and waters;

In promoting the development of commerce and industry;

In coordinating existing scientific investigations and other related agencies in formulating and promoting sound policies of conservation and development; and,

To collect and classify the facts as a source of information easily accessible to the public generally, setting forth the natural, economic, industrial and commercial advantages of the State.

**Board; members; appointment; terms.** The Department is administered by a Board composed of the Governor, as ex-officio Chairman, and twelve members by him appointed, with the advice and consent of the Senate, for six years. Terms of four members expire biennially. Members are reimbursed actual traveling expenses, and may be paid in addition a per diem of $4 while in attendance on Board meetings (as amended 1927).

**Director.** The Governor appoints a Director, to be in charge of the work of the Department under the supervision of the Board. Such other personnel as is deemed necessary to carry on the work of the Department is appointed by the Director.

**Divisions.** Administrative divisions have been established within the Department as follows, each under the immediate jurisdiction of a Commissioner or other State Officer:

> Division of Forestry
>   Sub-Division of State Forests and State Parks
> Division of Water Resources and Engineering
> Division of Geology and Mineral Resources
> Division of Inland Fisheries
> Division of Commercial Fisheries
> Division of Game

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

| | |
|---|---|
| Auxiliary public hunting grounds. | In order to improve hunting, to open to the public lands well stocked with game, and to give landowners some income through game protection and propagation, the Department is authorized to recognize, list and assist the owners in protecting their lands which are a part of the public hunting grounds under the provisions of the Game Law (Acts of 1935), subject to the following conditions and stipulations, and such rules as the Board may adopt for the regulating of the hunting grounds: |
| Minimum area. | The minimum area recognized is 1,000 acres; |
| Owners required to organize. | Owners of land included in a public hunting ground so formed must organize, adopt rules and regulations for the operation of the hunting grounds, and be recognized by the Department before such hunting grounds are put into operation; |
| Listing and posting of grounds. | The Department will list and assist in advertising such public hunting grounds, subject to its regulations and the State game laws, and will furnish at cost posters to be used in posting such lands. In case of withdrawal of recognition by the Department, the posters are required to be removed from the land affected within ten days after notice; |
| Licenses required; private fees. | Owners of public hunting grounds must require of all hunters the prescribed State hunting license, and may require a per day rate for hunting, to be approved by the Department, and not to exceed $4; and in addition may charge a dog hire when landowners furnish dogs; when any group of owners of a public hunting ground decide to promote the hunting of certain kinds of game, the owners may charge hunting fees approved by the Board; |
| Regulations. | No hunter may quit the hunting grounds without seeing the authority and paying all accounts due; and no person may hunt or discharge firearms upon any such public hunting grounds without being accompanied by an authority, or after securing, on the day of the hunt, or day preceding the hunt, written permission to hunt, such permission to bear the name in full, age and address of the hunter, under penalty of being fined for such offense; |
| Cancellation. | When hunting grounds or any part thereof are used for purposes not consistent with Federal, State and local laws, the Department is required to withdraw recognition from the area or such parts thereof as are deemed advisable and report the case to the civil officials. |

IV.  GENERAL.

| | |
|---|---|
| Federal E.C.W. reimbursement. | When and if upon the sale of State land or its products the Director determines that the State has derived a direct |

Digitized by Google 

Original from
UNIVERSITY OF MICHIGAN

profit as a result of work done under the Federal Emergency Conservation Work Act, one-half of the profit from the sale of such land, or from the sale of products therefrom, or such lesser amount as may be sufficient, is to be applied to or toward reimbursing the United States for moneys expended by it under such Act to the extent and at the rate of $1 per man per day, but not exceeding in the aggregate $3 per acre (Acts of 1935).

**Taxation.**

State forests are subject to county taxes assessed on the same basis as are private lands.

**Hunting prohibited in certain parks.**

It is declared to be unlawful to hunt, trap, capture, wilfully disturb, or kill any animal or bird of any kind whatever, or take the eggs of any bird within the limits of any park or reservation in that part of the State situated west of the main line of the Southern Railway running from Danville, Virginia, by Greensboro, Salisbury, Charlotte, and Atlanta, Georgia, for the protection, breeding, or keeping of any animals, game or other birds, including buffalo, elk, deer and such other animals or birds as may be kept therein, by any person or persons either in connection with the United States Government, or/and department thereof, or held or owned by any private person or corporation, without the permission or authority of the owner or manager of such association (Acts of 1921). Nor may any person carry a pistol, revolver or gun in any such park or reservation without first having obtained written permission to do so.

**Rights of way for Federal parkways.**

Acts of 1935 authorize the State Highway and Public Works Commission to acquire all rights of way and easements necessary to comply with the rules and regulations of the United States Government, for the construction of Federal parkways in the State; and to convey such title as acquired to the United States free and clear of all claims for compensation.

V.  STATE PLANNING.

The State Planning Board was created by Acts of 1935, and is designated as an advisory agency of the State, under the direction of the Governor.

**Duty.**

The defined duty of the Board is to collect and arrange data concerning various projects in the State that in its opinion may constitute proper and useful projects for development within the scope of the various State or Federal agencies for which funds are now or may hereafter be made available; also to make investigations and to correlate information on all such matters as may be referred to it by the Governor or the various agencies of the State.

 Digitized by Google    Original from UNIVERSITY OF MICHIGAN

TAB 129

# DIGEST OF LAWS

### RELATING TO

### STATE PARKS

### VOLUME III

## NORTH DAKOTA - WYOMING

## TERRITORIES - INSULAR POSSESSIONS





### UNITED STATES DEPARTMENT OF THE INTERIOR

#### NATIONAL PARK SERVICE

#### 1936

Digitized by Google                    Original from
                                       UNIVERSITY OF MICHIGAN

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

XIII.  RULES AND REGULATIONS GOVERNING STATE PARKS UNDER THE
JURISDICTION OF
THE OHIO STATE ARCHAEOLOGICAL AND HISTORICAL SOCIETY.

1.  Above all, visitors to this park are respectfully requested to observe a
reasonable and lawful rule of conduct at all times.  You are urged to treat
this park, and every object therein, as if it were your personal property in
which you take an exceptional pride.

2.  It is a misdemeanor to write or carve your name on or scratch or mar any
tree or object within this park.  You are requested to register properly and
accurately in the register specially provided for that purpose.  Fictitious
registration is forbidden.

3.  It is a misdemeanor to injure or mar trees in any manner.  Branches or
leaves must not be broken off.  Flowers, wild flowers, plants and shrubs must
not be plucked or disturbed.  Hunting or disturbing of the birds, wild animals,
or wildlife of any sort -- except under possible regulatory limitations -- and
then only upon the written permission of the Ohio State Archaeological and His-
torical Society -- is positively forbidden.  It is distinctly understood that
this is a "wildlife sanctuary" -- where wildlife is protected from every angle.

4.  Fishing in any form, including catching of minnows, is prohibited in any
state park under the custody of the Ohio State Archaeological and Historical
Society.

5.  Shooting of firearms of any description or the carrying of firearms, either
loaded or unloaded, in any state park under the control of the Ohio State Archae-
ological and Historical Society, is positively forbidden.

6.  Drivers of vehicles over the roadways within this park must observe a safe
and reasonable speed limit at all times.  The interpretation of the term "safe
and reasonable" will be determined by the superintendent of this park, and in
cases where no superintendent is employed, by the Ohio State Archaeological and
Historical Society; and it may be construed by either to permit some variations
between the control and remote portions of the park and under certain varying
situations and conditions.  In no instance, however, will the maximum speed
limit exceed 20 miles per hour.

7.  Use the outdoor furnaces.  Build no fires on the ground.

8.  Visitors may purchase fuel for the outdoor furnaces in conveniently sized
bundles from the resident superintendent of this park.  Any profits thus accru-
ing will be applied toward providing better accommodations for the visiting pub-
lic.  Visitors may provide their own fuel when they so desire.

9.  All contributions are greatly appreciated and will be used in bettering con-
ditions within the park.

10.  Rubbish must be placed in receptacles provided for the purpose.  All litter
and debris must be cleaned up and the grounds left in as neat a condition as
found.

11. Vehicles will be parked in areas set aside for the purpose -- unless special permission is obtained. Drivers of all vehicles will park under the direction of the park superintendent.

12. Visitors, picnickers, and campers will comply with the instructions of the superintendent of this park in every manner. Refusal or neglect to so comply will constitute a misdemeanor.

13. Advertising of any nature or the exhibiting of placards within this park on the part of outsiders is prohibited. Concession stands operated by any person or persons not officially connected with the park management, or the sale therein of any commodity, merchandise, or article, by any such person or persons, is forbidden. The delivery of any commodity, merchandise, or article to any user within this park on the part of any such outsider is strictly forbidden -- except in instances when special written permission has been obtained from the Ohio State Archaeological and Historical Society.

14. Reunions, picnic parties, and groups are advised to notify the resident superintendent as far in advance of their coming as possible. Such groups, coming unannounced, run risk of not obtaining desirable accommodations. You are requested to make reservations well in advance.

15. Drinking of beer or intoxicating liquor is banned.

16. Dogs are not permitted to run at large within this park. Permission of such on the part of the owners or by the person when the dog accompanies, will constitute a misdemeanor.

17. Visitors must not trample upon the mounds or earthworks; monuments, memorials, ceremonial or ornamental objects and property of any and all kinds must not be damaged; nothing may be marred or injured.

18. This park closes at dark. Visitors must then depart or obtain special permission from the resident superintendent in order to remain. Such permission may be granted only after the park superintendent has been furnished ample proof of the justification of such request and upon the assurance that no damage will result and that rules are observed.

19. Campers furnishing satisfactory representations may camp within the park for a reasonable period. Those desiring such accommodations will first notify the resident superintendent of their wishes and when permission has been obtained they will register their names, addresses and automobile numbers. They will then occupy the area designated and comply with the general rules and regulations.

20. Any person acting in a loud and boisterous manner to the annoyance of another or to the detriment of this park, or who creates a nuisance of any sort similarly annoying or detrimental, may be ejected or arrested and prosecuted or both.

21. Any one who violates a reasonable and lawful rule of conduct, or who fails to observe the rules and regulations governing this and other state parks, under the custody of the Ohio State Archaeological and Historical

Digitized by Google    Original from    UNIVERSITY OF MICHIGAN

Society, may be ejected and is subject to arrest and prosecution. The resident superintendent is vested with police powers and is authorized to arrest violators.

22. The resident superintendent of this park is anxious to extend every courtesy and render any service consistent with the conditions which prevail and with the rules and regulations in effect. Persons will render a distinct service when reporting violations to the undersigned.

THE OHIO STATE ARCHAEOLOGICAL AND HISTORICAL SOCIETY
COLUMBUS, OHIO

H. R. MC PHERSON, Curator of Parks

Digitized by Google    Original from UNIVERSITY OF MICHIGAN

TAB 130

# DIGEST OF LAWS

### RELATING TO

### STATE PARKS

### VOLUME III

### NORTH DAKOTA - WYOMING

### TERRITORIES - INSULAR POSSESSIONS





## UNITED STATES DEPARTMENT OF THE INTERIOR

### NATIONAL PARK SERVICE

### 1936

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Compiled By

ROY A. VETTER

Assistant Attorney

National Park Service

Digitized by  Original from
UNIVERSITY OF MICHIGAN

Cooperation.     The Board to act jointly with a similar Board of the State of Massachusetts and the two bodies so acting to be known as the Blackstone Valley Authority;

Construction, etc.     The Authority to provide for the construction and for the subsequent maintenance and operation of the constructed works by making contracts or agreements with the Federal Government, with the Commonwealth of Massachusetts, the State of Rhode Island, or political subdivisions thereof, or with any duly, legally and responsibly constituted districts or agencies or firms;

Reports.     The Authority to report annually to the Federal Government and to the Governors of Massachusetts and Rhode Island, and to make recommendations for the continuance and improvement of benefits contemplated under the Act.

## VI.  REPRESENTATIVE RULES AND REGULATIONS.

State of Rhode Island

B U R L I N G A M E   R E S E R V A T I O N

Charlestown, Rhode Island

Dedicated Forever to the Use and Enjoyment of the People

To the end that it may fulfill its greatest possible usefulness, all who use it and all who appreciate its value are requested to cooperate with the Division in preserving its attractions by helping to enforce the following RULES and REGULATIONS:

1. No person shall light a fire except in a place designated for that purpose by permit, and for which a fee of fifteen (15) cents has been paid; nor leave burning material at any place. A permit will entitle bearer to one bundle of fireplace wood.

2. No person shall hunt, nor shall any person have in his possession any firearm or any wild animal, bird, bird's egg, or nest, or any device or animal used for hunting.

3. No person shall cut, remove or damage any tree, bush, plant, fence, berry, flower, building or other public property or affix a sign.

4. No person shall leave papers, glass, or any other refuse upon the ground, but will place such papers, glass and refuse in receptacles provided for that purpose.

5. No person shall bathe in waters on the Reservation, except at such places as are designated for such use, and then only in proper costume. Undressing in automobiles is prohibited.

Digitized by Google     Original from UNIVERSITY OF MICHIGAN

6. No person shall hitch a horse to any tree.

7. No person shall use profane or indecent language; or in any way annoy another person; or commit any disorderly or indecent act.

8. No person shall refuse or neglect to obey any reasonable direction of a police officer or any authorized representative of the Division of Forests, Parks and Parkways.

9. Smoking is prohibited in the wooded area of the Reservation.

10. The parking of automobiles between the hours of 11 P.M. and 6 A.M. is prohibited, except by permit at the overnight camping grounds. After office hours of this Division, such permit may be issued by the Foreman-Caretaker of the Reservation, if space is available. The drawing of all curtains in parked automobiles at any time is forbidden. The drawing of some of the curtains before sunset is permitted, but none, with the exception of the rear curtain, may be drawn thereafter. No person shall be allowed on the Reservation between the hours of 11 P.M. and 6 A.M., unless by special permit given by the Division of Forests, Parks and Parkways, or an authorized representative.

By Order Of
Division of Forests, Parks & Parkways
Of The
DEPARTMENT OF AGRICULTURE & CONSERVATION

Any person violating any one of the above rules is liable to a fine of Twenty (20) Dollars for each offense. (Public Laws, Chap.1466, Sec. 4, 1907 as amended)

VII.  FIREPLACE PERMIT.

Permission to maintain a fire at a fireplace and  picnic in BURLINGAME RESERVATION, for which fee has been collected, is hereby granted to:

Name_____    Date_____

Fireplace #_____  Location_____
This permit entitles holder to one bundle of fireplace wood upon presentation at the residence of the caretaker at Burlingame Reservation. Additional wood may be purchased at ten cents per bundle. This permit is granted with the express understanding that if any of the above rules and regulations governing the use of the Reservation are violated, the said permit immediately becomes null and void.

Chief, Division of Forests, Parks & Parkways
-----------------------------------------------------------------------------

Caretaker or individual disbursing wood for fireplace purpose will detatch this certificate for fireplace #_____  Location_____

Issued to (name)_____    Date_____
when presented by bearer, and return same to the Office of the Division of Forests, Parks and Parkways, by mail, at the close of the day that certificate is collected.