UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

March 04, 2024

Ms. Holly Agajanian
Mr. Kyle P. Duffy
Office of the Governor
490 Old Santa Fe Trail, Suite 400
Santa Fe, NM 87501

Ms. Janet Carter
Ms. Carina Bentata Gryting
Mr. William James Taylor
Everytown Law
450 Lexington Avenue
P.O. Box 4184
New York, NY 10163

Ms. Freya Jamison
Everytown Law
1200 Pennsylvania Avenue NW
PO Box 14780
Washington, DC 20044

Ms. Cody R. Rogers
Serpe Andrews
2540 El Paseo Road, Suite D
Las Cruces, NM 88001

**RE:** **23-2166, 23-2167, 23-2185, We the Patriots, et al v. Grisham, et al**
Dist/Ag docket: 1:23-CV-00773-DHU-LF

Dear Counsel:

Appellees' brief is deficient because:

The attachment(s) to the brief are not properly identified and included in the Table of Contents. Stating "Attachment 1" is not sufficient; the attachment must be clearly identified (i.e., "Attachment 1: District Court Judgment Filed mm/dd/yyyy"). *See* 10th Cir. R. 28.2(C)(5).

You must file a corrected brief. Do not file paper copies of your brief until the court has received your corrected brief and has issued notice it is compliant.

The attachments to the brief are not searchable.

The corrected brief must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

The time to file a reply brief will run from the date of service of appellee's corrected brief.

If you fail to correct the stated deficiencies within three days of the date of this letter, the deficient brief will not be filed. In addition, the appellee will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Robert J. Aragon
Barry K. Arrington
Cameron Lee Atkinson
Jason Bowles
Mark J. Caruso
Jeremy M. Gay
Jordon P. George
Kate Hardiman
Marc Lowry
Robert Henry Moss
Anthony Roman Napolitano
Robert J. Olson
Peter A. Patterson
Stephen Stamboulieh
David H. Thompson
Joseph Lee Woods

CMW/lg