Nos. 23-2166, 23-2167, 23-2185

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

_____

WE THE PATRIOTS, INC., et al.,

*Plaintiffs-Appellants*,

v.

MICHELLE LUJAN GRISHAM, in her official capacity only, et al.,

*Defendants-Appellees.*

*(Caption continues inside front cover.)*

_____

On Appeal from the United States District Court for the District of New Mexico
(Nos. 1:23-cv-00772-DHU-LF, 1:23-cv-00773-DHU-LF, 1:23-cv-00778-DHU-LF)
(Hon. David H. Urias)

_____

**ATTACHMENT A, PART 2 TO CORRECTED BRIEF OF
DEFENDANTS-APPELLEES**

_____

ORAL ARGUMENT REQUESTED

_____

Holly Agajanian
*Chief General Counsel to Gov. Lujan Grisham*
Kyle P. Duffy
*Deputy General Counsel to Gov. Lujan Grisham*
490 Old Santa Fe Trail, Suite 400
Santa Fe, NM 87501

Cody Rogers
Serpe Andrews
2540 El Paseo Road, Suite D
Las Cruces, NM 88001

Janet Carter
William J. Taylor, Jr.
Carina Bentata Gryting
Everytown Law
450 Lexington Ave, P.O. Box 4184
New York, NY 10163
(646) 324-8174
jcarter@everytown.org

Freya Jamison
Everytown Law
P.O. Box 14780
Washington, DC 20044

*(Caption continues from front cover.)*

ZACHARY FORT, et al.,

*Plaintiffs-Appellants*,

v.

MICHELLE LUJAN GRISHAM, in her official capacity only, et al.,

*Defendants-Appellees.*

————————————————————

RANDY DONK, et al.,

*Plaintiffs-Appellants*,

v.

MICHELLE LUJAN GRISHAM, in her official capacity only, et al.,

*Defendants-Appellees.*

**TABLE OF PARKS RESTRICTIONS**

Links are to public databases (Hathi Trust, Google Books) where available; otherwise to subscription-based databases (HeinOnline, Making of Modern Law ("MoML")).

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| **Municipal Laws & Regulations** | | | | | |
| 1 | New York, NY | 1858 | *Minutes of Proceedings of the Board of Commissioners of the Central Park* 166 (1858) | "All persons are forbidden … [t]o carry fire-arms … within [Central Park]." | https://tinyurl.com/5n6zvd5b (Google Books) |
| 2 | New York, NY | 1861 | *Fourth Annual Report of the Board of Commissioners of the Central Park* 106 (1861) | "All persons are forbidden … [t]o carry firearms or to throw stones or other missiles within [Central Park]." | https://tinyurl.com/bdfamfub (Hathi Trust) |
| 3 | Brooklyn, NY | 1866 | Park Ordinance, No. 1, *Annual Reports of the Brooklyn Park Commissioners 1861-1873*, at 136 (1873) (art. 1, § 4) | "All persons are forbidden … [t]o carry firearms … within [Prospect Park.]" | https://tinyurl.com/ycyv4v9a (Hathi Trust) |
| 4 | Philadelphia, PA | 1868 | 1868 Pa. Laws 1088, No. 1020, § 21, pt. II | "No person shall carry fire arms … in [Fairmount Park] or within fifty yards thereof[.]" | https://tinyurl.com/yu9v6re8 (HeinOnline) |
| 5 | San Francisco, CA | 1872 | Ordinance No. 2, *San Francisco Municipal Reports for the Fiscal Year 1874-75*, at 887 (1875) (§ 2, pt. 2) | "Within [Golden Gate and Buena Vista Parks] all persons are hereby forbidden: … To carry … firearms." | https://tinyurl.com/5n7nfbnn (Google Books) |
| 6 | Chicago, IL | 1873 | *Laws and Ordinances Governing the City of Chicago* 88 (1873) (§ 6) | "All persons are forbidden to carry firearms … within any one of the public parks." | https://tinyurl.com/mpbxserh (Google Books) |
| 7 | Buffalo, NY | 1874 | *Fourth Annual Report of the Buffalo Park Commissioners* 24 (1874) (ch. 1, § 1) | "All persons are forbidden to carry fire-arms … within the several parks, approaches thereto or streets connecting the same." | https://tinyurl.com/mr4df99e (Hathi Trust) |

Table 1

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 8 | Hyde Park, IL | 1875 | *Laws and Ordinances Governing the Village of Hyde Park* 310 (1876) (§ 6) | "All persons are forbidden to carry fire arms … within [South Park]." | https://tinyurl.com/mvcwn5k9 (MoML) |
| 9 | Phoenixville, PA | 1878 | *A Digest of the Ordinances of Town Council of the Borough of Phoenixville* 135 (1906) (§ 4) | "No person shall carry fire-arms … therein [Reeves Park]." | https://tinyurl.com/3vhn8x46 (Google Books) |
| 10 | Chicago, IL | 1880 | *The Municipal Code of Chicago: Comprising the Laws of Illinois Relating to the City of Chicago, and the Ordinances of the City Council* 391 (1881) (§ 1690) | "All persons are forbidden to carry firearms … within any one of the public parks." | https://tinyurl.com/7z5dbwnt (MoML) |
| 11 | St. Louis, MO | 1881 | *The Revised Ordinance of the City of St. Louis* 635 (1881) (§ 3) | "No person shall … use or have in his possession ready for use in any street, alley, walk or park of the city of St. Louis … any sling, cross bow and arrow, air gun or other contrivance for ejecting, discharging or throwing any fragment, bolt, arrow, pellet, or other missile[.]" | https://tinyurl.com/2azeb5fs (Hathi Trust) |
| 12 | New Haven, CT | 1882 | *Report of the East Rock Park Commissioners* 305 (1882) (§ IV) | "No person shall carry or have any fire-arms on [East Rock] Park[.]" | https://tinyurl.com/yc3vmnhm (Hathi Trust) |
| 13 | Danville, IL | 1883 | *The Revised Ordinances of the City of Danville* 83 (1883) (§ 4) | "Whoever shall carry any fire-arms into said parks … shall be fined not less than one dollar nor more than one hundred dollars, for each offense." | https://tinyurl.com/2jd7cphz (MoML) |
| 14 | St. Louis, MO | 1883 | *Tower Grove Park of the City of St. Louis* 117 (1883) (§ 4) | "All persons are forbidden … [t]o carry firearms[.]" (Tower Grove Park) | https://tinyurl.com/mrrx868s (Google Books) |

Table 2

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| 15 | Boston, MA | 1886 | *Thirteenth Annual Report of the Board of Commissioners for the Year 1887*, at 86 (1888) (§ 3) | "The Board of Park Commissioners of the City of Boston … hereby ordains that within the Public Parks, except with the prior consent of the Board, it is forbidden: … to carry fire-arms, except by members of the Police Force in the discharge of their duties[.]" | https://tinyurl.com/bdemcewm (Google Books) |
| 16 | Reading, PA | 1887 | *A Digest of the Laws and Ordinances for the Government of the Municipal Corporation of the City of Reading, Pennsylvania* 240 (1897) (§ 20, pt. 8) | "No person shall carry firearms … in the common, or within fifty yards thereof[.]" | https://tinyurl.com/4kkmztff (Google Books) |
| 17 | Saint Paul, MN | 1888 | *Annual Reports of the City Officers and City Boards of the City of Saint Paul* 689 (1889) (§ 6) | "No person shall carry firearms … in any Park or within fifty yards thereof[.]" | https://tinyurl.com/bdf5cmvv (Google Books) |
| 18 | Salt Lake City, UT | 1888 | *The Revised Ordinances of Salt Lake City, with the City Charter and Amendments Thereto* 248 (1888) (§ 6) | "No person shall, within Liberty Park, … [c]arry … firearms." | https://tinyurl.com/2p82u82z (MoML) |
| 19 | Bridgeport, CT | 1889 | *Charter and Ordinances of the City of Bridgeport* 200 (1892) (§ 3) | "No person shall carry or have any fire-arms on said parks, or on the shore bordering the same, except on public parade[.]" | https://tinyurl.com/5n7b5rw3 (MoML) |
| 20 | Berlin, WI | 1890 | *The Municipal Code of Berlin, Comprising the Charter and the General Ordinances of the City* 76 (1890) (§ 263) | "All persons are forbidden to carry fire arms … within anyone of the public parks of this City." | https://tinyurl.com/59psw2ck (Hathi Trust) |
| 21 | Trenton, NJ | 1890 | *City of Trenton, New Jersey, Charter and Ordinances* 390 (1903) (§ 8) | "No person shall carry firearms … in said park or squares, or within fifty yards thereof[.]" | https://tinyurl.com/yz22bkya (Google Books) |

Table 3

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 22 | Williamsport, PA | 1890 | *Laws and Ordinances for the Government of the Municipal Corporation of the City of Williamsport, Pennsylvania* 141 (1891) (§ 1, pt. 21) | "No person shall carry fire-arms … in [Brandon Park.]" | https://tinyurl.com/239duswj (Google Books) |
| 23 | Grand Rapids, MI | 1891 | *Compiled Ordinances of the City of Grand Rapids* 163 (1906) (§ 432) | "No person shall ... carry any rifle, gun, or other fire arm of any kind within any park of the City of Grand Rapids[.]" | https://tinyurl.com/3xau2k7w (MoML) |
| 24 | Milwaukee, WI | 1891 | *First Annual Report of the Park Commissioners of the City of Milwaukee* 32 (1892) (§ 3) | "All persons are forbidden to carry fire-arms … within the parks." | https://tinyurl.com/3brhpbz3 (Hathi Trust) |
| 25 | Springfield, MA | 1891 | *Park Commissioners' Report, Springfield, Massachusetts* 82 (1897) (§ 3) | "[W]ithin the Public Parks, except with prior consent of the Board, it is forbidden … to … carry firearms[.]" | https://tinyurl.com/4rh66wk4 (Google Books) |
| 26 | Cincinnati, OH | 1892 | *Annual Report of the Board of Park Commissioners, for the Year Ending December 31, 1892*, at 28 (1893) (§ 13) | "No person shall bring into … the parks any firearms[.]" | https://tinyurl.com/bdfh7ud5 (Hathi Trust) |
| 27 | Lynn, MA | 1892 | *Third Annual Report of the Park Commissioners of the City of Lynn* 23 (1892) (§ 3) | "[W]ithin the limits of Lynn Woods, except with the prior consent of the Board, it is forbidden … to … carry firearms[.]" | https://tinyurl.com/575v78ms (Google Books) |
| 28 | Peoria, IL | 1892 | *Laws and Ordinances of the City of Peoria, Illinois* 667 (1892) (§ 1724) | "All persons are forbidden to carry fire arms ... within any of the public parks, public squares, or public grounds, within said city." | https://tinyurl.com/ypxz79zm (MoML) |
| 29 | Spokane, WA | 1892 | *The Municipal Code of the City of Spokane, Washington, Comprising the Ordinances of the City* 316 (1896) (§ 4) | "All persons are forbidden to carry firearms … within any one of the public parks or other public grounds of the city." | https://tinyurl.com/sbwhmch5 (Google Books) |

Table 4

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 30 | Pittsburgh, PA | 1893 | *A Digest of the Acts of Assembly Relating to, and the General Ordinances of the City of Pittsburgh* 496 (1897) (§ 5, pt. 3) | "No person shall be allowed to carry firearms … within the limits of the parks or within one hundred yards thereof." | https://tinyurl.com/5d99zxca (Google Books) |
| 31 | Wilmington, DE | 1893 | *The Charter of the City of Wilmington* 571 (1893) (pt. VII, § 7) | "No person shall carry fire-arms … within the Park[.]" | https://tinyurl.com/2p8mb99f (Google Books) |
| 32 | Saint Paul, MN | 1894 | *General Ordinances and Private Ordinances of a Public Nature of the City of St. Paul, Ramsey County, Minnesota, Up to and Including December 31st, 1895,* at 208 (1896) (pt. 6) | "No person shall carry firearms… in any park, or within fifty (50) yards thereof[.]" | https://tinyurl.com/u7jsn4hp (MoML) |
| 33 | Canton, IL | 1895 | *Revised Ordinances of the City of Canton, Illinois* 240 (1895) (§ 26) | "All persons are forbidden to carry firearms … within any one of these Public Parks." | https://tinyurl.com/2h6yxtkj (MoML) |
| 34 | Detroit, MI | 1895 | 1895 Mich. Local Acts 596, § 44 | "No person shall … carry firearms … within said park or boulevard[.]" | https://tinyurl.com/2jx7dhan (HeinOnline) |
| 35 | Centralia, IL | 1896 | *The Centralia City Code: Comprising Original Charter and Amendments, the Laws of the State of Illinois Relating to the Government of the City of Centralia, General Ordinances, Special Ordinances and Illinois Central Railroad Contract* 188 (1896) (ch. 33, § 3) | "All persons are forbidden to carry firearms … in [Centralia's Central Park]." | https://tinyurl.com/4h3k3r6j (Hathi Trust) |
| 36 | Indianapolis, IN | 1896 | *The General Ordinances of the City of Indianapolis* 648 (1904) (§ 1971) | "No person shall … have possession of any fire-arm within the limits of any public park." | https://tinyurl.com/2h7ek5jm (MoML) |

Table 5

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| 37 | Rochester, NY | 1896 | *Report of the Board of Park Commissioners of the City of Rochester, N.Y., 1888 to 1898*, at 97-98 (1898) (§ 4, pt. 25) | "No person shall commit any of the following acts within said parks without the consent of said Board, or some duly authorized person … Carry any … firearm, sling-shot, axe, saw, shovel or spade within the following parks, viz.: Genesee Valley Park, Highland Park, Seneca Park east and Seneca Park west." | https://tinyurl.com/4rm8jmkd (Google Books) |
| 38 | Wilmington, DE | 1897 | *Report of the Board of Park Commissioners, of Wilmington, Del. for the Year ending December 31st, 1897*, at 24 (1898) | "No person shall carry firearms … within the boundaries of the Park." | https://tinyurl.com/2ezemtmc (Google Books) |
| 39 | Kansas City, MO | 1898 | Ordinance No. 9637, *Charter and Revised Ordinances of Kansas City 1898*, at 657 (1898) (§ 11) | "No person shall … carry fire-arms … within any park, boulevard, parkway or driveway of this city under the control or supervision of the board of park commissioners, except upon a permit first duly obtained or authority previously granted by said board[.]" | https://tinyurl.com/47wuw6nf (Google Books) |
| 40 | New Haven, CT | 1898 | *Charter and Ordinances of the City of New Haven, Together with Legislative Acts Affecting Said City* 293 (1898) (§ 3) | "No person shall carry or have any fire-arms on any of said parks[.]" | https://tinyurl.com/nccb32m6 (Google Books) |

Table 6

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 40A[1] | Omaha, NE | 1898 | *Ninth Annual Report of the Board of Park Commissioners for the Year 1898*, at 51 (1899) (§ 2) | "It shall be unlawful for any person to commit any of the following acts within or upon the parks … of the city of Omaha without the consent of the Board of Park Commissioners … to carry any fire arms[.]" | https://tinyurl.com/zmb6hwrp (Hathi Trust) |
| 41 | Boulder, CO | 1899 | *Revised Ordinances of the City of Boulder* 157 (1899) (ch. XVIII, No. 511, § 1) | "Any person other than the police officers of the city who shall take or carry or cause to be taken or carried into any of the parks belonging to the City of Boulder, any gun, pistol, revolver, or other firearm, … shall be deemed guilty of a misdemeanor." | https://tinyurl.com/3vbhzdpe (MoML) |
| 42 | Hartford, CT | 1902 | *Municipal Register of the City of Hartford* 493 (1907) (pt. 9) | "The Board of Park Commissioners … hereby make and ordain the following rules and regulations for the management of the parks owned by or under control of the city of Hartford. … It is forbidden … [t]o … carry firearms[.]" | https://tinyurl.com/2p8k37mc (MoML) |
| 43 | New Bedford, MA | 1902 | *Ninth Annual Report of the Department of Parks of the City of New Bedford, Mass. 1902*, at 74 (1903) (§ 3) | "[W]ithin the public parks and commons of the city, except with prior consent of the Commissioners, all persons are hereby forbidden … to … carry firearms[.]" | https://tinyurl.com/5n8dpxfh (Hathi Trust) |

[1] Omaha's prohibition, which is referred to in note 20 of Defendants' response brief, was inadvertently omitted from the Attachments to Defendants' March 1, 2024 filing. The Case Manager advised counsel for Defendants in a telephone call that they could correct this omission when making the changes required by the Clerk's letter dated March 4, 2024.

Table 7

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| 44 | Springfield, IL | 1902 | *First Annual Report of the Board of Trustees of the Pleasure Driveway and Park District of Springfield, Illinois* 69 (1902) (§ 3, pt. 4) | "ALL PERSONS ARE FORBIDDEN: … [t]o carry … firearms … in the parks[.]" | https://tinyurl.com/fvc2hpd7 (Google Books) |
| 45 | Lowell, MA | 1903 | *First Annual Report of the Board of Park Commissioners of the City of Lowell* 58 (1904) (§ 3) | "[W]ithin [the] Public Parks and Commons, except by and with the consent of the Board … [i]t is forbidden to … carry firearms[.]" | https://tinyurl.com/mr2kh885 (Hathi Trust) |
| 46 | New York City, NY | 1903 | IV *Proceedings of the Board of Aldermen of the City of New York from October 6 to December 28, 1903*, at 600 (1903) (§ 24) | "No one shall … carry any firearm, fire cracker, torpedo or fire-works … within any of the parks, parkways, squares or places in The City of New York under the jurisdiction of the Department of Parks without special permission from the Commissioner having jurisdiction." | https://tinyurl.com/jhw95eu3 (Hathi Trust) |
| 47 | Pasadena, CA | 1903 | Ordinance No. 539, III *Ordinances of the City of Pasadena California* 29 (1912) (§ 1, pt. 2) | "It is hereby declared to be unlawful for any person or persons to do any of the acts hereinafter specified within the limits of any of said public parks … [t]o carry … any firearms[.]" | https://tinyurl.com/djb6d5bz (Google Books) |
| 48 | Troy, NY | 1903 | *Municipal Ordinances of the City of Troy* 375 (1905) | "All persons are forbidden … [t]o carry … firearms … in the parks." | https://tinyurl.com/mt2w8amx (MoML) |
| 49 | Baltimore, MD | 1904 | *Reports of the City Officers and Departments Made to the City Council of Baltimore for the Year 1904* 142 (1905) (§ 5) | "If any person shall carry … any firearm within the public parks, such person shall forfeit and pay five dollars for each and every offense." | https://tinyurl.com/b99zxjzf (Hathi Trust) |

Table 8

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 50 | Houston, TX | 1904 | *Charter and Revised Code of Ordinances of the City of Houston, Harris County, Texas* 358-59 (1904) (art. 918, pt. 3; art. 921) | "It shall be unlawful for any person or persons within the public park and commons of this city to … carry firearms[.]" | https://tinyurl.com/5b6k2rsp (MoML) |
| 51 | Neligh, NE | 1904 | *The Ordinances of the City of Neligh, Nebraska* 37 (1906) (No. 61, § 1) | "[I]f any person shall carry … any firearm or gun of any description in any public park belonging to the city of Neligh, such person shall on conviction thereof, be fined in any sum not exceeding $25." | https://tinyurl.com/bdethjt2 (MoML) |
| 52 | Pueblo, CO | 1904 | *Ordinances of the City of Pueblo* 383-86 (1908) (No. 678, pt. 20) | "[F]or the purpose of governing and regulating the use of the parks and of park property within the city of Pueblo, the following rules … are … adopted … 20. No person shall … carry firearms[.]" | https://tinyurl.com/mry6b6ww (MoML) |
| 53 | Harrisburg, PA | 1905 | *A Digest of the Laws and Ordinances for the Government of the Municipal Corporation of the City of Harrisburg, Pennsylvania* 468 (1906) (§§ 4, 8) | "No person shall commit any of the following acts within said park or parkways, without the previously obtained consent of the commission: … 4. [c]arry … any firearms … 8. [c]arry any … firearms … within reservoir park." | https://tinyurl.com/54t7yeey (MoML) |
| 54 | Haverhill, MA | 1905 | *Annual Report of the Park Commissioners of the City of Haverhill, Massachusetts* 12 (1906) (§ 9) | "It is forbidden … to … carry firearms … within the parks." | https://tinyurl.com/2a67kbey (Google Books) |
| 55 | Saginaw, MI | 1905 | *Charter of the City of Saginaw, Michigan* 173 (1905) (§ 22) | "No person shall … carry firearms … within park boulevards, nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib | https://tinyurl.com/yph5tted (MoML) |

Table 9

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| | | | | or other fireworks, or things containing any substance of any explosive character on said park or boulevard without the consent of said commissioners, and then only under such regulations as they shall prescribe." | |
| 56 | Chicago, IL | 1906 | *Amendments to "The Revised Municipal Code of Chicago of 1905" and New General Ordinances* 40 (1906) (§ 1562) | "All persons are forbidden to carry firearms … within any of the Parks, Public Play Grounds or Bathing Beaches of the City[.]" | https://tinyurl.com/ye2advdr (Hathi Trust) |
| 57 | Denver, CO | 1906 | *The Municipal Code of the City and County of Denver* 479 (1906) (§ 1367) | "All persons are forbidden … to carry … firearms … in the parks[.]" | https://tinyurl.com/yuhcpzv8 (MoML) |
| 58 | Los Angeles, CA | 1906 | *Penal Ordinances of the City of Los Angeles* 41-42 (1922) (§§ 1, 2, pt. 2) | "1. That the rules and regulations hereinafter prescribed shall govern the public parks of the City of Los Angeles. 2. That within the limits of any of said parks, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit: ... To carry … any fire arms, ... or air gun or slungshot." | https://tinyurl.com/2ubpfr4y (MoML) |
| 59 | Ann Arbor, MI | 1907 | *Charter and Ordinances of the City of Ann Arbor* 340-42 (1908) (§ 16) | "An Ordinance Relative to Parks, Boulevards, and Lawn Extensions Within the City of Ann Arbor, Michigan … No person shall … carry fire-arms[.]" | https://tinyurl.com/4tryp7sm (Hathi Trust) |
| 60 | Oil City, PA | 1907 | *A Digest of the Ordinances and Principal Resolutions for the Government of the City of Oil* | "[T]he following rules and regulations shall be and are hereby established for the management and | https://tinyurl.com/5w25tcxy (Google Books) |

Table 10

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| | | | *City, in Venango County, Pennsylvania, in Force January 1st, 1907*, at 121 (1907) (§ 1, pt. 4) | protection of the parks and public grounds of the City of Oil City, to wit: … No person shall be allowed to carry firearms … within the limits of the park." | |
| 61 | Olean, NY | 1907 | *Ordinances of the City of Olean as Amended to September 1922*, at 26 (1922) (§ 4) | "No person shall … carry any firearms in any park." | https://tinyurl.com/murvjamw (MoML) |
| 62 | Parsons, KS | 1907 | *Compiled and Revised General Ordinances and Compilation of Certain Laws of Kansas Directly Affecting Cities of the First Class* 479 (1908) (§ 7) | "[N]o person except an officer in the discharge of his duty shall have with him … in said parks, a gun, revolver or pistol[.]" | https://tinyurl.com/yc7pzm68 (Hathi Trust) |
| 63 | Portland, OR | 1907 | *Charter and General Ordinances of the City of Portland, Oregon* 483 (1910) (Rule III) | "[T]he following rules and regulations govern[] the use of Public Parks and Plazas in the City of Portland … No person shall … have in his possession … any fiream[.]" | http://tinyurl.com/228ffyfm (MoML) |
| 64 | Seattle, WA | 1907 | *The Charter of the City of Seattle* 221 (1908) (§ 100) | "It shall be unlawful … to carry any fire-arm in any park." | https://tinyurl.com/mr4564em (MoML) |
| 65 | Waterbury, CT | 1907 | *The Compiled Charter and Ordinances of the City of Waterbury* 307 (1913) (§ 3) | "No person shall carry or have any firearms in any of said parks[.]" | https://tinyurl.com/3pbpp38x (Google Books) |
| 66 | Flint, MI | 1908 | *Ordinances of the City of Flint, Michigan* 354 (1925) (§ 16) | "No person shall … carry fire arms … within any public park, ground or boulevard." | https://tinyurl.com/3hcr7cvs (Hathi Trust) |
| 67 | Oakland, CA | 1909 | Ordinance No. 2967, *General Municipal Ordinances of the City of Oakland, Cal.*, Addenda at 15 (1909) (§ 9) | "No person shall carry firearms … within the boundaries of the parks controlled by the Park Commission." | https://tinyurl.com/mphdrwda (Hathi Trust) |

Table 11

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| 68 | Kansas City, MO | 1909 | *Charter and Revised Ordinances of Kansas City 1909*, at 846 (1909) (§ 1048) | "No person shall … carry fire-arms … within any park, boulevard, avenue, street, parkway, or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said Board and subject to such rules and regulations as said Board may establish." | https://tinyurl.com/rxnfjuw5 (MoML) |
| 69 | Memphis, TN | 1909 | *A Digest of the Laws, Ordinances and Contracts of the City of Memphis* 657-59 (1909) (§ 1131, pt. 13) | "[I]t shall be a misdemeanor … to commit the following acts … 13. To … carry any firearms … within any of the parks, parkways, squares or places without special permission from the Commissioners." | https://tinyurl.com/2abcx7bc (MoML) |
| 70 | Paducah, KY | 1909 | *Constitution, Charter and Revision of the Ordinances and Municipal Laws of the City of Paducah, Kentucky* 489 (1910) (§ 20) | "No person shall ... carry fire-arms ... within any park, boulevard, avenue, street, parkway or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said board[.]" | https://tinyurl.com/5dze9mj2 (MoML) |
| 71 | Burlington, VT | 1910 | *Forty-Sixth Annual Report of the City of Burlington, Vermont* 221 (1910) (§ 11) | "No person shall carry … firearms … in any park[.]" | https://tinyurl.com/4583wr6u (archive.org) |

Table 12

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 72 | Jacksonville, IL | 1910 | *Ordinances Governing the City of Jacksonville of the State of Illinois* 113 (1910) (art. II, § 3) | "No person shall carry any firearms … within any of said parks." | https://tinyurl.com/575mpurr (Google Books) |
| 73 | Staunton, VA | 1910 | *The Code of the City of Staunton, Virginia* 115 (1910) (§ 135) | "All persons are forbidden … to carry firearms … within [the park.]" | https://tinyurl.com/ysz25b5p (Hathi Trust) |
| 74 | Colorado Springs, CO | 1911 | *The Code of Colorado Springs, 1922,* at 450 (1922) (§ 1068) | "All persons are forbidden … to carry … firearms … in the parks[.]" | https://tinyurl.com/5fs6rppy (MoML) |
| 75 | New Britain, CT | 1911 | *Charter And Ordinances City of New Britain* 255 (1914) (§ 16) | "No person shall … carry firearms … within [Walnut Hill Park], except by license from said board of park commissioners[.]" | https://tinyurl.com/4yjz8spe (Google Books) |
| 76 | New York City, NY | 1912 | *New Code of Ordinances of the City of New York* 389 (1926) (§ 17, pt. 8) | "No person shall, in any park: … carry any firearm[.]" | https://tinyurl.com/yez5hd94 (MoML) |
| 77 | Oakland, CA | 1912 | *City of Oakland General Municipal Ordinances In effect January 1, 1918,* at 119 (1918) (§ 9) | "No person shall carry firearms … within the boundaries of the parks controlled by the Board of Park Directors." | https://tinyurl.com/v9w2rkcf (MoML) |
| 78 | Oklahoma City, OK | 1913 | *The City of Oklahoma City, Oklahoma: Charter and Revised General Ordinances* 327 (1913) (§ 1009) | "No person shall … carry fire arms … within any park … of this city, under the control or supervision of the Board of Park Commissioners, except upon a permit, first duly obtained, or authority previously granted, by said Board[.]" | https://tinyurl.com/p4yyc5k3 (Hathi Trust) |
| 79 | Grand Rapids, MI | 1914 | *Compiled Ordinances of the City of Grand Rapids* 208 (1915) (§ 556, pt. e) | "No person shall carry any rifle, gun, or other fire-arm of any kind within the parks and playgrounds of the City of Grand Rapids[.]" | https://tinyurl.com/djb6d5bz (MoML) |

Table 13

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 80 | Monrovia, CA | 1914 | *Laws of California and Ordinances of the County and Cities of Los Angeles County, Relating to Minors* 153 (1914) (§ 2) | "[W]ithin the limits of any said parks … it shall be unlawful for any person  … [t]o carry … any firearms[.]" | https://tinyurl.com/s 8dwtr2b (Hathi Trust) |
| 81 | New Haven, CT | 1914 | *Charter and Ordinances of the City of New Haven, Conn. and Special Acts Revised to January, 1914*, at 438 (1914) (§ 3) | "No person shall carry or have any firearms on any of said parks[.]" | https://tinyurl.com/jh twbjrk (MoML) |
| 82 | Fresno, CA | 1916 | *Charter and Ordinances of the City of Fresno, California* 303 (1916) (§ 1, pt. 2) | "Within the limits of any parks in the City of Fresno, … it shall be unlawful for any person … [t]o carry … any firearms[.]" | https://tinyurl.com/4 htjrh56 (Hathi Trust) |
| 83 | New York City, NY | 1916 | *Ordinances, Rules and Regulations of the Department of Parks of the City of New York* 7 (1916) (§ 17, pt. 8) | "No person shall, in any park … carry any firearm[.]" | https://tinyurl.com/3 nwb8ejw (Hathi Trust) |
| 84 | Birmingham, AL | 1917 | *The Code of City of Birmingham, Alabama* 662 (1917) (§ 1544) | "[N]o person shall carry firearms … within any of such public parks[.]" | https://tinyurl.com/2 xdkp689 (Google Books) |
| 85 | Brockton, MA | 1917 | *Municipal Register of the City of Brockton for 1918* 330 (1918) (§ 3) | "[T]he following acts by any person [in Brockton's public parks] … is expressly forbidden, namely: … to … carry firearms[.]" | https://tinyurl.com/4 nm35m6p (Google Books) |
| 86 | Joplin, MO | 1917 | *The Joplin Code of 1917*, at 552 (1917) (§ 1214) | "All persons are forbidden … to carry … firearms … in the parks[.]" | https://tinyurl.com/5 n63f666 (MoML) |
| 87 | Aurora, IL | 1920 | *The Revised Municipal Code of Aurora, Illinois of 1920*, at 377-78 (1920) (§ 950) | "It shall be unlawful for any person … [t]o carry … firearms [in Aurora public parks]. | https://tinyurl.com/2 s3mfaje (Hathi Trust) |

Table 14

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| 88 | Salt Lake City, UT | 1920 | *Revised Ordinances of Salt Lake City, Utah, 1920*, at 474 (1920) (§ 1494, pt. 2) | "It shall be unlawful for any person to do … any of the acts hereinafter specified in any public park or play ground in Salt Lake City, or in any place … set aside or used as a public park or play ground, to wit: … 2. To carry … any firearms[.]" | https://tinyurl.com/3d3jxx3n (MoML) |
| 89 | Burlington, VT | 1921 | *Revised Ordinances of 1921, City of Burlington, Vermont* 1 (1921) (§ 3) | "No person shall carry or have any firearms on any of said parks[.]" | https://tinyurl.com/2fk58a7k (MoML) |
| 90 | Chattanooga, TN | 1922 | *Digest of the Charter and Ordinances of the City of Chattanooga* 144-45 (1922) (§ 516) | "GENERAL REGULATIONS OF PUBLIC PARKS … 516. … It shall be unlawful to … carry firearms[.]" | https://tinyurl.com/5xceah4p (MoML) |
| 91 | Chicago, IL | 1922 | *The Chicago Municipal Code of 1922*, at 809 (1922) (§ 2870) | "All persons are forbidden to carry firearms … within any of the parks, public playgrounds, or bathing beaches of the city[.]" | https://tinyurl.com/4kk8w2vr (Google Books) |
| 92 | St. Joseph, MO | 1925 | *Revised Ordinances of the City of St. Joseph, Missouri* 420 (1925) (§ 1978) | "No person shall … carry firearms … within any park … under the control or supervision of the board of park commissioners, except upon a permit first duly obtained or authority previously granted by said board[.]" | https://tinyurl.com/4f4umtjz (Google Books) |
| **Federal Laws & Regulations** | | | | | |
| 93 | Federal | 1882 | Dwight H. Kelton, *Annals of Fort Mackinac* 22 (1882) (pt. IX) | "The following are the approved Rules and Regulations for the Park at Mackinac: … No person shall carry … fire-arms in the park." | https://tinyurl.com/4kxnkra9 (Hathi Trust) |
| 94 | Federal | 1894 | Department of the Interior, "Rules and Regulations of the | "Firearms will only be permitted in the park on written permission of | https://tinyurl.com/2t578tax |

Table 15

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| | | | Yellowstone National Park" § 5, Aug. 1, 1894, *reprinted in Report of the Secretary of the Interior* 662 (1894) | the superintendent thereof. On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the park." | (HeinOnline) |
| 95 | Federal | 1890 | Department of the Interior, "Rules and Regulations of the Sequoia National Park" § 5, Oct. 21, 1890, *reprinted in Annual Report of the Secretary of the Interior* CLXII (Nov. 1, 1890) | "[N]o one shall carry into or have in the park any fire-arms, traps, nets, tackle, or appliances, or fish or hunt therein without a license in writing signed by the Secretary or superintendent of the park." | https://tinyurl.com/5e96ayma (HeinOnline) |
| 96 | Federal | 1897 | *Annual Reports of the Department of the Interior for the Fiscal Year ended June 30, 1897*, at LXXXIV (1897) | "All the firearms are taken from their owners at … the two principal entrances to the park, and patrols take all the firearms found in possession of tourists and campers who have entered the park by unguarded routes." | http://tinyurl.com/yvtnsnb9 (University of Oklahoma) |
| 97 | Federal | 1897-1936 | "Firearms Regulations in the National Parks, 1897–1936" (2008) | | https://perma.cc/5SRK-VYXZ (National Park Service History eLibrary); Previously on NPS website, *see* [archive.org] |
| 98 | Federal | 1936 | 1 Fed. Reg. 668, 674 (June 27, 1936) | "Firearms … are prohibited within the parks and monuments, except | https://tinyurl.com/8yfe879p |

Table 16

| Tab | Location | Year | Citation | Key Language | Link |
|---|---|---|---|---|---|
| | | | | upon written permission of the superintendent or custodian." | (Library of Congress) |
| **State Laws & Regulations** | | | | | |
| 99 | Minnesota | 1901 | 1901 Minn. Laws 396-97, ch. 250, § 1 | "Any person who shall … in any manner whatsoever … have in their possession loaded or charged firearms at any point within three thousand (3,000) feet of the outward limits of, or proposed outward boundary line or limits of any … state park within this state, shall be guilty of a misdemeanor[.]" | https://tinyurl.com/4fjy7993 (HeinOnline) |
| 100 | Minnesota | 1905 | 1905 Minn. Laws 620, ch. 344, § 53 | "No person shall have in his possession within any [territory set apart, designated, used or maintained as a state public park or within one-half mile of the outer limits thereof, any gun, revolver, or other firearm unless the same is unloaded, and except after the same has been sealed by the park commissioner or a deputy appointed by him, and except also such gun or other firearm at all times during which it may be lawfully had in such park remains so sealed and unloaded." | https://tinyurl.com/2p99pck8 (HeinOnline) |
| 101 | District of Columbia | 1907 | I *Annual Report of the Commissioners of the District of Columbia Year Ended June 30, 1908*, at 85 (1908) (§ 4) | "Within the limits of [Rock Creek Park] all persons are forbidden … [t]o carry … firearms[.]" | https://tinyurl.com/2p9b2hbx (Google Books) |

Table 17

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| 102 | Maryland | 1917 | *Report of the Maryland State Board of Forestry for 1916 and 1917*, at 60-61 (1917) (pt. 4) | "RULES AND REGULATIONS OF THE MARYLAND STATE BOARD OF FORESTRY … [Uses like camping require a permit; permittees and their guests] … [w]ill not bring into the Patapsco State Park or have in his or their possession while there fire-arms of any description[.]" | https://tinyurl.com/4tvv4dup (Hathi Trust) |
| | | | *Id*. at 62 | [Within sign to be posted in Patapsco State Park:] "FIREARMS PROHIBITED" | |
| 103 | Connecticut | 1918 | *Report of the State Park Commission to the Governor For the Two Fiscal Years ended September 30, 1918*, at 31 (1918) | "The use of firearms or having them in possession is forbidden [in Connecticut State Parks.]" | https://tinyurl.com/mu9979dm (Hathi Trust) |
| 104 | North Carolina | 1921 | 1921 N.C. Sess. Laws 54, Pub. Laws Extra Sess., ch. 6, § 3 | "That any person who shall carry a pistol, revolver, or gun in any park or reservation [for the protection, breeding, or keeping of any animals, game, or other birds], without having first obtained the written permission of the owner or manager of said park or reservation, shall be guilty of a misdemeanor[.]" | https://tinyurl.com/yx3bz5rk (HeinOnline) |
| 105 | Washington | 1926 | Raymond H. Torrey, *State Parks and Recreational Uses of State Forests in the United States* 247 (1926) | "Among the regulations [of Washington State Parks] which experience has required for conservation, sanitation, cleanliness and good order are prohibitions against fire arms[.]" | https://tinyurl.com/498zu75s (Hathi Trust) |

Table 18

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| 106 | Indiana | 1927 | 1927 Ind. Acts 98 | "[U]pon any lands of this state now or hereafter used for a state park or for a state forest reserve … it shall be unlawful for any person to go upon such lands of this state with a gun[.]" | https://tinyurl.com/5yeezb59 (HeinOnline) |
| 107 | Indiana | 1927 | *The Department of Conservation State of Indiana Publication No. 68*, at 181 (1927) (§ 354, pt. 2) | "The carrying or possession of a gun or firearms is prohibited." | https://tinyurl.com/ap7bjj6w (Google Books) |
| 108 | Maryland | 1927 | 1927 Md. Laws 1176, ch. 568, § 74 | "Where any portion of a State Game Refuge is used for a State Park, entry by any person within the refuge area for recreational pursuits shall not be restricted on the portion of said territory used as a State Park, so long as such persons do not carry fire-arms[.]" | https://tinyurl.com/2te8du8b (HeinOnline) |
| 109 | South Dakota | 1927 | 1927 S.D. Sess. Laws 32, ch.12, § 16 | "It shall be unlawful to carry fire arms in [Custer State Park], except by duly authorized officers[.]" | https://tinyurl.com/4k859sbm (HeinOnline) |
| 110 | Michigan | 1928 | *Fourth Biennial Report 1927-1928: The Department of Conservation State of Michigan* 57 (1928) (§ 2) | "To carry or have firearms in possession in a State Park is unlawful." | https://tinyurl.com/5n8h547e (Hathi Trust) |
| 111 | Washington | 1928 | Beatrice Ward Nelson, *State Recreation; Parks, Forests and Game Preserves* 278 (1928) | "The caretakers of the park, and other employees whom the committee may care to designate, are vested with police powers to enforce the laws and the rules and regulations. Among the regulations are the prohibition of firearms[.]" | https://tinyurl.com/yn8ftdb8 (Hathi Trust) |

Table 19

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| 112 | Kansas | 1930 | *Third Biennial Report of the Forestry, Fish and Game Commission of the State of Kansas for the Period Ending June 30, 1930*, at 23 (1930) (§ 2) | "To carry or have firearms in possession in a state park is unlawful." | https://tinyurl.com/4zw74j4e (Hathi Trust) |
| 113 | Wisconsin | 1933 | *Wisconsin State Parks* 23 (1933) (§ 6) | "[T]he carrying or using of firearms is strictly prohibited." | https://tinyurl.com/bdft2nf7 (Hathi Trust) |
| 114 | New Jersey | 1935 | 1935 N.J. Laws 304-05, ch. 114, § 2 | "No person shall … (8) except employees or officers of the commissioners, carry firearms of any description within [Palisades State Park], or carry any airgun, sling shot, bow and arrow, or any other device whereby a missile may be thrown, without a permit from the commissioners[.]" | https://tinyurl.com/4u8ccxky (Hathi Trust) |
| 115 | Alabama | 1936 | I *Digest of Laws Relating to State Parks* 4 (1936) (§ 8) | "Fire-arms are rigidly excluded from State Parks[.]" | https://tinyurl.com/4j25uu5a (Hathi Trust) |
| 116 | California | 1936 | I *Digest of Laws Relating to State Parks* 20 (1936) | "Firearms are not allowed, and must be sealed or checked at the Warden's Office." | https://tinyurl.com/4jds7v6d (Hathi Trust) |
| 117 | Florida | 1936 | I *Digest of Laws Relating to State Parks* 35 (1936) (§ 4) | "Firearms are prohibited within the Park except upon written permission of the Superintendent." | https://tinyurl.com/h6aj47pd (Hathi Trust) |
| 118 | Virginia | 1936 | III *Digest of Laws Relating to State Parks* 396 (1936) (§ 6) | "EXCERPTS FROM REGULATIONS GOVERNING PARK PERSONNEL … The carrying and use of fire arms is prohibited." | https://tinyurl.com/37c2y86y (Hathi Trust) |

Table 20

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
|     |          |      | *Id.* at 397 | "INSTRUCTIONS TO PARK VISITORS … Firearms are prohibited at all times." | |
| 119 | New York | 1936 | II *Digest of Laws Relating to State Parks* 190 (1936) (§ 8) | "The following acts and activities are prohibited within [Niagara Frontier State Park] areas under jurisdiction of this Commission except by permit:- The possession of any firearms … of any kind[.]" | https://tinyurl.com/7mu2ep99 (Hathi Trust) |
| 120 | New York | 1936 | *Id.* at 195 (§ 6) | "No firearms may be used or possessed within [Allegany State Park] area by visitors … except by special permission of the Commissioners." | https://tinyurl.com/3my6jdr6 (Hathi Trust) |
| 121 | New York | 1936 | *Id.* at 201 (§ 5) | "No person shall carry or have in his possession any gun, firearms, ammunition, or explosives … within or from the park areas [of Finger Lakes State Parks] except when especially authorized by the Commission to do so." | https://tinyurl.com/hv6aw2e6 (Hathi Trust) |
| 122 | New York | 1936 | *Id.* at 205 (§ 3) | "No person except employees or officers of the Commission shall carry firearms of any description within [Central New York State Parks]." | https://tinyurl.com/frkw396u (Hathi Trust) |
| 123 | New York | 1936 | *Id.* at 221 (§ 3) | "No person except employees or officers of the Commission shall carry firearms of any description within [Taconic State Park]." | https://tinyurl.com/bdrr2xje (Hathi Trust) |
| 124 | New York | 1936 | *Id.* at 228 (§ 8) | "No person, except employees or officers of the Commissioners, shall | https://tinyurl.com/4jx9h7ax |

Table 21

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| | | | | carry firearms of any description within [Palisades Interstate Park]. No unauthorized person shall carry any airgun, sling shot, bow and arrow, or any other device whereby a missile may be thrown." | (Hathi Trust) |
| 125 | New York | 1936 | *Id*. at 236 (§ 15) | "No person shall have or carry while in any park [of the Westchester County Park System] whether concealed or not concealed on his person, any pistol, gun, rifle, revolver or other firearms of any class or kind, or any ammunition therfor, except when so authorized by law." | https://tinyurl.com/39rm7jkh (Hathi Trust) |
| 126 | New York | 1936 | *Id*. at 255 (§ 7) | "No person shall have or carry, whether or not concealed upon his person, any pistol or revolver … or ammunition therefor, except when so authorized by law. No person shall bring into any park [under the jurisdiction of the Long Island State Park Commission], or have in his possession therein, any rifle, shotgun, or fowling piece[.] | https://tinyurl.com/y2rv4exu (Hathi Trust) |
| 127 | New York | 1936 | *Id*. at 264 (No. 3) | "No person shall carry or have in his possession any gun, firearms, ammunition or explosives … within or from the park area [of Thousand Island State Park] except when especially authorized by the Commission to do so." | https://tinyurl.com/bdecd2ma (Hathi Trust) |

Table 22

| Tab | Location | Year | Citation | Key Language | Link |
|-----|----------|------|----------|--------------|------|
| 128 | North Carolina | 1936 | II *Digest of Laws Relating to State Parks* 284 (1936) | "Nor may any person carry a pistol, revolver or gun in any such park or reservation without first having obtained written permission to do so." | https://tinyurl.com/284bdku7 (Hathi) |
| 129 | Ohio | 1936 | III *Digest of Laws Relating to State Parks* 321 (1936) (§ 5) | "[T]he carrying of firearms, loaded or unloaded, in any state park under the control of the Ohio State Archaeological and Historical Society, is positively forbidden." | https://tinyurl.com/bdeym2jc (Hathi Trust) |
| 130 | Rhode Island | 1936 | III *Digest of Laws Relating to State Parks* 360 (1936) (§ 2) | "REPRESENTATIVE RULES AND REGULATIONS [of the Division of Forests, Parks & Parkways] … No person shall … have in his possession any firearm[.]" | https://tinyurl.com/yhehy3kd (Hathi Trust) |

Table 23

TAB 51

*175 lf.*

# THE

# ORDINANCES

————OF THE————

# City of Neligh
## NEBRASKA

COMPRISING

ALL ORDINANCES OF A GENERAL NATURE PASSED
JUNE 16, 1906, OR PRIOR THERETO

PUBLISHED UNDER AUTHORITY OF THE MAYOR
AND COUNCIL OF THE CITY OF NELIGH, NEBR.

# 1906



priated by the city or donated to the city for park purposes,
to inform against and prosecute all persons violating any of
the by-laws or rules of the city for the protection and preser-
vation of city parks. Provided, that the expenditures of
such park commission shall not exceed the appropriation
and donations for park purposes.

Section 6. Any vacancy occurring in the board of park
commissioners may be filled by appointment and confirma-
tion at any regular or special meeting of the city council,
and any person appointed to fill such vacancy shall hold of-
fice during the unexpired term for which he is appointed.

Section 7. No member of the park commission hereby
created shall receive any fee or compensation for his services
as a member of such commission.

Section 8. This ordinance shall be in force after its
passage, approval and publication according to law.

Passed and approved August 3rd, 1903.

Attest:  R. WILSON,                   M. B. HUFFMAN,
[SEAL]      City Clerk.                      Mayor.


# PARK PROTECTION

## ORDINANCE NO. 59

An ordinance to protect the trees, shrubs and plants, in any
public park belonging to the city of Neligh, and to pro-
vide for the punishment of persons found guilty of the
violation thereof.

Be it ordained by the mayor and council of the city of Ne-
ligh, in Antelope county, Nebraska:—

Section 1. Any person who shall knowlingly injure or
destroy any tree, shrub, or flowering plant in any public
park belonging to the city of Neligh, (except under super-

vision of the park board of said city), shall on conviction thereof, be fined in any sum not exceeding $50.

Section 2. Any person who shall tie any horse or horses to any tree or shrub in any public park belonging to the city of Neligh, or who shall tie any horse or horses in such manner as to enable such horse or horses to injure any tree or shrub in any such public park, shall on conviction thereof, be fined in any sum not exceeding $50.

Section 3. This ordinance shall be in full force and effect on and after its publication in the Neligh Leader.

Passed and approved June 4th, 1904.

Attest:  R. WILSON,                    M. B. HUFFMAN,
[SEAL]      City Clerk.                          Mayor.


## PARK ANIMALS

### ORDINANCE NO. 60

An ordinance to protect the animals and birds in the public parks of the city of Neligh, and to provide for the punishment of persons guilty of the violation thereof.

Be it ordained by the mayor and council of the city of Neligh, in Antelope county, Nebraska:—

Section 1. If any person shall injure or kill any animal or bird in any public park belonging to the city of Neligh, such person shall on conviction thereof, be fined in the sum of $15.

Section 2. This ordinance shall be in full force and effect after its publication in the Neligh Leader.

Passed and approved June 4th, 1904.

Attest:  R. WILSON,                    M. B. HUFFMAN,
[SEAL]      City Clerk.                          Mayor.

# FIREARMS IN THE PARK

## ORDINANCE NO. 61

An ordinance to prevent the carrying or discharging of firearms or gun of any description in any public park belonging to the city of Neligh and to provide for the punishment of persons found guilty of the violation thereof.

Be it ordained by the mayor and council of the city of Neligh, in Antelope county, Nebraska:—

Section 1. That if any person shall carry or discharge any firearm or gun of any description in any public park belonging to the city of Neligh, such person shall on conviction thereof, be fined in any sum not exceeding $25.

Section 2. This ordinance shall be in full force and effect on and after its publication in the Neligh Leader.

Passed and approved June 4th, 1904.

Attest:          R. WILSON,              M. B. HUFFMAN,
[SEAL]           City Clerk.                     Mayor.

# GRADES OF STREETS

## ORDINANCE NO. 63

An ordinance adopting and approving the grade of city streets in the city of Neligh, Antelope county, Nebraska, as surveyed, platted and established by the City Engineer.

Be it ordained by the mayor and city council of the city of Neligh, Antelope county, Nebraska:—

Section 1. That the grade as surveyed, platted and established and returned by the City Engineer of the following streets, to-wit: Walnut, Ash, Box-Elder, Locust, Mulberry, Cottonwood, Elm, Chestnut, Linn, Main, Boyd, Fletcher,

38                          CITY ORDINANCES

Hopkins, Putney, Coe and Mill streets, be and the same
hereby is adopted and approved, and the return of such sur-
vey, platting and establishing of such grade, together with
the field notes, plat and certificate shall be and the same
are, hereby directed to be filed in the office of the City Clerk
as a part of the records in his office.

Section 2.    This ordinance shall be in full force and ef-
fect on and after its publication in the Neligh Leader.

Passed and approved this 1st day of October, 1904.

Attest:  R. WILSON,                    M. B. HUFFMAN,
[SEAL]        City Clerk.                        Mayor.


# PARK ADDITION

## ORDINANCE NO. 64

An ordinance accepting and receiving the title to certain real
estate for park purposes.

Be it ordained by the mayor and city council of the city of
Neligh, Antelope county, Nebraska:—

Section 1.    That the city of Neligh accept and receive
title to the following described real estate to-wit:    Commenc-
ing at a point one-half chain west of the northeast corner of
the southwest quarter of the southwest quarter of section 21,
township 25, north of range 6, west of the 6th principal
meridian, in Antelope county, Nebraska.    Thence bears
south 49 degrees and 60 minutes west, eleven and twenty-five
hundredth chains.    Thence west variation 10 degrees and 50
minutes east, one chain.    Thence north 68 degrees and 40
minutes west, two and seventy-five hundredth chains.
Thence north 62 degrees west, three and fifty hundredth
chains.    Thence north 42 degrees and 20 minutes west, three
and sixty-three hundredths chains.    Thence east on quarter

TAB 52

# ORDINANCES

OF THE

# CITY OF PUEBLO

COMPRISING

## ALL THE ORDINANCES OF A GENERAL AND PERMANENT NATURE IN FORCE TO APRIL 1st, 1908

AND

## DOWN TO AND INCLUDING ORDINANCE No. 769

TOGETHER WITH

## THE ARTICLES OF CONSOLIDATION OF THE PUEBLOS

———

Compiled by
**D. A. HIGHBERGER** AND **JOHN A. MARTIN**
of the Pueblo Bar

———

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL
OF PUEBLO, COLORADO

# PARKS AND PARK PROPERTY

## CHAPTER XXVII.

### 654. Damage in Public Parks Unlawful.

Section 1.   That it shall be unlawful for any person to break down, mutilate, destroy or carry away any fence or fences around or belonging to any public parks in this city, or to walk over, upon or across the grass, or to cut, break or mutilate any tree or trees, or cut, break, deface or destroy any fountain or monument or other property belonging to the City of Pueblo, situate within any of said public parks.

(Ordinance No. 432.   Passed and approved Jan. 8th, 1894.)

### 655.   Penalty.

Section 2.   Any person convicted of a violation of the foregoing section shall be fined in the sum of not less than Five (5) Dollars nor more than One Hundred (100) Dollars for each and every offense.

(Ordinance No. 432.   Passed and approved Jan. 8th, 1894.)

### 656.   Rules and Regulations—Parks and Park Property.

Ord. 678.   That for the purpose of governing and reg-

384

ulating the use of the parks and of park property within the city of Pueblo, the following rules and regulations and the penalties for the violation of such rules and regulations are hereby prescribed and adopted:

## RULES, REGULATIONS AND ORDINANCES GOVERNING PARKS AND PARK PROPERTY.

1.  From May 1 to November 1 the parks shall be open for visitors from 6 a. m. to 11 p. m.; from November 1 to May 1 from 8 a. m. to 7 p. m., unless specially ordered by the board.

2.  No swine, goat, cattle, or other animal, excepting horses shall be permitted on the roadways, and no dogs permitted at large on any park.

3.  No horse or other animal or second horse and vehicle shall be led on the roadways.

4.  No second vehicle shall be drawn on the roadways by any beast of burden or other motive power.

5.  No fast driving or speeding permitted.

6.  No funeral procession, nor any hearse or other vehicle carrying the body of a deceased person for burial, shall be allowed in or upon any part of the parks.

7.  No vehicle displaying any placard advertisement or advertisement of any kind shall be driven on the roadways for advertising purposes.

8.  No placard, notice or advertisement of any kind

385

or nature shall be distributed, posted, or attached to any-
thing movable or immovable on park or boulevard property,
unless by consent of the board.

9.  No velocipede, bicycle, tricycle, wheelbarrow, hand-
cart, or other vehicle, or any horse or other animal, shall
be permitted on the foot walks, sidewalks, grassplats or
planting places.

10.  No hackney coach, carriage, or other vehicle for
hire shall stand upon any part of the parks for the purpose
of soliciting or taking in any other passenger or person than
those carried to the parks by said coach, carriage or vehicle,
except at stands specially designated by the board.

11.  Hitching horses or other animals to any tree,
shrub, fence, railing, or other structure, except such as are
provided for such purpose, or allowing horses or other ani-
mals to stand unhitched while the driver or attendant is
beyond reach of such horse is prohibited.

12.  No sport or exercise shall be indulged in that is
liable to frighten horses, injure travelers, or embarrass the
passage of vehicles, except at such places as may be desig-
nated for such purpose.

13.  No gambling shall be permitted.

14.  Picnics may be held in such parts of the parks as
shall be designated for that purpose, and portions of the
parks may be set apart for ball, croquet, and other games
subject to such regulations as may be made by the board,

386

and no person shall join any such picnic or games without the consent of the persons of whom they are composed, or shall in any manner disturb or interfere with the same.

15. No booth, tent, stall, or other structure shall be erected for any purpose, and no hawking or peddling shall be done, or article or thing exposed for sale, unless by permit from the board.

16. No indecent exposure of person, disorderly conduct, noise, riot or breach of the peace; nor the use of obscene, threatening, abusive or insulting language shall be permitted.

17. No person shall enter any building, inclosure or place upon which the words "no admittance" or similar sign is posted, or violate the injunction of such sign.

18. No person shall stand, walk, ride or lie upon any place laid out and appropriated for shrubbery or grass when there shall have been placed thereon a sign forbidding the same.

19. No person shall play upon any musical instrument, carry, or display any flag, target, or transparency, nor shall any military or private company, band or procession, parade, march, drill or perform any evolution movement or ceremony, and no person shall do or perform any act tending to congregate persons except by permission of the board.

20. No person shall fire or discharge any gun or pistol; carry firearms, kindle, or build fires or throw stones or other missiles.

387

21.  No person shall, without permit from the board, fire, discharge or set off any rocket, cracker, torpedo, squib, or other fireworks or things containing any substance of an explosive character.

22.  No carcass, ordure, filth, dirt, stone, wood, ashes, garbage, matter, substance or rubbish of any kind shall be placed or deposited thereon.

23.  No basin, pool, lake or fountain shall be fouled by stone, wood or any other substance.

24.  No fish, fowl or other animals shall be killed or caught, molested or disturbed in any manner, unless by order of the board.

25.  No animal shall be tied to any tree, shrub, electric light tower, lamp post, fire hydrant, building or other park fixture, except as provided.

26.  No tree, shrub, plant or flower (wild or cultivated) shall be plucked, broken, trampled or climbed upon, peeled, cut, defaced, removed, destroyed or injured in any manner.

27.  No electric light tower, lamp post, fence, bridge, building, fountain or other structure or property of any kind shall be defaced, cut, written upon, removed or in any manner injured or destroyed.

28.  No person shall dig, remove or carry away any sward, sand, earth or material of any kind.

29.  No person shall take into or upon any park any intoxicating liquors, either for sale to others or for his own

388

use, or for the use of others; nor shall any person sell, give away or dispose of any intoxicating liquors in or upon any park.

30. No intoxicated person will be allowed to enter or remain within any of the parks.

31. All persons are prohibited from going onto the ice on any of the lakes, ponds or streams in the parks, except such as are designated as skating fields, and thereon only when the safety signal is displayed.

32. It shall be the duty of every person claiming to have a permit from the board or any of its officers, to product and exhibit such permit upon the request of any authorized person who shall desire to inspect the same.

33. All permits issued by the board or its chairman or secretary shall be subject to the park rules and regulations and city ordinances, and the persons to whom such permits shall be issued shall be bound by said rules, regulations and ordinances as fully as though the same were inserted in such permits; and any person or persons to whom such permits shall be issued shall be liable for any loss, damage or injury sustained by any person whatever by reason of the negligence of the person or persons to whom such permits shall be issued, as well as for any breach of such rules, regulations and ordinances to the person or persons to whom such permits shall be issued, as well as for any breach of such rules, regulations and ordinances to the person or persons so suffering damages or injury, and to the

395

shall be deemed guilty of a misdemeanor, and shall, upon conviction before the judge of the city court of Pueblo, be punished by a fine not exceeding fifty dollars or by imprisonment not exceeding thirty days or by both such fine and imprisonment at the discretion of the court.

49.   These ordinances take effect from and after their passage.

(No. 678.  Passed and approved August 22, 1904.)

Note: For ordinances relating to particular parks and park districts, their creation, improvement, etc., see Addenda.

TAB 53

# A DIGEST

OF THE

# Laws and Ordinances

FOR THE GOVERNMENT OF THE MUNICIPAL
CORPORATION OF THE

## CITY OF HARRISBURG

PENNSYLVANIA

IN FORCE AUGUST 1, A. D. 1906



PUBLISHED BY AUTHORITY OF CITY COUNCILS

---

### PART I.

By LOUIS RICHARDS, ESQUIRE
of the Berks County Bar

### PART II.

By JAMES M. LAMBERTON, ESQUIRE
of the Dauphin County Bar

---

NEWARK, N. J.
SONEY & SAGE
———
1906

1698

YALE LAW LIBRARY

APR 15 1908

# DIGEST OF THE ORDINANCES

OF THE

# CITY OF HARRISBURG

AND SPECIAL ACTS OF ASSEMBLY
RELATING THERETO.

COMPILED BY

## JAMES M. LAMBERTON, ESQUIRE.

(317)

*of the same,* That permission be and the same is hereby granted to the Keystone Chapter of the Pennsylvania Society of the Daughters of 1812 to place in Lincoln Park a large boulder, appropriately inscribed, to perpetuate the memory of Ferdinand Durang. 1 April, 1902. C, 231.

**Grass plots.**

9. That the Harrisburg park commission be and it is hereby directed to construct, take charge and maintain all grass plots duly authorized, and which may hereafter be authorized to be constructed within the curb lines of city streets, and exercise jurisdiction over said grass plots in the same manner as if they were parts of the public park system of the city. 23 July, 1904. D, 106, §1.

**Property for park purposes may be acquired; Unused ducts in city's conduit may be leased.**

10. That the Harrisburg park commission be, and the same is hereby authorized to procure, by lease, real property for public park purposes, subject to the approval of councils by joint resolution as to the terms and conditions thereof; and also to lease or let the unused ducts in the city's conduit, along Front and Market streets, upon such terms and conditions as may likewise be approved by councils. 19 June, 1906. D, 481, §1.

**Repeal.**

10a. That all ordinances, or parts of ordinances, in conflict herewith be, and the same are hereby repealed. Id., §2.

**Park Rules.**

11. The following sections are published in pursuance of Article VI, Section 8, of the Act of Assembly, approved the 23d day of May, A. D. 1889, entitled "An act providing for the incorporation and government of cities of the third class."

Section 1. The term "parks" used herein shall be construed to include all lands and waters under the control of the Harrisburg park commission, or that may come under its control while these regulations are in force.

The term "commission" shall refer to the Harrisburg park commission.

Section 2. The parks of the City of Harrisburg are for the benefit and pleasure of the whole public, and all persons who use said parks shall be subject to the rules of the park commission.

The roadways in the parks shall not be used by any vehicles except those employed for purposes of pleasure or recreation and by pleasure-seekers on horseback.

The walks and foot-bridges shall be used exclusively by pedestrians, except that baby carriages, invalid chairs and childrens' carts may pass thereon, but loafing or prolonged standing shall not be allowed on the same.

This section shall not apply to vehicles used by order of the commission.

Automobiles may be forbidden to run in all or part of any park

or parkway at the option of the commission, which shall in that case post legible notices at the entrances of said park or parkway.

The parks shall be closed from twelve o'clock midnight, till sunrise, and all persons found lounging between these hours may be arrested for trespass.

Section 3. No person shall commit any of the following acts within the parks or parkways:

1. Commit any disorderly or immoral acts.
2. Be intoxicated.
3. Throw stones or missiles.
4. Utter loud, profane, offensive or indecent language.
5. Play any game of cards or chance.
6. Tell fortunes.
7. Beg.
8. Publicly solicit subscriptions.
9. Drive or lead a horse not well broken.
10. Allow any dog or horse to run at large.
11. Throw, deposit or drain any offensive substance of any kind on or into any park, parkway, fountain, spring or other park water-way, or deposit waste paper, fruit, refuse, lunch baskets or other refuse in any place save the receptacles therefor.
12. Sell any intoxicating liquors in any park or along any parkway.
13. Bathe in park waters, without having the body concealed by suitable covering, extending from the knees to the shoulders.

Section 4. No person shall commit any of the following acts within said park or parkways, without the previously obtained consent of the commission:

1. In any manner pull, injure or break any flower, fruit, plant, tree, grass, turf, pump or water fixtures, or other structure.
2. Write, paint or carve on any tree, bench or structure.
3. Climb any tree, or tie any horse to a tree.
4. Carry or discharge any firearms or fireworks or send up any balloon.
5. Ride or drive any animal or vehicle at a speed exceeding eight miles per hour. This shall not apply to the vehicles of the fire or police departments, ambulances or vehicles used by physicians when actually engaged in responding to emergency calls.
6. Permit any animal except horses and led dogs to enter said parks.
7. Obstruct in any way a roadway or path.
8. Carry any flowers or shrubs, firearms, sling-shot, ax, saw, shovel or spade within reservoir park.
9. Keep or offer anything for sale.
10. Post or display any sign, banner or advertisement.
11. Play any music.
12. Deliver any public speech.
13. Hold any public meeting or engage in any marching or driving, as members of a military, political or other organization.
14. Conduct any funeral procession or vehicles containing the body of a deceased person.

15. Solicit or invite passengers for hire for any boat or vehicle.

16. Build any fire.

17. Take any ice from any park waters.

18. Fish in any park waters.

19. Enter any place where the words "No Admittance" or "Keep Off" shall be displayed.

20. Enter or leave except at the established ways of entrance and exit.

21. Place or propel any boat or other craft upon park waters.

22. Land from any boat at a place not designated by said commission for that purpose.

23. Injure or unnecessarily disturb any fish, water fowl, birds or animals.

24. Occupy in any way the slopes of the river park, except as a landing place.

25. Hold any picnic at a place not designated for that purpose.

26. Play baseball, tennis nor any other game or sport at a place not designated for that purpose.

27. Bathe in any place not designated by the commission.

28. Violate the regulations relating to the use of any building or place.

29. Injure any notice posted by order of said commission.

Section 5. Any person violating any of the foregoing rules and regulations shall, upon conviction thereof before the mayor or any alderman of the city, be sentenced to pay a fine of not more than fifty dollars ($50) and the costs of prosecution, and in default of the payment thereof be imprisoned in the jail of Dauphin county for a period not exceeding thirty (30) days. 14 Sept., 1905. D, 421.

## Passenger Railways.

### [See STREETS—SUBWAYS.]

Acceptance of ordinance, &c., 16.
Consent of city, certificate, 11.
Consent of city, how given, 12.
Construction regulated, 13, 14.
  Dirt, snow, &c., not to be piled on streets, 1.
Highways to be put in good condition, promptly, 9.
Operations regulated, 15.
Penalty for failing to clear and sweep highways, 6.

Penalty for piling dirt, snow, &c., on streets, 2.
Penalty for violating ordinance as to construction, &c., 13, 14, 15.
Penalty for violating ordinance as to rails, &c., 10.
Repeal, 4, 17.
Solid grooved rail to be used, 7, 8.
Snow, dirt, &c., on streets, 1.
Snow to be removed, 5.
Supervisors to enforce ordinance, 3.

**Railway companies forbidden to place piles of snow, &c., on streets.**

1. That from and after the passage of this ordinance it shall be unlawful for any passenger or other railway company to place, or cause to be placed, any heap or heaps, or piles of ice, snow or dirt or other rubbish, upon any street or avenue in the City of Harrisburg traversed by said railways. 5 Feb., 1887. 4, 133, §1.

**Penalty.**

2. Any officer or employe of any of said railway companies, whose duty it shall be to superintend the tracks of said companies, who, on notice from either of the supervisors, shall refuse or

TAB 54

Appellate Case: 23-2166   Document: 010111010494   Date Filed: 03/05/2024   Page: 48

# ANNUAL REPORT

OF THE

# PARK COMMISSIONERS

OF THE

## CITY OF HAVERHILL

MASSACHUSETTS

For the Year Ending December 31, 1905.



THE WELCH PRESS
HAVERHILL, MASSACHUSETTS
1906

Digitized by Google

48½"

FEB 6 - 1922

## APPENDIX A.

### RULES AND REGULATIONS GOVERNING THE PUBLIC PARKS WITHIN THE CITY OF HAVERHILL.

#### Adopted 1905.

IT IS FORBIDDEN :

1. To drive any carriage, cart or horse, or to pass with any cycle, wheelbarrow or handcart upon any part of any public park except the regular carriage roads : to enter or drive within the parks in any automobile ; to do any teaming over the roadways of any park.

2. To drive, ride or cycle within the limits of the parks at a rate faster than eight miles an hour.

3. To allow animals of any kind to pass over or stay upon the park lands, providing that this shall not apply to dogs when closely led by a leash or chain along the regular roads or paths.

4. To hitch a horse or any other animal to any tree, shrub or fence, or to leave a horse untied or tied within reach of any tree or shrub.

5. To cut, break, deface, defile, ill-use or remove any building, fence or other construction, or any tree, shrub, plant, turf or flower, whether cultivated or wild, or to have possession of any freshly-plucked tree, shrub, flower, or plant, or any plant thereof.

6. To catch, or to endeavor to catch any birds or animals, or to disturb their nests or habitations.

7. To drop or deposit any remnant of food, any paper or waste of any sort upon the walks or grounds of any public park, or in any fountain or waters thereof, or in any manner to defile or polute the same.



8. To engage in any game or athletic sport except upon grounds that may be provided therefor.

9. To throw stones, balls or other missiles ; to discharge or carry firearms, torpedoes, firecrackers or fireworks ; to sell, offer or expose for sale any goods or wares ; to post or display in any manner within any park or upon the gates, fences or inclosures thereof. any advertisement, posters or written or printed notice of any description ; to play games of chance : to utter profane, indecent or threatening language ; to bathe or fish : to commit any nuisance or to annoy wilfully any visitor within the parks.

10. To light any fire for any purpose within any public park.

11. To refuse to obey such orders or requests of either of the park commissioners or of the superintendent or other agents of the commissioners, as shall have for their object the preservation of the parks and their contents or the maintenance of order and decorum within the limits of the park.

**It is also forbidden without the prior consent of the board of park commissioners, granted in writing and signed by the chairman or secretary of said board:**

12. To open any trench for any purpose within the limits of any public park or to stretch any wire, rope or chain across any part of such park.

13. To hold any public meeting or gathering for political or other purposes, or to make any oration or harangue, or to discharge any fireworks upon any public park.

**Whoever violates any of the provisions of the foregoing rules and regulations shall be punished therefor by a fine not exceeding $20.00.**

Digitized by Google

# TAB 55

# CHARTER

### ·OF THE

# CITY OF SAGINAW

## MICHIGAN.

### WITH AMENDMENTS THERETO,

#### AND THE

# ACTS OF THE LEGISLATURE

### RELATING TO OR AFFECTING
### THE
### CITY OF SAGINAW.

### YALE LAW LIBRARY

PRINTED BY AUTHORITY OF THE COMMON COUNCIL.

SAGINAW.
WM. K. MCINTYRE, PRINTER.
1905.



# TITLE XX.

## *Park and Cemetery Commissioners.*

Park and
cemetery
commission-
ers.

When and
how ap-
pointed.

Section 1.  At the first regular meeting of the common council of the city of Saginaw, after this act takes effect, there shall be created and constituted a new board of park and cemetery commissioners in and for said city, composed of five members, who shall be appointed by the mayor of the city of Saginaw and confirmed by the common council of said city, and who shall be electors of said city, no more than three of whom shall reside in any one taxing district or belong to the same political party, and who shall hold their office until the first regular meeting of the common council of said city in January, nineteen hundred six, and until their successors have been appointed and confirmed.

Term.

Sec. 2.  At the first regular meting of the com mon council in January, nineteen hundred six, their successors in office shall likewise be appointed by the mayor of the city of Saginaw and confirmed by the common council of the city of Saginaw, one for the term of one year, one for the term of two years, one for the term of three years, one for the term of four years and one for the term of five years, and annually thereafter the mayor of the city of Saginaw shall appoint one member of the board of park and cemetery commissioners, and the common council shall confirm such appointment, for the term of five years, and said electors shall constitute the board of park and cemetery commissioners of the city of Saginaw.  The members elected under this act shall.

When to
meet and
organize.

within ten days after their election, or such further time as the common council may fix, meet and organize such board of park and cemetery commissioners by the election of one of its members president, who shall hold his office one year.

Sec. 3.  Such board of park and cemetery commissioners shall hold regular meetings once a month,

to the corporation with such sureties as the board Board shall
shall approve, that he will perform the work or fur- contract
n'sh the material and supplies in accordance with responsible
his contract, and such board shall be the final judges Bidder to
as to who are responsible bidders, and on the failure furnish
of such bidder, within a reasonable time, to be fixed sureties.
by the board, to enter into bond with such surety as
before provided, the contract may be made with the
next highest responsible bidder, and so on until the
contract is effected by the contractor giving bond as
aforesaid: Provided, That the board may reject Proviso.
any and all bids, and that no member of the said
board shall be in any manner, either directly or in-
directly, interested in any contract.

Sec. 12.   The title of all property now or here- Parks, etc.,
after acquired for park purposes, park entrances, from all
park driveways and park boulevards, with all im- taxes.
provements and equipments, shall be held free from
all taxes and assessments by State, county or munici-
pality.

Sec. 13.   Such board of park and cemetery com- Annual re-
missioners shall annually, on the first Monday in port.
April, make a report to the council of their proceed-
ings in respect to parks, with a detailed statement
of their receipts and expenditures during the year;
and they shall also at the same time submit to the
council a detailed estimate of the amount of money
necessary to maintain and improve such park or
parks for the ensuing year.

Sec. 14.   The common council with the consent of Common
the board of estimates, may cause to be placed upon board of
the general tax roll and raised by tax, the same as may raise
other taxes, such sum as they may think proper to be mainten-
raised for each of the several objects of expenditures parks, etc.
estimated as aforesaid for the maintenance and im- by taxa-
provements of said parks, public grounds or baths,
or for the payment of any other expenses which said Public
commissioners are, by this act, authorized to incur. baths.
For the purpose of either establishing bathing
beaches, or erecting suitable buildings in connection

Fixing or marking dock lines.

therewith, establishing, fixing or marking dock lines, purchasing city property adjacent to the waters of the Saginaw river or its tributaries, or improving the same by filling or otherwise, or any or all combined. the common council shall have the power, with the approval of the board of estimates, to borrow upon the faith and credit of the city, upon the best terms they can make, and for such a time as they

May borrow sum not exceeding ten thousand dollars.

may deem expedient, a sum of money not exceeding ten thousand dollars, and shall have the authority to issue bonds pledging the faith and credit of said city for the payment of the prinicipal and interest of said bonds, which bonds shall be denominated "Park improvement bonds of the city of Saginaw," and

Park improvement bonds.

shall bear interest at a rate not exceeding four per cent per annum and shall mature in not more than

Council to provide for advertising and sale of bonds.

thirty years from date of issue. The common council shall have full authority to provide, by resolution, for the advertising and sale of said bonds, and the mannare thereof shall conform as near as practicable to the regulations prescribed by law for the

Money to be paid into the city treasury and credited to park fund.

issuance of sewer bonds. The moneys so raised, as well as any other moneys received from any source, shall be paid into the city treasury and credited to a fund to be styled the "Park fund," and shall be expended and paid out only for the purposes approved by the common council and the board of estimates.

All bills to be audited by commissioners.

Sec. 15.   All bills. accounts and claims of every character against the said department, shall, after having been duly audited by said commissioners and certified by them and the clerk, be transmitted to the city controller, who shall submit the same to the

Allowed by council.

common council with his approval or disapproval. When said bills, accounts and claims shall have been allowed by the common council the controller shall draw his warrant or warrants on the city treasurer

Proviso.

in payment therefor: Provided, however, That no bill, account or claim against said department shall be audited by the commissioners, unless it shall be accompanied by an affidavit of the person rendering it that he verily believes the services or property

therein charged have been actually performed or delivered to the city, and that the sums charged therefor are reasonable and just, and that to the best of his knowledge and belief no offset exists or payment has been made on account thereof, except such as are included or referred to in such bill. account or claim. All pay rolls shall be certified by said commissioners and clerk, and shall be delivered to the city controller, who shall draw his warrant for the payment thereof, and deliver the same to the city treasurer, together with said pay roll, and said city treasurer shall pay the amounts mentioned in said pay roll, to the persons entitled thereto. No debt or liability of any kind shall be created by said commissioners during any one fiscal year in excess of the moneys then in said fund. or which may have been authorized to be raised by the common council for said year. The commissioners may receive donations or bequests of money or property, which shall be used for the maintenance and improvement of the grounds under their charge as contemplated by such donations and bequests, which said money shall be paid into the city treasury by them, and warrants drawn against the same, as in case of other expenses of such department, for the purposes for which said donation or bequest shall have been made. *Pay rolls.* *No debt to be created in excess of money then in fund.* *Commissioners may receive donations, etc.* *To be paid into city treasury and warrants drawn as in case of other expenses.*

Sec. 16. It shall be unlawful for any person to cut, injure or deface any tree. building, fence or other erection in any of the said parks, park drives, park entrances or park boulevards, or to turn domestic animals or poultry of any description upon the same or permit them to wander thereon; to carry firearms within or to frighten, hurt or kill animals or birds belonging to the same, to hinder or to interfere with men employed upon the same. Such board of park and cemetery commissioners and their officers and employes shall have power to make arrests for misdemeanors committed within the precincts of any park. park entrance, park driveway or park boulevard under their management and control, whether within or without the limits of the city, or for the *It shall be unlawful for any person to injure any tree. building. etc.* *Commissioners and their officers shall have power to make arrests.*

May seize and impound cattle, etc., found at large in parks.

violation of any ordinances of said city. Such board of park and cemetery commissioners shall have power to seize and impound any cattle, horses, mules, donkeys, goats, swine, sheep or other animals, or any poultry of any description found running at large upon parks, park entrances, park driveways or park boulevards.

Rate of speed for vehicles.

Sec. 17. No person shall ride or drive in parks or boulevards at a rate of speed exceeding eight miles per hour, excepting that horses may be speeded on such parts of said boulevard or parks as may be set apart by said commissioners for that purpose, and then only under such regulations as the commissioners may prescribe.

Riding on footpath.

Sec. 18. No person shall ride, drive or draw any velocipede, bicycle, tricycle, wheelbarrow, hand cart, or any other vehicle or any horse or other animal on the foot-walks or sidewalks, grass plots or planted places of parks or boulevards or upon any other part or portion thereof excepting upon the carriage drives; and no person shall permit any vehicle or animal to stand upon such roadways or carriage drives to the obstruction of the way or inconvenience of travel, and no person shall solicit passengers for hire on either carts or boulevards, excepting by direction or permission of said commissioners.

Tying to trees.

Sec. 19. No person shall tie any animal to any tree or shrub, electric light tower, lamp post, fire hydrant or dock or building in said parks or boulevards, nor pluck, break, trample upon or interfere with any grass, flower, plant or shrub in any of such parks or boulevards, or climb, peel, cut, deface, remove injure or destroy any tree or shrub in any public park or boulevard or pasture any animal on the grass in any of said parks or boulevards, and no person shall stand, walk or lie upon any part of any public park or boulevard laid out or appropriated for shrubbery or for grass when there shall have been placed thereon a sign having the words ''keep off the grass'' or other similar words thereon.

Sec. 20. No person shall cut, break, or in any way injure any electric light tower, lamp post, fence, bridge, dock, building, fountain or other structure or property in or upon any of said parks or boulevards, and no person shall post or fix any notice or bill or other writing or printing on any tree, tower, lamp post, hydrant, curbstone, coping, flagstone, fence, dock, bridge, wall, buliding or other place under the charge or control of said commissioners. *Injury to lamp post, etc.*

Sec. 21. No person shall engage in any sport or exercise upon boulevards or parks as shall be liable to frighten horses, injure travelers or embarrass the passage of vehicles thereon. *Frightening horses, etc.*

Sec. 22. No person shall fire or discharge any gun or pistol, or carry firearms, or throw stones or other missiles within park boulevards, nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of any explosive character on said park or boulevard without the consent of said commissioners, and then only under such regulations as they shall prescribe. *Noise.* *Fire arms and explosives.*

Sec. 23. No person shall gamble, nor make any indecent exposure of himself or herself nor use any obscene language, or be guilty of disorderly conduct, or make, aid, countenance or assist in making any disorderly noise, riot, or breach of the peace, within the limits of parks or boulevards; and no person shall sell or dispose of any intoxicating liquors in or upon any public park without the consent of the said commissioners. *Gambling.* *Sale of liquors.*

Sec. 24. Any violation of the provisions of this act shall be punished in the police or justice's court, by a fine not to exceed one hundred dollars and costs, and in the imposition of any fine and costs, the court may make a further sentence that the offender may be imprisoned in the Saginaw county jail until the payment of such fine, for any period of time not exceeding ninety days. *Punishment.*

Sec. 25.   The police commissioners of the city of Saginaw, upon the request of said park and cemetery commissioners, shall detail for service in any of the grounds or property under the charge of said park and cemetery commissioners, so many of the police force as may be necessary to maintain order and protect the property thereon, and any policeman on duty on said grounds may remove therefrom any person who may violate any of the rules and regulations of said commissioners, or of any of the ordinances of said city, adopted as aforesaid, relating to said parks. public grounds or boulevards.

*Police to maintain order.*

Sec. 26.   No person shall place or deposit any dead carcass, ordure, filth or garbage of any kind on any public parks; and no person shall send or ride any animal into same, nor shall any person kill, molest or disturb any fish, fowl or animals kept thereon; and no person shall wade into or throw any wood, sand. stone. or other substance into any basin, pool, lake or fountain in any public park, or bathe or fish in any of the waters thereon, except in Saginaw river, where persons may bathe and swim, but only under such restrictions and conditions as may be prescribed by the police commissioners or board of park and cemetery commissioners.

*Filth, etc., not to be deposited on boulevard or parks.*

*Fishing.*

*Bathing .*

Sec. 27.   No person shall play at any game whatever in any of the said parks under the charge of said commissioners:  Provided, however, That ball, golf, croquet, cricket, lawn tennis and other like games or recreation may be played upon such portions of said parks as may be designated from time to time by the commissioners, and under such rules and regulations as may be prescribed by them.

*Playing games.*

Sec. 28.   No person shall expose any article or thing for sale, or do any hawking or peddling, in or upon said parks, without the consent of said commissioners, nor play upon any musical instrument or carry or display any flag, banner, target or transparency; nor shall any military or target company, or band or procession arrayed, march. drill or perform any evolutions, movements or ceremony

*Hawking and peddling.*

*Music.*

*Marching and drilling.*

TAB 56

Chicago School of Civics
and Philanthropy.

### AMENDMENTS TO

# "The Revised Municipal Code of Chicago of 1905"

(PASSED MARCH 20, 1905)

AND

# New General Ordinances

Passed by the City Council of the City of Chicago
Between March 20, 1905, and
December 31, 1906

Compiled and Arranged by
EDWARD J. PADDEN
Chief Clerk

### PRINTED BY ORDER OF THE CITY COUNCIL

ADRIAN C. ANSON
City Clerk
Chicago, Illinois

DECEMBER, 1906

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Appellate Case: 23-2166   Document: 010111010494   Date Filed: 03/05/2024   Page: 62

SECTIONS 1554 *to* 1569 *inclusive.* (*As amended April 7*, 1906, *pages* 3454 *to* 3456, *Council Proceedings.*)

## ARTICLE I. (CHAPTER XLV.)

### PARKS, PUBLIC PLAY GROUNDS AND BATHING BEACHES.

**1554. Bureau Established**].—There is hereby established a bureau of the Municipal Government to be known as the Bureau of Parks, Public Play Grounds and Bathing Beaches, which shall embrace the Superintendent of City Parks, Superintendent of Public Play Grounds and Bathing Beaches, the Secretary, and such other employees as the City Council may by ordinance provide. Such Bureau shall be under the sole supervision and control of the Special Park Commission as constituted by a resolution of the City Council passed November 6, 1899, and amended November 27, 1899.

**1555. Superintendent of City Parks—Duties**].—There is hereby created the office of Superintendent of City Parks. He shall be under the immediate jurisdiction and control of the Special Park Commission, and shall have the management and control of all City Parks, Public Squares, and other open spaces at street intersections, subject to the supervision of said Commission, and he shall also perform such other duties as the said Commission shall direct. He shall have full power, direction and control over all such employees as may be provided for by the City Council in connection with the improvement, maintenance and management of such Parks, Squares and other open spaces.

**1556. Superintendent of Public Play Grounds and Bathing Beaches—Duties**].—There is also hereby created the office of Superintendent of Public Play Grounds and Bathing Beaches. He shall be under the immediate jurisdiction and control of the Special Park Commission and shall have the management and control of all Public Play Grounds and Bathing Beaches, and of all matters pertaining to the administration, improvement, conduct and regulation thereof, subject to the supervision of said Commission; and shall also perform such other duties as the said Commission shall direct. He shall have full power, direction and control over all such employees as may be provided for by the City Council in connection with the improvement, maintenance and management of such Public Play Grounds and Bathing Beaches.

**1557. Secretary—Duties**].—There is also hereby created the office of Secretary of the Bureau of Parks, Public Play Grounds and

Google

Original from
UNIVERSITY OF MICHIGAN

Bathing Beaches. Said Secretary shall perform all clerical duties required in and about said Bureau, and shall keep a full and comprehensive record in all matters pertaining to said Bureau. He shall also perform such other duties as he may be required to perform by the Special Park Commission.

**1558. Jurisdiction and Superintendence].**—The Special Park Commission shall have jurisdiction over all Public Play Grounds and Bathing Beaches which are under the direct control of the city, and also over all City Parks, Public Squares, and other open spaces at street intersections, including the following: Ellis Park, Douglas Monument Park, Aldine Square, Lakewood Park, Green Bay Park, Oak Park, Washington Square Park, Kedzie Park, Bickerdyke Square, Congress Park, Irving Park, Jefferson Park, Gross Park, De Kalb Square, Norwood Park, Dauphin Park, Eldred Park, Austin Park, Merrick Park, Holden Park, Schoenhofen Park, Normal Park, Barnard Park, Fernwood Park, Seventy-second Street Park, Rosalie Park, Crescent Park, Kosciuski Park, Powell Park, Adams Park, Triangle at Lincoln avenue, North Clark and Wells streets; Triangle at North Clark, Belden avenue and Sedgwick streets; Triangle at Clark, La Salle and Eugenie streets.

It shall also be the duty of said Special Park Commission to superintend all of said parks, public play grounds and bathing beaches, and wherever the same are enclosed to keep the fences thereof in repair; also to keep all walks in order and trees properly trimmed, and to improve the same from time to time as shall be determined upon by the said Commission, subject to the approval of the City Council.

**1559. Police Powers of Officers of Bureau].**—The Superintendent of City Parks, the Superintendent of Public Play Grounds and Bathing Beaches, the Secretary of said Bureau, and any other employee of said Bureau in charge of any Park, Public Play Ground or Bathing Beach, shall have full police powers, and for that purpose shall be sworn in as special policemen by the Superintendent of Police, and furnished with suitable badges of authority, and shall have also full power to eject from the Public Play Ground any person who acts in a disorderly manner, or in a manner calculated to injure the property of the City within such Public Play Ground, or in a manner calculated to interfere with the full enjoyment of same by the public.

## ARTICLE II.

### GENERAL REGULATIONS.

**1560. Entrance and Egress].**—Wherever any Park, Public Play



UNIVERSITY OF MICHIGAN

Ground or Bathing Beach of the City is enclosed, no person shall enter or leave the same except by the gateways. No person shall climb or walk upon the walls or fences thereof. Any of the entrances to such Parks, Public Play Grounds or Bathing Beaches of the city may be closed at any time by the direction of the officer or employee in charge of same.

**1561. Animals Prohibited**].—No person shall turn or lead any cattle, horses, goat, swine or other animals into any of such Parks, Public Play Grounds or Bathing Beaches.

**1562. Firearms—Missiles**].—All persons are forbidden to carry firearms or to throw stones or other missiles within any of the Parks, Public Play Grounds or Bathing Beaches of the City, and all persons are forbidden to cut, break or in any way injure or deface trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property contained therein.

**1563. Peddling and Hawking Prohibited**].—No person shall expose any article or thing for sale within any such Parks, Public Play Grounds or Bathing Beaches, nor shall any hawking or peddling be allowed therein.

**1564. Indecent Words—Fortune Telling**].—No threatening, abusive, insulting or indecent language shall be allowed in any part of such Parks, Public Play Grounds or Bathing Beaches; nor shall any conduct be permitted whereby a breach of the peace may be occasioned; nor shall any person tell fortunes or play any game of chance at or with any table or instrument of gaming, nor shall any person commit any obscene or indecent act therein.

**1565. Bill Posting Prohibited**].—No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any such Park, Public Play Ground or Bathing Beach belonging to the city, nor upon any of the gates or inclosures thereof.

**1566. Prohibited Uses**].—No person shall play upon any musical instrument, nor shall any person take into, or carry or display in any Park, Public Play Ground or Bathing Beach, any flag, banner, target or transparency, nor shall any military company parade, drill, or perform therein, any military or other evolutions or movements, without a special permit from the Special Park Commission.

**1567. Bonfires**].—No person shall light, make or use any bonfire in any such Park, Public Play Ground or Bathing Beach.

**1568. Grass**].—No person shall go upon the grass, lawn or turf



Original from
UNIVERSITY OF MICHIGAN

of any of the City Parks, except when and where the word "common"
is posted, indicating that persons are at liberty at that time and place
to go on the grass.

**1569. Penalty**].—Any person who shall violate any of the pro-
visions in this article shall be fined not less than five dollars nor more
than one hundred dollars for each offense.

SECTION 1592. (*As amended May* 21, 1906, *page* 415, *Council Pro-
ceedings.*)

**1592. Peddlers from Wagons—General Peddlers—Fish Peddlers
—Oil Peddlers—Wood Peddlers—License Fee**].—The fee to be charged
for a license to peddle from a wagon or other vehicle drawn or pro-
pelled by animal power other than that supplied by a human being or
drawn or propelled by mechanical power shall be fifty dollars per an-
num. Such license shall entitle the licensee to use one such wagon or
similar vehicle in and about his business. For each additional wagon
or other similar vehicle used by him in and about his business he shall
pay an annual license fee of fifty dollars. Provided, however, that per-
sons desiring a license to peddle fish, solely, from a wagon or other
similar vehicle on Thursdays and Fridays of each week only, may be
licensed for such purpose and shall be required to pay for such license
the sum of fifteen dollars per annum for each and every wagon used by
such licensee for that purpose.

Provided, also, that the licenses issued to persons who pay $15.00
per annum only therefor, shall be plainly stamped or marked so as
to indicate that the licensee is authorized to peddle fish on Thursdays
and Fridays of each week only, and that all tags issued to such li-
censees who pay such sum of $15.00 per annum shall be of a different
design from tags issued to peddlers who pay $50.00 per annum as li-
cense fees.

SECTIONS 1594 *and* 1595. (*See "Peddling, Free Permits for, Etc.,"
page* 129 *post.*)

SECTIONS 1616, 1620, 1621, 1631, 1633, 1635, 1639, 1644, 1646,
1647, 1653, 1656, 1658, 1664, 1667, 1680 and 1705. (*As amended June*
18, 1906, *pages* 912 *to* 914, *Council Proceedings.*)

**1616. Stop Cocks**].—Every service pipe shall be provided with



Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

TAB 57

# The Municipal Code

OF

## The City and County of Denver

Approved April 12, 1906

---

CONTAINING ALSO

## Article XX of the Constitution of Colorado
## The Charter Adopted March 29, 1904
## Liquor Ordinances of Annexed
## Towns and Cities

---

COMPILED BY

### CHARLES W. VARNUM
### AND J. FRANK ADAMS

OF THE DENVER BAR

---

Published by Authority of the Council of the City
and County of Denver

---

DENVER, COLORADO
THE SMITH-BROOKS COMPANY
1906

## CHAPTER XXXIV.

Parks, Boulevards and Bicycle Paths.

**Section 1364. Hours and Months Open.** The parks shall be open daily to the public from five o'clock in the morning until 11 o'clock at night during June, July, August and September, and from 7 o'clock in the morning until 10 o'clock at night during the balance of the year, and no person not an employe of the parks shall enter or remain in them at any other time.

**Sec. 1365. When Closed.** In case of emergency or wet weather, or where, in the judgment of the superintendent, the public interest demands it, the driveways or other portions of any parks may be closed to the public.

**Sec. 1366. Funerals.** No funeral procession or hearse or any vehicle carrying a corpse will be allowed upon any part of the parks without previous written consent of the park commissioners.

**Sec. 1367. Prohibited Acts.** All persons are forbidden to enter or leave the parks except by the walks, paths or drives; to lead or allow to be loose any animal upon park premises (except that dogs may be led or carried, but not allowed loose) ; to throw stones or other missiles by hand or otherwise, to carry or discharge firearms, or to set off any fireworks or similar things in the parks; to cut, mark, break or climb upon, or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges or other structure or property within or upon park premises; to bring upon park premises any tree, shrub or plant, any newly plucked branch or portion of a tree, shrub or plant; to race with horses or bicycles, or to ride or drive faster than six miles per hour on any of the park drives or boulevards (except the speedways) ; to drive any animal or vehicles anywhere in the parks, except in the drives, or to allow them to stand unattended, except at the hitching places especially provided for such purposes; to obstruct the drives or paths; to solicit patronage for any vehicle for hire upon any park premises without special permission in writing from the park commissioners; to drive or take any job or freight wagon in or upon any of the parks except those in park employ, private wagons conveying families, or upon special written permission from the park commissioners; to trail vehicles; to use threatening, abusive, insulting, indecent, obscene or profane language, or to be guilty of

drunkenness or indecency in or upon any of the parks; to lie or sleep on the benches or to lie in indecent positions; to tell fortunes or to play games of chance; to offer any article or thing for sale except by written permission of the park commissioners; to distribute or expose any kind of circulars or advertisements, or post, stencil or otherwise affix any notice, or bills or other paper upon any structure or thing in or about the park premises; to bathe or fish in, or to go or ride upon, or to send any animal into or to throw or place any article or thing in any of the waters of the parks, or to disturb any of the fish, water fowl or other birds, or any animal belonging to or preserved in the parks; or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park, or to parade, drill or perform therein any military or other evolutions or movements as a military or target company, civic or otherwise, without the written consent of the park commissioners; to light, make or use any fire therein unless an employe of the parks duly authorized; to go on foot or otherwise upon the grass, lawn or turf of the parks wherever the sign "Keep Off the Grass" is shown. No shrubs, plants or flowers shall be taken or given away from any of the parks without written permission from the park commissioners, except for the decoration of soldiers' graves, to be cut under the direction of the superintendent of the parks, for use May 30 of each year.

Sec. 1368. **Pavements, Sidewalks, Roadways, Grass Plats, Etc.** No person shall dig, injure or tear up any pavement, sidewalk, cross-walk, grass plat or roadway, or any part thereof, or of any boulevard or pleasureway, without first having obtained the written permission of the park commissioners.

Sec. 1369. **Water Pipes and Sewers.** No person shall dig down to, expose or tear up, disconnect or connect with any of the water pipes or sewers in or under any pleasureway or boulevard without first having obtained the written permission of the park commissioners.

Sec. 1370. **Moving Buildings.** No person shall move any building along, across or upon any park, pleasureway or boulevard without first having obtained the written permission of the park commissioners.

Sec. 1371. **Meetings.** No gathering or meeting of any kind, nor public speaking, shall be permitted in the parks without the written permission of the park commissioners.

Sec. 1372. **Political Meetings.** No gathering or meeting for political purposes in the parks shall be permitted under any circumstances.

**Sec. 1373. Intoxicating Liquors.** No intoxicating liquor shall be alowed to be sold or given away within said parks.

**Sec. 1374. Straw, Dirt, Ashes, Rubbish, Etc.** No person shall place any waste paper, straw, dirt, chips, shells, ashes, swill or other rubbish, though not offensive to health, in or upon any park or pleasureway or any part thereof.

**Sec. 1375. Unmanageable Horses.** No unbroken or unmanageable horses will be permitted in the parks nor will the training of horses therein, or other animals, be allowed.

**Sec. 1376. Tents, Booths, Etc.** No person shall be permitted to build or place any tent, building, booth, stand or other structure in any of said parks without first obtaining the written permission of the park commissioners.

**Sec. 1377. No Bicycles on Speedway.** No bicycle or tricycle shall be permitted upon any speedway in any park.

**Sec. 1378. Bicycle Privileges and Requirements.** Bicycles or tricycles shall possess all the rights and privileges now accorded to carriages drawn by horses (except upon the speedways), and shall strictly comply with all the rules of the road, and in addition thereto will be subject to the following rules and regulations:

a. Machines must not be stacked within twenty feet of the driveways, although wheelmen may rest them at proper times and places.

b. Not more than two machines may be ridden abreast.

c. Riding crosswise and curving to and fro are strictly prohibited.

d. Children riding small machines and invalid wheel chairs may use the footwalks.

e. Coasting is prohibited except on safety machines provided with brakes.

The feet must not be elevated above three-quarters of the radius of the front wheel above the axle thereof, and the riders must not take hands off the handles.

Wheelmen must follow the ordinary rules of the road. In meeting an opposing vehicle they must pass on the right-hand side. In passing a vehicle moving in the same direction, they must pass on the left-hand side. The rule restricting speed to six miles an hour must be observed.

In any place where a bicyclist meets or overtakes any horse which may become restive, such bicyclist will take every precaution, by dismounting or otherwise, to avoid danger.

**Sec. 1379. Automobiles—Rules for.** The following orders of the park commission are hereby declared to be in full force and

17

effect, and it shall be unlawful for any person or persons to violate said orders, or any of them, viz.:

1. No person shall ride or drive any automobile, motorcycle, locomobile, steam or gasoline wagon or any other vehicle or conveyance, for the carriage of passengers or commodities, other than conveyances drawn by horses or other animals, within the limits of City park, or in any of the other public parks, at a rate of speed greater than eight (8) miles an hour.

2. After seven o'clock p. m., between the 1st day of May and the 1st day of November, and after six o'clock p. m., between the 1st day of November and the 1st day of May, in each year, no person shall ride or drive any automobile, motor-cycle, locomobile, steam or gasoline wagon, or other vehicle or conveyance for the carriage of passengers or commodities other than vehicles drawn by horses or other animals, within the limits of City park, without displaying on each side of such automobile, locomobile, steam or gasoline wagon, or upon the front of such motor-cycle, and in a conspicuous place, a lighted lamp.

**Sec. 1380. Rules of Speedway.** Rule I. This speedway is intended for the pleasure of speeding horses in light road wagons or buggies.

Rule II. All drivers must turn to the right on entering the gates and follow the same direction while on the speedway.

Rule III. No two-wheeled vehicles will be permitted on the speedway from 12 m. to 10 p. m.

Rule IV. All carriages, hacks, phaetons and two or more seated vehicles are also excluded from driving on the speedway.

Rule V. Women drivers are not accorded the privileges of the speedway.

Rule VI. Bicycles are strictly prohibited.

Rule VII. When jogging or resting horses, drivers must keep to the outer edge of the speedway.

Rule VIII. Reckless driving or any abuse of horses will not be allowed.

Rule IX. No unbroken or unmanageable horses will be permitted on the speedway.

**Sec. 1381. Duties of Park Police.** It shall be the duty of the park police, appointed to duty in the parks, without warrant, forthwith to arrest any offender against the preceding rules and regulations whom they may detect in the commission of such offense, and to take the person or persons so arrested forthwith before a magistrate having competent jurisdiction.

**Sec. 1382. Written Reports.** It shall be the duty of the park police appointed to duty in parks, at the termination of

TAB 58

*m̃₁∂*

# PENAL
# ORDINANCES

## OF THE

## CITY OF LOS ANGELES

Containing all Penal Ordinances in force on June 14, 1921,
ending with Ordinance   No. 42,021 (New Series)

Compiled by
### JESS E. STEPHENS,
City Attorney

and

### E. H. DELOREY
Deputy City Attorney

Indexed by
### PARKER & STONE CO., Law Publishers



Published under direction of the City Council
by
PARKER & STONE CO., Law Publishers
232 New High Street

BE IT RESOLVED, that the book of compiled penal or-
dinances of the City of Los Angeles, as published by the
Parker & Stone Publishing Company, be and the same is hereby
designated as and declared to be the official publication of the
said ordinances.

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES,    } SS.
CITY OF LOS ANGELES.

    I, Robt. Dominguez, City Clerk of the City of Los An-
geles, do hereby certify that the foregoing is a full, true and
correct copy of the resolution adopted by the City Council of
the City of Los Angeles, at its meeting of January 26, 1922.



In Witness Whereof, I have hereunto
set my hand and seal of the said city
this 26th day of January, 1922.

                        ROBT. DOMINGUEZ,
*City Clerk of the City of Los Angeles.*

APR **18** 1923

### BRICKYARDS DISTRICT.
ORDINANCE No. 13,077 (New Series).
Approved July 14 ,1906.

An Ordinance regulating the location of brick yards in the City of Los Angeles.

Section 1.  It shall be unlawful for any person, firm or corporation to establish, conduct or maintain, or to assist in establishing, conducting or maintaining, any brick yard or any establishment, factory or place for the manufacture of brick within that certain district in the City of Los Angeles bounded and described as follows, to-wit:

Beginning at the intersection of the center line of Alameda Street with the center line of Alpine Street; thence northwesterly along said center line of Alpine Street to the center line of Buena Vista Street; thence northeasterly along said center line of Buena Vista Street to the center line of Bernardo Street; thence northwesterly along said center line of Bernardo Street to the center line of Adobe Street; thence southwesterly along said center line of Adobe Street 800 feet to a point; thence northwesterly in a direct line to the intersection of the center line of Innes Avenue with the center line of Sunset Boulevard; thence northwesterly along said center line of Sunset Boulevard to the center line of Alvarado Street; thence northeasterly along said center line of Alvarado Street to the center line of Effie Street; thence northwesterly along said center line of Effie Street to the northerly boundary line of the City of Los Angeles; thence westerly along said boundary line to the westerly boundary line of said City of Los Angeles; thence southerly along the old west patent boundary line of the City of Los Angeles to the center line of Seventh Street; thence southeasterly along said center line of Seventh Street to the center line of Alameda Street; thence northerly along said center line of Alameda Street to the point of beginning.

Provided, however, that this Ordinance shall not apply to any person, firm or corporation conducting or maintaining any brick yard, or any establishment, factory or place for the manufacture of brick within the hereinbefore described district, on the 22d day of January, 1906, who shall, within ten days after the taking effect of this Ordinance execute and deliver a good and sufficient bond to the City of Los Angeles in the sum of $1000.00, with two or more sureties, to be approved by the said City Council, conditioned for the removal of such brick yard, establishment or factory from said district within two years from the 22d day of January, 1906.

Sec. 2.  Any person violating any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor and shall be punished by a fine of not more than $200, or by imprisonment in the City Jail for a period of not more than fifty days, or by both such fine or imprisonment, and every day during which any violation of this Ordinance continues shall be deemed a separate offense and shall be punished as in this section provided.

### REGULATIONS FOR PUBLIC PARKS.
ORDINANCE No. 13,182 (New Series).
Approved August 13, 1906.

An Ordinance prescribing the rules and regulations for the government of the public parks of the City of Los Angeles and regulating the use of public streets in and about such public parks, and prescribing the penalty for violation of the same.

Section 1.  That the rules and regulations hereinafter prescribed shall govern the public parks of the City of Los Angeles.

Sec. 2.  That within the limits of any of said parks, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1.  To lead, or let loose any cattle, horse, mule, gote, sheep, swine,

dog or fowl of any kind, provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2.  To carry or discharge any fire arms, firecrackers, rockets, torpedoes, or any other fireworks, or air gun or slingshot.

3.  To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant or flower; or to mark or write upon any building monument, fence, bench, or other structure.

4.  To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5.  To distribute any hand-bills or circulars, or to post, place or erect any bills, notice, paper, or advertising device or matter of any kind.

6.  To swim, bathe, wade in, or pollute the water of any fountain, pond, lake or stream.

7.  To make or kindle a fire for any purpose.

8.  To camp or lodge therein.

9.  To ride or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purpose.

10.  To indulge in riotous, boisterous, threatening, or indecent conduct, or abusive, threatening, profane or indecent language.

11.  To sell, or offer for sale, any merchandise, article or thing, whatsoever, without the written consent of the Board of Park Commissioners.

12.  To hitch, or fasten any horse, or other animal, except at a place especially designated and provided for such purpose.

13.  To ride or drive at a rate of speed exceeding fifteen miles per hour, except upon the road or roads specially provided and set apart by the Board of Park Commissioners for faster driving.

14.  To ride or drive any horse or animal not well broken and under perfect control of the driver.

15.  To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, shells, credit, or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming.

16.  To practice, carry on, conduct, or solicit for any trade, occupation, business, or profession, without the permission of the Board of Park Commissioners.

17.  To row, or sail on any pond, lake or waters in any boat, excepting one provided for that purpose by the Board of Park Commissioners, or holder of boating privileges, without first obtaining the permission of the Board of Park Commissioners.

18.  To drive, or have any dray, truck, wagon, cart, or other traffic vehicle (carrying goods or regularly used or employed in carrying goods, merchandise, lumber, machinery, oil, manure, dirt, sand or soil or any article of trade or commerce or any offensive article or material whatsoever) upon any road or drive, except such as may be especially provided or designated for such use.

18-a.  It shall be unlawful for any person to drive any truck, dray, wagon, cart or other traffic vehicle of more than one ton capacity carrying or regularly used or employed in carrying goods, wares, merchandise, lumber, machinery, oil, manure, dirt, sand, soil or any article of trade or commerce along or upon any road or drive in Griffith or Elysian Parks without first securing a permit so to do from the Board of Park Commissioners.  (Section added by Ord. No. 39,604 (N. S.), approved December 8, 1919.)

19.  To play, or engage in any game, excepting at such place as shall be especially set apart for that purpose.

20.  To remain, stay or loiter, in any public park between the hours of 10:30 o'clock p. m. and 5 o'clock a. m. of the following day.

CITY OF LOS ANGELES                    43

[As amended by Ordinance No. 31,868 (New Series), approved February 25, 1915.]

Sec. 3.  No company, society, or organization of more than twenty-five persons shall hold or conduct any picnic, celebration, parade, service, or exercise in any public park, without first obtaining permission from the Board of Park Commissioners, and it shall be unlawful for any person to take part in any picnic, celebration, parade, service, or exercise held or conducted contrary to the provisions hereof.

Sec. 4.  It shall be unlawful for any person having the control or care of any dog to suffer or permit such dog to enter or remain in a public park unless it be led by a leash of suitable strength not more than six feet in length.

Sec. 5.  It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

Sec. 6.  It shall be unlawful for any person to fish in any public park without first obtaining from the Board of Park Commissioners a written permit so to do, designating the manner, time and place in which such person may fish.

Sec. 7.  It shall be unlawful for any persons to assemble, collect or gather together in any walk, driveway, passage way or pathway in any park or in any other place set apart for the travel of persons or vehicles in or through any park or to occupy the same so that the free passage or use thereof by persons or vehicles passing along the same shall be obstructed in any manner.

Sec. 8.  It shall be unlawful for any person or persons to sell, expose for sale or offer to sell, in or along any public street, lane or thoroughfare, adjoining any public park, in the City of Los Angeles, within 200 feet of any entrance to said park, any goods, wares or merchandise of any kind whatsoever.

Sec. 9.  It shall be unlawful for any person or persons to stand, keep or expose for hire, any wagon, carriage or other vehicle, in or along any public street, lane or thoroughfare, adjoining or approaching any public park in said city, within 200 feet of any entrance to such park.

Sec. 10.  It shall be unlawful for any male person over the age of eight years to occupy any bench or seat, or to stay, loiter or remain in any pavilion, or other structure in any park which shall be reserved and designated by the Board of Park Commissioners for the use of women and children only.

Sec. 11.  It shall be unlawful for any person to hold, conduct or address any public assemblage, meeting or gathering, or to make or deliver any public speech, lecture, or discourse, or to conduct, or take part in any public debate, or discussion, in any public park within the City of Los Angeles, without first having obtained a permit in writing from the Board of Park Commissioners of said city.

Sec. 11-b.  It shall be unlawful for any parent or guardian, or any person having the custody of any child under the age of eight years, to cause, permit or allow such such child to enter or visit any public park having a lake within the boundaries of such park, in the City of Los Angeles, unless such child be accompanied by a person of not less than sixteen years of age.

[New section added by Ordinance No. 31,363 (New Series), approved December 4, 1914.]

Sec. 12.—All foremen and employes in public parks are hereby given the power and authority of special policemen for the purpose of making arrests for any violation of the provisions of this Ordinance.

Sec. 13.  Any person who shall violate any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor; and upon conviction thereof shall be punishable by a fine of not less than five dollars, nor more than two hundred dollars, or by imprisonment in the City Jail

44                    PENAL ORDINANCES OF THE

for not less than five days nor more than six months, or by both such fine and imprisonment.

Sec. 14. That all Ordinances and parts of Ordinances in conflict herewith are hereby repealed.

---

### TAKING WATER FROM WATER MAINS.
#### ORDINANCE No. 13,281 (New Series).
Approved Aug. 29, 1906.

An Ordinance of the City of Los Angeles, making it unlawful to take water from, or in any way to break, tap or injure any water main, pipe, conduit, hydrant, reservoir, or ditch, of said City, without permission to do so from the Board of Water Commissioners, thereof.

Section 1. It shall be unlawful for any person to draw or take or cause to be drawn or taken, any water from any water main, pipe, conduit, hydrant, reservoir or ditch of said City of Los Angeles, without permission to do so from the Board of Water Commissioners of said City.

Sec. 2. It shall be unlawful for any person to break, tap or in any way injure, any water main, pipe, conduit, hydrant, reservoir or ditch of the City of Los Angeles, without permission to do so from the Board of Water Commissioners of the said City of Los Angeles.

Sec. 3. Any person violating any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof, shall be punished by a fine of not more than $100.00 or by imprisonment in the City Jail for a period of not exceeding 50 days, or both such fine and imprisonment.

---

### EMPLOYMENT AGENCIES.
#### ORDINANCE No. 13,348 (New Series).
Approved September 18, 1906.

An Ordinance regulating Employment or Intelligence agencies or offices in the City of Los Angeles.

Section 1. That no license to conduct, manage or carry on any employment or intelligence agency or office, or any office, agency or place where employment is procured or provided for, or furnished to or for any person, shall be issued to any person, except upon a permit in writing previously granted by the Board of Police Commissioners of the City of Los Angeles and filed with the City Clerk, authorizing the issue of such license to such person, firm or corporation, and specifying the location of such employment agency. That no such permit shall be granted except upon the written application of the person, firm or corporation, desiring the same, which application shall be filed with said Board, signed by the applicant, and shall specify the place where such employment or intelligence agency or office is to be located or carried on.

Sec. 1½. Before filing said application the applicant shall deposit with the City Tax and License Collector a sum sufficient to cover the license for the quarter immediately succeeding the issuance of said license. Said City Tax and License Collector shall issue a receipt for the amount so deposited, and said applicant shall exhibit said receipt to the Secretary of the Board of Police Commissioners, who shall thereupon file said application if the same is in due form; no application shall be filed except upon the production of said receipt. If said application be granted, said deposit shall be retained by said City Tax and License Collector in payment for the license for the quarter next succeeding the issuance of said license. If said application be denied, said City Tax and License Collector, upon notification in writing from the secretary of said Board to the effect that said application has been denied, and upon the surrender of said receipt, shall return said deposit to said applicant.—[New sec. added by Ord. No. 15,291 (N. S.), approved August 27, 1907.]

Sec. 2. That the Board of Police Commissioners is hereby empowered to revoke the permit of any person, firm or corporation when-

TAB 59

# REVISED ORDINANCES
## OF 1907-8

# Charter and Ordinances

OF THE

# City of Ann Arbor

*4 6 5 9 1*

PRINTED BY AUTHORITY
OF THE COMMON COUNCIL

COMPILERS :
J. W. DWYER
S. W. BEAKES

ANN ARBOR, MICHIGAN
1908


Digitized by Google


Original from
UNIVERSITY OF MICHIGAN

340          ORDINANCES OF THE

lots or premises, shall fail to come to the notice of
the owner, owners, agent or agents thereof, and such
notice has expired, or if such owner, owners, agent
or agents shall not within thirty days make such con-
nections, the city shall then cause such connections
to be made, and the expense thereof shall be assessed
upon the property for the benefit for which connec-
tion was made, and such assessment shall be a lien
upon the said property until paid, and such lien shall
have the same force and effect as is provided in case
of other special assessments.

SEC. 19.  This ordinance shall take effect and be
in force from and after legal publication.

---

## PARKS.

### An Ordinance Relative to Parks, Boulevards and Lawn Extensions Within the City of Ann Arbor, Michigan.

(Passed October 7, 1907; approved October 16, 1907.)

*The Common Council of the City of Ann Arbor or-
dain:*

SECTION 1.  No swine, goat, cattle or other ani-
mals excepting horses, shall be permitted on the road-
ways.

SEC. 2.  No sleighs or sled shall be drawn on the
roadways without sufficient number of bells attached
to give warning of its approach.

SEC. 3.  No fast driving or speeding permitted, ex-
cept upon places set apart for the purpose.

SEC. 4.  No placard, notice or advertisement of
any kind or nature shall be distributed, posted or at-
tached to anything movable or immovable on park
or Boulevard property.

Digitized by Google          Original from UNIVERSITY OF MICHIGAN

SEC. 5.  No driveway connecting the Boulevard with any premise shall be constructed except by special permit of the Board.

SEC. 6.  No bicycle, wheelbarrow, handcart or other vehicle or any horse or other animal shall be permitted on the foot-walks, sidewalks, grass plats or planting places.

SEC. 7.  No sport or exercise shall be indulged in that is liable to frighten horses, injure travelers or embarrass the passage of vehicles.

SEC. 8.  No gambling shall be permitted.

SEC. 9.  No booth, tent, stall or other structure shall be erected for any purpose, and no hawking or peddling shall be done or article or thing exposed for sale except by permission of the Board of Park Commissioners.

SEC. 10.  Picnics may be held in such parts of the Parks as shall be designated for that purpose, subject to such regulations as may be made by the Board, but no refreshments of any kind shall be permitted to be sold or offered for sale in connection therewith; and no person shall join any picnics without the consent of the persons of whom it shall be composed, or shall in any manner disturb or interfere with the same.

SEC. 11.  No indecent exposure of person, disorderly conduct, noise, riot or breach of the peace, nor the use of obscene language will be permitted.

SEC. 12.  No person shall solicit passengers for hire excepting upon special permit of the Board.

SEC. 13.  No person shall enter any building, enclosure or space upon which the words "no admittance" or similar sign is posted.

SEC. 14.  No person shall stand, walk, ride or lie upon any place laid out and appropriated for shrub-

 Google

Original from
UNIVERSITY OF MICHIGAN

342                 ORDINANCES OF THE

bery or grass when there shall have been placed there-
on a sign forbidding the same.

SEC. 15.   No person wearing spiked or cleated
shoes shall stand or walk upon any lawn or lawn ex-
tension in any public street.

SEC. 16.   No person shall fire or discharge any gun
or pistol; carry fire-arms, kindle or build fires or
throw stones or other missiles.

SEC. 17.   No person shall fire, discharge or set off
any rocket, cracker, torpedo, squib or other fireworks
or things containing any substance of an explosive
character without written permission from the Board
of Park Commissioners.

SEC. 18.   No dead carcass, ordure, filth, dirt, stone,
wood, ashes, garbage, matter, substance or rubbish
of any kind shall be placed or deposited in any public
park or space.

SEC. 19.   No animal shall be tied to any tree,
shrub, building or other park fixture in any public
park, space or lawn extension, except as provided
therefor.

SEC. 20.   No tree, shrub, or plant shall be plucked,
broken, trampled or climbed upon, peeled, cut, de-
faced, removed, destroyed or injured in any manner.

SEC. 21.   No fence, bridge, building or other struc-
ture or property of any kind shall be defaced, cut,
written upon, removed or in any manner injured or
destroyed.

SEC. 22.   No person shall dig, remove or carry
away any sward, sand, earth or material of any kind.

SEC. 23.   Intoxicated persons not permitted on
Park property.

SEC. 24.   No person shall molest or in any man-
ner disturb or annoy the fish or other animals which
may be placed in any fountain, pool or basin in any
public park or space.

Digitized by Google                    Original from
UNIVERSITY OF MICHIGAN

SEC. 25.  The driveways of the parks known as "Cedar Bend Park" and "The Glen" or "Cedar Bend Ave." are hereby set aside for the exclusive use of horses and light carriages.

SEC. 26.  No person or persons shall drive or propel any automobile or any other motor vehicle on the driveways of the parks known as "Cedar Bend Park" and "The Glen," or "Cedar Bend Ave."

SEC. 27.  The person or persons in charge of the public parks or spaces shall have and possess the powers of policemen, and it is hereby made the duty of such person or persons to observe that the provisions of this ordinance are strictly complied with, and to make complaint to the Justice Court for any violation of its provisions.

SEC. 28.  Any person violating any of the provisions of this ordinance shall be punished by a fine not exceeding fifty dollars for each offense, and on imposing such fine, the court may make a further sentence that in default of the payment of such fine, the offender may be imprisoned in the common jail for the County of Washtenaw until the payment thereof, for any period not exceeding thirty days.

This ordinance shall take effect and be in force on and after ten days from legal publication.

 Google

Original from
UNIVERSITY OF MICHIGAN

TAB 60

Oil City, Pa. Ordinances, etc.

# A DIGEST

OF THE

# Ordinances and Principal Resolutions

FOR THE GOVERNMENT OF THE

# CITY OF OIL CITY,

IN

**VENANGO COUNTY, PENNSYLVANIA,**

## IN FORCE JANUARY 1st, 1907.



Published by Authority of the City Councils.

Compiled by PETER M. SPEER, Esq.,
OF THE VENANGO COUNTY BAR.

120                                NUISANCES.

Section 2. All the parts of said ordinance inconsistent here-with are hereby repealed: provided, that this repealing clause shall not be construed to apply to the 9th section of said ordinance.

## III. DAIRIES, PIG PENS AND SLAUGHTER HOUSES.

### Ordinance No. 232.

Dairy, pigpen, slaughter-houses.

Section 1. That from and after the enactment of this ordinance at any time that the majority of the Board of Health of the City of Oil City shall be of the opinion that any dairy, pig pen or slaughter house within the city limits, is unclean and filthy to such an extent as to cause an offensive or injurious stench to exist, said Board of Health shall give or cause to be given to the owner or owners of any such unclean and filthy places, notice to remove or abate such nuisance, and if the same be not removed or abated within five days after notice, such owner or owners

Penalty.

shall upon conviction, forfeit and pay a fine of ten dollars and two dollars for each day that the nuisance remains after conviction.

Enforcement of.

Section 2. Whenever any person or persons shall violate the provisions of this ordinance and thus become liable to its penalties, it shall be lawful for the Board of Health or any member thereof, the Chief of Police, or any policeman, the Pound Master, or any private citizen, to institute suit or suits, before the Mayor or any Alderman of this city, against such offender or offenders and collect the penalties imposed in Section 1, for the use of the city, as other penalties are by law collected.

# PARKS AND PUBLIC GROUNDS.

[See Hasson Park.]

### Ordinance No. 416.

Advertisements. Sec. 1, clause 17.
Animals not allowed loose. Sec. 1, clause 3.
Assemblies. Sec. 1, clause 8.
Benches. Sec. 1, clause 18.
Bicycles. Sec. 1, clause 19.
Booths. Sec. 1, clause 15.
Climbing trees. Sec. 1, clause 12.
Coaches, for hire. Sec. 1, clause 10.
Commissioners. Sec. 1, clause 1.
Disorderly conduct. Sec. 1, clause 11.
Disturbances. Sec. 1, clause 14.
Drivers. Sec. 1, clauses 7 and 16.
Drunkenness. Sec. 1, clause 11.
Equestrians. Sec. 1, clauses 7 and 16.
Firearms. Sec. 1, clause 4.
Funerals. Sec. 1, clause 6.

Gambling. Sec. 1, clause 11.
Notices not to be defaced. Sec. 1, clause 2.
Parades. Sec. 1, clause 6.
Park commissioners. Sec. 1, clause 1.
Political meetings. Sec. 1, clause 8.
Penalties. Sec. 2.
Picnics. Sec. 1, clause 13.
Racing. Sec. 1, clause 20.
Riding. Sec. 1, clause 7 and 16.
Regulations. Secs. 1 and 2.
Trees. Sec. 1, clauses 5 and 12.
Tricycles. Sec. 1, clause 19.
Vehicles. Sec. 1, clauses 9, 10, 16, 19 and 20.
Wagons. Sec. 1, clause 9.

Regulation of.

Section 1. That upon the passage and approval of this ordinance the following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the City of Oil City, to-wit:

1. For the purpose of carrying out the provisions of this ordinance the Mayor shall appoint three Park Commissioners as follows: One for one (1) year, one for two (2) years, one for three (3) years, and thereafter one each year for three years; all vacancies to be filled for unexpired term. The three Commissioners shall have full charge of the parks, and the paying out of any moneys appropriated for the same, making full report to the Mayor and Councils as to how and what it was paid out for. *Park commissioners.*

2. No person shall injure, deface or destroy any notices, rules or regulations of the park, posted or in any manner permanently fixed by order of the Park Commissioners. *Defacement of notices.*

3. No person shall be allowed to turn any chickens, ducks, geese, or any other fowls, or any cattle, goats, swine, horses or other animals, loose within the park, or to bring led horses or a horse that is not harnassed and attached to a vehicle or mounted by an equestrian. *Animals not allowed loose.*

4. No person shall be allowed to carry firearms, or to shoot or throw stones at or to set snares for birds, rabbits, squirrels, or fish within the limits of the park. *Firearms, etc., prohibited.*

5. No person shall cut, break, pluck or in any wise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures or statuary or place or throw anything whatever in any springs or streams within the park, or fasten a horse to any tree, bush or shrub. *Trees, etc., not to be defaced.*

6. No military or other parade or procession, or funeral shall take place in or pass through the limits of the park without permission from the Park Commissioners. *Parades.*

7. No one shall ride or drive therein except on the avenues or roads or at a rate of speed exceeding eight miles per hour. *Riding and driving.*

8. No gathering or meeting of any kind assembled through advertisement, shall be permitted within the park without previous permission of the Park Commissioners, nor shall any gathering or meeting for political purposes in the Park be permitted under any circumstances. *Assemblies. Political meetings.*

9. No wagon or vehicle of burden or traffic shall pass through the Park, except on such road or avenues as shall be designated by the Park Commissioners for burden transportation. *Wagons.*

10. No coach or vehicle used for hire, shall stand upon any part of the park for the purpose of hire, nor except in waiting for persons taken by it into the park, unless at points designated by the Park Commissioners. *Coaches for hire.*

11. No profane, indecent, abusive or insulting language, gambling or drunkenness shall be allowed within the park, nor shall any one be allowed to introduce any spirituous liquors within the limits of the same, either for his own use or for sale. *Disorderly conduct.*

12. No person shall climb any tree or attach any swing thereto without the consent of the Superintendent. *Climbing trees.*

13. No picnic of more than thirty persons shall take place in the park without a written permission for the purpose being *Picnics.*

PARKS AND PUBLIC GROUNDS.

obtained from the Superintendent, in which shall be designated the spot where it shall be held, and parties holding picnics shall clean up the ground that has been occupied by them on quitting it, and not leave paper and other refuse on the ground.

Disturbances. 14. No person shall disturb any picnic in the park, or intrude himself or herself on it without the consent of those composing it.

Booths. 15. No person shall set up any booth, table or stand for the sale of any article whatever without the consent of the Park Commissioners previously obtained in writing.

Drivers, etc., keep to right. 16. When carriages or equestrians meet, the parties respectively shall keep to the right as the law of the road.

Advertisements. 17. No person shall drive any vehicle displaying any placard or advertisement of any kind along the road or avenue in the park, nor shall any person display any placards or advertisements of any kind, or post or fix any notice or bill, or other writing or printing of any kind, on any tree, lamp post, hydrant, curbstone, coping, flagstone, fence, wall, building or other place within the park.

Benches. 18. No benches or seats shall at any time be removed or changed from their places in the park except by the order, first obtained, of the Superintendent.

Bicycles, etc. 19. Bicycles and tricycles shall be restricted to the use of the roadways, and be controlled by the same law which governs horses, vehicles and equestrians, and must pass to the right when meeting the same or each other. When passing a carriage or equestrian from the rear to the front, it must be done to the left side and at a moderate rate of speed. Bicycles and tricycles must not travel more than two abreast.

Racing. 20. All racing with horses, vehicles, tricycles and bicycles is prohibited at any time, and bicycles and tricycles must not be driven or propelled at greater speed than eight miles per hour.

Penalties. Section 2. That any violation of the foregoing rules shall subject the party so offending to a fine of not less than five ($5) dollars or more than twenty-five ($25) dollars to be collected by summary process.

Repealing clause. Section 3. That any ordinance or part of ordinance conflicting with the provisions of this ordinance be, and the same is hereby repealed so far as the same affects this ordinance.

TAB 61

# ORDINANCES, etc.

## OF THE

# CITY OF OLEAN, N.Y.

### AS AMENDED TO
### SEPTEMBER 1922



ARRANGED AND INDEXED UNDER AUTHORITY OF THE
COMMON COUNCIL
BY
RICHMOND C. HILL
CITY HISTORIAN
OLEAN N. Y.

OCTOBER 1922

## OLEAN CITY ORDINANCE

Section 19.  Any person violating any of the provisions of the Ordinance shall be guilty of a misdemeanor and subject to the respective fines imposed by the respective violations as hereinbefore provided and in default of payment of such fine shall be liable to imprisonment of one day for each dollar of such fine.

SECTION TWO.  This Ordinance shall be published once in the Olean Evening Times and once in the Olean Evening Herald and shall take effect immediately.

## AMENDMENT

The foregoing was amended by vote of the Common Council at its regular meeting on Tuesday evening, August 22, 1922, by adding the following provision:

### Amendment.

"That the restrictions prohibiting hucksters or other dealers from selling goods on the North Street Public Market in competition with producers, be removed and the market made an open one."

## PARKS

Passed November 6, 1907.

The Board of Park Commissioners of the City of Olean hereby make, publish and enact the following ordinances: These ordinances apply to and comprehend,

24

## OLEAN CITY ORDINANCE

1. City Hall Park lying between North and South Streets and Union and Barry Streets.

2. Oak Hill Park lying between Fourth, Sixth and Washington Streets and the south bounds of said Park.

3. Adams Park lying in the triangle formed by the junction of Sullivan, Buffalo and Eighth Streets.

4. Ansel Park consisting of the triangle formed by the junction of Fulton Street, Pennsylvania Railroad and the south line of lands of William Cobb.

The words "Parks and public grounds" wherever mentioned in these ordinances, shall be understood to include all the adjacent land to the curb line of adjoining streets as fixed by the Common Council of the City of Olean.

Section 1.   No person or corporation shall enter upon any parks or public grounds and dig or remove any dirt, tree, shrub, or bush which may be in, upon, or a part of any of said parks or public grounds, except under the direction of said Board of Park Commissioners.

Section 2.   No person shall cut down, or bruise, or cut into, or in any way injure any tree, shrub, growing bush or flowers that are at present, or may hereafter be growing upon any of the parks or public grounds.

Section 3.   No person shall erect any sign or signboard, cut or mark any name or device, or write upon any tree, paling, bench, building or structure situated or located upon said parks.

25

## OLEAN CITY ORDINANCE

Section 4. No person shall fire or discharge any gun or pistol or other firearms, or any rocket, torpedo or other fireworks of any description, or throw stones or missles, within the several parks or public grounds, nor carry any firearms in any park.

Section 5. No person shall climb any tree or pluck any flowers or fruit, whether wild or cultivated, or break cut down, trample upon or remove, or in any manner injure or deface any statue, flower-bed, turf or any of the buildings, fences, bridges or other constructions within the several parks or public grounds; nor shall any person write on any building, structure, statue, fence, bench, rock or stone within such parks or public grounds.

Section 6. No person shall ride any bicycle, tricycle or any similar vehicle in any park or on any public grounds.

Section 7. No quadrupeds or other animals, except those placed in the parks by the authority of said Board shall be conducted into or driven in the parks or public grounds, or be allowed to remain therein. Dogs found running at large within any park may be shot by any policeman or other officer on duty connected with the parks.

Section 8. The parks shall be closed every night between eleven o'clock P. M. and sunrise and no person shall lounge, loaf or loiter therein between such hours.

Section 9. All persons using the playgrounds or parks do so at their own risk. Neither the City or the Park Commissioners shall be liable for any injury to any person incurred in the use of the playgrounds or parks

26

# OLEAN CITY ORDINANCE

Section 10.  Boisterous conduct, and the use of vulgar or profane language on the playgrounds, or in the parks or public grounds is absolutely forbidden.

Section 11.  No person shall commit any of the following acts within said parks:

1. Commit any disorderly or immoral acts.

2. Be intoxicated.

3. Throw stones or missles.

4. Utter loud or indecent language.

5. Tell fortunes.

6. Play any game of cards or chance.

7. Beg.

8. Publicly solicit subscriptions.

Section 12.  The Superintendent shall be responsible for the maintenance of order and decorum, and for the exercise of discretion and civility in all use to be made of the playgrounds and parks. His authority corresponds with his responsibility. No one is to enter the playgrounds when forbidden by him; no one is to remain therein when requested by him to leave. Report may be made to the Park Commissioners whenever the Superintendent is

27

## OLEAN CITY ORDINANCE

thought to have used his authority unjustly, but his authority is not to be resisted or questioned by visitors on the grounds; and he may forcibly eject any person violating any ordinances relating to such parks.

Section 13. Any violation of these ordinances shall be deemed a misdemeanor and shall be punishable by a fine of not more than twenty-five dollars; or in default of payment of such fine, by imprisonment not exceeding twenty-five days.

These ordinances shall be published once in the Olean Morning Times and once in the Olean Daily Herald and shall take effect immediately.

## SEALER OF WEIGHTS AND MEASURES

February 17, 1903.

The Common Council of the City of Olean does hereby enact, ordain, establish, publish and declare the following ordinance:

Section 1. It shall be the duty of the sealer of weights and measures to inspect all instruments or devic. the limits of the city, to ascertain the weight or quantity of any article of merchandise on sale within the city and generally to perform the duties prescribed by statute.

TAB 62

# Compiled and Revised
# GENERAL ORDINANCES

### AND

### Compilation of Certain Laws of Kansas Directly Affecting Cities of the First Class.

————

A Compilation of Certain Revised Ordinances of the City of Parsons Passed to Take Effect Upon Their Publication Herein, and of All Other Ordinances of a General Nature Now in Force in said City; and also a Compilation of Certain Laws of the State of Kansas Directly Affecting Cities of the First Class,

### TOGETHER WITH THE

### RULES OF THE CITY COUNCIL.

————

**Compiled, Revised and Arranged by, and Published Under the Supervision of W. S. HYATT, of the Parsons Bar, Under Contract With, and by the Authority of the City of Parsons.**

————

THE FOLEY RAILWAY PRINTING CO.
PARSONS, KANSAS.
1908.


Digitized by Google

Original from
UNIVERSITY OF MINNESOTA

to charge a reasonable admission fee, the revenue or fund created therefrom to be used in maintaining said pavilion, and for other and further improvements in said park. The said pavilion to be located in said park at a point to be agreed upon by the mayor of said city, the park committee of the council and the said association. Should the said association abandon its organization or cease for one year to exercise its rights to said pavilion under this ordinance, the interest of said association in said pavilion shall be forfeited to the city of Parsons.

§ **1415. Ladies' Improvement Association to make reports.** SEC. 2. The said association shall by its president and secretary make quarterly reports to the mayor and council of said city, therein stating the amount of money received from said pavilion during the said quarter, the amount then on hand, if any, and the disbursements of funds during said quarter. The character and kind of improvements to be placed in said park from the said revenue or fund, shall be determined by the mayor of said city, the park committee of the council and the said association.

**Take effect.** SEC. 3. This ordinance shall take effect and be in force from and after its publication.

(SEAL.)                              WM. BUSBY, Mayor.

Attest: MAURICE DAVIS, City Clerk.

Passed October 14, 1901.

Approved October 15, 1901.


## ARTICLE 4. RULES AND REGULATIONS GOVERNING FORREST AND GLENWOOD PARKS.

(Took effect July 8, 1907.)

### ORDINANCE NO. 1656.

AN ORDINANCE providing rules and regulations for the government of Forrest and Glenwood parks and penalties for the violation thereof, and repealing ordinance No. 1117.

BE IT ORDAINED BY THE MAYOR AND COUNCILMEN OF THE CITY OF PARSONS, KANSAS:

Google
UNIVERSITY OF MINNESOTA

478           REVISED ORDINANCES.

**§ 1416. Rules.** SEC. 1. For the government of Forrest and Glenwood parks in the city of Parsons, Kansas, the following rules are hereby prescribed and adopted.

1. They being the property of the said city, Forrest and Glenwood parks shall be open to all persons upon equal terms except as herein provided.

2. License may be granted for stand privileges in the parks at the following rate:

   Lunch stands $5.00 per day, $20.00 per week.

   Peanut and pop-corn stands, $2.00 per day, $10.00 per week.

   Cigar and tobacco stands, $2.00 per day, $10.00 per week.

   Ice cream and lemonade stands, and other soft drinks, $5.00 per day, $20.00 per week.

   All of said stands to any one person, $12.50, per day; $50.00 per week.

   All stands must be located by the park committee or superintendent.

   License for shooting galleries, swings, etc., may be issued at the rate set in the regular city license ordinance, provided the consent of the city council has been secured.

   Anything not herein otherwise provided for as to the rules and regulations of licenses for stand privileges in said park, may be arranged and provided for by a majority of the park committee, to be reported in writing to the clerk, at the time of any such arrangements, and to be recorded by him.

   Boats may be hired at the discretion of the park committee.

   All money collected on any or all of the above privileges shall be paid into the park fund, and no license shall permit the use of any stand in the park on the first day of the week, commonly called Sunday.

3. Said park shall be closed and the gate thereto fastened at 10 o'clock p. m., each and every night unless



Appellate Case: 23-2166    Document: 010111010494    Date Filed: 03/05/2024    Page: 101

otherwise directed by the park committee of the said city.

4. No person shall post or display any sign, banner, bill, or advertisement, or write, cut, mutilate or deface in any way or manner the pavilion or the fountain or any building, bench, boats, statues, ornament, tree, or building, in, upon or belonging to said parks, or use in any improper manner any water closet or other building therein, or stand, walk, or run upon, or climb over the seats or benches in the pavilion, or spit upon the floor of any part of the pavilion or smoke therein.

5. No person shall in any manner injure, disfigure or mutilate the fence around or the buildings, trees, statuary, shrubbery or growing plants within and belonging to said parks.

6. No person, unless permitted by license, shall kindle, start or cause a fire within the limits of said parks, except it be within the dwelling house and pavilion belonging thereto.

7. No person shall curse, or use profane or abusive language, fight or quarrel, throw stones or missels of any kind with the hand or with an instrument, within said park, or otherwise behave in a rude or indecent manner; and no person except an officer in the discharge of his duty shall have with him or discharge in said parks, a gun, revolver or pistol or do violence to, or kill any bird or animal therein, or to disturb or rob bird's nests therein.

8. No male person shall enter, use or in any way interfere with any water closet in said parks, which is set apart or designated exclusively for use by females.

9. No person shall play any game with cards or dice or engage in any game of chance which is played with any gambling device whatsoever, within said parks.

Digitized by Google    Original from UNIVERSITY OF MINNESOTA

Appellate Case: 23-2166     Document: 010111010494     Date Filed: 03/05/2024     Page: 102

10.   No person shall introduce into said parks any spirit-uous, malt, fermented or intoxicating liquors.

11.   No person shall climb any tree nor affix a swing to any tree or trees within said parks, except by permission of the superintendent thereof.

12.   No person shall fasten any horse or other animal to any tree, fence, shrub or building within said parks, or to anything therein except hitching posts provided therefor, nor shall any team, horses or other animal be left unattended when not so fastened.

13.   No person shall use the driving track for bicycles or driving thereon when the ground is wet and soft.

14.   The park committee of said city in its discretion may permit said parks to be used for the purpose of holding picnics, social and fraternal gatherings and other meetings therein when and upon such conditions as said committee shall think proper.

**§1417. Misdemeanor; penalty.** SEC. 2. Any person who shall do any act which by either of the provisions of section 1 of this ordinance is forbidden, shall be guilty of a misde-meanor and upon conviction thereof shall be punished by a fine of not less than $5.00 nor more than $50.00, and shall be committed to the jail of the city until such fine and costs of prosecution are paid.

**§1418. Park superintendents enforce.** SEC. 3. The park superintendents are hereby authorized and required to rigidly enforce the rules and regulations of section 1 of this ordinance prescribed and to arrest any person guilty of a viola-tion of any such rule or regulation and to make complaint before the police judge of said city against the person so offending.

**§1419. Persons leave parks, when.** SEC. 4. It shall be the duty of any person in and about said parks at any time when by the requirements of rule three provided by section 1 hereof, said superintendent shall declare his purpose to close said park to retire therefrom, and any person failing or refusing to do so shall be guilty of a misdemeanor, and upon conviction thereof shall be punished as provided by section 2 of this ordi-nance.

Digitized by Google                    Original from
UNIVERSITY OF MINNESOTA

TAB 63

# CHARTER

AND

# GENERAL ORDINANCES

OF THE

# CITY OF PORTLAND, OREGON



IN FORCE APRIL 15, 1910

BY AUTHORITY OF

The Council of the City of Portland, Oregon

**1 9 1 0**

GENERAL ORDINANCES OF

## ORDINANCE NO. 17196.

An Ordinance to prevent the disposition of bottles, rags, swill or other material of a similar nature at the crematory.

The City of Portland does ordain as follows:

**(Removal—Unlawful.)**

Section 1. That it shall be unlawful for any person to give, sell or dispose of in any manner whatever or take away or remove any bottles, rags, swill or any other material that is hauled to the crematory to be incinerated.

**(Penalty.)**

Section 2. Any person violating any of the provisions of this Ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof before the Municipal Court shall be fined not less than twenty-five ($25.00) dollars, nor more than two hundred and fifty ($250.00) dollars, or by imprisonment in the city jail not less than ten (10) nor more than ninety (90) days.

Passed the Council, December 12, 1907.

December 24, 1907.

The foregoing Ordinance was submitted to the Mayor December 13, 1907, and not being approved by him or returned with his reasons for not approving it within ten days thereafter has therefore become a law as if he had approved it, as provided by Section 50 of the Charter.

A. L. BARBUR,
Auditor of the City of Portland.

## ORDINANCE NO. 17197.

An Ordinance prescribing Rules and Regulations governing the use of Public Parks and Plazas in the City of Portland.

The City of Portland does ordain as follows:

Section 1. That the following rules and regulations governing the use of Public Parks and Plazas in the City of Portland be and are hereby adopted:

**(Rules and Regulations.)**

Rule I. No person shall enter or leave any enclosed Public Park or Plaza except at the regular designated entrance.

Rule II. No person shall dig up, cut, break, remove, deface, defile, or illuse any building, structure, fence, sign, bush, plant, turf, rock, or other thing belonging to the parks or plazas of the City of Portland or have in possession any part thereof.

Rule III. No person shall throw any stone or other missile; or have in his possession or discharge any destructive weapon, firearm, firecracker, torpedo or fire works; or make a fire or throw or place upon the ground a lighted match, cigar, or other burning substance; or post, paint affix, or display any sign, notice, placard, or any advertising device; or except with written authority of the Park Board, engage in any business, sell or expose for sale or give away any goods, wares, or circulars; or set a trap for, snare, injure, or have in possession any wild animal or bird; or injure or disturb any bird's nest or eggs; or in any way annoy or injure any bird, or animal belonging to or in the keeping of the city.

Rule IV. No person shall within the limits of any park or plaza belonging to the City of Portland solicit any subscription or contribution; or make any political or other canvas; or solicit the acquaintance of or annoy another person or utter any profane, threatening abusive or indecent language or loud outcry; or drink any intoxicating liquor; or use or have in his possession any device or instrument of gambling; or do any indecent or obscene act. And further no person except by written authority of the Park Board shall preach or pray aloud or make any oration or harangue in any public park or plaza; or play upon any musical instrument; or move in any military or civic parade.

Rule V. No person shall stand or lie down upon a bench or go to sleep thereon, or sit,, stand, climb over or lie down upon any railing, balustrade, wall or fence.

Rule VI. No person owning or having the care or control of any dog shall suffer or permit such dog to enter the City Park and any police officer may take and impound any such dog found therein.

Rule VII. No person shall ride or drive any animal not well broken or under proper control over or upon any road or driveway within any public park or square within the City of Portland; and no person shall ride or drive therein any animal or vehicle at a speed greater than eight miles an hour.

Rule VIII. No vehicle other than pleasure vehicles shall be permitted in or upon any park, except such as may be employed by the City of Portland.

Rule IX. No person shall stop any animal or vehicle so as to obstruct any driveway or walk or crossing thereof; or so as to prevent the passing of other vehicles; or otherwise than length wise with a driveway and close to the side thereof.

484                         GENERAL ORDINANCES OF

Rule X.   No person having charge of an animal or vehicle shall allow the same to stand for more than twenty minutes or without a proper person in charge of the same; except that an animal hitched to a place provided therefor or to a weight of not less than 20 pounds may be allowed to stand unattended for not more than five minutes.

Rule XI.   No animal attached to a vehicle or otherwise shall be hitched to a fence, tree, bush, or shrub in any public park or plaza.

Rule XII.   No automobile or other vehicle propelled by other than animal power shall be allowed within any public park or plaza between the hours of sunset and eight o'clock A. M. on the day following.

Rule XIII.   No person shall drive an automobile or other vehicle propelled by other than animal power within any public park at a rate of speed exceeding eight miles per hour; and upon approaching a crossing or intersection of ways and in turning a corner or a curve in any public park every person operating such vehicle shall signify such approach by sounding a bell gong, bugle or whistle.

Rule XIV.   No automobile or other vehicle propelled by other than animal power shall be allowed within any public park or plaza except upon the driveways, and no such vehicle shall leave City Park by the Washington street entrance.

Rule XV.   No person driving or operating an automobile or other vehicle propelled by other than animal power shall refuse to stop or move such vehicle when directed to do so by a police officer.

Rule XVI.   Any improved park, plaza, or ground belonging to the City of Portland may be closed and visitors excluded therefrom after the hour of nine o'clock P. M. of each day.

RULE XVII.   All persons visiting public parks or plazas of the City of Portland are expected to observe any reasonable direction of any police officer on duty in such park or plaza in the same manner as if such direction were embodied in a specific rule.

**(Penalty.)**

Section 2.   Any person violating any of the rules given above is liable to a fine of not less than five dollars and not more than twenty dollars for each offense, or punishment by imprisonment in the city jail not less than five days nor more than twenty days.

Passed the Council, December 12, 1907.

Approved, December 14, 1907.

                                        HARRY LANE, Mayor.

TAB 64

THE

# Charter of the City of Seattle

Adopted at the General Election March 3, 1896
as Amended in 1900, 1902, 1904, 1906 and 1908

AND THE

# Ordinances of the City of Seattle

From December 1, 1869, to November 1, 1907

ARRANGED, ANNOTATED AND INDEXED
By
**CHARLES S. GLEASON**
Of the Seattle Bar

PUBLISHED BY AUTHORITY OF THE CITY OF SEATTLE

SEATTLE
LOWMAN & HANFORD STATIONERY AND PRINTING COMPANY
1908

## ORDINANCE NO. 16066.

**AN ORDINANCE** directing the issuance of triplicate bills for labor or materials furnished by the City of Seattle to various persons and prescribing the manner of issuance, correction and payment of said bills. Approved May, 27, 1907.

Be it ordained by the City of Seattle as follows:

Sec. 1. **All Bills of the City to be Made in Triplicate:**—That when any department of the City of Seattle shall furnish any labor or material to any person, said department shall render a bill for said labor or material as follows:

Bills of each department to be issued in triplicate and to bear consecutive numbers.

The original of said bill to be forwarded to the person receiving said labor or material.

The duplicate of said bill to be forwarded, forthwith to the City Treasurer.

The triplicate of said bill to be retained by the department issuing the same.

Sec. 2. **Correcting Bills:**—That the head of the department issuing any of said bills be and hereby is authorized to correct said bills at any time prior to their payment by the issuance of credit vouchers directed to the City Treasurer.

Sec. 3. **Treasurer to Preserve and Account for Bills:**—That the City Treasurer be and hereby is directed to preserve said duplicate bills and render proper accounting therefor and to notify each of the various departments as to the payment of said bills upon request of said department.

Sec. 4. **Credit Vouchers:**—That, when any credit voucher shall have been issued correcting any of said bills, the City Treasurer be and hereby is directed to deduct the amount of said credit voucher from the face of said bill and accept the remaining amount thereof as full payment.

## ORDINANCE NO. 16081.

**AN ORDINANCE** regulating the use and occupation of and the conduct of persons in or upon streets, avenues, ways, boulevards, drives, places, alleys, sidewalks, parking strips, squares, triangles, comfort stations, school grounds, play grounds, recreation grounds, parks, park ways, park boulevards, park drives, park paths, and public places and wharves, station grounds and rights of way open to the use of the public, and the space above or beneath the surface of the same, and providing for the control of the same, and for the safety, comfort and convenience of the public in the use of the same and providing penalties for violations thereof. Approved May 31, 1907.

Be it ordained by the City of Seattle as follows:

Sec. 1.. **Words and Phrases Defined:**—The words "public place" wherever used in this ordinance shall, when necessary, be held and construed to mean and include streets, avenues, ways, boulevards, drives, places, alleys, sidewalks and parking strips, squares, triangles and public play grounds, comfort stations, school grounds, recreation grounds, parks, park ways, park

boulevards, park drives, park paths and wharves, station grounds and rights of way open to the use of the public, and the space above or beneath the surface of the same; the word "street" shall, when necessary, be held and construed to mean and include streets, avenues, ways, boulevards, drives, places, alleys, sidewalks and parking strips; the word "park" shall, when necessary, be held and construed to mean and include parks, squares, triangles, comfort stations, school grounds, play grounds, recreation grounds, park drives, park boulevards, park paths and park ways; the word "person" shall, when necessary, be held and construed to mean and include natural persons of either sex, associations, co-partnerships and corporations, whether acting by themselves or by a servant, agent or employee; the singular number shall, when necessary, be held and construed to include the plural and the masculine pronoun to include the feminine; the word "vehicle" shall be held and construed to mean and include wagons, carts, carriages, trucks, automobiles and all vehicles drawn by animals or propelled by steam, electricity, gas or other motive power.·

Sec. 2.  **Awnings, Permit for, Required:**—It shall be unlawful for any person to construct or maintain, in or over any public place, any awning, without complying with all the provisions of this ordinance in relation thereto, and obtaining and having a permit from the Board of Public Works so to do.

Sec. 3.  **Awning Permit, How Obtained:**—In order to obtain the permit provided for in the preceding section, the owner of any premises abutting upon any public place, desiring such permit, shall file with the Board of Public Works an application in writing therefor, which application shall contain an accurate description of the portion or portions of the public place desired to be occupied and the nature and character of the awning which it is desired to construct or maintain therein, and the Board of Public Works, if they shall find that such awning can be constructed or maintained without unduly interfering with or obstructing the use of such public place, may, in their reasonable discretion, grant a permit to construct or maintain such awning in accordance with the provisions of the next succeeding section.

Sec. 4.  **Awnings, How Constructed and Maintained:**—All awnings to be constructed or maintained under the provisions of this ordinance, shall be constructed either of a metal frame with canvas covering or of wire glass and other fire proof materials. The lowest point of any awning shall not be less than eight (8) feet above the sidewalk, and no cloth, drapery, sign or other thing shall be attached to or suspended from such awning. The frames and supports of all awnings shall be securely attached to the walls of the building from which they project, by wrought iron or steel brackets or steel chains, but shall not receive their support from beneath by the use of posts or other similar devices, except as herein provided. All awnings, other than canvas covered awnings, shall be provided with metal conductors for water, draining back to the property line and connected with the sewer in the manner provided by the plumbing ordinances of the City, and shall be constructed of wire glass and other fire proof materials, reasonably uniform in appearance and ornamental in design and shall project as nearly horizontal from the building to which they are attached as is practicable, and shall be well lighted by electricity, according to the directions of the Board of Public Works, and shall project from the property line not more than nine (9) feet; provided, that such awnings erected over the entrances of assembly halls, theatres, hotels or railway stations may project to the curb line. The roofs of all such awnings shall be of wire glass, and in case

Sec. 80. **Booths, etc., in Public Places:**—It shall be unlawful for any person to place, set up, keep or maintain any booth, stand, table, box, board, shelf, vehicle or other object for the purpose of selling, giving away or distributing therefrom any article or thing, or exhibiting any animal, bird, curiosity, device or thing, or advertising anything whatsoever, in any public place.

Sec. 81. **Advertising in Public Places:**—It shall be unlawful for any person to have, drive or stand in any public place, any vehicle used exclusively for advertising, or any show board, placard, banner, sign, advertisement, picture or other device, or to lead, drive, ride or stand any animal or animals on which is placed or carried, or to which is attached any banner, sign, advertisement, picture or other device, for advertising any business, calling, occupation, firm, dealer, place of amusement, exhibition, show, event or amusement.

Sec. 82. **Barbed Wire Fences Along or Exposed to Public Places:**—It shall be unlawful for any person to place, build, construct or maintain, or cause, permit or allow to be placed, built, constructed or maintained, any barbed-wire fence along and abutting upon the marginal line of any public place, or upon any premises abutting upon any public place, unless said premises are enclosed and separated from such public place in such a manner as to prevent persons or animals using or occupying such public place from coming in contact with such barbed-wire fence.

Sec. 83. **Obstruction Upon Sidewalks From Abutting Property:**—It shall be unlawful for any person, owning or occupying any property abutting upon or contiguous to any public place, to allow or permit any earth, rock, stones, trees, logs, stumps or other substances to cave, fall, crumble, slide, accumulate or be otherwise deposited from any such premises upon any public place, or having been so deposited, to be or remain thereon.

Sec. 84. **Use of Sidewalks by Merchants:**—It shall be unlawful for any person to place, or cause or suffer to be placed, by any person in his employ or under his control, any merchandise or wares of any nature on any sidewalk in front of or alongside of his place of business for the purpose of display or for any other purpose, except while in the actual course of receipt or delivery, or to use any portion of any sidewalk for the purpose of measuring, packing or weighing goods for sale.

Sec. 85. **Burning Materials Containing Metallic Substances in Public Places:**—It shall be unlawful for any person to burn any lumber, rubbish or other materials containing nails, wire or other metallic substances, in any public place.

Sec. 86. **Storing Fire Wood, etc., in Public Places:**—It shall be unlawful for any person to place or permit any fire-wood, coal, chattles or merchandise in any public place, except while removing the same into or out of the premises adjoining such public place, or to keep any bunker or box for the storage of wood, coal, chattles or merchandise, in any public place.

Sec. 87. **Playing Ball or Throwing Stones in Public Places:**—It shall be unlawful for any person to play ball or throw any ball to and fro on any paved street, or throw stones or other missiles in any public place.

Sec. 88. **Throwing Articles Liable to Produce Injury, Into Public Places:**—It shall be unlawful for any person to throw or deposit, in any public place, any broken glass, crockery, nails or any substance whatever whereby the feet of horses or other animals, or the tires of automobiles or other vehicles may be injured.

Sec. 89. **Throwing Refuse Matter Into Public Places:**—It shall be unlawful for any person to throw or deposit, or cause to be thrown or deposited, on any public place, any coal, hair, shreds, rags, manure, shells, ashes, garbage, paper or other refuse matter, or any solids or liquids, animal or vegetable matter or any substance whatever.

Sec. 90. **Throwing or Permitting Liquids to Flow Upon Public Places:**—It shall be unlawful for any person to throw or flow, or allow or permit to be thrown or to flow, upon any public place, any water or other liquids which cause a noxious effluvia or any filthy water, or to permit any flow of water from premises under his control, on or over any public place.

Sec. 91. **Sprinkling Paved Streets in the Day Time:**—It shall be unlawful for any person to throw, spatter or sprinkle any water upon any planked or paved street between the hours of nine (9) o'clock before noon and five (5) o'clock after noon.

Sec. 92. **Obstruction of Sidewalks and Public Places by Waste Material:**—It shall be unlawful for any person to throw on any sidewalk any vegetable or fruit or other substance liable to cause any person injury, or to throw upon or into any public place, or in any gutter, any kitchen refuse, paper, sweepings or other substance liable to close up or choke any gutter, or to permit any accumulation of snow or ice upon any planked or paved sidewalk in front of any premises owned or occupied by him.

Sec. 93. **Obstructing Public Places by Structures or Chattles:**—It shall be unlawful for any person to build, construct, place, maintain, occupy, throw, leave, cast, tie or put, or cause to be built, constructed, placed, maintained, occupied, thrown, left, cast, tied or put, except under and in accordance with the provisions of this ordinance, in any public place, any structure, fence, post, rope, chain, rail, wire, box, barrel, keg, fire-wood, coal, chattles, merchandise, vehicle, animal or any object or thing which is an obstruction to the free use of such public place or which may be an inconvenience to the use thereof, or which may encroach thereon.

Sec. 94. **Driving in Parks Except on Park Ways; Certain Vehicles Excluded From Parks:**—It shall be unlawful for any person to drive or propel any vehicle, or ride or drive any horse or other animal in, over or through any park, except along and upon park drives, park ways and park boulevards, or to drive or propel along or over any park drive, park way or park boulevard any heavily laden vehicle or any vehicle carrying or ordinarily used in carrying merchandise, goods, tools, material or rubbish or any market wagon, milk wagon, dirt cart, moving van, dray or truck, or any hearse, or any vehicle carrying the body of a deceased person, or any carriage or other vehicle being a part of a funeral procession going to or returning from any cemetery.

Sec. 95. **Speed Limit on Park Ways:**—It shall be unlawful for any person to drive or propel over or along any park drive, park way or park boulevard any vehicle, or to ride or drive any horse or other animal, or any bicycle, tricycle or autocycle at a greater rate of speed than twelve (12) miles per hour along any tangent or any curve of a less degree of curvature than twelve (12) degrees, or having a radius of more than four hundred and seventy-eight (478) feet, or at a greater rate of speed than six (6) miles per hour along any curve of a greater degree of curvature than twelve (12) degrees, or having a radius of less than four hundred and seventy-eight (478) feet.

Sec. 96. **Structures and Advertising in Parks:**—It shall be unlawful for any person to place or erect any structure, sign, bulletin board, post, pole or

advertising device of any kind whatever in any park, or to attach any notice, bill, poster, sign, wire, rod or cord to any tree, shrub, fence, railing, post or structure within any park; provided, that the Board of Park Commissioners may permit the erection of temporary decorations on occasions of public celebration or holidays.

Sec. 97. **Destruction or Mutilation of Park Property:**—It shall be unlawful for any person to remove, destroy, mutilate or deface any structure, monument, statue, vase, fountain, wall, fence, railing, vehicle, bench, tree, shrub, fern, plant, flower or other property in any park.

Sec. 98. **Occupying Borders, etc., in Parks:**—It shall be unlawful for any person to walk, stand or sit on any borden, flower bed, monument, vase, fountain, railing or fence in any park.

Sec. 99. **Dogs in Parks:**—It shall be unlawful for any person to allow or permit any dog or other animal to run at large in any park, or enter any of the lakes, ponds, fountains or streams therein.

Sec. 100. **Fire Arms and Explosives in Parks:**—It shall be unlawful for any person to shoot, fire or explode any fire-arm, fire works, fire crackers, torpedoes or explosives of any kind or to carry any fire-arm in any park.

Sec. 101. **Molesting Animals in Parks:**—It shall be unlawful for any person to in any manner tease, annoy, disturb, molest, catch, injure or kill, or to throw any stone or missile of any kind at, or strike with any stick or weapon any animal, bird, fowl or fish in any park.

Sec. 102. **Peddlers, etc., Excluded From Parks:**—It shall be unlawful for any person to be or act as or ply the vocation of a solicitor, agent, vagrant, peddler, fakir, mendicant, beggar, strolling musician, organ grinder, exhortor, showman or boot black in any park.

Sec. 103. **Public Meetings in Parks:**—It shall be unlawful for any person to hold any public meeting or gathering, or to make any public speech in any park, except upon written permission from the Board of Park Commissioners.

Sec. 104. **Horses in Parks; Hitching and Leaving Unguarded:**—It shall be unlawful for any person to hitch any horse or other animal to any tree, shrub, fence, railing or other structure, except such as are provided for that purpose, or to allow any horse or other animal to remain unhitched beyond the reach of the driver or attendant, in any park.

Sec. 105. **Games of Chance in Parks:**—It shall be unlawful for any person to conduct or carry on any game of chance in any park.

Sec. 106. **Disorderly Conduct in Parks:**—It shall be unlawful for any person to use loud, profane, obscene, boisterous or insulting language, or to be guilty of any disorderly, lewd or lascivious conduct of any kind in any park.

Sec. 107. **Intoxicated Persons in Parks:**—It shall be unlawful for any intoxicated person to enter or remain within any park.

Sec. 108. **Use of Lakes in Parks:**—It shall be unlawful for any person to place any boat, float, raft or other water craft in or upon any lake, pond or stream in any park, or to land at any point or place upon the shores of the lakes or ponds in or bordering upon any park, except at places designed or designated as landing places, or to occupy in any manner the slopes between the water line and the foot paths.

Sec. 109. **Picnics in Parks:**—It shall be unlawful for any person to picnic or lunch in any park, except at those places set apart and allotted as picnic grounds.

Sec. 110. **Bicycles in Parks:**—It shall be unlawful for any person to ride any bicycle, tricycle or autocycle over or through any park, except along and upon the park drives, park ways, park boulevards and upon paths set apart and designated as "Bicycle Paths."

Sec. 111. **Athletic Games in Parks:**—It shall be unlawful for any person to play at any game of base ball, foot ball, golf, cricket, LaCrosse, polo, hockey or other game of like character in any park, except at the place or places set apart and designated as grounds for such games and athletic sports, and then only upon securing a permit from the Board of Park Commissioners.

Sec. 112. **Swinging Scaffolds Over Public Places:**—It shall be unlawful for any person to hang, maintain, use or operate any swinging scaffold over any public place, without the same shall be provided with a guard rail on each side thereof, not less than three (3) inches high, to prevent tools, material or other things from sliding and falling therefrom, or without obtaining and having a permit so to do from the Superintendent of Streets.

Sec. 113. **Hoisting Safes, etc., in Public Places:**—It shall be unlawful for any person to hoist any safe or other article in any public place for the purpose of conveying the same into any building, between the hours of eight (8) o'clock a. m. and eight (8) o'clock p. m., or at any time without roping off a space, not less than twenty (20) feet square, immediately beneath where such article is being hoisted and maintaining a watchman on each side thereof to prevent persons from passing or going within such space,, or without obtaining and having a permit so to do from the Superintendent of Streets.

Sec. 114. **Penalties:**—Any person who shall violate or fail to comply with any of the provisions of this ordinance, shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine in any sum not exceeding one hundred (100) dollars, or by imprisonment in the city jail for a term not exceeding thirty (30) days, or by both such fine and imprisonment, and each day any such person shall continue to violate or fail to comply with any of the provisions of this ordinance, shall be deemed and considered a separate offense, and in addition to the penalty hereinabove provided for violations of this ordinance, any failure, neglect or refusal to comply with any of the terms of this ordinance shall be deemed a nuisance, any may be abated in the manner provided by the ordinances of the City of Seattle for the abatement of nuisances.

Ordinance No. 8576 prescribes a condition which must be contained in all permits issued by the Board of Public Works.

Charter, IV., Sec. 18. Subs. 7. 31 and 36; XIII., Sec. 3.

## ORDINANCE NO. 16084.

**AN ORDINANCE** providing for the licensing of engineers of steam engines and boilers, fixing the amount of the license fee, providing penalties for violations of this ordinance. Approved May 31, 1907.

Be it ordained by the City of Seattle as follows:

Sec. 1. **Operating Steam Boilers, License for, Required:**—No person shall have charge of or operate a steam engine or steam boiler in the City of Seattle without first obtaining a license therefor from the City Comptroller, which license shall be effective for the period of one year. Said license shall be renewed on or before the date of the expiration thereof upon the payment of a license fee of two (2) dollars.

TAB 65

Appellate Case: 23-2166   Document: 010111010494   Date Filed: 03/05/2024   Page: 117

# THE COMPILED

# Charter and Ordinances

## OF THE

# CITY OF WATERBURY



PUBLISHED BY AUTHORITY OF THE CITY



**PRESS OF**
**THE WATERBURY EVENING DEMOCRAT**
1913

Digitized by Google

## AN ORDINANCE CONCERNING PARKS.

*Be it Ordained by the Board of Aldermen of the City of Waterbury:*

**§ 1. Animals in.  Restriction de.**  No domestic animals, except dogs, shall be permitted to enter or go at large in any of the public parks of the City of Waterbury, either with or without a keeper.  Dogs must be held in leash by the owners, otherwise they may be killed by any park keeper, special constable or policeman.

**§ 2. Acts Prohibited.**  No person shall pick any flowers, foliage or fruit, or cut, break, dig up, or in any manner mutilate or injure any tree, shrub, plant, grass, turf, railing, seat, fence, structure, or other thing in any of said parks, or cut, carve, paint, mark or paste on any tree, stone, fence, wall, building, monument, or other object therein, any bill, advertisement or inscription whatsoever.

\*  **§ 3. Fireworks. Throwing Missiles.**  No person shall carry or have any firearms in any of said parks, and no firearms shall be discharged from, or into any of the same.  No stone or other missile shall be thrown or rolled from, into, within or upon any of said parks, except in such place as the Board of Public Works may designate as a ball field, in playing games in which a ball is used.

*\*G. S. 1285.*

**§ 4. Riding or Driving. Speed Regulation.**  No person shall ride or drive on any road within any of said parks at a faster gait than eight (8) miles per hour, and this shall apply to the use of cycles.

**§ 5. Conduct. Regulation de.**  No threatening, abusive, boisterous, insulting or indecent language, or ges-

308    ORDINANCES OF CITY OF WATERBURY.

ture, shall be used in any of said parks, nor shall any
oration, harangue, or other public demonstration be made
unless by special authority of the Board of Public Works.

**§ 6.  Sale of Articles in.  Regulated.**  No person shall
expose any article or thing for sale in any of said parks,
unless licensed therefor by said Board of Commissioners
of Public Works.

**§ 7.  Bathing.**  No person shall bathe naked or other-
wise in any water in, or adjacent to, any of said parks,
or be naked within any of said parks, except in such
places and subject to such regulations as the Board of
Commissioners of Public Works may, from time to time,
specially designate.

**§ 8.  Fires.**  No persons, unless by authority of said
Board of Commissioners of Public Works, shall light,
kindle, or use any fire in any of said parks.

**§ 9.  Riding and Driving.  Restrictions de.**  No per-
son shall ride, or drive, upon the grass, lawns or foot
paths of any of said parks.

**§ 10.  Animals, Birds, Etc.  Injuries to Forbidden.**
No person shall disturb or injure any bird, bird's nest or
eggs, or any squirrel or other animal within any of said
parks.

\*  **§ 11. Fireworks.  Use of Prohibited.  Exception.**  No
person shall discharge or set off, on or within any of said
parks, any fire-crackers, torpedoes, rockets or other fire-
works, except by license from the said Board of Commis-
sioners of Public Works.

*\*G. S., Sec. 1286.*

**§ 12.  Removing Dirt, Etc., Prohibited.**  No person
shall remove or dig up any dirt, stones, rock or other

thing whatsoever, make any excavation, quarry any stone, or lay or set off any blast, or cause or assist in doing any of said things, within any of said parks, without the special order or license of said Board of Commissioners of Public Works.

**§ 13.   Depositing Rubbish, Etc., Forbidden.**   No bottles, broken glass, ashes, waste paper, or other rubbish, shall be left in any of said parks, except at such a place or places as may be specially designated by the Board of Commissioners of Public Works.

**§ 14.   Vehicles Carrying Freight, Etc.   Entry Forbidden.**   No cart, wagon, dray truck or other vehicle, carrying lumber, stone, brick, or any other goods, merchandise, or articles of freight, or which is commonly used for the carriage thereof, shall, except in the service of the Board of Commissioners of Public Works, enter any part of said parks.

**§ 15.   Hitching Horse to Trees, Etc.**   No horse shall be hitched to any shrub or tree in any of said parks.

**§ 16.   Automobiles and Motor Vehicles.**   No automobile or other motor vehicle shall be taken into or driven upon any of the public parks of said city.

\* **§ 17.   Penalty.**   Any person violating any section of this Ordinance shall forfeit and pay a penalty to the city of not more than twenty dollars.

\* *Passed and adopted April 15, 1907.*
*Approved April 17, 1907.*

**§ 18.   Seats for Women.   Reservation of.**   Whenever seats or benches shall be placed upon the "Green," so-called, duly marked and designated as reserved for wo-

310    ORDINANCES OF CITY OF WATERBURY.

men, no other person, unless accompanying a woman or women, shall occupy any of such seats or benches.

**§ 19.    Penalty.**    Any person violating the provisions of Section 18 of this Ordinance shall be fined not more than ten dollars ($10.00).

Passed and adopted August 19, 1907.
Approved August 21, 1907.

TAB 66

# ORDINANCES

## *OF THE*

# CITY OF FLINT

## MICHIGAN



*Printed by Authority of the Common Council of the City of Flint*

*Compiled by*

JOHN H. FARLEY, City Attorney

1925

FLINT, MICHIGAN

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

## ORDINANCE No. 109

AN ORDINANCE to Regulate and Prescribe the Use of the Parks, Boulevards and Other Public Places in the City of Flint.

*The City of Flint Ordains:*

SECTION 1.   No person shall place any building or obstruction of any kind on any public park, public ground or boulevard within the City of Flint.

SECTION 2.   No person shall take down, climb over, interfere with, disturb, displace, mar, deface or injure any rails, posts, chains or fences enclosing any public ground or park, or within the limits of any public boulevard within the City of Flint.

SECTION 3.   No person shall play at any game or sport in any enclosed public park, ground or on any boulevard, except as hereinafter provided and excepted.

SECTION 4.   No person shall climb, peel, cut, deface, remove, injure or destroy any tree in any public park or ground or on any boulevard within the City of Flint or tie or pasture any animal on the grass or in any public park ground or boulevard within said city.

SECTION 5.   No person shall pluck, break, trample or interfere with any flower, plant or shrub in any public park, ground or boulevard.

SECTION 6.   No person shall take, remove or carry away any sward, gravel, sand, turf or earth in any public park, ground or boulevard.

SECTION 7.   No person shall place or deposit any dead carcass, filth, dirt, stone or other matter or substance on any public park, ground or boulevard.

SECTION 8.   No person shall hang, post, place or put any bill, notice, sign, placard, carpet or other incumbrance on any tree, fountain, post, railing, fence or other erection in or surrounding any public park, ground or boulevard.

Digitized by Google    Original from UNIVERSITY OF MICHIGAN

SECTION 9.   No person shall wade into, or throw any wood, sand, stone or other substance into any basin, pool or fountain in any public park, ground or boulevard.

SECTION 10.   No person or persons shall play at any game or games whatever in or upon any public park, ground or boulevard: *Provided, however,* That ball, cricket, lawn tennis and other games of recreation may be played upon such portion of the parks as may be designated and under such rules as may be prescribed upon first obtaining a permit from the Park Board.

SECTION 11.   No person shall hawk or peddle any goods or articles of any nature or description within any of the public parks, grounds or boulevards without first obtaining a permit so to do from the Park Board.

SECTION 12.   Picnics may be held in such parts of the parks upon permit as shall be designated for that purpose, subject to such regulations as may be made by the Board, and no refreshments of any kind shall be permitted to be sold or offered for sale in connection therewith except as hereinbefore provided, and no person shall join any such picnic without the consent of the persons of whom it shall be composed, or shall in any manner disturb or interfere with the same.

SECTION 13.   No indecent exposure of person, disorderly conduct, noise, riot, or breach of the peace nor the use of obscene language will be permitted in any public park, ground or boulevard.

SECTION 14.   No person shall stand, walk, ride or lie upon any place laid out and appropriated for shrubbery or grass when there shall have been placed thereon a sign forbidding the same in any public park, ground or boulevard.

SECTION 15.   No person shall play upon any musical instrument, except by authority of the Park Board, nor carry or display any flag, target or transparency, and no person shall do or perform any act tending to congregate persons in any public park, ground or boulevard.

SECTION 16.   No person shall fire or discharge any gun or pistol, carry fire arms, kindle or build fires, or throw stones or other missiles within any public park, ground or boulevard.

354

Digitized by Google          Original from
UNIVERSITY OF MICHIGAN

SECTION 17.   No person over the age of fourteen years shall use any of the swings or teeters within the public parks, grounds or boulevards, or wherever the same may be placed by the Park Board for the use of children, and no person in the use of said swings and teeters shall stand in or upon the same.

SECTION 18.   No person shall ride or drive on any of the walks or foot-paths of any public park, nor shall any person be allowed to drive or propel any automobile or other means of conveyance on any of the public parks of the said city at a greater rate of speed than five (5) miles per hour.

SECTION 19.   The person or persons in charge of the public parks, grounds and boulevards, under authority of the Park Board of the City of Flint, shall have and possess the powers of policemen and it is hereby made the duty of such person or persons to enforce the observance of the provisions of this ordinance and upon violation of the provisions of this ordinance by any person to forthwith make complaint before one of the Justices of the Peace of the City of Flint.

SECTION 20.   Any violations of the provisions of this ordinance shall be punished by a fine not exceeding $100.00 or imprisonment in the county jail not exceeding ninety days, or both such fine and imprisonment in the discretion of the court before whom the offender shall be tried.

Approved June 16th, 1908.

H. C. SPENCER,
*Mayor.*

355

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

TAB 67

# GENERAL

# Municipal Ordinances

—OF THE—

## City of Oakland, Cal.

IN EFFECT NOVEMBER 1st, 1909

COMPILED AND ANNOTATED
BY AUTHORITY OF THE CITY COUNCIL.





thence running Westerly along the Northerly line of the street to a point where the said Northerly line of First street intersects the Westerly line of Magnolia street; thence running Westerly in a straight line to a point where the Easterly line of the right of way of the Southern Pacific Company intersects the Northerly line of Seventh street; thence running Northerly along the Eastern boundary line of the right of way of the Southern Pacific Company to a point where the same intersects the Northerly Charter Line of the City of Oakland and the Southerly boundary line of the Town of Emeryville and point of beginning.

SEC. 2.    The Superintendent of Fire Alarm and Police Telegraph is hereby directed to report to the Council of the City of Oakland all violations of the provisions of this ordinance.

SEC. 3.    Any person, firm or corporation violating any of the provisions of this ordinance shall be punished by a fine of not less than one hundred ($100) dollars nor more than five hundred ($500) dollars, and in case said fine be not paid, then by imprisonment at the rate of one (1) day for each two (2) dollars of said fine so imposed and unpaid.

SEC. 4.    This ordinance shall be in full force and effect ninety (90) days after its approval.

SEC. 5.    All ordinances and parts of ordinances in conflict with this ordinance are hereby repealed.

(Approved Oct. 28, 1909.    Vol. 8, p. 165.)

## ORDINANCE NO. 2967.

*An Ordinance Regulating the Use of the Parks and Places Under the Control of the Park Commission and Providing a Penalty for Violation Thereof.*

*Be It Ordained by the Council of the City of Oakland, as follows:*

SECTION 1.    No person shall throw any dead animal or offensive matter or substance of any kind upon the grounds of any of the parks under the control of the Park Commission.

SEC. 2.    No person shall injure, deface or destroy any notices, rules, or regulations for the government of the parks, posted or in any other manner permanently fixed by order or permission of the Park Commission.

SEC. 3.    No person shall be permitted to bring led horses within the limits of the parks under the control of the Park Commission, or a horse that is not harnessed and attached to a vehicle, or mounted by an equestrian.

 Google

 HARVARD UNIVERSITY

SEC. 4. No military or other parade or procession or funeral shall take place, or pass through the limits of the parks under the control of the Park Commission, without the order or permission of the Park Commissioners.

SEC. 5. No person shall engage in any play, at baseball, cricket, shinney, football, croquet, or at any other game, with ball and bat, within the limits of the parks under the control of this Commission, except on such grounds only as shall be specially designated for such purpose.

SEC. 6. No person shall be permitted to use the shores of Lake Merritt as a landing place for boats, or keep thereat boats for hire, or floating boathouses with pleasure boats for hire, except by special order or permission of the Park Commissioners, and only at places designated by and under restrictions determined upon by said Commissioners.

SEC. 7. No regatta or boat race by clubs shall take place upon Lake Merritt without special permission granted by the Park Commission.

SEC. 8. No person shall turn loose into the parks controlled by this Commission any cattle, goats, swine, horses, or other animals.

SEC. 9. No person shall carry firearms, or shoot birds or throw stones or other missles within the boundaries of the parks controlled by the Park Commission.

SEC. 10. No person shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures, or statuary or foul any fountains or springs within the parks controlled by the Park Commission.

SEC. 11. No person shall drive or ride within the boundaries of the parks controlled by the Park Commission at a rate exceeding seven miles an hour.

SEC. 12. No person shall ride or drive within the limits of the parks controlled by the Park Commission upon any other than the avenues and roads therefor.

SEC. 13. No coach or vehicle used for hire shall stand upon any part of the parks controlled by the Park Commission for the purpose of hire, nor except in waiting for persons taken by it into the parks, unless in either case at points designated by the Park Commission.

SEC. 14. No wagon or vehicle of burden or traffic shall pass through the parks, except upon such road or avenue as shall be designated by the Park Commissioners for burden transportations.

SEC. 15. No person shall expose or display any article for sale within the parks without the order or permission of the Park Commission.

 

SEC. 16.   No gaming shall be allowed in the parks, nor any obscene or indecent act therein.

SEC. 17.   No person shall fish in or disturb the water fowl in Lake Merritt, or in any pond, or birds in any part of the parks, nor discharge any fire-arms therein, nor affix any bills or notices therein.

SEC. 18.   No person shall have or hold any musical, theatrical or other entertainment in the parks without the order or permission of the Park Commissioners.

SEC. 19.   No person shall enter or leave the parks except by such gates, roads, paths or avenues as may be for such purpose provided and arranged.

SEC. 20.   No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the parks controlled by the Park Commission without the previous permission of the Commission; nor shall any gathering or meeting for political purpose in the parks be permitted under any circumstances.

SEC. 21.   No person shall be permitted to make or kindle a fire of any kind within the parks controlled by the Park Commission.

SEC. 22.   Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punished by a fine of not more than $200.00 and in case said fine be not paid then by imprisonment at the rate of one day for each $2.00 of said fine so imposed and unpaid.

SEC. 23.   This ordinance shall be in full force from and after its approval.

(Approved Oct. 28, 1909.   Vol. 8, p. 167.)

---

ORDINANCE NO. 2969.

*An Ordinance Regulating the Establishment and Maintenance of Public Laundries and Public Washhouses.*

*Be It Ordained by the Council of the City of Oakland as follows:*

SECTION 1.   It shall be unlawful for any person, firm, or corporation hereafter to establish and maintain any building or premises as a public laundry or washhouse without first obtaining a permit therefor from the Board of Public Works specifying the name of the permittee and the location of the premises to be used as such laundry or washhouse, provided, however, that the Board of Public Works in the granting or

Google
HARVARD UNIVERSITY

TAB 68

# CHARTER

### a n d

# REVISED ORDINANCES, etc.

### o f

# KANSAS CITY, Mo.

# 1909.

Compiled, Arranged, Annotated and Indexed by

### REES TURPIN,
### GEORGE KINGSLEY and
### CHARLES L. SHANNON,

of the Kansas City Bar,

assisted by

JOHN T. HARDING, City Counselor, and the Associate Counselors,

and an Advisory Committee Consisting of

WILLIAM C. CULBERTSON, R. EMMET O'MALLEY and ALVAH O. THOMPSON, of the Upper House, and

EDMUND C. MORRIS, FRANK J. SHINNICK and CHARLES J. GILMAN, of the Lower House of the Common Council.

PRINTED AND PUBLISHED BY AUTHORITY OF
KANSAS CITY, MISSOURI.

Kansas City, Mo.
VERNON LAW BOOK COMPANY
1909

## ARTICLE VII.

### PARK AND BOULEVARD REGULATIONS.

Section.
1028. Certain Vehicles Prohibited on Boulevards, Etc.
1029. Lights on Vehicles.
1030. Lights on Motor Cycles, Etc.
1031. Vehicles and Horsemen Keep to Left in Passing, When.
1032. Vehicles and Horsemen Should Occupy What Part of Road.
1033. Red Street Lights—"Slow Down and Keep to Right."
1034. Where Vehicles Must Stop.
1035. Automobiles, Speed of.
1036. Automobiles, Etc., on Cliff Drive.
1037. Moving Houses on Boulevards, Etc.
1038. Permit to Move House—Conditions Thereof.
1039. Animals or Vehicles Standing on Boulevards.
1040. Racing, Speeding, Etc., on Boulevards.
1041. Animals and Vehicles on Sidewalks, Grass, Etc.—Herds of Animals—Roller Skating Prohibited.
1042. Hitching Animals—Driving Over Sidewalks, Etc.
1043. Rubbish on Sidewalks, Etc. Charter, Art. 13, Sec. 6.

Section.
1044. Building Material on Boulevards.
1045. Obstructions on Boulevards, Etc., Red Lights.
1046. Games Prohibited — Crossing Grass Plots.
1047. Dangerous Sports Prohibited.
1048. Discharging Fire Arms, Explosives, Etc., Prohibited.
1049. Selling Goods—Posting and Distributing Hand Bills, Etc., Prohibited.
1050. Cutting, Defacing, Injuring Trees, Shrubs, Etc.
1051. Bicycles, Etc., Must Keep on Certain Paths, Etc.
1052. Pleasure Vehicles Only in Parks.
1053. Lewd or Disorderly Conduct—Sleeping in Parks, Etc.
1054. Sidewalks, Construction of.
1055. Driveways Connecting Private Property With Boulevards, Etc.
1056. Foot-ways.
1057. Fences Around Grass Plots, Etc., Prohibited.
1058. Penalty.
1059. Recommended by Board of Park Commissioners.

**Sec. 1028. Certain Vehicles Prohibited on Boulevards, Etc.** —No omnibus, wagon, cart, dray, truck or other vehicle for carrying goods, merchandise, manure or any other articles, except such as are engaged in repairing or constructing said parks, boulevards, streets, avenues or driveways shall be allowed to enter upon any boulevard, parkway, street, avenue or park road under the control and management of the Board of Park Commissioners of Kansas City, Missouri; *provided;* however, that wagons or other vehicles carrying goods, merchandise or other articles to or from any house or premises abutting upon any of such boulevards or parkways shall be permitted to enter thereon at the cross street nearest to said house or premises in the direction in which the same are moving, and deliver or receive such goods, merchandise or other articles, but shall not proceed thereon further than the nearest cross street thereafter; but this pro-

day during the time such obstruction shall remain, and shall also construct and maintain proper safeguards and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two (2) feet wide.

Sec. 1046. **Games Prohibited—Crossing Grass Plots.**—No person shall play any game whatsoever in or upon any of the parks, boulevards, avenues, streets, parkways or park roads under the control of the Board of Park Commissioners; *provided,* however, that ball, cricket, lawn tennis and other games of recreation may be played upon such portions of said parks as may be designated from time to time by the Board of Park Commissioners, and under such rules and regulations as may be prescribed by said Board. The grass plots or lawns of public parks and parkways shall not be used by any person as thoroughfares in crossing from one roadway, walk or street to another roadway, walk or street. But this Section shall not be constued to interfere with the use of public parks or parkways as pleasure grounds by the people for the purpose of recreation under such reasonable rules and regulations as may be prescribed by the Board of Park Commissioners.

Sec. 1047. **Dangerous Sports Prohibited.**—No person shall engage in any sport upon any boulevard, avenue, street, parkway, park road or driveway under the control or supevision of the Boad of Park Commissioners which will be likely to frighten horses, injure passengers or embarrass the passage of vehicles thereon.

Sec. 1048. **Discharging Fire Arms, Explosives, Etc., Prohibited.**—No person shall fire or discharge any gun or pistol, or carry fire-arms, or throw stones or other missles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of an explosive character within any park, boulevard, avenue, street, parkway, or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said Board and subject to such rules and regulations as said Board may establish.

Sec. 1049. **Selling Goods—Posting and Distributing Hand Bills, Etc.—Prohibited.**—No person shall expose any article or thing for sale, or do any hawking or peddling, or distributing hand-

TAB 69

# A DIGEST

OF THE

# LAWS, ORDINANCES, etc.

AND

# CONTRACTS

OF THE

# CITY OF MEMPHIS, Tenn.

CONTAINING ALL LAWS, ORDINANCES AND
CONTRACTS PASSED AND ENTERED INTO
UP TO AND INCLUDING JUNE 30TH, 1909.

COMPILED BY

## H. DOUGLASS HUGHEY

Pursuant to the following resolution adopted by the Board of Fire
and Police Commissioners of the City of Memphis, July 31, 1907.

"WHEREAS, It is provided in the City Charter that a Digest of
the local laws shall be prepared at least once in five years, and
oftener if deemed necessary by the Board of Fire and Police Com-
missioners; and,

"WHEREAS, The last Digest was issued in 1902, and a new Digest
is now needed; therefore,

"*Resolved*, That the City Attorney be directed to prepare a new
City Digest modeled on the plan of Walker's Digest of 1898, the
work to be done as soon as practicable.

"In preparing the Digest, the Attorney is directed not to in-
corporate therein the city contracts now embraced in Watkins'
Digest of 1902, beginning at page 533 of said Digest; but city
contracts of general and lasting character, and especially those
modifying or changing the above contracts now appearing in
Watkins' Digest, will be incorporated in the new Digest.

"The matter under the head of 'Decisions of State and Federal
Courts Relating to the City of Memphis,' commencing at page
105 of Watkins' Digest, and ending with page 160, will also be
omitted.

"A careful index of the contents of the Digest will also be pre-
pared."—(Minute Book "B," Fire and Police Commission, p. 132.)



PARK COMMISSION—PARKWAYS

Sec. 1127. The Board of Fire and Police Commissioners, and Improvement.
any park commission hereafter established, shall, as soon as
practicable, commence the improvements of said tract of land,
and take such steps as are practicable to render said land suit-
able for a public park.

## ARTICLE 67.

### PARKWAYS.

Sec. 1128. That the Park Commission be and is hereby author- Park
Commission
ized to obtain, establish and construct a system of parkways or to establish
parkways.
boulevards in and around the City of Memphis, and said Com-
mission to have full and complete control over said parkways and
boulevards.

Sec. 1129. Said Commission shall have the power to purchase, Condemnation
of right-of-
by private negotiation, or acquire by condemnation, the neces- way.
sary lands and property for the establishment and construction
of said parkways and boulevards, and is hereby authorized to
institute and prosecute, in the name of the city, such condemna-
tion suits as may be necessary.

Sec. 1130. Said Park Commission shall have the same author- Control of
parkways.
ity and control of said parkways and boulevards as has hereto-
fore been given them over the several parks of the city.[1]

## ARTICLE 68.

### (Passed March 4, 1909.)

AN ORDINANCE To regulate and control the use of parks and
parkways in the City of Memphis and to declare certain acts
therein to be misdemeanors.

Sec. 1131. *Be it ordained by the Legislative Council of the
City of Memphis*, That it shall be a misdemeanor for any person
or persons to commit the following acts, to-wit:

1 Sections 1128 to 1130, inclusive, passed November 5, 1903.

658                             CITY ORDINANCES.

RULES FOR PARKS AND PARKWAYS.

To injure       1. To cut, break or in any way injure or deface any tree,
trees, plants,
etc.            plants or grass; pick any flowers, leaves, nuts, wild or cultivated,
                or carry flowers through the parks.

Paper and       2. To throw or leave any paper, refuse or rubbish on any of
refuse.
                the lawns or walks.

Peddling in     3. To expose any article for sale or exhibition, unless pre-
parks.
                viously licensed by the department of parks therefor.

Post bills,     4. To post any bill, placard, notice or other paper upon any
erect plat-
forms, etc.     structure. To erect any structure, stand or platform, or hold
                any meetings without previous permission therefor from the
                Commissioners.

Insulting       5. To use threatening, abusive or insulting language, or
language, etc.
                commit any obscene or indecent act thereon, or any act tending
                to a breach of the public peace.

Vehicle for     6. To stand any coach, carriage, wagon, cart or other vehicle
hire, etc.
                for hire without previous license, and then only at such place as
                shall be indicated and allowed by the Commissioners.

Stock in        7. To allow to go at large any horse or other animal, except
parks.
                that dogs may be allowed therein when led by a chain or proper
                dog-string not exceding six feet in length.

Pond or lakes.  8. To bathe or fish in any of the waters or fountains, or cast
                any substance therein, or disturb or interfere in any way with
                the fish, birds or animals within such public parks, parkways,
                squares or places.

Miscellaneous.  9. To throw stones or other missiles, or beg or publicly
                solicit subscriptions or contributions, or tell fortunes, or play
                games of chance, or make any harangue, or climb upon any wall,
                fence, shelter, seat, statue or other erection.

CITY ORDINANCES.

RULES FOR PARKS AND PARKWAYS.

10.  To drive any automobile, horseless or other vehicle upon ~Speed limit.~ or over the drives at a greater rate of speed than eight miles an hour.

11.  To stop any automobile or other vehicle near any of the ~Automobiles.~ music stands or other places, in or about any of the parks, parkways, plazas, concourses, circles or squares, where any number of persons are accustomed to congregate, or where such vehicles would be a source of danger to life and limb, except at such places as are designated by the Commissioners.

12.  To carry garbage, ashes, manure, coal, stone and other ~Garbage carts.~ material over any of the parkways or through such parks, circles, squares or concourses, except when such is to be removed from or delivered to residences fronting on any of the above parkways, etc., the vehicle collecting or delivering such material must leave the parkway as soon as such work is accomplished.

13.  To fire or carry any firearms, firecrackers, torpedo or ~Fire arms, etc. Public gatherings.~ fireworks, or make a fire, or make any oration, or conduct any religious or other meeting or ceremony within any of the parks, parkways, squares or places without special permission from the Commissioners.

14.  To enter or leave the parks except at the established ~Entrances to parks, etc.~ entranceways; or enter or remain therein after 12 o'clock at night, except as, on special occasions, use thereof may be authorized beyond the regular hours.

15.  To use the drives except by persons in pleasure vehicles, ~Drives— rate of speed.~ on bicycles or on horseback; the bridle paths only by persons on horseback. Animals to be used on either shall be well broken, and constantly held in such control that they may be easily and quickly turned or stopped; they shall not be allowed to move at a rate of speed on the drives or bridle paths of more than eight miles an hour; and when it shall be deemed necessary to

RULES FOR PARKS AND PARKWAYS.

safety, good order, or the general convenience that the speed of an animal or vehicle should be checked, or that it should be stopped, or its course altered, and the officer on duty shall so direct, by gesture or otherwise, such direction shall be obeyed; and no horse or other beast of burden or automobile shall be driven or suffered to stand anywhere except on the drive.

**Rules—use of parks and parkways.**

Sec. 1132. The following rules shall obtain in the use of the parks and parkways in the City of Memphis, or belonging to the City of Memphis, by persons on horseback or in vehicles:

**Vehicles to carry lamp.**

1. All vehicles must carry a lighted lamp, showing a white light ahead, from thirty minutes after sunset until thirty minutes before sunrise.

**Vehicle passing others.**

2. All vehicles and horsemen when passing another vehicle or horseman going in the same direction, must keep to the left and leave the vehicle or horseman they are passing on the right hand.

**Going slow.**

3. All vehicles or horsemen going at a walk or slow trot must keep near the curbstone or gutter on the right-hand side of the road; those going more rapidly must keep nearer the middle of the road.

**Stopping.**

4. No vehicle shall stop for any purpose without drawing up to the curbstone or gutter, and always on the right-hand side of the road.

**Side of drives.**

5. On all drives and parkways where grass plots divide the drive, all vehicles and horsemen must keep on the right-hand side drive or bridle path.

**Cyclists.**

6. Cyclists must not coast in the parks, nor on the parkways, or bicycle paths, and must keep their feet on the pedals and their hands on the handle bars; must not mount nor dismount except on the extreme right of the roads or bicycle paths.

RULES FOR PARKS AND PARKWAYS.

7.  Riding more than two abreast is prohibted.

8.  Instruction in operating automobiles, bicycles, tricycles, velocipedes or other such vehicles of propulsion, and all trick or fancy riding on the same, is prohibited in the parks and parkways at all times. *Automobiles, etc.*

Sec. 1133.  It shall be unlawful for any person, persons, firm or corporation to erect or have erected any telephone, telegraph, electric or other poles and wires in any of the parks or parkways in the City of Memphis, except with a written permit from the Park Commission, given at a regular meeting, which permit shall only be given to continue during the will and pleasure of the said Park Commission, or its successors. *Telephone poles, etc.*

Sec. 1134.  That any person, persons, firm or corporation erecting or causing to be erected any poles or wires contrary to the provisions of Section 1133 of this ordinance, shall be guilty of a misdemeanor, and, upon conviction, shall be fined not less than $1 nor more than $50.

Sec. 1135.  The following rules shall obtain in the use of the Speedway between Evergreen and Trezevant avenues: *Speedway— use of restricted.*

1.  The use of the Speedway is restricted to light vehicles of the classes known as buggies, runabouts, surreys and other like vehicles adapted to the speeding of light harness horses, seating not more than four persons and drawn by one or two horses, except by permission of the Commissioners.

2.  Speeding on Sundays and holidays, and after 3 o'clock p.m. on other days, will be permitted in one direction—from west to east only.  Turning is forbidden except at the ends of the Speedway. *Speeding.*

3.  When not speeding, drivers must keep closely to the right-hand side of the road and keep moving.

662            CITY ORDINANCES.

SUBDIVISIONS.

Loud shouting.     4. Loud shouting to make horses break or to urge them on is strictly forbidden.

Hobbles forbidden.     5. The use of hobbles, or similar other device or apparatus, to fetter or connect the legs of horses, for the purpose of restricting or hampering their motion or gait, is forbidden.

Sec. 1136. *Be it further ordained*, That any person or persons failing or refusing to observe the rules and regulations set out in Sections 1131 to 1136, inclusive, of this ordinance shall be guilty of a misdemeanor and upon conviction shall be fined not less than $1 nor more than $50.[1]

## ARTICLE 69.

### SUBDIVISION ORDINANCE.

Submit plan of subdivisions to Council.     Sec. 1137. Hereafter when the owner of any land situated within the limits of the city shall determine to subdivide the same into lots and dedicate streets and alleys to the public use, it shall be the duty of such owner to submit a full and complete plan and map of such subdivision to the Legislative Council for its approval. If the Legislative Council shall approve such plan, the same shall be put of record and the Council may by resolution accept the dedication of such streets and alleys, and establish the same as public highways. If the Council disapproves the plan of such subdivision, the owner shall be notified thereof, and he shall be advised of the changes which the Council directs to be made. If the owner refuses to make such changes and records in the plat as prepared by him, the Council may by ordinance or resolution close up the streets and alleys as laid out by such owner; and if it is desirable to open streets and alleys through such land, the Council may order the City Attorney to institute condemnation proceedings for the opening of streets and alleys in accordance with the plan chosen by the Council.

---

1 Sections 1131 to 1136, inclusive, passed March 4, 1909.

TAB 70

Appellate Case: 23-2166     Document: 010111010494     Date Filed: 03/05/2024     Page: 145

# Constitution, Charter
# and Revision of the Ordinances and
# Municipal Laws

OF THE

# CITY OF PADUCAH

## KENTUCKY

## Under the Charter Act of March 19, 1894

AND AMENDMENTS THERETO

BY E. H. PURYEAR
JUNE, 1910

## By Order of the General Council



BILLINGS PRINTING CO.
PADUCAH, KY.

known as Riverside Hospital of the City of Paducah, and said board is empowered to adopt such rules and regulations in the management of said hospital as may be deemed proper by said board, and it shall have the power to employ and discharge at will all of the employees of the said Riverside Hospital and fix the salaries thereof.

Sec. 3.   The Mayor, the President of the Board of Aldermen and the President of the Board of Councilmen shall be ex-officio members of said Hospital Board, together with two practicing physicians of the City of Paducah, who shall be elected in the month of June, 1908, by the General Council of the City of Paducah, in joint session, and said two physicians shall hold their offices respectively until the month of December, 1909, and thereafter such two members of said Hospital Board shall be selected by vote in joint session of the General Council, and shall hold their offices respectively for the term of one year thereafter or until their successors are elected and duly qualified, and the election of said two members of the Hospital Board shall be held annually thereafter in the month of December.

Sec. 4.   No compensation shall be paid to any of the members of said Hospital Board by the City of Paducah.

Sec. 5.   This ordinance shall take effect and be in force from and after its passage, approval and publication.

Approved June 8, 1908.


## PARKS, BOULEVARDS AND PARKWAYS.

An ordinance providing for the regulations and orderly government of parks, boulevards, parkways, park roads, streets, avenues and other public grounds under the control and management of the Board of Park Commissioners.

Be it ordained by the General Council of the City of Paducah, Kentucky:

Section 1.   No omnibus, wagon, cart, dray, truck or other vehicle for carrying goods, merchandise, manure or any other article, except such as are engaged in repairing or constructing said parks, boulevards, streets, avenues, or driveways shall be allowed to enter upon any boulevard, parkway, street, avenue or park road under the control and management of the Board of Park Commissioners of Paducah, Kentucky; provided, however, that wagons or other vehicles carrying goods, merchandise or other articles to or from any house or premises abutting upon any of such boulevards or parkways shall be permitted to enter thereon at the cross street nearest to said house or premises in the direction in which the same are moving, and deliver or receive such goods, merchandise or other articles, but shall not proceed thereon further than the nearest cross street thereafter;   and   said   boulevard, parkways,

avenues, streets or park roads shall not be used by business vehicles for traffic purposes, except as hereinbefore provided.

Sec. 2. All carriages, cabs and other vehicles usually carrying lamps must keep the same lighted from sunset until sunrise; and all automobiles and other motor vehicles must display a white light ahead and red light behind from sunset until sunrise.

Sec. 3. All motor cycles and bicycles must carry a lighted lamp, showing a white light ahead and red lights to the sides from sunset until sunrise, and said motor cycles and bicycles must strictly comply with the rules of the road as provided for all other vehicles, and must not congregate nor run more than two abreast of each other.

Sec. 4. All vehicles and horsemen, when passing another vehicle or horseman going in the same direction, must keep to the left and leave the vehicle or horseman they are passing on the right; and when passing each other from opposite directions each must keep well to the right.

Sec. 5. All vehicles or horsemen going at a walk or slow trot must keep near the curbstone or gutter on the right-hand side of the road in the direction in which they are going; those going more rapidly must keep nearer the middle of the road.

Sec. 6. Red street lights located in the center of driveways at intersections and turns indicate this rule of the road: "Slow down and keep to the right;" and this rule of the road must be complied with on all intersections and turns of the boulevards and parkways, whether lights are so located or not.

Sec. 7. No vehicle shall stop for any purpose without first drawing up to the curbstone or gutter, and always on the right-hand side of the road in the direction in which they are going.

Sec. 8. Automobiles or any other vehicles must not exceed a speed limit of fifteen (15) miles per hour on any of the boulevards, avenues, streets or parkways and must not exceed a speed limit of fifteen (15) miles per hour on any of the park roads within any park.

Sec. 9. No person shall be permitted to move any house along or upon any boulevard or parkway without first obtaining a special permit from the Board of Park Commissioners, and then only within such stated time as may be established by said board, and such permit shall contain the necessary conditions guarding against damage to property under the control of said Board of Park Commissioners, as provided in section 10 of this ordinance.

Sec. 10. Every person obtaining a permit for the use of a portion of any boulevard, parkway, avenue, street, park road or sidewalk space, shall be required to deposit with the Secretary of the Board of Park Commissioners a sum in cash or its equivalent, estimated by the Board of Park Commissioners to be sufficient to pay for the cost of any damage to said boulevard, parkway, avenue,

street, park road or sidewalk space, caused by any work being done under the authority of said permit; and if repairs and restoration are made under the supervision and to the satisfaction of the Board of Park Commissioners at the expiration of such permit, and no damages have occurred to said boulevard, parkway, avenue, street, park, road or sidewalk space, except such as have been so repaired, then the deposit will be returned in full; but upon failure of the person obtaining such a permit to repair and restore conditions as above provided, within five ■5) days of the expiration of such permit, the Board of Park Commissioners may proceed to make such repairs and deduct the cost of same from such deposit; the balance, if any, to be returned to the person obtaining said permit.

Sec. 11. No horse nor mule, nor any animal attached to a vehicle shall be permitted to stand upon any portion of any boulevard, parkway, avenue or park road of said city, unless the driver thereof is in charge of and accompanies the same; or unless such animal be securely hitched to a hitching post, erected with the approval of the Board of Park Commissioners; nor shall any vehicle, horse, mule or animal be permitted to stand upon any boulevard, parkway, avenue, street or park road to the obstruction of the same, or to the inconvenience of travel.

Sec. 12. No person shall engage in any racing, speeding or fast driving on any boulevard, parkway, avenue, street, or park road of said city, except on such part or portion of any boulevard, parkway, avenue, street or park road as may be set apart by the Board of Park Commissioners for that purpose, and then only under such regulations as the Board of Park Commissioners may prescribe.

Sec. 13. No velocipede, bicycle, tricycle, wheel-barrow, hand-cart nor other vehicle, nor any horse, mule, cattle, chickens, ducks, geese nor swine shall be placed by the owner or any other person in charge or control thereof, or be permitted by the same upon the sidewalks, curbstones, grass plots or planting places of any park, boulevard, parkway, avenue, street or park road, nor to cross the same. Nor shall such vehicle, fowl or animal be taken upon any part thereof, except upon the carriage drives and crossings provided therefor. Nor shall any horses, mules, cattle, sheep, fowls or swine be driven loose, singly or in herds, on any boulevard, parkway, avenue, street or park road of said city. Nor shall any dog be taken or permitted in or upon any park, except the same be led and secured at all times by cord or chain of not greater length than ten (10) feet. Roller skating on the sidewalks of any boulevard, street or parkway is prohibited.

Sec. 14. No person shall hitch any horse or other animal to any lamp post, tree or fire hydrant on any boulevard or parkway, or ride or drive over the curbstone, sidewalks or grass plots thereon, nor shall any person permit any horse, mule or other animal to stand so near to any tree on any boulevard or parkway or in

any park, that such animal can damage the same by biting or otherwise.

Sec. 15. No owner, occupant or agent of any land abutting upon any boulevard, avenue, street or parkway of said city shall allow the earth or any rubbish from said land to fall or wash upon any part of said boulevard, avenue, street or parkway. Nor shall any person throw any dirt or cause to be thrown any dirt or rubbish of any kind upon any such park, boulevard, parkway, avenue, street or park road.

Sec. 16. No person shall place or deposit or allow to be placed or deposited on any boulevard, avenue, street, parkway or park road of said city, any building material whatsoever or any other articles or things which shall obstruct or hinder the travel thereon, without a written permit from the Board of Park Commissioners, which said permit shall state how great a space will be allotted on which the same may be placed or deposited, the amount of cash deposit or its equivalent, as provided in section 10 of this ordinance, and the length of time during which said permit shall be in force; but no obstruction nor deposit of any kind shall be placed upon the sidewalk of any boulevard or parkway.

Sec. 17. Every person having the use of any portion of any boulevard, parkway, avenue, street or park road of said city, for the purpose of erecting or repairing any building or for any other purpose, shall cause two (2) red lights to be placed in a conspicuous place, one at each end of such obstruction, from dusk until sunrise in the morning of each day, during the time such obstruction shall remain, and shall also construct and maintain proper safeguards and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two (2) feet wide.

Sec. 18. No person shall play any game whatsover in or upon any of the parks, boulevards, avenues, streets, parkways or park roads under the control of the Board of Park Commissioners; provided, however, that ball, cricket, lawn tennis and other games of recreation may be played upon such portions of said parks as may be designated from time to time by the Board of Park Commissioners, and under such rules and regulations as may be prescribed by said board. The grass plots or lawns of public parks and parkways shall not be used by any person as thoroughfares in crossing from one roadway, walk or street to another roadway, walk or street.    But this section shall not be construed to interfere with the use of public parks or parkways as pleasure grounds by the people for the purpose of recreation under such reasonable rules and regulations as may be prescribed by the Board of Park Commissioners.

Sec. 19. No person shall engage in any sport upon any boulevard, avenue, street, parkway, park road or driveway under the control or supervision of the Board of Park Commissioners, which

will be likely to frighten horses, injure passengers, or embarrass the
passage of vehicles thereon.

Sec. 20. No person shall fire or discharge any gun or pistol, or
carry fire-arms, or throw stone or other missles, or fire, discharge
or set off any rocket, cracker, torpedo, squib or other fireworks or
things containing any substance of an explosive character, within
any park, boulevard, avenue, street, parkway or driveway of this
city under the control or supervision of the Board of Park Commis-
sioners, except upon a permit first duly obtained or authority pre-
viously granted by said board, and subject to such rules and regu-
lations as said board may establish.

Sec. 21. No person shall expose any article or thing for sale,
or do any hawking or peddling or distributing hand bills or erect
any sign board or posts, or affix any notice or bill or other writing
or printing on any tree, lamp post, hydrant, curbstone, sidewalk,
coping, flag, stone fence, wall, building or other place in any park,
boulevard, avenue, street, parkway, park road, driveway or other
public grounds under the control or supervision of the Board of Park
Commissioners of said city. Nor shall any person drive any animal
or vehicle displaying an advertising placard of any kind; nor shall
any person display any placard or advertisement of any kind upon
or along any boulevard, avenue, street, parkway, park road or in
any park or other public grounds under the control and management
of the Board of Park Commissioners of said city.

Sec. 22. No person shall cut, break or in any way injure or
deface any of the trees, shrubs, plants, turf, grass, lamp posts,
fences, bridges, buildings or other constructions of property in or
upon any park, boulevard, avenue, streets, parkways, park roads or
other public grounds of said city under the control or supervision
of the Board of Park Commissioners.

Sec. 23. All persons riding bicycles, tricycles or velocipedes in
parks or upon parkways, boulevards or park roads shall be required
to keep upon the paths specially provided for the same or upon the
roadway, and in no case shall be permitted to rids upon the side-
walks, foot-paths or upon the park or grass.

Sec. 24. No vehicles other than those used for pleasure driv-
ing or other than such carts or other vehicles as may be employed
by the Board of Park Commissioners in the construction of or caring
for said parks, shall be permitted to enter said parks.

Sec. 25. No person shall be guilty of disorderly, unchaste, or
lewd conduct or of habitual loafing or sleeping on the ground or
benches, or make, aid or assist in making any disorderly noise, or
riot or breach of the peace, within the limits of any park, boule-
vard, avenue, street, parkway or other public grounds of the city.

Sec. 26. All sidewalks hereafter constructed on boulevards,
avenues, streets, and parkways under the control of the Board of
Park Commissioners, shall be of artificial stone or other durable

material, selected by the Board of Park Commissioners, and shall
be of such width as the Board of Park Commissioners may estab-
lish in each case, and they shall be uniform in character and ap-
pearance throughout each boulevard and parkway and they shall
be otheriwse constructed and laid strictly in accordance with the
plans and specifications, and under the supervision of the Board of
Park Commissioners.

Sec. 27. All that part or portion of driveways connecting pri-
vate property with the roadway, and lying between the lot line and
the roadway on all boulevards and parkways, and other avenues un-
der the control of the Board of Park Commi sioners, shall be con-
structed by the Board of Park Commissioners, or under its super-
vision, at the expense of the property owner and of such width as
the Board of Park Commissioners may determine in each case; pro-
vided, however, that the maximum width required by said Board
shall not exceed nine (9) feet; provided, further, that at the request
of the property owner a special permit may be granted by said
Board of Park Commi sioners for a greater width, and such drive-
ways shall be constructed in accordance with the plans and speci-
fications furnished by and under the provision of the Board of Park
Commissioners, and their location shall be with the consent of said
Board of Park Commissioners.

Sec. 28. On all boulevards, avenues, streets, and parkways un-
der the control of the Board of Park Commissioners, there shall be
constructed at the expense of the property owner, foot-ways, con-
necting private property with the public walk, and also with the curb
line where necessary. There shall be not more than one foot-way
for each residence, except by special permit of the Board of Park
Commissioners. Such foot-ways shall be located at such points as
the Board of Park Commissioners may direct or designate. The
width of such foot-ways shall in all cases be established by the
Board of Park Commissioners, and be constructed of the same ma-
terials and in accordance with the plans and specifications govern-
ing the construction of public walks with which said foot-ways con-
nect. The rise of all such foot-ways from top of curb to the prop-
erty line shall be at the rate of one-fourth (1-4) of an inch to each
foot; provided, however, that this rate of slope may be increased
or diminished by permission of the Board of Park Commissioners
when in their judgment such change will not be detrimental but will
improve the appearance of said boulevard, avenue, or parkway.

Sec. 29. No person shall be permitted to build or place any
fence or other barrier around any grass plots or planting spaces
on any boulevard or parkway.

Sec. 30. Any person who shall violate any of the foregoing
provisions, rules, and reulations shall be deemed guilty of a misde-
meanor, and upon conviction thereof shall be punished by a fine of
not less than five dollars ($5.00) nor more than one hundred dol-

lars ($100.00) for each and every offense, and in addition to the members of the regular police force of Paducah, who may be specially detailed by the Board of Police and Fire Commissioners for the enforcement of the foregoing rules and regulations, and for service under the direction of the Board of Park Commissioners, said Board of Park Commissioners may employ and appoint additional persons to act as special guards and watchmen in parks, boulevards and parkways, as it may find it expedient and deem necessary for the protection of the same, and for the enforcement of the rules and regulations of said Board and the ordinances of the city relating to the regulation and orderly government of parks and public grounds under the control and management of the Board of Park Commissioners, and said special guards and watchmen shall be paid out of the general funds appropriated by the General Council for the general expenses of the Board of Park Commissioners and for other park purposes; but the number of such special guards and watchmen so appointed, shall not exceed fifteen (15) per cent of the regular police force of said city without the consent or approval of the General Council of said city.

Sec. 31.  The General Council finds and declares that the action of the General Council herein has been recommended by the Board of Park Commissioners of Paducah, Kentucky, as provided by law, and that said Board has adopted said rules and regulations, and has recommended to the General Council the establishment and enforcement of the same by ordinance as herein provided.

Sec. 32  This ordinance shall only apply to such Parks, Boulevards, Parkways, Roads, Streets, Avenues, and other ground, property, or ways as are in law under the control and supervision of the Board of Park Commissioners of the City of Paducah, Kentucky.

Sec. 33.  All ordinances, or parts of ordinances in conflict with this ordinance in so much as they conflict herewith are hereby repealed, and this ordinance shall take effect from its passage, approval and publication.

Approved September 2, 1909.

## STEAM FERRY FRANCHISE.

An ordinance creating and providing for the sale of a franchise or privilege to establish, maintain and operate a steam ferry between the City of Paducah and the State of Illinois.

Be it ordained by the General Council of the City of Paducah, Kentucky:

Section 1.  That there is hereby established and created a Ferry Franchise for a period of twenty years, granting the privilege or right to construct, establish, maintain and operate a steam or other motor power as good as steam Ferry between the City of Paducah, Kentucky, and the town of Brookport, Illinois, and Owens' Landing,

TAB 71

# Forty-Sixth  Annual  Report

## OF  THE

# City of Burlington

## Vermont



## For the Year Ending December 31

# 1910

BURLINGTON:
FREE PRESS PRINTING COMPANY,
1911.

220                     CITY OF BURLINGTON.

## BOARD OF PARK COMMISSIONERS,

BURLINGTON, VT.

### RULES AND REGULATIONS.

The Board of Park Commissioners, by virtue of the authority vested in them, hereby make and ordain the following rules and regulations for the management of the parks of the city of Burlington. Any person who shall violate any of the following rules and regulations, will be liable to the penalties prescribed for the violation of the ordinances of the City of Burlington.

1. No person shall walk upon the grass in any park whenever a notice shall be posted forbidding it.

2. No person shall climb upon a tree, statue, fountain, fence, gate, or railing in any park, or use any structure or apparatus there in any way other than that for which it was intended.

3. No person shall cut, break, or otherwise injure any tree, or shrub, or any part thereof; nor cut, pluck or remove any plant or flower in the beds in any street or park.

4. No person shall cut, write upon, deface, defile or otherwise injure any building, fence, statute, fountain, seat or other structure upon any park.

5. No person shall hitch a horse or other animal to any tree, shrub or fence; nor leave a horse untied or tied within reach of a tree or shrub.

6. No person shall trap or catch any birds or animals; nor disturb their nests or habitations in any park.

7. No person shall deposit boxes, paper or waste of any kind upon the walks or grounds of any public park, nor in any fountain or waters thereof nor in any manner defile or pollute the same; but shall place all such waste in receptacles provided therefor.

8. No person shall throw sticks, stones or other missiles in any park; nor light a fire for any purpose, therein.

9. No person shall commit a nuisance within the limits of any park.

10. No person shall use or enter any apartment established for persons of the opposite sex exclusively.

11. No person shall carry or discharge firearms, firecrackers, torpedoes, or fireworks in any park; but this prohibition shall not apply to the display of fireworks under municipal authority.

12. No person shall use intoxicating beverages in any park nor offer such to any person; nor sell, offer, or expose for sale any goods or wares except under a written license from the Board of Park Commissioners.

13. No person shall post or display any sign, placard, flag, or advertising device in a park, without a license.

14. No person shall play any game of chance or have possession of any instrument of gambling in any park.

15. No person shall utter profane, threatening, abusive, or indecent language, or do any obscene or indecent act; nor follow or otherwise annoy any other visitor in any park.

16. No person shall drive or propel a bicycle, tricycle, automobile or other vehicle, in any park, excepting on the regular carriage roads.

17. No person shall ride or drive a horse, bicycle, automobile, or other vehicle, at a rate faster than eight miles an hour in any park.

18. No persons shall hold any public meeting or gathering for political purposes, nor make any oration, speech or harangue in any park, except by written permission of the Mayor or of the Board of Park Commissioners.

19. No person shall refuse to obey such orders or requests of the park commissioners or of the superintendent, care taker, or other agents of the commissioners, as shall have for their object the preservation of the parks and their contents or the maintenance of order and decorum within the limits of the park.

20. No person shall cut, prune, or remove any shade tree or shrub in the streets or public parks except with the approval and consent of the Board of Park Commissioners or of the duly appointed tree warden or city forester.

21. All planting of trees in the streets shall be with the approval and in accordance with the rules of the Board of Park Commissioners, who shall have the power to prescribe how such trees shall be planted, at what distance apart, and of what variety. All trees shall be provided with supports and guards whenever, in the opinion of the Board of Park Commissioners, or its agents, such supports or guards may be desirable.

222                    CITY OF BURLINGTON.

22.  No person shall plant any tree or shrub in any street which has been declared by the Commissioners to be undesirable or detrimental.

23.  No person or corporation shall attach any wire, stay or support to any tree except by the consent and approval of the Board of Park Commissioners.

24.  No board, card, or any notice or advertisement, shall be attached to any shade tree.

25.  No person shall permit a horse to injure or deface any shade tree, shrub, or any structure, under the penalties prescribed by the laws of the State.

Adopted by the Board of Aldermen, June 9, 1910.

Attest:

M. C. GRANDY, Clerk.

Approved June 15, 1910.

JAMES E. BURKE, Mayor.

BOARD OF CEMETERY COMMISSIONERS,

BURLINGTON, VT.

RULES AND REGULATIONS.

SECTION I.

CEMETERY RULES.

1.  Lake View Cemetery will be open from 7.00 o'clock a. m., until sunset. Green Mount and Elmwood Cemeteries from 7.00 a. m., until sunset during the season. All persons must leave the grounds before the gates are closed.

2.  No trucks or heavy wagons will be allowed inside the grounds except by special permission from the Superintendent, unless bringing material for work to be done in the cemetery.

3.  No fast driving will be allowed in the grounds.

4.  Bicycles, motor cycles or automobiles are allowed within the grounds only by permission from the superintendent.

5.  Dogs not permitted.

6.  Persons with firearms not permitted.

TAB 72

Appellate Case: 23-2166    Document: 010111010494    Date Filed: 03/05/2024    Page: 159

# ORDINANCES

GOVERNING THE

## CITY OF JACKSONVILLE

OF THE

## STATE OF ILLINOIS

---

Revised and Consolidated by

WILLIAM M. MORRISEY, CITY ATTORNEY

assisted by

FREDERICK L. GREGORY, ATTORNEY AT LAW

---

Compiled and arranged under the supervision of the Ordinance Committee of the City Council, consisting of ALDERMEN JAMES W. BRECKON, WM. J. MOORE and JOHN W. MERRIGAN.

---

Printed and Published by Authority of the City Council of Jacksonville, Illinois.

SEPTEMBER, 1910


COURIER PRINT

Digitized by Google

# CHAPTER XII.

## THE PARK DEPARTMENT.

### ARTICLE I.

#### Creating Board of Park Commissioners.

**354.** SECTION 1. There is hereby created for the City of Jacksonville a Board of Park Commissioners, to be known as and for the Morgan Park System.

**355.** SECTION 2. Said Board of Park Commissioners shall consist of five (5) persons, who shall have no pecuniary interest, either directly or indirectly in said park, to be appointed by the mayor, which appointment shall be concurred in by the city council, said persons so appointed shall serve for the term of three (3) years, and until their successors are duly appointed and qualified, such appointments to be made January 1, 1908, and every three (3) years thereafter.

**356.** SECTION 3. The said department shall have an office and headquarters in the city hall, or at such other place as the city council may provide, and at said headquarters shall be kept all the books, articles and belongings of the said department, not expressly required, by this ordinance, to be kept elsewhere.

**357.** SECTION 4. Upon the expiration of the term for which said commissioners are appointed, the mayor of the city of Jacksonville shall appoint their successors, who shall serve for the term of three years, which appointments shall be concurred in by the city council. Said commissioners shall serve without compensation.

**358.** SECTION 5. Said park board shall have the management and control of the Morgan Park System. Said board shall organize by electing one of its members president, one secretary and one treasurer of said board. The treasurer of said board shall give bond in the sum of five thousand ($5,000) dollars, and



all of said commissioners shall take the oath faithfully to perform the duties of park commissioners and to carry out and enforce all ordinances of the city of Jacksonville, with reference to the conduct of the parks of said city. Said board of commissioners shall report to the city council quarterly at the beginning of each and every quarter during each fiscal year, all business transacted, also showing the condition of the parks under their control, and an estimate of the money necessary to properly conduct the work of said board, and such other reports as the city council may, from time to time, by ordinance or resolution, require.

**359.** SECTION 6. Said commissioners shall have the power to make all reasonable rules and regulations for the conduct and management of the parks of the city of Jacksonville. Provided, however, that such rules shall not be in conflict with any of the laws of the state of Illinois, nor in conflict with any of the ordinances of the city of Jacksonville.

**360.** SECTION 7. Said park commissioners shall have the power to receive such bequests, gifts or donations as from time to time may be made to them for park purposes, and shall have the power to expend such moneys upon parks for the city of Jacksonville, as in their judgment shall be most fitting and proper.

## ARTICLE II.

### Parks and Public Grounds.

**361.** SECTION 1. No person shall enter or leave any of the public parks of the city of Jacksonville, except by their gateways or established entrances; and no person shall climb or walk upon their fences.

**362.** SECTION 2. No cattle, horses, swine or other animals, except as herein provided, shall be turned into any of said parks by any person.

**363.** SECTION 3. No person shall carry any firearms or throw any stones or other missiles within any of said parks.

**364.** SECTION 4. No person shall cut, break, injure or deface any tree, shrub, plant, turf, building, fence, bridge or other structure or article within or upon any of said parks.

**365.** SECTION 5. No person shall, in any way, hinder or obstruct any one engaged in constructing or adorning any of said parks.

**366.** SECTION 6. No person shall expose or offer any-thing for sale in any of said parks, without being first licensed by the mayor.

**367.** SECTION 7. No person shall use threatening, abusive, insulting or indecent language, or be guilty of any disturbance of the peace, in any part of said parks.

**368.** SECTION 8. No person shall tell fortunes or play at any game of chance or with any table or instrument of gaming in any park.

**369.** SECTION 9. No person shall do any obscene or indecent act in any park.

**370.** SECTION 10. No person shall post any bill or notice in any park or upon any gate, fence or inclosure thereof.

**371.** SECTION 11. No person, other than a city official or employe, shall make or use any fire in or upon any park.

**372.** SECTION 12. No person shall go upon the grass, lawn or turf of any park, except when and where the word "common" is posted, indicating that persons are at liberty at that time and place to go upon the grass; provided, that the mayor or park commissioners may issue a permit to go upon the grass to such persons or companies as they may deem best.

**373.** SECTION 13. All the sections of this article shall, so far as applicable, apply to all the public squares of the city of Jacksonville.

**374.** SECTION 14. Until otherwise ordered by the city council, the public park in the center of the public square shall be known as "Central Park," and the public park fronting and abutting upon the north side of West State street, between Sandusky street and Webster avenue, shall be known as "Duncan Park."

**375.** SECTION 15. The city council may direct that any of the entrances to the public parks be closed at any time.

**376.** SECTION 16. The park commissioners shall have power to keep all public parks in proper order. And said committee may cause written or printed copies of prohibitions of this article to be posted in said parks.

**377.** SECTION 17. Every person violating any of the provisions of this article shall, upon conviction, be fined not less than five and not more than twenty-five dollars.

TAB 73

Staunton, Va. Charters

# THE CODE

OF THE

# CITY OF STAUNTON, VIRGINIA

CONTAINING

## THE CHARTER AND GENERAL LAWS

## AND ORDINANCES

1910
SHULTZ PRINTING CO.
Staunton, Va.

M. S. W.

Staunton, Va.
Ordinance

Google

Original from
NEW YORK PUBLIC LIBRARY

Appellate Case: 23-2166    Document: 010111010494    Date Filed: 03/05/2024    Page: 165

## TITLE III.

### CITY PROPERTY.

Ch.  1. Of Public Grounds and Buildings.

2. Of the Public Parks and the Government thereof.

## CHAPTER I.

#### OF THE PUBLIC GROUNDS AND BUILDINGS.

### Sec. 130.  Committee on Public Grounds and Buildings.

The committee on public grounds and buildings shall be charged with and have the care and management of all the grounds and other real property of the city, both within and without the city, except the grounds and buildings connected with the water works of the city.  No improvement or repairs shall be made or done to or upon any of the said property by the committee, at a cost exceeding twenty-five dollars, without authority of the council.

### Sec. 131.  Reports of Committee.

The said committee shall report to the council annually or oftener, as they may deem proper, the state and condition of all the lands and buildings, belonging to the city, and all such improvements and repairs as they may deem proper to have made on said lands and buildings, and at the same time render an account of all money received and expended by them.

### Sec. 132.  Rental of real estate owned by City.

If the council shall at any time authorize any building or real estate owned by the city to be rented out, the committee

Google

Original from
NEW YORK PUBLIC LIBRARY

## CHAPTER II.

OF THE PUBLIC PARKS AND THE GOVERNMENT THEREOF.

### Sec. 134.  Park Policeman.

There shall be selected by the council a park policeman whose duty it shall be to have carried out the rules and regulations for the government of the park.

### Sec. 135.  Acts prohibited in Park.

All persons are forbidden to enter or leave the park except by the gateways; to climb or walk upon any of the walls or fence, to turn cattle, horses, goats or swine into the park; to carry firearms, or to throw stones or other missiles within it; to cut, break, or in any way injure or deface the trees, benches, shrubs, plants, turf, or any of the buildings, fences, bridges, or other constructions upon the park; or to converse with, or in any way hinder those engaged in its construction.

### Sec. 136.  Fast driving, etc., prohibited.

No animal or wheeled vehicle shall travel on any part of the park, except upon the driveway, nor at a rate exceeding seven miles per hour.  Persons on horseback shall not travel at a rate exceeding seven miles per hour.

### Sec. 137.  "Standing" or "hitching" places.

No animal or vehicle shall be permitted to stand upon any driveway or carriage road of the park, or any part thereof, and no animal or vehicle shall be permitted to be hitched or allowed to stand at any place within the park enclosure, except such places as may be provided and designated as "standing" or "hitching" places.  Nor shall any person upon the park solicit or invite passengers.

### Sec. 138.  Vehicles for hire in park.

No hackney coach, carriage or other vehicle for hire, shall stand upon any part of the park for the purpose of taking in any

 Google

NEW YORK PUBLIC LIBRARY



other passengers or persons than those carried to the park by said coach, carriage or vehicle.

### Sec. 139. Sale or peddling of articles in park.

No person shall expose any article or thing for sale upon the park, except previously licensed by the committee on public grounds and buildings, nor shall any hawking or peddling be allowed in the park.

### Sec. 140. Intoxicating liquor in park.

No spirituous, fermented, nor other intoxicating liquors shall be sold or drunk upon the park at any time.

### Sec. 141. What vehicles not to enter park.

No omnibus or express wagon without passengers, nor any cart, dray, wagon, truck, or other vehicle carrying goods, merchandise, manure, soil or other article, or solely used for the carriage of goods, merchandise, manure, or other articles, shall be allowed to enter any part of the park.

### Sec. 142. Abusive language in park.

No threatening, abusive, insulting or indecent language shall be allowed in the park, whereby a breach of the peace may be occasioned.

### Sec. 143. Games of chance, etc., in park.

No person shall be allowed to tell fortunes or play at any game of chance at or with any table or instrument of gaming, nor do any obscene or indecent act whatever in the park.

### Sec. 144. Portion of park closed in case of emergency.

In case of an emergency, where life or property are endangered, all persons if required so to do by the committee on public grounds and buildings or any of their assistants, shall remove from the portion of the park specified by the said committee or their assistants, and remain off the same till permission is given to return.

Google       NEW YORK PUBLIC LIBRARY

### Sec. 145.   Park—When open to public.

The park shall be open daily to the public during the months of December, January and February, from eight o'clock in the morning until six o'clock in the evening; during the months of March, April, May, October and November, from seven o'clock in the morning until nine o'clock in the evening; and during the months of June, July, August and September from six o'clock in the morning until ten o'clock in the evening.

### Sec. 146.   Park—Committee may open or close.

The committee on public grounds and buildings may direct that any of the entrances to the park be closed at any time, and may, on special occasions, also direct that the park or any portion thereof, remain open at other times than those above specified.

### Sec. 147.   When public not allowed in park.

No person other than employees of the city who work upon the park shall enter or remain in the park, except when it is open as above provided.

### Sec. 148.   Plants not to be brought into park.

No person except in the employ of the city through its committee on public grounds and buildings, shall bring upon the park any tree, shrub, plant or flower, nor any newly plucked branch or portion of a tree, shrub, plant or flower.

### Sec. 149.   Bathing, fishing, etc., prohibited.

No person shall bathe or fish in, or go, or send any animal into any of the waters of the park, nor disturb any of the fish, water fowl, or other birds in the park, nor throw or place any article or thing in said waters.

### Sec. 150.   Fireworks in park.

No persons shall fire, discharge or set off in the park any gun, pistol, rocket, torpedo, squib, balloon, snake-chaser, or double-header, nor any fireworks or thing under any name composed of the same or similar material, or of the same or similar

Digitized by Google    Original from
NEW YORK PUBLIC LIBRARY

TAB 74

Compliments of the City of Colorado Springs
to Harvard University.
----o-----

# THE CODE

OF COLORADO SPRINGS
1922

Comprising Article XX of the Constitution
of the State of Colorado

The Charter as Amended, and the General Ordi-
nances of the City, Excepting Ordinances Fixing
Salaries, Concerning the Dedication and Vacation of
Streets and Alleys, Concerning the Annexation of
Colorado City, and Ordinances Granting Franchises

*Revised and Prepared for Publication by*
F. L. SHERWIN, W. B. PRICE *and* J. L. BENNETT

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL
COLORADO SPRINGS, COLO.

OUT WEST PRTG. & STATY. CO., COLO. SPRINGS.

## § 1068.  Park Rules and Regulations.  Whereas,

By resolution of the park commission of the city of Colorado Springs, adopted on the 6th day of June, A. D. 1911, certain rules, regulations and orders were adopted, which rules, regulations and orders are as follows, to-wit:

PROHIBITED ACTS.  All persons are forbidden to enter or leave the parks except by the walks, paths or drives; to lead or allow to be loose any animal upon park premises (except that dogs may be led or carried, but not allowed loose); to throw stones or other missiles by hand or otherwise, to carry or discharge firearms, or to set off any fireworks or similar things in the parks; to cut, mark, break or climb upon, or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges, signs, placards or notices, or any structures or property within or upon park premises; to bring upon park premises any tree, shrub or plant, any newly plucked branch or portion of a tree, shrub or plant; to race with horses, automobiles, motorcycles or bicycles; or to ride or drive faster than twelve miles an hour within Palmer park or faster than twenty-three miles an hour on any of the other park drives, roads or boulevards; to drive any animal or vehicles anywhere in the parks, except in the drives, or to allow them to stand unattended, except at the hitching places especially provided for such purposes; to obstruct the drives or paths; to stand or keep in or upon any park premises, without special permission in writing from the park commission, any horse, burro or other animal, or any hack, carriage, automobile or other vehicle, for the purpose of hire or solicitation of patronage; to solicit patronage for any vehicle for hire upon any park premises without special permission in writing from the park commission; to drive or take any job or freight wagon in or upon any of the park premises, except those in park employ, private wagons conveying families, or upon special written permission from the park commission; to trail vehicles, to use threatening, abusive, insulting, indecent, obscene or profane language, or to be guilty of drunkenness, fighting or quarreling, or indecency in or upon any of the

450

parks; to lie, lounge or sleep on the benches or to lie in indecent positions on the benches or the ground; to tell fortunes or to play games of chance, to offer any article or thing for sale, except by written permission of the park commission; to distribute or expose any kind of circulars or advertisements, or post, stencil or otherwise affix any notice or bills or other paper upon any structure, fence, tree or thing in or about the park premises, park drives, roads or boulevards; to bathe or fish in or to send any animal into or throw or place any article or thing in any of the waters of the parks; to fish for or to disturb any of the fish in any of the ponds or streams in the parks; to shoot at, catch or disturb any water fowl or other birds belonging to, preserved in, or being in or about the parks; to touch, molest or destroy the nest or nests of any birds, or the eggs therein, within any of the parks; or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park or to parade, drill or perform therein any military or other evolution or movements as a military, target company, civic or otherwise, without the written consent of the park commission; to light, make or use any fire therein at any place or places, except such as may be designated by the park commission for that purpose; to go on foot or otherwise upon the grass, lawn or turf of the parks wherever the sign "Keep Off the Grass" is shown.

No shrubs, plants or flowers shall be taken, or given away from any of the parks, without written permission from the park commission, except for the decoration of soldiers' graves, to be cut under direction of the superintendent of parks for use May 30th, of each year.

No gathering or meeting of any kind, nor public speaking, shall be permitted in the parks without the written permission of the park commission.

No intoxicating liquors, as intoxicating liquors are defined in the ordinances of the city of Colorado Springs, shall be allowed to be sold or given away, or to be brought into, used, or drunk within any of the parks of the city, or upon any of its boulevards, driveways or roads under the control of the park commission.

No person shall drop, throw or place any waste paper, straw, dirt, weeds, ashes, refuse or waste, swill or other rubbish, though not offensive to health, in or upon any park or property, boulevard, driveway or road under the control of the park commission, or any part thereof.

No person shall be permitted to build or place any tents, buildings, booths, stands or other structures in any of said parks, boulevards, driveways or roads under the control of the park commission, without first obtaining the written permission of the park commission.

TEARING UP PAVEMENTS, SIDEWALKS, ETC.  No person shall dig, injure or tear up any pavement, sidewalk, cross-walk, grass plot or roadway, or any part thereof, or of any parking, boulevard, driveway or road, or dig down to, expose or tear up, disconnect or connect with any of the water pipes or sewers in or under any parking, boulevard, driveway or road under the control of the park commission without first having obtained the written permission of the park commission.

MOVING BUILDINGS.  No person shall move any building along, across, or upon any park, boulevard, driveway or road under the control of the park commission without first having obtained the permission of the park commission.

FUNERALS.  No funeral procession or hearse or any vehicle carrying a corpse will be allowed upon any part of the parks under the control of the park commission, without previous written consent of the park commission.

HEAVY TEAMING.  Loads over two thousand pounds prohibited.  It shall be unlawful for any person or persons to haul, or cause to be hauled, in any vehicle, in or upon any part of the parks, boulevards, driveways or roads under the control of the park commission, any coal, stone, brick, dirt, or other article or articles, weighing together with the vehicle two thousand pounds or more; provided that this prohibition shall not be applied to omnibuses, hacks or carriages.

WAGON BOXES TO BE TIGHT.  It shall be unlawful for

452

any person to engage in driving within or upon any parks, boulevards, driveways or roads under the control of the park commission, crushed stone, sand, gravel, sawdust, ashes, cinders, lime, tan bark, shavings, waste paper, ice, mortar, earth, coal, bricks, stone, rubbish, manure or other loose material likely to sift, fall or be blown upon such parks or streets, except in tight wagon boxes, or on wagons securely covered with canvas, and filled only to water level, and in case the same fall or be scattered within or upon any parks, boulevards, driveways or roads under the control of the park commission, such person shall cause it to be forthwith removed.

WAGON BOXES OVERLOADED.  It shall be unlawful for any person to cause any cart, wagon or other vehicle to be loaded and heaped up so that the contents, or any part thereof, shall be scattered within or upon any parks, boulevards, driveways or roads under the control of the park commission.

LOOSE CATTLE.  Loose cattle or horses shall not be allowed to be driven in or upon, along or through, any part of the parks, boulevards, parkways, avenues, driveways or roads under the control of the park commission, without the written permission of the park commission.

AUTOMOBILES, ETC., NOT TO ENTER CANONS OR HIGH DRIVE.  No automobile or motorcycle shall be permitted to enter or be driven in what is known as Monument Valley park, South or North Cheyenne canons, or upon the high drive, without the permission of the park commission.

DUTIES OF PARK POLICE.  It shall be the duty of the park police appointed to duty in the parks, without warrant, forthwith to arrest any offender against any of the rules, regulations and orders of the park commission, whom they may detect in the commission of such offense, and to take the person or persons so arrested forthwith before a magistrate having competent jurisdiction.

And whereas, by section 6781 Revised Statutes of Colorado, 1908, the city council is authorized to provide for

453

the enforcement of the rules, regulations and orders of the park commission; therefore, Be It Ordained by the city council of the city of Colorado Springs:

PENALTY. (Sec. 1) Any person or persons who shall violate any or either of the provisions of the above and foregoing rules and regulations of the park commission, or any provision of any paragraph thereof, or who shall neglect or fail to comply with any or either of the requirements thereof, shall, upon conviction, pay a fine of not less than one dollar nor more than two hundred dollars for each offense, and a further penalty not exceeding fifty dollars for every twenty-four hours that such violation shall continue after notice given by any officer or agent of the park commission to remove, discontinue or abate the same. [Ord. No. 934, passed Dec. 24, 1913.]

## ARTICLE 8.

### MUNICIPAL GOLF COURSE.

Whereas, William Kennon Jewett has delivered a deed to the city of Colorado Springs conveying 225 acres, more or less, of land with buildings, golf course and other improvements thereon and the water right appurtenant thereto, as a grateful and loving memorial in perpetuity to Patty Stuart Jewett, one whose life was devoted quietly and unostentatiously to good works, such property to be used by the city for the purposes set forth in said deed, which is dated June 14, 1919, and is of record in Book 571, page 567 of the records of El Paso County, Colorado; and

Whereas, this splendid gift will contribute to the material advancement of this city and to the comfort and pleasure of the citizens thereof and the visitors thereto;

Be it ordained by the city council of the city of Colorado Springs:

§ **1069. Acceptance.** (Sec. 1) That the lands and property given to the city of Colorado Springs by William Kennon Jewett for the purposes and under the conditions as

TAB 75



### CITY OF NEW BRITAIN
### CONNECTICUT

————

## CITY  CHARTER
#### AND AMENDMENTS

## WATER  WORKS  CHARTER
#### AND AMENDMENTS

## ACTS OF THE GENERAL ASSEMBLY
#### RELATING TO THE WATER, SEWER, STREET AND
#### SUBWAY DEPARTMENTS

————

# 1 9 1 4

Eastern Printing &  Publishing Company
New Britain, Conn.

Digitized by Google

# Chapter XXIII.

## RULES AND REGULATIONS FOR WALNUT HILL PARK.

**Be it ordained by the Common Council of the City of New Britain:**

1. No person shall enter or leave the park except by the regular approaches thereto; nor walk upon any grass border of any walk or driveway; nor walk among or through shrubs, flowers or other plantings; nor climb any terrace or bank; nor cross any lawn whenever a notice shall be conspicuously posted forbidding such crossing.

2. No person shall drive or propel any bicycle, motorcycle, automobile or other vehicle in the park, excepting on regular carriage roads.

3. No horses, bicycles, motorcycles, automobiles, other vehicles or teams shall be ridden or driven in the park faster than at a rate of ten miles an hour.

4. No person shall drive or lead any heavy team, busines wagon or cart (unless upon park business) upon any of the park driveways, with the exception of the main road running direct from Park Place to the corner of Grand and Griswold streets.

5. No person shall remove, cut, break or otherwise injure any tree or shrub or any part thereof; nor cut, pluck or otherwise remove any blossom or part of any plant or flower.

6. No person shall climb or get upon any tree, statue, fountain, fence, gate or railing in the park; nor use any structure therein in any way so as to deface or mar same in any manner.

7. No person shall cut, write upon, deface or otherwise injure any building, fence, fountain, seat or other structure within the park.

8. No person shall sleep upon, lie upon or overturn any seat in the park; nor shall men occupy any seats that may be designated as reserved for women and children.

9. No person shall disturb or injure any bird's nest or eggs, nor any squirrel or other animal within said park.

10. No person shall play ball or similar games in the park, except upon such portions thereof as may be set apart for that purpose.

11. No person shall scatter or leave any paper, rag, garbage or other litter, nor throw any stick, stone or other missile on any portion of the park.



CHAPTER XXIII.                                        **255**

RULES AND REGULATIONS FOR WALNUT HILL PARK.

12.   No threatening, abusive, boisterous, insulting or indecent language or gesture shall be used in said park.

13.   No oration, harangue or other public demonstration shall be made, nor any public exhibition be held, except by permission of the board of park commissioners.

14.   No intoxicating liquors shall be brought into or used within said park.

15.   No person shall sell or offer for sale anything in said park, except by written license from the board of park commissioners; nor post, nor display any sign, placard, flag or advertising device without such license.

16.   No person shall discharge or carry firearms; nor discharge firecrackers, torpedoes or fireworks within the park, except by license from said board of park commissioners; nor make any fire therein without such license.

17.   There shall be no loitering in the park between the hours of 11 o'clock at night and 6 o'clock in the morning; but this shall not prohibit persons from using the regular walks and driveways in passing from one part of the city to another.

18.   No person shall deface or injure any notice placed by the board of park commissioners upon the park.

The foregoing are in addition to such prohibitions and penalties as are provided by the laws of this state and the ordinances of this city.

Adopted by the common council, March 15, 1911; approved March 21, 1911, and became a law by publication, April 1, 1911. (N. B. Record.)



TAB 76

# CODE OF ORDINANCES etc.

OF

# THE CITY OF NEW YORK City.

INCLUDING

## THE SANITARY CODE, THE BUILDING CODE AND PARK REGULATIONS

ADOPTED JUNE 20, 1916

WITH ALL AMENDMENTS TO JANUARY 1, 1926
AND COMPLETE INDEX TO WHOLE

COMPILED AND ANNOTATED

BY

## ARTHUR F. COSBY

FORMERLY ASSISTANT CORPORATION COUNSEL

YALE LAW LIBRARY.

## THE BANKS LAW PUBLISHING CO.
NEW YORK
1926

Appellate Case: 23-2166    Document: 010111010494    Date Filed: 03/05/2024    Page: 182

CC

New York

3

1926

COPYRIGHT, 1907, 1908, 1909, 1910, 1911, 1912, 1913, 1914,
1915, 1916, 1917, 1918, 1919, 1920, 1921, 1922, 1923, 1924, 1925, 1926

BY

THE BANKS LAW PUBLISHING COMPANY.

# CHAPTER 17

## Parks, Parkways and Park-Streets

Article 1. General provisions.
      2. Traffic regulations.
      3. Building and other projections.
      4. Miscellaneous.

The power of the Board of Aldermen to pass Park Ordinances is prescribed in the Greater New York Charter (L. 1897, ch. 378, sec. 47), and the Revised Charter (L. 1901, ch. 466, sec. 43).

By Laws 1904, chapter 678, section 1, amending section 610, Laws 1901, chapter 466, the Park Rules in force May 1, 1904, were made a chapter in the City Ordinances and amendments when adopted by the Park Board became effective when copies were filed with the City Clerk.

The following is taken from the Park Ordinances, adopted March 18, 1912.

## ARTICLE 1

### GENERAL PROVISIONS

Sec. 1. Definitions.
§ 2. Interfering with lands or improvements thereon.
§ 3. Sub-surface disturbances.
§ 4. Over-head wires.
§ 5. Destruction of or injury to park property.
§ 6. Preservation of lawns and grass plots.
§ 7. Bringing trees, plants and flowers into parks.
§ 8. Use of roller skates.
§ 9. Rubbish and refuse matter.
§ 10. Processions; drills; music.
§ 11. Public meetings.
§ 12. Sales or exhibitions.
§ 13. Posting bills or placards.
§ 14. Bathing, fishing, boating and skating.
§ 14a. Camping.
§ 15. Protection of animals, birds and reptiles.
§ 15a. Baseball and other games.
§ 16. Animals at large.
§ 17. Disorderly conduct.
§ 18. Custodian of minors.

Sec. 1. *Definitions.*—Unless otherwise expressly stated, whenever used in this chapter, the following terms shall respectively be deemed to mean:

1. *Commissioner*, or *the commissioner*, the park commissioner having jurisdiction of a particular park, or park-street, as hereinafter defined;

2. *Park*, any park, parkway, square, circle, or concourse, or part thereof, under the jurisdiction of the park department;

3. *Park-street*, a street, avenue, boulevard or other highway, under the jurisdiction of the park department;

4. *Permit*, a written authorization for the exercise of a specified park privilege, issued by the park commissioner having jurisdiction.

§ 2. *Interfering with lands or improvements thereon.*—No person

shall modify, alter or in any manner interfere with the line or grades of any park or park-street, nor take up, move or disturb any curb, gutter stone, flagging, tree, tree-box, railing, fence, sod, soil or gravel thereof, except by direction of the commissioner or under his permit.

§ 3. *Sub-surface disturbances.*—No person shall open, expose or interfere with any water or gas pipe, hydrant, stopcock, sewer, basin or other construction, within or upon any park or park-street, nor make any connection therewith, except under the authority of a permit, and upon the deposit of such sum of money as may be required by the commissioner to insure the restoration of the soil, plants, shrubs, trees, sidewalk, pavement, curb, gutter and flagging disturbed in the making of such connection.

§ 4. *Overhead wires.*—No person shall attach or string any electric or other wire, or adjust or carry the same into or over any park or park-street, except under a permit.

§ 5. *Destruction of or injury to park property.*—No person shall cut, break or in any way injure or deface any tree, shrub, plant, grass, post, railing, chain, lamp, lamppost, bench, tree-guard. building, structure or other property in or upon any park or park-street, nor shall any fallen branches be cut or removed without a permit. It shall be unlawful also to bring into any park any tool or instrument, such as a hatchet, axe or saw intended to be used for the cutting of branches of trees, or trees or other property.

§ 6. *Preservation of lawns and grass plots.*—No person unless he shall hold a special permit therefor or unless a special permit therefor shall have been issued to a group of which he is a member shall go upon any lawn or grassplot in any park or parkway except when permission therefor shall have been given to the public by the commissioner.

§ 7. *Bringing trees, plants, and flowers into parks.*—No person shall bring into or carry within a park any tree, shrub, plant or flower, or newly plucked part thereof, without a permit.

§ 8. *Roller skates.*—No person shall use roller skates, push mobiles or any similar device upon any sidewalk, foot-path bridle path or driveway, nor in any building or place of public assembly, except upon such walks and during such hours as may be designated by the commissioner.

§ 9. *Rubbish and refuse matter.*—No person shall throw, cast or lay, or direct, suffer or permit any servant, agent, employee or person in his or her charge, to throw, cast or lay, any ashes, offal, vegetables, garbage, dross, cinders, shells, straw, shavings, paper, dirt, filth or rubbish of any kind whatsoever in any park, or in any lake, lawn, path, walk, road or drive thereof, or in any park-street; procided that in the morning before 8 o'clock, or before the first sweeping of the roadway of any park-street by the street cleaners, dust from the sidewalk may be swept into the gutter, if there piled, but not otherwise.

§ 10. *Processions; drills; music.*—No parade, drill or manœuver of any kind shall be conducted, nor shall any person play upon a musical instrument or display any flag, banner, target, sign, placard or transparency in any park, nor shall any civic or other procession form or move therein, without a permit; but no such permit shall be necessary for the use of the parade ground adjacent to Prospect

Park, Borough of Brooklyn, by organizations of the National Guard of the State of New York.

§ 11. *Public meetings.*—No person shall erect any structure, stand or platform, or hold any meeting, or perform any ceremony or make a speech, address or harangue in any park without a permit from the commissioner having jurisdiction.

§ 12. *Permits for sales, exhibitions, etc.*—No person shall exhibit, sell, or offer for sale anything whatsoever, or take any photograph, or perform any personal service or hire in any park or parkway, or in any street, square, or public place under the jurisdiction of the department of parks except under a permit from the commissioner of parks of the borough in which such park or parkway, street, square, or public place is situated or otherwise than in accordance with the terms of such permit, provided, however, that the provisions of this section shall not apply to public hack stands maintained in streets adjacent to public parks, pursuant to section 99, article 8, chapter 14 of the Code of Ordinances.

§ 13. *Posting bills or placards; distributing cards, circulars or pamphlets.*—No person shall post any bill, placard, notice or other paper upon any structure, tree, rock, article or thing within any park or upon any park-street, nor paint or affix thereon, in any other way, any advertisement, notice or exhortation, except, under a permit and in strict conformity therewith. No person shall distribute, hand out or cast about any card, circular, pamphlet or other printed matter within any park or upon any park-street. The placing, or using for any other purpose than reading, of newspapers, or other papers, on the lawns or benches of public parks, is forbidden.

As to posting placards on private property, see People v. Green, 85 App. Div. 400.

§ 14. *Bathing, fishing, boating and skating.*—No person shall bathe in, nor disturb in any way the fish in, the waters or fountains of any park, nor cast any substance therein; except, that in the waters adjacent to Pelham Bay Park bathing and fishing shall be permitted, subject to the rules and regulations prescribed by the commissioner. Fishing may also be allowed in the lakes of Prospect Park and Kissena Park, under permits. No person shall be permitted to appear in bathing costume or in any other than customary street attire in any park or parkway, except on the beaches in Pelham Bay, Seaside, Dreamland, Jacob Riis and Rockaway Parks. No boat or vessel shall be placed upon any of the waters of any park, except by special permit. No skating or sledding shall be allowed on any park lakes, unless and until the ice is declared to be in a suitable condition by the commissioner.

§ 14a. *Camping.*—No person shall tent or camp or erect a tent or camp in a public park, or public place under the jurisdiction of a Park Commissioner, without a permit.

§ 15. *Protection of animals, birds and reptiles.*—No person shall hunt, chase, shoot, trap, discharge or throw missiles at, or molest or disturb in any way, any animal, bird, or reptile in any park.

§ 15a. *Baseball and other games.*—No person shall throw, cast, catch, kick or strike with any implement whatever, any baseball, golf ball, foot-ball, basket ball, bean bag, or other object in or upon any park or parkway, or any square, circle, concourse, playground,

street, avenue, boulevard or other highway under the jurisdiction of the park department, or on any recreation pier, without a permit therefor issued by the commissioner or his supervisor of recreation nor otherwise than in accordance with the terms of such permit.

§ 15b. *Golf.*—Caddies shall not be brought by players upon any of the golf courses under the jurisdiction of any commissioner, without permission of the commissioner or his representative in charge.

§ 16. *Animals at large.*—No horse or other animal shall be allowed to go at large in any park or upon any park-street, except dogs that are restrained by a chain or leash not exceeding 6 feet in length.

§ 17. *Disorderly conduct.*—No person shall, in any park:

1. Use threatening, abusive or insulting language;

2. Do any obscene or indecent act;

3. Throw stones or other missiles;

4. Beg or publicly solicit subscriptions or contributions;

5. Tell fortunes:

6. Play cards or other games of chance, or use or operate any gaming table or instrument;

7. Climb upon any wall, fence, shelter, seat, statue or other erection;

8. Fire or carry any firearm, firecracker, torpedo or fireworks;

9. Make a fire;

10. Enter or leave except at the established entrance-ways;

11. Loiter at night where there is no light, in automobile, or other vehicle, or otherwise. It shall be unlawful after 12 o'clock midnight to loiter in any park, under any circumstances, unless general or special permission shall be given by the Park Commissioner.

12. Do any act tending to a breach of the public peace;

13. Bring into any park or consume publicly, any beverage containing alcohol;

14. Bring, land or cause to descend or alight any æroplane, airship, flying machine, balloon, parachute or other instrumentality for aviation in, on or upon any park or parkway, without a permit;

15. The Commissioner of Parks, Borough of The Bronx, may, in his discretion, fix the hours for entering or leaving Hunter Island and Twin Island, Pelham Bay Park, and when so fixed, suitable signs may be placed at points deemed appropriate by the said commissioner.

All persons doing any act injurious to a park shall be removed therefrom by the park keepers or by the police. When necessary to the protection of life or property, the officers and keepers of the park may remove all persons from any designated part thereof.

§ 18. No parent, guardian or custodian of a minor shall permit or allow such minor to do any act prohibited by any provision of this chapter.

Park ordinances must be reasonable. Matter of Wright, 29 Hun 357; Baldwin v. Park Comm., N. Y. Daily Register, April 8, 1891.

TAB 77

# CITY OF OAKLAND, Calif

# General Municipal Ordinances etc.

## In effect January 1, 1918

————————

Note.— This publication contains all ordinances which are general in their application. Ordinances concerning street work, appropriations, salaries and other details of city government have not been included. Ordinances relating to street work are on file in the office of the Superintendent of Streets. Ordinances covering certain fields of activity, such as Building Laws, Jitneys, Plumbing, Liquor, etc., are printed in pamphlet form and can be obtained by application at the office of the City Clerk.

————————

Classified, Compiled and Published by the
Mayor of the City of Oakland and by
Authority of the City Council

John L. Davie, *Mayor of Oakland*

Sec. 4.  The Directors immediately upon appointment shall organize by electing one of their number President; the person elected President shall hold his office for one year and until his successor is elected.

Sec. 5.  The Board of Directors shall have the complete and exclusive control, management and direction of the aforesaid Public Woodyard.  Said Directors may employ and appoint a Superintendent of Oakland Public Woodyard and provide necessary quarters for maintenance of such woodyard.

Sec. 6.  [Amended by Ordinance No. 985, N. S.]  The salary of said Superintendent of Oakland Public Woodyard is hereby fixed at not less than $1500.00 and not more than $1800.00 per year, payable in equal monthly installments.

Sec. 7.  This ordinance shall take effect immediately.

[In effect January 8, 1912.]

## ORDINANCE NO. 121, N. S.

### An Ordinance Prohibiting the Cutting Down or Removal of Trees in Any of the Public Streets or Squares of the City of Oakland and Providing Penalty for Violation Thereof.

*Be it Ordained by the Council of the City of Oakland, as follows:*

Section 1.  It shall be unlawful for any person, firm or corporation to cut down, remove or mutilate any tree or trees growing upon any of the streets or public squares of the City of Oakland, except by permission from the Board of Park Directors.

Sec. 2.  Any person, firm or corporation violating this ordinance shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be punished by a fine not less than five dollars ($5.00), nor more than one hundred dollars ($100.00), and in case such fine is not paid, by imprisonment at the rate of one day for every two dollars ($2.00) of the fine so imposed.

Sec. 3.  This ordinance shall take effect immediately.

[In effect January 22, 1912.]

[See Ordinance No. 129, N. S.]

## ORDINANCE NO. 129, N. S.

### An Ordinance Regulating the Use of the Parks, Streets and Places Under the Control of the Board of Park Directors of the City of Oakland and Providing a Penalty for the Violation Thereof.

*Be it Ordained by the Council of the City of Oakland, as follows:*

Section 1.  No person shall throw any dead animal or offensive matter or substance of any kind upon the grounds of any of the parks under the control of the Board of Park Directors.

Sec. 2.  No person shall injure, deface or destroy any notices, rules or regulations for the government of the parks, posted or in any other manner permanently fixed by order or permission of the Board of Park Directors.

Sec. 3.  No person shall be permitted to bring led horses within the limits of the parks under the control of the Board of Park Directors, or a horse that is not harnessed and attached to a vehicle, or mounted by an equestrian.

Sec. 4.  No military or other parade or procession or funeral shall take place, or pass through the limits of the parks under the control of

Appellate Case: 23-2166    Document: 010111010494    Date Filed: 03/05/2024    Page: 190

the Board of Park Directors, without the order or permission of the Board of Park Directors.

SEC. 5. No person shall engage in any game of baseball, cricket, shinney, football, croquet, or any other game, with ball and bat, within the limits of the parks under the control of the Board of Park Directors, except on such grounds as shall be specially designated for such purpose.

SEC. 6. No person shall be permitted to use the shores of Lake Merritt as a landing place for boats, or keep thereat boats for hire, or floating boathouses with pleasure boats for hire, or keep boats of any kind in Lake Merritt except by special order or permission of the Board of Park Directors, and only at places designated by and under restrictions determined upon by said Board.

SEC. 7. No regatta or boat race by clubs shall take place upon Lake Merritt without special permission granted by the Board of Park Directors.

SEC. 8. No person shall turn loose into the parks controlled by the Board of Park Directors any dogs, cattle, goats, swine, horses or other animals.

SEC. 9. No person shall carry firearms, or shoot birds or throw stones or other missiles within the boundaries of the parks controlled by the Board of Park Directors.

SEC. 10. No person shall cut, break, or in anywise injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, structures, benches or statuary, or foul any fountains or springs within the parks controlled by the Board of Park Directors.

SEC. 11. No person shall drive or ride within the boundaries of the parks controlled by the Board of Park Directors at a rate exceeding seven miles per hour.

SEC. 12. No person shall ride or drive within the limits of the parks controlled by the Board of Park Directors upon any other than the avenues and roads therefor.

SEC. 13. No coach or vehicle used for hire shall stand upon any part of the parks controlled by the Board of Park Directors for the purpose of hire, except in waiting for persons taken by it into the parks, unless in either case at points designated by the Board of Park Directors.

SEC. 14. No wagon or vehicle of burden or traffic shall pass through the parks, except upon such road or avenue as shall be designated by the Board of Park Directors for burden transportation.

SEC. 15. No person shall expose or display any article for sale within the parks without the order or permission of the Board of Park Directors.

SEC. 16. No gaming shall be allowed in the parks, nor any obscene or indecent act therein.

SEC. 17. No person shall disturb the water fowl in Lake Merritt, or in any pond, or birds in any part of the parks, nor discharge any firearms therein, nor affix any bills or notices therein.

SEC. 18. No person shall fish in Lake Merritt without written permission from the Board of Park Directors so to do.

120                    OAKLAND MUNICIPAL ORDINANCES

SEC. 19. No person shall be allowed to catch more than two bass in one day of twenty-four hours in Lake Merritt.

SEC. 20. No person shall have or hold any musical, theatrical or other entertainment in the parks without the order or permission of the Board of Park Directors.

SEC. 21. No person shall enter or leave the parks except by such gates, roads, paths or avenues as may be for such purposes provided and arranged.

SEC. 22. No gathering or meeting of any kind, assembled through advertisement, shall be permitted in the parks controlled by the Board of Park Directors without the previous permission of the Board; nor shall any gathering or meeting for political purposes in the parks be permitted under any circumstances.

SEC. 23. No person shall be permitted to make or kindle a fire of any kind within the parks controlled by the Board of Park Directors.

SEC. 24. No tree shall be planted in any street or public highway of the City of Oakland at a distance of less than twenty-five feet from any other tree standing in the same street, except by written permit of the Board of Park Directors, or at a distance of less than two feet from the established curb line of said street.

SEC. 25. No person, firm or corporation shall, without the written permission of the Board of Park Directors, remove, destroy, break, or in any way injure any tree, plant or shrub that is now or may hereafter be growing in any street or public highway of the City of Oakland.

SEC. 26. No person shall hitch or fasten any horse or other animal to any tree or shrub now or hereafter growing in any street or public highway of the City of Oakland, nor shall any person cause or permit any horse or other animal to stand or be near enough to any tree, plant or shrub to bite or rub against, or in any manner injure or deface the same; nor shall any person place a post for the hitching of horses within five feet of any tree, plant or shrub now or hereafter growing in any of the streets or public highways of the City of Oakland; nor shall any person attach or place any rope, wire, sign, poster, handbill or other thing on any tree or shrub now or hereafter growing in any street or public highway of the City of Oakland, or on any guard or protection of the same.

SEC. 27. No person shall remove, injure or misuse any guard or device placed or intended to protect any tree, plant or shrub now or hereafter growing in any street or public highway of the City of Oakland.

SEC. 28. No person or corporation shall, without the written permit of the Board of Park Directors, attach any electric wire, insulator or any other device for holding electric wire to any tree now or hereafter growing in any street or public highway in the City of Oakland.

SEC. 29. Every permit granted by the Board of Park Directors shall specifically prescribe the work to be done under it and shall expire sixty days from its date. A charge of fifty cents shall be made for each permit to trim trees in front of property not owned by the applicant thereof, when, in the judgment of the Board of Park Directors, expert supervision is required.

SEC. 30. Any permit granted hereunder may be revoked at any time by said Board of Park Directors upon satisfactory proof to said board that the privilege thereunder is being abused or that the same was granted under a misapprehension of the facts.

SEC. 31. Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be punished by a fine of not more than $200.00, and in case said fine be not paid, then by imprisonment at the rate of one day for each $2.00 of said fine so imposed and unpaid.

SEC. 32. All ordinances or parts of ordinances in conflict herewith are hereby repealed.

SEC. 33. This ordinance shall take effect immediately.

[In effect February 13, 1912.]

### ORDINANCE NO. 140, N. S.

### An Ordinance Prohibiting Placing Advertising Matter in Private Letter Boxes and Providing a Penalty Therefor.

*Be it Ordained by the Council of the City of Oakland, as follows:*

SECTION 1. It shall be unlawful for any person, firm or corporation to place in any private letter box in the City of Oakland upon which the following language appears: "For use of United States Mail," any advertising circular or matter of any kind.

SEC. 2. Any person, firm or corporation violating the provisions of this ordinance shall be deemed guilty of a misdemeanor and, upon conviction thereof, shall be punished by a fine not less than five ($5.00) dollars and not more than fifty ($50) dollars, and in case said fine be not paid, then by imprisonment at the rate of one day for each two ($2.00) dollars of said fine so imposed and unpaid.

SEC. 3. This ordinance shall take effect immediately.

[In effect March 11, 1912.]

### ORDINANCE NO. 160, N. S.

### An Ordinance Regulating the Construction, Erection and Maintenance of Signs, Transparencies, Advertisements, Bulletin Boards, Marquees and Clocks on, or About Buildings or Over Public Streets and Thoroughfares, Providing for the Inspection of the Same.

*Be it Ordained by the Council of the City of Oakland, as follows:*

SECTION 1. No sign, transparency, advertising sign, device or marquee included in the classes set forth in Sections 5 and 6 of this ordinance shall hereafter be constructed, placed, reconstructed or allowed on or about the exterior of any building or structure, or on or over any sidewalk or public thoroughfare without first obtaining a permit from the Bureau of Permits and Licenses.

SEC. 2. The person, firm, association or corporation applying for such permit shall file with the Bureau of Permits and Licenses, plans drawn to scale, specifications and such other information as said Bureau of Permits and Licenses may require. Said plans and specifications shall be referred to the Building Inspector, and if to be wired for electricity, to the Electrical Department. Said Building Inspector and Electrical Department shall examine into the matter and report on same to the Bureau of Permits and Licenses, which shall, providing

TAB 78

# THE CITY OF OKLAHOMA CITY, OKLAHOMA

# CHARTER

### AND

# REVISED GENERAL ORDINANCES

## JANUARY 1, 1913

A Compilation of Certain Revised Ordinances of The City of Oklahoma City, Passed, to take Effect upon their Publication Herein, and All Other Ordinances of a General Nature Now in Force, in Said City, Except the "Building Code" which is Published Under Separate Cover.

Compiled, Revised and Indexed (Under Direction of the Board of Commissioners of Said City) by V. V. Hardcastle, Assistant in the Office of the Municipal Counselor.

Digitized by Google

Original from
HARVARD UNIVERSITY

322                PARKS

## ARTICLE II.

## PARKS, ETC. REGULATION.

SECTION
990   Traffic; certain thoroughfares.
991   Lights; vehicles.
992   Bicycles; carry lights.
993   Turn to left.
994   Vehicles on road.
995   Danger signals.
.996   Vehicle stopping.
997   Limit of speed.
998   House moving.
999   Certain permits; deposits.
1000   Animals; attended, etc.
1001   Fast driving, etc.
1002   Animals, etc.; restricted to certain places.
1003   Hitching to trees.
1004   Deposits of dirt, etc.
1005   Deposits of building material.
1006   Red lights.
1007   Games regulated.
1008   Certain sports.
1009   Fire arms; missiles, etc.
1010   Selling and advertising.
1011   Injury to trees, etc.
1012   Bicycles, etc. on paths.
1013   Vehicles; use limited.

SECTION
1014   Disorderly conduct.
1015   Sidewalk construction.
1016   Driveways; how improved.
1017   Foot-ways.
1018   Fences and barriers.
1019   Vehicles in certain places.
1020   City forrester.
1021   Trees to be trimmed.
1022   Trees; permits to plant.
1023   Same; permits to remove.
1024   Same; guards around.
1025   Permit to attach wires, etc.
1026   Wires; contact.
1027   Interferance with City Forrester.
1028   Permits to be specific.
1029   Parking; control; improvement.
1030   Special improvement petition.
1031   Same; notice to improve.
1032   Failure; tax warrant, etc.
1033   Tax warrant; penalty, etc.
1034   Saving clause.
1035   Punishment.

**Section 990. Traffic Restricted on Certain Thoroughfares.**
No omnibus, wagon, cart, dray, truck, or other vehicle for carrying goods, merchandise, manure or any other articles, except such as are engaged in repairing or constructing said parks, boulevards, streets, avenues or driveways shall be allowed to enter upon any boulevard, parkway, street, avenue or park road reserved from heavy traffic by the Board of Park Commissioners of Oklahoma City, Oklahoma; Provided, however, that wagons or other vehicles carrying goods, merchandise or other articles to or from any house or premises abutting upon any of such boulevards, parkways or streets, shall be permitted to enter thereon, at the cross street nearest to said house or premises, in the direction in which the same are moving, and deliver or receive such goods, merchandise or other articles, but shall not proceed thereon, further than the nearest cross street thereafter; but this provision shall not apply to any of the driveways within the limits of the parks, and said boulevards, parkways, avenues, streets or


Digitized by Google          Original from HARVARD UNIVERSITY

use of public parks or parkways, as pleasure grounds by the people, for the purpose of recreation, under such reasonable rules and regulations as may be prescribed by the Board of Park Commissioners.

**Section 1008. Certain Sports Forbidden.** No person shall engage in any sport upon any boulevard, avenue, street, parkway, park road or driveway, under the control or supervision of the Board of Park Commissioners, which will be likely to frighten horses, injure passengers, or embarrass the passage of vehicles thereon.

**Section 1009. Fire Arms, Missiles, Etc., Forbidden.** No person shall fire or discharge any gun, or pistol, or carry fire arms, or throw stones or other missiles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of an explosive character, within any park, boulevard, avenue, street, parkway or driveway, of this city, under the control or supervision of the Board of Park Commissioners, except upon a permit, first duly obtained, or authority previously granted, by said Board, and subject to such rules and regulations as said Board may establish.

**Section 1010. Selling, Advertising, Etc., Restricted.** No person shall expose any article or thing for sale, or do any hawking or peddling, or distributing hand-bills, or erect any sign board or posts, or affix any notice, or bill, or other writing or printing, on any tree, lamp post, hydrant, curbstone, sidewalk, coping, flagstone, fence, wall, building, or other places in any park, boulevard, avenue, street, parkway, park road, driveway, or other public grounds, under the control or supervision of the Board of Park Commissioners. Nor shall any person drive any animal, or vehicle displaying an advertising placard of any kind; nor shall any person, display any placard or advertisement, of any kind, upon or along any boulevard, avenue, street, parkway, park road, or in any park, or other public grounds, under the control and management, of the Board of Park Commissioners.

**Section 1011. Injury to Trees, Plants, Etc.** No person shall cut, break or in any way injure, or deface, any of the trees, shrubs, plants, turf, grass, lamp posts, fences, bridges, buildings, or other constructions of property in or upon any park, boule-

 

TAB 79

*Grand Rapids, Mich. Ordinances, etc.*

# Compiled Ordinances

## OF THE

c‡

# City of Grand Rapids,

Containing all Ordinances passed by the
Common Council of the City of Grand Rapids
in force June 1, 1915.

Compiled and Indexed
Under Authority of the Common Council
by
RAYMOND M. FERGUSON, City Attorney
Assisted by
FRANK E. SHAW, Assistant City Attorney

PUBLISHED BY AUTHORITY OF THE
COMMON COUNCIL

Parks and Places in the City of Grand Rapids," passed March 8, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Protection, Preservation and Use of Bridges Across Grand River in the City of Grand Rapids, belong to said city," passed June 21, 1873;

Also an ordinance entitled, "An Ordinance Relative to the Preservation of Public Property of the City of Grand Rapids," passed March 1, 1873;

Also other ordinances and parts of ordinances in anywise contravening the provisions of this ordinance.

**An Ordinance to Regulate the use of the Public Parks, Playgrounds and Boulevards of the City of Grand Rapids; and to Provide for the Preservation of Public Property Therein. Passed April 30, 1914.**

The Common Council of the City of Grand Rapids doth ordain:

### Destroying or Removing Public Property.

Sec. 555. (1).   No person shall cut, mutilate, injure, overturn, remove or carry away any personal or real property of whatsoever nature, in, upon or belonging to any parks, playground, boulevard or public place in the City of Grand Rapids, or under its control, or in any street, avenue or highway, in or adjacent to, or around the same.

### Dogs in Parks.

Sec. 556 (2).   No person shall permit any domestic animal to go, be, or run at large within such public place; and no dogs shall be permitted in any City Park or Playground.   Owners of dogs shall be held responsible for the presence of their dogs in any of the City Parks and Playgrounds.   Any person owning or harboring a dog which is permitted to be at large in any City Park or Playground in said City of Grand Rapids or under its control, and which shall disturb any birds or animals within said public places shall be deemed guilty of a violation of this ordinance and subject to a penalty herein imposed, and further any dog so disturbing any bird or animals in any such public places shall be liable to be immediately shot or put to death by any park officer.

PUBLIC PROPERTY

### Disorderly Persons.

(b)  No person shall use any threatening, obscene, profane or indecent language in any such public place; or be guilty of any disorderly or indecent conduct; nor shall any intoxicated person be allowed in any such public place.

### Games.

(c)  No person shall indulge in any games, acts or demeanor calculating or tending to disturb the people attending any such public places; nor shall any person bring any beer, liquor or intoxicants into any such public place; and no person shall engage in any games of chance or cards, or shall drink any wines, beer, liquors or malts in any such public place.

### Rubbish.

(d)  No person or persons shall deposit any rubbish or refuse in or upon any such public places except the same be deposited in waste baskets provided for the purpose by the Board of Park and Cemetery Commissioners.

### Fire Arms.

(e)  No person shall carry any rifle, gun, or other fire-arm of any kind within the parks and playgrounds of the City of Grand Rapids; nor shall any person fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks, or things containing any substance of an explosive nature.

### Begging.

(f)  No person shall publicly beg, or solicit any subscriptions, or take up collections for any purpose whatsoever in any of the public parks or playgrounds.

### Advertising.

(g)  No person shall post, exhibit or distribute any advertisement, circular or handbill therein; nor shall any peddler or petty dealer sell, or in any manner dispose of any article in public park or playground unless he shall first obtain express permission so to do from the Board of Park and Cemetery Commissioners.

### Driving and Hitching.

(h)  No person shall fasten or hitch any animal to any tree,

fence or structure in the parks unless the same shall be designated
and set aside for that purpose; nor shall any person ride or drive
any animal or vehicle therein except upon the proper roadways,
avenues and drives, and shall not drive therein at a speed exceeding
ten miles an hour.

No person shall be permitted to drive any vehicle used for the
transportation of merchandise or refuse, such as farm products,
wood, coal, manure, lumber, dirt gravel, stone, building material,
and others of like nature (except wagons carrying material for
building and improvement within such parks, playgrounds, boule-
vards or places) in or through said parks, places or squares; and
no cattle, sheep or other animals excepting horses, shall be led or
driven through the parks; and no funeral procession shall be per-
mitted in any such public places.

### Destroying Birds.

(i)   No person shall kill, disturb or molest any birds or bird's
nest, or any fish or animal within, belonging to, or being in the
parks.

### Picnics.

(j)   Picnics and social parties may be allowed by notifying
the Superintendent, in such portions of said parks as shall be de-
signated and set apart by the Board of Park and Cemetery Com-
missioners from time to time.

### Lecturing, Etc.

(k)   No person shall deliver any oration, address, speech, ser-
mon or lecture therein unless he shall first have received permission
from the Board of Park and Cemetery Commissioners; nor shall
any public meeting or concert be held therein unless such leave
is first obtained.

### Building or Place Marked "No Admission."

(l)   No person shall enter any building, enclosure or place
upon which the words "No Admittance" or similar sign is posted.

### Pools, Lakes, Etc.

(m)   No basin, pool, lake or fountain shall be fouled by stone,
wood, or any other substance; nor shall they be bathed in or waded
in unless specially set apart for that purpose; and any body of water

PUBLIC PROPERTY

which is set aside and designated as a wading pool, tank or swim·
ming pool within the aforesaid limits shall not be fouled by any
person; and it shall be unlawful for any person to expectorate in
such water or spit tobacco juice in the same, or blow his nose
therein, or commit any nuisance therein, or within the bathhouse
enclosures; and before any person shall bathe in any of the places
within the limits aforesaid, the officers or attendants having charge
of such swimming place are hereby empowered to cause said person
or persons to thoroughly cleanse their bodies by the use of shower
baths or such other methods as may be provided at such bathing
places. The Park Commissioners shall regulate the hours of_bath-
ing, and make all rules and regulations necessary for the protection
of the public.

### Fires.

(n)   No person except employes under instruction shall build,
kindle or start any fires in any of the parks.

### Open From Sunrise to 9:00 P. M.

Sec. 557.(3)   The Public Parks and Playgrounds belonging to
said city shall be open to the public only between the hours of sun-
rise and 9 o'clock p. m. of each and every day, and it shall not be
lawful for any person or persons, except the persons or employes
in charge of such park to enter therein before the hour above named
for the opening of said park, or remain therein after the hour above
fixed for the closing thereof. Provided, however, That the Board
of Park and Cemetery Commissioners of said city shall have power
in their discretion, whenever the occasion may require it, to es-
pecially provide for all or any of said parks, playgrounds or swim-
ming pools being opened between the hours of 5 and 9 o'clock a.
m. and closed between the hours of 6 and 11 p. m.

### Penalty.

Sec. 558 (4)   Any person or persons who shall violate any of
the provisions or requirements of this ordinance, on conviction
thereof shall be punished by a fine of not less than one dollar or
more than one hundred dollars and the cost of prosecution, or by
imprisonment at hard labor in the common jail of Kent County,
in the discretion of the court or magistrate before whom the con-
viction may be had, for a period of not less than one day nor more
than thirty days; and in case such court or magistrate shall impose

only a fine and costs of prosecution, the offender may be impri-
soned in the common jail of Kent County until the payment of such
fine and costs, or for a period of not more than thirty days.

### Repealing Clause.

Sec. 559 (5). An Ordinance (230) entitled "An Ordinance
to regulate the use of the Public Parks of the City of Grand Rapids
and to provide for the preservation of public property therein,"
passed and approved by the Common Council of the City of Grand
Rapids, Michigan, in regular session held August 24, 1908, is here-
by repealed.

### An Ordinance Relative to Cemeteries and the Protection Thereof and the Burial of the Dead in the City of Grand Rapids. Passed January 26, 1914.

The Common Council of the City of Grand Rapids doth ordain as
follows:

### What Are Public Burial Grounds.

Sec.   560 (1).   All Cemeteries now owned or which may here-
after be acquired by the City of Grand Rapids, wherever situated,
and all Cemeteries within the limits of said city, whether owned by
said city or not, are hereby declared to be public burial grounds,
and no person or persons, corporation, society or congregation shall
locate or establish any other Cemetery within the limits of said
city.

### No Interment in Any Place Other Than Cemetery.

Sec. 561 (2). No interment of the body of any person shall
be made in any other place than within a Cemetery devoted to
that purpose.

### Trees, Shrubbery, Etc.

Sec. 562 (3). No person nor persons shall cut, injure or re-
move any trees, shrubbery, gate, fence, post or steps, standing,
growing or being in and upon any Cemetery or Cemetery grounds
belonging to said city.

### Flowers, Etc.

Sec. 563 (4). No person shall cut, remove, injure or carry
away any flowers, trees, shrubs, plants or vines being or growing
in and upon any Cemetery lot, or grounds used for Cemetery pur-

TAB 80

# LAWS OF CALIFORNIA
## — AND —
# ORDINANCES OF THE COUNTY
## — AND —
# CITIES OF
# LOS ANGELES COUNTY

# RELATING
# TO MINORS

**In Effect January 1st., 1914**

COMPILED AND PRINTED BY ORDER OF THE
BOARD OF SUPERVISORS OF SAID COUNTY

J. D. **FREDERICKS**    H. S. G. McCARTNEY    JOHN L. RICHARDSON

*Compilers*

Standard Printing Company
211 New High St.

Digitized by Google         Original from
UNIVERSITY OF MINNESOTA

upon conviction, shall be punishable in a fine not to exceed
One Hundred Fifty ($150.00) Dollars, or by imprisonment in the
city jail of the City of Monrovia for a period not to exceed
fifty (50) days, or by both such fine and imprisonment.

(Ordinance No. 448.)

### AN ORDINANCE OF THE BOARD OF TRUSTEES OF THE CITY OF MONROVIA REGULATING PUBLIC PARKS, PUBLIC PLACES AND THE USE OF MONROVIA CANYON PARK BELONGING TO THE CITY OF MONROVIA AND FIXING A PENALTY FOR THE VIOLATION THEREOF, AND CREATING A BOARD OF PARK COMMISSIONERS FOR SAID CITY OF MONROVIA, AND REPEALING ORDINANCE NO. 314 OF SAID CITY.

The Board of Trustees of the City of Monrovia do ordain
as follows:

Section 1.  That the rules and regulations hereinafter pre-
scribed shall govern the public parks and public places of the
City of Monrovia, and also use of Monrovia Canyon Park belong-
ing to the City of Monrovia.

Section 2.  That within the limits of any said parks or public
places, or within the limits of Monrovia Canyon Park, it shall
be unlawful for any person or persons to do any of the acts
hereinafter specified, to-wit:

1.  To lead, or let loose any cattle, horse, mule, goat, sheep,
swine or fowl of and kind.

2.  To carry or discharge any firearms, firecrackers, rockets,
torpedoes or any other fireworks, or air gun or slingshot.

3.  To cut, break, injure, deface, or disturb any tree, shrub,
plant, rock, building, cage, pen, monument, fence, bench or other
structure, apparatus or property; or to pluck, pull up, cut, take or
remove any shrub, bush, plant, or flower; or to mark, or write
upon any building, monument, fence, bench or other structure.

4.  To cut or remove any wood, turf, grass, soil, rock, sand
or gravel.

5.  To distribute any handbills, or circulars, or to post, place
or erect any bills, notice, paper or advertising device or matter
of any kind.

6.  To swim, bathe, wade in, or pollute the water of any
stream, pond, lake or fountain, or to deposit or throw in any
stream or in the bed thereof, any dead animal, or part thereof,
or any papers, trash or rubbish of any kind, or any vegetable
or animal matter of any kind, or to do or permit to be done any

Digitized by Google          Original from
UNIVERSITY OF MINNESOTA

154        ORDINANCES RELATIVE TO MINORS

act or thing that will impair or imperil the purity or wholesomeness of any water designed for household or domestic use, or to cause or permit any horse, mule or other animal to go into such water.

7.  To make or kindle a fire for any purpose, except at such places in said Monrovia Canyon Park as may be specially provided and designated for such purpose by the Superintendent thereof, and no fire shall be built or started at any time above the Falls in Saw Pit Canyon in said Monrovia Canyon Park.

8.  To camp or lodge therein.

9.  To ride or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purpose.

10.  To indulge in riotous, boisterous, threatening or indecent conduct, or abusive, threatening, profane, or indecent language.

11.  To sell, or offer for sale, any merchandise, articles or thing, whatsoever, without the written consent of the Board of Trustees of said city.

12.  To hitch or fasten any horse, or other animal, except at a place specially designated and provided for such purpose.

13.  To ride or drive any horse or animal not well broken and under perfect control of the driver.

14.  To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, credit, or any other representative of value, or to maintain or exhibit any gambling or other instrument of gambling or gaming.

15.  To practice, carry on, conduct, or solicit for any trade, occupation, business, or profession, without the permission of the Board of Trustees of said city.

16.  To play or engage in any game, excepting as such place as shall be especially set apart for that purpose.

17.  To remain, stay or loiter in any public park or public place or in said Monrovia Canyon Park between the hours of 11:00 P. M. and 5:00 o'clock A. M. of the following day.

Section 3.  It shall be unlawful for any person to throw, deposit, place or leave in or upon any public park or public place or at any place within said Monrovia Canyon Park any waste papers, cans, bottles, trash, refuse or rubbish of any kind, except in a receptacle provided for such purpose by the City of Monrovia.

Section 4.  It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

 

LOS ANGELES COUNTY, CALIFORNIA            155

Section 5. It shall be unlawful for any persons to assemble, collect or gather together in any walk, driveway, passageway or pathway in any park or in any other place set apart for the travel of persons or vehicles in or through any park or to occupy the same so that the free passage or use thereof by persons or vehicles passing along the same shall be obstructed in any manner.

Section 6. It shall be unlawful for any male person over the age of eight years to occupy any bench or seat, or to stay, loiter or remain in any pavilion, or other structure in any park which shall be reserved and designated by the Board of Park Commissioners for the use of women and children only.

Section 8. All employees in public parks are hereby given the power and authority of special policemen, for the purpose of making arrests for any violation of the provisions of this ordinance.

Section 12. Any person who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punishable by a fine not exceeding One Hundred Dollars ($100.00), or by imprisonment in the city jail of the City of Monrovia for a period not exceeding fifty (50) days, or by both such fine and imprisonment.

(Ordinance No. 605.)

## AN ORDINANCE OF THE BOARD OF TRUSTEES OF THE CITY OF MONROVIA FORBIDDING THE WEARING OR CARRYING OF CONCEALED WEAPONS WITHIN SAID CITY OF MONROVIA.

The Board of Trustees of the City of Monrovia do ordain as follows:

Section 1. It shall be unlawful for any person, except a peace officer or a person actually traveling through the City of Monrovia, to wear or in any manner carry concealed upon his person, any dirk, bowie knife, sword cane, loaded or unloaded gun, loaded or unloaded pistol, loaded or unloaded revolver, or any black jack, sand bag, billie, slingshot, sling bat, brass knuckles, metal knuckles, or any other dangerous or deadly weapon.

Section 2. Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine of not less than Five Dollars ($5.00), nor more than Three Hundred Dollars ($300.00), or by imprisonment in the city jail for a period of not less than five days, nor more than three months, or by both such fine and imprisonment.

(Ordinance No. 575.)

TAB 81

Appellate Case: 23-2166    Document: 010111010494    Date Filed: 03/05/2024    Page: 210

# CHARTER

AND

# ORDINANCES

OF THE

# CITY OF NEW HAVEN, CONN.

Ordinances, etc.



AND

# SPECIAL ACTS

Revised to January, 1914

NEW HAVEN, CONN.
PRESS OF SAMUEL Z. FIELD
1914.

—438—

## Rules and Regulations of the New Haven Commission of Public Parks.

1. No domestic animal, except dogs, shall be permitted to enter or to go at large in any of said parks, either with or without a keeper. Dogs must be held in leash by the owners, otherwise they may be killed by any park-keeper, special constable or policeman.

2. No person shall pick any flowers, foliage or fruit, or cut, break, dig up, or in any manner mutilate or injure any tree, shrub, plant, grass, turf, railing, seat, fence, structure, or other thing in any of said parks, or cut, carve, paint, mark or paste on any tree, stone, fence, wall, building, monument, or other object therein, any bill, advertisement or inscription whatsoever.

3. No person shall carry or have any firearms on any of said parks, and no firearms shall be discharged from, or into any of the same. No stone or other missile shall be thrown or rolled from, into, within or upon any of said parks, except in such place as the commission may designate as a ball-field, in playing games in which a ball is used.

4. No person shall ride or drive on any road within any of said parks at a faster gait than eight miles per hour, and this shall apply to the use of cycles.

5. No threatening, abusive, boisterous, insulting or indecent language, or gesture shall be used on any of said parks, nor shall any oration, harangue, or other public demonstration be made, unless by special authority of said commission.

6. No person shall expose any article or thing for sale on any of said parks, unless licensed therefor by said commission.

7. No person shall bathe naked or otherwise in any waters in, or adjacent to any of said parks, or be naked within any of said parks, except in such places and subject to such regulations, as the commission may, from time to time, specially designate by a public notice set up for that purpose within the park.

8. No person, unless by authority of said commission, shall light, kindle, or use any fire on any of said parks.

9. No person shall ride or drive upon the grass, lawns, or foot-paths of any of said parks.

10. No person shall disturb or injure any bird, bird's nest or eggs, or any squirrel or other animal within any of said parks.

11. No person shall discharge or set off, on or within any of said parks, any fire crackers, torpedoes, rockets or other fireworks, except by license from said commission.

12. No person shall dig up or remove any dirt, stones, rock, or other thing, whatsoever, make any excavation, quarry any stone, or lay or set off any blast, or cause or assist in doing any of said things, within any of said parks, without the special order or license of said commission.

13. No bottles, broken glass, ashes, waste paper, or other rubbish, shall be left in any of said parks, except at such place or places as may be specially designated by the commission or by a sign marked public dump.

14. No cart, wagon, dray, truck or other vehicle, carrying lumber, stone, brick or any other goods, merchandise, or articles of freight, or which is commonly used for the carriage thereof, shall, except in service of the commission, enter any part of any of any of said parks, except such public highways as may have been duly established.

15. No horse shall be hitched to any shrub or tree in any of said parks.

16. No automobile or other motor vehicle shall be taken into or driven upon either East Rock Park, West Rock Park, or Fort Wooster Park.

17. Any person violating either the first, second, fourth, fifth, sixth, seventh, ninth, eleventh, twelfth, thirteenth or fifteenth of the foregoing rules and regulations shall forfeit and pay to the commission, for each offence, a penalty of ten dollars. Any person violating any other of said rules and regulations shall forfeit and pay to the commission, for each offence, a penalty of twenty dollars. Said penalties shall be enforceable by process of arrest against the body of the delinquent, and may be sued for on complaint made by the city attorney to the city court of the city of New Haven.

TAB 82

Fresno, Cal.— Ordinances

# CHARTER AND ORDINANCES

### OF THE CITY OF FRESNO, CALIFORNIA

Issued Under Charter Provisions
By Authority of the Board of Trustees



Edited by
## IENER W. NIELSEN
July 30, 1916

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

territory above specified, or those who are residents within the said territory above specified but not citizens of the United States, then there may be employed for the doing of such work those who are neither citizens of the United States or residents within the territory above specified.

Sec. 2.  By the term "resident," as used in this section, is meant one who has had a fixed place of abode within the territory above described for the period of at least sixty days.

Sec. 3.  In all contracts drawn for the doing of any such work, the provisions of this ordinance shall be inserted, and reference to this ordinance therein made.

Sec. 4.  It shall be unlawful for any person, firm or corporation, doing any public work within or for the City of Fresno, to pay for or employ any labor in violation of the provisions of this ordinance, and any person, firm or corporation, or any officer of any corporation, who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine of not less than Ten ($10.00) Dollars, nor more than Three Hundred ($300.00) Dollars, or by imprisonment in the County Jail of the County of Fresno for not more than ninety (90) days, or by both such fine and imprisonment.

Sec. 5.  All ordinances and parts of ordinances in conflict herewith are hereby repealed.

Sec. 6.  This ordinance shall take effect and be in force from and after its passage.

---

## ORDINANCE NO. 800.

### In effect June 30, 1916.

An Ordinance regulating the use of the public parks of the City of Fresno.

The Board of Trustees of the City of Fresno do ordain as follows:

Section 1.  Within the limits of any parks in the City of Fresno, and within the limits of any parks now owned or to be hereafter owned by the City of Fresno outside of the limits of the City of Fresno, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1.  To lead, or let loose any cattle, horse, mule, goat, sheep, swine, dog or fowl of any kind; provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2.  To carry or discharge any firearms, firecrackers, rockets, torpedoes or any other fireworks, or air gun or slung-shot.

3.  To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus, or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant, or flower, or to mark, or write upon any building, monument, fence, bench, or other structure, or to carry any flowers, shrubs or branches into or through the park.

4.  To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5.  To distribute any hand-bills, or circulars, or to post, place or erect any bills, notice, paper, or advertising devise or matter of any kind.

6.  To swim, bathe, wade in, or pollute the water of any fountain, pond, lake or stream, except that wading and swimming shall be permitted in pools provided for these purposes.

 Google

 Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

7.   To make or kindle a fire for any purpose, except in cooking furnaces provided for such purpose, unless special permission shall first be obtained therefor from the Superintendent of Parks.

8.   To camp or lodge therein, without the written permission of the Board of Park Commissioners.

9.   To ride, or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purpose.

10.   To indulge in riotous, boisterous, threatening, indecent or immoral conduct, or abusive, threatening, profane language, or to throw stones or missiles.

11.   To sell, or offer for sale, any merchandise, article or thing, whatsoever, without the written consent of the Board of Park Commissioners.

12.   To hitch, or fasten any horse, or other animal, except at a place specially designated and provided for such purpose.

13.   To ride or drive at a rate of speed exceeding twelve miles per hour.

14.   To ride or drive any horse or animal not well broken and under perfect control of the driver.

15.   To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, shells, credit, or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming, or to play any game prohibited by any ordinance of the City of Fresno.

16.   To practice, carry on, conduct, or solicit for any trade, occupation, business or profession, without the written permission of the Board of Park Commissioners.

17.   To row, or sail on any pond, lake or waters in any boat or raft, excepting one provided for that purpose by the Board of Park Commissioners, or holder of boating privileges, without first obtaining the written permission of the Board of Park Commissioners.

18.   To drive, or have any dray, truck, wagon, cart, or other traffic vehicle, carrying or used or employed in carrying goods, merchandise, lumber, oil, dirt, manure, sand or soil, or any article of trade or commerce, or any offensive article or material whatsoever, upon any road or drive, except when the same is being done for the improvement of the park, and at the direction of the Board of Park Commissioners.

19.   To play, or engage in any game, excepting at such place as shall be especially set apart for that purpose.

20.   To remain, stay or loiter, in any public park, between the hours of twelve o'clock midnight and five o'clock a. m. of the following day, without the written permission of the Board of Park Commissioners.

21.   It shall be unlawful for any person or persons to take into, exhibit or use in any park any firearm, air gun, slung-shot, or other articles of like character.

22.   To go upon any lawn or grass plot, where prohibited by the Superintendent of Parks, and which prohibition is indicated by proper and legible signs.

23.   To open, expose or interfere with any water or gas pipe, hydrant, stopcock, sewer, basin or other construction, in any park.

24.   To hang behind any vehicle, or to tow any vehicle of any kind in any park, excepting, however, in case of break-downs within a park, the disabled vehicle may be towed to the nearest point of exit.

Sec. 2.   No company, society, or organization of more than twenty-

Digitized by Google                    Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

ORDINANCE NO. 800.                                         305

five persons shall hold or conduct any picnic, celebration, parade, service, or exercise in any public park, without first obtaining permission from the Superintendent of Parks, and it shall be unlawful for any person to take part in any picnic, celebration, parade, service, or exercise held or conducted contrary to the provisions hereof.

Sec. 3. It shall be unlawful for any person having the control or care of any dog to suffer or permit such dog to enter or remain in a public park unless it be led by a leash of suitable strength not more than six feet in length, and the owner or attendant shall be responsible for, and make good, any damage caused, in any event, by such dog, even if on leash.

Sec. 4. It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

Sec. 5. It shall be unlawful for any person to fish in any public park without first obtaining from the Board of Park Commissioners a written permit so to do, designating the manner, time, and place in which such person may fish.

Sec. 6. It shall be unlawful for any person to assemble, collect or gather together in any walk, driveway, passageway or pathway in any park or in any other place set apart for the travel of persons or vehicles in or through any park or to occupy the same so that the free passage or use thereof by persons or vehicles passing along the same shall be obstructed in any manner.

Sec. 7. It shall be unlawful for any person or persons to sell, expose for sale, or offer to sell, in or along any public street, lane or thoroughfare, adjoining or approaching any public park in, adjoining or belonging to the City of Fresno, within two hundred (200) feet of any entrance to said park, any goods, wares or merchandise of any kind whatsoever.

Sec. 8. It shall be unlawful for any male person over the age of eight years to occupy any bench or seat, or to stay, loiter or remain in any pavilion, or other structure in any park which shall be reserved and designated by the Board of Park Commissioners for the use of women and children only.

Sec. 9. It shall be unlawful for any person to hold, conduct or address any public assemblage, meeting or gathering, or to make or deliver any public speech, lecture, or discourse, or to conduct, or take part in any public debate, or discussion, in any public park, belonging to or under the control of the City of Fresno, without first having obtained a permit in writing from the Board of Park Commissioners of said city.

Sec. 10. It shall be unlawful for any person or persons to hunt, pursue, annoy, throw stones or missiles at, or molest or disturb in any way, any animal, bird or reptile within the confines of any park.

Sec. 11. It shall be unlawful for any person, firm or corporation, to erect or maintain any overhead wires through any park, without the written permission of the Board of Park Commissioners.

Sec. 12. It shall be unlawful for any person to deposit, or to cause to be deposited, any paper, fruit, rubbish, debris, or any waste material of any kind, in any public park, except in such receptacles as may be located in such park therefor.

Sec. 13. By the term "park," as referred to in this ordinance, is meant any public park owned or controlled by the City of Fresno.

Sec. 14. Any person who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine not exceeding Three Hundred ($300.00) Dollars, or by imprisonment in the County Jail of the County


Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

306                    ORDINANCE NO. 801.

of Fresno not exceeding three months, or by both such fine and imprisonment.

Sec. 15.  All ordinances and parts of ordinances in conflict herewith are hereby repealed.

Sec. 16.  This ordinance shall take effect and be in force from and after its passage.

---

## ORDINANCE NO. 801.

### In effect July 19, 1916.

An Ordinance concerning the Board of Health of the City of Fresno, and making provisions for the enforcement of certain rules and regulations of said Board pertaining to the public health and sanitation of said City, and providing for punishment for violation thereof, and repealing Ordinances 495, 691 and 768, and all ordinances and parts of ordinances in conflict herewith.

Whereas, the Board of Health of the City of Fresno has duly made and adopted certain health and police regulations relating to the public health and sanitation of said City, and has submitted the same to the Board of Trustees of said City, requesting that provisions be made for their enforcement in accordance with Section 164 of Article X of the City Charter.

Now, therefore, in accordance with said Charter, and said rules and regulations so submitted, the Board of Trustees of the City of Fresno do ordain as follows:

### ORGANIZATION OF THE BOARD.

Section 1.  The Board of Health shall organize on the third Monday of April of each year by the election of a President, who shall hold office for one year, and a City Physician, who shall act as Health Officer and Secretary of the Board, and the election of such other health inspector or inspectors as may be found necessary, who shall hold office at the pleasure of the Board.

All officers shall hold such offices to which they are so appointed until their successors are elected and have qualified.

### TIME OF ELECTION.

Sec. 2.  If for any cause, no election is held at the appointed time, the officers may be elected at a subsequent meeting.

### MEETINGS.

Sec. 3.  The regular meeting of the Board shall be held on the second Monday of each month at 8 o'clock p. m., or at such other times as the Board of Health shall from time to time fix, and said Board of Health shall hold special meetings when convened by the President, or at the call of any three members.  Three members of said Board shall be necessary to constitute a quorum.

### ORDER OF BUSINESS.

Sec. 4.  At all regular meetings the following Order of Business shall be observed:

1.  Calling to order.
2.  Reading, correction and approval of minutes of last meeting.
3.  Reports of committees.
    (a)  Health Officer.
    (b)  Plumbing Inspector.

 

TAB 83

# ORDINANCES, RULES AND REGULATIONS

## OF THE

# DEPARTMENT *of* PARKS

## OF THE

# CITY OF NEW YORK (city)

Digitized by
INTERNET ARCHIVE

Original from
LIBRARY OF CONGRESS

# ORDINANCES, RULES AND REGULATIONS

## OF THE

# DEPARTMENT OF PARKS

## *of the* CITY OF NEW YORK

---

The Park Board under Chapter 610 of the Charter (3d Edition, 1906) ordains as follows:

## CHAPTER 17.

## PARKS, PARKWAYS AND PARK-STREETS.

### (REGULATIONS OF THE PARK BOARD.)

Article 1.   General provisions.
     2.   Traffic regulations.
     3.   Building and other projections.
     4.   Miscellaneous.

## ARTICLE 1.

Section 1.   Definitions.
     2.   Interfering with lands or improvements thereon.
     2.   Sub-surface disturbances.
     4.   Over-head wires.
     5.   Destruction of or injury to park property.

1

Digitized by INTERNET ARCHIVE      Original from LIBRARY OF CONGRESS

6. Preservation of lawns and grass plots.
7. Bringing trees, plants and flowers into parks.
8. Use of roller skates.
9. Rubbish and refuse matter.
10. Processions; drills; music.
11. Public meetings.
12. Sales or exhibitions.
13. Posting bills or placards.
14. Bathing, fishing, boating and skating.
15. Protection of animals, birds and reptiles.
15a. Baseball and Other Games.
16. Animals at large.
17. Disorderly conduct.
18. Custodian of minors.

§1. Definitions. Unless otherwise expressly stated, whenever used in this chapter, the following terms shall respectively be deemed to mean:

1. *Commissioner,* or *the commissioner,* the park commissioner having jurisdiction of a particular park, or park-street, as hereinafter defined;

2. *Park,* any park, parkway, square, circle, or concourse, or part thereof, under the jurisdiction of the park department;

3. *Park-street,* a street, avenue, boulevard or other highway, under the jurisdiction of the park department;

4. *Permit,* a written authorization for the exercise of a specified park privilege, issued by the park commissioner having jurisdiction.

2

Digitized by
INTERNET ARCHIVE

Original from
LIBRARY OF CONGRESS

in strict conformity therewith. No person shall distribute, hand out or cast about any card, circular, pamphlet or other printed matter within any park or upon any park-street.

§14. Bathing, fishing, boating and skating. No person shall bathe in, nor disturb in any way the fish in, the waters or fountains of any park, nor cast any substance therein; except, that in the waters adjacent to Pelham Bay Park bathing and fishing shall be permitted, subject to the rules and regulations prescribed by the commissioner. Fishing may also be allowed in the lakes of Prospect Park and Kissena Park, under permits. No person shall be permitted to appear in bathing costume in any park or parkway, except on the beaches in Pelham Bay, Seaside, Dreamland, Jacob Riis and Rockaway Parks. No boat or vessel shall be placed upon any of the waters of any park, except by special permit. No skating or sledding shall be allowed on any park lakes, unless and until the ice is declared to be in a suitable condition by the commissioner.

§15. Protection of animals, birds and reptiles. No person shall hunt, chase, shoot, trap, discharge or throw missiles at, or molest or disturb in any way, any animal, bird or reptile in any park.

§15-A. Baseball and other games. No person shall throw, cast, catch, kick or strike with any implement whatever, any baseball, golf ball, football, basket ball, bean bag, or other object in or upon any park or parkway, or any square, circle, concourse, playground, street, avenue, boulevard or

6

Digitized by
INTERNET ARCHIVE

Original from
LIBRARY OF CONGRESS

other highway under the jurisdiction of the park department, or on any recreation pier, without a permit therefor issued by the commissioner or his supervisor of recreation nor otherwise than in accordance with the terms of such permit.

§16.  Animals at large.  No horse or other animal shall be allowed to go at large in any park or upon any park-street, except dogs that are restrained by a chain or leash not exceeding 6 feet in length.

§17.  Disorderly conduct.  No person shall, in any park,

1.  Use threatening, abusive or insulting language;

2.  Do any obscene or indecent act;

3.  Throw stones or other missiles;

4.  Beg or publicly solicit subscriptions or contributions;

5.  Tell fortunes;

6.  Play games of chance, or use or operate any gaming table or instrument;

7.  Climb upon any wall, fence, shelter, seat, statute or other erection;

8.  Fire or carry any firearm, firecracker, torpedo or fireworks;

9.  Make a fire;

10.  Enter or leave except at the established entrance-ways;

11.  Enter any park for the purpose of loitering and remaining therein after 12 o'clock at night, except as, on special occasions, the occupation and use thereof may be authorized beyond the regular hours;

7

TAB 84

Birmingham, Ala.--- Ordinances

# THE CODE

## of

# CITY OF BIRMINGHAM

## ALABAMA

UNIVERSITY OF ILLINOIS LIBRARY

JUL 8   1919

PREPARED BY
HENRY L. ANDERTON

BY AUTHORITY OF THE COMMISSION
OF THE CITY OF BIRMINGHAM



## 1917

Digitized by Google

## CHAPTER XLIV

# Parks and Public Places

Sec. 1542.  **All Parks Dedicated to Public Use.**  All the parks heretofore marked out and dedicated to the city, and all public parks hereafter acquired by the city shall be and remain set apart and dedicated to the use of the public as parks and public grounds, and the same shall be regulated and governed in such manner as the Commission may from time to time ordain.

Sec. 1543.  **For the Protection of Parks.**  Any person who wilfully or maliciously breaks, cuts, disfigures, injures or destroys any tree, shrub, plant or flower within the enclosure of any of the public parks of the city, or any railing, structure or monument therein, or who shall hitch any horse or animal to any tree or shrub therein, shall, on conviction, be fined not less than one nor more than one hundred dollars.

Sec. 1544.  **Conduct in Parks.**  No person shall enter or leave any of the public parks of the City of Birmingham except by the gateways; no person shall climb or walk upon the walls or fences thereof; no person shall turn or lead any cattle, horses, goat, swine or other animals into any of such parks; no person shall carry firearms or throw stones or other missiles within any of such public parks; no person shall expose any article or thing for sale within any of such parks, nor shall any hawking or peddling be allowed therein; no threatening, abusive, insulting or indecent language shall be allowed in any part of any of such parks calculated to provoke a breach of the peace, nor shall any person tell fortunes or play at any game of chance at or with any table or instrument of gaming nor commit any obscene or indecent act there-

Digitized by Google

in; no person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any such park nor upon any gate or enclosure thereof; no person shall play upon any musical instrument, nor shall any person take into, carry or display in any such public park any flag, banner, target or transparency; no military company shall parade, drill or perform therein any military or other movements; no person shall light, make or use any fire in any such public park; no person shall go upon the grass, lawn or turf of the parks, except when and where the word "common" is posted, indicating that persons are at that time and place at liberty to go on the grass.

Sec. 1545. **Commission May Close Entrances.** The Commission may direct that any of the entrances to the public parks be closed at any time, and when so closed in obedience to such directions no person shall enter at any such place.

Sec. 1546. **Obstructions on Plats Along Public Streets.** It shall be unlawful for any person in possession of any lot or parcel of ground abutting on any public highway in the City of Birmingham to erect, maintain or permit any other person to erect or maintain or to continue or fail to remove within a reasonable time after notice or knowledge of the presence thereof of any wire, chain, rope or other obstruction or guard on any grass plat or parkway on any public highway in the City of Birmingham, unless such guard or obstruction shall conform to the following specifications, to-wit: The upright posts or stakes shall be made of dressed lumber four inches square and shall extend above the ground not less than three feet and shall be painted white. The cross bar shall consist of some rigid material and may be made either of iron pipe, an iron bar or a wooden bar which shall be placed at a height of not less than three feet above the surface of the ground and such bar or pipe shall also be painted white and shall be securely fastened to the said stakes or posts, which stakes shall be firmly placed in the ground and not more than eight feet apart.

Digitized by Google

Sec. 1547. **Guards or Stakes Not to be Placed Within Six Inches of Paved Sidewalk.** No guards or stakes shall be placed on any grass plat or parkway on any public highway in the City of Birmingham within six inches of the paved portion of the sidewalk.

Sec. 1548. **Agents, Tenant and Owner Charged With Removing Obstructions.** The owner of the abutting property, as well as the person in possession thereof, whether as agent, tenant or owner, shall be under the duty of removing all guards or obstructions from said parkways or grass plats which do not conform to the foregoing specifications.

Sec. 1549. **Names of Parks.** The various parks and public places owned by the city shall be named and known as follows: Avondale Park, Behrens Park, Caldwell Park, Capitol Park, East Park, Ensley Park, Halls Park, Idlewild Park, Lakeview Park, Linn Park, Magnolia Park, Mineral Wells and Reservoir Park, North Birmingham Park, North Haven Park, Phelan Park, Rhodes Park, West Park, Woodlawn Park, Woodward Park.

---

## CHAPTER XLV

---

# Pawnbrokers

Sec. 1550. **Definition.** Pawnbroker under this chapter is and shall be defined to be one whose business it is to lend money upon a pawn or pledge.

Sec. 1551. **Shall Keep Register of Pawns.** It shall be the duty of each person in business in the City of Birmingham as a pawnbroker to keep at his place of business a book in which he shall enter, or cause to be entered in writing, a minute description of all personal

Digitized by Google

TAB 85

COMMONWEALTH OF MASSACHUSETTS

———

# MUNICIPAL REGISTER

OF THE

# CITY OF BROCKTON

FOR

# 1918

CONTAINING

CITY OFFICERS AND COMMITTEES, MAYOR'S AD-
DRESS, REPORTS OF THE VARIOUS OFFICERS AND
COMMITTEES, ALSO THE RECEIPTS AND EXPEND-
ITURES FOR THE FISCAL YEAR ENDING

## NOVEMBER 30, 1917



BROCKTON, MASS.
KEYSTONE JOB PRINT, INC.
1918



Digitized by Google

# REPORT OF THE
# Park Commissioners

Digitized by Google

330

At a meeting of the Park Commissioners of the City of Brockton duly held on the 7th day of May A. D. 1917, a quorum being present, it was voted to adopt the following rules and regulations governing the use of Public Parks in the City of Brockton.

## RULES AND REGULATIONS GOVERNING THE USE OF PUBLIC PARKS IN THE CITY OF BROCKTON.

The Board of Park Commissioners of the City of Brockton, by virtue of its authority to make rules for the use and government of the Public Parks of the City, and for breaches of such rules to affix penalties, hereby establish the following rules and regulations for the use of same.

The commission of the following acts by any person or persons as hereinafter specifically set forth is expressly forbidden, namely :—

1. To cut, break, injure or deface any building, fence or other construction, or any tree, bush, plant or turf, or any other thing or property of said City, or to have possession of any freshly plucked tree, bush, or plant, or part thereof.

2. To allow animals of any kind to pass over or stray upon the Park lands, provided this shall not apply to dogs when closely led by a cord or chain not more than six feet long.

3. To throw stones, balls, or other missiles, to discharge or carry firearms, firecrackers, torpedoes or fireworks; to make fires; to play musical instruments; to have any intoxicating liquors; to sell or offer for sale any goods or wares; to post or display signs, placards, flag or advertising devices; to solicit subscriptions or contributions; to play games of chance; or

Digitized by Google

331

to have possession of instruments of gambling; to make orations, harangues, or loud outcries; to enter into political advertising or canvassing of any kind; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy other visitors.

4. To take birds, fish, any live animal or bird's nest, or in any way interfere with cages, boxes, places, or enclosures for their protection.

5. To play ball or any other game in any public park except such portions thereof as may be set aside for that purpose.

6. To drive any carriage, cycle, automobile, cart, wheelbarrow, hand-cart or horse upon any park.

7. To refuse to obey the orders or requests of either of the Commissioners, or of the police or other agents of the commissioners, and to refuse to assist them when required.

8. Any person or persons who wilfully violate any of the above rules and regulations shall be punishable by a fine of not more than Twenty (20) Dollars for each offence.

Digitized by Google

TAB 86

# THE JOPLIN CODE
## OF 1917

Containing All the General Ordinances of the City, Except Ordinances
Numbered 4487 and 5941 (Specifying in Detail the Regulations
Relating to Street Improvements and Street Excavations, Re-
spectively), Including Public Utility Franchise Ordinances in
Force January 30, 1917; Also the Charter Act of 1913, Applying
to Cities of the Second Class in Missouri in Force on Said Date;
Also Certain Material Provisions of the Constitution and Statutes
of the State of Missouri Applicable to Cities of the Second Class;
Also a Brief Historical Sketch of the Municipal Incorporation of
Joplin; Also a Directory of the Officers of the City from the Date
of Its Early Incorporation in 1873 to the Present Time; Also
Information in Relation to the Ownership of Real Estate by the
City of Joplin.

Printed and Published by

AUTHORITY OF THE COUNCIL OF JOPLIN, MISSOURI,
IN BOOK FORM, JANUARY, 1917.

Revised and Codified by

HUGH McINDOE,

Mayor.

Assisted by

E. F. CAMERON,

City Attorney.

porch or any other projection from any house or other building in the city, any flower-pot, wooden box, bowl, pitcher or other article or thing whatever, unless the same is securely and firmly fastened or protected so as to render it impossible for any such pot, box, bowl, pitcher or other article to fall into the street, shall be deemed guilty of a misdemeanor.

Sec. 1210. **Women; Mashing, Etc.** It shall be unlawful for any person in said city to use any suggestive, leering or immoral word or act toward, or in the presence of another person, of the same or opposite sex, for the purpose of attracting the attention of or annoying such person, or to go, or stand, or loiter upon, or near, any thoroughfare, and by word, or act, attempt to annoy or attract the attention of any person of the opposite sex, by any leering or suggestive act or word, ordinarily known as "mashing"; or to solicit the company or acquaintance of another person for any immoral or unlawful purpose. Any person violating the provisions of this section shall be deemed guilty of a misdemeanor.

Sec. 1211. **Thoroughfare Defined.** The term "thoroughfare" when used in this article, shall include all streets, alleys, avenues, parks, parkings, drives, highways and other public places used by vehicles and private ways when a public use is permitted thereof.

Sec. 1213. **Misdemeanor.** Any person violating any of the provisions of this article, or who does anything prohibited herein, or who fails to do anything herein required to be done, shall be deemed guilty of a misdemeanor, and upon conviction, shall, for each offense, be punished by a fine of not exceeding three hundred dollars or by imprisonment not exceeding sixty days, or by both such fine and imprisonment.

## ARTICLE 68.

### PARKS.

Sec. 1214. **Conduct in Parks.** All persons are forbidden to enter or leave the parks except by the walks, paths or drives; to lead or allow to be loose any animal upon park premises except that dogs may be led or carried, but not allowed loose; to throw stones or other missiles by hand or otherwise, to carry or discharge firearms, or to set off any fireworks or similar things in the parks; to cut, mark, break or climb upon, or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences, bridges, signs, placards or notices, or any structures or property within or upon park premises; to bring upon any park premises any tree, shrub or plant, any newly plucked branch or portion of a tree, shrub or plant; to race with horses, automobiles, motorcycles or bicycles; or to ride or drive faster than twelve miles an hour within any of the parks of the city of Joplin; to drive any animal or vehicles anywhere in the parks, except in the drives, or to allow them to stand unattended, except at the hitch-

ing places especially provided for such purposes; to obstruct the drives or paths; to stand or keep in or upon any park premises, without special permission in writing from the board of directors of the park board, any horse, burro or other animal, or any hack, carriage, automobile or other vehicle, for the purpose of hire or solicitation of patronage; to solicit patronage for any vehicle for hire upon any park premises without special permission in writing from the board of directors of the park board; to drive or take any job or freight wagon in or upon any of the park premises, except those in park employ, private wagons conveying families or upon special written permission; to trail vehicles, to use threatening, abusive, insulting, indecent, obscene or profane language, or to be guilty of drunkenness, fighting or quarreling or indecency in or upon any of the parks; to lie, lounge or sleep on the benches or to lie in indecent positions on the benches or the ground; to tell fortunes or to play games of chance, to offer any article or thing for sale, except by written permission; to distribute or expose any kind of circulars or advertisements, or post, stencil or otherwise affix any notice or bills or other paper upon any structure, fence, tree or thing in or about the park premises, park drives, roads or boulevards; to bathe or fish in or to send any animal into or throw or place any article or thing in any of the waters of the park; to fish for or disturb any of the fish in any of the ponds or streams in the parks; to shoot at, catch or disturb any water fowl or other birds belonging to, preserved in or being in or about the parks; or to touch, molest or destroy the nest or nests of any birds, or the eggs therein, within any of the parks; or to take, carry or display any flag, banner, target or transparency, or to fly any kite within or upon any park, or to parade, drill or perform therein any military or other evolution or movements as a military, target company, civic or otherwise, without written permission; to light, make or use any fire therein at any place or places except such as may be designated by the board of directors of the park board for that purpose; to go on foot or otherwise upon the grass, lawn or turf of the parks wherever the sign "Keep Off the Grass" is shown.

Sec. 1215. **Flowers, Shrubs, Etc.** No shrubs, plants or flowers shall be taken, or given away from any of the parks, without written permission, except for the decoration of soldiers' graves, to be cut under direction of the superintendent of parks for use May 30th of each year.

Sec. 1216. **Public Gatherings.** No gathering or meeting of any kind, nor public speaking, shall be permitted in the parks without written permission.

Sec. 1217. **Intoxicating Liquors in Parks.** No intoxicating liquors, as intoxicating liquors are defined in the ordinances of the city of Joplin, shall be allowed to be sold or given away, or to be brought into, used or drunk within any of the parks of the city,

JOPLIN CODE

or upon any of its boulevards, driveways or roads under the control of the park board.

Sec. 1218. **Rubbish Not to Be Thrown in Parks.** No person shall drop, throw or place any waste paper, straw, dirt, weeds, ashes, refuse or waste, swill or other rubbish, though not offensive to health, in or upon any park or property, boulevard, driveway or road under the control of the park board, or any part thereof.

Sec. 1219. **Placing of Buildings, Tents, Booths, Etc.** No person shall be permitted to build or place any tents, buildings, booths, stands or other structures in any of said parks, boulevards, driveways or roads under the control of the park board, without first obtaining the written permission of the board of directors of said board.

Sec. 1220. **Injuring Park Property.** No person shall dig, injure or tear up any pavement, sidewalk, crosswalk, grass plot or roadway, or any part thereof, or of any parking, boulevard, driveway or road, or dig down into, expose or tear up, disconnect or connect with any of the water pipes or sewers in or under any parking, boulevard, driveway or road under the control of the park board, without first having obtained written permission.

Sec. 1221. **Housemoving Through Parks Prohibited.** No person shall move any building along, across, or upon any park, boulevard, driveway or road under the control of the park board, without first having obtained permission.

Sec. 1222. **Funeral Processions.** No funeral procession or hearse or any vehicle carrying a corpse will be allowed upon any part of the parks under the control of the park board, without previous written consent.

Sec. 1223. **Hauling Heavy Loads.** It shall be unlawful for any person or persons to haul, or cause to be hauled, in any vehicle, in or upon any part of the parks, boulevards, driveways or roads under the control of the park board, any coal, stone, brick, dirt, or other article or articles weighing together with the vehicle two thousand pounds or more; provided that this prohibition shall not be applied to omnibuses, hacks or carriages.

Sec. 1224. **Hauling Gravel, Cinders or Other Loose Material.** It shall be unlawful for any person to engage in driving within or upon any parks, boulevards, driveways or roads under the control of the park board, crushed stone, sand, gravel, sawdust, ashes, cinders, lime, tan bark, shavings, waste paper, ice, mortar, earth, coal, bricks, stone, rubbish, manure or other loose material likely to sift, fall or be blown upon such parks or streets, except in tight wagon boxes, or on wagons securely covered with canvas, and filled only to water level, and in case the same fall or be scattered within or upon any parks, boulevards, driveways or roads under the control of the park board, such person shall cause it to be forthwith removed.

PAWNBROKERS. 555

Sec. 1225. **Scattering Contents of Loaded Wagon Upon Park.** It shall be unlawful for any person to cause any cart, wagon or other vehicle to be loaded and heaped up so that the contents, or any part thereof, shall be scattered within or upon any parks, boulevards, driveways or roads under the control of the park board.

Sec. 1226. **Stock in Parks.** Loose cattle or horses shall not be allowed to be driven in or upon, along or through any part of the parks, boulevards, parkways, avenues, driveways or roads under the control of the park board, without written permission.

Sec. 1227. **Ordinances Shall Apply to Parks Outside City Limits.** All ordinances of the city of Joplin where applicable shall apply and be in force in all the parks of the city of Joplin, whether within the city limits or without the city limits, and the police department is authorized and empowered to enforce all ordinances of the city of Joplin, as well as all of the rules and regulations of the board of directors of the park board, violated within the public parks, playgrounds, or other grounds belonging to the city, located within the city limits or without the city limits, in the same manner and to the same effect as if located in the corporate limits of the city of Joplin.

Sec. 1228. **Definition of Word "Parks."** Wherever the word "parks" appears in this article, it shall be deemed to mean both public parks and public playgrounds.

Sec. 1229. **"Written Permission" Defined.** Wherever it is provided in this article that written permission or consent shall be had, it shall mean written permission or consent of the board of directors of the park board.

Sec. 1230. **Misdemeanor.** Any person who shall violate any of the provisions of this article or any of the rules and regulations made by the board of directors of the park board, shall be deemed guilty of a misdemeanor.

## ARTICLE 69.

### PAWNBROKERS, SECOND-HAND DEALERS, JUNK DEALERS.

Sec. 1231. **Pawnbroker Defined.** Every person or corporation engaged in the business of receiving property in pledges, or as security for money or other thing advanced to the pawner or pledger, or who purchases personal property and agrees to sell it back, or who makes a display at his place of business of the sign of three balls, or who publicly exhibits any sign offering money to loan on personal property, except negotiable instruments, shall be held and is hereby defined to be a pawnbroker.

Sec. 1232. **Second-Hand Dealer Defined.** Any person who

TAB 87

# The

# Revised Municipal Code

– OF –

## Aurora, Illinois

### of 1920

Passed . . . . . March 1, 1920
Approved . . . March 2, 1920

Published by Authority of the City Council in Book Form
March 2, A. D. 1920

Containing all the General Ordinances of the City
in Force, March 2, A. D. 1920

Revised and Compiled Under the Direction and Supervision of
the Committee on Ordinances

EUGENE SMITH COMPANY, PRINTERS
AURORA, ILLINOIS



LITTAUER LIBRARY, SSP
HARVARD UNIVERSITY

Digitized by Google

Original from
HARVARD UNIVERSITY

# CHAPTER XLIII.

## Parks.

SECTION

942. Parks, Etc., Continued Property of City.
943. Department Created.
944. Park Commissioners—Office—Term—Bond.
945. Organize Board — Meetings — Salary.
946. Reports of Board.
947. Duties of Board—Employes—Expenditures.
948. Injuring Property.

SECTION

949. Injuring Animals, Etc. — Polluting Water.
950. Regulations and Rules.
951. What May Be Authorized by Board — Selling Popcorn, Etc.
952. When Parks Open to the Public.
953. Police.
954. Penalty.

**SEC. 942.  Parks, Etc., Continued Property of City.]**  That all the public parks and squares belonging to the City of Aurora or under its control and management be and the same are hereby continued as the property of the city and under its control and management for public park purposes and the health, recreation and enjoyment of its citizens and the public.

**SEC. 943.  Department Created.]**  There is hereby created an executive department of the city government to be known as the department of parks.  Said department shall consist of three commissioners and such employes as may from time to time be lawfully provided.

**SEC. 944.  Park Commissioners—Office—Term—Bond.]**  There is hereby created the office of park commissioner for three separate commissioners, each of whom shall be appointed by the mayor by and with the advice and consent of the city council at the same time and in the same manner as other city officers are appointed. The first commissioner shall hold his office from the first Monday in May, A. D. 1918 until the first Monday in May, A. D. 1919, the second Commissioner shall hold his office from the first Monday in May, A. D. 1918 until the first Monday in May, A. D. 1920 and the third commissioner shall hold his office from the first Monday of May, A. D. 1918, until the first Monday in May, A. D. 1921.  All subsequent appointments shall be for the term of three years and until the successor shall be appointed and qualified.  Each commis-

or belonging thereto, or to chase, hunt or frighten any such animal or to permit or aid the escape thereof or to scare away or drive away any such animal, whether wild or domestic in or about said places, or to throw stones, clubs, sticks or other missiles therein or at any such animals, nor shall any person obstruct, interfere with, pollute, or divert the water on said premises, or break or injure the ice formed thereon.

SEC. 950.  **Regulations and Rules.**]  It shall be unlawful for any person:

To dig into, open, tear up or injure any ground, pavement, cross-walk, grass plat or roadway or any part thereof.

To tear up, injure, destroy, disconnect or interfere with any water pipes, sewers, wiring or conduits.

To move any buildings upon or over any of said parks, squares or grounds.

To sell or give away any liquor on said premises or be or remain thereon while drunk or in an intoxicated condition.

To place, throw, deposit or cause to be thrown, placed or deposited any straw, chips, shells, ashes, swill, rubbish, refuse, dirt, stones or incumbrances of every kind upon said premises.

To cause, suffer or permit horses, cattle, swine, sheep, dogs, or other animals to run loose on said premises.

To lead, drive or ride any horses, cattle or other animals upon the grass plats or in or upon any other place except the roadways provided for that purpose on said premises, or to leave the same unattended, unhitched or not under control.

To race with horses, bicycles, automobiles or other vehicles in or on said premises, or ride or drive the same faster than six miles per hour.

To block, obstruct or encumber the drives or paths of said premises.

To ride or drive any bicycle, automobile, wagon, or other vehicle cross-wise, curving, or to and fro on any of said roadways or places where the same are permitted to run, or to ride, drive or propel more than two of said vehicles abreast, or to fail to observe the rule of the road of turning to the right in meeting and passing other vehicles, or to drive, ride or propel any such vehicle in a careless, reckless or negligent manner, or so as to injure persons or property.

To go on foot or with team or otherwise upon the grass, lawn or turf of said premises wherever signs and directions are placed to keep off the grass.

To carry or discharge firearms or to set off fire works of any kind on said premises.

To drive or lead on said premises any unbroken or unmanageable horses, or to train any horses or other animals therein.

To solicit patronage for any vehicle for hire in any of said parks, or to drive or take any job, freight or truck wagon in or upon the same, except such as are used in carrying on the work of said park.

To light, make or use any fire on said grounds, or to carry, take or display any flag, banner, target or transparency, or to fly any kite within or upon said grounds, or to carry on any amusement or games that will obstruct or tend to interfere with the passage of persons, teams or vehicles.

To use any threatening, abusive, insulting, indecent, obscene or profane language, or commit or be guilty of any drunkenness, obscene behaviour or any disorderly conduct, or to lie or sleep on the benches or in indecent positions or to follow or commit any indecent practices, or tell fortunes or play games of chance, or to parade, drill or perform any military or other evolutions, or to offer for sale, or sell any article or thing on said premises.

To enter or leave said parks and premises except by the walks, paths or drives.

To take part in or cause to be assembled crowds for unlawful purposes or in any riots or unlawful assemblies.

To do any thing or act that would cause said park and premises to be used or maintained for any other purpose than park purposes or that would interfere with or obstruct in any manner the use for such purposes.

**SEC. 951. What May Be Authorized by Board—Selling Popcorn, Etc.]** On any holiday and on occasions of band concerts or other gatherings of people in said parks and places, the board may authorize in writing the selling or giving away fruits, candies, refreshments, soft drinks, popcorn, nuts and other eatables; and the holding of parades, drills and other military evolutions, games and contests and other amusements that would contribute to the lawful enjoyment of the public. The board may permit the cutting of flowers and placing the same on the graves of the soldiers and

TAB 88

# REVISED ORDINANCES *etc.*

OF

## SALT LAKE CITY, UTAH

## 1920

———

REVISED, COMPILED AND ARRANGED

BY

### W. H. GREGORY *of the* UTAH BAR

UNDER THE DIRECTION OF

WILLIAM H. FOLLAND, CITY ATTORNEY, AND
HORACE H. SMITH, ASSISTANT CITY ATTORNEY

———

PUBLISHED BY AUTHORITY OF THE
BOARD OF COMMISSIONERS
OF SALT LAKE CITY,
UTAH, 1920

*Amendments of 1921.*



*Printing and Binding by*
ARROW PRESS
Salt Lake City

BRANCH OF
NEW YORK PUBLIC LIBRARY
MUNICIPAL REFERENCE LIBRARY

Appellate Case: 23-2166    Document: 010111010494    Date Filed: 03/05/2024    Page: 248

## CHAPTER XLII.

## PARKS AND PUBLIC PROPERTY.

**Section 1482. Superintendent of parks. Custodian of joint building.** There is hereby created the office of superintendent of parks and public property and the office of custodian of that part of the joint city and county building in Salt Lake City owned and controlled by said city, both of which officers and their departments and all employees therein shall be under the general supervision of the commissioner of parks and public property.

**Sec. 1483. Superintendent of parks, salary. Residence.** The board of commissioners may appoint a competent and experienced landscape gardener superintendent of parks and public property, at a salary not to exceed $2,200 per annum, payable monthly.

The superintendent of parks and public property may reside in the dwelling at Liberty Park rent free.

Section 601, C. L. U., 1917.

**Sec. 1484. Same, bond.** The superintendent of parks and public property, before he enters upon the duties of his office shall take and subscribe the constitutional oath of office, and execute a bond with good and sufficient sureties, to be approved by the board of commissioners, payable to Salt Lake City, in the penal sum of two thousand dollars, conditioned for the faithful performance of the duties of his office, and the payment of all moneys received by him as such officer, according to law and the ordinances of the city.

Sections 603 and 605, C. L. U., 1917.

**Sec. 1485. Assistant superintendent of parks. Supervisor of playgrounds. Other employees.** The board of commissioners may employ in the department of parks and public property one assistant superintendent of parks and public

Appellate Case: 23-2166    Document: 010111010494    Date Filed: 03/05/2024    Page: 249

property and one chief clerk at salaries not to exceed $1,620 per annum, such supervisors of playgrounds and other employees as may be necessary for the proper care, maintenance, improvement and beautification of the parks and public property of the city, at such salaries and for such periods of time as the board of commissioners may determine.

**Sec. 1486. Assistant superintendent of parks and public property. Duties.** It shall be the duty of the assistant superintendent of parks and public property to assist the superintendent of parks and public property in the supervision of the work, care, maintenance, improvement and beautification of the parks of Salt Lake City, not under the control, care, and supervision of some other officer, to act as florist at Liberty Park, and to do and perfom such other services as shall be required of him by the commissioner of parks and public property.

**Sec. 1487. Superintendent of parks, etc. Duties.** It shall be the duty of the superintendent of parks and public property to supervise the work of the care, maintenance, improvement and beautifying of all parks and public property in Salt Lake City, not under the control, care and supervision of some other department of the city.

**Sec. 1488. Assistant superintendent of parks. Duties. Employees.** The board of commissioners may employ the following officers, clerks and employees in the department of parks and public property, at salaries not to exceed the following, to wit:

One assistant superintendent of parks and public property, at a slary of not to exceed $1,800 per annum.

It shall be the duty of the assistant superintendent of parks and public property to assist the superintendent of parks and public property in the supervision of the work, care, maintenance, improvement and beautifying of the parks in Salt Lake City not under the control, care and supervision

of some other officer; to act as florist at Liberty park; and to do and perform such other services as shall be required of him by the commissioner of parks and public property.

One chief clerk at not to exceed $1,620 per annum.

Such supervisors of play grounds and at such salaries and for such terms as the board of commissioners may determine.

Such other employees and laborers as may be necessary; and to furnish and provide such equipment as may be necessary for the proper care, maintenance, improvement and beautification of the parks and public property of the city.

Section 601, C. L. U., 1917.

**Sec. 1489. Custodian of joint building. Salary.** The board of commissioners may appoint a competent and suitable person custodian of that part of the joint city and county building owned and controlled by said city at a salary of not to exceed $1,800 per annum, to be paid monthly.

The custodian of that part of the joint city and county building owned and controlled by Salt Lake City, shall, before he enters upon the duties of his office, take and subscribe the constitutional oath of office, and execute a bond with good and sufficient sureties, to be approved by the board of commissioners, payable to Salt Lake City, in the penal sum of $1,000, conditioned for the faithful performance of the duties of his office, and the payment of all moneys received by him as such officer, according to law and the ordinances of the city.

Sections 603 and 605, C. L. U., 1917.

**Sec. 1490. Duty of custodian.** It shall be the duty of the custodian of said building to supervise the work of the care and maintenance of that part of the joint city and county building in Salt Lake City owned and controlled by said city, and of the offices, apartments and rooms thereof.

Said custodian shall also act as custodian and supervise the work of the care and maintenance of the public safety building.

Section 601, C. L. U., 1917.

Appellate Case: 23-2166     Document: 010111010494     Date Filed: 03/05/2024     Page: 251

**Sec. 1491. Joint building. Janitors. Other employees.**
The board of commissioners may employ such janitors and
other employees in that part of the joint city and county
building owned and controlled by Salt Lake City as may be
necessary to the proper care and maintenance of said build-
ing; said employees to receive such wages as may be fixed
by the board of commissioners; and in connection with Salt
Lake county, employ one night watchman for the inside of
said building, one night watchman for the outside of said
building and grounds surrounding the same, one engineer, one
assistant engineer, and such firemen as said board and said
county may determine, and pay said employees such wages as
may be fixed by said board and said Salt Lake county.

Section 601, C. L. U., 1917.

**Sec. 1492. Public safety building. Engineers. Janitors,
etc.** The board of commissioners of Salt Lake City may
employ such engineers, firemen, stokers, janitors, and other
employees as may in the judgment of the board be necessary
for the proper care of the public safety building, at such
wages as may be fixed by said board.

Section 601, C. L. U., 1917.

**Sec. 1493. Warm Springs. Custodian. Other employees.**
The board of commissioners may employ the following
employees at the compensation named, to perform duties at
what is known as the Warm Springs sanitarium building,
owned by Salt Lake City, situated on the corner of Second
West and Seventh North streets, to wit:

One custodian at a compensation not to exceed $2,220 per
annum, payable monthly.

One assistant custodian, at a compensation not to exceed
$1,800 per annum, payable monthly.

One fireman and such other employees as in the judg-
ment of the board may be necessary for the proper care,
maintenance and conduct of said property and the building
thereon, at such wages as may be fixed by said board.

474                          . PARKS

That the persons named as custodians and assistant cus-
todian shall, before entering upon the discharge of their
duties, take the constitutional oath of office, and execute to
Salt Lake City a bond, with good and sufficient sureties, to
be approved by the board of commissioners, payable to Salt
Lake City, in the sum of $1,000, the conditions of said bond
being that they will faithfully perform the duties of their
office as prescribed by the board of commissioners and the
commissioner of parks and public property, and observe and
obey all laws and ordinances of the city, and pay to the city
treasurer all moneys received by them as such custodian and
assistant custodian, according to law and the ordinances of
the city.

Sec. 601, C. L. U., 1917.

**Sec. 1494. Offenses in parks and play grounds.** It shall
be unlawful for any person to do or suffer or permit to be
done any of the acts hereinafter specified in any public park
or play ground in Salt Lake City, or in any place now, or
which may hereafter be set aside or used as a public park
or play ground, to wit:

1. To lead or let loose any cattle, horse, mule, goat,
sheep, swine, dogs or fowl of any kind.

2. To carry or discharge any firearms, firecrackers,
rockets, torpedoes, powder, or any other fireworks or ex-
plosive.

3. To cut, break, injure, deface or disturb any trees,
shrub, plant, rock, building, cage, pen, monument, fence,
bench, or other structure, apparatus or property; or to pluck,
pull up, cut, take or remove any shrub, bush, plant, flower,
or to mark, or write upon any building, monument, fence,
bench or other structure.

4. To cut or remove any wood, turf, grass, soil, rock,
sand or gravel.

5.  To distribute any hand-bills, or circulars, or to post, place or erect any bills, notice, paper, or advertising device or matter of any kind.

6.  To swim, bathe or wade in the waters of any fountain, pond, lake or stream not set aside for the purpose of swimming, bathing, or wading, or pollute the waters of any fountain, pond, lake or stream.

7.  To make or kindle a fire for any purpose.

8.  To camp or lodge therein.

9.  To ride, or drive any horse, or other animals, or to propel any vehicle, cycle, or automobile elsewhere than on the roads or drives provided for such purposes, and never on the footpaths.

10.  To engage in fighting or indulge in rioutous, boisterous, threatening, or indecent conduct, or to use any abusive, threatening, profane or indecent language.

11.  To sell or offer for sale, any merchandise, article or thing whatsoever, without the written consent of the commissioner of parks and public property, within any park or play ground or within a distance of 60 feet from the boundary line of any public park or play ground.

12.  To hitch or fasten any horse or other animal to any tree or any other place or structure not specially designated and provided for such purpose.

13.  To ride or drive any animal or vehicle at a rate of speed exceeding fifteen miles per hour.

14.  To ride or drive any horse or animal not well broken and under perfect control of the driver.

15.  To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, slot machine, wheels or other device, for money, chips, credit, cigars, candy, merchandise, or any other thing representative of value, or to maintain or exhibit any cards, dice, table,

Appellate Case: 23-2166    Document: 010111010494    Date Filed: 03/05/2024    Page: 254

wheel, machine or other instrument or device for betting, gambling or gaming.

16.  To practice, carry on, conduct or solicit for any trade, occupation, business or profession, without the written permission of the commissioner of parks and public property.

17.  To play or engage in any game, excepting at such place as shall be specially set apart for that purpose.

18.  To drive or have any dray, truck, wagon, cart, perambulator or other traffic vehicle, carrying or regularly used or employed in carrying goods, merchandise, lumber, machinery, oil, manure, dirt, sand, or soil, or any article of trade or commerce, or any offensive article or material whatsoever upon any road or drive, except such as may be specially provided or designated for such use.

19.  To throw or deposit any bottles, tin or tin cans, broken glass, nails, tacks, crockery, wire, paper, clothes, scrap or sheet iron, boxes, boards, lumber or stone, or any rubbish or garbage.

20.  To conduct or carry on any celebration, parade, service, speech-making or exercise, without first obtaining permission from the commissioner of parks and public property; or to take part in any celebration, parade, speech-making or exercise held or conducted contrary to the provisions hereof.

21.  To suffer or permit any dog to enter or remain in a public park or play ground, unless it be led by a leash of suitable strength, not more than six feet in length.

22.  For any male person over eight years of age to enter or use any water closet designated for women in a public park or play ground.

23.  To hunt or fish at any park or public grounds.

24.  To annoy, injure, release from confinement, or in any manner interfere with any swan, duck, goose, bird or animal, the property of the city.

TAB 89

# REVISED

# ORDINANCES

## OF 1921

––––––

# CITY OF BURLINGTON

# VERMONT

––––––

BURLINGTON
FREE PRESS PRINTING COMPANY
1921

# RULES AND REGULATIONS FOR THE USE OF PARKS AND CEMETERIES

## PARKS.

I.  No domestic animals, except dogs, shall be permitted to enter or go at large in any of said parks, either with or without a keeper.  Dogs must be held in lease by their owners, otherwise they may be killed by any park-keeper, special constable or policeman.

2.  No person shall pick any flowers, fruit or foliage, or cut, break, dig up, or in any way mutilate or injure any tree, shrub, plant, grass, turf, railing, seat, fence, structure, or anything in any of said parks, or cut, carve, point, mark or paste on any tree, stone, fence, wall, building, monument or other object therein, any bill, advertisement or inscription whatsoever.

3.  No person shall carry or have any firearms on any of said parks, and no firearms shall be discharged from or into the same.  No stone or other missile shall be thrown or rolled from, into, within, or upon any of said parks, except in such places as the commission may designate as a ball-field, in playing games in which a ball is used.

4.  No person shall ride or drive on any road within any of said parks at a faster gait than fifteen miles per hour, and this shall apply to the use of cycles.

5.  No threatening, abusive, boisterous, insulting or indecent language or gesture shall be used on any of said parks.  Nor shall any oration, harangue, or any other public demonstration be made, unless by special authority of said commission.

6.  No person shall expose any article or thing for sale on any of said parks, unless licensed therefor by said commission.

7.  No person shall bath naked, or otherwise, in any waters, in or adjacent to any of said parks, or be naked within any of said parks, except in such places and subject to such regulations as the commission may, from time to time, especially designate by a public notice set up for that purpose within the park.

8.  No person, except by authority of said commission, shall light, kindle or use any fire on any of said parks.

9.  No person shall ride or drive upon the grass, turf or lawns of said parks.

10.  No person shall disturb or injure any bird, bird's nest, or eggs, or any squirrel or other animal within any of said parks.

11.  No person shall discharge or set off, on or within any of said parks any firecrackers, torpedoes, rockets, or other fireworks, except by license from the commission.

2                          ORDINANCES.

12.   No person shall dig up or remove any dirt, stones, rock, or other thing whatever, make any excavation, quarry any stone or lay or set off any blast, or cause or assist in doing any of such things, within any of said parks, without the special order or license of said commission.

13.   No bottles, broken glass, ashes, waste-paper, or other rubbish shall be left in any of said parks, except at such place or places as may be specially designated by the commission.

14.   No horse shall be hitched to any shrub or tree in any of said parks.

15.   No automobile or other motor vehicle shall be taken into or driven upon any public park except upon such drives and subject to such regulations as the commission may from time to time especially designate by public notice set up for that purpose within the park.

16.   No person or corporation shall trim, break, dig up or in any way mutilate a street tree without the permission and under the supervision of the commission.

17.   No person shall plant or cause to be planted or assist in planting in any of the city streets any variety of poplar, cottonwood or willow tree.

18.   Any person violating either the first, second, fourth, fifth, sixth, seventh, ninth, eleventh, twelfth, thirteenth, fourteenth or seventeenth of the foregoing rules and regulations, shall forfeit and pay to the commission, for each offense, a penalty of ten dollars.   Any person violating any other of said rules and regulations shall forfeit and pay to the commission, for each offense, a penalty of twenty dollars.   Said penalties shall be enforceable by process of arrest against the body of the delinquent and may be sued for on complaint made by the city attorney to the Burlington city court.

---

## CEMETERIES.

### GENERAL PROVISIONS.

1.   Lake View Cemetery will be open from 7.00 o'clock a. m., until sunset, and Green Mount and Elmwood Cemeteries from 7.00 a. m., until sunset during the season.   All persons must leave the grounds before the gates are closed.

2.   No trucks or heavy wagons will be allowed inside the grounds except by special permission from the superintendent, unless bringing material for work to be done in the cemetery.

3.   No fast driving will be allowed in the grounds.

4.   Bicycles, motor cycles or automobiles are allowed within the grounds only by permission from the superintendent.

TAB 90

# DIGEST OF THE

# CHARTER AND ORDINANCES

### OF THE

## CITY OF CHATTANOOGA

IN FORCE ON JANUARY 1st, 1922.

———

ALSO CONTAINING STATE LAWS INCORPORATING AND
RELATING TO SAID CITY, FRANCHISES GRANTED
BY SAID CITY AND A DIGEST OF THE BONDED
INDEBTEDNESS THEREOF.

———

COMPILED BY

**FRANK S. CARDEN, City Attorney,**

and

**RUTH DURANT EVANS, Member of the Chattanooga Bar.**

1922

LONG-JOHNSON PRINTING COMPANY
Jackson, Tennessee

## CHAPTER 2.

## PUBLIC GROUNDS.

Article    I.  General Regulations for Public Parks.
          II.  Citizens' Cemetery Park.
         III.  Trees on Streets of City.

---

## ARTICLE I.

## GENERAL REGULATIONS OF PUBLIC PARKS.

**Section 509.    Unlawful to drive any animal or vehicle in parks except along driveways, &c.  Unlawful to drive certain vehicles along driveways.**—It shall be unlawful for any person to drive or propel any vehicle, or drive any horse or other animal in, or over or through any park, except along and upon park drives, parkways and park boulevards, or to drive or propel along or over any park drive, parkway or park boulevard, any heavily laden vehicle or any vehicle carrying or ordinarily used in carrying merchandise, goods, tools, material or rubbish, or any market wagon, farm wagon, milk wagon, dirt cart, moving van, dray or truck, or any hearse, or any vehicle carrying the body of a deceased person, or any carriage or other vehicle being a part of a funeral procession, going to or returning from a cemetery. (Ordinance No. 1377, Sec. 1, Book A-1, Page 54).

**Section 510.    Speed of vehicles on driveway.**—It shall be unlawful for any person to drive or propel over or along any park drive, parkway or park or playground, any vehicle, or to ride or drive any horse or other animals, or any bicycle, tricycle or automobile, at a careless, indifferent or reckless speed. (Ordinance No. 1377, Sec. 2, Book A-1, Page 54).

**Section 511.    Unlawful to drive stock through park or allow trespass of stock.**—It shall be unlawful to lead a horse or other animal, or drive stock of any kind through or upon park property or to permit stock of any kind to trespass upon or damage park property or grounds, and the owners of such stock thus trespassing are hereby made amenable to the penalties under this ordinance. (Ordinance No. 1377, Sec. 3, Book A-1, Page 54).

**Section 512.    Unlawful to erect billboards, &c.**—It shall be unlawful for any person to place or erect any structure, sign, bulletin board, or advertising device of any kind whatever in any park, or to attach any notice, bill, poster, sign, wire, rod or cord to any tree, shrub, fence, railing, post or structure belonging to any park; PROVIDED, that the Park Commissioner may permit the erection of temporary decorations on occasions of public celebrations or holidays. (Ordinance No. 1377, Sec. 4, Book A-1, Page 54).

**Section 513.    Unlawful to injure &c. any tree &c.**—It shall be unlawful for any person to remove, destroy, mutilate or deface any structure, monument, statue, vase, fountain, wall, fence, vehicle, bench, tree, shrub, fern, plant, flower or other property in any park. (Ordinance No. 1377, Sec. 5, Book A-1, Page 54).

**Section 514. Unlawful to stand, &c. on any flower-bed, monument, fence, &c.**—It shall be unlawful for any person to walk, stand or sit on any border, flower bed, monument, vase, fountain, railing or fence in any park, or enter or leave a park by climbing over or forcing a way through any fence or gates in any park. (Ordinance No. 1377, Sec. 6, Book A-1, Page 54).

**Section 515. Unlawful to allow dog or other animal to run at large.**—It shall be unlawful for any person to allow or permit any dog or other animal to run at large in any park, or enter any of the lakes, ponds, fountains, or streams therein. (Ordinance No. 1377, Sec. 7, Book A-1, Page 54).

**Section 516. Offenses against public safety, good morals and the public peace, unlawful. Unlawful to sell or advertise any article, &c.**—It shall be unlawful to discharge or carry firearms, firecrackers, torpedoes, or fireworks, but this prohibition shall not apply to the display of fireworks under municipal authority, to make any fire, to have any intoxicating beverage; to sell, offer, or expose for sale any goods, or wares, except under a written license from the Park Commissioner; to post or display any sign, placard, flag, or advertising device without such license; to solicit any subscription or contribution; to play any game of chance, or to have possession of any instrument of gambling; to make any oration, harangue, or loud outcry; to utter profane, threatening, abusive, or indecent language, or to do any obscene or indecent act; to bathe or fish; to solicit the acquaintance of, or follow, or otherwise annoy any other visitor. (Ordinance No. 1377, Sec. 8, Book A-1, Page 54).

**Section 517. Unlawful to hold public meetings, &c. without consent of the Department of Public Utilities, Grounds and Buildings.**—It shall be unlawful for any person to hold any public meeting or gathering, or make any public speech in any park, except upon arrangements being made therefor with the Department of Public Utilities, Grounds and Buildings. (Ordinance No. 1377, Sec. 9, Book A-1, Page 54).

**Section 518. Unlawful to hitch horse to tree &c. or allow horse unhitched.**—It shall be unlawful for any person to hitch any horse or other animal to any trees, shrubs, fence, railing or other structure, except such as are provided for that purpose, or to allow any horse or other animal to remain unhitched beyond the reach of the driver or attendant, in any park. (Ordinance No. 1377, Sec. 10, Book A-1, Page 54).

**Section 519. Intoxicated person not to enter parks.**—It shall be unlawful for any intoxicated person to enter or remain within any park. (Ordinance No. 1377, Sec. 11, Book A-1, Page 54).

**Section 520. Unlawful to ride bicycles &c. except along driveways &c.**—It shall be unlawful for any person to ride any bicycle, tricycle or autocycle through any park, except along and upon the park drives, parkways, park boulevards and upon paths set apart and designated as ''Bicycle paths.'' (Ordinance No. 1377, Sec. 12, Book A-1, Page 54).

**Section 521. Unlawful to play baseball, &c. except at places designated.**—It shall be unlawful for any person to play at any game of baseball, football, golf, cricket, lacrosse, polo, hockey, or other game of like character in any park, except at the place or places set apart and designated as grounds for such games and athletic sports, and then only upon such terms as the Commissioner of Public Utilities, Grounds and Buildings may designate. (Ordinance No. 1377, Sec. 13, Book A-1, Page 54).

**Section 522.  Unlawful to void excrement or urine except at places provided.**—It shall be unlawful to void excrement or urine within the limits of any park or playground excepting in such place or apartment as is or shall be specially provided for such purpose; or to use or enter any apartment established for persons of opposite sex exclusively. (Ordinance No. 1377, Sec. 14, Book A-1, Page 54).

**Section 523.  Unlawful to sleep or lie upon any seat, &c.**—It shall be unlawful to sleep upon, or lie upon or overturn any seat or swing or other appliance of any park or playground. (Ordinance No. 1377, Sec. 15, Book A-1, Page 54).

**Section 524.  Unlawful to molest any bird, &c.**—It shall be unlawful to take or molest any bird, fish or frog or any live animal or bird egg, or in any way interfere with bird nests, or with any cage, box, place, or enclosure for the protection of any bird, fish or any live animal. (Ordinance No. 1377, Sec. 16, Book A-1, Page 55).

**Section 525.  Unlawful for men to occupy any location set apart for women and children.**—It shall be unlawful for men to occupy any seat or location designated or set apart for women or children. (Ordinance No. 1377, Sec. 17, Book A-1, Page 55).

**Section 526.  Unlawful to destroy, &c. Notices &c. of the Commissioner of Public Utilities, Grounds and Buildings.**—It shall be unlawful to deface, or tear down any rules, regulations or notices established by the Commissioner of Public Utilities, Grounds and Buildings.  (Ordinance No. 1377, Sec. 18, Book A-1, Page 55).

**Section 527.  Misdemeanor to violate foregoing sections.**—Any person who shall violate or fail to comply with any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof before the City Judge shall be punished by a fine of not less than two nor more than fifty dollars. (Ordinance No. 1377, Sec. 19, Book A-1, Page 55).

**Section 528.  Jurisdiction of Commissioner of Public Utilities, Grounds and Buildings over parks, &c.**—The Commissioner of Public Utilities, Grounds and Buildings shall have charge and general supervision over all squares, parks and zoological exhibits belonging to the City of Chattanooga. (Ordinance No. 1103, Sec. 5, Book E, Page 403).

## ARTICLE II.

## CITIZENS' CEMETERY PARK.

**Section 529.  Making Citizens' Cemetery a public park under name of "Citizens' Cemetery Park."**—The plot of ground within the corporate limits of the city, now known as the Citizens' Cemetery, is hereby given the status of a public park under the name of Citizens' Cemetery Park, and placed under the Department of Public Utilities, Grounds and Buildings. (Ordinance No. 1422, Sec. 1, Book A-1, Page 130).

**Section 530.  Commissioner of Public Utilities, Grounds and Buildings to govern same.**—The Commissioner of said Department is authorized to make all proper rules and regulations governing the care and use of said park.  And he is authorized, through his subordinates or otherwise, to see that all such

TAB 91

# THE CHICAGO
# MUNICIPAL CODE
## OF 1922

CONTAINING THE GENERAL ORDINANCES OF THE CITY IN
FORCE NOVEMBER 22, 1922, AND REPEALING FORMER
GENERAL ORDINANCES WITH CERTAIN
EXCEPTIONS

PASSED NOVEMBER 22, 1922.

PUBLISHED BY AUTHORITY OF THE CITY COUNCIL IN BOOK FORM
DECEMBER 21, 1922.

REVISED AND CODIFIED BY

## SAMUEL A. ETTELSON

CORPORATION COUNSEL

ASSISTED BY

LEON HORNSTEIN, FRANK W. DERBY AND RUTH C. NELSON

ASSISTANT CORPORATION COUNSEL

1922
### T. H. FLOOD & CO.
CHICAGO

# CHAPTER LVII.

## PARKS, PLAYGROUNDS, BATHING BEACHES AND STREET TREE PLANTING.

### ARTICLE I.

#### BUREAU OF PARKS, PLAYGROUNDS AND BATHING BEACHES.

**2864. Bureau established.]** There is hereby established the bureau of parks, playgrounds and bathing beaches, which shall be under the jurisdiction and control of the commissioner of public works, and shall embrace such employes as the city council may provide.

**2865. Secretary, bureau of parks, playgrounds and bathing beaches —duties.]** There is hereby created the office of secretary of the bureau of parks, playgrounds and bathing beaches, who shall be under the immediate jurisdiction and control of the commissioner of public works, and shall have the management and control of all city parks, public squares, triangles and other open spaces at street intersections, city playgrounds, bathing beaches and swimming pools; all trees, plants and shrubs planted and to be planted in the streets and public highways of the city of Chicago, and the municipal nursery, including their construction, operation and maintenance.

**2866. Jurisdiction and superintendence.]** The secretary of the bureau of parks, playgrounds and bathing beaches, under the direction of the commissioner of public works, shall have jurisdiction over all city parks, public squares, triangles, municipal playground, municipal bathing beaches and swimming pools, and street parkways, including the following:

#### PARKS, SQUARES AND TRIANGLES

| NAME | ACRES | LOCATION |
|---|---|---|
| Adams park | 2 | 75th place, 76th street, Dobson avenue. |
| Aldine square | 1.5 | Vincennes avenue, 37th place and alley north of 38th street. |
| Arcade park | .9 | 111th place, 112th street, Forrestville avenue and Watt avenue. |
| Auburn park | 6 | Bounded by Lagoon avenue, Stewart avenue, Winneconne avenue and Normal avenue. |
| Austin park | 4.5 | Waller avenue, C. & N. W. R'y, Austin avenue and Lake street. |
| Avers avenue parkway | | From west Addison street to Avondale avenue. |
| Arbor rest | .33 | North State street, Rush street, Bellevue place. |
| Archer point | .15 | Archer avenue, 20th street, Dearborn street. |
| Amy L. Barnard park | 1.25 | North side 105th street, between Longwood boulevard and Walden parkway. |
| Bickerdike square | 1 | Ohio street, Bickerdike street, Ashland place, Armour street. |
| Blackstone point | .2 | Lake Park avenue, Blackstone avenue, 49th street. |
| Buena circle | .5 | Buena avenue and Kenmore avenue. |
| Belden triangle | .2 | North Clark street, Sedgwick street, Belden avenue. |
| Calumet parkway | 1.50 | Calumet avenue, 63-61st street. |
| Chamberlin triangle | .27 | Greenwood avenue, Lake Park avenue, 43rd. |
| Clark park | .6 | Southwest corner Kedvale and Hirsch streets. |
| Columbus circle | .5 | South Chicago avenue, Exchange avenue. 92nd street. |
| Colorado point | .25 | Colorado avenue, Monroe street, Francisco avenue. |
| Crescent park | 8 | Crescent road, Prescott avenue, Ormonde avenue and Grassmere road. |
| Dickinson park | 1.5 | North Lavergne avenue, Dickinson avenue, Belle Plaine avenue. |
| Dauphin park | 5.12 | 87th street, I. C. R. R., 91st street and Dauphin |
| DeKalb square | .75 | Lexington street, Hoyne avenue, Flournoy street, DeKalb street. |
| Diversey parkway | 1.50 | Diversey avenue and Seminary avenue. |
| Eldred grove | 1 | Norwood Park avenue and C. & N. W. R'y from Argylet? Ainslie street. |
| Ellis park | 4 | 36th street, 37th street, Langley avenue, Elmwood court. |
| Eighty-seventh street parkway | 5 | In 87th street from C. R. I. & P. R'y to Eggleston avenue. |
| Eugenie triangle | .2 | Eugenie street, N. Clark street, LaSalle avenue. |
| Fernwood park | 8 | 103rd street, 95th street, Stewart avenue, Eggleston avenue |

808                    GENERAL ORDINANCES

| NAME | ACRES | LOCATION |
|---|---|---|
| Gage farm | 160 | Bounded by 22nd street on the north and 26th street on the south. The east section line is 1,400 feet west of Oak Park avenue, extending west 4,000 feet. (Outside city limits.) |
| Graceland triangle | .2 | Malden avenue and Montrose boulevard. |
| Gross park | .5 | On Otto street, between east Ravenswood and Paulina street. |
| Green Bay triangle | .2 | Chestnut street, Rush street, Cass street. |
| Harding avenue parkway | 3 | In Harding avenue, between Addison street and Byron avenue. |
| Holden park | 4 | Lake street, Ferdinand street, Central avenue, Parkside avenue. |
| Higgins road triangle | | Higgins road and Milwaukee avenue. |
| Irving park | .35 | C. & N. W. R'y, Irving Park boulevard, near 42nd avenue. |
| Kedzie park | 3 | Kedzie avenue, between Palmer place and North avenues. |
| Kinzie parkway | 1.25 | Kinzie street, between Laramie avenue and Long avenue. |
| Lawrence avenue triangles (4) | .8 | On Lawrence avenue, between Clark and Broadway ave nue. |
| Linden park | .9 | Avondale avenue, C. & N. W. R'y, from School street to Belmont avenue. |
| Lyle park | .9 | Wallace street and C. & W. I. R. R., 75th to 79th streets. |
| Maplewood triangle | .2 | Schubert and Maplewood avenues and C. & N. W. R'y. |
| Merrick park | 6 | Pine avenue, Long avenue, Ferdinand street and Kinzie street. |
| McKenna triangle | .3 | 38th street, Archer avenue, Campbell avenue. |
| Montrose point | .2 | Montrose avenue, Sheridan road, Broadway. |
| Mulberry point | .4 | Nickerson avenue, Nina street, Nicollet. |
| Myrtle grove | 1.5 | Neva avenue, Ninnewa avenue, Hood avenue. |
| Normal park | 2.5 | 67th street, 69th street, Lowe avenue, C. & W. I. R. R. |
| Norwood circle | 2.5 | Neva avenue, Peterson avenue, Circle avenue. |
| Oakland park | .75 | Lake Park avenue, 39th street, I. C. R. R. |
| Ogden arrow | .4 | North Clark street, Wells street, Ogden front. |
| Patterson park | .2 | Leavitt street, Boone street, DeKalb street. |
| Pullman park | .6 | 111th street, 111th place, Cottage Grove avenue and Forrestville avenue. |
| Ravenswood parkway | 1.75 | East Ravenswood avenue, between Lawrence and Berteau avenues. |
| Rice triangle | .2 | Western avenue and Grand avenue. |
| Rocky Ledge park | 3.25 | 79th street and Lake Michigan. |
| Roberts square | 5 | Winnemac avenue, north Laramie avenue, Argyle street, north Lockwood avenue. |
| Rutherford park | 4.33 | Palmer street, north Newland avenue, north Oak Park avenue, C. M. & St. P. R. R. |
| Sacramento avenue parking | .2 | 26th street, Sacramento avenue and House of Correction. |
| Salt creek park | 32.64 | Salt creek and C. B. & Q. R. R. at Brookfield. (Outside city limits.) |
| Schoenhofen place | .3 | Canal street, Canalport avenue, 18th street. |
| Stony Island parkway | 8 | Stony Island avenue, 69th to 79th streets. |
| Twenty-second street parkway | 3.5 | In 22nd street from 40th avenue to 46th avenue. |
| The Midway | 1.5 | Midway, between Waller avenue and Austin avenue. |
| The lily gardens | 2.4 | Lowe avenue, C. & W. I. R. R., 71st street, 73rd street. |
| The railway garden | 2.5 | Avondale avenue, Nettleton avenue, and Raven street, south of C. & N. W. R'y, also on Norwood Park avenue, north of C. & N. W. R'y. |
| Washington square | 3 | North Clark street, Walton place, north Dearborn street, Delaware place. |
| West End parkway | 1.4 | In West End avenue from Menard avenue to Austin avenue, north Waller avenue, Parkside avenue. |
| Winnemac park | 40 | Robey street, Foster avenue, Argyle street and Leavitt street. |
| Washington Heights park | .2 | Vincennes road and 104th street. |

## PLAYGROUNDS.

Name.                                       Location.

Adams...............................Seminary ave. near Center st.

Beutner................................33rd and La Salle sts.

Bosley................................31st and Bonfield sts.

Christopher..............................22nd and Robey sts.

Commercial club.....................Chicago ave and Lincoln st.

Hamlin.......................................16th st. and Hamlin ave.

McLaren...............................Polk and Laflin sts.

Northwestern ......................Larrabee and Alaska sts.

Orleans...........................Orleans st. and Institute pl.

Robey.................................Robey and Birch sts.

Sherwood.................................57th and Princeton ave.

Wm. Hale Thompson................North end of Clarendon beach

Wrightwood......................Wrightwood and Greenview aves.

## BATHING BEACHES.

Clarendon beach...............Lake Michigan, foot of Sunnyside ave.

Rainbow beach............................Lake Michigan and 76th st.

| Name. | Location. |
| --- | --- |
| Rocky Ledge beach..................... | Lake Michigan, foot of 79th st. |
| Rogers Park beach............... | Lake Michigan and Kenilworth ave. |

### SWIMMING POOLS.

| | |
| --- | --- |
| Beilfuss natatorium.......................... | 1725 N. Springfield ave. |
| Griffith natatorium......................... | 104th st. and Harvard ave. |
| Jackson natatorium............................ | 3506 W. Fillmore st. |
| Washington Heights pool................ | 104th st. and Vincennes ave. |

**2867. Police powers of officers of bureau.]** Such employes of the bureau of parks, playgrounds and bathing beaches as the commissioner of public works or the secretary of said bureau may designate shall have full police powers, and for that purpose shall be sworn in as special policemen by the superintendent of police, and furnished with suitable badges of authority, and shall also have full power to eject from any public park, playground or bathing beach any person who acts in a disorderly manner, or in a manner calculated to injure the property of the city within such public park, playground or bathing beach, or in a manner calculated to interfere with the full enjoyment of same by the public.

### ARTICLE II

#### REGULATIONS.

**2868. Entrance and egress.]** Wherever any park, public playground or bathing beach of the city is enclosed, no person shall enter or leave the same except by the gateways. No person shall climb or walk upon the walls or fences thereof. Any of the entrances to such parks, playgrounds or bathing beaches of the city may be closed at any time by the direction of the officer or employe in charge of same.

**2869. Animals prohibited.]** No person shall bring or lead any dog in any parkway or public playground unless it is held by a suitable cord or chain, not more than six feet long and is muzzled, and no person shall bring or lead any dog or other animal onto the premises of any bathing beach.

**2870. Firearms—missiles.]** All persons are forbidden to carry firearms or to throw stones or other missiles within any of the parks, public playgrounds or bathing beaches of the city, and all persons are forbidden to cut, break or in any way injure or deface trees, shrubs, plants, turf or any of the buildings, fences, bridges or other construction or property contained therein.

**2871. Peddling and hawking prohibited.]** No person shall expose any article or thing for sale within any such public park, playground or bathing beach, nor shall any hawking or peddling be allowed therein without permission so to do in writing from the commissioner of public works.

**2872. Indecent words—fortune telling.]** No threatening, abusive, insulting or indecent language shall be allowed in any part of such parks, public playgrounds or bathing beaches; nor shall any conduct be permitted whereby a breach of the peace may be occasioned; nor shall any person tell fortunes or play any game of chance at or with any table or instrument of gaming, nor shall any person commit any obscene or indecent act therein.

**2873. Bill posting prohibited.]** No person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within any such park, public playground or bathing beach belonging to the city, nor upon any of the gates or inclosures thereof.

**2874. Prohibited uses.]** No person shall play upon any musical instrument, nor shall any person take into, or carry or display in any park, public playground or bathing beach, any flag, banner, target or transparency, nor shall any military company parade, drill, or perform therein any military or other evolutions or movements, without a special permit from the commissioner of public works.

**2875. Bonfires.]** No person shall light, make or use any bonfire in any such park, public playground or bathing beach.

**2876. Grass.]** No person or persons shall be allowed to play ball or other games likely to injure the grass, lawn, turf or shrubbery in any of the city parks, except in such places as may be provided for that purpose.

**2877. Penalty.]** Any person who shall violate any of the provisions of this article shall be fined not less than five dollars nor more than one hundred dollars for each offense.

### ARTICLE III.

#### WARD PLAY GROUNDS.

**2878. Aldermen may provide.]** Each alderman, for and in the ward which he represents, may, without charge to the city, provide such playgrounds, parks, breathing spaces and places of amusement as he in his own judgment shall deem fit, and may fence them in, and provide all paraphernalia necessary; such playgrounds, parks, breathing spaces and places of amusement to be under the sole care and control of the alderman providing the same.

No entrance or admission fee shall be charged to such places so provided.

**2879. Skating rinks—free water.]** During the winter months the alderman providing such playgrounds or places of amusement may so change them as to make rinks for skating and kindred purposes, and to do so may use water taken from the city hydrants without charge.

**2880. Free electric lights.]** Whenever any public playground, park, breathing space or place of amusement shall be established in the city, in accordance with this article, the commissioner of gas and electricity is hereby authorized and directed to conduct electric light wires to such play ground, park, breathing space or place of amusement, and to erect and equip a sufficient number of lamps to light such grounds, and to supply enough electric current to keep such lights burning from sundown to eleven o'clock at night, or during such time as the alderman in charge thereof shall determine.

### ARTICLE IV.

#### TREES, PLANTS AND SHRUBS IN PUBLIC HIGHWAYS—CITY FORESTER.

**2881. Powers of the bureau of parks, play grounds and bathing beaches—duties of city forester.]** The bureau of parks, playgrounds and bathing beaches, under the direction of the commissioner of public works shall have full power and authority over all trees, plants and

TAB 92

# REVISED ORDINANCES

OF THE

## CITY OF ST. JOSEPH, MISSOURI

EMBRACING ALL GENERAL ORDINANCES IN FORCE AND
EFFECT JANUARY 1, 1925, TOGETHER WITH ALL
STATUTES OF THE STATE OF MISSOURI IN
EFFECT AT TIME OF COMPILATION
APPLICABLE TO SAID CITY



*Published by Authority of the City
of St. Joseph*

Compiled By
**ALVA F. LINDSAY**
UNDER SUPERVISION OF
**L. C. GABBERT, City Counselor**

## 1925

COMBE PRINTING CO., ST. JOSEPH, MO.

# REVISED ORDINANCES

## OF THE

## City of St. Joseph, Missouri



Sec. 1957. Same—letting contract, how.—It shall be the duty of said board of park commissioners before letting any contract, to advertise for proposals for the doing of the work according to the plans and specifications, which shall be kept on file in the offices of the board of park commissioners and the board of public works and be open at all times to public inspection. Such advertisement shall state the character and extent of the improvement contemplated and shall be inserted one time in the newspaper at the time doing the city printing not less than five days nor more than ten days prior to the day fixed for receiving bids.

Sec. 1958. Same—sealed bids.—All proposals for the doing of such work shall be sealed, directed to the said board, and accompanied by a certified check payable to the treasurer of the city in such sum as may be named by said board of park commissioners in the advertisement for bids and conditioned, that in case the contract for the improvement for which the bid is made shall be awarded to such person and such bidder fails to enter into the contract for doing said work within the time fixed, then the sum named in said check shall be forfeited to said city. All proposals shall be opened at the time and place mentioned in the advertisement. (G. O. 1824.)

## ARTICLE II

### PARKS

Sec. 1959. Description of parks.—The public parks or squares of the City of St. Joseph hereinafter described shall be called respectively as follows: Patee park, bounded on the north by Seneca street; south, by Penn street; east, by Tenth street, and west, by Ninth street. South St. Joseph park, bounded on the north by Duncan street, on the south by Doniphan avenue, on the east by Eeventh street, and on the west by Tenth street. Smith's park, bounded on the north by Jule street, on the east by Twelfth street, on the west by Eleventh street, and on the south by Francis street. (R. O. 1905, Sec. 925, P. 567.)

Sec. 1960. Krug park, acceptance of deed for.—The deed executed by Henry Krug and Louise Krug and William Krug on the twenty-sixth day of February, 1890, conveying to the City of St. Joseph the pleasure grounds, or park, known and called "Krug Park," be and the same is hereby accepted, subject to all conditions and limitations in said deed named. (R. O. 1905, Sec. 926, P. 567.)

Sec. 1961. Traffic in parks, etc.—No omnibus, wagon, cart, dray, truck or other vehicle for carrying goods, merchandise, manure or any other articles, except such as are engaged in repairing or constructing said parks, boulevards, streets, avenues or driveways shall be allowed to enter upon any boulevard, parkway, street, avenue or park under the control and management of the board of park commissioners of St. Joseph, Missouri; Provided, however, that wagons or other vehicles carrying goods, merchandise or other articles to or from any house or premises abutting upon any of such boulevards or parkways shall be permitted to enter thereon at the cross street nearest to said house or premises in the direction in which the same are moving, and deliver or receive such goods, merchandise or other articles, but shall not proceed thereon further than the nearest cross street thereafter; but this provision shall not apply to any of the driveways within the limits of the parks, and said boulevards, parkways, avenues, streets or park roads shall not be used by business vehicles for

420                          REVISED ORDINANCES

**Sec. 1976. Same—games, when.**—No person shall play any game whatsoever in or upon any of the parks, boulevards, avenues, streets, parkways or park roads under the control of the board of park commissioners; Provided, however, that ball, cricket, lawn tennis and other games of recreation may be played upon such portions of said parks as may be designated from time to time by the board of park commissioners, and under such rules and regulations as may be prescribed by said board. The grass plots or lawns of public parks and parkways shall not be used by any person as thoroughfares in crossing from one roadway, walk or street to another roadway, walk or street. But this section shall not be construed to interfere with the use of public parks or parkways as pleasure grounds by the people for the purpose of recreation under such reasonable rules and regulations as may be prescribed by the board of park commissioners.

**Sec. 1977. Same.**—No person shall engage in any sport upon any boulevard, avenue, street, parkway, park road or driveway under the control or supervision of the board of park commissioners which will be likely to frighten horses, injure passengers or embarrass the passage of vehicles thereon.

**Sec. 1978. Same—use of guns, etc.**—No person shall fire or discharge any gun or pistol, or carry firearms, or throw stones or other missles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of an explosive character within any park, boulevard, avenue, street, parkway or driveway of this city under the control or supervision of the board of park commissioners, except upon a permit first duly obtained or authority previously granted by said board and subject to such rules and regulations as said board may establish.

**Sec. 1979. Same—sale of goods, etc.**—No person shall expose any article or thing for sale, or do any hawking or peddling, or distributing handbills, or erect any sign board or post, or affix any notice or bill or other writing or printing on any tree, lamp post, hydrant, curbstone, sidewalk, coping, flagstone, fence, wall, building or other place in any park, boulevard, avenue, street, parkway, park road, driveway, or other public grounds under the control or supervision of the board of park commissioners of said city. Nor shall any person drive any animal or vehicle displaying an advertising placard of any kind; nor shall any person display any placard or advertisement of any kind upon or along any boulevard, avenue, street, parkway, park road, or in any park or other public grounds under the control and management of the board of park commissioners of said city.

**Sec. 1980. Same—injury to trees, etc.**—No person shall cut, break or in any way injure or deface any of the trees, shrubs, plants, turf, grass, lamp posts, fences, buildings or other constructions of property in or upon any park, boulevard, avenue, streets, parkways, park roads or other public grounds of said city under the control or supervision of the board of park commissioners.

**Sec. 1981. Same—riding bicycles, etc.**—All persons riding bicycles, tricycles or velocipedes in parks or upon parkways, boulevards or park roads shall be required to keep upon the paths specially provided for the same, or upon the roadway, and in no case shall be permitted to ride upon the sidewalks, foot-paths or upon the parking or grass.

**Sec. 1982. Same—vehicles permitted.**—No vehicles other than those used for pleasure driving or other than carts or other vehicles as may be employed by the board of park commissioners in the construction of or car-

TAB 93

# ANNALS OF FORT MACKINAC:

BY

## DWIGHT H. KELTON,

LIEUTENANT U.-S. ARMY.

CHICAGO:

FERGUS PRINTING COMPANY.

1882.


Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

F
5 74
.M2
K2 /

Entered according to Act of Congress, in the year 1882, by
D. H. KELTON,
In the office of the Librarian of Congress, at Washington.


Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

## NATIONAL PARK.—ISLAND OF MACKINAC.

ON March 11, 1873, Hon. T. W. Ferry, Senator from Michigan, introduced in the Senate, the following:

*Resolved*, That so much of the Island of Mackinac, lying in the Straits of Mackinac, within the County of Mackinac, in the State of Michigan, as is now held by the United States under military reservation or otherwise, (excepting the Fort Mackinac and so much of the present reservation thereof as bounds it to the south of the village of Mackinac, and to the west, north, and east respectively by lives drawn north and south, east and west, at a distance from the present fort flag-staff of four hundred yards,) hereby is reserved and withdrawn from settlement, occupancy, or sale under the laws of the United States, and dedicated and set apart as a National public park, or grounds, for health, comfort, and pleasure, for the benefit and enjoyment of the people; and all persons who shall locate or settle upon or occupy the same, or any part thereof, except as herein provided, shall be considered trespassers, and removed therefrom.

That said public park shall be under the exclusive control of the Secretary of War, whose duty it shall be, as soon as practicable, to make and publish such rules and regulations as he may deem necessary or proper for the care and management of the same. Such regulations shall provide for the preservation from injury or spoilation of all timber, mineral deposits, natural curiosities, or wonders within said park, and their retention in their natural condition. The Secretary may, in his discretion, grant leases, for building purposes, of small parcels of ground, at such places in said park as shall require the erection of buildings for the accommodation of visitors, for terms not exceeding ten years; all of the proceeds of said leases, and all other revenues derived from any source connected with said park, to be expended, under his direction, in the management of the same and in the construction of roads and bridle-paths therein. He shall provide against the wanton destruction of game or fish found within said park,

2

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN


22          ANNALS OF FORT MACKINAC.

supernatural, naming it "the island of giant fairies." To this day the Indian looks upon and treads the almost unbroken surface of Mackinac with much of the veneration which inspired his early fathers when they first saw and consecrated to the Great Spirit the favored island.

———————

The following are the approved Rules and Regulations for the Park at Mackinac:

I.   Mackinac Park will be under the immediate control and management of the commanding-officer of Fort Mackinac, who is charged with the duty of preserving order, protecting the public property therein, and enforcing these rules:

II.   All tenants renting under the Act of Congress providing therefor must conform to, and abide by, such rules and regulations as are prescribed for the care of the park, and will be held responsible for a compliance with the same on the part of the members of their families, their agents, and employés.

III.   The sale of wines and malt or spirituous liquors on the park, without special authority from the commanding-officer of Fort Mackinac, or higher military authority, is prohibited.

IV.   No person shall put cattle, swine, horses, or other animals on the park, except as follows:

The cows belonging to the residents of the Island of Mackinac may be placed in a herd, under the care of a herder, and be permitted to graze in such parts of the park as may be designated by the commanding-officer of Fort Mackinac.

V.   Racing or riding and driving at great speed is prohibited.

VI.   No person shall indulge in any threatening, abusive, insulting, or indecent language in the park.

VII.   No person shall commit any obscene or indecent act in the park.

VIII.   No frays, quarrels, or disorders of any kind will be permitted in the park.

IX.   No person shall carry or discharge fire-arms in the park.

X.   No person shall injure or deface the trees, shrubs, turf,

 Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

natural curiosities, or any of the buildings, fences, bridges, or other structures within the park.

XI. No person shall injure, deface, or destroy any notices, rules or regulations for the government of the park, posted, or in any other manner permanently fixed, by order or permission of the authorities of the park.

XII. No person shall wantonly destroy any game or fish within the park, nor capture nor destroy the same for any purposes of use or profit.

XIII. Any person who shall violate any of these Rules and Regulations shall be ejected from the park by military authority, and in case the person so offending shall have committed any offence in violation of any of the statutes of the United States or of the State of Michigan the offender shall be proceeded against before the United States or State courts, according to the laws providing for the same.

XIV. The commanding-officer of Fort Mackinac may, at any time, add to or modify these Rules, subject to the approval of the Secretary of War.

When the Park was surveyed, Lots were set apart for building purposes in the following places: on the bluff near "Robertson's Folly"; on the bluff on the N.-W. side of the island; and on the bluff extending from the old Indian burying-ground along by "Pontiac's Lookout." The latter are the most desirable in many respects.

The rent per annum ranges from ten to twenty-five dollars a lot, but as yet none have been taken.

Col. Gurdon S. Hubbard, of Chicago, who owns a tract of eighty acres adjacent to "Pontiac's Lookout," has platted his land so as to correspond with the Park Lots, Streets, etc. "Lover's Leap" and "Devil's Kitchen" are in this tract.


Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

TAB 94

Appellate Case: 23-2166    Document: 010111010494    Date Filed: 03/05/2024    Page: 282

# REPORT

OF THE

# SECRETARY OF THE INTERIOR;

BEING PART OF

# THE MESSAGE AND DOCUMENTS

COMMUNICATED TO THE

## TWO HOUSES OF CONGRESS

AT THE

BEGINNING OF THE THIRD SESSION OF THE FIFTY-THIRD CONGRESS.

IN FIVE VOLUMES.

80321

VOLUME III.

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1894.

# R·E P O R T

OF THE

## SUPERINTENDENT OF YELLOWSTONE NATIONAL PARK.

— — ———

DEPARTMENT OF THE INTERIOR,
OFFICE OF THE SUPERINTENDENT
YELLOWSTONE NATIONAL PARK,
*Mammoth Hot Springs, Wyo., August 13, 1894.*

SIR: Complying with your request of the 14th ultimo, I submit the following report of operations and events in the Yellowstone National Park during the past year:

The tourist season of last year was the most peculiar of any in the history of the Park. My last report bears date of the 27th of July. From that time on, until the end, the falling off that I then noted continued and increased. The regular travel only amounted to 3,076, as against 3,645 for the year previous. Camping parties and irregular outfits suffered more from the depression than did the regular stage and hotel business. This was doubtless due to two causes—the Columbian Exhibition and the financial condition of the country. There was never a season when the hotel registers showed such a cosmopolitan list of names. Nearly every country in the world was represented, and it was no unusual thing to find in the arrivals of a single day people from ten or twelve different foreign nations. Had it not been for this foreign contingent, business in the Park would have proved ruinous; I doubt if any of the companies having franchises here made any money, and it is probable that nearly all found the balance against them at the end of the season.

The travel during the month of June is mostly from the West. Extensive washouts on that part of the railroads, occasioned by the rapid melting of the very heavy snow of last winter, kept tourists out.

From June 26 until July 20 there were no trains running over the railroads, owing to the strikes; thus one-half of the season was passed with no profitable business. This is particularly to be regretted, as the hotel, stage, and boat companies were in better shape than ever before to care for tourists, and the Park was in many ways unusually attractive. There is now little prospect of a prosperous ending of the season, and 1894 will probably stand as the most disastrous to business interests of any in the history of the Park. People who had planned to make the tour at even later dates than this have become alarmed at the interference with travel and have abandoned their trip.

The road over the divide was opened on June 20, the same date as last year; but at the opening it was in much better condition than ever before at this period. With small expenditures for repairs the road will be one of the best, as it is one of the most interesting, in the whole circuit.

SEC. 6. That the marshal of the United States for the district of Wyoming may appoint one or more deputy marshals for said park, who shall reside in said park, and the said United States district and circuit courts shall hold one session of said .courts annually at the town of Sheridan in the State of Wyoming, and may also hold other sessions at any other place in said State of Wyoming or in said National Park at such dates as the said courts may order.

SEC. 7. That the commissioner provided for in this Act shall, in addition to the fees allowed by law to commissioners of the circuit courts of the United States, be paid an annual salary of one thousand dollars, payable quarterly, and the marshal of the United States and his deputies, and the attorney of the United States and his assistants in said district, shall be paid the same compensation and fees as are now provided by law for like services in said district.

SEC. 8. That all costs and expenses arising in cases under this Act, and properly chargeable to the United States, shall be certified, approved, and paid as like costs and expenses in the courts of the United States are certified, approved, and paid under the laws of the United States.

SEC. 9. That the Secretary of the Interior shall cause to be erected in the park a suitable building to be used as a jail, and also having in said building an office for the use of the commissioner, the cost of such building not to exceed five thousand dollars, to be paid out of any moneys in the Treasury not otherwise appropriated upon the certificate of the Secretary as a voucher therefor.

SEC. 10. That this Act shall not be construed to repeal existing laws conferring upon the Secretary of the Interior and the Secretary of War certain powers with reference to the protection, improvement, and control of the said Yellowstone National Park.

Approved, May 7, 1894.

---

### RULES AND REGULATIONS OF THE YELLOWSTONE NATIONAL PARK.

DEPARTMENT OF THE INTERIOR,
*Washington, D. C., August 1, 1894.*

The following rules and regulations for the government of the Yellowstone National Park are hereby established and made public pursuant to authority conferred by section 2475, Revised Statutes United States, and the act of Congress approved May 7, 1894:

1. It is forbidden to remove or injure the sediments or incrustations around the geysers, hot springs, or steam vents; or to deface the same by written inscription or otherwise; or to throw any substance into the springs or geyser vents; or to injure or disturb, in any manner, or to carry off any of the mineral deposits, specimens, natural curiosities, or wonders within the Park.

2. It is forbidden to ride or drive upon any of the geyser or hot spring formations or to turn loose stock to graze in their vicinity.

3. It is forbidden to cut or injure any growing timber. Camping parties will be allowed to use dead or fallen timber for fuel.

4. Fires shall be lighted only when necessary, and completely extinguished when not longer required. The utmost care should be exercised at all times to avoid setting fire to the timber and grass, and any one failing to comply therewith shall be peremptorily removed from the Park.

5. Hunting or killing, wounding, or capturing of any bird or wild animal, except dangerous animals, when necessary to prevent them from destroying life or inflicting an injury, is prohibited. The outfits, including guns, traps, teams, horses, or means of transportation used by persons engaged in hunting, killing, trapping, ensnaring, or capturing such birds or wild animals, or in possession of game killed in the Park under other circumstances than prescribed above, will be forfeited to the United States, except in cases where it is shown by satisfactory evidence that the outfit is not the property of the person or persons violating this regulation and the actual owner thereof was not a party to such violation. Firearms will only be permitted in the Park on written permission of the superintendent thereof. On arrival at the first station of the Park guard parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the Park.

6. Fishing with nets, seines, traps, or by use of drugs or explosives, or in any other way than with hook and line is prohibited. Fishing for purposes of merchandise or profit is forbidden by law. Fishing may be prohibited by order of the superintendent of the Park in any of the waters of the Park, or limited therein to any specified season of the year, until otherwise ordered by the Secretary of the Interior.

7. No person will be permitted to reside permanently or to engage in any business

in the Park without permission, in writing, from the Department of the Interior. The superintendent may grant authority to competent persons to act as guides and revoke the same in his discretion, and no pack trains shall be allowed in the Park unless in charge of a duly registered guide.

8. The herding or grazing of loose stock or cattle of any kind within the Park, as well as the driving of such stock or cattle over the roads of the Park, is strictly forbidden, except in such cases where authority therefor is granted by the Secretary of the Interior.

9. No drinking saloon or barroom will be permitted within the limits of the Park.

10. Private notices or advertisements shall not be posted or displayed within the Park, except such as may be necessary for the convenience and guidance of the public, upon buildings on leased ground.

11. Persons who render themselves obnoxious by disorderly conduct or bad behavior, or who violate any of the foregoing rules, will be summarily removed from the Park.

Any person who violates any of the foregoing regulations will be deemed guilty of a misdemeanor and be subjected to a fine, as provided by the act of Congress approved May 7, 1894, "To protect the birds and animals in Yellowstone National Park and to punish crimes in said Park, and for other purposes," of not more than $1,000 or imprisonment not exceeding two years, or both, and be adjudged to pay all costs of the proceedings.

HOKE SMITH,
*Secretary of the Interior.*

TAB 95

Appellate Case: 23-2166    Document: 010111010494    Date Filed: 03/05/2024    Page: 287

# REPORT

OF THE

# SECRETARY OF THE INTERIOR;

BEING PART OF

## THE MESSAGE AND DOCUMENTS

COMMUNICATED TO THE

## TWO HOUSES OF CONGRESS

AT THE

BEGINNING OF THE SECOND SESSION OF THE FIFTY-FIRST CONGRESS.

IN FIVE VOLUMES.

## VOLUME I.

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1890.

# ANNUAL REPORT

OF

# THE SECRETARY OF THE INTERIOR.

DEPARTMENT OF THE INTERIOR,
*Washington, D. C., November* 1, 1890.

SIR: This report will summarize the work of the Department of the Interior for the past year and exhibit to some degree the great responsibility devolving upon the Secretary, and the almost incessant labor required in supervising and directing the varied national affairs submitted, under you, to his control.

It has been a year of much executive achievement in all the bureaus of this Department.

From the public domain a new Territory has been formed and organized; former Territories have advanced to States; four, admitted to the Union last year, have obtained full representation in both houses of Congress; and two more, admitted this year, have elected their State officers and are about to choose their national representatives.    No small part of the satisfaction and good feeling of the people of the Sates of Washington, Montana, North Dakota, South Dakota, Idaho, and Wyoming, exhibited at their most recent elections, is known to be due to the liberal and just execution of the land laws, the pension laws, and the sympathetic interest of the officers of the General Government in the rights and welfare of the Western settlers.

As Territorial organizations have changed into permanent State governments, so " Oklahoma " has become a Territory by act of Congress approved May 7, 1890, and is shown by the census of 1890 to have over 56,000 inhabitants.

And again, while this Territory has been forming, great additions from the Indian reservations have been made to the public domain soon to be opened to settlement.    The various Indian commissions have made agreements, now awaiting Congressional action, with different tribes for many millions of acres.

This formative period is one of intense interest not only to our lawmakers and constitutional rulers but to our whole people as they view the present and prospective great increase of States over which the National Constitution continues to expand, and this period will hereafter, it is believed, be found to have been one during which the Republic's vitality and stability were very severely tested.    The line of States is

REPORT OF THE SECRETARY OF THE INTERIOR.    CLIX

*THE SEQUOIA FORESTS OF THE SIERRA NEVADA, THEIR LOCATION AND AREA.*

[Read before the California Academy of Sciences, September 1, 1890, by Frank J. Walker.]

In the Standard Guide Book to the Pacific Coast, of a late issue, we read this statement. "There are nine groves of big trees in California;" and in the descriptive sketch following this remarkable statement, we find three of the nine groves mentioned as lying south of King's River, vaguely described as the King's River Grove, the grove in the basin of the North Tule, and the grove in the basin of South Tule. There are in the localities named as containing three, no less than seven distinct groves and forests of big trees, while in the enumeration given there is no mention whatever by the author of the several groves and forests of Middle Tule, Kern or Kaweah rivers, nor of the most southern groves on Deer Creek ; in short, the omissions comprise some twenty distinct Sequoia groves and forests, aggregating an area of at least 25,000 acres. Few, indeed of the inhabitants of Tulare County, where most of the forests are found, have any conception of the wide extent of their Sequoia possessions ; probably not one person in five hundred knows of the existence even of big trees on the Kern River slope, and many would dispute the fact—a fact I have never seen referred to in print—and yet there are no less than 2,000 acres in that region, and some of it the most dense forest growth of Sequoia gigantea known to man. And so with other groves; many of them are to the general public practically unknown and unexplored.

The accompanying map is the first ever published with an approximate showing of the area, location, or existence even of what is by far the larger part of our Sequoia possessions.

With reference to this map, it is my purpose in this paper to briefly mention what may be termed the Forests of Sequoia, and the neighboring groves; and in making the distinction between forests and groves, it will be necessary to draw a somewhat arbitrary line; and for this purpose we will classify as forests all areas of 1,000 acres or upwards, and all below that as groves. According to this distinction we can safely assume that all forests of Sequoia gigantea are to be found to the south of King's River, and nearly all of them in Tulare County ; and with mere mention of the better known northern groves—the Calaveras, South Park, Tuolumne, Merced, Mariposa, Fresno and Washington—we will therefore confine our sketch to a description of this region only.

The first, going southward, and probably the largest compact body of all, is located on the south slope of the South Fork of King's River, in Fresno County. It is designated on your map as Converse Basin Forest. Its location may be given more exactly as in the northeastern part of Township 13 south, range 27 east, and the northwestern part of Township 13 south, range 28 east, Mount Diablo meridian, the larger part being in the latter township. (Please bear in mind that all townships and ranges hereafter given are south and east of Mount Diablo meridian.) The area of this tract is about 5,000 acres. These figures can at best be but an approximation. For most part the Sequoia country is so broken and the variation of density of growth so great, and the limits so vaguely defined, that an exact estimation is almost impossible ; besides, it is likely to be misleading, from the fact that it represents in some instances what may be called a heavy continuous growth, while in others it is more or less broken and scattering. In nearly all cases there is found mixed with the Sequoia a plentiful growth of other timber, principally yellow and sugar pine (*Pinus ponderosa* and *Pinus Lambertiana*), with a sprinkling here and there of fir, cedar, and other growths. However, I have aimed everywhere to keep my estimates of areas well within bounds.

This first forest, together with the one next in order, are owned by one of the leading lumber firms of California. And next Wednesday they celebrate at Sanger the completion of their 40-mile lumber flume, connecting their capacious mills in the mountains with the railroad on the plains. They propose to clean up everything as they go along, stripping the land bare and moving their mills and extending their flume from point to point as the timber supply becomes exhausted. It will probably take years for them to reach the Boulder Creek forest, in township 13, range 29, so named from the affluent of King's River, on whose slopes it is found. The area of this forest and neighboring groves can not be less than 1,500 acres, probably more. These two already mentioned lie together on the waters of King's River, in Fresno County, but the forest next to the south, the Fresno Big Tree forest, is on the divide between the waters of King's and Kaweah Rivers, partly in Fresno and partly in Tulare Counties. It lies in the contiguous corners of the four townships 13 and 14, ranges 27 and 28. Its original area can not be computed at less than 2,000 or 3,000 acres, but so much of it has been stripped that its limits are hard to determine.

Here have been the principal milling operations in sequoia for the past twenty years. Four sections of it, containing what is known as the "Fresno Big Trees," have already been reserved by the United States Government, it being the only reservation ever made in these southern forests for the purpose of saving the sequoia. This is the reservation recently confirmed by the Secretary of the Interior, containing the famous big tree known as the "General Grant," said to be 40 feet in diameter.

Passing on to the west side of township 14, range 28, we find along Redwood Creek a forest of some 3,000 acres. This most magnificent growth has also passed from the possession of the Government to private ownership. Farther south we next come to a forest on the North Fork of the Kaweah River, in the northwest portion of 15 to 29, and extending northward across the line into 14 to 29. There is here upwards of 1,500 acres of Big Tree forest still owned by the Government. The whole township is timbered and well worth preserving aside from the sequoia.

A few miles southward brings us to the Sequoia tract, known as the Giant forest, located in the contiguous corners of townships 15 and 16, ranges 29 and 30, where there is found an area of some 2,300 acres of sequoia. This, although still in the hands of the Government, is claimed by individual locators by reason of their locations having been made in good faith and filed previous to the withdrawal from entry of these townships, as explained hereafter. It is generally thought that they will substantiate their claims and acquire the land, and public sentiment seems to favor it. Passing to the Middle Fork of Kaweah River, we find several groves, some of which are still in the hands of the Government, but there exists on this branch no sequoia tract that could properly be called a forest.

Southward, on the east fork of the Kaweah River, we come to what is designated as the Mineral King forest, from a mining district of that name, comprising, with the detached groves, some 3,000 acres; the main body is in township 17, range 30, the township whose recent restoration to entry gave rise to the movement culminating in what is known as the Vandever Sequoia Park bill, recently passed in the Lower House of Congress. In December, 1885, Commissioner Sparks, of the General Land Office, withdrew from entry 18 certain townships, of which this was one. The reason for this suspension was the alleged fraudulent character of the surveys. We need not consider the condition of these surveys ; but from the character of the country it would seem that the subdivision lines of township 17, range 30, could be more readily run with a ruling pen than with chain and transit; and at that time the compensation for either system of survey was supposed to be the same. But one thing is certain, on many of the Government plats you will search in vain for any trace of sequoia growth, even where the alleged lines run through sections now known to be heavily timbered with the mountain redwood. It is to this fact largely, no doubt, that the very existence of certain sequoia forests has so long remained unknown to the public.

The fact that several of the suspended townships contained big trees had nothing whatever to do, so far as we know, with influencing the acts of the Commissioner. But Commissioner Sparks "builded better than he knew," and the ultimate outcome of his order of withdrawal has been to preserve in the Government's undisputed possession several forests of these big trees that would otherwise have gone the way of all the rest, into the hands of speculators and lumbermen. Thus the matter remained *in statu quo* till the opening of the present year, the friends of sequoia preservation resting easy in the fancied security of their position, inasmuch as the Department had expressly declared its policy not to restore to entry these lands in advance of an official examination.

At the opening of the present year parties interested in acquiring timber by some means secured the release of the suspension of township 17, range 30. It was restored to entry May 23, and in less than six weeks the entire Mineral King forest was filed on by timber-land claimants and the tract effectually cleaned up. While thus the greed for big-tree timber was developing the supply was growing short, and attention of timber prospectors was turned to other forests, and it was found that in the township to the south, township 18, range 30, there was a forest practically unexplored that offered the best field for their next work. The same measures that had proved so successful in opening up township 17, range 30, were forthwith set to work to secure this more valuable prize. At this juncture a few citizens of Tulare County took steps to thwart the attempted spoliation of the sequoia forests.

As the forest in township 18, range 30, was the one the timber men most wanted, the inference was reasonable that it was the best of all for the Government to keep. We need not detail the ways and means adopted, but the ultimate outcome of the opposition has been the Vandever bill, embracing in its proposed reservation two townships and four sections to be set apart as a national sequoia park. The reservation includes the forest marked on your map as the Sequoia Park forest, and also the larger part of the Homer Peak forest, somewhere from 3,000 to 5,000 acres. South of these, following the sequoia belt, in township 19, range 30, we come to the Dillon Mill forest, of over 1,000 acres, with but little remaining to the Government,

and from which thousands of sequoia fence posts are being hauled this season. And still farther southward, partly in the southest corner of the same township, and extending into the corners of three other townships, is the Tulare River forest.

Much "cutting and slashing" for a period of years, of which Professor Eisen told you at a late meeting, has here been going on; and during this time different mills have been drawing their supply of mountain redwood from this forest; still by far the larger part remains. Here exists a noted center of sequoia growth known as the "McFadyen 80" (acres), estimated by lumbermen to have on it timber sufficient for 8,000,000 feet of lumber. Only one mill is running this season. This, with the Pixley grove, we will estimate at 3,500 acres. About 6 miles directly south is the Putnam Mill forest, in townships 20 and 21, range 31, containing some 4,000 acres. A portion of this, that in township 20, range 31, is still owned by the Government, and is a very beautiful forest of over 1,000 acres.

In the northeast of this same township 21, range 31, and extending into the adjoining townships, is found the Fleitz forest, owned by a Michigan syndicate; while in the southeast portion of the same township and extending into township 22, range 31, are groves owned by the syndicate known as the "Kessing," the several tracts comprising an area of some 4,000 acres. Here again, in the southwest of township 22, range 31, the Government possesses a forest of somewhat uncertain value and extent, known as the Indian Reservation forest, and estimated at 1,500 acres. It is not generally known that there exists any sequoia on the Kern River slope, but there are on that side at least 1,500 or 2,000 acres in groves scattered along the slope from Freeman's Valley southward for some 15 miles. Only one of these tracts could be classed as a forest, that of Freeman Valley. Here is a tract of about 1,000 acres, a limited portion of which is probably the heaviest growth of *Sequoia gigantea* in the world. Unfortunately this also has passed into the hands of lumbermen.

One grove more remains to be mentioned, not because of its intrinsic merit, but because of its location, it being, so far as known, the southernmost limit of sequoia. It is that on Deer Creek, indicated on older maps as "Mammoth Grove." It contains less than 150 sequoias, scattered over an area of perhaps 300 acres.

This completes the list. The sequoia forests proper, therefore, extend over a belt of country beginning at Converse Basin, on the north, and ending with the Indian reservation forest, 60 miles to the south. The groves and forests together in this region are upwards of twenty in number, with an average distance between them of perhaps 3 or 4 miles.

Within this scope of country a moderate estimate of the sequoia would be, according to the foregoing figures and including a few unnamed groves, 37,500 acres, divided between the several river systems as follows:

|  | Acres. |
| --- | --- |
| King's River | 7,500 |
| Kaweah River | 14,000 |
| Tule River | 14,000 |
| Kern River | 1,700 |
| Deer Creek | 300 |
| Total | 37,500 |

It has been sufficiently shown that there are in the State several forests and groves of big trees still belonging to the Government, aside from those embraced in the Vandever bill. To insure the safety of these, and to put them beyond the designs of timbermen, and above all to protect them from devastating forest fires, it is exceedingly desirable that they be reserved and placed under expert supervision. We need no reminder that the greed of timber and cattle men will soon work havoc with what remains, unless something be done to stay the devastation; and if we would save a portion we must begin at once.

Concerning the utility of the region embraced in these limits as the best natural reservoir for the storage of waters needed for irrigation, we need not dwell. But for a moment let me touch on the suitability of the country for a park because of its charming natural attractions. You need hardly be reminded of this. The heart of the Sierra, culminating in Mount Whitney, affords grand scenery of peculiar charm and great variety. Here are three Yosemites rivaling their noted prototype in many features, with a little world of wonders clustering around the headwaters of Kern, Keweah, and King's Rivers. We will simply mention the Grand Cañon of the Kern, where for 20 miles the mad waters of the California Alps, are crowned with nameless and unnumbered domes and towers. Then only a few miles across the divide, extends the cañon of King's River, with its wealth of impressive scenery, and some 8 miles farther to the north lies the valley of Tehipitee, the gem of the Sierra, with its wonderous dome of rock rising in rounded majesty some 6,000 feet from the level of the river-cleft meadow at its feet. Yet a view of the most impressive and characteristic scenery

CLXII    REPORT OF THE SECRETARY OF THE INTERIOR.

of the region is to be earned by scaling one of the lofty peaks of the Keweah range At least 100 peaks here rise to altitudes exceeding 10,000 feet.

One can never forget the impression who has once looked out over the California Alps from the pinnacle of Miners' Peak. As I once before said in describing this scene, that "Here amid the companionship of peaks one beholds with speechless wonder the spectacle beyond. No satisfactory view of the Whitney Range can be found from the San Joaquin plains. The intervening Keweah Range veils the view of the higher peaks beyond. But here, standing on the crest of the Keweah Sierra, one looks across the Grand Cañon of the Kern, and the encircling wilderness of crags and peaks is beyond the power of pen to describe. Mounts Monache, Whitney, Williamson, Tyndall, Keweah, and a hundred nameless peaks—the crown of our country,—have pierced the mantle of green that clothes the cañons below and are piled into the very sky, jagged and bald and bleak and hoary, a wilderness of eternal desolation."

---

### RULES AND REGULATIONS OF THE SEQUOIA NATIONAL PARK.

DEPARTMENT OF THE INTERIOR,
*Washington, D. C., October 21, 1890.*

1. By act of Congress approved September 25, 1890, the tract of land in the State of California described as township 18 south and ranges 30 and 31 east, and also sections 31, 32, 33, and 34, in township 17 south and range 30 east, and by act of Congress approved October 1, 1890, the adjoining tract described as townships 15 and 16 south, ranges 29 and 30 east, and also township 17 south, range 30 east, except above mentioned sections 31, 32, 33, and 34, have been set apart for a public park, and the same shall be known as the "Sequoia National Park."

2. The park by said acts is placed under the exclusive control of the Secretary of the Interior, and these rules and regulations are made and published in pursuance of the duty imposed on him in regard thereto.

3. No persons other than transient visitors will be permitted to be within the Park without written authority from the Secretary of the Interior.

4. No person shall cut, break, remove, impair, or interfere with any trees, shrubs, plants, timber, minerals, mineral deposits, curiosities, wonders, or other objects of interest in the park; and all of the same shall be retained in their natural condition.

5. The wanton destruction of the fish and game from within the park and their capture or destruction for the purposes of merchandise or profit are forbidden by said acts; and no one shall carry into or have in the park any fire-arms, traps, nets, tackle, or appliances, or fish or hunt therein without a license in writing signed by the Secretary or superintendent of the park.

6. No one shall start or kindle, or allow to be started or kindled, any fire in grass, leaves, underbrush, débris, or dead timber, down or standing; and any one so offending will be held responsible pecuniarily for all damages that may result from such fire.

7. The sale or use of intoxicating liquors within the park is strictly forbidden.

8. The superintendent duly appointed by the Secretary is hereby authorized and directed to remove all trespassers from the park and enforce these rules and regulations and all the provisions of the acts of Congress aforesaid.

JOHN W. NOBLE,
*Secretary of the Interior.*

TAB 96

55TH CONGRESS, } HOUSE OF REPRESENTATIVES. { DOCUMENT
   2d Session.    }                                { No. 5.

# ANNUAL REPORTS

OF THE

# DEPARTMENT OF THE INTERIOR

FOR THE

## FISCAL YEAR ENDED JUNE 30, 1897.

REPORT OF THE
### SECRETARY OF THE INTERIOR.

REPORT OF THE
### COMMISSIONER OF THE GENERAL LAND OFFICE.

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1897.

# REPORT

OF THE

# SECRETARY OF THE INTERIOR.

DEPARTMENT OF THE INTERIOR,
*Washington, D. C., November 16, 1897.*

SIR: I have the honor to submit herewith the annual report of the Department of the Interior. It is impossible to treat satisfactorily, in a single volume, of the vast and varied interests of the great internal empire which is administered, under direction of the President, by the Department of the Interior. I must content myself, therefore, with a statement of such recommendations as the interests of the service require and a brief review of the business of the many bureaus of the Department, referring largely for details to the extended reports of the Commissioners of Patents, of the General Land Office, of Pensions, Indian Affairs, and Education, and of the Director of the Geological Survey and other executive officers of the various institutions which are, to a greater or less extent, under the supervision of this Department.

## APPROPRIATIONS.

At the organization of this Department under the act of March 3, 1849, there was then provided a clerical force aggregating about 493, for whom there was appropriated $183,468.26. Since that time Congress has further extended the jurisdiction of the Department by adding new duties, and the increase of business caused thereby, as well as the rapid growth of the country and of its affairs, has necessitated large accessions to the clerical force until there are now employed 14,519 persons under the supervision of the Secretary of the Interior, to whom are paid as salaries the sum of $8,776,555. The distribution of this enormous force of employees among the various bureaus and

III

Appended to the report is a copy of the latest map of the park, including the annexed timber reserve, showing roads completed, roads projected, roads under construction, roads available but not yet used by the Park Transportation Company, saddle trails, and old wagon trails that may be used as saddle trails, etc.

The claims of Mr. Baronett on account of a bridge built by him over the Yellowstone River, and those of Messrs. McCartney and McGuirk, respectively, for improvements made within the park prior to the act of dedication, are equitable and just, and payment of them should not be longer delayed. Recommendations have been made in the annual reports of my predecessors that Congress make proper appropriation for the adjustment of their claims; these recommendations are renewed, as in my judgment all proprietary rights within the park should be removed.

### YOSEMITE NATIONAL PARK.

This park is situated in Tuolumne, Mariposa, and Mono counties, Cal., and covers an area of about 1,512 square miles, being 36 miles wide and about 42 miles long.

Capt. Alexander Rodgers, Fourth Cavalry, U. S. Army, acting superintendent, reports that he left the Presidio of San Francisco on the 10th of May with Troop K, Fourth Cavalry, which had been designated to guard the park during the season. The troop reached camp near Wawona, Cal., May 22, 1897. The work of patrolling the park began on the 26th of May, and thereafter was steadily kept up. The guard at Crocker's, established last year, was renewed. It looks after firearms brought into the park, instructs campers as to park regulations, escorts cattle brought in on permits and belonging to holders of patented lands within the park, etc. All the firearms are taken from their owners at Wawona and Crocker's, the two principal entrances to the park, and patrols take all the firearms found in possession of tourists and campers who have entered the park by unguarded routes. The regular patrols have found that there is less trespassing in the park than in past years.

Very few signs of sheep have been found inside the park lines, and they were mainly in the eastern and southeastern parts of the park, which are accessible to persons crossing from the eastern side earlier than they are to the patrols. Sheep rarely penetrate more than half a mile inside the park lines, so careful has been the patrolling system. The northern part of the park, which was formerly overrun with sheep, is now clear. Cattle, which used to range over the whole western half of the park, are now restricted to the lands belonging to persons holding patented lands within the park, and owners of cattle are held to strict compliance with the rules and regulations promulgated by the Secretary of the Interior.

The game in the park has increased in numbers and the deer and other animals show less fear of human beings than they have in past

years; the result, no doubt, of the rigid enforcement of the rules against carrying firearms in the park. There is little or no hunting in the park during the time the troops are there, but many people come into the western part after the departure of the troops, and it is believed they kill considerable game, particularly deer. Indians from Nevada come into the reservation very late in the fall and kill deer in large quantities. They are among the worst offenders, and it is urged that steps be taken to prevent a recurrence of this conduct on their part.

Through the courtesy of the United States Fish Commission and of the California fish commission, many of the streams and lakes in the park have been stocked with trout, and the number of waters so stocked increases from year to year. During the past two years most of the work of the stocking has been performed by Lieut. Harry C. Benson, Fourth Cavalry, to whose judgment and energy the success of the work is largely due.

Forest fires have been unusually numerous this year. Owing to the prompt action and hard work of the noncommissioned officer in charge of the guard at Crocker's, a fire that threatened the Merced Big Tree Grove was put out before it could do any harm to these trees. The largest fire occurred near Hazel Green, and burned over a tract covering several square miles. Some large timber, much of fair size, and all the young growth were destroyed. A detachment of twenty men did much to prevent its spreading more. Many fires were reported soon enough to enable detachments to extinguish them before they had spread very far. These fires are generally due to the ignorance or willful carelessness of campers. There is good reason to suspect that some of the fires have been deliberately started by persons just outside the park line and brought in by the strong easterly winds that have been blowing for some time.

The need of a good map of the park has been greatly felt, but was largely overcome by the work of Lieutenant McClure, Fifth Cavalry, on duty in this park with Troops C and K, Fourth Cavalry, in 1894 and 1895. Lieutenant Benson took up this work in 1896, and the result of his two years' service in the park and of careful study of all authorities bearing upon it is shown in the excellent map that he has prepared. From the maps in the surveyor-general's office tracings have been made showing all patented lands inside the park. These tracings have been of great value this year, and will make comparatively easy the work of a new officer coming here. There is urgent necessity of a survey of the lines of the park, which ought to be carefully marked, so that there may be no possible mistake as to the boundaries.

There are in the park four principal roads; these are the road of the Yosemite Stage and Turnpike Company, from Wawona to the Yosemite Valley; the Big Oak Flat road, which enters the park about 3 miles west of Crocker's and runs into the Yosemite Valley at the foot of El Capitan; the Coulterville road, which crosses the park line about 3