UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

We the Patriots, Inc. et al.; Zachary Fort et al.; Randy Donk et al.,

  v.

Michelle Lujan Grisham et al.

Case No. 23-2166, 23-2167, 23-2185

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Brady Center to Prevent Gun Violence
_____
[Party or Parties][1]

_____

Amicus Curiae
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| Thomas M. Bondy | Douglas N. Letter |
|---|---|
| Name of Counsel | Name of Counsel |
| /s/ Thomas M. Bondy | /s/ Douglas N. Letter |
| Signature of Counsel | Signature of Counsel |
| 2100 Pennsylvania Ave,, NW, Washington, DC 20037, (202) 339-8400 | 840 First Street, NE Suite 400, Washington, DC 20002, (202) 370-8100 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| tbondy@orrick.com | dletter@bradyunited.org |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

    direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✔ There are no such parties/attorneys, or any such parties/attorneys have already been

    disclosed to the court.

March 8, 2024
_____
Date

/s/ Thomas M. Bondy
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance
    [date]

Form to:

_____

at_____,

the last known address/email address, by _____.
                                         [state method of service]

March 8, 2024
_____
Date

/s/ Thomas M. Bondy
_____
Signature

# ADDENDUM TO NOTICE OF APPEARANCE FOR BRADY CENTER TO PREVENT GUN VIOLENCE

Robert H. Owen
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
2121 Main Street
Wheeling, WV  26003
(304) 231-2830
rowen@orrick.com

*Additional Counsel for Amicus Curiae Brady Center to Prevent Gun Violence*