July 18, 2024

**VIA ECF**

Christopher M. Wolpert
Clerk of the Court
United States Court of Appeals for the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257-1823

Re:   *We the Patriots v. Lujan Grisham*, Nos. 23-2166, 23-2167, 23-2185

Dear Mr. Wolpert:

      Pursuant to F.R.A.P. 28(j), Defendants-Appellees write to notify the Court of the decisions in *United States v. Rahimi*, 144 S. Ct. 1889 (2024), and *Antonyuk v. James*, No. 23-910, 2024 WL 3259671 (U.S. July 2, 2024).

      *Rahimi* upheld the federal prohibition on firearms possession by individuals under domestic-violence restraining orders, explaining that it is consistent with "the principles that underpin our regulatory tradition." 144 S. Ct. at 1898. Its analysis confirms multiple aspects of Defendants' case, including (a) the critical importance of Reconstruction-era evidence to Second Amendment historical analysis, *see id.* at 1900 (relying on ten surety statutes passed between 1836 and 1868, by reference to *New York State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1, 56 & n.23 (2022)); *see also id.* at 1915-19 (Kavanaugh, J., concurring); *id.* at 1924 (Barrett, J., concurring) (both discussing post-ratification history as an important tool for understanding the scope of the right); (b) the error in reading *Bruen* to require a narrow and cramped historical analysis, *see, e.g., id.* at 1897-98, 1903; and (c) the very high bar applicable to facial challenges like Plaintiffs', *see id.* at 1898. Justice Thomas, the author of *Bruen*, was the sole dissenter in *Rahimi*.

      In *Antonyuk v. James*, the Court granted certiorari, vacated the judgment in *Antonyuk v. Chiumento*, 89 F.4th 271 (2d Cir. 2023), and remanded for further consideration in light of *Rahimi*. A GVR is not a decision on the merits, and because *Rahimi* does not cut against the Second Circuit's reasoning regarding parks or sensitive places, it can (and should) reach the same conclusion on those issues on remand. *See, e.g., Planned Parenthood S. Atl. v. Kerr*, 95 F.4th 152, 164-65 (4th Cir. 2024); *Perlman v. U.S. Dep't of Just.*, 380 F.3d 110, 111-12 (2d Cir. 2004). In the

meantime, Defendants-Appellees respectfully submit that the Second Circuit's reasoning remains persuasive.

      Defendants-Appellees would be happy to prepare a supplemental submission regarding *Rahimi* and *Antonyuk* if the Court wishes. *Cf.* Defendants-Appellants' Response and Reply Brief, *Springer v. Lujan Grisham*, Nos. 23-2192, 23-2194, Dkt. 010111081094 (10th Cir. July 17, 2024).

      Sincerely,

      /s/ Janet Carter
      Janet Carter
      *Counsel for Defendants-Appellees*
      *Governor Michelle Lujan Grisham et al.*

Cc:    All Counsel of Record