**FILED**
United States Court of Appeals
Tenth Circuit

**July 24, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| WE THE PATRIOTS, INC., et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> MICHELLE LUJAN GRISHAM, in her official capacity only, et al., <br><br> Defendants - Appellees. <br><br> -------------------------------------- <br><br> BRADY CENTER TO PREVENT GUN VIOLENCE, et al., <br><br> Amici Curiae. | No. 23-2166 <br> (D.C. No. 1:23-CV-00773-DHU-LF) <br> (D. N.M.) |

_____

| | |
|---|---|
| ZACHARY FORT, et al., <br><br> Plaintiffs - Appellants, <br><br> and <br><br> WE THE PATRIOTS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHELLE LUJAN GRISHAM, in her official capacity only, et al., <br><br> Defendants - Appellees. <br><br> ------------------------------- | No. 23-2167 <br> (D.C. No. 1:23-CV-00773-DHU-LF) <br> (D. N.M.) |

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE, et al., | |
| Amici Curiae. | |
| _____ | |
| RANDY DONK, et al., | |
| Plaintiffs - Appellants, | |
| and | |
| WE THE PATRIOTS, INC., et al., | |
| Plaintiffs, | |
| v. | No. 23-2185 |
| MICHELLE LUJAN GRISHAM, in her official capacity only, et al., | (D.C. No. 1:23-CV-00773-DHU-LF) (D. N.M.) |
| Defendants - Appellees. | |
| ------------------------------------ | |
| BRADY CENTER TO PREVENT GUN VIOLENCE, et al., | |
| Amici Curiae. | |

_____

**ORDER**
_____

This matter is before the court *sua sponte* to direct supplemental briefing regarding the following issues:

2

1. Given the preliminary injunction entered in *Springer v. Grisham*, No. 1:23-CV-00781, 2023 WL 8436312, at *10 (D.N.M. Dec. 5, 2023), are these appeals moot as to the ban on carrying firearms in parks?

2. Separately from the executive order(s) at issue in these appeals, do the City of Albuquerque and Bernalillo County restrict firearms in parks and/or playgrounds, and if so, how does that affect these appeals?

3. Is the governor's authority to regulate firearm carry through continuous, monthly executive orders (extending a public health emergency related to gun violence) an issue in these appeals?

The parties' simultaneous supplemental briefs shall be filed within 21 days of the date of this order. The briefs may be no longer than 12 pages in a 13- or 14-point font, and while they need not comply with the content requirements of Fed. R. App. P. 28(a), they should be organized in a manner that is helpful to the court. Hard copies need not be submitted.

Because these matters are scheduled for oral argument on September 25, 2024, requests for extensions of time are strongly discouraged. The parties should be prepared to discuss the aforementioned issues at oral argument.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk