UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

We the Patriots USA, Inc., et al.

v.

Michelle Lujan Grisham, et al.

Case No. 23-2166 (lead)
            23-2167 (consl.)
            23-2185 (consl.)

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Randy Donk, Gun Owners of America, Inc., Gun Owners Foundation
_____
[Party or Parties][1]

_____

Appellant
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Anthony R. Napolitano
_____     _____
Name of Counsel                                           Name of Counsel

_____     _____
Signature of Counsel                                    Signature of Counsel

4343 E Camelback Rd, Ste 210, Phoenix, AZ 85018
_____     _____
Mailing Address and Telephone Number       Mailing Address and Telephone Number

anapolitano@bfsolaw.com
_____     _____
E-Mail Address                                                 E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☑ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☐ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

08/13/2024
Date

*[signature]*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

✓ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ___08/13/2024___ I sent a copy of this Entry of Appearance
   [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                          [state method of service]

___08/13/2024___
Date

_[signature]_
Signature