# EXHIBIT 1

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| We the Patriots, Inc., et al.;<br>Zachary Fort, et al.; Randy Donk, et al.<br>v.<br>Michelle Lujan Grisham, et al. | Case Nos. 23-2166, 23-2167, 23-2185<br><br>**SUPPLEMENTAL DECLARATION**<br>**OF ZACHARY FORT** |

I, Zachary Fort, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

1. I am over 18 years of age, competent to testify, and have personal knowledge of the matters stated herein. I make this supplemental declaration in support of plaintiffs' appeal from a denial of their motion for a preliminary injunction.

2. The statements in my earlier declarations filed in this case remain true and correct.

3. I have visited Los Ranchos de Albuquerque in the past, including Hartnett Park, and I would carry firearms at Hartnett Park in Los Ranchos de Albuquerque in the future if I could do so without threat of prosecution for violating the revised emergency declaration.

DATED this 14th day of August, 2024.

_____
Zachary Fort
Treasurer
New Mexico Shooting Sports Association, Inc.