**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**August 28, 2024**

_____

**Christopher M. Wolpert**
**Clerk of Court**

WE THE PATRIOTS, INC., et al.,

      Plaintiffs - Appellants,

v.

MICHELLE LUJAN GRISHAM, in her
official capacity only, et al.,

      Defendants - Appellees.

--------------------------------------

BRADY CENTER TO PREVENT GUN
VIOLENCE, et al.,

      Amici Curiae.

No. 23-2166
(D.C. No. 1:23-CV-00773-DHU-LF)
(D. N.M.)

_____

ZACHARY FORT, et al.,

      Plaintiffs - Appellants,

and

WE THE PATRIOTS, INC., et al.,

      Plaintiffs,

v.

MICHELLE LUJAN GRISHAM, in her
official capacity only, et al.,

      Defendants - Appellees.

No. 23-2167
(D.C. No. 1:23-CV-00773-DHU-LF)
(D. N.M.)

-------------------------------

BRADY CENTER TO PREVENT GUN
VIOLENCE, et al.,

    Amici Curiae.

_____

RANDY DONK, et al.,

    Plaintiffs - Appellants,

and

WE THE PATRIOTS, INC., et al.,

    Plaintiffs,

v.

MICHELLE LUJAN GRISHAM, in her
official capacity only, et al.,

    Defendants - Appellees.

-----------------------------------

BRADY CENTER TO PREVENT GUN
VIOLENCE, et al.,

    Amici Curiae.

No. 23-2185
(D.C. No. 1:23-CV-00773-DHU-LF)
(D. N.M.)

_____

**ORDER**

_____

These matters are before the court on the supplemental briefs filed by the parties in response to the court's July 24, 2024 order. To the extent the parties' supplemental briefs

request that these matters be consolidated with Tenth Circuit Appeal Nos. 23-2192 and 23-2194, that request is DENIED.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk